UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al., <br><br> *Plaintiffs, on behalf of themselves and others similarly situated*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, et al., <br><br> *Defendants*. | Civil Action No. 25-1909 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND STAY**

    Pursuant to Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705, for the reasons stated in the accompanying memorandum of law, Plaintiffs Anaria Cabrera, Deondre Burkes, Maddex Davis-Newman, Athena Sasser, Logan Christensen, Abigail Shauger, and C.D., by his next friend Tiffany Davis, hereby move this Court for a preliminary injunction against and stay of the closure of the 99 Job Corps centers operated pursuant to 29 U.S.C. § 3197(a), and the suspension of Job Corps program operations. Plaintiffs further seek an order requiring Defendants to take any and all necessary steps to ensure the resumption or continued provision of services contemplated by 29 U.S.C. §§ 3198–3200 to all members of the Plaintiff class.

    At approximately 10:50 a.m. on June 18, 2025, counsel for Plaintiffs emailed the Directors of the Federal Programs Branch of the Department of Justice and the Chief of the Civil Division of the U.S. Attorney's Office for the District of Columbia to provide them with electronic copies of the complaint, motion for a preliminary injunction, and accompanying memorandum, declarations, and proposed order before completing this electronic filing.

Dated: June 18, 2025                     Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar No. 1020475)
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Arthur Ago (DC Bar No. 463681)
Aaron S. Fleisher[*†] (NY Bar No. 4431052)
Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036

Scott D. McCoy[*] (FL Bar No. 1004965)
Sam Boyd[*] (FL Bar No. 1012141)
Carli Raben[*] (FL Bar No. 1036013)
Southern Poverty Law Center
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131

Michael Tafelski[*] (GA Bar No. 507007)
Diego A. Soto[*] (DC Bar No. 1029607)
Southern Poverty Law Center
150 E. Ponce De Leon Ave. Ste. 340
Decatur, GA 30030

*Counsel for Plaintiffs*

[*] *Motion for* pro hac vice *admission forthcoming*

[†] *Not admitted to practice law in DC*