**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANARIA CABRERA, et al., <br><br> *Plaintiffs, on behalf of themselves and others similarly situated*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, et al., <br><br> *Defendants*. | Civil Action No. 25-1909 |

**DECLARATION OF ADAM R. PULVER**

Pursuant to 28 U.S.C. § 1746, I, Adam R. Pulver, hereby declare under penalty of perjury that the following is true and correct:

1.      I am an attorney at Public Citizen Litigation Group and counsel for Plaintiffs.

2.      I submit this declaration in support of the Plaintiffs' Motion for a Preliminary Injunction.

3.      Attached as Exhibit 1 to this declaration is a true and correct copy of the declaration of Department of Labor official Jillian Matz, filed in the case of *National Job Corps Association v. Department of Labor*, S.D.N.Y. No. 25 Civ. 04641, on June 10, 2025.

4.      Attached as Exhibit 2 to this declaration is a true and correct copy of a news release posted on the Department of Labor's website, entitled "US Department of Labor Pauses Job Corps Center Operations," dated May 29, 2025, and available at https://www.dol.gov/newsroom/releases/osec/osec20250529.

5.      Attached as Exhibit 3 to this declaration is a true and correct copy of a document entitled "Job Corps Pause FAQs," retrieved from the Department of Labor's website at https://www.dol.gov/sites/dolgov/files/OPA/newsreleases/2025/05/OSEC20250929.pdf.

6.　　　Attached as Exhibit 4 to this declaration is a true and correct copy of a letter dated May 29, 2025, to Susan Larson from Jillian Matz, and filed by the Department of Labor in the United States District Court for the Southern District of New York as an attachment to the Declaration attached as Exhibit 1.

7.　　　Attached as Exhibit 5 to this declaration is a true and correct copy of a letter dated May 29, 2025, to General Collins from Jillian Matz, and filed by the Department of Labor in the United States District Court for the Southern District of New York as an attachment to Declaration attached as Exhibit 1.

8.　　　Attached as Exhibit 6 to this declaration is a true and correct copy of an article entitled "Transparency Report Context," dated May 28, 2025, and posted on the website of the National Job Corps Association at https://njcaweb.org/transparency-report-context/.

9.　　　Attached as Exhibit 7 to this declaration is a true and correct copy of the Supplemental Declaration of Susan J. Larson, filed in the case of *National Job Corps Association v. Department of Labor*, S.D.N.Y. No. 25 Civ. 04641, on June 12, 2025.

10.　　　Attached as Exhibit 8 to this declaration is a true and correct copy of the Supplemental Declaration of Jennifer Wild, filed in the case of *National Job Corps Association v. Department of Labor*, S.D.N.Y. No. 25 Civ. 04641, on June 12, 2025.

Signed under the penalty of perjury this 18th day of June 2025.

s/ Adam R. Pulver
Adam R. Pulver (DC Bar No. 1020475)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

2

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL JOB CORPS ASSOCIATION, *et al.,*

Plaintiffs,

- against –

DEPARTMENT OF LABOR*, et al.*

Defendants.

No. 25 Civ. 04641 (ALC)

---

## DECLARATION OF JILLIAN MATZ

I, Jillian Matz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a certified Federal Contracting Officer and one of two Heads of Contracting Activity (HCA) at the United States Department of Labor (DOL), within the Office of the Senior Procurement Executive (OSPE), Office of the Assistant Secretary for Administration and Management (OASAM).

2.      In my capacity as HCA, I head the group of DOL contracting officers within OSPE's Job Corps Acquisition Services (JCAS) responsible for the award and administration of contracts for the operation of DOL's Job Corps centers.

3.      Job Corps is a primarily residential career and education training program, with 123 Job Corps centers nationwide.

4.      Ninety-nine (99) of those centers are operated by private entities under contracts with DOL, while 24 centers are operated by the United States Department of Agriculture (USDA)'s Forest Service (known as Civilian Conservation Centers).

**Job Corps Center Operations Contracts**

5.      DOL administers 90 separate contracts for operation of Job Corps centers (some of the contracts cover more than one center).  Attached as Exhibit 1 to this Declaration is the contract for operation of the Atterbury Job Corps center, in Edinburgh, Indiana.  That contract was awarded by DOL to Plaintiff Adams and Associates, Inc., on October 31, 2024.

6.      The Atterbury contract at Exhibit 1 is typical of DOL Job Corps center operations contracts, and like all other such contracts, includes both a provision for Termination for Convenience of the Government, by incorporating Federal Acquisition Regulation (FAR) 48 C.F.R. § 52.249-1, and a Disputes provision for the resolution of disputes arising under or relating to the contract, by incorporating FAR 48 C.F.R. § 52.233-1.  *See* Exhibit 1 at 62-63.

7.      The Termination for Convenience of the Government clause allows the Contracting Officer to terminate the contract, in whole or in part, by providing written notice, when it is in the Government's interest.  48 C.F.R. § 52.249-1.  The clause further provides for compensation to the contractor in the event of termination, in accordance with Part 49 of the Federal Acquisition Regulation.  *Id.*  Part 49 includes general governing principles in the event of a contract termination, including the parties' obligations following the termination, and the negotiation of a termination settlement.  *Id.* § 49.000 *et seq.*

8.      The Disputes clause, FAR 48 C.F.R. § 52.233-1, which is also incorporated into DOL's contracts with Job Corps center operators, indicates that the contracts at issue are subject to the Contract Disputes Act, 41 U.S.C. § 7101 *et seq.*, and that except as provided in that statute, "all disputes arising under or related to this contract shall be resolved under this clause."  48 C.F.R. § 52.233-1(a)-(b).

9.      Job Corps operations contracts typically have a two-year base period of performance, followed by up to three one-year option periods that DOL may unilaterally exercise. The contracts are awarded on a rolling or staggered basis, with each contract having its own expiration date.

**Job Corps National Training Contracts (NTCs)**

10.      In addition to the operations contracts, DOL administers eight contracts for vocational training services in specific trades, work-based learning, career exploration and planning supports, employability counseling, and outcome-based supports for career placements at various Job Corps centers. These contracts are known as national training contracts or NTCs. Attached as Exhibit 2 to this Declaration is the NTC contract awarded by DOL to Plaintiff Transportation Communications Union/IAM (TCU), on July 31, 2023.[1]

11.      The contract with TCU is typical of DOL's NTC contracts, and like all other such contracts, includes both a provision for Termination for Convenience of the Government, by incorporating Federal Acquisition Regulations (FAR) 48 C.F.R. § 52.212-4(l), and a Disputes provision for the resolution of disputes arising under or relating to the contract, by incorporating FAR 48 C.F.R. § 52.212-4(d). *See* Exhibit 2 at 65, 71.

**Termination of Job Corps Center Operations Contracts on May 29, 2025**

12.      I received an instruction in a May 29, 2025, email from DOL leadership announcing that performance under the operations contracts at the 99 contractor-operated Job Corps Centers should be terminated immediately with all shutdown activities to be completed no

---

[1] I have redacted unit prices and other potentially confidential information from the contract documents attached to this declaration, the disclosure of which could violate 18 U.S.C. §1905.

later than June 30, 2025. DOL does not contract with center operators at the 24 USDA Forest

Service sites, and the instruction did not impact activities at those USDA-run centers.

13.    I implemented that instruction by immediately issuing appropriate notices to each

operations contractor. The type of notice sent depended on the expiration date of the operations

contract in question, as follows:

a. For those contracts set to expire on June 30, 2025, I notified the operators that the contracts would not be renewed (i.e., that any future option periods would not be exercised). A sample of such a notice, sent to MINACT Inc., the operator of the Treasure Island Job Corps Center in San Francisco, California, is attached hereto as Exbibit 3.

b. For those contracts that were expiring on May 31, 2025, I issued unilateral extensions of the contracts for one additional month, through June 30, 2025, and notified the contractors that the contract would not be extended further. A sample of such an extension and notice, sent to Serrato Corporation, operator of the North Texas Job Corps Center in McKinney, Texas, is attached hereto as Exbibit 4.

c. For those contracts set to expire after June 30, 2025, I issued notices of termination for the convenience of the Government. A sample such termination notice, sent to Plaintiff Adams and Associates, Inc., the operator of the Atterbury Job Corps Center in Edinburgh, Indiana, is attached hereto as Exhibit 5.

4

**Termination of National Training Contracts on May 29, 2025**

14.    Following the instructions from DOL leadership, on May 29, 2025, DOL also issued termination notices to the NTC contractors, as follows:

a.    Seven of the eight NTC contracts included work at both USDA Civilian Conservation Centers and at DOL contract-operated centers. For those contracts, the termination notice was partial, terminating only those activities at the DOL contractor-operated centers. The NTC contractors' work at the USDA centers was not terminated. A sample of a partial termination notice, issued to NTC National Plastering Industry's Joint Apprenticeship Trust Fund is attached hereto as Exhibit 6.

b.    One of the eight NTC contracts, held by Plaintiff Transportation Communications Union/IAM (TCU), included only work at DOL contract-operated centers (i.e., no work is performed at any USDA center under that contract). For that NTC contract, the termination notice was for a full (not a partial) termination. A copy of that termination is attached hereto as Exhibit 7.

**Contract Actions to Implement Prior Pauses of Center Operations**

15.    The cessation of contractor operations at a Job Corps Center (through terminations of contracts, issuance of stop work orders, or non-renewal of contracts) is separate and distinct from the closure of a Job Corps Center through the statutorily prescribed notice-and-comment process.

16.    In the past, DOL has terminated operator contracts, stopped work, or has let contracts expire, in advance of a possible closure of the Center. For instance:

a. In September 2015, DOL placed the Homestead Job Corps Center in Homestead, Florida, in inactive status. On November 15, 2015, DOL awarded a caretaker contract (for facility maintenance, grounds maintenance, and security services) to a different contractor and terminated its contract with the contractor operating the center.

b. In September 2017, Hurricane Maria damaged the three Job Corps centers in Puerto Rico: the Arecibo Job Corps Center in Arecibo, the Ramey Job Corps Center in Aguadilla, and the Barranquitas Job Corps Center in Barranquitas. All three centers were placed in inactive status due to structural damage. On October 5, 2017, in accordance with FAR 52.242-15, DOL issued a stop-work order to the contractor operating the three Puerto Rico centers. A copy of that stop-work order is attached hereto as Exhibit 8.

c. Also in September 2017, Hurricane Irma damaged the Gainesville Job Corps Center in Gainesville, Florida. It was placed in inactive status due to the significant costs associated with repairing the center. On October 6, 2017, in accordance with FAR 52.242-15, DOL issued a stop-work order to the contractor operating the Gainesville Job Corps center. A copy of the stop-work order is attached hereto as Exhibit 9.

d. DOL paused center operations at the Whitney M. Young Job Corps center in Simpsonville, Kentucky, and at the Woodstock Job Corps center in Woodstock, Maryland, as of January 31, 2025. For the Whitney Young center, DOL did not exercise a contract option year after the base period of the contract ended. For the

Woodstock center, DOL extended the contract but only to provide caretaker services for the facility.

e. DOL also paused the reestablishment of operations at the Carville Job Corps center, in Carville, Louisiana. In January 2025, DOL issued a notice of partial termination for convenience (ceasing all but caretaker services) to the contractor operating the Carville center, which was ramping up for re-establishing center operations. A copy of the termination for convenience notice is attached hereto as Exhibit 10.

* * *

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Signed this 10th day of June of 2025.

**Jillian Matz**
Digitally signed by Jillian Matz
Date: 2025.06.10 13:43:34 -04'00'

———————————————————
Jillian Matz
DOL Head of Contracting Activity/Contracting Officer

# EXHIBIT 2

**U.S. DEPARTMENT OF LABOR**

**News Release**

# US DEPARTMENT OF LABOR PAUSES JOB CORPS CENTER OPERATIONS

**WASHINGTON** – The U.S. Department of Labor today announced it will begin a phased pause in operations at contractor-operated Job Corps centers nationwide, initiating an orderly transition for students, staff, and local communities. The decision follows an internal review of the program's outcome and structure and will be carried out in accordance with available funding, the statutory framework established under the Workforce Innovation and Opportunity Act, and congressional notification requirements.

The pause of operations at all contractor-operated Job Corps centers will occur by June 30, 2025. As the transition begins, the department is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

The department's decision aligns with the President's FY 2026 budget proposal and reflects the Administration's commitment to ensure federal workforce investments deliver meaningful results for both students and taxpayers.

 "Job Corps was created to help young adults build a pathway to a better life through education, training, and community," said Secretary Lori Chavez-DeRemer. "However, a startling number of serious incident reports and our in-depth fiscal analysis reveal the program is no longer achieving the intended outcomes that students deserve. We remain committed to ensuring all participants are supported through this transition and connected with the resources they need to succeed as we evaluate the program's possibilities."

The Job Corps program has faced significant financial challenges under its current operating structure. In PY 2024, the program operated at a $140 million deficit, requiring the Biden administration to implement a pause in center operations to complete the program year. The deficit is projected to reach $213 million in PY 2025.

On April 25, 2025, the department's Employment and Training Administration released the first-ever Job Corps Transparency Report, which analyzed the financial performance and operational costs of the most recently available metrics of program year 2023. A summary of the overall findings:

- Average Graduation Rate (WIOA Definition): 38.6%
- Average Cost Per Student Per Year: $80,284.65
- Average Total Cost Per Graduate (WIOA Definition): $155,600.74
- Post separation, participants earn $16,695 annually on average.
- The total number of Serious Incident Reports for program year 2023: 14,913 infractions.
  - Inappropriate Sexual Behavior and Sexual Assaults Reported: 372
  - Acts of Violence Reported: 1,764
  - Breaches of Safety or Security: 1,167
  - Reported Drug Use: 2,702
  - Total Hospital Visits: 1,808

Additional information can be found in the FAQs.

**Agency:** Office of the Secretary
**Date:** May 29, 2025
**Release Number:** 25-929-NAT

**Media Contact:** Courtney Parella
**Phone Number:** (202) 693-3670
**Email:** parella.courtney.e@dol.gov
Share This

   

**More News Releases**

**Previous**
Unemployment Insurance Weekly Claims Report

**Next Up**
US Department of Labor cites Orlando Salvation Army after worker falls, suffers fatal injuries

| Agencies | Forms | Guidance Search | FAQ | About DOL | News | Contact Us |



**U.S. DEPARTMENT OF LABOR**

200 Constitution Ave NW
Washington, DC 20210
1-866-4-USA-DOL
1-866-487-2365
www.dol.gov

**FEDERAL GOVERNMENT**⊞

White House

Disaster Recovery Assistance

DisasterAssistance.gov

USA.gov

No Fear Act Data

U.S. Office of Special Counsel

**LABOR DEPARTMENT**⊞

About DOL

Guidance Search

Español

Office of Inspector General

Subscribe to the DOL Newsletter

Read the DOL Newsletter

Emergency Accountability Status Link

A to Z Index

**ABOUT THE SITE**⊞

Freedom of Information Act

Privacy & Security Statement

Disclaimers

Important Website Notices

Plug-Ins Used on DOL.gov

Accessibility Statement

Connect With DOL

    

Important Website Notices | Privacy & Security Statement

Submit Feedback

# EXHIBIT 3

# JOB CORPS PAUSE *FAQs*

## 1.    What does "pause" mean?

A pause in Job Corps operations occurred on May 29th when the Department of Labor halted contracts at the 99 contract-operated centers. This led to the suspension of program operations. Center operators began implementing transition plans to mobilize students safely to their home of record and suspend program activities. Funds will be used to pause program operations, which includes managing facilities, maintaining student records, and ensuring students are connected with necessary employment and program resources.

## 2.    What legal authority does the Department have to take these actions?

The Department of Labor has the delegation of authority to halt center operator contracts including program operations at Job Corps sites. Federal Acquisition Regulation and the contract clauses prescribed in the regulation provide the government with the termination for convenience, found in FAR (48 CFR) Subpart 49.1 and FAR Clauses 52.249-2, among others.

## 3.    How many students are currently participating in the Job Corps program?

There are approximately under 25,000 students enrolled in the Job Corps program.

## 4.    What alternative education and training programs are being offered to students?

All students will be connected with the resources they need to succeed as this transition takes place. The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Students will receive copies of personal documents and accomplishments to assist with potential transfer to other job training programs.
- Students will be registered with the American Job Center closest to their home of record.
- Students will be registered with the Labor Exchange system in their home state.
- Students will be offered to sign a release of information form to allow the Department to connect them with personalized job placement opportunities, trainings, and educational and supportive services.
- Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.
- Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

## 5.    Where and when will the students be relocated?

The Department will arrange transportation and cover costs to transfer students back to their homes of record by June 30, 2025.

## 6.    When is the graduation day for the current program year?

Since students enroll in the Job Corps program on a rotating basis and can join or exit at any date within the program year, there is no set graduation date. According to Workforce Innovation and Opportunity Act Sec. 16, Sec. 142, the statutory definition of graduate is "an enrollee that 1) receives a High School Diploma (HSD) or High School Equivalency (HSE), and/or 2) completes the requirements of a career technical training (CTT) program."

# JOB CORPS PAUSE *FAQs*

## 7.    Are Job Corps credits transferable?

Job Corps program eligibility requirements are not identical to those of other WIOA programs, but there is overlap. Job Corps centers or federal staff can ensure departing students have all eligibility documents previously used to enter the program in order to ease their transition elsewhere.

There is a distinction between earning an industry recognized credential and completing a career technical training program. Job Corps' career technical training instruction is provided in accordance with a Training Achievement Record which includes a multitude of skills and competencies to be attained prior to a student's completion of the program. The industry recognized credential is often gained via a test or other skills demonstration along the way to completing the overall training program.

## 8.    What are the resources being provided to staff?

Job Corps contracted centers are staffed with employees who work for Job Corps operators and are not federal employees. The operators are largely private contractors who each operate multiple centers. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees.

The Department will provide staff with targeted information and eligibility determination for employment services, access to apprenticeship programs, job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

## 9.    Why pause operations at all centers?

- ·    The Job Corps program has been in a financial crisis for years, creating constant uncertainty for participants and administrators. The gap between funding and expenses has been publicly known, with operating costs steadily rising and the program's budget remaining flat over several fiscal years.
    - ◦ Job Corps was operating at a $140 million deficit in PY 2024, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
    - ◦ According to projections, in PY 2025, the deficit would grow to $213 million.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
    - ◦ High schools with graduation rates below 67% are generally considered low performing under federal law.

## 10.    Where did the Job Corps Transparency Report data come from?

The analysis of internal data from program year 2023 was provided and published by the Department's Employment and Training Administration, which oversees the Job Corps program.

## 11.    Will the Department of Labor suspend operations at the 24 USDA centers?

No. The Department of Labor does not contract with center operators at the USDA sites. USDA owns and operates their 24 centers.

# EXHIBIT 4

**U.S. Department of Labor**     Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C.  20210



*May 29, 2025*

Susan Larson
President
Adams and Associates, Inc.
*sent by email*

Subject:     NOTICE OF TERMINATION FOR CONVENIENCE OF DOL CONTRACT NO. 1605JW-
25-C-0002 FOR OPERATION OF THE ATTERBURY JOB CORPS CENTERS

Dear Contractor:

You are hereby notified that the subject contract is being terminated completely for the Government's convenience in accordance with contract clause FAR 52.249-1, *Termination for Convenience of the Government (Fixed Price)*.  Effective immediately, all work required by the contract, including the contract's Statement of Work, Section C, is hereby terminated, <u>with the exception of work necessary to provide a safe, orderly, and prompt shutdown of center operations, as further described in Attachment I of this Notice.</u>

You shall begin immediately all work necessary to provide a safe, orderly, and prompt shutdown of center operations, as described in Attachment I.  That shutdown work shall <u>be completed not later than 11:59 P.M. the Center's local time on June 30, 2025, at which time the contract shall be considered terminated in its entirety.</u>

***Pursuant to this termination notice, you shall immediately take the following steps:***

(1) As noted above, stop all work except for—

(i) Actions reasonably necessary, as part of a safe, orderly and prompt shutdown of operations at the Job Corps Center, to protect the life, health, and welfare of Job Corps students, and to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer;

(ii) Work-in-process that the Contracting Officer authorizes you in advance and in writing to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, or (C) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately request written instruction from the Contracting Officer.)

(2) Place no further subcontracts or orders (referred to as subcontracts in FAR 52.249-1) for materials, services, or facilities, except as necessary to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer.

(3) Terminate all subcontracts to the extent they relate to the work terminated.  Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination.  In the notice—

    (i) Specify your Government contract number;

    (ii) State whether the contract has been terminated completely or partially;

    (iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;

    (iv) Provide instructions to submit any settlement proposal promptly; and

    (v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Assign to the Government, if and as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(8) Use your best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; *provided,* however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(9) Keep adequate records of your compliance with subparagraphs (1) to (8) above showing the—

    (i) Date you received the Notice of Termination;

2

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(10) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(11) Take any other action required by the Contracting Officer in this Notice, in Attachment 1 to this Notice, or in any future written order of the Contracting Officer, or under the Termination clause in the contract.

***Settlements with subcontractors.*** You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of FAR Part 49.

***Employees affected.*** (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

***Compensation for Pre-Termination Work and Termination Settlement.*** The Department will honor its obligation to pay for work satisfactorily performed prior to the effective date of this termination, in accordance with the terms of the contract.

(1) Work performed during May 2025 shall be billed by the contractor in accordance with the terms and conditions of the contract, to include price adjustments for the average month's average On

3

Board Strength, as well as for staff vacancies. Shutdown work not immediately terminated which is performed during the time period of June 1, 2025 through June 30, 2025 may be billed on a cost reimbursement basis, to include a 1% Management fee.

*(2)* The costs of the termination, not including the cost of activities ordered by the Contracting Officer in Attachment 1 of this Notice, or in any future written notice of the Contracting Officer, may be payable, as part of the termination settlement, in accordance with the terms of the termination clause, FAR 31.205-42, and other applicable procurement regulations.

*Administration.* The Contracting Officer who will be in charge of the settlement of this termination is named below. Completed settlement proposals shall be submitted to the following location: JCPYFinancialExercise@dol.gov**.**

*Questions.* Matters not covered by this notice should be brought to the attention of the undersigned. **All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov**.**

*Acknowledgement.* Please acknowledge receipt of this notice as provided below and return by email to Jillian Matz, Senior Director Job Corps Acquisition Services at Matz.jillian@dol.gov

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov**.**

Sincerely,

Jillian Matz
Digitally signed by Jillian Matz
Date: 2025.05.29 16:18:17 -04'00'

Jillian Matz
Contracting Officer
Senior Director Job Corps Acquisition Services

4

**Acknowledgment of Notice**

The undersigned acknowledges receipt of a signed copy of this notice on _____, 20____.

A signed electronic copy of this notice is returned.

      (Name of Contractor)
      By
      (Name)
      (Title)

**ATTACHMENT 1 TO NOTICE OF TERMINATION**

**Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations**

*As referenced in the Notice of Termination, Section (a) above, the Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

   d. While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

6

e. In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

    i. Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

    ii. Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

    iii. Provide separating students with originals of any earned credentials and documentation of accomplishments.

    iv. Verify and update student address and alternate contacts.

    v. Separate all students using the code Administrative Separation with Reinstatement (ASWR).  Students should not be informed of the separation code.

f. Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

g. Students who are on leave will not be permitted to return to center to gather their personal belongings.  Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

h. Every departing student must be told, "*The US Department of Labor has decided to terminate all Job Corps operations contracts at this time.  The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students.*"

3. **Property**

a. Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

b. No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

c. As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination inventory that you have the right to take.  To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

d. While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property.  The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

7

4. **Student Records**

    a. Pursuant to <u>Program Instruction Notice 22-03 Center Records Management</u>, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

    b. In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

5. **Facilities Management**

    a. While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

6. **Security**

    a. While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security. The Contracting Officer expects to issue further direction on the cessation of this work.


**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** <u>JobCorpsAssistance@dol.gov</u>.

# EXHIBIT 5

**U.S. Department of Labor**   **Office of the Senior Procurement Executive**
**Office of the Assistant Secretary for Management and Administration**
 **Washington, D.C.  20210**



*May 29, 2025*

General Collins
President
MINACT
*sent by email*

Re: DOL CONTRACT NO. 1605JW-21-C-0005 FOR THE OPERATION OF TREASURE
ISLAND JOB CORPS CENTER NOTICE OF INTENT NOT TO EXERCISE NEXT OPTION
PERIOD AND DIRECTION FOR START OF SHUTDOWN ACTIVITIES

Dear Contractor:

This is a courtesy notice to inform you that the Government does <u>not</u> intend to exercise the next
option period of the contract named above.

On May 29, 2025, DOL announced it is terminating all Job Corps operations contracts by June
30, 2025.  In the case of the subject contract, no termination is necessary, as the current period of
performance expires on or before June 30th.

In anticipation of the cessation of operations at the Job Corps Center after June 30th, you are
hereby directed to commence immediately an orderly shutdown of operations.  Please refer to
Attachment 1 below for initial directions from the Contracting Officer on the required shutdown
activities.

**All questions related to this notice, both of a contractual and a technical nature, shall be
submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

Sincerely,

Jillian Matz

Digitally signed by
Jillian Matz
Date: 2025.05.29
23:00:00 -04'00'

Jillian Matz

Contracting Officer

**ATTACHMENT 1**

**Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations**

*The Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

d. While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

e. In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

    i. Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

    ii. Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

    iii. Provide separating students with originals of any earned credentials and documentation of accomplishments.

    iv. Verify and update student address and alternate contacts.

    v. Separate all students using the code Administrative Separation with Reinstatement (ASWR). Students should not be informed of the separation code.

f. Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

g. Students who are on leave will not be permitted to return to center to gather their personal belongings. Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

h. Every departing student must be told, "*The US Department of Labor has decided to terminate all Job Corps operations contracts at this time. The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students.*"

3. **Property**

a. Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

b. No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

c. As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination

inventory that you have the right to take.  To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

d.  While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property.  The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

4.  **Student Records**

a.  Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

b.  In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

5.  **Facilities Management**

a.  While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

6.  **Security**

a.  While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security.  The Contracting Officer expects to issue further direction on the cessation of this work.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**

4

# EXHIBIT 6

# NJCA *News*

by NJCA Staff    |    May 28, 2025    |    News

# Transparency Report Context



The U.S. Department of Labor's (DOL) Employment and Training Administration released a "Job Corps Transparency Report" in April 2025. The below provides accurate context regarding the report.

## Transparency Report Context

Job Corps center costs have <u>NOT</u> increased since 2018 (Fig. 1).

Although Congress has increased funding to fix aging Job Corps facilities and for staffing at the U.S. Department of Labor (Fig. 2), funding for Job Corps center operations has decreased when taking into account inflation.

**Fig. 1 Job Corps Funding Fiscal Year 2018-2025 *(Dollars in Thousands)***

## Fig. 2 Job Corps Appropriations Breakdown Fiscal Year 2018-2025 (Dollars in Thousands)

|  | Job Corps Total | Operations | CRA | Administration |
|---|---|---|---|---|
| **FY18** | 1,749,155 | 1,603,325 | 113,900 | 32,330 |
| **FY19** | 1,718,655 | 1,603,325 | 83,000 | 32,330 |
| **FY20** | 1,743,655 | 1,603,325 | 108,000 | 32,330 |
| **FY21** | 1,748,655 | 1,603,325 | 113,000 | 32,330 |
| **FY22** | 1,747,155 | 1,601,825 | 113,000 | 32,330 |
| **FY23** | 1,760,155 | 1,603,325 | 123,000 | 33,830 |
| **FY24** | 1,760,155 | 1,603,325 | 123,000 | 33,830 |
| **FY25** | 1,760,155 | 1,603,325 | 123,000 | 33,830 |

- *Operations is funding for center operations and support services*
- *CRA is funding for the construction, rehabilitation, and acquisition of Job Corps facilities*
- *Administration is funding for staffing at the U.S. Department of Labor*

## Like schools and colleges nationwide, Job Corps enrollments were negatively

## affected by COVID but have rebounded.

The transparency reports examine years when enrollments and utilization were historically low as result of COVID and associated restrictions implemented by DOL (Fig. 3).

## Fig. 3 Impact of COVID on Job Corps Average Daily Enrollment and Utilization Rates



Higher utilization yields more graduates, often at a similar total cost due to economies of scale. For example, placing an additional student in a Job Corps welding class generally does not require hiring an additional instructor. Therefore, higher utilization rates result in a lower cost-per-graduate.

The initially posted transparency report examined data for PY 2022, although incorrectly labeled as PY 2023. The updated report examined PY 2023 data. The reported cost per student decreased by 25% between the two versions of the reports reflecting the increased utilization rates.

## The average Job Corps graduate exceeded the earnings goals set by DOL in PY 2023.

The footnotes of the transparency report state that all participants were included in its calculations. This implies that students enrolled in college, those enlisted the military, as well as those who did not respond to surveys were listed as earning $0. This would explain the

lower average wages listed in the report. Comprehensive studies indicate Job Corps increases participants' earnings and decreases their future reliance on public assistance.

## Students are safe on Job Corps campuses.

Job Corps centers are required to report incidents as minor as being late to class or using profanity to DOL. In fact, 98 percent of reported incidents are similarly minor incidents. Job Corps students experience assaults and sexual violence at far lower rates than their peers in their home communities and on college campuses. As a result, students report feeling safe on Job Corps campuses.

## There are over 13,000 young Americans who want to enroll in Job Corps to gain the career and technical education they need to join the skilled workforce.

EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC., EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICATIONS UNION/IAM,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>*Defendants*. | Civil Case No. 1:25-cv-04641-ALC |

**SUPPLEMENTAL DECLARATION OF SUSAN J. LARSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Susan J. Larson, declare and affirm under the penalties of perjury that the contents of the following Supplemental Declaration are true and correct to the best of my knowledge:

1.      I am over 18 years of age, an adult citizen of the United States of America, free from any legal disability and competent to testify to the facts and matters set forth in this Supplemental Declaration, which facts and matters are stated upon my own personal knowledge. I submit this Supplemental Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2.      I am President of Adams and Associates, Inc. ("Adams"), a 100%

Employee-Owned Company founded in 1990. I have been in this position since 2018.

3.  On a March 19, 2025, call, the then-Administrator of Job Corps, John Hall, notified operators that DOGE had halted background checks for Job Corps applicants.

4.  Background checks are a prerequisite to enrollment in Job Corps centers.

5.  Enrollments at our centers declined beginning on or around April 3, 2025, because of applicants being unable to proceed in the enrollment process without a background check.

6.  The data presented in the Job Corps Transparency Report (the "Transparency Report") for centers operated by Adams and Associates, Inc. in program year 2023 does not match the data currently presented within DOL data systems, including the Job Corps Resource Library, Job Corps Executive Information System, and Job Corps Center Information System for the same period. There are discrepancies in the WIOA graduates, traditional graduates, earnings, and the number of infractions.

7.  Many, if not the majority, of the infractions reported in the Transparency Report include positive marijuana tests, cheating, bullying or harassment, false accusations, adult students leaving campus without permission and a pattern of minor infractions.

8.  It is unclear what data source is used in the Transparency Report to populate its "Yearly Center Cost, Pre Broader JC Cost" column. It does not appear to match the total contract value or contract funding for our centers.

9.  For most of our centers, which we operated for the full 12 months of program year, we found the Transparency Report's reported yearly center costs to be between 11% overstated to 13% understated.

10.  The Transparency Report footnotes state the "Participant Earnings" figures

are based on Unemployment Insurance ("UI") matches as the primary data source, with Job Corps' 2nd Quarter After Exit Surveys as a supplemental data source. These earnings are multiplied by 4 and displayed as annualized income.

11. This footnoted definition indicates the denominator includes all students. This would imply that non-respondents (which is about half of students, because the survey process is voluntary) are counted as having $0 in earnings. It also implies that students placed in college or the military, which does not report earnings data to state UI systems, are also reported as having $0 in earnings.

12. The quarterly earning process measures actual earnings during a 3-month window. A student earning a respectable $30 per hour ($62,400 per year) but getting their job in the final week of the quarter, reports $30/hour * 40 hours = $1,200 for the quarter. The Transparency Report then annualizes this to $4,800 in annual earnings as opposed to $62,400.

I declare under penalty of perjury under the laws of the United States of America and upon personal knowledge that the contents of the forgoing document are true and correct.

Executed on June 12, 2025
Reno, Nevada

Susan J. Larson, President
Adams and Associates, Inc.

# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC., EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICATIONS UNION/IAM,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>*Defendants*. | Civil Case No. 1:25-cv-04641-ALC |

**SUPPLEMENTAL DECLARATION OF JENNIFER WILD IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Jennifer Wild, declare and affirm under the penalties of perjury that the contents of the following Supplemental Declaration are true and correct to the best of my knowledge:

1. I am over 18 years of age, an adult citizen of the United States of America, free from any legal disability and competent to testify to the facts and matters set forth in this Supplemental Declaration, which facts and matters are stated upon my own personal knowledge. I submit this Supplemental Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I am Chief Executive Officer ("CEO") at Alternate Perspectives, Inc. ("API"), a for-profit entity founded in 2004. I have been in this position since 2004.

3.      On a March 19, 2025 call, the then-Administrator of Job Corps, John Hall, notified operators that DOGE had halted background checks for Job Corps applicants.

4.      Background checks are a prerequisite to enrollment in Job Corps programs.

5.      Enrollments at our centers declined beginning on April 4, 2025 as a result of applicants being unable to proceed in the enrollment process without a background check.

6.      The data presented in the Job Corps Transparency Report ("Transparency Report") for the centers operated by Alternate Perspectives, Inc., in program year 2023 does not match the data currently contained within databases, such as the Job Corps Resource Library, Job Corps Executive Information System, and Job Corps Center Information System for the same period. There are discrepancies in the count of enrollees, WIOA graduates, traditional graduates, earnings, and the number of infractions.

I declare under penalty of perjury under the laws of the United States of America and upon personal knowledge that the contents of the forgoing document are true and correct.

Executed on June 12, 2025
Leesburg, VA


_____

Jennifer Wild, CEO
Alternate Perspectives, Inc. (API)