**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ANARIA CABRERA, et al., |
| *Plaintiffs, on behalf of themselves and others similarly situated*, |
| v. |
| U.S. DEPARTMENT OF LABOR, et al., |
| *Defendants*. |

Civil Action No. 25-1909

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction and stay, the opposition thereto, and the full record in this case, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that, until further order of this Court:

1. Defendants, their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with any of them are enjoined from enforcing, implementing, maintaining, or giving effect to the closure of the 99 contractor-operated Job Corps centers or suspension of Job Corps program operations, including the stop work orders and termination and non-renewal notices delivered to Job Corps center operators starting May 29, 2025; and from issuing, enforcing, implementing, maintaining, or giving effect to any shutdown tasks, program terminations, or student removals;

2. Defendants' May 29, 2025 "pause" of Job Corps program operations and Defendants' stop work orders, termination and non-renewal notices, and other directives issued to Job Corps center operators directing them to shut down center operations are stayed; and

3. Defendants shall take any and all necessary steps to ensure the resumption or continued provision of services contemplated by 29 U.S.C. §§ 3198–3200 to all members of the Plaintiff class.

**SO ORDERED.**

Dated: _____, 2025                          _____
                                                United States District Judge