# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, *et al.*,<br><br>*Plaintiffs*, *on behalf of themselves and others similarly situated*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-1909 |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 23 and Local Rule of Civil Procedure 23.1, Plaintiffs, on behalf of themselves and all others similarly situated, respectfully move this Court for an order certifying the following Class: "All individuals enrolled, as of May 29, 2025, in Job Corps programs at centers operated by contractors that were subject to the suspension of Job Corps program operations announced by the Department of Labor on that date."

Plaintiffs further request that the Court appoint all named Plaintiffs as class representatives and Public Citizen Litigation Group and the Southern Poverty Law Center as class counsel.

June 18, 2025

Respectfully submitted,

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (DC Bar No. 486293)
Adam R. Pulver (DC Bar No. 1020475)
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org
mkirkpatrick@citizen.org

1

Arthur Ago (DC Bar No. 463681)
Aaron S. Fleisher*† (NY Bar No. 4431052)
Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036
(202) 536-9719
(202) 971-9205 (fax)
arthur.ago@splcenter.org
aaron.fleisher@splcenter.org

Scott D. McCoy* (FL Bar No. 1004965)
Sam Boyd* (FL Bar No. 1012141)
Carli Raben* (FL Bar No. 1036013)
Southern Poverty Law Center
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131
(786) 347-2056
(786) 237-2949 (fax)
scott.mccoy@splcenter.org
sam.boyd@splcenter.org
carli.raben@splcenter.org

Michael Tafelski* (GA Bar No. 507007)
Diego A. Soto* (DC Bar No. 1029607)
Southern Poverty Law Center
150 E. Ponce De Leon Ave. Ste. 340
Decatur, GA 30030
(404) 521-6700
(404) 377-0708 (fax)
michael.tafelski@splcenter.org
diego.soto@splcenter.org

*Counsel for Plaintiffs*

\* *Motion for* pro hac vice *admission forthcoming*

† *Not admitted to practice law in DC*