# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>*Plaintiffs, on behalf of themselves and others similarly situated,*<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>*Defendants.* | Civil Action No. 25-1909 |

## DECLARATION OF ADAM R. PULVER

Pursuant to 28 U.S.C. § 1746, I, Adam R. Pulver, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Public Citizen Litigation Group (PCLG). Together with co-counsel Southern Poverty Law Center, PCLG represents the Plaintiffs in this matter. This declaration sets forth the qualifications and experience of PCLG to serve as class counsel.

2. PCLG is a public interest law firm that litigates cases at all levels of the federal and state judiciaries. Much of our practice involves cases brought under the Administrative Procedure Act. We have worked both as class counsel and as counsel for objectors to unfair class action settlements, and we have commented and testified regarding proposed changes to Rule 23. PCLG is a strong proponent of the proper use of class actions to allow consumers, workers, and others to litigate claims collectively in circumstances where individual actions are likely to be ineffective or impractical, and where greater benefits can be achieved through class proceedings than would be possible in piecemeal litigation.

3. PCLG has served as class counsel in numerous cases, including *Healthy Futures of Texas v. Department of Health & Human Services*, No. 18-cv-992 (KBJ) (D.D.C.) (settled nationwide class action under Administrative Procedure Act involving termination of government grants to community organizations); *Briggs v. United States*, No. C 07-05760 WHA (N.D. Cal.) (settled nationwide class action under Little Tucker Act involving withheld tax refunds and benefits of over 5,000 class members); *Schwarm v. Craighead*, 552 F. Supp. 2d 1056 (E.D. Cal. 2008) (granting summary judgment to state-wide class action under the Fair Debt Collection Practices Act). PCLG has also represented several classes and collectives of workers in wage-and-hour law cases on appeal and before the U.S. Supreme Court, including *DirecTV, LLC v. Hall*, 138 S. Ct. 635 (2018) (denying certiorari in case challenging holding that DirecTV was joint employer of putative collective action of technicians); *Taylor Farms Pacific, Inc. v. Pena*, 138 S. Ct. 976 (2018) (denying certiorari in case challenging certification of class action under California wage-and-hour law); *Tyson Foods, Inc. v. Bouaphakeo*, 136 S. Ct. 1036 (2016) (holding evidence from representative sample of employees was sufficient to satisfy predominance requirement for class certification of claims under state wage-and-hour law).

4. I joined PCLG in 2017. Since joining PCLG, a large portion of my practice has focused on litigation under the Administrative Procedure Act, including by serving as lead counsel representing plaintiffs in federal district courts and courts of appeals in cases such as *National Community Reinvestment Coalition. v. CFPB*, No. CV 20-2074 (BAH), 2022 WL 4447293 (D.D.C. Sept. 23, 2022); *United Food & Commercial Workers Union, Local No. 663 v. U.S. Dep't of Agriculture*, 36 F.4th 777 (8th Cir. 2022); and *Bauer v. DeVos*, 325 F. Supp. 3d 74 (D.D.C 2018). I also gained substantial experience and expertise as to administrative law as an attorney at the Department of Labor's Office of the Solicitor from 2014 through 2017. I am a widely recognized

expert on APA litigation, and frequently speak to and provide training to lawyers and law students on the topic.

5. I have also successfully represented plaintiffs in several class and collective actions, including by serving as lead Supreme Court counsel in *Taylor Farms Pacific*, noted above. *See also Precision Drilling Corp. v. Tyger*, 144 S. Ct. 2604 (2024) (denying certiorari in FLSA collective action); *Mohr v. Trustees of Univ. of Pa.*, 93 F.4th 100 (3d Cir. 2024) (ruling in favor of putative class in data-breach action); *Forby v. One Techs., L.P.*, 909 F.3d 780 (5th Cir. 2018) (ruling in favor of putative class in consumer class action). I also represented several plaintiff classes in civil rights and landlord-tenant class actions earlier in my career, as an attorney at the law firm then known as Emery Celli Brinckerhoff & Abady LLP. *See, e.g.*, *Bentley v. Dennison*, 852 F. Supp. 2d 379 (S.D.N.Y. 2012) (denying qualified immunity in civil rights' class action), *aff'd*, 519 F. App'x 39 (2d Cir. 2013); *Downing v. First Lenox Terrace Assocs.*, 107 A.D.3d 86 (N.Y. App. Div. 2013) (holding that tenants could bring rent-overcharge claims as a class action).

6. Michael T. Kirkpatrick is an attorney at PCLG, where he has practiced since 2004. Since joining PCLG, he has been counsel for a plaintiff class in several cases, including *Harris v. Medical Transportation Management, Inc.*, No. 17-1371 (D.D.C.) (wage-and-hour class action); *Roach v. T.L. Cannon Corp.*, 778 F.3d 401 (2d Cir. 2015) (vacating district court's denial of class certification in wage-and-hour case and holding that individualized damages determinations alone cannot preclude class certification under Rule 23(b)(3)); *Gonzalez v. Pritzker*, 2016 WL 5395905 (S.D.N.Y. Sept. 20, 2016) (granting final approval of settlement in Title VII disparate impact class action challenging Census Bureau's use of arrest records to screen applicants for temporary jobs for the decennial census); and *Easterling v. Connecticut Department of Correction*, No. 08-826 (D. Conn. Sept. 12, 2013) (judgment for plaintiff class pursuant to final approval of settlement in

Title VII disparate impact case challenging employer's use of physical fitness test that had disparate impact on women applicants). He has also represented plaintiffs in numerous cases under the Administrative Procedure Act, including *Centro de Trabajadores Unidos v. Bessent*, No. 25-5181 (D.C. Cir.); *Mendoza v. Perez*, 754 F.3d 1002 (D.C. Cir. 2014); *Citizens Awareness Network, Inc. v. United States*, 391 F.3d 338 (1st Cir. 2004); *Csoka v. Food and Drug Administration*, No. 24-1486, 2025 WL 958364 (D.D.C. Mar. 31, 2025); *Farm Labor Organizing Committee v. Su*, No. 24-706 (D.D.C. Dec. 9, 2024); *Public Citizen Health Research Group v. Pizzella*, 513 F. Supp. 3d 10 (D.D.C. 2021); *Northwest Immigrant Rights Project v. U.S. Citizenship and Immigration Services*, 496 F. Supp. 3d 31 (D.D.C. 2020).

7. I believe our firm has the requisite skill and resources to properly prosecute this case. Descriptions of PCLG's cases is available on Public Citizen's website at https://www.citizen.org/topic/justice-the-courts/case-library/ .

8. I am aware of no conflicts of interest that would prevent me or my firm from zealously pursuing the claims of the putative class.

Signed under the penalties of perjury this 18th day of June 2025.

                                                  Respectfully submitted,

                                                  s/ Adam R. Pulver
                                                  Adam R. Pulver (DC Bar No. 1020475)
                                                  Public Citizen Litigation Group
                                                  1600 20th Street NW
                                                  Washington, DC 20009
                                                  (202) 588-1000
                                                  apulver@citizen.org