UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANARIA CABRERA, et al.,

    *Plaintiffs, on behalf of themselves and others similarly situated*,

    v.

U.S. DEPARTMENT OF LABOR, et al.,

    *Defendants*.

Civil Action No. 25-1909

## DECLARATION OF SCOTT D. MCCOY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Scott D. McCoy, declare as follows:

1. The matters stated in this declaration are true and of my own personal knowledge. If called to testify as a witness, I would truthfully and competently testify to the following.

2. I am an attorney at the Southern Poverty Law Center ("SPLC") and one of its Deputy Legal Directors. Together with co-counsel Public Citizen Litigation Group, SPLC represents the named Plaintiffs and class Plaintiffs in this matter (the "Class"). This declaration sets forth the qualifications and experience of SPLC to serve as Class counsel. Other SPLC attorneys will also represent the Class, including Arthur Ago (Director of Strategic Litigation), Michael Tafelski (interim Deputy Legal Director), Aaron Fleisher and Sam Boyd (Senior Supervising Attorneys), and Diego Soto and Carli Raben (Senior Staff Attorneys).

3. SPLC is a nonprofit legal advocacy organization specializing in civil rights and public interest litigation. SPLC has served as counsel in many federal class actions since its founding in 1971, including: *Braggs v. Hamm*, 2:14-cv- 601-MHT (WO) (M.D. Ala., filed Jul.

20, 2022); *A.A. v. Abraham*, 2019-cv-770 (M.D. La., filed Nov. 7, 2019); *Harvard v. Inch*, 2019 WL 5587314 (N.D. Fla. Oct. 24, 2019); *G.H. v. Marstiller*, 4:19-cv-00431-MW-MJF (N.D. Fla., filed Sept. 4, 2019); *Steward v. Azar*, 313 F. Supp. 3d 237 (D.D.C. 2018); *Wilson v. Gordon*, 822 F.3d 934 (6th Cir. 2016); *Lewis v. Cain*, 3:15-cv-00318-BAJ-RLB (M.D. La., filed May 20, 2015); *Strawser v. Strange*, No. 14–0424–CG–C (S.D. Ala., filed Sept. 11, 2014); and *P.B. v. White*, 2:10-cv-04049 (E.D. La., filed Oct. 26, 2010). Information about SPLC's current class action litigation can be found at our website at https://www.splcenter.org/class-action-lawsuits/.

4. I joined SPLC in 2014. Since joining SPLC, a large portion of my practice has focused on litigation in federal court bringing claims under federal law and the Constitution, including by serving as class counsel representing plaintiffs in federal district courts and courts of appeal in *Strawser v. Strange*, 307 F.R.D. 604 (S.D. Ala. 2015) and *Antonio-Benito v. Lowry Farms, Inc.*, No. 1:20-cv-01039-SOH (W.D. Ark. 2020). Prior to joining SPLC, I practiced complex commercial litigation at Cleary Gottlieb Steen & Hamilton in New York, New York and complex securities and antitrust litigation at Bendinger, Crockett, Peterson, Greenwood & Casey in Salt Lake City, Utah.

5. I am licensed and in good standing in New York, Utah, and Florida. I am admitted to practice in all New York, Utah, and Florida state trial and appellate courts as well as the federal courts for the Southern and Eastern Districts of New York, the District of Utah, and the Southern and Middle Districts of Florida. I am also admitted to practice before the United States Tenth and Eleventh Circuit Courts of Appeals. I received a J.D. from the Benjamin N. Cardozo School of Law at Yeshiva University in 2001.

6. Michael Tafelski joined SPLC in 2018. He is licensed and in good standing in Alabama and Georgia. He is admitted to practice in all Alabama and Georgia state trial and appellate courts as well as the federal courts for the Middle District of Alabama and the Northern District of Georgia. He is also admitted to practice before the United States Eleventh Circuit Court of Appeals. He received a J.D. from the University of Cincinnati College of Law in 2007.

7. Since joining SPLC, Mr. Tafelski has managed and supervised SPLC's youth and education-focused litigation and advocacy in Alabama and Georgia. This has included filing and litigating numerous complex federal and state civil and disability rights lawsuits on behalf of children and families. For eleven years before joining SPLC, he practiced and supervised litigation at Georgia Legal Services Program, a non-profit legal aid organization, where he represented children and families in a variety of civil and disability rights cases. He has received the State Bar of Georgia's Dan Bradley Award and the Anti-Defamation League's Southeast Region Emerging Leader Award for his advocacy and litigation on behalf of children.

8. Arthur Ago joined SPLC in 2024. He is licensed and in good standing in the District of Columbia. He is also admitted in the U.S. District Courts for the District of Columbia and North Dakota; the U.S. Courts of Appeals for the Fifth and Eleventh Circuits; and the Supreme Court of the United States. He received his J.D. from the George Washington University Law School in 1998.

9. Since joining SPLC, Mr. Ago has supervised the litigation and advocacy teams focused on education and youth; voting rights; criminal legal system reform; and inclusion and anti-extremism. For four and a half years before joining SPLC, Mr. Ago supervised the

criminal justice practice group at the Lawyers' Committee for Civil Rights Under Law, where he represented clients in lawsuits related to fines and fees; the right to counsel; police abuse and misconduct; prisoner rights; and lawsuits against white supremacists. Mr. Ago served as counsel in the following class actions: *Cottman v. Baltimore Police Department*, No. 1:21-cv-00837 (D. Md. 2021); *Feenstra v. Sigler*, No. 4:2019-cv-00234 (N.D. Okla. 2021); *Mahoney v. Derrick*, No. 60CV-18-5616 (Cir. Ct. of Pulaski City, Ark.) and 2022 Ark. 27 (2022); *Allen v. Edwards*, 322 So. 3d 800 (La. App. 1 Cir. 2021); and *Black Lives Matter D.C. v. Trump*, 1:20-cv-01469-DLF (D.D.C. 2020). Before the Lawyers' Committee for Civil Rights Under Law, Mr. Ago was an attorney, supervisor, and section chief at the Public Defender Service for the District of Columbia for close to twenty years, where he represented clients in complex criminal cases.

10. I believe our firm has the requisite skill and resources to properly prosecute this case. Descriptions of SPLC's current and historical cases are available on its website at https://www.splcenter.org/resources/civil-rights-case-docket/.

11. SPLC has significant financial resources and a healthy endowment. It is committed to providing all staffing and financial resources necessary to represent the proposed Class.

12. I am aware of no conflicts of interest that would prevent me or SPLC from zealously pursuing the claims of the Class.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2025, in Wilton Manors, Florida.

*/s/ Scott D. McCoy*
Scott D. McCoy

4

FL Bar No. 1004965*
**Southern Poverty Law Center**
2 S. Biscayne Blvd., Ste. 3750
Miami, FL 33131
Phone: (334) 922-0293; Fax: (786) 347-2056
scott.mccoy@splcenter.org


**Pending pro hac vice admission*