# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANARIA CABRERA, *et al.*,

    *Plaintiffs*, *on behalf of themselves and others similarly situated*,

        v.

U.S. DEPARTMENT OF LABOR, *et al.*,

    *Defendants*.

Civil Action No. 25-1909

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Class Certification and the entire record, it is hereby ORDERED that:

Plaintiffs' motion is GRANTED, and the Court certifies a class under Federal Rule of Civil Procedure 23(b)(2).

The Court adopts the following definition for the certified class:

> All individuals enrolled, as of May 29, 2025, in Job Corps programs at centers operated by contractors that were subject to the suspension of Job Corps program operations announced by the Department of Labor on that date.

The Court appoints all named Plaintiffs as class representatives and appoints Public Citizen Litigation Group and the Southern Poverty Law Center as class counsel.

IT IS SO ORDERED.

Dated: _____, 2025

                                        _____
                                        United States District Court Judge