# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABRERA, et al., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil Action No. 25-01909-DLF |

## NOTICE TO THE COURT

Defendants, Department of Labor and Secretary Lori Chavez-DeRemer, by and through undersigned counsel, respectfully submit this notice to clarify that the following italicized language in the Joint Proposed Briefing and Hearing Schedule filed on June 20, 2025 are only Plaintiffs' allegations and do not reflect the position of Defendants:

1) As set forth in Plaintiffs' complaint and motion for a preliminary injunction, *Defendants intend to close Job Corps centers on June 30, 2025*.

2) Plaintiffs' counsel have advised counsel for Defendants, and note for this Court, that, if the TRO in the New York litigation is not extended and a preliminary injunction is not entered, Plaintiffs intend to file a motion for a TRO in this Court on June 26, *to halt efforts to close the 99 Job Corps centers and resume Job Corps program operations pending conclusion of this action*.

Joint Proposed Briefing and Hearing Schedule, ECF No. 8 (June 20, 2025).

Defendants disagree with and dispute those allegations.

Dated: June 20, 2025                                  Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General
                Civil Division

                JACQUELINE COLEMAN SNEAD
                Assistant Branch Director
                Civil Division, Federal Programs Branch

                *Zareen Iqbal*
                ZAREEN IQBAL
                (N.Y. Bar No. 5481940)
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                P.O. Box No. 883, Ben Franklin Station
                Washington, DC 20044
                Phone: (202) 353-5639
                E-mail: zareen.iqbal2@usdoj.gov

                *Attorneys for Defendants*