**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANARIA CABRERA, *et al.*,

    *Plaintiffs*, *on behalf of themselves
and others similarly situated*,

        v.

U.S. DEPARTMENT OF LABOR, *et al.*,

    *Defendants*.

Civil Action No. 1:25-cv-01909

**MOTION OF CARLI RABEN
TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(e), attorney Carli Raben moves to appear *pro hac vice* and participate as counsel in this case. Undersigned counsel are sponsoring members of the Bar of this Court. *See* LCvR 83.2(e)(2). Attached to this motion is a declaration by Attorney Raben pursuant to LCvR 83.2(e)(2).

Respectfully submitted,

June 25, 2025

/s/ *Arthur Ago*
Arthur Ago (DC Bar No. 463681)
Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036
(202) 536-9719
(202) 971-9205 (fax)
arthur.ago@splcenter.org

*Counsel for Plaintiffs*

1