**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL JOB CORPS ASSOCIATION, *et al.,*

                Plaintiffs,

      - against –

DEPARTMENT OF LABOR*, et al.*

                Defendants.

No. 25 Civ. 04641 (ALC)

---

## DECLARATION OF JILLIAN MATZ

    I, Jillian Matz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.      I am a certified Federal Contracting Officer and one of two Heads of Contracting Activity (HCA) at the United States Department of Labor (DOL), within the Office of the Senior Procurement Executive (OSPE), Office of the Assistant Secretary for Administration and Management (OASAM).

    2.      In my capacity as HCA, I head the group of DOL contracting officers within OSPE's Job Corps Acquisition Services (JCAS) responsible for the award and administration of contracts for the operation of DOL's Job Corps centers.

    3.      Job Corps is a primarily residential career and education training program, with 123 Job Corps centers nationwide.

    4.      Ninety-nine (99) of those centers are operated by private entities under contracts with DOL, while 24 centers are operated by the United States Department of Agriculture (USDA)'s Forest Service (known as Civilian Conservation Centers).

**Job Corps Center Operations Contracts**

5.     DOL administers 90 separate contracts for operation of Job Corps centers (some of the contracts cover more than one center).  Attached as Exhibit 1 to this Declaration is the contract for operation of the Atterbury Job Corps center, in Edinburgh, Indiana.  That contract was awarded by DOL to Plaintiff Adams and Associates, Inc., on October 31, 2024.

6.     The Atterbury contract at Exhibit 1 is typical of DOL Job Corps center operations contracts, and like all other such contracts, includes both a provision for Termination for Convenience of the Government, by incorporating Federal Acquisition Regulation (FAR) 48 C.F.R. § 52.249-1, and a Disputes provision for the resolution of disputes arising under or relating to the contract, by incorporating FAR 48 C.F.R. § 52.233-1.  *See* Exhibit 1 at 62-63.

7.     The Termination for Convenience of the Government clause allows the Contracting Officer to terminate the contract, in whole or in part, by providing written notice, when it is in the Government's interest.  48 C.F.R. § 52.249-1.  The clause further provides for compensation to the contractor in the event of termination, in accordance with Part 49 of the Federal Acquisition Regulation.  *Id.*  Part 49 includes general governing principles in the event of a contract termination, including the parties' obligations following the termination, and the negotiation of a termination settlement.  *Id.* § 49.000 *et seq.*

8.     The Disputes clause, FAR 48 C.F.R. § 52.233-1, which is also incorporated into DOL's contracts with Job Corps center operators, indicates that the contracts at issue are subject to the Contract Disputes Act, 41 U.S.C. § 7101 *et seq.*, and that except as provided in that statute, "all disputes arising under or related to this contract shall be resolved under this clause."  48 C.F.R. § 52.233-1(a)-(b).

9.      Job Corps operations contracts typically have a two-year base period of performance, followed by up to three one-year option periods that DOL may unilaterally exercise.  The contracts are awarded on a rolling or staggered basis, with each contract having its own expiration date.

**Job Corps National Training Contracts (NTCs)**

10.      In addition to the operations contracts, DOL administers eight contracts for vocational training services in specific trades, work-based learning, career exploration and planning supports, employability counseling, and outcome-based supports for career placements at various Job Corps centers.  These contracts are known as national training contracts or NTCs. Attached as Exhibit 2 to this Declaration is the NTC contract awarded by DOL to Plaintiff Transportation Communications Union/IAM (TCU), on July 31, 2023. [1]

11.      The contract with TCU is typical of DOL's NTC contracts, and like all other such contracts, includes both a provision for Termination for Convenience of the Government, by incorporating Federal Acquisition Regulations (FAR) 48 C.F.R. § 52.212-4(l), and a Disputes provision for the resolution of disputes arising under or relating to the contract, by incorporating FAR 48 C.F.R. § 52.212-4(d).  *See* Exhibit 2 at 65, 71.

**Termination of Job Corps Center Operations Contracts on May 29, 2025**

12.      I received an instruction in a May 29, 2025, email from DOL leadership announcing that performance under the operations contracts at the 99 contractor-operated Job Corps Centers should be terminated immediately with all shutdown activities to be completed no

---

[1] I have redacted unit prices and other potentially confidential information from the contract documents attached to this declaration, the disclosure of which could violate 18 U.S.C. §1905.

later than June 30, 2025.  DOL does not contract with center operators at the 24 USDA Forest Service sites, and the instruction did not impact activities at those USDA-run centers.

13.     I implemented that instruction by immediately issuing appropriate notices to each operations contractor.  The type of notice sent depended on the expiration date of the operations contract in question, as follows:

a.  For those contracts set to expire on June 30, 2025, I notified the operators that the contracts would not be renewed (i.e., that any future option periods would not be exercised).  A sample of such a notice, sent to MINACT Inc., the operator of the Treasure Island Job Corps Center in San Francisco, California, is attached hereto as Exbibit 3.

b.  For those contracts that were expiring on May 31, 2025, I issued unilateral extensions of the contracts for one additional month, through June 30, 2025, and notified the contractors that the contract would not be extended further.  A sample of such an extension and notice, sent to Serrato Corporation, operator of the North Texas Job Corps Center in McKinney, Texas, is attached hereto as Exhibit 4.

c.  For those contracts set to expire after June 30, 2025, I issued notices of termination for the convenience of the Government.  A sample such termination notice, sent to Plaintiff Adams and Associates, Inc., the operator of the Atterbury Job Corps Center in Edinburgh, Indiana, is attached hereto as Exhibit 5.

**Termination of National Training Contracts on May 29, 2025**

14.     Following the instructions from DOL leadership, on May 29, 2025, DOL also issued termination notices to the NTC contractors, as follows:

      a.   Seven of the eight NTC contracts included work at both USDA Civilian Conservation Centers and at DOL contract-operated centers.  For those contracts, the termination notice was partial, terminating only those activities at the DOL contractor-operated centers.  The NTC contractors' work at the USDA centers was not terminated.  A sample of a partial termination notice, issued to NTC National Plastering Industry's Joint Apprenticeship Trust Fund is attached hereto as Exhibit 6.

      b.   One of the eight NTC contracts, held by Plaintiff Transportation Communications Union/IAM (TCU), included only work at DOL contract-operated centers (i.e., no work is performed at any USDA center under that contract).  For that NTC contract, the termination notice was for a full (not a partial) termination.  A copy of that termination is attached hereto as Exhibit 7.

**Contract Actions to Implement Prior Pauses of Center Operations**

15.     The cessation of contractor operations at a Job Corps Center (through terminations of contracts, issuance of stop work orders, or non-renewal of contracts) is separate and distinct from the closure of a Job Corps Center through the statutorily prescribed notice-and-comment process.

16.     In the past, DOL has terminated operator contracts, stopped work, or has let contracts expire, in advance of a possible closure of the Center.  For instance:

a. In September 2015, DOL placed the Homestead Job Corps Center in Homestead, Florida, in inactive status.  On November 15, 2015, DOL awarded a caretaker contract (for facility maintenance, grounds maintenance, and security services) to a different contractor and terminated its contract with the contractor operating the center.

b. In September 2017, Hurricane Maria damaged the three Job Corps centers in Puerto Rico: the Arecibo Job Corps Center in Arecibo, the Ramey Job Corps Center in Aguadilla, and the Barranquitas Job Corps Center in Barranquitas.  All three centers were placed in inactive status due to structural damage.  On October 5, 2017, in accordance with FAR 52.242-15, DOL issued a stop-work order to the contractor operating the three Puerto Rico centers.  A copy of that stop-work order is attached hereto as Exhibit 8.

c. Also in September 2017, Hurricane Irma damaged the Gainesville Job Corps Center in Gainesville, Florida.  It was placed in inactive status due to the significant costs associated with repairing the center.  On October 6, 2017, in accordance with FAR 52.242-15, DOL issued a stop-work order to the contractor operating the Gainesville Job Corps center.  A copy of the stop-work order is attached hereto as Exhibit 9.

d. DOL paused center operations at the Whitney M. Young Job Corps center in Simpsonville, Kentucky, and at the Woodstock Job Corps center in Woodstock, Maryland, as of January 31, 2025.  For the Whitney Young center, DOL did not exercise a contract option year after the base period of the contract ended.  For the

Woodstock center, DOL extended the contract but only to provide caretaker services for the facility.

e.  DOL also paused the reestablishment of operations at the Carville Job Corps center, in Carville, Louisiana.  In January 2025, DOL issued a notice of partial termination for convenience (ceasing all but caretaker services) to the contractor operating the Carville center, which was ramping up for re-establishing center operations.  A copy of the termination for convenience notice is attached hereto as Exhibit 10.

\* \* \*

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Signed this 10th day of June of 2025.

**Jillian Matz**
Digitally signed by Jillian Matz
Date: 2025.06.10 13:43:34
-04'00'

_____
Jillian Matz
DOL Head of Contracting Activity/Contracting Officer

7

# Exhibit 1

| AWARD/CONTRACT | | 1. This Contract is a Rated Order under the Defense Priorities and Allocations System (DPAS) - Code of Federal Regulations - at 15 CFR 700. | | | RATING | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 73 |
| 2. CONTRACT (Procurement, Instruction, Identification) NUMBER | | | 3. EFFECTIVE DATE | | 4. REQUISITION/PURCHASE REQUEST/PROJECT NUMBER | | | |
| 1605JW-25-C-0002 | | | See Block 20C | | 1631-OJC-25-OJ5-0006 | | | |
| 5. ISSUED BY | | CODE          JCAS | | 6. ADMINISTERED BY (If other than Item 5) | | CODE | | |

```
US Department of Labor
Job Corps Acquisition Services
200 Constitution Ave, NW
N-4643
Washington DC 20210
```
SCD-C

| 7. NAME AND ADDRESS OF CONTRACTOR (Number, Street, County, State and ZIP Code) | 8. DELIVERY |
|---|---|
| | ☐ FREE ON BOARD (FOB) ORIGIN     ☒ OTHER (See below) |
| ADAMS AND ASSOCIATES INC | 9. DISCOUNT FOR PROMPT PAYMENT |
| Attn: Susan Larson | |
| 6151 LAKESIDE DR, STE 1000 | Net 30 |
| RENO NV 895118539 | |

| | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN ▶ | ITEM |
|---|---|---|

| CODE   607811387 | FACILITY CODE | | |
|---|---|---|---|
| 11. SHIP TO/MARK FOR | CODE      ETA ORM R05 | 12. PAYMENT WILL BE MADE BY | CODE  DOL |

```
US Department of Labor
Employment and Training
Administration
230 South Dearborn St
JCK Federal Building, 6th Floor
Chicago IL 60604
```

```
U.S. Department of Labor
Office of the Chief
Financial Officer
200 Constitution Ave, NW
Washington DC 20210
```

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION UNDER | | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|---|
| ☐ THE UNITED STATES CODE AT: 10 U.S.C. 3204 (a) (         )     ☐ 41 U.S.C. 3304 (a) (         ) | | See Schedule |

| 15A. ITEM NUMBER | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | | $48,942,926.53 |

### 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | | |
| | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | 59–72 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 8–13 | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | | |
| X | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | 14–23 | X | J | LIST OF ATTACHMENTS | 73 |
| X | D | PACKAGING AND MARKING | 24 | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | | |
| X | E | INSPECTION AND ACCEPTANCE | 25 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 26–30 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 31–45 | | L | INSTRSUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 46–58 | | M | EVALUATION FACTORS FOR AWARD | |

**CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE**

| 17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ SEALED-BID AWARD (Contractor is not required to sign this document.) Your bid on Solicitation Number   1605JW-24-R-00002 , including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.) |
|---|---|
| 19A. NAME AND TITLE OF SIGNER (Type or print) SUSAN J LARSON, President | 20A. NAME OF CONTRACTING OFFICER LAURENCE A. CLUNIE |
| 19B. NAME OF CONTRACTOR ADAMS AND ASSOCIATES INC/          19C. DATE SIGNED         10/31/24 | 20B. UNITED STATES OF AMERICA  BY          20C. DATE SIGNED   10/31/2024 |

ORM 26 (Rev. 12/2022)
SA - FAR (48 CFR) 53.214(a)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>1605JW-25-C-0002 | PAGE<br>2 | OF<br>73 |
|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**

ADAMS AND ASSOCIATES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | E-Invoice: REQUIRED<br>Accounting Info:<br>2601812425AD202501810001241000001000010JC001OCHI0-<br>Z5A00F-252101 Funding Stream:<br>2601812425AD202501810001241000001000010JC001OCHI0<br>Cost Center: Z5A00F Object Class: 252101<br>Period of Performance: 11/01/2024 to 11/30/2026 | | | | |
| 0001 | Phase In Type:<br>Firm-Fixed-Price (FFP)<br>Product/Service Code:  U006 | 1 | MO | | |
| 0002 | Center Operations - Personnel Expenses (Including<br>Subcontractor Personnel)<br>Type: FFP<br>Product/Service Code:  U006 | | | | |
| 0003 | Center Operations - Non-Personnel<br>100% Average OBS<br>Type: Fixed Price with Price Adjustment (FP/PA)<br>Product/Service Code:  U006 | | | | |
| 0004 | Outreach & Admissions - (FFP)<br>Product/Service Code:  U006 | | | | |
| 0005 | Career Transition Services - (FFP)<br>Product/Service Code:  U006 | | | | |
| 0006 | Construction, Rehabilitation, and Acquisition<br>(CRA)<br>Product/Service Code:  U006 | | | | |
| 0007 | Equipment<br>Product/Service Code:  U006 | | | | |
| 0008 | Career Technical Skills Training<br>Product/Service Code:  U006 | | | | |
| 0009 | Special Projects/Initiatives as directed by the<br>Government<br>Product/Service Code:  U006 | | | | |
| 0010 | Center Operations Utilities<br>Type: Cost Reimbursement plus Fixed Management<br>Fee (CPFF)<br>Product/Service Code:  U006 | | | | |
| 0011 | Reasonable Accommodations<br>Product/Service Code:  U006<br>Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE | OF |
|---|---|---|---|---|---|---|
| | 1605JW-25-C-0002 | | | | 3 | 73 |

NAME OF OFFEROR OR CONTRACTOR

ADAMS AND ASSOCIATES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 1002 | Center Operations - Personnel Expenses (Including Subcontractor Personnel)<br>Type: FFP<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1003 | Center Operations - Non-Personnel<br>100% Average OBS<br>Type: Fixed Price with Price Adjustment (FP/PA)<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1004 | Outreach & Admissions - (FFP)<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1005 | Career Transition Services - (FFP)<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1006 | Construction, Rehabilitation, and Acquisition (CRA)<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1007 | Equipment<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1008 | Career Technical Skills Training<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1009 | Special Projects/Initiatives as directed by the Government<br><br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code: U006 | | | | 0.00 |
| 1010 | Center Operations Utilities<br>Type: Cost Reimbursement plus Fixed Management Fee (CPFF)<br>Continued ... | | | | 0.00 |

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>1605JW-25-C-0002 | | | | PAGE<br>4 | OF<br>73 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
ADAMS AND ASSOCIATES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | ▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code:  U006 | | | | |
| 1011 | Reasonable Accommodations<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2026<br>Product/Service Code:  U006 | | | | 0.00 |
| 2002 | Center Operations – Personnel Expenses (Including Subcontractor Personnel)<br>Type: FFP<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2003 | Center Operations – Non-Personnel<br>100% Average OBS<br>Type: Fixed Price with Price Adjustment (FP/PA)<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2004 | Outreach & Admissions – (FFP)<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2005 | Career Transition Services – (FFP)<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2006 | Construction, Rehabilitation, and Acquisition (CRA)<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2007 | Equipment<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2008 | Career Technical Skills Training<br>▮▮▮ ▮▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2009 | Special Projects/Initiatives as directed by the<br>Continued ... | | | | 0.00 |

AUTHORIZED FOR LOCAL REPRO

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>1605JW-25-C-0002 | | | PAGE<br>5 | OF<br>73 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
ADAMS AND ASSOCIATES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Government ▮▮ ▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | |
| 2010 | Center Operations Utilities<br>Type: Cost Reimbursement plus Fixed Management<br>Fee (CPFF)<br>▮▮ ▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 2011 | Reasonable Accommodations<br>▮▮ ▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2027<br>Product/Service Code:  U006 | | | | 0.00 |
| 3002 | Center Operations - Personnel Expenses (Including<br>Subcontractor Personnel)<br>Type: FFP<br>▮▮ ▮▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2028<br>Product/Service Code:  U006 | | | | 0.00 |
| 3003 | Center Operations - Non-Personnel<br>100% Average OBS<br>Type: Fixed Price with Price Adjustment (FP/PA)<br>▮▮ ▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2028<br>Product/Service Code:  U006 | | | | 0.00 |
| 3004 | Outreach & Admissions - (FFP)<br>▮▮ ▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2028<br>Product/Service Code:  U006 | | | | 0.00 |
| 3005 | Career Transition Services - (FFP)<br>▮▮ ▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2028<br>Product/Service Code:  U006 | | | | 0.00 |
| 3006 | Construction, Rehabilitation, and Acquisition<br>(CRA)<br>▮▮ ▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2028<br>Product/Service Code:  U006 | | | | 0.00 |
| 3007 | Equipment<br>▮▮ ▮▮▮<br>(Anticipated Option Exercise Date) 11/30/2028<br>Continued ... | | | | 0.00 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED 1605JW-25-C-0002 | | | | PAGE 6 | OF 73 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
ADAMS AND ASSOCIATES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Code: U006 | | | | |
| 3008 | Career Technical Skills Training <br><br> (Anticipated Option Exercise Date) 11/30/2028 <br> Product/Service Code: U006 | | | | 0.00 |
| 3009 | Special Projects/Initiatives as directed by the Government <br><br> (Anticipated Option Exercise Date) 11/30/2028 <br> Product/Service Code: U006 | | | | 0.00 |
| 3010 | Center Operations Utilities <br> Type: Cost Reimbursement plus Fixed Management Fee (CPFF) <br><br> (Anticipated Option Exercise Date) 11/30/2028 <br> Product/Service Code: U006 | | | | 0.00 |
| 3011 | Reasonable Accommodations <br><br> (Anticipated Option Exercise Date) 11/30/2028 <br> Product/Service Code: U006 | | | | 0.00 |
| 3012 | Phase Out Type: <br> Firm-Fixed-Price (FFP) <br><br> (Anticipated Option Exercise Date) 10/30/2029 <br> Product/Service Code: U006 | 1 | MO | | 0.00 |

AUTHORIZED FOR LOCAL REPRO

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONTRACT NUMBER: 1605JW-25-C-0002

# TABLE OF CONTENTS

**PART I: THE SCHEDULE**

SECTION B. SUPPLIES OR SERVICES AND PRICES/COSTS......................................8

SECTION C. STATEMENT OF WORK..........................................................................14

SECTION D. PACKAGING AND MARKING................................................................24

SECTION E. INSPECTION AND ACCEPTANCE........................................................25

SECTION F. DELIVERIES OR PERFORMANCE........................................................26

SECTION G. CONTRACT ADMINISTRATION DATA...............................................31

SECTION H. SPECIAL CONTRACT REQUIREMENTS ............................................46

SECTION I. CONTRACT CLAUSES AND PROVISIONS ..........................................59

SECTION J. LIST OF ATTACHMENTS .......................................................................73

CONTRACT NUMBER: 1605JW-25-C-0002

## SECTION B. SUPPLIES OR SERVICES AND PRICES/COSTS

### B.1 BACKGROUND

The U.S. Department of Labor, Job Corps has a requirement for operating the Atterbury **Job Corps** center located at 3129 E. Edinburgh Street, Edinburgh, Indiana, 46124, and the **Indypendence Career Development Site**, is an alternate training location of the Atterbury Center, located at 135 N. Pennsylvania Street, Indianapolis, Indiana, 46204.

The North American Industry Classification System (NAICS) code for this acquisition is **611519**. The small business size standard is **$47M**.

The Contractor shall operate the aforementioned Job Corps Center, which includes providing academic, career technical, career success skills, and career development training, and related support services, for a **PLANNED On Board Strength (OBS) 510 students;** the main campus of the **Atterbury Center** has a capacity of **260** residential male students, **150** residential female students and **0** non-residential students. The **Indypendence Site** has a capacity of **100** non-residential students **50** female students and **50** male students.

The Contractor shall provide Outreach and Admissions services at a location(s) determined by the contractor to ensure the arrival of a minimum of 925 students into the Job Corps program annually for residential male and female students, and nonresidential male and female students. The Contractor shall undertake all measures and efforts necessary to ensure that the center attains and/or maintains an average monthly OBS equal to 100% of the center's planned OBS (planned OBS for this Center is set out at Section C.2.C below).

The Contractor shall provide Career Transition Services (CTS) for all graduates and former enrollees of the center, regardless of where the graduate or former enrollee resides or matriculates. The Contractor shall be responsible for providing CTS services for all graduates and former enrollees within their eligibility period that separated under the prior contractor.

For purposes of this procurement, the Contractor should estimate annual inflow of students for providing CTS in accordance with the contractor's approach to operating this center.

All operations, services, and deliverables under these items will be provided as specified in Sections C and F of this solicitation.

### B.2. PRICING SCHEDULE

The resulting Fixed-Price contract will include Contract Line-Item Numbers (CLINs) that are: 1) Firm-Fixed-Price (FFP), 2) Fixed-Price with Price Adjustment (FP/PA), and 3) Cost-Reimbursement (CR) with specified Not-to-Exceed (NTE) amounts.

The resultant contract shall include the 1% management fee, which is applied to the center operations CLINs only (CLINS XX02, and XX03). Additional provisions regarding fees are found at G.2 below.

8

CONTRACT NUMBER: 1605JW-25-C-0002

**Base Period of Performance: November 1, 2024 – November 30, 2026**

| Item | Supplies/Services | QTY | Unit | Unit Price | Amount |
|------|-------------------|-----|------|-----------|--------|
| 0001 | **Phase In Type:** **Firm-Fixed-Price (FFP)** | **1** | **MO** | | |
| 0002 | **Center Operations – Personnel Expenses (Including Subcontractor Personnel) Type: Fixed Price with Vacancy Reduction** | **24** | **MO** | | |
| 0003 | **Center Operations – Non-Personnel 100% Average OBS Type: Fixed Price with Price Adjustment (FP/PA)** | **24** | **MO** | | |
| 0004 | **Outreach & Admissions Type: Fixed Price with Vacancy Reduction** | **24** | **MO** | | |
| 0005 | **Career Transition Services Type: Fixed Price with Vacancy Reduction** | **24** | **MO** | | |
| 0006 | **Construction, Rehabilitation, and Acquisition (CRA)** | **NTE** | | | |
| 0007 | **Equipment** | **NTE** | | | |
| 0008 | **Career Technical Skills Training** | **NTE** | | | |
| 0009 | **Special Projects/Initiatives as directed by the Government** | **NTE** | | | |
| 0010 | **Center Operations Utilities and Facility Maintenance (non-personnel) Type: Cost Reimbursement plus Fixed Fee (CPFF)** | **24 Months** | | | |
| 0011 | **Reasonable Accommodations** | **NTE** | | | |

9

CONTRACT NUMBER: 1605JW-25-C-0002

**OPTION 1 Period of Performance: December 1, 2026 – November 30, 2027**

| CLIN | Supplies/Service | QTY | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1002 | Center Operations – Personnel Expenses (Including Subcontractor Personnel) **Type: Fixed Price with Vacancy Reduction** | 12 | MO | | |
| 1003 | Center Operations – Non-Personnel 100% Average OBS **Type: Fixed Price with Price Adjustment (FP/PA)** | 12 | MO | | |
| 1004 | Outreach & Admissions **Type: Fixed Price with Vacancy Reduction** | 12 | MO | | |
| 1005 | Career Transition Services **Type: Fixed Price with Vacancy Reduction** | 12 | MO | | |
| | | | | | |
| 1006 | Construction, Rehabilitation, and Acquisition (CRA) | | | NTE | |
| 1007 | Equipment | | | NTE | |
| 1008 | Career Technical Skills Training | | | NTE | |
| 1009 | Special Projects/Initiatives as directed by the Government | | | NTE | |
| 1010 | Center Operations Utilities, Facility Maintenance (non-personnel) **Type: Cost Reimbursement plus Fixed Fee (CPFF)** | | | 12 Months | |
| 1011 | Reasonable Accommodations | | | NTE | |

CONTRACT NUMBER: 1605JW-25-C-0002

**OPTION 2 Period of Performance: December 1, 2027 – November 30, 2028**

| CLIN | Supplies/Service | QTY | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 2002 | Center Operations – Personnel Expenses (Including Subcontractor Personnel) Type: Fixed Price with Vacancy Reduction | 12 | MO | ■ | ■ |
| 2003 | Center Operations – Non-Personnel 100% Average OBS Type: Fixed Price with Price Adjustment (FP/PA) | 12 | MO | | |
| 2004 | Outreach & Admissions Type: Fixed Price with Vacancy Reduction | 12 | MO | | |
| 2005 | Career Transition Services Type: Fixed Price with Vacancy Reduction | 12 | MO | | |
| 2006 | Construction, Rehabilitation, and Acquisition (CRA) | NTE | | | |
| 2007 | Equipment | NTE | | | |
| 2008 | Career Technical Skills Training | NTE | | | |
| 2009 | Special Projects/Initiatives as directed by the Government | NTE | | | |
| 2010 | Center Operations Utilities, Facility Maintenance (non-personnel) Type: CPFF | 12 Months | | | |
| 2011 | Reasonable Accommodations | NTE | | | |

11

CONTRACT NUMBER: 1605JW-25-C-0002

**OPTION 3 Period of Performance: December 1, 2028 – November 30, 2029**

| CLIN | Supplies/Services | QTY | Unit | Unit Price | Amount |
|------|-------------------|-----|------|-----------|--------|
| 3002 | **Center Operations – Personnel Expenses (Including Subcontractor Personnel) Type: FFP** | 12 | MO | | |
| 3003 | **Center Operations – Non-Personnel 100% Average OBS Type: Fixed Price with Price Adjustment (FP/PA)** | 12 | MO | | |
| 3004 | **Outreach & Admissions Type: Fixed Price with Vacancy Reduction** | 12 | MO | | |
| 3005 | **Career Transition Services Type: Fixed Price with Vacancy Reduction** | 12 | MO | | |
| 3006 | **Construction, Rehabilitation, and Acquisition (CRA)** | | NTE | | |
| 3007 | **Equipment** | | NTE | | |
| 3008 | **Career Technical Skills Training** | | NTE | | |
| 3009 | **Special Projects/Initiatives as directed by the Government** | | NTE | | |
| 3010 | **Center Operations Utilities, Facility Maintenance (non-personnel) Type: CPFF** | | 12 Months | | |
| 3011 | **Reasonable Accommodations** | | NTE | | |

12

CONTRACT NUMBER: 1605JW-25-C-0002

## PHASE OUT

| CLIN | Supplies/Service | QTY | Unit | Unit Price | Amount |
|------|------------------|-----|------|-----------|--------|
| 3012 | Phase Out (FFP) | 1 | MO | | |
| | | | | | |

13

CONTRACT NUMBER: 1605JW-25-C-0002

# SECTION C.  STATEMENT OF WORK

## INTRODUCTION

This Statement of Work (SOW) sets forth the contract performance requirements for the operation and management of the Atterbury Job Corps center located at 3129 E. Edinburgh Street, Edinburgh, Indiana, 46124, and the Indypendence Career Development Site, is an alternate training location of the Atterbury Center, located at 135 N. Pennsylvania Street, Indianapolis, Indiana, 46204. The SOW sets forth performance requirements regarding Center Operations, Outreach and Admissions services as well as Career Transition Services.

## INCORPORATION OF CONTRACTOR'S PROPOSAL AS REQUIREMENTS OF THE RESULTANT CONTRACT

The Government, in its sole discretion, may incorporate by reference into the resulting contract select sections of the successful offeror's proposal. That may include, but not be limited to, the technical approach and staff resources sections and specific staffing resources, processes, and tasks, which are described in the proposal, and which go beyond the minimum requirements stated in the SOW and the Policy and Requirements Handbook. If the Government so decides, such sections, processes, and tasks, shall become requirements of the resulting contract. Wherever any of the terms and conditions outlined in the contractor's proposal which are incorporated into the contract by the Government are found to conflict or are inconsistent with the resulting contract, the contract terms and conditions and the Policy and Requirements Handbook takes precedence.

The contractor's proposal (if incorporated into the resulting contract) may be subject to public disclosure in accordance with the Freedom of Information Act (FOIA). Notwithstanding the foregoing, however, DOL will not publicly disclose commercial or financial information contained in the proposal which is subject to an exemption from disclosure under FOIA. Upon request from DOL, the contractor shall identify those areas of its proposal that it believes are exempt from disclosure under FOIA and provide information necessary to establish an exemption from disclosure under FOIA applies.

## C.1 GENERAL

### A.  Background

Job Corps is a national residential training and employment program administered by the U.S. Department of Labor to address the multiple barriers to employment faced by disadvantaged youth throughout the United States. Job Corps was originally established by the Economic Opportunity Act of 1964; current authorization for the program is the Workforce Innovation and Opportunity Act, Public Law 113-128 (29 U.S.C. Sec. 3101, *et. seq.*) (WIOA).

Job Corps provides comprehensive career development services to students including

14

CONTRACT NUMBER: 1605JW-25-C-0002

academic, career technical, career success and independent living skills, career readiness training, and support services. The unique combination of services provided in Job Corps is intended to prepare youth to obtain and hold gainful employment, pursue further education or training, or satisfy entrance requirements for careers in the Armed Forces.

**B.** **Governing Statute, Regulations, and Handbook**

The Contractor shall comply with the requirements of WIOA and DOL's implementing regulations for the Job Corps Program, found at Title 20, Chapter V, Part 686 ("Regulations"). Additional operations and reporting requirements for the Job Corps' program are found in the Policy and Requirements Handbook (PRH). The Contractor shall comply with the PRH, which is hereby incorporated by reference in this solicitation and the resulting contract.

DOL routinely updates and amends the PRH. The Contractor shall be responsible for complying with all updates and amendments. The PRH is available at: https://prh.jobcorps.gov/Pages/Home.aspx.

In the event of any direct and irreconcilable conflict between a provision in the PRH and another term of the resulting contract regarding Job Corps operation and reporting requirements, the contract controls.

PRH, Chapter 5.7, R.1, R.2 and R.3 are not applicable to FFP contracts and are not contractual requirements. Chapter 5.7, Appendix 502 and Appendix 503 are not applicable to FFP type contracts and are not contractual requirements, this includes all associated Exhibits.

**C. Objective**

The Contractor shall provide material, services, and all necessary personnel to operate a Job Corps Center (Center). The Contractor shall provide enrolled students, meeting Job Corps' eligibility criteria, as identified in WIOA and the PRH, with a comprehensive range of career development services leading to employment and long-term attachment to the workforce. The Contractor shall:

1.  Provide academic, career technical, career success, employability, and independent living skills training.

2.  Provide basic health care, counseling, and other support services as required by the PRH.

3.  Conduct program operations in a setting that is clean, well maintained, and safe.

4.  Identify maintenance issues in a timely manner and perform preventative and corrective maintenance, raise the issue with Job Corps, as appropriate, for all facilities depicted on the sitemap attached at J-9 as well as any other facilities referenced in this RFP as falling under the responsibility of the contractor.

CONTRACT NUMBER: 1605JW-25-C-0002

5. Assist youth in obtaining employment, additional education or training, or entry into the Armed Forces.

6. Provide support that prepares graduates to maintain long-term attachment to the labor market or further educational opportunities.

7. Integrate center operations with the local workforce development systems, employers, the business community, and community-based organizations.

**D.  Career Technical Training by National Office Contractors**

A portion of the career technical training offered in this program may be training provided under separate contracts between the U.S. Department of Labor and one or more national training Contractors (NTCs) under the terms and conditions specified in the Memorandum of Understanding shown in the PRH. Training programs operated by NTCs are identified in Section C.2.D.

**E.  Demonstration Projects**

Job Corps operators may be required to participate in National Office Demonstration or Pilot Projects. These projects may occur across all Job Corps delivery areas. These projects will be funded through the Special Projects/Initiatives as Directed by the Government through CLIN (XXX9).

**F.  Acronyms and Definitions**

**CLIN.** Contract Line Item Number

**CR.** Cost-Reimbursement

**CRA.** Construction, Rehabilitation, and Acquisition

**CTS.** Career Transition Services

**DOL.** Department of Labor

**ETA.** Employment Training Administration

**FFP.** Firm-Fixed-Price

**FP/PA.** Fixed-Price with a Price Adjustment

**NTE.** Not-to-Exceed

**OJC.** Office of Job Corps

16

CONTRACT NUMBER: 1605JW-25-C-0002

**PRH.** Policy and Requirements Handbook

**SOW.** Statement of Work

**WIOA.** Workforce Innovation and Opportunity Act

**BLS OEWS.** Bureau of Labor Statistics Occupational Employment and Wage Statistics is a federal program that publishes employment and wage estimates annually for approximately 830 occupations. Published employment and wage estimates data is available at https://www.bls.gov/oes/tables.htm for the nation, for individual states, and for metropolitan and non-metropolitan areas.

**Contracting Officer's Representative (COR).** An individual designated and authorized in writing by the Contracting Officer to perform specific technical or administrative functions. A COR is an authorized representative of a contracting officer within the scope of their authority but is not given the authority to enter into contractual agreements or modifications.

**In Demand**. Occupations that meet the Bureau of Labor Statistics' definition for Bright Outlook Jobs. These are occupations that meet any of the following criteria:

- Projected to grow faster than average (employment increase of 8% or more) over the period 2021-2031 for the US nationwide
- Projected to have 100,000 or more job openings over the period 2021-2031 for the US nationwide
- New & Emerging occupation

**Family Sustaining**. Occupations whose median wages for a locality exceed the required family-sustaining wage for that locality. The Massachusetts Institute of Technology (MIT) living wage calculator (https://livingwage.mit.edu/) provides family-sustaining wages for family types and localities.

**High-Quality.** Jobs that meet the Good Jobs Principles laid-out by the Department of Labor and Department of Commerce.

**Local Labor Market.** An economically integrated area within which individuals can live and find employment within a reasonable distance or can readily change jobs without changing their place of residence. Local labor markets include both the metropolitan and micropolitan areas, as defined by the Office of Management and Budget, as well as the small labor market areas maintained by the Bureau of Labor Statistics (BLS).

**On Board Strength (OBS).** On-Board Strength (OBS) is an efficiency rating that demonstrates the extent to which a center operates at full capacity. The measure is reported as a percentage, calculated by the number of students on-board divided by the planned on-board strength (contracted number of students that a center is authorized to serve at any one time). The national goal for OBS is 100% in order to operate the program at full capacity,

17

CONTRACT NUMBER: 1605JW-25-C-0002

maximize program resources, and fulfill the mission of serving the underserved student population.

**Opportunity Youth.** Are individuals ages 16-24 who are not attending school, are unemployed, and do not have a secondary diploma or equivalent. Young people who are low income and require foundational skills, including young parents, youth with disabilities, youth experiencing homelessness, and survivors of human trafficking. Note this definition shall not conflict with PRH eligibility criteria in Exhibit 1-1.

**Quality Control.** Those actions taken by a contractor to control the performance of services so that they meet the requirements of the SOW.

**Quality Assurance.** Those actions taken by the government to assure services meet the requirements of the SOW.

## C.2 SITE SPECIFIC INFORMATION

The Atterbury **Job Corps Center** is located **near/in the city of** Edinburgh, IN Johnson **County, in the state of** Indiana The property and site are described in the **Facility Survey, Vol. 1 and 2, dated** June 2022.

A.     Youth screened for the Job Corps program shall come from workforce development areas in the state of Indiana as follows:

INRZ01

The Contractor shall be expected to recruit and screen sufficient numbers of applicants to generate arrivals in accordance with the delivery schedule in Section F. Note: This could include recruiting and screening arrivals for more than one Job Corps Center.

The Contractor will perform recruitment activities only within the designated Recruitment Zone. Prospective applicants who reside within the Recruitment Zone will be automatically referred to the appropriate admissions office. A digital map of Job Corps recruitment zones is available at https://neapmap.com.

**B.** The center can expect to receive arrivals from other contractors performing Outreach and Admissions as follows:

☒N/A

18

CONTRACT NUMBER: 1605JW-25-C-0002

**C.**   The center shall operate at a planned, average on-board strength as noted below:

| Category | Number |
|---|---|
| Residential Male Students | 260 |
| Residential Female Students | 150 |
| ***Subtotal Residential Students*** | **410** |
| Nonresidential Male Students | 50 |
| Nonresidential Female Students | 50 |
| ***Subtotal Nonresidential Students*** | **100** |
| **Total Planned Average On-Board Strength** | **510** |

The Contractor shall continue to pursue activities to ensure OBS levels are maintained in accordance with the contract throughout the contract period. The OBS is a measurement of the contractor's capacity utilization on the Job Corps centers. An OBS average is a calculation of the center's capacity utilization over an identified period of time. The Contractor agrees to maintain the OBS level as specified above in Section C.2.C. Center Design. The requirement to operate the Center at 100% OBS applies independently of the annual arrivals requirements. The Contractor is required to deliver enrollees at higher numbers than specified here if that is necessary to attain and/or maintain full capacity (100% OBS) at the Center they are operating.

In the event that nonresidential students are enrolled, they shall be provided the following services, in addition to the core services available to all students:

1.      Transportation to and from the training site for training days and for limited recreational activities.
2.      A locker, lock, and nonresidential student lounge.
3.      Lunch on all training days.
4.      Breakfast on all training days.
5.      Supper and weekend meals if the student wishes to remain on center.  Center transportation is not mandatory when students stay for supper and weekend meals.
6.      All benefits residential students receive, except as noted herein.

**D.**  Career technical training programs will be offered in accordance with requirements of the Job Corps PRH, as follows:

| Career Technical Training Offering | E-TAR Code | Total Slots |
|---|---|---|
| **Main Atterbury Campus:** | | |
| Office Administration | OFCAD-100-OJC-17 | 30 |
| Electrical | ELECT-100-OJC-14 | 24 |
| Culinary Arts | CULIN-100-OJC-19 | 60 |
| OTP in Health Care | INHEA-100-OTP-18 | 30 |
| Security and Protective Services | SECUR-100-OJC-13 | 30 |

19

CONTRACT NUMBER: 1605JW-25-C-0002

| Welding | WELDG-100-OJC-14 | 48 |
|---|---|---|
| OTP in Transportation (CDL) | INTRA-100-OTP-18 | 20 |
| Carpentry, Pre-Apprentice* | CARPT-100-UBC-18 | 40 |
| Cement Masonary, Pre-Apprentice* | CMENT-100-NPI-19 | 20 |
| Building Construction Technology, Pre-Apprentice* | BCONT-100-HBI-15 | 24 |
| Glazing, Pre-Apprentice | GLAZI-101-IUP-18 | 20 |
| Heavy Construction Equipment Mechanic, Pre-Apprentice* | HEMEC-100-IUO-21 | 16 |
| Heavy Construction Equipment Operations, Pre-Apprentice* | HEOPS-101-IUO-19 | 12 |
| Painting, Pre-Apprentice* | PAINT-101-IUP-18 | 20 |
| Bricklayer, Pre-Apprentice* | BRICK-101-IMI-18 | 20 |
| Advanced Career Training (ACT)** | COLLG-600-ACT-14 | 6 |
| **Indypendence Career Development Center:** | | |
| Office Administration | OFCAD-100-OJC-17 | 30 |
| Certified Nurse Assistant | NURSE-100-OJC-15 | 60 |
| **Total Slots** | | **510** |

\*Indicates programs offered by National Training Contractors (NTCs)
\*\*Indicates Full Time Students

PLEASE NOTE: Delivery of Career Technical Training (CTT) programs in accordance with PRH is at a location identified by the contractor. The contractor shall constantly assess CTT program offering alignments with the local labor market demands and request trade changes as necessary, which will be enacted via contract modification, when and where appropriate.

**E.** The Contractor shall provide Career Transition Services for all graduates and former enrollees of the center, regardless of where the graduate or former enrollee resides or matriculates. The Contractor shall be responsible for providing CTS services for all graduates and former enrollees within their eligibility period that separated under the prior operator.

**F.** Staff Housing (☐ is ☒ is not available at this center):

If applicable, the Contractor shall operate and manage staff housing associated with this Center. The Contractor shall ensure that rates are charged in accordance with OMB Circular A-45, which implements 5. U.S.C. Section 5911 (1976). This Circular requires that basic rental rates be set at rates prevailing in the area for similar housing.

The following is a sample description of staff housing provided:

Example: *The center has four (4) 1-bedroom apartments and two (2) 3-bedroom ranch style houses available. With the apartments, every two apartments share a laundry room. Utilities are also included in the rent. The units are available to staff only and are located in the lower portion of the campus (on the outskirts of the center).*

The Contractor shall submit a plan and schedule of rates pursuant to PL 88-459 for housing for

20

non-students to the Contracting Officer's Representative (COR), no later than 30 days after contract award.

**G.** On-Center Child Care Program (☐ is ☒ is not required):

If required, the Contractor shall provide a structured child development program at the_____campus for approximately _____children. Child development programs shall be operated in accordance with the PRH.

Administration of Residential Parent/Child Program (☐ is ☒ is not required):

If required, the Contractor shall provide a residential training program for approximately _ single parents and their children. Parents and children shall live together in a dormitory specifically designed to accommodate children. The Contractor shall provide a safe, healthy living environment for parents and their children by implementing procedures for handling emergencies and illness, and for ensuring the operator of the on-site Child Development Center follows similar procedures. Minimum requirements are found in the PRH.

**H.** Phase-In and Phase-Out Plans

The Government recognizes that if the incumbent contractor is not the successful Offeror, the successful Offeror will then assume responsibility over the Job Corps center operations upon commencement of the new contract period of performance. The incoming contractor will have a phase-in period to become familiar with the center, as well as time to interview and hire staff necessary to operate the center. The successful Offeror will be required to take over complete operation of the center once the phase-in period is complete. There will be only one contractor responsible for center operations at any given time. The contractor shall provide, within three (3) days of receiving award, a Phase-In Plan (cost included in CLIN 0001) and a Phase-Out Plan (cost included in CLIN 3012) for transitioning services from an incumbent contractor to a successor contractor. These Phase-In/Phase-Out plans shall ensure continuity of services, minimize any decreases in productivity and performance, and prevent possible negative impacts on services during the phase-in/phase-out periods. Phase-In preparations shall not cause an unreasonable disruption/interference with the departing contractor's operation. When the new contractor assumes operations, the former contractor shall not cause any unreasonable disruption/interference upon departure. Continuation of DOL operations is a critical concern during the transition of activities from an incumbent contractor to a successor.

The contractor shall transition services in the most timely and effective manner. The contractor shall coordinate Phase In/Phase-Out efforts with the government and incumbent or successor contractor(s).

**Phase-In Plan**
The Phase-In Plan shall contain a realistic approach for assuming immediate contractual responsibility upon award. The plan shall detail an approach to assume responsibility of the Job Corps center operations without disruption of performance. The plan shall identify risks and proposed mitigation strategies, and propose a realistic, achievable, and reasonable schedule with staffing plan. The plan shall ensure sufficient resources are on hand and

CONTRACT NUMBER: 1605JW-25-C-0002

available to begin work under the Phase-In period. It shall affirm the personnel proposed are available, trained, and qualified to perform under this effort, and list all deliverables. The contractor shall support all incoming transition activities in accordance with Attachment J-3, Office of Job Corps Phase-In and Phase-Out Checklist.

**Phase-Out Plan**
The Phase-Out Plan for transitioning the services to the successor contractor shall ensure continuity of services, avoid decreases in productivity and performance, and prevent possible negative impacts on services during the phase-out period. The Phase-Out Plan shall demonstrate the contractor's ability to enable a seamless transition of services when the period of performance ends. The incumbent contractor shall provide all documentation and deliverables developed under the current contract to the government.

The contractor shall support all outgoing transition activities in accordance with Attachment J-3, Office of Job Corps Phase-In and Phase-Out Checklist.

## C.3 KEY PERSONNEL

The following personnel are considered key personnel by the government:

1) Center Director
2) Career Success Director
3) OA/CTS Director

Key Personnel are considered to be essential to the work being performed hereunder. The contractor shall adhere to the Key Personnel requirements and Minimum Qualifications provided herein. The contractor shall provide a Center Director, Career Success Director, and OA/CTS Director who is responsible for the Statement of Work, PRH, and contract requirements. The names of these personnel and alternates who shall act for the contractor when the Key Personnel is absent shall be designated in writing to the Contracting Officer. The Center Director or alternate shall be available between 8:00a.m. to 5:00p.m. Monday thru Friday and on call at all other times 24 hours a day, seven days week, 365 day a year. The Career Success Director or alternate shall be available between 1:00 PM to 10:00 PM and on call at all other times 24 hours a day, seven days week, 365 day a year. The OA/CTS Director or alternate shall be available between 9:00a.m. to 5:00p.m. Monday thru Friday.

Prior to replacing any individuals in the specified Key Personnel positions, the Contractor shall notify the Contracting Officer and shall submit justification (including proposed substitutions ensuring replacement meets minimum qualifications) in sufficient detail to permit evaluation of the impact on the program. No diversion shall be made by the Contractor without the written consent of the Contracting Officer.

22

CONTRACT NUMBER: 1605JW-25-C-0002

Qualifications for Key Personnel are listed below:

| Position | Primary Duties | Minimum Qualifications |
|---|---|---|
| Center Director | Provides direction, management, and supervision of the Job Corps campus and all related activities. | • Bachelor's degree<br>• Five years' experience in program management and direction<br>• Experience working with youth and young adults |
| Career Success Director (also known commonly as the Social Development Director) | Conducts social development training and is responsible for the oversight of activities related to social development. | • Bachelor's degree<br>• Two years' experience in program management and direction<br>• Three years' experience working with youth and young adults |
| OA/CTS Director | Provides oversight and management of admissions office operations, or career transition services office operations, or both. | • Bachelor's degree in human services, psychology, counseling, education, social science, business, communications, or closely related field, and two years related supervisory experience.<br><br>OR<br><br>• Associate degree in human services, psychology, counseling, education, social science, business, communications, or closely related field, and four years related supervisory experience. |

23

CONTRACT NUMBER: 1605JW-25-C-0002

## SECTION D.  PACKAGING AND MARKING

[For this Solicitation, there are NO clauses in this Section]

CONTRACT NUMBER: 1605JW-25-C-0002

## SECTION E.  INSPECTION AND ACCEPTANCE

### E.1  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR 52.252-2 CLAUSES "INCORPORATED BY REFERENCE" in Section I of this contract.  See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.246-4 | INSPECTION OF SERVICES -- FIXED-PRICE | AUG 1996 |

### E.2  INSPECTION AND EVALUATION

All inspections and evaluations shall be performed in such a manner as to not unduly delay the Contractor's work.

Inspection and acceptance of the work called for under this contract shall be made by the Contracting Officer's Representative (COR) at the Contractor's offices, the Job Corps Center, or the U.S. Department of Labor, Employment & Training Administration, as applicable.

CONTRACT NUMBER: 1605JW-25-C-0002

# SECTION F.  DELIVERIES OR PERFORMANCE

## F.1  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS | APR 1984 |
| 52.242-15 | STOP-WORK ORDER | AUG 1989 |

## F.2  TYPE OF CONTRACT

This is a Fixed-Price contract, which includes CLINs that are Firm-Fixed-Price (FFP), Fixed-Price with Price Adjustment (FP/PA), and Cost-Reimbursement (CR), with specified Not-to-Exceed (NTE) amounts.

## F.3  PERIOD OF PERFORMANCE

**Phase In:** If appropriate, for the purpose of assuming the responsibility of center operations, the Contractor shall perform necessary phase-in functions for a period of 30 days November 1, 2024 – November 30, 2024.

**Operations**: Center Operations shall commence in accordance with Section B of the contract.

**Outreach and Admissions and Career Transition Services** shall commence in accordance with Section B of the contract.

**Phase Out**: If appropriate, for the purpose of transitioning the responsibility of center operations, the Contractor shall perform necessary phase-out functions from November 1, 2029 through November 30, 2029.

## F.4  PLACE OF PERFORMANCE

Identified in Section C of this solicitation.

26

CONTRACT NUMBER: 1605JW-25-C-0002

## F.5 DELIVERABLES

In addition to those deliverables required in the PRH, the Contractor shall, when applicable adhere to the following input schedule below:

The contractor should take into consideration arrivals that will be delivered by other contractors performing Outreach and Admissions, as specified in section C.2 above. However, the requirement to operate the Center at 100% OBS (see Section C.2.C), applies independently of the annual arrivals requirements in these tables and arrivals anticipated from third party Outreach and Admissions contractors. The Contractor is required to deliver enrollees at higher numbers than specified here if that is necessary to attain and/or maintain full capacity (100% OBS) at the Center they are operating.

**Table 1: Annual Arrival by Center – Enrollee Assignment Plan**

| Annual Arrival by Center - Enrollee Assignment Plan* | | | | | |
|---|---|---|---|---|---|
| Center | Male Residential | Male Non-Residential | Female Residential | Female Non-Residential | Total |
| Atterbury | 416 | 0 | 245 | 0 | 661 |
| IndyPendence | 0 | 107 | 0 | 107 | 214 |
| Whitney Young | 40 | | 10 | | 50 |
| | | | | Grand Total | 925 |

*Note that https://neapmap.com provides information on arrival goals and designated recruitment zones. In the event that there is a discrepancy between https://neapmap.com and the contract, the contract takes precedence over the neap map.

**Table 2: Annual Arrivals by Month**

| Annual Arrivals by Month: Atterbury/Indypendence | | | |
|---|---|---|---|
| Month | Male | Female | Total |
| January | 37 | 38 | 75 |
| February | 37 | 42 | 79 |
| March | 37 | 42 | 79 |
| April | 46 | 45 | 91 |
| May | 37 | 40 | 77 |
| June | 28 | 31 | 59 |
| July | 37 | 37 | 74 |
| August | 37 | 42 | 79 |
| September | 37 | 40 | 77 |
| October | 45 | 43 | 88 |

27

CONTRACT NUMBER: 1605JW-25-C-0002

| Annual Arrivals by Month: Atterbury/Indypendence | | | |
|---|---|---|---|
| Month | Male | Female | Total |
| November | 28 | 29 | 57 |
| December | 19 | 21 | 40 |
| Total: | 425 | 450 | 875 |

| Annual Arrivals Whitney Young | | | |
|---|---|---|---|
| Month | Male | Female | Total |
| January | 3 | 3 | 6 |
| February | 3 | 3 | 6 |
| March | 3 | 3 | 6 |
| April | 3 | 3 | 6 |
| May | 0 | 0 | 0 |
| June | 0 | 0 | 0 |
| July | 0 | 0 | 0 |
| August | 3 | 3 | 6 |
| September | 3 | 3 | 6 |
| October | 3 | 3 | 6 |
| November | 2 | 2 | 4 |
| December | 2 | 2 | 4 |
| Total: | 25 | 25 | 50 |

Table 3, Deliverables Submission Requirements, lists the requirements for providing plans, technical documentation, reports and other artifacts to DOL/OJC.

**Table 3, Deliverables Submission Requirements**

Many of the above deliverables require DOL/OJC approval before they can be implemented. Generally, DOL will take up to fifteen (15) working days to review any deliverable above that must have DOL approval. During that time period, DOL personnel will either provide the contractor with documented approval or return the document/deliverable, with comments, for revision by the contractor within ten working days. The contractor shall make the changes requested by DOL or engage in a discussion about the deliverable with the CO and/or COR. When the contractor provides a revised document, DOL will have ten (10) working days to review/accept it.

CONTRACT NUMBER: 1605JW-25-C-0002

| No. | Deliverable | Frequency | Format Type | Submit to: |
|-----|-------------|-----------|-------------|-----------|
| 1 | Phase-in Phase-Out Plan | Plan shall be submitted within 3 days of award. | Microsoft Word | COR |
| 2 | Technical Approach Plan (plan providing matrix summary of activities proposed in the contractor's incorporated proposal) | Plan shall be submitted 15 days after award. Provide revised plan within 15 calendar days after receiving DOL/OJC comments. COR approval is required. | Microsoft Word or Microsoft Excel | COR |
| 3 | Technical Approach Status (Report providing status of the activities delineated within the Technical Approach Plan) | Quarterly | Microsoft Word | COR |
| 4a | J.27, Vacancy Information | Tenth day of the month | Microsoft Excel (J.27) | CO |
| 4b | J.27, Staff Compensation Information | Quarterly by the tenth day of the month due | Microsoft Excel (J.27) | CO |
| 5 | Key Personnel Plan (Contractor shall provide Key Personnel Plan that shall include resumes of proposed key personnel. The resumes shall include information on the nominees' educational and training accomplishments, as well as past work and other relevant experience, including any special accomplishments and skills. In addition to resumes, contractor shall provide letters of commitment to work on the contract for each individual proposed.) | Plan shall be submitted five calendar days before the start of center operations. | Microsoft Word | COR |

29

CONTRACT NUMBER: 1605JW-25-C-0002

## F.6 PERFORMANCE MEASURES

The Contractor's obligations regarding performance outcomes and quality control are set out in the PRH. Generally, the Government will conduct quality assurance by measuring performance through the program's performance management system which is comprised of six Outcome Measurement System (OMS) report cards. The six report cards are Outreach and Admissions (OA) Report Card; Direct Center Services (DCS) Report Card; Career Transition Services (CTS) Report Card; Career Technical Training (CTT) Report Card; Academic Report Card (ARC); and Contract Report Card. Each of the first five reports is designed to reflect results in a specific area of student services and represents a discrete pool of students. The Contract Report Card provides a summary rating of the weighted performance across all other report cards associated with the contract.

To add to the quantitative components of the performance system, there are other reports and surveys that evaluate center quality, providing an additional view of the program's performance. These reports and surveys are the Student Experience Assessment (SEA); Student Safety Assessment (SSA); Weekly, Monthly and Cumulative On-Board Strength Reports; the Monthly Center Summary Report (MPO 35); and the Contractor Performance Assessment Report (CPAR).

CONTRACT NUMBER: 1605JW-25-C-0002

## SECTION G.  CONTRACT ADMINISTRATION DATA

## G.1  DOLAR 2952.201-70 CONTRACTING OFFICER'S REPRESENTATIVE (COR) CLAUSE

(a) A Contracting Officer's Representative (COR) will be delegated upon award. A copy of the delegation memorandum will be provided to the COR and a delegation letter sent to the vendor.

(b) The COR is responsible, as applicable, for receiving all deliverables; inspecting and accepting the supplies or services provided hereunder in accordance with the terms and conditions of this contract; providing direction to the contractor, which clarifies the contract effort, fills in details or otherwise serves to accomplish the contractual scope of work; evaluating performance; and certifying all invoices/vouchers for acceptance of the supplies or services furnished for payment.

(c) The COR does not have the authority to alter the contractor's obligations under the contract, and/or modify any of the expressed terms, conditions, specifications, or cost of the agreement. If, as a result of technical discussions, it is desirable to alter/change contractual obligations or the scope of work, the contracting officer must issue such changes.

(End of clause)

## G.2 FEES

Payment of Management Fees:

The contractor will earn a 1% Management Fee for Center Operations (CLIN XX02 and CLIN XX03), in accordance with WIOA. The contractor shall include this 1% Management Fee in the Center Operations CLINs (XX02 and XX03).

The contractor will earn a 1% Fixed (Management) Fee for Utilities (CLIN x010).

Price Adjustments to the contract price resulting from new Wage Determinations (in accordance with contract clause 52.222-41) or increases to the Federal Minimum Wage (in accordance with contract clause 52.222-55) shall not include G&A or Profit, to include the 1% Management Fee.

31

CONTRACT NUMBER: 1605JW-25-C-0002

## G.3 INVOICE REQUIREMENTS

**DOL-2019-03 Submission of Invoices (August 2019)**

**A. Applicability**

Contracting Officers shall insert this clause in all solicitations and awards. For existing awards, the Contracting Officer will determine whether the contract action should be modified to incorporate the clause.

**B. Definitions**

None

**C. Requirements**

    a. Electronic Invoice Submittal

        Invoices for the services/goods provided under this award shall be submitted through the Department of Treasury's Invoice Processing Platform (IPP). IPP is a Federal Government owned and operated website accessible to contractors free of charge. Information about IPP, including enrollment instructions, are available and should be obtained by the enrolled contractors directly from the Department of Treasury after award.

      i. The following instructions apply to Invoices submitted through IPP.Gov:

        IPP invoice attachments SHALL NOT exceed the size limit of 10 megabytes (MB) each. However, you may submit multiple attachments of less than 10MB each with the invoices.

          1. DO NOT submit an invoice or attachment that uses shading or color.

              a. An emailed Portable Document Format (PDF) image cannot have any text that has a background with any color other than white. If the image has a shaded background, it will be converted to black, and the text will be illegible.

        b. An emailed Tagged Image File Format (TIFF) image must be black and white.

          2. DO NOT submit more than one invoice at a time.

          3. DO NOT attempt to use the "Recall or Resend" email message feature.

      ii. Electronic invoices shall be in PDF or TIFF format.

    b. Paper Invoices shall be submitted via fax or U.S. mail

        Paper invoices may be sent via fax to: 202-693-2862.

CONTRACT NUMBER: 1605JW-25-C-0002

Mail paper invoices to:

U.S. Department of Labor
Office of Financial Management Operations
Division of Client Accounting Services
Room S-5526
200 Constitution Avenue, N.W.
Washington, DC 20210

c.  General Information

Payment due date is to be calculated from the date the invoice is received in accordance with FAR 32.905 and the instructions above.

Inquiries regarding invoices must be emailed to OCFOinvoiceinquiries@dol.gov. The relevant invoice must be attached to the inquiry email and the subject line of the email must state "INQUIRY", as shown in the following example:

*INQUIRY: <Contractor Name>, DOL Agency, <Contract Number, BPA Call or Order Number>, Invoice Number, <Invoice Amount>*

The contractor **SHALL NOT** use the DOL electronic invoicing email address for inquiries about any invoice.

**Questions**

All questions regarding Electronic Invoicing shall be sent to the DOL Office of the Chief Financial Officer (OCFO) at OCFOinvoiceinquiries@dol.gov.

End of Clause

**G.4  INTERPRETATION OR MODIFICATIONS**

No oral statement of any person and no written statement of anyone other than the Contracting Officer shall modify or otherwise affect the terms or conditions of this contract. All requests for interpretations, modifications, or changes shall be made in writing to the Contracting Officer.

**G.5  REMEDIES FOR CONTRACTOR FAILURE TO COMPLY WITH SEPARATION AND LEAVE REQUIREMENTS**

The contractor agrees to comply with the requirements in this Contract and the PRH regarding the separation of students from the program and the authorization and recording of student leave. A violation of those requirements results in inaccurate enrollment numbers, which in turn leads to inflated payments to the Contractor and other costs to the Government, some of which are difficult-to-quantify opportunity costs.

The Contractor agrees that as a remedy for such violations, the Contractor will pay the Government an amount calculated by multiplying the total number of Invalid Days by the Student Per Day Amount. The number of Invalid Days is the number of calendar days a student

33

CONTRACT NUMBER: 1605JW-25-C-0002

was improperly listed as enrolled (in the reported on-board strength) or granted invalid leave. If multiple students were improperly listed or granted invalid leave, the number of Invalid Days is the sum of such days for each student. The Student Per Day Amount is calculated as set forth in the Table below.

| | Calculation of Student Per Day Amount | | | | |
|---|---|---|---|---|---|
| Period of Performance | CLIN XX03 Total Price for Period | Planned OBS | Number of Days in Period of Performance | Student Per Period Amount (XX03/OBS) | Student Per Day Amount (Student Per Period Amount/Number of Days) |
| Base Period: | | 510 | 730 | | |
| Option Period One: | | 510 | 365 | | |
| Option Period Two: | | 510 | 366 | | |
| Option Period Three: | | 510 | 365 | | |
| Average | | 510 | 365 | | |

Please note that this clause is also applicable to circumstances where the contractor fails to properly separate a student from the program as a result of student misconduct.

## G.6 REMEDIES FOR CONTRACTOR FAILURE TO COMPLY WITH OTHER ENROLLMENT REQUIREMENTS

The contractor agrees to comply with the requirements for eligible enrollments. The contractor agrees that it will refund the Government for costs associated with an ineligible enrollment, which may include the cost to the Government for each day a student is improperly enrolled in the program (counted in the reported OBS). The contractor agrees further that the refundable cost to the Government for each day a student was improperly present in the program (counted in the reported on-board strength), the Student Per Day Price (see Section G.5). This "Per Day Price" is then multiplied by the total number of days that the ineligible student was in the program.

If the annual student price is not stated for any given year, it shall be computed by dividing the CLIN XX03 amount for the year by the total planned average OBS.

## G.7 REMEDIES FOR CONTRACTOR FAILURE TO COMPLY WITH PLACEMENT REQUIREMENTS

As a remedy for the violation of the requirements of the Contract regarding CTS as identified in the PRH, the contractor agrees to pay the government the costs associated with placements found

CONTRACT NUMBER: 1605JW-25-C-0002

to be invalid and shall be required to reimburse the Government in the amount of $750 per invalid placement.

## G.8  REMEDIES FOR MISREPORTED ACADEMIC AND CAREER TECHNICAL TRAINING (CTT) CREDITS

As a remedy for the violation of the requirements of the Contract regarding Academic (High School Equivalency and High School Diploma, HSE/HSD) or CTT Completion as identified in the PRH, the contractor agrees to pay the government $200 for each misreported HSE/HSD and $500 for each misreported CTT Completion.

## G.9   PRICE REDUCTION FOR LESS-THAN-100% ON BOARD STRENGTH

The Contract requires the Contractor to undertake every effort necessary to attain and/or maintain 100% average monthly OBS.  Should the average monthly OBS level be less than 100% in any month, the Contractor's CLIN X003 price for the month will be adjusted downward based on the actual average OBS during that month. "Average OBS" means the OBS as established for the (CIS->Accountability->Reports->Center Reports->Center On Board Strength Report->Select Reporting Period).

The reduction of the CLIN X003 price pursuant to this clause is in addition to, and does not constitute a waiver by the Government of, other remedies available under the contract for the contractor's failure to achieve 100% OBS.

The following formula shall apply to CLIN XX03, Center Operations Non-personnel to determine the monthly price invoiced for CLIN X003:

*CLIN X003 Monthly Invoiced Amount = CLIN XX03 Center Operations Non- Personnel Monthly Price Value  x Average OBS (Percentage Form )*

The following example is provided solely for the purpose of illustrating how the formula operates. Suppose that for the base period of the contract, the CLIN 0003 unit price per month is $1 million. In the fourth month of contract performance, the Average OBS for the Center was reported to be 64%. In that case, the Adjusted Monthly Price for that month, which is the amount that the Contractor would be entitled to receive is $640,000, calculated as follows:

Invoice Amount for CLIN X003   =   $1,000,000 x .64 = $640,000

At the end of each contract period, the Government will adjust via modification, the contract value for that period, to reflect the total price paid during the contract period.

The price reduction under this clause does not apply for the first three months of a contract in cases where the contractor is a new operator at the center (i.e., not the incumbent under the predecessor contract).  The successor contractor will be permitted a three-month grace period, for which they can bill at the 100% OBS price, regardless of the actual average OBS for the month billed. The three-month period shall begin during the first month of center operations. This grace period does not apply to incumbent contractor.

35

CONTRACT NUMBER: 1605JW-25-C-0002

## G.10  NOT TO EXCEED CONTRACTING LINE ITEMS

Not to Exceed (NTE) Contract Line Items XX06 (CRA), XX07 (Equipment), XX08 (CTST), XX09 (Special Projects) and XX11 (Reasonable Accommodations) are cost-reimbursement type CLINs.  The government will fund NTE CLINs as equipment, projects or work are required. The contractor shall not be permitted to include G&A and fee/profit.

CRA Projects funded through the CRA CLIN will be identified by a Job Corps Deficiency Number.  Project Progress and Funding must be tracked in accordance with the Deficiency Number and invoiced in accordance with the funding code associated with the Deficiency Number.

Please note that DOL will incorporate any applicable Davis Bacon Wage Determinations at the time that a modification is awarded to incorporate a new CRA project. The contractor shall take this into consideration when preparing its CRA project estimate for submission to DOL.

Reasonable Accommodations shall be funded through CLIN XX11 and will be sequentially numbered.  Accommodation Funding must be tracked in accordance with the assigned number and invoiced in accordance with the funding code associated with the assigned number.

## G.11  FAILURE TO COMPLY WITH CONTRACT TERMS

The contractor shall be held liable for failure to comply with the terms of this contract, including any fraudulent activity resulting from the actions of the contractor or contract staff in accordance with the following clauses, incorporated by reference:

| 52.203-8 | (May 2014) | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity |
| 52.203-10 | (May 2014) | Price or Fee Adjustment for Illegal or Improper Activity |

### G.12 PAYMENT BY ELECTRONIC FUNDS TRANSFER – 52.204-7 System for Award Management.

SYSTEM FOR AWARD MANAGEMENT (OCT 2018)

(a) Definitions. As used in this provision—

*"Electronic Funds Transfer (EFT) indicator"* means a four-character suffix to the unique entity identifier. The suffix is assigned at the discretion of the commercial, nonprofit, or Government entity to establish additional System for Award Management records for identifying alternative EFT accounts (see subpart 32.11) for the same entity.

36

CONTRACT NUMBER: 1605JW-25-C-0002

*"Registered in the System for Award Management (SAM)"* means that—

    (1) The Offeror has entered all mandatory information, including the unique entity identifier and the EFT indicator, if applicable, the Commercial and Government Entity (CAGE) code, as well as data required by the Federal Funding Accountability and Transparency Act of 2006 (see subpart 4.14), into the SAM;

    (2) The offeror has completed the Core, Assertions, and Representations and Certification, and Points of contact sections of the registration in the SAM;

    (3) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS). The Offeror will be required to provide consent for TIN validation to the Government as a part of the SAM registration process.

    (4) The Government has marked the record "Active".

*"Unique entity identifier"* means a number or other identifier used to identify a specific commercial, nonprofit, or Government entity. See www.sam.gov for the designated entity for establishing unique entity identifiers.

(b) (1) An Offeror is required to be registered in SAM when submitting an offer or quotation, and shall continue to be registered until time of award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The Offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "Unique Entity Identifier" followed by the unique entity identifier that identifies the Offeror's name and address exactly as stated in the offer. The Offeror also shall enter its EFT indicator, if applicable. The unique entity identifier will be used by the Contracting Officer to verify that the Offeror is registered in the SAM.

(c) If the Offeror does not have a unique entity identifier, it should contact the entity designated at www.sam.gov for establishment of the unique entity identifier directly to obtain one. The Offeror should be prepared to provide the following information:

    (1) Company legal business name.

    (2) Tradestyle, doing business, or other name by which your entity is commonly recognized.

    (3) Company physical street address, city, state and Zip Code.

    (4) Company mailing address, city, state and Zip Code (if separate from physical).

    (5) Company telephone number.

37

CONTRACT NUMBER: 1605JW-25-C-0002

(6) Date the company was started.

(7) Number of employees at your location.

(8) Chief executive officer/key manager.

(9) Line of business (industry).

(10) Company Headquarters name and address (reporting relationship within your entity).

(d) Processing time should be taken into consideration when registering. Offerors who are not registered in SAM should consider applying for registration immediately upon receipt of this solicitation. See https://www.sam.gov for information on registration.

(End of Provision)

## G.13 FAILURE TO COMPLY WITH SIGNIFICANT INCIDENT REPORTING AND MANAGEMENT REQUIREMENTS

The contractor understands and agrees that the requirements to timely report and manage significant incidents as set forth in the PRH are material requirements of this contract. If the contractor fails to comply with those requirements, the government may seek appropriate remedies, which may include withholding of payment, the assessment of damages for breach of contract, and the termination of the contract for default. Failure to comply with significant incident reporting and management requirements may also lead to poor ratings in the contractor's performance assessment reports and may, in certain cases, warrant referral of the contractor for suspension and/or debarment action. The failure to comply with these requirements also may give rise to liability for damages incurred by third parties, in which case the contractor agrees to indemnify and hold harmless the government against any such claims and related costs.

## G.14  52.203-19 – PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS (JAN 2017)

(a) *Definitions*. As used in this clause--

"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.

"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

38

CONTRACT NUMBER: 1605JW-25-C-0002

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

(b) The Contractor shall not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

(c) The Contractor shall notify current employees and subcontractors that prohibitions and restrictions of any preexisting internal confidentiality agreements or statements covered by this clause, to the extent that such prohibitions and restrictions are inconsistent with the prohibitions of this clause, are no longer in effect.

(d) The prohibition in paragraph (b) of this clause does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(e) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015, (Pub. L. 113-235), and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions) use of funds appropriated (or otherwise made available) is prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.

(f) The Contractor shall include the substance of this clause, including this paragraph (f), in subcontracts under such contracts.

(End of clause)

## G.15  DOL 2018-03 RECORDS MANAGEMENT REQUIREMENTS (AUGUST 2018)

A.  Applicability

> The Contracting Officer shall insert this clause in all solicitations and awards in which the Contractor creates, works with, or otherwise handles Federal records, as defined in Section B, regardless of the medium in which the record exists.

B.  Definitions

> "Federal record" as defined in 44 U.S.C. 3301, includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other

activities of the United States Government or because of the informational value of data in them.

The term Federal record:

1. Includes Department of Labor (DOL) records.
2. Does not include personal materials.
3. Applies to records created, received, or maintained by Contractors pursuant to their DOL contract.
4. May include deliverables and documentation associated with deliverables.

C. Requirements

1. Contractor shall comply with all applicable records management laws and regulations, as well as National Archives and Records Administration (NARA) records policies, including but not limited to the Federal Records Act (44 U.S.C. chs. 21, 29, 31, 33), NARA regulations at 36 CFR Chapter XII Subchapter B, and those policies associated with the safeguarding of records covered by the Privacy Act of 1974 (5 U.S.C. 552a). These policies include the preservation of all records, regardless of form or characteristics, mode of transmission, or state of completion.

2. In accordance with 36 CFR 1222.32(b), all data created for Government use and delivered to, or falling under the legal control of, the Government are Federal records subject to the provisions of 44 U.S.C. chapters 21, 29, 31, and 33, the Freedom of Information Act (FOIA) (5 U.S.C. 552), as amended, and the Privacy Act of 1974 (5 U.S.C. 552a), as amended and must be managed and scheduled for disposition only as permitted by statute or regulation.

3. In accordance with 36 CFR 1222.32, Contractor shall maintain all records created for Government use or created in the course of performing the contract and/or delivered to, or under the legal control of the Government and must be managed in accordance with Federal law. Electronic records and associated metadata must be accompanied by sufficient technical documentation to permit understanding and use of the records and data.

4. DOL and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Records may not be removed from the legal custody of DOL or destroyed except for in accordance with the provisions of the applicable agency schedules and with the written concurrence of the Head of the Contracting Activity in consultation with the Agency Records Officer. Willful and unlawful destruction, removal, damage or alienation of Federal records is subject to the fines and penalties imposed by 18 U.S.C. 2701. In the event of any unlawful or accidental removal, defacing, alteration, or destruction

CONTRACT NUMBER: 1605JW-25-C-0002

of records, Contractor must report to DOL. The agency must report the incident directly to their Agency Records Officer. The Agency Records Officer will engage the Departmental Records Officer who will follow procedures promptly to NARA in accordance with 36 CFR 1230.

5. The Contractor shall immediately notify the appropriate Contracting Officer upon discovery of any inadvertent or unauthorized disclosures of information, data, documentary materials, records or equipment. Disclosure of non-public information is limited to authorized personnel with a need-to-know as described in the contract. The Contractor shall ensure that the appropriate personnel, administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, documentary material, records and/or equipment is properly protected. The Contractor shall not remove material from Government facilities or systems, or facilities or systems operated or maintained on the Government's behalf, without the express written permission of the Head of the Contracting Activity. When information, data, documentary material, records and/or equipment is no longer required, it shall be returned to DOL's control or the Contractor must hold it until otherwise directed. Items returned to the Government shall be hand carried, mailed, emailed, or securely electronically transmitted to the Contracting Officer or address prescribed in the contract. Destruction of records is expressly prohibited unless in accordance with Paragraph (4).

6. The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (sub-contractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under, or relating to, contracts. The Contractor (and any sub-contractor) is required to abide by Government and DOL guidance for protecting sensitive, proprietary information, classified, and controlled unclassified information.

7. The Contractor shall only use Government IT equipment for purposes specifically tied to or authorized by the contract and in accordance with DOL policy.

8. The Contractor shall not create or maintain any records containing any non-public DOL information that are not specifically tied to or authorized by the contract.

9. The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974 or that which is generally protected from public disclosure by an exemption to the Freedom of Information Act.

CONTRACT NUMBER: 1605JW-25-C-0002

10. DOL owns the rights to all data and records first produced as part of this contract. All deliverables under the contract are the property of the U.S. Government for which DOL shall have unlimited rights to use, dispose of, or disclose such data contained therein as it determines to be in the public interest. Any Contractor rights in the data or deliverables must be identified as required by FAR 52.227-11 through FAR 52.227-20.

11. Training. All Contractor employees assigned to this contract who create, work with, or otherwise handle records are required to take the annual mandatory records management training, which will be provided by DOL, as directed by the Contracting Officer's Representative (COR). The training shall be completed in a timeframe specified by the COR. The Contractor is responsible for confirming training has been completed according to agency policies, including initial training and any annual or refresher training.

D. Flow down of requirements to subcontractors

1. The Contractor shall incorporate the substance of this clause, its terms and requirements including this paragraph, in all subcontracts under this contract and require written subcontractor acknowledgment of same.

2. Violation by a subcontractor of any provision set forth in this clause will be attributed to the Contractor.

(End of clause)

## G.16   DOL 2018-02 DOL MANDATORY TRAINING REQUIREMENTS FOR CONTRACTOR EMPLOYEES (AUGUST 2018)

A.   Applicability

Contracting Officers shall insert this clause in all solicitations and awards for services, including construction.

B. Definitions

None

C. Requirements

(1) Where required and applicable, contractor employees, including employees of subcontractors at any tier, shall complete any DOL designated and hosted training, that the Contracting Officer's Representative (COR) identifies as mandatory. Training shall be completed in a timeframe specified by the COR.

CONTRACT NUMBER: 1605JW-25-C-0002

      (2)  Time spent on training shall be counted as regular hours worked.

D.  Flow down of requirements to subcontractors

      (1)  The Contractor shall ensure this clause is incorporated in all subcontracts, at any tier.

(End of Clause)

## G. 17 DOL-2018-01 PRIVACY BREACH NOTIFICATION REQUIREMENTS (APRIL 2018)

A.  Applicability

Contracting Officers shall insert this clause in all solicitations and contract actions except solicitations and contract actions that are solely for the acquisition of commercially available off-the-shelf (COTS) items.

B.  Definitions

"Breach" is defined as the loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or any similar occurrence where--
(1)  A person other than an authorized user accesses or potentially accesses Personally Identifiable Information (PII); or
(2)  An authorized user accesses or potentially accesses PII for an unauthorized purpose.

"Information" is defined as any communication or representation of knowledge such as facts, data, or opinions in any medium or form, including textual, numerical, graphic, cartographic, narrative, electronic, or audiovisual forms (See Office of Management and Budget (OMB) Circular No. A-130, Managing Federal Information as a Strategic Resource).

"Information System" is defined as a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

"Personally Identifiable Information" is defined as information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular No. A-130, Managing Federal Information as a Strategic Resource).

C.  Requirements

(a)  Contractors and subcontractors who collects or maintains Federal information on behalf of the agency, or uses or operates an information system on behalf of the agency, shall comply with Federal law e.g., FISMA 2014, E-Government Act and the Privacy Act. Additionally, the

43

CONTRACT NUMBER: 1605JW-25-C-0002

Contractor shall meet OMB directives and National Institute of Standards and Technology Standards to ensure processing of PII is adequately managed.

(b)  The contractor shall:

- Properly encrypt PII in accordance with appropriate laws, regulations, directives, standards or guidelines;
- Report to DOL any suspected or confirmed breach in any medium or form, including paper, oral, and electronic within one hour of discovery;
- Cooperate with and exchange information with DOL (Contracting Officer and Contracting Officer's Representative) as well as allow for an inspection, investigation, forensic analysis, as determined necessary by the DOL, in order to effectively report and manage a suspected or confirmed breach;
- Maintain capabilities to determine what DOL information was or could have been compromised and by whom, construct a timeline of user activity, determine methods and techniques used to access Federal information, and identify the initial attack vector;
- Ensure staff that have access to DOL systems or information are regularly trained to identify and report a security incident. This includes the completion of any DOL mandatory training for contractors;
- Take steps to address security issues that have been identified, including steps to minimize further security risks to those individuals whose PII was lost, compromised, or potentially compromised.
- Report incidents per DOL incident management policy and US-CERT notification guidelines.

(c)  Remedy:

- A report of a breach shall not, by itself, be interpreted as evidence that the Contractor or its subcontractor (at any tier) failed to provide adequate safeguards for PII. If the Contractor is determined to be at fault for the breach, the Contractor may be financially liable for Government costs incurred in the course of breach response and mitigation efforts;
- The contractor shall take steps to address security issues that have been identified, including steps to minimize further security risks to those individuals whose PII was lost, compromised, or potentially compromised; Additionally, the individual or individuals directly responsible for the data breach shall be removed from the contract within 45 days of the breach of data;
- The Government reserves the right to exercise all available contract remedies including, but not limited to, a stop-work order on a temporary or permanent basis in order to address a breach or upon discovery of a Contractor's failure to report a breach as required by this clause. If the Contractor is determined to be at fault for a breach, the contractor shall provide credit monitoring and privacy protection services for one year to any individual whose private information was accessed or disclosed. The individual shall be given the option, but the decision is theirs. Those services will be provided solely at the expense of the contractor, and will not be reimbursed by the federal government.

(End of Clause)

44

CONTRACT NUMBER: 1605JW-25-C-0002

## G.18. UTILITIES and FACILITIES MAINTENANCE (non-personnel)

CLIN XX10, Center Operations Utilities and Facilities Maintenance, shall include Utilities and Facilities Maintenance (non-personnel) associated with the operation of the center facility/facilities. Utilities and Facilities Maintenance associated with off-center OA and/or CTS locations shall be included in the fixed price for OA and/or CTS.

Utilities under CLIN XX10 encompasses electric, natural gas, water, sewer, propane, steam, as well as cable, trash, and phone systems.

When invoicing against CLIN XX10, the contractor shall include documentation such as invoices to support expenses invoiced.

Pricing for CLIN XX10 shall include direct costs as well as G&A and a 1% Management Fee.

CONTRACT NUMBER: 1605JW-25-C-0002

## SECTION H.  SPECIAL CONTRACT REQUIREMENTS

### H.1  CONTRACTOR'S GENERAL RESEARCH COSTS

It is specifically agreed that no part of the costs of the Contractor's sponsored independent general research program shall be charged directly or indirectly to this contract.

### H.2  PAYMENT OF ROYALTIES

Payments by the Contractor of any sum for royalties or patent rights not included in the ordinary purchase price of standard commercial supplies shall not constitute items of allowable cost hereunder, unless and until approved by the Contracting Officer. Reimbursement to the Contractor on account of any such payments shall not be construed as an admission by the Government of the enforceability, validity, scope, or title to any of the patents involved, nor shall any such reimbursement constitute a waiver of any rights or defenses respecting such patents.

### H.3  DUPLICATION OF EFFORT

The Contractor hereby certifies that costs of work to be performed under this contract and any subcontracts hereunder are not duplicative of any costs charged against any other Government contract, subcontract, or other Government source. The Contractor shall include the provisions of this paragraph in every subcontract issued hereunder which exceeds $10,000.  The Contractor agrees to advise the Contracting Officer in writing of any other Government contract or subcontract it has performed, or is performing, which involves work directly related to the purpose of this contract.

### H.4  OTHER CONTRACTORS

The Government may undertake or award other contracts for the same, essentially similar, or related work, and the Contractor shall fully cooperate with such other Contractors and with Government employees. The Contractor shall not commit or permit any act which shall interfere with the performance of work by any other Contractor or by Government employees.

### H.5  TRAVEL AND PER DIEM

All travel shall be included in the Firm-Fixed-Price CLINs.  Travel may be associated with work identified under CLIN XX09, as necessary and directed by the Government. All travel shall be in accordance with Federal Travel Regulations. Current Federal Travel Regulations may be obtained from the following website: **https://www.gsa.gov**.

### H.6  SERVICE CONTRACT LABOR STANDARDS

A.  41 U.S.C. chapter 67, Service Contract Labor Standards (also known as the McNamara-O'Hara Service Contract Act or SCA), the regulations at 29 CFR part 4, FAR subpart 22.10, FAR Clause 52.222-41, and all other applicable SCA FAR clauses, are applicable to contracts for the operation and management of Job Corps Centers, and to contracts for

CONTRACT NUMBER: 1605JW-25-C-0002

Outreach and Admissions and/or Career Transition Services.

B.  The SCA, SCA regulations, and SCA FAR clauses also apply to any Job Corps Center subcontracts at all tiers.

C.  Accordingly, any contracts or subcontracts described in (A) or (B) above shall include FAR clause 52.222-41 and all other applicable SCA FAR clauses, as well as the appropriate wage determination(s).

D.  Prime contractors and/or subcontractor(s) shall provide the Contracting Officer with a copy of any collective bargaining agreements affecting this contract, in accordance with FAR 22.1008-2.

## H.7  WITHHOLDING

The Contracting Officer shall, upon his/her own action or upon written request of an authorized representative of the U.S. Department of Labor, withhold or cause to be withheld from the Contractor under this contract or any other Federal contract with the same prime Contractor, or any other federally-assisted contract subject to Davis-Bacon prevailing wage requirements that is held by the same prime Contractor, as much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers employed by the Contractor or any subcontractor, the full amount of wages required by the contract.  In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work (or under the United States Housing Act of 1937 or the Housing Act of 1949 in the construction or development of the project), all or part of the wages required by the contract, the Contracting Officer may, after written notice to the prime Contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

## H.8  WAGE COMPARIBILITY

The contractor agrees: (1) to pay at least the applicable Federal minimum wage (refer to Section 6(a) (1) of the Fair Labor Standards Act of 1938, as amended).

The Contractor understands and agrees that maintaining a stable and qualified workforce is critical to achieving success in performance of this Contract. A high vacancy rate and high turnover in staff can endanger the performance of the contract and may constitute a breach of material provisions of this contract. Accordingly, the contractor understands and agrees to carefully consider the wages and other benefits offered to staff and candidates for employment and ensure those wages and benefits are adequate to attract and maintain a qualified and stable workforce. It is the contractor's responsibility to be familiar with the local area labor market and the wages and benefits that prevail in that market when recruiting for occupations that are critical to the performance and operation of the contract.

47

CONTRACT NUMBER: 1605JW-25-C-0002

In the event of high vacancy rates, high turnover of staff or other performance failures which constitute a material breach of this contract, such payroll records information and documentation of local area wages and benefits may be used by the government to identify the causes for those performance failures and to assess the viability and effectiveness of the contractor's actions and proposed actions to correct those performance failures.

The contactor shall complete and submit the salaries information section in the attached Wage Comparability Tool / 2110S (Attachment J-27) by the 10th of July, October, January, and April every calendar year. In addition, the government may request at any time payroll records from the contractor in order to verify wages and benefits being reported in the Wage Comparability Tool, along with documentation to substantiate that the wages and benefits are comparable to those paid in the local area market for like occupations.

## H.9  CONTRACT IDENTIFICATION NUMBER

The Contractor agrees to refer to and apply the identifying number of this contract on all correspondence, communications, reports, vouchers, and all other data concerning this contract, or delivered hereunder.

## H.10  SUBMISSION OF CORRESPONDENCE

All correspondence relating to contractual aspects shall be directed to the attention of the Contracting Officer at the address listed on the face sheet of this contract.

## H.11  AUTHORIZATION AND CONSENT FOR USE OF PATENT

The Government hereby gives its authorization and consent for all use and manufacture of any invention described in, and covered by, a patent of the United States in the performance of this contract or any part hereof or any amendment thereto or any subcontract hereunder (including any lower-tier subcontract).

## H.12  PATENT RIGHTS

A. Whenever any invention, improvement, or discovery (whether or not patentable) is made or conceived, or for the first time actually or constructively reduced to practice, by the Contractor or its employees, in the course of, in connection with, or under the terms of, this contract, the Contractor shall immediately give the Contracting Officer written notice thereof and shall promptly thereafter furnish the Contracting Officer complete information thereon; and the Contracting Officer shall have the sole and exclusive power to determine whether or not, and where, a patent application shall be filed, and to determine the disposition of all rights in such invention, improvement, or discovery, including title to, and rights under, any patent application or patent that may issue thereon. The determination of the Contracting Officer on all these matters shall be accepted as final and the provisions of the clause of this contract entitled "Disputes" shall not apply; and the Contractor agrees that it shall, and warrants that all of its employees who may be the inventors shall, execute all documents and do all things necessary or proper to effectuate such determination.

48

CONTRACT NUMBER: 1605JW-25-C-0002

B. Except as otherwise authorized in writing by the Contracting Officer, the Contractor shall obtain patent agreements to effectuate the provisions of this clause from all persons who perform any part of the work under this contract, except such clerical and manual labor personnel as shall have no access to technical data.

C. Except as otherwise authorized in writing by the Contracting Officer, the Contractor shall insert in each subcontract having experimental, developmental, or research work as one of its purposes provisions making this clause applicable to the subcontractor and its employees.

D. If the Government obtains patent rights pursuant to this clause of this contract, the Contractor shall be offered license rights thereto on terms at least as favorable as those offered to any other firm.

E. In the event no inventions, improvements, or discoveries (whether or not patentable) are made or conceived, or for the first time actually or constructively reduced to practice by the Contractor or its employees in the course of, in connection with, or under the terms of, this contract, the Contractor shall so certify to the Contracting Officer before final payment hereunder.

F. If the Contractor is permitted to file patent applications pursuant to this clause, the following statement shall be included within the first paragraph of the specification of any patent application or patent:

"The invention described herein was made in the course of, or under, a contract with the U.S. Department of Labor..."

## H.13  ELIMINATION OF SEXIST LANGUAGE AND ARTWORK

All written materials issued by a Contractor shall conform to the following guidelines for eliminating sexist language and artwork:

A. Avoid the use of sex references in job titles. Titles should conform to the Census Bureau's occupational classification system and the 1992 edition of the <u>Dictionary of Occupational Titles</u>, and the O-Net System.
   - Longshore workers instead of longshoremen.
B. Avoid the use of male and female gender work forms.
   - Aviator to include men and women Demonstrations, not aviatrix.
C. Include both sexes by using terms that refer to people as a whole.
   - Human beings or people instead of mankind.
D. Avoid the use of masculine and feminine pronouns or adjectives in referring to a hypothetical person or people in general. Example: The average American worker spends 20 years of his life in the work force. Sentences such as this can be changed in the following ways:
   - Reword to eliminate unnecessary gender pronouns and adjectives: The average American worker spends 20 years in the workforce.
   - Recast into the plural. Most Americans spend 20 years of their lives in the work force.

49

CONTRACT NUMBER: 1605JW-25-C-0002

- Replace the masculine or feminine pronoun or adjective with "one," "you," "he or she," "her or him," or "his or her:" An average American spends 20 years of his or her life in the work force.

E. Refer to both men and women in such generic terms as economist, doctor, and lawyer. Identify sex through the use of pronouns.
- The lawyer made her final summation.

F. Avoid the use of stereotyped terms or expressions such as "man-sized" job.
- Employee-years and employee-hours (or staff-hours) instead of man-years and man-hours.

G. The use of artwork in publications should conform to the following guidelines:
- Strive to use racially and sexually balanced designs.
- Depict both men and women in artwork on general subject matters.
- Show men and women in a variety of roles in photographs, illustrations, and drawings. For example, show men and women as managers and skilled laborers.

## H.14 TITLES TO STUDIES

The Contractor agrees that all studies, evaluations, proposals, and data produced or developed in the performance of this contract for which reimbursement is appropriate hereunder shall become the property of the Government. This provision does not preclude the Contractor from seeking copyright of materials, other than those described above, such as teaching material and curricula.

## H.15 PRINTING AND DUPLICATING

This clause is applicable to all contracts that require printing/duplicating services as part of the Contractor's performance.

The Contractor shall comply with all duplicating and printing regulations issued by the Joint Committee on Printing under the authority of sections 103.501 and 502, Title 44, United States Code. The term "duplicating" as used herein means material produced on single unit duplicating equipment not larger than 11 by 17 inches and which have a maximum image of 10 3/4 by 14 1/4 inches, using direct image plates not requiring the use of negatives. The term "printing" as used herein shall be construed to include and apply to the process of composition, plate-making, presswork, binding, and microform. If required by the Contracting Officer, the Contractor may duplicate up to a maximum of 5,000 copies of one page or 25,000 copies in the aggregate of multiple pages.

The Contractor shall not provide duplicating in excess of the quantities stated above or provide printing without the written authorization of the Joint Committee on Printing. Such authorization may be obtained from the Contracting Officer through the Department Printing Officer. Nothing in this clause shall preclude the procurement of writing, editing preparation of manuscript copy, and preparation of related illustrative material.

CONTRACT NUMBER: 1605JW-25-C-0002

## H.16 DISPOSITION OF MATERIAL

Upon termination or completion of all work under this contract, the Contractor shall prepare for shipment, deliver F.O.B. destination, or dispose of all materials received from the Government and all residual materials produced in connection with the performance of this contract as may be directed by the Contracting Officer, or as specified in other provisions of this contract. All materials produced or required to be delivered under this contract become and remain the property of the Government.

## H.17 CLOSEOUT PACKAGE

The Contractor has an obligation to initiate the closeout process with the Government. Within ninety (90) calendar days of contract expiration, the Contractor shall provide to the Close-Out Contracting Officer the following documents:

- The forms necessary for contract closeout should be requested at the time of the contract expiration from the Contracting Officer. These forms will require a release for accountable property, final indirect cost rate agreements (as applicable), and other information peculiar to the contract.
- A draft final invoice for final expenses billable to the contract, or
- A check to the Government for overpayments. The document should identify the contract number, and year from the contract for which the funds are being returned.

## H. 18 COMPLIANCE WITH NONDISCRIMINATION AND EQUAL OPPORTUNITY LAWS

The assurance at 29 CFR 38.25is incorporated by reference into this contract. The assurance provides that the Contractor will comply fully with the nondiscrimination and equal opportunity provisions of the following statutes:

A. Title VI of the Civil Rights Act of 1964, as amended, which prohibits discrimination on the bases of race, color, and national origin;

B. Section 504 of the Rehabilitation Act of 1973, as amended, which prohibits discrimination against qualified individuals with disabilities;

C. The Age Discrimination Act of 1975, as amended, which prohibits discrimination on the basis of age; and

D. Title IX of the Education Amendments of 1972, as amended, which prohibits discrimination on the basis of sex in educational programs.

E. Section 188 of the Workforce Innovation and Opportunity Act (WIOA), which prohibits discrimination against all individuals in the United States on the basis of race, color, religion, sex (including pregnancy, childbirth, and related medical conditions, transgender status, and gender identity), national origin (including limited English proficiency), age, disability, or

51

CONTRACT NUMBER: 1605JW-25-C-0002

political affiliation or belief, or against beneficiaries on the basis of either citizenship status or participation in any WIOA Title I-financially assisted program or activity.

The Contractor also assures that it will comply with 29 CFR part 38, 41 C.F.R. Chapter 60, 29 C.F.R. Part 33, and all other regulations implementing the statutes listed above. This assurance applies to the Contractor's operation of, or provision of services to, a Job Corps Center, program, or activity, and to all subcontracts entered into by the Contractor to carry out the Job Corps program or activity, or its operation of the center. The Contractor understands that the United States has the right to seek judicial enforcement of this assurance.

## H.19  IDENTIFICATION OF SUBCONTRACTING OPPORTUNITIES

Each solicitation issued under this contract shall include language that clearly indicates that it is a subcontracting opportunity with the Contractor. This is intended to ensure that potential bidders understand that solicitations issued in support of this contract are subcontracting opportunities with the Contractor rather than prime contracting opportunities with the Department of Labor. For those solicitations posted through the Small Business Administration's (SUBNet.gov), the Contractor shall include the following statement:

**"THIS IS A SUBCONTRACTING OPPORTUNITY."** In addition, the signature block for the posting shall identify the name of the purchasing agent, the name of the Contractor and the name of the Job Corps Center. The use of SUB-Net fulfills the function set forth in FAR 5.206, Notice of Subcontracting Opportunities for Contractors and subcontractor. Conflicts of Interest.

### H.20 LIMITS ON COMPENSATION (May 2018)

No Job Corps funds shall be provided to pay compensation (salaries and bonuses combined) to an individual, either as a direct cost or an indirect cost, including any proration thereof, at a rate in excess of the Executive Level pay set by Congress for this program in the current budget. Applicable Executive Pay Schedules are currently available at: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages. Proration means that the amount charged for a less than full-time employee cannot exceed an annualized rate equal to the authorized Executive Level pay. This applies to all functions within the Job Corps contract, including subcontracted services.

### H.21 CONFLICT OF INTEREST CERTIFICATION

Contractors must develop and implement policies to ensure conflicts of interest do not exist between the company's contracting officials and/or senior leadership and the principles of the intended subcontractor. This certification must be maintained as a part of the official contract file. The Contractor's procurement policies must include this provision and be submitted to the Contracting Officer's Representative (COR) and Contracting Officer for review and approval within 90 days of contract award.

CONTRACT NUMBER: 1605JW-25-C-0002

## H.22 LIMITATION OF GOVERNMENT'S OBLIGATION (LoGO) – (JULY 2014)

(a) Contract line item(s) (**$ to be determined at the exercise of each option**) through (**$ to be determined at the exercise of each option**) are incrementally funded. For these item(s), the sum of (**$ to be determined at the exercise of each option**) of the total price is presently available for payment and allotted to this contract. An allotment schedule is set forth in paragraph (j) of this clause.

(b) For item(s) identified in paragraph (a) of this clause, the Contractor agrees to perform up to the point at which the total amount payable by the Government, including reimbursement in the event of termination of those item(s) for the Government's convenience, approximates the total amount currently allotted to the contract. The Contractor is not authorized to continue work on those item(s) beyond that point. The Government will not be obligated in any event to reimburse the Contractor in excess of the amount allotted to the contract for those item(s) regardless of anything to the contrary in the clause entitled "Termination for Convenience of the Government." As used in this clause, the total amount payable by the Government in the event of termination of applicable contract line item(s) for convenience includes costs, profit, and estimated termination settlement costs for those item(s).

(c) Notwithstanding the dates specified in the allotment schedule in paragraph (j) of this clause, the Contractor will notify the Contracting Officer in writing at least thirty days prior to the date when, in the Contractor's best judgment, the work will reach the point at which the total amount payable by the Government, including any cost for termination for convenience, will **approximate 80 percent** of the total amount presently allotted to the contract for performance of the applicable item(s). The notification will state (1) the estimated date when that point will be reached and (2) an estimate of additional funding, if any, needed to continue performance of applicable line items up to the next scheduled date for allotment of funds identified in paragraph (j) of this clause, or to a mutually agreed upon substitute date. The notification will also advise the Contracting Officer of the estimated amount of additional funds that will be required for the timely performance of the item(s) funded pursuant to this clause, for a subsequent period as may be specified in the allotment schedule in paragraph (j) of this clause or otherwise agreed to by the parties. If after such notification additional funds are not allotted by the date identified in the Contractor's notification, or by an agreed substitute date, the Contracting Officer will terminate any item(s) for which additional funds have not been allotted, pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(d) When additional funds are allotted for continued performance of the contract line item(s) identified in paragraph (a) of this clause, the parties will agree as to the period of contract performance which will be covered by the funds. The provisions of paragraphs (b) through (d) of this clause will apply in like manner to the additional allotted funds and agreed substitute date, and the contract will be modified accordingly.

(e) If, solely by reason of failure of the Government to allot additional funds, by the dates indicated below, in amounts sufficient for timely performance of the contract line item(s) identified in paragraph (a) of this clause, the Contractor incurs additional costs or is delayed in the performance of the work under this contract and if additional funds are allotted, an equitable adjustment will be made in the price or prices (including appropriate target, billing, and ceiling

53

CONTRACT NUMBER: 1605JW-25-C-0002

prices where applicable) of the item(s), or in the time of delivery, or both. Failure to agree to any such equitable adjustment hereunder will be a dispute concerning a question of fact within the meaning of the clause entitled "Disputes." In no event shall the equitable adjustment be more than the contract line item(s) price(s) in question.

(f) The Government may at any time prior to termination allot additional funds for the performance of the contract line item(s) identified in paragraph (a) of this clause.

(g) The termination provisions of this clause do not limit the rights of the Government under the clause entitled "Default." The provisions of this clause are limited to the work and allotment of funds for the contract line item(s) set forth in paragraph (a) of this clause. This clause no longer applies once the contract is fully funded except with regard to the rights or obligations of the parties concerning equitable adjustments negotiated under paragraphs (d) and (e) of this clause.

(h) Nothing in this clause affects the right of the Government to terminate this contract pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(i) Nothing in this clause shall be construed as authorization of voluntary services whose acceptance is otherwise prohibited under 31 U.S.C. 1342.

(j) The parties contemplate that the Government will allot funds to this contract in accordance with the following schedule:

| On execution of contract | |
|---|---|

(End of clause)

## H.23 ADHERENCE TO LEASE AGREEMENTS (IF APPLICABLE) (FEBRUARY 2019)

The Contractor must adhere to the terms and conditions of any lease agreements between the Government and the Lessor of any real property used in the performance of this contract. When applicable, a copy of any such lease agreements is included at Attachment J.19 of this contract. In particular, if the attached lease agreement requires that the Contractor acquire insurance covering any aspect of its performance of this contract, then the contractor shall obtain such insurance prior to assumption of center operations, but no later than 30 days after contract award. The Contractor must provide a copy of the insurance certificate within 45 days of award and shall maintain the insurance for the duration of the contract period of performance, providing updated certificates annually. Such insurance must provide coverage sufficient to comply with the requirements of the lease agreement. The Contractor shall be deemed the "Sub-lessee" under such leases and requirements under the lease that apply to Sub-lessees shall apply to the Contractor who shall comply with all such requirements in coordination with DOL as appropriate.

CONTRACT NUMBER: 1605JW-25-C-0002

## H.24 DOL 2019-04 ASSET REPORTING REQUIREMENTS (July 2019)

A. Applicability
Contracting Officers shall insert this clause in all awards for the acquisition of Accountable
Property to increase the management and tracking of high-value Government assets.
B. Definitions
"Accountable Property" is a term to identify property that is essential to the Department of
Labor's (DOL) operations for which it is in the best interest of the Government to assign and
record accountability to assure proper use, maintenance, and disposal. This includes items
purchased and obtained through a "lease to own" program. The following items are DOL
Accountable Property:
1. DOL-owned or DOL-leased, serialized items (i.e., items with a manufacturer's serial number)
with an acquisition unit cost above $3,000.
2. DOL-owned or DOL-leased "sensitive items."
3. DOL-owned or DOL-leased furniture with an acquisition unit cost above $10,000. Items with
an acquisition unit cost less than $10,000 are not applicable.
"Sensitive Items" is defined as items, regardless of value, that have appeal to others and may
therefore be subject to theft, or to security concerns, or that are considered mission critical. The
following are considered sensitive items, as well as any other items identified as sensitive by the
Contracting Officer's Representative (COR):
a. Desktops and Laptops, including docking stations and connectable monitors
b. PDAs/iPads/SurfacePros/Tablets
c. Printers and Copiers
d. Software Licenses, including media
e. Mobile Devices
f. Firearms
g. Communication Equipment (e.g. telephone base and handsets, mobile radio equipment, etc.)
h. Conference/Audio-Visual Equipment
i. Power/Specialty Tools (e.g. lab equipment, postage meters, etc.)
C. Requirements
The contractor shall submit a DOL Asset Report at time of delivery for both Accountable
Property and Sensitive Items. The DOL Asset Report shall be delivered electronically to the
COR and the DOL Property Management Office at zzDOL-OASAM-PersonalProperty@dol.gov
DOL Asset Reports shall include Accountable Property and Sensitive Items that have been
delivered. The report shall be formatted as an Office Open XML Spreadsheet (.XLSX)
document, and adhere to following DOL Asset Report Requirements:
- Award/Purchase Number: The award number issued by the Government.
- Date Shipped: The date the item was shipped to the Government.
- Asset Type: The contract Line Item Description.
- Manufacturer: The manufacturer of the item.

CONTRACT NUMBER: 1605JW-25-C-0002

- Model: The model (name and/or number) of the item.
- Serial Number: The serial number of the item.
- DOL Asset Number: The number of the barcode applied before shipping (if barcoding is required by the award).
- Government Shipping Street Address: The shipping street address of where the item was delivered.
- Warrantied Item: Indicates whether an item is warrantied (Y or N).
- Warranty Time frame: The start and end date of the warranty (if applicable).
- Cost: Acquisition cost per unit and total cost of purchase.

## H.25 ADVANCING EQUITY IN THE ENGAGEMENT OF WORKERS PERFORMING SERVICES UNDER THE CONTRACT

*This contract provision does not require contractors to take any particular action. It merely provides information to encourage contractors to advance diversity and equity.*
In accordance with Executive Order (E.O.) 13985, contractors and subcontractors performing under DOL contracts should adhere to policies and practices that promote fair, just, and impartial treatment of all individuals. Contractors and subcontractors should advance equity in the engagement (whether through hiring, subcontracting, or otherwise) of individuals to perform services required under any DOL contract, including people of color and others who have been historically underserved, marginalized, and adversely affected by persistent poverty and inequality ("underserved communities").
To realize this, contractors should conduct outreach to underserved communities with respect to employment and subcontracting opportunities, to include, among other things, working with affinity groups, colleges and universities, minority serving educational institutions, and other similar organizations, for example National Black Chamber of Commerce, Asian Pacific Partners for Empowerment, Advocacy & Leadership, and the U.S. Hispanic Chambers of Commerce, Hispanic Associations of Colleges and Universities (HACUs), Historically Black Colleges and Universities (HBCUs), and Tribal Colleges and Universities (TCUs).
Contractors are encouraged to share with DOL, information about their efforts and success in achieving diversity and equity in the engagement of contractor and subcontractor staff assigned to this contract. Of particular interest and value for DOL would be insights from the contractor on the number of individuals from underserved communities that are providing services in support of this contract, and their geographic location.
The terms "underserved communities," "diversity," equity," and accessibility," as used in this provision have the same definition as in E.O. 13985.

CONTRACT NUMBER: 1605JW-25-C-0002

## H.26 FAILURE TO MAINTAIN STAFFING LEVELS

The contractor shall have a maximum staff vacancy rate **not exceeding 4%** of the total number of staff positions. The contractor shall complete the vacancy information section in the attached Wage Comparability Tool (Attachment J-27) by the 10th day of the month (every month). Beginning the first month of center operations, if the contractor's vacancy rate exceeds 4% (as reported in the monthly Wage Comparability Tool submitted during the following month), the contractor shall reduce its invoiced price by an amount equal to the sum of the monthly salary(ies), fringe benefits, management fee and profit, for **all vacant positions, except those that became vacant during the month for which the report is submitted. Please note that even though the reduction does not include the positions that became vacant during the month for which the report is submitted, that those vacancies still count in determining whether the contractor has a vacancy rate exceeding 4%.**

Please see table below detailing 4% vacancy allowance. The value of the salary for a vacant position shall be determined by the value listed for that position in attachment J.28. Upon the first day of the first month of center operations, the contractor shall submit to the Contracting Officer and the Contracting Officer's Representative, an updated J.28 that includes employee numbers for hired staff. **Fringe benefits, management fee and profit shall be included in the reduction.** Reductions in pricing must be shown in the contractor's invoice. See attached invoice template attachment J.20.

At the end of each contract year, the Government will adjust via modification (as appropriate), the contract price for the contract year, to reflect the total price paid during the contract period, including reductions for vacancies described above.

The contractor acknowledges that this reduction in price does not absolve the contractor from responsibility to perform the contract with a vacancy rate not exceeding 4%.

| | |
|---|---|
| Total Number of FTE | |
| Total Number of Vacancies Permitted within the 4% (rounded up to the nearest whole number) | |

Example #1: If the total number of staff positions under the contract is 100, the contractor is permitted to have 4 vacancies. The contractor reports that the total number of vacant positions was 10, thus triggering the vacancy takeback. Two of the 10 positions became vacant during the month for which the contractor is submitting the report. Therefore, the contractor's vacancy reduction is equal to the value of the monthly salary, fringe benefits, management fee and profit for the remaining 8 vacant positions.

CONTRACT NUMBER: 1605JW-25-C-0002

Example #2: If the total number of staff positions is 260, the contractor is permitted to have 11 vacancies. If the contractor reports during its monthly Wage Comparability tool submission that the number of vacant positions is 30, the vacancy takeback is triggered. The contractor also reports that 1 of the 30 positions became vacant during the month for which the report is submitted. The contractor shall then compensate DOL for the 29 vacant positions that remain, to include the monthly salary, fringe benefits, management fee and profit.

CONTRACT NUMBER: 1605JW-25-C-0002

# PART II.  CONTRACT CLAUSES

## SECTION I.  CONTRACT CLAUSES AND PROVISIONS

### I.1  FAR 52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer shall make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): httpss://www.acquisition.gov/far/

## FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| FAR 52.202-1 | Definitions | (JUN 2020) |
|---|---|---|
| FAR 52.203-3 | Gratuities | (APR 1984) |
| FAR 52.203-5 | Covenant Against Contingent Fees. | (MAY 2014) |
| FAR 52.203-6 | Restrictions on SubContractor Sales to the Government | (JUN 2020) |
| FAR 52.203-7 | Anti-Kickback Procedures | (JUN 2020) |
| FAR 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | (MAY 2014) |
| FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity | (MAY 2014) |
| FAR 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | (JUN 2020) |
| FAR 52.203-13 | Contractor Code of Business Ethics and Conduct | (NOV 2021) |
| FAR 52.203-14 | Display of Hotline Poster(s) | (NOV 2021) |
| FAR 52.203-17 | Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights | (JUN 2020) |
| FAR 52.204-2 | Security Requirements | (MAR 2021) |
| FAR 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | (MAY 2011) |
| FAR 52.204-7 | System for Award Management | (OCT 2018) |
| FAR 52.204-9 | Personal Identity Verification of Contractor Personnel | (JAN 2011) |
| FAR 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | (JUN 2020) |
| FAR 52.204-13 | System for Award Management Maintenance | (OCT 2018) |
| FAR 52.204-14 | Service Contract Reporting Requirements | (OCT 2016) |
| FAR 52.204-19 | Incorporation by Reference of Reorientations and Certifications | (DEC 2014) |
| FAR 52.204-25 | Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment | (NOV 2021) |
| FAR 52.209-6 | Protecting the Government's Interest When | |

59

CONTRACT NUMBER: 1605JW-25-C-0002

| | Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | (NOV 2021) |
|---|---|---|
| FAR 52.209-10 | Prohibition on Contracting With Inverted Domestic Corporations | (NOV 2015) |
| FAR 52.210-1 | Market Research | (NOV 2021) |
| FAR 52.215-2 | Audit and Records – Negotiation | (JUN 2020) |
| FAR 52.215-8 | Order of Precedence - Uniform Contract Format | (OCT 1997) |
| FAR 52.215-10 | Price Reduction for Defective Certified Cost or Pricing Data | (AUG 2011) |
| FAR 52.215-12 | Subcontractor Certified Cost or Pricing Data | (JUN 2020) |
| FAR 52.215-14 | Integrity of Unit Prices | (NOV 2021) |
| FAR 52.215-17 | Waiver of Facilities Capital Cost of Money | (OCT 1997) |
| FAR 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions | (JUL 2005) |
| FAR 52.215-21 | Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data – Modifications | (NOV 2021) |
| FAR 52.215-22 | Limitations on Pass-Through Charges – Identification of Subcontract Effort | (OCT 2009) |
| FAR 52.215-23 | Limitations on Pass-Through Charges | (JUN 2020) |
| FAR 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | (SEP 2021) |
| FAR 52.219-8 | Utilization of Small Business Concerns | (OCT 2018) |
| FAR 52.219-9 | Small Business Subcontracting Plan | (NOV 2021) |
| FAR 52.222-1 | Notice to the Government of Labor Disputes | (FEB 1997) |
| FAR 52.222-2 | Payment for Overtime Premiums | (JUL 1990) |
| FAR 52.222-3 | Convict Labor | (JUN 2003) |
| FAR 52.222-4 | Contract Work Hours and Safety Standards - Overtime Compensation | (MAY 2018) |
| FAR 52.222-6 | Construction Wage Rate Requirements | (AUG 2018) |
| FAR 52.222-7 | Withholding of Funds | (MAY 2014) |
| FAR 52.222-8 | Payrolls and Basic Records | (JUL 2021) |
| FAR 52.222-9 | Apprentices and Trainees | (JUL 2005) |
| FAR 52.222-10 | Compliance with Copeland Act Requirements | (FEB 1988) |
| FAR 52.222-11 | Subcontracts (Labor Standards) | (MAY 2014) |
| FAR 52.222-12 | Contract Termination - Debarment. | (MAY 2014) |
| FAR 52.222-13 | Compliance With Construction Wage Rate Requirements and Related Regulations. | (MAY 2014) |
| FAR 52.222-14 | Disputes Concerning Labor Standards | (FEB 1988) |
| FAR 52.222-15 | Certification of Eligibility | (MAY 2014) |
| FAR 52.222-16 | Approval of Wage Rates | (MAY 2014) |
| FAR 52.222-21 | Prohibition of Segregated Facilities | (APR 2015) |
| FAR 52.222-26 | Equal Opportunity | (SEP 2016) |
| FAR 52.222-37 | Employment Reports on Veterans | (JUN 2020) |
| FAR 52.222-40 | Notification of Employee Rights Under the National | |

60

CONTRACT NUMBER: 1605JW-25-C-0002

|  | Labor Relations Act | (DEC 2010) |
|---|---|---|
| FAR 52.222-41 | Service Contract Labor Standards | (AUG 2018) |
| FAR 52.222-43 | Fair Labor Standards Act and Service Contract Labor Standards – Price Adjustment (Multiple Year and Option Contracts) | (AUG 2018) |
| FAR 52.222-46 | Evaluation of Compensation for Professional Employees | (FEB 1993) |
| FAR 52.222-49 | Service Contract Labor Standards-Place of Performance Unknown | (MAY 2014) |
| FAR 52.222-50 | Combating Trafficking in Persons | (NOV 2021) |
| FAR 52.222-51 | Exemption From Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements | (MAY 2014) |
| FAR 52.222-53 | Exemption From Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements | (MAY 2014) |
| FAR 52.222-54 | Employment Eligibility Verification | (MAY 2022) |
| FAR 52.222-55 | Minimum Wages for Contractor Workers Under Executive Order 14026 | (JAN 2022) |
| FAR 52.222-62 | Paid Sick Leave Under Executive Order 13706 | (JAN 2022) |
| FAR 52.223-2 | Affirmative Procurement of Bio-based Products Under Service and Construction Contracts | (SEP 2013) |
| FAR 52.223-3 | Hazardous Material Identification and Material Safety Data | (FEB 2021) |
| FAR 52.223-5 | Pollution Prevention and Right-to-Know Information | (MAY 2011) |
| FAR 52.223-6 | Drug-Free Workplace | (MAY 2001) |
| FAR 52.223-10 | Waste Reduction Program | (MAY 2011) |
| FAR 52.223-11 | Ozone-Depleting Substances | (JUN 2016) |
| FAR 52.223-12 | Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners. | (JUN 2016) |
| FAR 52.223-13 | Acquisition of EPEAT Registered Imaging Equipment | (JUN 2014) |
| FAR 52.223-15 | Energy Efficiency in Energy-Consuming Products | (MAY 2020) |
| FAR 52.223-16 | Acquisition of EPEAT(R)-Registered Personal Computer Products | (OCT 2015) |
| FAR 52.223-17 | Affirmative Procurement of EPA-designated Items in Service and Construction Contracts | (AUG 2018) |
| FAR 52.223-18 | Encouraging Contractor Polices to Ban Text Messaging While Driving | (JUN 2020) |
| FAR 52.223-19 | Compliance with Environmental Management Systems | (MAY 2011) |
| FAR 52.223-20 | Aerosols | (JUN 2016) |
| FAR 52.223-21 | Foams | (JUN 2016) |
| FAR 52.223-22 | Public Disclosure of Greenhouse Gas Emissions and Reduction Goals – Representation | (DEC 2016) |

CONTRACT NUMBER: 1605JW-25-C-0002

| FAR 52.224-1 | Privacy Act Notification | (APR 1984) |
|---|---|---|
| FAR 52.224-2 | Privacy Act | (APR 1984) |
| FAR 52.225-1 | Buy American – Supplies | (NOV 2021) |
| FAR 52.225-13 | Restrictions on Certain Foreign Purchases | (FEB 2021) |
| FAR 52.227-1 | Authorization and Consent | (JUN 2020) |
| FAR 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | (JUN 2020) |
| FAR 52.227-14 | Rights in Data-General | (MAY 2014) |
| FAR 52.228-7 | Insurance - Liability to Third Persons | (MAR 1996) |
| FAR 52.228-8 | Liability and Insurance - Leased Motor Vehicles | (MAY 1999) |
| FAR 52.229-3 | Federal, State, and Local Taxes | (FEB 2013) |
| FAR 52.232-1 | Payments | (APR 1984) |
| FAR 52.232-8 | Discounts for Prompt Payment | (FEB 2002) |
| FAR 52.232-9 | Limitation on Withholding of Payments | (APR 1984) |
| FAR 52.232-17 | Interest | (MAY 2014) |
| FAR 52.232-18 | Availability of Funds | (APR 1984) |
| FAR 52.232-22 | Limitation of Funds | (APR 1984) |
| FAR 52.232-23 | Assignment of Claims | (MAY 2014) |
| FAR 52.232-25 | Prompt payment | (JAN 2017) |
| FAR 52.232-33 | Payment by Electronic Funds Transfer - System for Award Management | (OCT 2018) |
| FAR 52.232-39 | Unenforceability of Unauthorized Obligations | (JUN 2013) |
| FAR 52.233-1 | Disputes | (MAY 2014) |
| FAR 52.233-3 | Protest after Award | (AUG 1996) |
| FAR 52.233-4 | Applicable Law for Breach of Contract Claim | (OCT 2004) |
| FAR 52.236-2 | Differing Site Conditions | (APR 1984) |
| FAR 52.236-3 | Site Investigation and Conditions Affecting the Work | (APR 1984) |
| FAR 52.236-5 | Material and Workmanship | (APR 1984) |
| FAR 52.236-6 | Superintendence by the Contractor | (APR 1984) |
| FAR 52.236-7 | Permits and Responsibilities | (NOV 1991) |
| FAR 52.236-8 | Other Contracts | (APR 1984) |
| FAR 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities and Improvements | (APR 1984) |
| FAR 52.236-10 | Operations and Storage Areas | (APR 1984) |
| FAR 52.236-11 | Use and Possession Prior to Completion | (APR 1984) |
| FAR 52.236-12 | Cleaning Up | (APR 1984) |
| FAR 52.236-13 | Accident Prevention | (NOV 1991) |
| FAR 52.236-14 | Availability and Use of Utility Services | (APR 1984) |
| FAR 52.236-21 | Specifications and Drawings for Construction | (FEB 1997) |
| FAR 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation | (APR 1984) |
| FAR 52.237-3 | Continuity of Services | (JAN 1991) |
| FAR 52.237-7 | Indemnification and Medical Liability Insurance | (JAN 1997) |
| FAR 52.242-1 | Notice of Intent to Disallow Costs | (APR 1984) |
| FAR 52.242-2 | Production Progress Reports | (APR 1991) |

CONTRACT NUMBER: 1605JW-25-C-0002

| FAR 52.242-3 | Penalties for Unallowable Costs | (SEP 2021) |
|---|---|---|
| FAR 52.242-4 | Certification of Final Indirect Costs | (JAN 1997) |
| FAR 52.242-13 | Bankruptcy | (JUL 1995) |
| FAR 52.243-1 (Alt I) | Changes – Fixed Price | (APR 1984) |
| FAR 52.243-2 (Alt I) | Changes – Cost-Reimbursement | (APR 1984) |
| FAR 52.244-2 | Subcontracts | (JUN 2020) |
| FAR 52.244-6 | Subcontracts for Commercial Products and Commercial Services | (JAN 2022) |
| FAR 52.245-1 Alt I | Government Property | (APR 2012) |
| FAR 52.245-4 | Government Furnished Property (Short Form) (RESERVED) | |
| FAR 52.245-9 | Use and Charges | (APR 2012) |
| FAR 52.246-25 | Limitation of Liability - Services | (FEB 1997) |
| FAR 52.249-1 | Termination for Convenience of the Government (Fixed Price) (Short Form) | (APR 1984) |
| FAR 52.249-4 | Termination for Convenience of the Government (Services) (Short-Form) | (APR 1984) |
| FAR 52.249-6 | Termination (Cost-Reimbursement) | (MAY 2004) |
| FAR 52.249-8 | Default (Fixed-Price Supply and Service) | (APR 1984) |
| FAR 52.249-14 | Excusable Delays | (APR 1984) |
| FAR 52.251-1 | Government Supply Sources | (APR 2012) |
| FAR 52.253-1 | Computer Generated Forms | (JAN 1991) |

## I.2 FAR 52.204-10 REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS (JUN 2020)

(a) *Definitions.* As used in this clause:

*Executive* means officers, managing partners, or any other employees in management positions.

*First-tier subcontract* means a subcontract awarded directly by the Contractor for the purpose of acquiring supplies or services (including construction) for performance of a prime contract. It does not include the Contractor's supplier agreements with vendors, such as long-term arrangements for materials or supplies that benefit multiple contracts and/or the costs of which are normally applied to a Contractor's general and administrative expenses or indirect costs.

*Month of award* means the month in which a contract is signed by the Contracting Officer or the month in which a first-tier subcontract is signed by the Contractor.

*Total compensation* means the cash and noncash dollar value earned by the executive during the Contractor's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

63

CONTRACT NUMBER: 1605JW-25-C-0002

(1) *Salary and bonus.*

(2) *Awards of stock, stock options, and stock appreciation rights.* Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Financial Accounting Standards Board's Accounting Standards Codification (FASB ASC) 718, Compensation-Stock Compensation.

(3) *Earnings for services under non-equity incentive plans.* This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives, and are available generally to all salaried employees.

(4) *Change in pension value.* This is the change in present value of defined benefit and actuarial pension plans.

(5) *Above-market earnings on deferred compensation which is not tax-qualified.*

(6) Other compensation, if the aggregate value of all such other compensation (*e.g.*, severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000.

(b) Section 2(d)(2) of the Federal Funding Accountability and Transparency Act of 2006 (Pub. L. 109-282), as amended by section 6202 of the Government Funding Transparency Act of 2008 (Pub. L. 110-252), requires the Contractor to report information on subcontract awards. The law requires all reported information be made public, therefore, the Contractor is responsible for notifying its subcontractors that the required information will be made public.

(c) Nothing in this clause requires the disclosure of classified information

(d) (1) Executive compensation of the prime contractor. As a part of its annual registration requirement in the System for Award Management (SAM) (Federal Acquisition Regulation (FAR) provision 52.204-7), the Contractor shall report the names and total compensation of each of the five most highly compensated executives for its preceding completed fiscal year, if–

(i) In the Contractor's preceding fiscal year, the Contractor received-

(A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.

CONTRACT NUMBER: 1605JW-25-C-0002

(To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) *First-tier subcontract information.* Unless otherwise directed by the Contracting Officer, or as provided in paragraph (g) of this clause, by the end of the month following the month of award of a first-tier subcontract valued at or above the threshold specified in FAR 4.1403(a) on the date of subcontract award, the Contractor shall report the following information at http://www.fsrs.gov for that first-tier subcontract. (The Contractor shall follow the instructions at http://www.fsrs.gov to report the data.)

(i) Unique entity identifier for the subcontractor receiving the award and for the subcontractor's parent company, if the subcontractor has a parent company.

(ii) Name of the subcontractor.

(iii) Amount of the subcontract award.

(iv) Date of the subcontract award.

(v) A description of the products or services (including construction) being provided under the subcontract, including the overall purpose and expected outcomes or results of the subcontract.

(vi) Subcontract number (the subcontract number assigned by the Contractor).

(vii) Subcontractor's physical address including street address, city, state, and country. Also include the nine-digit zip code and congressional district.

(viii) Subcontractor's primary performance location including street address, city, state, and country. Also include the nine-digit zip code and congressional district.

(ix) The prime contract number, and order number if applicable.

(x) Awarding agency name and code.

(xi) Funding agency name and code.

(xii) Government contracting office code.

(xiii) Treasury account symbol (TAS) as reported in FPDS.

(xiv) The applicable North American Industry Classification System code (NAICS).

(3) Executive compensation of the first-tier subcontractor. Unless otherwise directed by the Contracting Officer, by the end of the month following the month of award of a first-tier subcontract valued at or above the threshold specified in FAR 4.1403(a) on the date of

65

CONTRACT NUMBER: 1605JW-25-C-0002

subcontract award, and annually thereafter (calculated from the prime contract award date), the Contractor shall report the names and total compensation of each of the five most highly compensated executives for that first-tier subcontractor for the first-tier subcontractor's preceding completed fiscal year at http://www.fsrs.gov, if-

    (i) In the subcontractor's preceding fiscal year, the subcontractor received-

        (A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

        (B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

    (ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

    (e) The Contractor shall not split or break down first-tier subcontract awards to a value below the threshold specified in FAR 4.1403(a), on the date of subcontract award, to avoid the reporting requirements in paragraph (d) of this clause.

    (f) The Contractor is required to report information on a first-tier subcontract covered by paragraph (d) when the subcontract is awarded. Continued reporting on the same subcontract is not required unless one of the reported data elements changes during the performance of the subcontract. The Contractor is not required to make further reports after the first-tier subcontract expires.

    (g) (1) If the Contractor in the previous tax year had gross income, from all sources, under $300,000, the Contractor is exempt from the requirement to report subcontractor awards.

        (2) If a subcontractor in the previous tax year had gross income from all sources under $300,000, the Contractor does not need to report awards for that subcontractor.

    (h) The FSRS database at http://www.fsrs.gov will be prepopulated with some information from SAM and the FPDS database. If FPDS information is incorrect, the contractor should notify the contracting officer. If the SAM information is incorrect, the contractor is responsible for correcting this information.

(End of clause)

CONTRACT NUMBER: 1605JW-25-C-0002

## I.3  FAR 52.209-9  UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (OCT 2018)

(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the System for Award Management via https://www.sam.gov.

(b) As required by section 3010 of the Supplemental Appropriations Act, 2010 (Pub. L. 111-212), all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available. FAPIIS consist of two segments—

> (1) The non-public segment, into which Government officials and the Contractor post information, which can only be viewed by—
>
>> (i) Government personnel and authorized users performing business on behalf of the Government; or
>>
>> (ii) The Contractor, when viewing data on itself; and
>
> (2) The publicly-available segment, to which all data in the non-public segment of FAPIIS is automatically transferred after a waiting period of 14 calendar days, except for-
>
>> (i) Past performance reviews required by subpart 42.15;
>>
>> (ii) Information that was entered prior to April 15, 2011; or
>>
>> (iii) Information that is withdrawn during the 14-calendar-day waiting period by the Government official who posted it in accordance with paragraph (c)(1) of this clause.

(c) The Contractor will receive notification when the Government posts new information to the Contractor's record.

> (1) If the Contractor asserts in writing within 7 calendar days, to the Government official who posted the information, that some of the information posted to the non-public segment of FAPIIS is covered by a disclosure exemption under the Freedom of Information Act, the Government official who posted the information must within 7 calendar days remove the posting from FAPIIS and resolve the issue in accordance with agency Freedom of Information procedures, prior to reposting the releasable information. The contractor must cite 52.209-9 and request removal within 7 calendar days of the posting to FAPIIS.
>
> (2) The Contractor will also have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the

67

CONTRACT NUMBER: 1605JW-25-C-0002

associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3) As required by section 3010 of Pub. L. 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.

(d) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

(End of clause)

## I.4  FAR 52.215-19  NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

The Contractor shall make the following notifications in writing:

A. When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

B. The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

   1. The Contractor shall –
      a. Maintain current, accurate, and complete inventory records of assets and their costs;
      b. Provide the ACO or designated representative ready access to the records upon request;
      c. Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and
      d. Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

   2. The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

(End of Clause)

CONTRACT NUMBER: 1605JW-25-C-0002

**I.5 FAR 52.217-8 Option to Extend Services (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days.

(End of Clause)

**I.6 FAR 52.217-9 Option to Extend the Term of the Contract (MAR 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within _1 day_; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least _10_ days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed ___66_____ (months).

(End of Clause)

**I.7 FAR 52.222-5 Construction Wage Rate Requirements—Secondary Site of the Work (MAY 2014)**

(a) (1) The Offeror shall notify the Government if the Offeror intends to perform work at any secondary site of the work, as defined in paragraph (a)(1)(ii) of the FAR clause at 52.222-6, Construction Wage Rate Requirements, of this solicitation.

(2) If the Offeror is unsure if a planned work site satisfies the criteria for a secondary site of the work, the Offeror shall request a determination from the Contracting Officer.

(b) (1) If the wage determination provided by the Government for work at the primary site of the work is not applicable to the secondary site of the work, the Offeror shall request a wage determination from the Contracting Officer.

(2) The due date for receipt of offers will not be extended as a result of an Offeror's request for a wage determination for a secondary site of the work.

(End of Provision)

69

CONTRACT NUMBER: 1605JW-25-C-0002

## I.8 FAR 52.222-35 EQUAL OPPORTUNITY FOR VETERANS (JUN 2020)

(a) *Definitions*. As used in this clause-
    "Active duty wartime or campaign badge veteran," "Armed Forces service medal veteran," "disabled veteran," "protected veteran," "qualified disabled veteran," and "recently separated veteran" have the meanings given at Federal Acquisition Regulation (FAR) 22.1301.

(b) Equal opportunity clause. The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-300.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified protected veterans, and requires affirmative action by the Contractor to employ and advance in employment qualified protected veterans.

(c) Subcontracts. The Contractor shall insert the terms of this clause in subcontracts valued at or above the threshold specified in FAR 22.1303(a) on the date of subcontract award, unless exempted by rules, regulations, or orders of the Secretary of Labor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

(End of clause)

## I.9 FAR 52.222-36 EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES (JUN 2020)

(a) Equal opportunity clause. The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-741.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by the Contractor to employ and advance in employment qualified individuals with disabilities.

(b) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of the threshold specified in Federal Acquisition Regulation (FAR) 22.1408(a) on the date of subcontract award, unless exempted by rules, regulations, or orders of the Secretary, so that such provisions will be binding upon each subcontractor or vendor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs of the U.S. Department of Labor, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

(End of clause)

## I.10 FAR 52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 2014)

In compliance with the Service Contract Labor Standards statute and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees

70

CONTRACT NUMBER: 1605JW-25-C-0002

expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C.5341 or 5 332.

This Statement is for Information Only: It is not a Wage Determination
See Attachment J-31

(End of clause)

## I.11 52.222-49 SERVICE CONTRACT LABOR STANDARDS-PLACE OF PERFORMANCE UNKNOWN (MAY 2014)

(a) This contract is subject to the Service Contract Labor Standards statute, and the place of performance was unknown when the solicitation was issued. In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following: State of Indiana The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing by March 27, 2024.

(b) Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals. However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

(End of clause)

71

CONTRACT NUMBER: 1605JW-25-C-0002

## I.12 FAR 52.236-4 PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by _____ *[insert a description of investigational methods used, such as surveys, auger borings, core borings, test pits, probings, test tunnels]*.

(b) Weather conditions _____ *[insert a summary of weather records and warnings]*.

(c) Transportation facilities _____ *[insert a summary of transportation facilities providing access from the site, including information about their availability and limitations]*.

(d) _____ *[insert other pertinent information]*.

(End of clause)


## I.13 FAR 52.252-4 ALTERATIONS IN CONTRACT (APR 1984)

Portions of this contract are altered as follows:
No portions of this contract have been altered. _____

_____

_____

72

CONTRACT NUMBER: 1605JW-25-C-0002

## SECTION J. LIST OF ATTACHMENTS

| J-16 | Service Contract Labor Standards |
|------|----------------------------------|
|      | Applicable wage determinations are available on the DOL Wage and Hour website https://wdolhome.sam.gov, and found under the State of Indiana.<br><br>Wage Determination No. 2015-4787, Dated 07/22/2024<br>Wage Determination No. 2015-4783, Dated 07/22/2024<br>Wage Determination No. 2015-4829, Dated 07/22/2024<br>Wage Determination No. 2015-4713, Dated 07/22/2024 |

# Exhibit 2

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER<br>1631-OJC-23-ODC-0160 | PAGE OF<br>1 | 108 |
|---|---|---|---|

| 2 CONTRACT NO.<br>1605C2-23-C-0032 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER<br>1605C2-23-R-00020 | 6. SOLICITATION<br>ISSUE DATE<br>05/03/2023 |
|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: ▶ | a. NAME<br>Dave Chiu | b. TELEPHONE NUMBER  *(No collect calls)*<br>202-693-3092 | 8. OFFER DUE DATE/LOCAL TIME<br>ET |
|---|---|---|---|---|

| 9. ISSUED BY | CODE | CAS |
|---|---|---|

US Department of Labor
Customer Acquisition Services
200 Constitution Ave, NW   S-4307
Washington DC 20210

| 10. THIS ACQUISITION IS | ☒ UNRESTRICTED OR | ☐ SET ASIDE: | % FOR: |
|---|---|---|---|

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS (SDVOSB)

☐ WOMEN-OWNED SMALL BUSINESS (WOSB)
☐ ECONOMICALLY DISADVANTAGED WOMEN-OWNED SMALL BUSINESS (EDWOSB)
☐ 8(A)

NORTH AMERICAN INDUSTRY CLASSIFICATION STANDARD (NAICS):
624310

SIZE STANDARD: $15

| 11. DELIVERY FOR FREE ON BOARD (FOB) DESTINATION UNLESS BLOCK IS MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS<br>Net 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER THE DEFENSE PRIORITIES AND ALLOCATIONS SYSTEM - DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|

| | | 14. METHOD OF SOLICITATION<br>☐ REQUEST FOR QUOTE (RFQ)   ☐ INVITATION FOR BID (IFB)   ☒ REQUEST FOR PROPOSAL (RFP) |
|---|---|---|

| 15. DELIVER TO | CODE | ETA (OCM) |
|---|---|---|

US DEPARTMENT OF LABOR
200 CONSTITUTION AVE, NW
ROOM N4643
WASHINGTON DC 20210

| 16. ADMINISTERED BY | CODE | CAS |
|---|---|---|

US Department of Labor
Customer Acquisition Services
200 Constitution Ave, NW   S-4307
Washington DC 20210

| 17a. CONTRACTOR/<br>OFFEROR | CODE 051092849 | FACILITY CODE |
|---|---|---|

TRANSPORTATION COMMUNICATIONS UNION/IAM
Attn: DIANE DETTMANN
3 RESEARCH PL
ROCKVILLE MD 20850

TELEPHONE NO.   3019486201

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

| 18a. PAYMENT WILL BE MADE BY | CODE | ETA |
|---|---|---|

U.S. Department of Labor
Division of Accounting Services / A
200 Constitution Avenue, N.W.
Room N-4702
Washington DC 20210

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | The contractor shall provide the U.S. Department of Labor (DOL), Employment Training Administration (ETA), Office of Job Corps (OJC), with Career Technical Training (CTT) services and support for the Transportation Trades in accordance with the attached Performance Work Statement (PWS) for a 12-month base period and four (4) 12-month option periods.<br><br>This is a Fixed Price Incentive Fee (FPIF) type contract. | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Government Use Only)*<br>$9,302,798.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE (FEDERAL ACQUISITION REGULATION) FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|

| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>Arthur Maratea, National President | 30c. DATE SIGNED<br>07/31/2023 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>Kim L. Carr | 31c. DATE SIGNED<br>07/31/23 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 11/2021)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | E-Invoice: REQUIRED Accounting Info: 2601812324AD202301810001231000001000001OJC001OJC00- Z7P000-252099 Funding Stream: 2601812324AD202301810001231000001000001OJC001OJC00 Cost Center: Z7P000 Object Class: 252099 | | | | |
| 0001 | Base Period of OJC NTC Transportation contract Incrementally Funded Amount: ██████ Product/Service Code:  U006 | | | | ████████ |
| 1001 | Option Period One of OJC NTC Transportation contract Amount: ████████ (Anticipated Option Exercise Date) 365 Product/Service Code:  U006 | | | | 0.00 |
| 2001 | Option Period Two of OJC NTC Transportation contract Amount: ████████ (Anticipated Option Exercise Date) 730 Product/Service Code:  U006 | | | | 0.00 |
| | Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED     ☐ INSPECTED     ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER ☐ PARTIAL ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 42b. RECEIVED AT *(Location)* |
| 41c. DATE | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 11/2021) BACK

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 1605C2-23-C-0032 | | PAGE 3 | OF 108 |
|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
TRANSPORTATION COMMUNICATIONS UNION/IAM

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 3001 | Option Period Three of OJC NTC Transportation contract<br>Amount: ███████████<br>(Anticipated Option Exercise Date) 1095<br>Product/Service Code:  U006 | | | | 0.00 |
| 4001 | Option Period Four of OJC NTC Transportation contract<br>Amount: ███████████<br>(Anticipated Option Exercise Date) 1460<br>Product/Service Code:  U006 | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

# B - SUPPLIES OR SERVICES AND PRICES

## B - Supplies/Services/Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lot | | |
| BASE PERIOD | **NTC Transportation Trades** FPIF | | | | |
| | TARGET COST | | | | |
| | TARGET PROFIT | | | | |
| | TOTAL TARGET PRICE | | | | |
| | CEILING PRICE | | | | |
| | SHARE RATIO ABOVE TARGET | | | | |
| | SHARE RATIO BELOW TARGET | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | 1 | Lot | | |
| OPTION PERIOD ONE | **NTC Transportation Trades** FPIF | | | | |
| | TARGET COST | | | | |
| | TARGET PROFIT | | | | |
| | TOTAL TARGET PRICE | | | | |
| | CEILING PRICE | | | | |
| | SHARE RATIO ABOVE TARGET | | | | |
| | SHARE RATIO BELOW TARGET | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001 | | 1 | Lot | | |
| OPTION PERIOD TWO | **NTC Transportation Trades** FPIF | | | | |
| | TARGET COST | | | | |
| | TARGET PROFIT | | | | |
| | TOTAL TARGET PRICE | | | | |
| | CEILING PRICE | | | | |
| | SHARE RATIO ABOVE TARGET | | | | |
| | SHARE RATIO BELOW TARGET | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001 | | 1 | Lot | | |
| OPTION PERIOD THREE | **NTC Transportation Trades** FPIF | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | TARGET COST | | | | ████ |
| | TARGET PROFIT | | | | |
| | TOTAL TARGET PRICE | | | | |
| | CEILING PRICE | | | | |
| | SHARE RATIO ABOVE TARGET | | | | |
| | SHARE RATIO BELOW TARGET | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001 | | 1 | Lot | | |
| OPTION PERIOD FOUR | **NTC Transportation Trades** FPIF | | | | ████ |
| | TARGET COST | | | | |
| | TARGET PROFIT | | | | |
| | TOTAL TARGET PRICE | | | | |
| | CEILING PRICE | | | | |
| | SHARE RATIO ABOVE TARGET | | | | |
| | SHARE RATIO BELOW TARGET | | | | |

| | TOTAL: |
|---|---|
| BASE PERIOD | ████ |
| OPTION PERIOD I | |
| OPTION PERIOD II | |
| OPTION PERIOD III | |
| OPTION PERIOD IV | |
| **TOTAL CONTRACT CEILING:** | $48,393,513.00 |

Note:  **The current obligated amount is $7,752,332.00.**

## C - REQUIREMENTS / PERFORMANCE WORK STATEMENT

PART 1 GENERAL INFORMATION

**1.1.  Description of Services/Introduction:**
Operation of CTT programs at Job Corps Centers – **Transportation.**  ETA's Office of Job Corps (OJC) is awarding this contract to a National Training Contractor (NTC) to provide Job Corps students with a comprehensive range of career technical training, work-based learning, career exploration and planning supports, employability counseling, and outcome-based supports for career placements. The goal of these services is to create high-quality employment outcomes and long-term attachment to the workforce for Job Corps graduates. Each NTC must be able to create placement pathways for students into union positions, Registered Apprenticeships, and other quality placements.

**1.2.  Background:**
Job Corps is a national residential training and employment program administered by the U. S. Department of Labor to address multiple barriers to employment faced by eligible youth throughout the United States.  Eligibility is defined by Job Corps' essential admissions requirements, as outlined in PRH Exhibit 1-1.  Job Corps was originally established by the Economic Opportunity Act of 1964.  The current authorization for this program is Title I, Subtitle C, of the Workforce Innovation and Opportunity Act, passed on July 22, 2014. Job Corps provides comprehensive career development services to its students, including academic education, career technical training, social and independent living skills, and career readiness and support services. The unique combination of services provided in the Job Corps program is intended to prepare youth to attain and hold gainful employment, pursue further education or training, or satisfy entrance requirements for careers in the U.S. Armed Forces. The NTCs are a group of national training contractors for Job Corps that provide comprehensive training and placement services to students at centers across the country. Job Corps uses NTCs as auxiliary training providers which provide in-demand specialized training, and that leads to quality career outcomes, particularly in the form of union jobs and Registered Apprenticeships. NTCs are expected to be the voice of industry and provide modernized training that is aligned with the needs of employers. These trainings span a variety of occupations in multiple industries, such as construction, transportation, advanced manufacturing, automotive services, and renewable resources and energy. The number of programs operated by each NTC is expected to fluctuate according to program changes, as well as national or local labor market demand, during the contract period.

**1.3.  Objectives:**
The NTC shall provide the materials, services, and personnel necessary to operate contracted Job Corps career technical training programs.  The NTC shall provide Job Corps students with a comprehensive range of career technical training, work-based learning, career exploration and planning supports, employability counseling, and outcome-based supports for career placements. The goal of these services is to create high-quality employment outcomes and long-term attachment to the workforce for Job Corps graduates. Each NTC must be able to create placement pathways for students into union positions, Registered Apprenticeships, and other quality placements.

**1.4.  Scope:**
The contractor shall provide Career Technical Training services and support for the **TRANSPORTATION TRADES** listed in PART 5 SPECIFIC TASKS Section 5.1.2. Centers, Programs and Slots.

**1.5.  Period of Performance:**
The Period of Performance shall be for one (1) Base Period of 12 months and four (4) 12-month option periods of 12 months each. The Period of Performance reads as follows:

Base Period: 8/1/23 – 7/31/24
Option Year 1: 8/1/24 – 7/31/25
Option Year 2: 8/1/25 – 7/31/26
Option Year 3: 8/1/26 – 7/31/27
Option Year 4: 8/1/27 – 7/31/28

**1.6.  General Information**
**1.6.1.  Quality Control:**
The contractor shall develop and maintain an effective quality control program to ensure services are performed in accordance with this PWS.  The contractor shall develop and implement procedures to identify, prevent, and ensure non-recurrence of defective services.  The contractor's quality control program is the means by which he assures himself that his work complies with the

requirement of the contract. As a minimum, the contractor shall develop quality control procedures that address the areas identified in Part 6 Technical Exhibits 1A and 1B, "Performance Requirements Summary". The contractor shall then submit a Quality Control Plan (QCP) to the Contracting Officer Representative (COR) within 30 days of the execution of this contract, and 30 days upon execution of any subsequent option year. The contractor shall receive the contracting officer's acceptance in writing of any proposed change to his QC system.

**1.6.2.    Quality Assurance:**
The government shall evaluate the contractor's performance under this contract in accordance with the Quality Assurance Surveillance Plan. This plan is primarily focused on what the Government must do to ensure that the contractor has performed in accordance with the performance standards. It defines how the performance standards will be applied, the frequency of surveillance, and the minimum acceptable defect rate(s).

**1.6.3.    Government Remedies:**
The contracting officer shall follow FAR 52.246-1, "Contractor Inspection Requirements" for contractor's failure to perform satisfactory services or failure to correct non-conforming services.

**1.6.4.    Recognized Holidays:**
The contractor is not required to perform services on the following federal holidays:
· New Year's Day
· Labor Day
· Juneteenth
· Martin Luther King Jr.'s Birthday
· Columbus Day
· President's Day
· Veteran's Day
· Memorial Day
· Thanksgiving Day
· Independence Day
· Christmas Day

**1.6.5.    Hours of Operation/Place of Performance:**
The contractor is responsible for conducting career and technical training support Monday thru Friday, except Federal holidays or when the Government facility is closed due to local or national emergencies, administrative closings, or similar Government directed facility closings. The Contractor must at all times maintain an adequate workforce for the uninterrupted performance of all tasks defined within this statement of work when the Government facility is not closed for the above reasons. When hiring personnel, the Contractor shall keep in mind that the stability and continuity of the work force are essential. Telecommuting or "work at home" is not authorized under this contract unless under emergency situations as determined by the COR.

The places of performance for this contract include the following locations:

| Job Corps Center | Location |
|---|---|
| Shriver | Devens, MA |
| Potomac | Washington, DC |
| Gary | San Marcos, TX |
| Excelsior Springs | Excelsior Springs, MO |
| Hubert H. Humphre, | St. Paul, MN |
| St. Louis | St. Louis, MO |
| Los Angeles | Los Angeles, CA |
| San Jose | San Jose, CA |

**1.6.6.    Type of Contract:**

The government anticipates awarding a Fixed Price Incentive Fee (Firm Target) contract.

### 1.6.7.     Security Requirements:
#### 1.6.7.1.        Physical Security
The contractor shall be responsible for safeguarding all government property provided for contractor use.  At the close of each work period, government facilities, equipment, and materials shall be secured.

#### 1.6.7.2.        Key Control
Not Applicable

##### 1.6.7.2.1.          Lost Keys
Not Applicable

##### 1.6.7.2.2.          Key Use
Not Applicable

#### 1.6.7.3.        Lock Combinations
Not Applicable

#### 1.6.7.4.        Conservation of Utilities
Not Applicable

### 1.6.8.     Special Qualifications
Special qualifications for staff and instructor positions are addressed in Part 5 Specific Tasks, 5.4 Staff Qualifications.

### 1.6.9.     Post Award Conference/Periodic Progress Meetings:
The Contractor agrees to attend any post award conference convened by the contracting activity or contract administration office in accordance with Federal Acquisition Regulation Subpart 42.5.  The contracting officer, Contracting Officers Representative (COR), and other Government personnel, as appropriate, may meet periodically with the contractor to review the contractor's performance.  At these meetings the contracting officer will apprise the contractor of how the government views the contractor's performance and the contractor will apprise the Government of problems, if any, being experienced.  Appropriate action shall be taken to resolve outstanding issues.  These meetings shall be at no additional cost to the government.

### 1.6.10.    Contracting Officer Representative (COR):
The Contracting Officer's Representative (COR) will be appointed by separate letter and will have authority to act on behalf of the Contracting Officer limited to the extent set forth below. Under no circumstances is the Contracting Officer's Representative (COR) authorized to sign any contractual documents or approve any alteration to the contract involving a change in the scope, price, terms, or conditions of the contract or order. The COR is responsible only for giving technical guidance to assure that the technical scope and terms of the contract are met.
The COR is authorized to:
- Monitor and inspect contractor's performance to ensure compliance with the statement of work.
- Make determinations relative to satisfactory or unsatisfactory performance, including acceptance of all work performed and/or all products produced under the terms of the contract.
- Review and approve vouchers.
- Review and approve contractor's key personnel qualifications for compliance with contract requirements as may be called for on the contract.
- Recommend program changes to the Contracting Officer as a result of monitoring or as may be requested by the contractor.
- Review, coordinate changes or corrections, if any, and accept all reports or other deliverables (including any final reports) required under the contract.
- Interpret Job Corps initiatives for the contractor, if needed.
- Evaluate contractor requests for travel, to determine necessity of travel and reasonableness of costs. (See Part 1 General Information Section 1.7.3 "Travel and Per Diem" and Part 5 Specific Tasks, Section 5.6.2.2 "Efficiency of Travel" for further details.)

### 1.6.11.    Contract Manager:
The contractor shall provide a contract manager who shall be responsible for the performance of the work.  The name of this person

and an alternate who shall act for the contractor when the manager is absent shall be designated in writing to the contracting officer. The contract manager or alternate shall have full authority to act for the contractor on all contract matters relating to daily operation of this contract.

**1.6.12.    Identification of Contractor Employees:**

All contract personnel attending meetings, answering Government telephones, and working in other situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression in the minds of members of the public that they are Government officials.  They must also ensure that all documents or reports produced by contractors are suitably marked as contractor products or that contractor participation is appropriately disclosed.

**1.7.        Special Contract Requirements**
**1.7.1.  Fringe Benefits**
Social Security, Workmen's Compensation, Unemployment Compensation and any other fringe benefits are a normal practice of the Contractor at the time of final negotiations for this contract and are available to all employees.  Fringe benefits from an immediate previous employer which may be continued while employed under this contract are an allowable cost. In no event will duplicate fringe benefits be allowable to an individual under this contract.

**1.7.2.  Vacations, Sick Leave Holidays**
The Contractor may grant leave in accordance with its established written policy, provided that policy is accepted by the Contracting Officer, or, in the absence of an established policy, leave may be granted as follows:
- Vacation:  Maximum 2 weeks (10 working days)
- Sick Leave: Maximum 2 weeks (10 working days)
- Holiday:  Maximum of paid holidays


Leave shall be accrued at the rate of 5/6 of 1 day per month for each month employed. If the term of this contract is for more than or less than 1 year, the above leave shall be adjusted accordingly.

**1.7.3.    Travel and Per Diem**
Travel policies as set forth by U.S. General Services Administration referred to below are required of the Contractor and consultants hereunder. Where the Contractor has a more restrictive travel policy than the Federal Travel Regulations, the more restrictive requirements shall apply. It is the responsibility of the Contractor to authorize only such per diem allowances as justified by the circumstances affecting the travel. Care should be exercised to prevent fixing per diem rates in excess of those required to meet the necessary authorized subsistence expenses. To this end, consideration should be given to factors which reduce the expenses of the employee such as: known arrangements at temporary duty locations where lodging and meals may be obtained without cost or at prices advantageous to the traveler; established cost experience in the localities where lodging and meals are required; situations where special rates for accommodations have been made available for a particular meeting or conference; the extent to which the traveler is familiar with establishments providing lodging and meals at a lower cost in certain localities, particularly, where repeated travel is involved; and the use of methods of travel where sleeping accommodations are provided as part of the transportation expenses.

If lodging is not available at GSA rates, the contractor shall notify the COR with a memorandum prior to the scheduled travel and request approval for an exception to authorize the higher rate. The COR will follow Travel Regulation (FTR) 301-11.300 through 306 when considering approval.

All travel shall be at tourist, coach, or less than first class unless itinerary or unavailability dictates otherwise. All temporary duty and local area automobile travel shall be allowed as prescribed by the applicable Travel Regulations.

Copies of applicable Travel Regulations can be obtained at the following website: http://www.gsa.gov/travel-resources.

**Consultants**
**1.7.4.1.    Consultants**
Consultant(s) hired to perform under this contract may be compensated at a rate for time actually worked or at a fixed price for performance of a specific task, or at nominal compensation in accordance with the contractor's policies. Written approval from the Contracting Officer shall be obtained before a consultant is hired, regardless of contract type (hourly or fixed price).

**1.7.4.2.      Rate of Pay**

The amount or rate of payment shall be determined on a case-by-case basis taking into account the level and difficulty of the work to be performed, the qualifications of the expert or consultant, the pay rates of comparable individuals performing similar work in Federal or non-Federal sectors, and the availability of qualified candidates.

In no event shall a consultant's allowable rate for any one day exceed the daily equivalent of the highest rate payable under the General Schedule or, if warranted, the highest rate under the Senior Level pay schedule. For consultants hired under the General Schedule, the daily rate is computed by dividing the annual GS-15, step 10, rate (excluding locality pay) by 2087 hours to find the hourly rate of pay and multiplying the hourly rate of pay by 8 hours. Current General Schedule pay rates may be found on the Office of Personnel Management website at http://www.opm.gov/ policy-data-oversight/pay-leave/salaries-wages/ . The same method shall be used to determine the daily rate for consultants hired under the Senior Level pay schedule. The current Senior Level pay schedule may also be found at: http://www.opm.gov/ policy-data-oversight/pay-leave/salaries-wages/ .

The daily rate is exclusive of travel and per diem cost which may be added to the allowable consultant's rate.

### 1.7.4.3.    Recordkeeping
The contractor shall maintain a written report for the files of the results of all consultants charged to this contract. This report shall include, as a minimum: (1) The consultant's name, dates, hours, and amounts charged to the contract; (2) the names of the contractor's staff to which the services are provided; and (3) the result of the subject matter of the consultation.

### 1.7.5  Unemployment Insurance Costs

Unemployment insurance costs shall be paid by the contractor as they are incurred. However, in the event billings for Unemployment Insurance costs are received by the contractor after the expiration date of this contract and the billings cover the period that this contract was effective, the Government agrees to reimburse the contractor at the same rate that would have been applicable had the cost been paid as they were incurred.

### 1.7.6  Accounting and Auditing Services
### 1.7.6.1  Accounting
The contractor may procure and utilize such accounting services as are required to establish and maintain an accounting system which reflect accurate, current and complete financial transactions and which meet the standards of the Comptroller General of the United States and the Department of Labor.

### 1.7.6.2  Auditing
The contractor shall audit or have audited subcontractor financial records as may be required to determine, at a minimum, the fiscal integrity of financial transactions and compliance with laws, regulations and administrative requirements.

The U.S. Department of Labor shall be responsible for scheduling all audits of the prime contractor's books, documents, papers and records. The Department will use its own audit resources or shall use certified or public accountants under contract or auditors from another Federal agency.

Cost of Accounting Services and Audit of subcontractors as described herein are allowable cost under this contract. Costs for audits for which the U.S. Department of Labor is responsible are unallowable.

### 1.7.7  Printing
Unless otherwise specified in this contract, the contractor shall not engage in, nor subcontract for, any printing (as that term is defined in Title 1 of the Government Printing and Binding Regulations in effect on the effective date of this contract) in connection with the performance of work under this contract: provided, however, that performance of a requirement under this contract involving the reproduction of less than 5,000 production units of any one page or less than 25,000 production units in the aggregate of multiple pages, will not be deemed to be printing. A production unit is defined as one sheet, size 8 by 11 inches, one side only, one color.

### 1.7.8  Key Personnel
The personnel specified below or in attachment to this contract are considered to be essential to the work being performed hereunder. Prior to diverting any of the specified individuals to other programs, the Contractor shall notify the Contracting Officer reasonably in advance and shall submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the program. No diversion shall be made by the Contractor without the written consent of the Contracting Officer; provided, that the Contracting Officer may ratify in writing such diversion and such ratification shall constitute the consent of the Contracting Officer required by this clause. The below list or attachment to this contract may be amended from time to time during the course of the

contract to either add or delete personnel, as appropriate.

For the purpose of this contract, the key personnel positions are identified below as:
· Executive Director
· Field Coordinator(s)
· Finance Director/Senior Accountant


For the purposes of this contract, the Contractor may divert the following personnel to other programs without written consent from the Contracting Officer. Nevertheless, the Contractor shall inform the COR and center operator (if center operations are affected) in writing of any personnel changes to the following, and shall fill the position within 60 days of diversion:
· Placement Coordinator
· Property Manager
· Training/Curriculum Development Specialist
· Senior Information Technology Specialist

### 1.7.9  Contract Number Identification
The Contractor agrees to utilize the number of this contract on all correspondence, communications, reports, vouchers and such other data concerning this contract or delivered hereunder.

### 1.7.10  Submission of Correspondence
All correspondence relating to contractual aspects shall be directed to the Division of Job Corps Procurement, Attention: Contracting Officer.

### 1.7.11  Other Contractors
The Government may undertake or award other contracts for the same, essentially similar, or related work, and the Contractor shall fully cooperate with such other contractors and Government employees. The Contractor shall not commit or permit any act which will interfere with the performance of work by any other contractor or by Government employees.

The foregoing paragraph shall be included in the contracts of all Contractors with whom this Contractor will be required to cooperate. The Government shall equitably enforce this clause as to all contractors, to prevent the imposition of unreasonable burdens on any contractor.

### 1.7.12  Laws Applicable
The contractor will perform its duties in accordance with the applicable Act, and the regulations, procedures and standards promulgated thereunder. The Contractor will comply with all applicable Federal and State and Local laws, rules, and regulations which deal with or relate to the employment of persons who perform work or are trained under contract.

This contract in no way relieves the Contractor of responsibility for compliance with the provisions of the Fair Labor Standards Act, as amended.

### 1.7.13  Disposition of Material
Upon termination or completion of all work under this contract, the Contractor shall prepare for shipment, deliver FOB destination, or dispose of all materials received from the Government and all residual materials produced in connection with the performance of this contract as may be directed by Contracting Officer, or as specified in other provisions of this contract. All materials produced or required to be delivered under this contract become and remain the property of the Government.

### 1.7.14  Insurance Requirements
In accordance with the Federal Acquisition Regulation, 48 CFR, Clause 52.228-7 entitled, "Insurance-Liability to Third Persons" the following kinds and amounts of insurance shall be procured and maintained in force during the lifetime of the above numbered contract.

### 1.7.14.1  Workers' Compensation
In the amounts required by State law or the United States Longshoremen's and Harbor Workers' Compensation Act (33 U.S.C. 901).

### 1.7.14.2  Occupational Diseases Insurance
As required by applicable law. In any area where all occupational diseases are not compensable under applicable law, insurance for

occupational diseases shall be secured under the employer liability section of your insurance policy, minimum per accident $100,000.

### 1.7.14.3  Employer Liability
This insurance is to cover any liability imposed upon an employer, by law, for damages on account of personal injuries, including death resulting there from, sustained by his employees by reason of accident.

### 1.7.14.4  General Liability Insurance (Bodily Injury)
This insurance protects the insured against claims arising from bodily injury or death to third parties occurring on its business premises or through its operations except those arising from motor vehicles away from the premises, those covered by any Workman's Compensation law, and other exclusions stated in the policy. The required coverage for bodily injury shall be $200,000 per person and $500,000 per occurrence.

### 1.7.14.5  Automobile Liability
The required coverage is $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.

### 1.7.14.6  Insurance
The policies evidencing such insurance as required under this contract shall contain the following endorsement:
"No cancellation, termination, or modification of this policy shall take effect prior to the expiration of 35 days after written notice of the cancellation, termination or modification together with suitable identification of the policy and name insured has been sent by registered letter to the Government representative at the address stated below:

Name of Contracting Officer: Evon Pollack
Address: USDOL/ETA/OSAM/OSPE
200 Constitution Ave., N.W.
Room S-4307
Washington, DC 20210

The types and minimum limits reflected above for vehicle insurance shall apply to any vehicle operated or used in connection with performance of official business under this contract. In the event a privately-owned vehicle is used, the Government's share of insurance premiums, including any additional coverage required to conform with the above limits, shall be prorated in accordance with the vehicle's actual use while conducting business under the terms of this contract.

### 1.7.15  Performance Standards
The composition, workmanship, printing or reproduction and substantive content of all reports, evaluations, charts, tables, graphs, and other data to be furnished under this contract shall strictly conform to the generally accepted quality standards of the Contractor's profession and shall be suitable for dissemination and use without revision, to DOL, other Government agencies and the general public.

Reports shall include a complete disclosure of all data relevant to the work performed, the techniques developed, the investigations made, and shall be relevant to the materials studies and methods and processes employed.

### 1.7.16  Restrictions on Use of DOL Funds for Lobbying
In accordance with the cost principles incorporated in the Federal Acquisition Regulations (FAR) at 31.205-22, lobbying costs (direct or indirect) are unallowable under this agreement. The exclusion of lobbying costs using Department of Labor funds is not intended to penalize, discourage, or prevent lobbying activities by utilizing non- Federal funds.

### 1.7.17  Political Activity
The contractor agrees that it shall not perform or permit any political propagandizing in connection with the performance of this contract. The contractor's employees, volunteers, and trainees shall not be assigned to conduct political activities or instruction. Funds under this contract shall be used exclusively for performance of the work required under this contract. No funds made available under this contract shall be used to promote any political activities.

### 1.7.18  Restrictions on Contractor's Legislative Influence Activity
The salary or expenses of anyone engaged in any activity designed to influence legislation or appropriations pending before the Congress shall not be an allowable cost under this contract.

**1.7.19  Publication of Materials**
The Contractor shall receive permission from the Contracting Officer prior to publishing any works performed under this contract. Further, the Contractor shall acknowledge the support of the Department of Labor whenever publicizing any work performed under this contract. To implement the foregoing, the Contractor shall include in any publication resulting from work performed under this contract, an acknowledgement substantially the same as follows:

"This project has been funded, either wholly or in part, with Federal funds from the Department of Labor, Employment and Training Administration under Contract Number TBD the contents of this publication do not necessarily reflect the views or policies of the Department of Labor, nor does mention of trade names, commercial products, or organizations imply endorsement of same by the U.S. Government."

**1.7.20  Duplication of Effort**
The contractor hereby certifies that costs of work to be performed under this contract and any subcontracts hereunder are not duplicative of any costs charged against any other Government contract, subcontract, or other Government source. The contractor shall include the provisions of this paragraph in every subcontract issued hereunder which exceeds $2,500. The contractor agrees to advise the Contracting Officer in writing of any other Government contract or subcontract it has performed, or is performing, which involves work directly related to the purpose of this contract.

**1.7.21  Annual Closeout of Contract Costs**
In accordance with FAR 52.216-7(d) and 42.705, the contractor shall submit its final annual indirect cost rates to the Contracting Officer within 120 days after settlement of the rates with the Contractor's cognizant audit agency. The Contractor shall also submit a settlement invoice, or voucher, reflecting the settled amounts and rates for the Contract periods covered by the final audited rates. Failure to submit a settlement invoice may result in the Contracting Officer making a final determination of costs and reflect this delinquency on the past performance record.

**1.7.22  Withholding**
The Contracting Officer shall, upon his/her own action or upon written request of an authorized representative of the U.S. Department of Labor, withhold or cause to be withheld from the contractor under this contract or any other Federal contract with the same prime contractor, or any other federally- assisted contract subject to Davis-Bacon prevailing wage requirements that is held by the same prime contractor, as much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers employed by the contractor or any subcontractor, the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work (or under the United States Housing Act of 1937 or the Housing Act of 1949 in the construction or development of the project), all or part of the wages required by the contract, the Contracting Officer may, after written notice to the prime contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

**1.7.23  Patent Rights**
**1.7.23.1  Written Notice**
Whenever any invention, improvement, or discovery (whether or not patentable) is made or conceived, or for the first time actually or constructively reduced to practice, by the contractor or its employees, in the course of, in connection with, or under the terms of, this contract, the contractor shall immediately give the Contracting Officer written notice thereof and shall promptly thereafter furnish the Contracting Officer complete information thereon; and the Contracting Officer shall have the sole and exclusive power to determine whether or not, and where, a patent application shall be filed, and to determine the disposition of all rights in such invention, improvement, or discovery, including title to, and rights under, any patent application or patent that may issue thereon. The determination of the Contracting Officer on all these matters shall be accepted as final and the provisions of the clause of this contract entitled "Disputes" shall not apply; and the contractor agrees that it shall and warrants that all of its employees who may be the inventors shall, execute all documents and do all things necessary or proper to effectuate such determination.

**1.7.23.2  Patent Agreements**
Except as otherwise authorized in writing by the Contracting Officer, the contractor shall obtain patent agreements to effectuate the provisions of this clause from all persons who perform any part of the work under this contract, except such clerical and manual labor personnel as shall have no access to technical data.

Except as otherwise authorized in writing by the Contracting Officer, the contractor shall insert in each subcontract having experimental, developmental, or research work as one of its purposes provisions making this clause applicable to the subcontractor and its employees.

**1.7.23.3   Patent Rights**

If the Government obtains patent rights pursuant to this clause of this contract, the contractor shall be offered license rights thereto on terms at least as favorable as those offered to any other firm.

In the event no inventions, improvements, or discoveries (whether or not patentable) are made or conceived, or for the first time actually or constructively reduced to practice by the contractor or its employees in the course of, in connection with, or under the terms of, this contract, the contractor shall so certify to the Contracting Officer before final payment hereunder.

If the contractor is permitted to file patent applications pursuant to this clause, the following statement shall be included within the first paragraph of the specification of any patent application or patent:

"The invention described herein was made in the course of, or under, a contract with the U.S. Department of Labor..."

**1.7.24   Titles to Studies**

The contractor agrees that all studies, evaluations, proposals, and data produced or developed in the performance of this contract for which reimbursement is appropriate hereunder shall become the property of the Government. This provision does not preclude the contractor from seeking copyright of materials, other than those described above, such as teaching material and curricula.

**1.7.25   Disposition of Data and Copyrights**

The terms "subject data," "contract," and "contractor," as used herein are defined as follows: (i) "Subject Data" includes writing, sound recordings, pictorial reproduction, drawings, or other graphical representations, and works of any similar nature (whether or not copyrighted) which are specified to be delivered under this contract. The term does not include financial reports, cost analyses, and similar information incidental to contract administration; (ii) "Contract" includes contract, subcontract, agreement, and sub-agreement; (iii) "Contractor" includes any party with whom the Government enters a contract.

Subject to the provision of paragraph C below, the Government may duplicate, use, and disclose in any manner and for any purpose whatsoever, and have others so do, all subject data delivered under this contract.

The contractor agrees to and does hereby grant to the Government and to its officers, agents, and employees acting within the scope of their duties, a royalty-free, nonexclusive and irrevocable license throughout the world, to publish, translate, reproduce, deliver, perform, dispose of, and to authorize others to do so, all subject data now or hereafter covered by copyright; provided that, with respect to such  subject data not originated in the work furnished under this contract but which is incorporated in the work furnished under this contract, such license shall only be to the extent that the contractor, its employees, or an individual or concern employed or assigned by the contractor to originate and prepare such data under this contract, has, or prior to completion or final settlement of this contract, may acquire the right, or grant such license, without becoming liable to pay compensation to others solely because of such grant.

The contractor shall exert all reasonable effort to advise the Contracting Officer, at the time of delivery of the subject data furnished under this contract, of all portions of such data copied from work not composed or produced in the performance of this contract and licensed under this clause; provided that, if such subject data is included, evidence shall be submitted by the contractor of the copyright owner's consent to the use of such subject data by the contractor. In the absence of such consent, the contractor agrees not to furnish such subject data.

The contractor shall report to the Contracting Officer promptly and in reasonably written detail, each notice of claim of copyright infringement received by the contractor with respect to all subject data delivered under this contract.

The contractor shall indemnify and save and hold harmless the Government, its officers, agents, and employees acting within the scope of their official duties against any liability, including costs and expenses, (i) for violation of proprietary rights, copyrights, or right of privacy, arising out of the publication, translation, reproduction, delivery, performance, use, or disposition of any data furnished under this contract; or (ii) based upon any libelous or other unlawful matter contained in such data.

Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government under any patent.

The contractor shall not affix any restrictive markings upon any subject data, and if such markings are affixed, the Government shall have the right at any time to modify, remove, obliterate, or ignore any such markings.

The contractor further agrees not to publish, have published, or otherwise disseminate any information of whatever nature resulting from the work being performed under this contract except as may be approved by the Department's Contracting Officer hereunder.

The contractor agrees that the Department's contracting officer hereunder shall determine the disposition of the title to any rights under any copyright secured by the contractor or its employees on copyrightable materials developed under this contract.

Contractor agrees to preserve for a period of 36 months and, upon request of the Contracting Officer, make available to the Government for use, all scientific and technical information, data, and know-how of any nature developed in performance of this contract and in connection with the contractor's activities on or related to this contract, regardless of whether such information, data, and know-how was delivered and/or deliverable under the terms and provisions of this contract.

**1.7.26  Close-Out Package**
The Contractor has an obligation to initiate the closeout process with the Government. Within ninety (90) calendar days of contract expiration, the Contractor shall provide to the Contracting Officer the following documents:
·      The forms necessary for contract closeout should be requested at the time of the contract expiration from the Contracting Officer. These forms will require a cost breakdown of revenue and expenditures under the contract, release for accountable property, final indirect cost rate agreements, and other information peculiar to the contract;
·      A draft final invoice for final expenses billable to the contract; or
·      A check to the Government for overpayments. The document should identify the contract number, and year from the contract for which the funds are being returned.

Pursuant to the terms of FAR 52.216-7(d)(2)(i), Allowable Cost and Payments, final indirect cost rates must be requested by the contractor from its Federal Cognizant Audit Agency (CAA) no later six (6) months after the close of each of the Contractor's fiscal years. After the Contractor has received final indirect rates from its CAA, the Contractor has 120 calendar days to submit a revised final invoice to the Contracting Officer for the Contract Years covered by the final indirect cost rate agreement.

**1.7.27  Rental Cost of Facilities**
The contractor shall request the approval of the Contracting Officer's Representative prior to incurring costs for any rental facilities beyond those specified in this contract.

**1.7.28  Identification of Subcontracting Opportunities**
Each solicitation issued under this contract shall include language that clearly indicates that it is a subcontracting opportunity with the contractor. This is intended to ensure that potential bidders understand that solicitations issued in support of this contract are subcontracting opportunities with the contractor rather than prime contracting opportunities with the Department of Labor. For those solicitations posted through the Government Point of Entry, Federal Business Opportunities (FBO.gov), the contractor shall include the following statement: "THIS IS A SUBCONTRACTING OPPORTUNITY". In addition, the signature block for the posting shall identify the name of the purchasing agent, the name of the contractor and the name of the Job Corps center.

**1.7.29  Limits of Competition**
No Job Corps funds shall be provided to pay compensation to any individual, either as a direct cost or as an indirect cost, or proration at a rate in excess of the Executive Level I pay rate. (Applicable Executive Pay Schedules are available at: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages Proration means that the amount charged for a less than full-time employee cannot exceed an annualized rate equal to the authorized Executive Level 1 rate. Compensation is defined as salaries and cash bonuses exclusively. This does not include fringe benefits. This applies to all functions within the Job Corps contract, including subcontracted services.

**1.7.30  Conflict of Interest Certifications**
Contractors shall develop and implement policies to ensure conflicts of interest do not exist between the company's contracting officials and/or senior leadership and the principles of the intended subcontractor. This certification shall be maintained as a part of the official contract file. The Contractor's procurement policies shall include this provision and be submitted to the Contracting Officer's Representative and Contracting Officer for review and approval within 90 days of contract award.

**1.7.31  Reimbursement of Training Costs**
The Government may reimburse direct costs under the subject contract for staff training that is unique to, and directly benefits, the Job Corps Program. Training initiated or hosted by the Government where contractor attendance is required may also be reimbursed as a direct cost under the contract. However, costs incurred by a contractor for staff training, including but not limited to, the maintenance of staff skills and qualifications, may be included in the contractor's indirect cost pool, if reasonable, allowable, allocable, and approved by the contractor's Federal cognizant agency.

The contractor shall receive prior written approval by the NTC COR for all staff training for which a contractor seeks reimbursement

as a direct cost. The contractor assumes the risk that its training costs will be disallowed by DOL for failure to obtain prior written approval from the Contracting Officer. In the event of a conflict, this clause supersedes and takes precedence over any provisions contained in the PRH as well as the contractor's proposal in connection with staff training.

## 1.8   Contract Administration Data
### 1.8.1   Interpretation of Modifications
No oral statement of any person and no written statement of anyone other than the Contracting Officer shall modify or otherwise affect the terms or meaning of this contract. All requests for interpretations, modifications, or changes shall be made in writing to the Contracting Officer.

### 1.8.2   Liquidated Damages
The NTC shall ensure that all CTST projects are performed in accordance with contract specifications and applicable federal/state/local building codes. The acceptability of completed work by the NTC rests with the Contracting Officer. If any project is not so performed, the NTC assumes the risk and costs associated with repairing, re-doing, or remedying unacceptable work. If the NTC is unable or unwilling to complete a project(s) in accordance with this contract, then DOL may perform the work, or have the work performed by a third-party, and shall assess the cost of any such work to the NTC. If the work causes any damage to the Job Corps Center, the NTC may be held liable for such damages.

### 1.8.3   Failure to Comply with Contract Terms
The contractor shall be held liable for failure to comply with the terms of the contract, including any fraudulent activity resulting from the actions of the contractor or contract staff in accordance with the following clauses, incorporated by reference:

| | | |
|---|---|---|
| 52.203-8 | (May-2014) | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity |
| 52.203-10 | (May-2014) | Price or Fee Adjustment for Illegal or Improper Activity |

PART 2 DEFINITIONS & ACRONYMS

**PWS –** Performance Work Statement

**Contracting Officer's Representative (COR) –** A representative from the requiring activity assigned by the Contracting Officer to perform surveillance and to act as liaison to the Contractor.

**Defective Service –** A service output that does not meet the standard of performance associated with it in the Performance Work Statement.

**DOL –** Department of Labor

**Quality Assurance Surveillance Plan (QASP) –** An organized written document specifying the surveillance methodology to be used for surveillance of contractor performance.

**Quality Control –** Those actions taken by a contractor to control the performance of services so that they meet the requirements of the PWS.

**Quality Assurance –** Those actions taken by the government to assure services meet the requirements of the Performance Work Statement.

PART 3 GOVERNMENT FURNISHED PROPERTY, EQUIPMENT,

**3.1  General:**
The government shall provide the facilities, equipment, materials, and/or services listed below.

**3.2  Equipment:**
Not Applicable (See Part 5 Specific Tasks, Section 5.10 "Requirements for Facility, Equipment, & Support Services" for specific information on equipment required to support the career technical training programs supported in this contract.)

**3.3  Services:**
**3.3.1.  Utilities.**
All utilities in the facilities listed in Part 1 General Information Section 1.6.5 "Hours of Operation/Place of Performance" will be available for the contractor's use in performance of duties outlined in this PWS.  The Contractor shall instruct employees in utilities conservation practices.  The contractor shall be responsible for operating under conditions that preclude the waste of utilities.

**3.4  Facilities:**
The Government will furnish the necessary workspace for the assigned staff performing work at locations listed in Part 1 General Information Section 1.6.5 "Hours of Operation/Place of Performance", to include desk space, necessary to maintain a professional working environment.

PART 4 CONTRACTOR FURNISHED ITEMS AND SERVICES

**4.1.    General:**
Except for those items specifically stated to be government furnished in Part 3 and Part 5 Specific Tasks, Section 5.10 "Requirements for Facility, Equipment, & Support Services", the contractor shall furnish everything required to perform this PWS.

**4.2.    Clearance:**
The Contractor's employees, performing work in support of this contract shall pass a nationwide (to include all United States territories) criminal background check prior to employment. See Part 5 Specific Tasks, Section 5.4.3.5 Background Investigations for more information.

PART 5 SPECIFIC TASKS & DELIVERABLES

**5.1   Program Requirements**
**5.1.1   Governing Regulations Handbook**
To the extent that adequate resources are made available, the NTC shall provide all necessary administrative and training personnel, services, off-center administrative facilities and materials, staff travel, and subsistence required to accomplish contracted training services with Job Corps, in accordance with:
·      The Workforce Innovation and Opportunity Act (WIOA) of 2014, as amended, and implementing regulations;
·      Current relevant legislation;
·      High growth job principles;
·      Job Corps Policy and Requirements Handbook (PRH), as well as other Job Corps instructions and policy issuances;
·      Description/Specifications/Performance Work Statement, accessible to center directors and corporate staff hosting one or more NTC programs.

**5.1.2   Centers, Programs and Slots**
The NTC shall provide contracted career technical training programs in conformity with the following number of centers (including agency centers), programs, and slots:

| NTC | Centers | Programs | Slots |
|---|---|---|---|
| Awardee | 8 | 8 | ███ |

**Program Offerings:**

| Centers | Programs | Slots |
|---|---|---|
| Shriver | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |
| Potomac | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |
| Ga1y | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |
| Excelsior Springs | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |
| Hube1t H. Humphre | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |
| St. Louis | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |
| Los Angeles | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |
| San Jose | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | ██ |

The charts in Section 5.1.2 above and Section 5.1.3 below illustrate current program offerings.  It is the expectation of the government that these offerings as listed will continue upon award of this contract until such time as the government modifies the awarded contract to (1) add, remove, or move individual programs; or (2) increase or reduce the size (slot number) of individual programs. Any change to the size of individual programs would necessitate an adjustment to the slot-instructor ratio defined in the PRH.  Changes to program locations and sizes are dependent on physical configurations of centers and the number of students currently enrolled in each program. Program removal or changes may be executed by the National Office of Job Corps, based on criteria outlined in this document. Unless requested by the government, NTC programs that are closed as a result of a center closure will not be relocated, and remaining funds will be recouped by the U.S. Department of Labor.

### 5.1.3   Student Instructor Ratios

| NTC | Trades | Total Slots Per Instructor |
|---|---|---|
| Awardee | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | |
| | TCU/IAM Advanced Training Transportation Service Worker with 7 specialty modules | |

## 5.2   Reporting
### 5.2.1   NTC Operational Plan
The NTC shall develop, in conjunction with centers and regional offices, as appropriate, an annual NTC Operational Plan and submit it to the Job Corps National Contracting Officer's Representative (COR) within 90 days of the report template being available following final contract award in the base year. For the four option years, the NTC shall revise its Operational Plan and submit a summary of all changes, if applicable, to the NTC COR within 60 days of option award date.  In accordance with Job Corps policy, regulations and requirements, the NTC Operational Plan shall contain:
- Detailed descriptions of the awardee's administrative structure, operational systems and processes for recruitment, training, placement (including into Registered Apprenticeship programs and union jobs), and follow-up services to students;
- Justification of the current, approved staff-to-student ratios, as they apply to Occupational Safety and Health Administration (OSHA) and industry-based training standards;
- Details of how staff and programs will be continuously recertified, and how new or emerging industry-recognized certifications and credentials will be incorporated into the program(s)
- Staff qualifications and annual professional development plans; and
- Coordinated travel activities; and activities to align training to the latest industry skills/training standards.
- Enrollment plan for female instructors and students (see Section 5.3.7)
- Enrollment plan for instructors and students that come from minority/underserved communities (see Section 5.3.7)
- The plan for coordinating, tracking, and supporting individual Registered Apprenticeship placements. (see Section 5.8.5)
- Collaboration plan with center staff (see Section 5.6.3.4)
- Collaboration plan with center and academic staff to specifically address blended learning concepts in CTT/academic curriculum (see Section 5.3.9).
- Center activities participation plan (see Section 5.6.3.5)
- Participation plan in center Workforce Council, and how it will serve as a liaison between Job Corps and the business community (see Section 5.3.10)
- Collaboration plan with Job Corps partners (see Section 5.3.14)
- Plan for staff leadership and support roles beyond classroom instruction (see Section 5.6.2.3)
- Plan for providing career transition support services to graduates, including the initiation and support for strategic partnerships with relevant organizations. (see Section 5.3.4)
- Work-Based Learning (WBL) plan (see Section 5.9.2.3)
- Career Technical Skills Training plan (see Section 5.9.2.7)

The NTC shall coordinate with the NTC COR to ensure that their individual NTC operation plan is adequate and includes all necessary details.

### 5.2.2    NTC Quarterly Report
The NTC is required to submit to the COR an NTC Quarterly Report reflective of progress toward goals outlined in the Operational Plan. The schedule for quarterly reporting will be dependent upon the contract execution date. Through the NTC Quarterly Reports, the NTC shall update the National Office of Job Corps about their progress in meeting Job Corps requirements and implementing activities in curriculum upgrading and program management, major personnel changes related to the contract, results in linkages and placement with employers/unions/ apprenticeship programs, and actions/results in performance monitoring and improvement.  It is also a tool for the NTC to inform the National Office of Job Corps of their major achievements, issues, or concerns. The NTC COR shall provide the template of the NTC Quarterly Report by the time of the contract award.

### 5.2.3    Miscellaneous Requests and Reports
The NTC shall respond, in a timely fashion, to verbal and/or written requests by the NTC COR for information or reports related to program operation and performance outcomes.

## 5.3  Requirements for NTC Programs and Services
### 5.3.1    Industry Skill/Training Standards
The NTC shall provide training programs that lead to high growth, high demand, and high wage positions in their relevant sector(s). It is important that training programs train students for specific jobs and provide them with all of the necessary and in-demand skills and credentials required to succeed in that job and career pathway. The NTC shall align all its technical training programs with the latest skills/training standards of their industry, and where applicable, U.S. Department of Labor approved Registered Apprenticeship training standards. As pre-apprenticeship programs, NTCs shall meet the quality pre-apprenticeship framework outlined by the Office of Apprenticeship, as well as any other relevant guidance released by Job Corps or by the Department of Labor.

### 5.3.2    Training Outcomes
The NTC shall provide assigned students training in career technical skills and career success standards so that they become agile workers with expanded career options, and with the ability to maintain long-term attachment to the labor market and to pursue educational opportunities. Specifically, training outcomes from NTC programs include the following categories:
·       Students enter a Registered Apprenticeship Program (RAP) leading to full journeyman status
·       Students enter a specific area of the craft/trade that pays family-sustaining wages, and offers the opportunity for long-term employment and career-advancement
·       Students enter the U.S. Armed Forces
·       Students enter a community college or technical training school-level program to pursue further technical training or degree-based education, if they choose not to pursue further training or job placement in the occupation for which the NTC has provided the training

Students shall also earn a passing score on written and/or performance tests associated with nationally recognized certification and/or state licensure relevant to the industry or trade. When apprenticeship exams are required for placement into affiliated apprenticeships, the NTC shall ensure that all students have passed the exam prior to graduation. Instructors shall certify that students have completed necessary training and certification(s) to fulfill program requirements.

### 5.3.3    Enrollment Support
The NTC shall work within its network(s) to inform partners (such as local unions, associations, businesses, business/industry affiliates, apprenticeship committees/councils, contractors, and individual employers) of the opportunity to refer potential employees, who are eligible for Job Corps, to apply for Job Corps.  The NTC shall be actively engaged with center and OA staff when it comes to recruitment of interested applicants. This shall entail consistent and active attendance at relevant outreach meetings, and an active role in center outreach plans. The NTC should also promote Job Corps, and relevant NTC trades, through the NTC's communication and awareness channels. NTC staff shall coordinate with the appropriate OA contractor(s) and center staff to ensure the availability of NTC program openings prior to finalizing arrangements for potential enrollees. Students who enroll as a result of NTC outreach efforts must still complete the required career plan development process in CPP. However, students will be able to select and enroll in NTC training programs if interested and eligible following the career planning process. The NTC shall address enrollment support plans in an MOU with center operators (see Section 5.3.5).

### 5.3.4    Placement Services
The NTC shall ensure that and prospects, students, and graduates of any of their programs are knowledgeable of what constitutes a job-training match within those industries, and what career pathway opportunities exist within those industries. During the course of training, the NTC shall provide career shadowing and networking opportunities for students, support the execution of each student's individualized career plan, and coordinate with center staff to project and strategize each student's placement. The NTC shall also provide career transition support services to graduates and shall initiate and support strategic partnerships with organizations providing

relevant transitional supports, such as housing and transportation. The NTC shall work with local union affiliates, such as local union bosses, to coordinate these placement supports. NTC instructors and field staff shall work collaboratively with Job Corps Regional Office staff and center staff to ensure that NTC-provided job placement and career transition support services are effectively coordinated and executed.

### 5.3.5    Memorandum of Understanding (MOU) with Center Operators
The NTC shall enter into an individualized Memorandum of Understanding (MOU) with each center in which they provide training services. The purpose of these MOUs is to outline the basic requirements of all NTC contracts, and to define the responsibilities of each party in the delivery of center services, as well as the requirements and expectations of the working relationship between both parties. In the event that a center operator changes, a new MOU between the NTC and the operator agency shall be executed.

### 5.3.6    Collaboration with Other Job Corps Entities
It is imperative that all NTC staff cultivate strong communicative relationships with DOL National Office staff, Regional Office staff, center staff, center operators, and OA and CTS contractors. The National Office of Job Corps encourages the NTC to work within established protocol to address and resolve areas of concern prior to seeking the involvement of the NTC COR and the National Office.

### 5.3.7    Diversity, Equity, Inclusion, and Access (DEIA) in the Enrollment of Students and Hiring of Instructors
As an entity that provides instruction and job placement in trades that often lack diversity, the NTC shall make every effort to recruit female and minority students to achieve meaningful improvement in the number of female and minority graduates into quality placements such as union jobs and Registered Apprenticeship Programs.

In an effort to achieve the above objective, the NTC shall include a specific female student and staff enrollment plan, as well as a specific plan for enrolling students and staff from minority and underserved communities in their overall NTC Operational Plan (Section 5.2.1). These plans shall address how the NTC will develop and utilize creative and effective techniques.

As it relates to students, these plans shall include the following:
- OA: Detail how the NTC will work with the center(s) to target and advertise to female prospects, as well as prospects from minority and underserved communities in accordance with DEIA
- CPP: Include a distinct strategy to educate and interest female students about careers in relevant trades, as well as distinct strategies for students from minority and underserved communities. These plans shall include the use of trade shadowing and alumni engagement.
- CDP: Document how the NTC shall create an inclusive and safe learning environment for female students, as well as students from minority communities, with the goal of maximum engagement and retention.
- CTS: Outline how the NTC will work with placement partners to ensure that female and minority graduates are achieving placements, and that employer partners are inclusive towards female and minority employees and create opportunities for career growth. The NTC shall also work with union affiliates and other employer partners to ensure that placement opportunities are being created for female and minority graduates, and that these placements are high quality.

As it relates to staff, this plan shall address how the NTC shall coordinate with Job Corps Regional Office staff, recruitment contractors, the national public relations contract staff, and CPP staff in outreach, awareness, and recruitment efforts aimed at female and diverse instructors and staff. The NTC shall seek and develop meaningful partnerships with local, state, and national organizations (such as associations, staffing companies, and nonprofit organizations) that provide assistance in recruiting qualified female/diverse instructors, as vacancies occur. These partnerships shall be documented in the plan and maintained. The plan shall also demonstrate how the NTC will create engagement opportunities with female mentors, minority mentors, and Job Corps alumni to demonstrate female and diversity success in the sector, and to create networking opportunities for students.

### 5.3.8    Support of Career Exploration and Career Plan Execution
The NTC shall be an active participant when it comes to career plan development and execution. The NTCs shall collaborate with relevant center staff and counselors to support students during the Career Pathway Planning (CPP) period. This includes teaching students about career pathways within relevant sector(s), as well as the relevant employability requirements and career demands. NTCs shall also provide consistent, scheduled, trade shadowing for all eligible and interested students during CPP, and be available for guest lectures, when appropriate. The NTC will ensure that students enrolling in NTC training programs have high-quality and attainable career plans, and NTC instructors will review and sign off on these career plans. The NTCs shall also coordinate with relevant center staff and counselors to support the execution of student career plans during the Career Development Period (CDP). This includes working with staff and students to provide the supports needed to achieve employment in the relevant sector(s). NTC

staff are expected to play an active role in the execution of MyPACE career plans, and they shall work collaboratively with CMT staff, counselors, CTR instructors, and other relevant staff to implement career plans and any associated Pathway Achievement Record (PAR) activities that they are assigned to. NTC staff shall receive the same training and guidance as other center staff on their roles in the career planning process, as it further develops. The NTC shall communicate with the COR if any additional guidance is required.

**5.3.9   Center Curriculum Development**
The NTC shall have appropriate staff fully participate in the curriculum development process at each center where the NTC operates a career technical training program. This includes serving as an active member of the center Curriculum Development Committee, when present, or coordinating with the CTT Manager and Academic Manager if these structures are not in-place. The NTCs shall share with other center staff any instructional resources, techniques, or methods that contribute to student success.

The NTC shall fully support the advancement to standards-based education and training across all Job Corps Centers.  When fully integrated, centers will have incorporated some or all of the following components:  Industry or CTT Foundations courses, student cohorts, evening studies, revised career technical training schedules for students, multi-step instruction for students, and assigned collaboration time for staff.  NTC staff will be required to participate in the associated staff development sessions and collaborative meetings, as applicable.  The NTC will work collaboratively with the Job Corps centers, Job Corps Regional Offices, and National Office staff to implement required Job Corps policies applicable to NTC career technical training providers.

The NTC shall work collaboratively with center academic staff to implement applied, blended learning concepts into the academic curriculum. The goal of this is for academic learning to better complement CTT instruction. The NTC shall include a plan, within its NTC Operational Plan, detailing how the NTC shall collaborate with Center and Academic staff to accomplish this.

**5.3.10   Center Workforce Council and Business Community Liaison Functions**
The NTC shall fully support the functioning of the Center Workforce Council and the Business and Community Liaison (BCL), as applicable, in improving the quality of career technical training programs and creating meaningful linkages with individual employers, labor and business organizations, and other WIOA-mandated partners such as American Job Centers/partners, state and local Workforce Investment Boards, and local Youth Councils.

On centers where NTC career technical training programs operate, the NTC Instructors or Field Coordinator shall serve as primary contact for communications with NTC-affiliated unions, district council, association, or organizations and employers' signatory to NTC local and national agreements.  It is the expectation that NTCs work actively with these network partners to make placements. Further, NTC Instructors and Field Coordinator shall fully assist BCLs, CTS contractors, and center staff in obtaining accurate graduate placement and placement upgrade verification information through Center Information System (CIS – Job Corps' database of record) case notes and other methods of contact. The NTC operational plan shall detail how the NTC will participate in center workforce councils and serve as a liaison between Job Corps and the business community.

**5.3.11   Disability Issues**
The NTC shall follow all federal laws, government regulations, and Job Corps policy related to accommodations for students with disabilities. The NTC will work closely with the center director's designee for disability issues to ensure that students with disabilities who are interested in NTC trades are provided reasonable accommodations/modifications, if needed, to perform the trade-related skills required by the Training Achievement Records (TAR).  The NTC shall ensure that no Job Corps students with disabilities are denied entry into NTC programs for any discriminatory reason.

**5.3.12   Safety**
The NTC shall follow all federal, state, local, center, and NTC-specific safety regulations and requirements during the technical training process and ensure all training areas are clean and well-maintained. The NTC shall advise the centers and NTC COR, in writing, of current industry standards and employer-partner specifications in terms of safety design, requirements, and operation in the training facilities on centers.

**5.3.13   New National Office Initiatives**
The NTC shall work closely with the National Office of Job Corps and other related entities to assist in the development and implementation of new initiatives, instructions, and directives from the U. S. Department of Labor and the National Office of Job Corps.  If, for instance, the National Office desires to expand Job Corps career technical training programming into other related sub-sectors or occupational clusters, then the NTC should partner in good faith to support the creation and adoption of those new programs, should they apply to the NTC's capabilities or expertise. With an aim toward permanent job placement and livable wages, the National Office of Job Corps strongly encourages partnerships and on-the-job training arrangements for any expansion of Job Corps' current offerings based on labor market demand, geographical placement of specific training, and infrastructure-based

requirements.

### 5.3.14   Collaboration with Job Corps Partners
The NTC shall collaborate, as applicable, with local WIOA partners, employers/unions/ Registered Apprenticeship programs, and the business community, to maximize training and placement opportunities for Job Corps students. Each NTC should, in its Operational Plan, detail how the NTC shall develop and sustain these partnerships, and how they will be leveraged to create talent pipelines.

### 5.3.15   Consulting Services to Job Corps
As requested, the NTC shall provide the NTC COR and other Job Corps officials with consultant services concerning, but not limited to:  Labor Market Information (LMI) for specific unions or labor organizations; training techniques, including Career Technical Skills Training (CTST) and work-based learning (WBL); industry standards for quality job performance; trade-safety issues; equipment, tools, materials, and supplies required in the trade; and curriculum enhancement.

## 5.4   Staff Qualifications
The NTC shall provide highly trained and qualified personnel to direct, manage, operate, and teach each contracted training program at designated Job Corps centers. The qualification criteria for different levels of staff are as follows:

### 5.4.1   Senior Leaders
The national/executive directors and senior management staff of NTCs are expected to be visionary and have a strong background or experience in organizational development, program development, program management, and program evaluation. They should be knowledgeable about their respective industries and have strong business connections. They should have the ability to interpret and translate Job Corps policy changes into action. They are expected to have the willingness, capability, and professionalism to collaborate with all Job Corps partners, internal and external, to improve training programs and coordinate placement services for students and resolve issues. They shall have the insight, willingness, and capability to lead organizational and programmatic modifications to meet the ever-changing demands of the industry and employers. Technical skills are also required in the areas of budgeting and financial management.  Senior leaders directly responsible for technical training programs should have a background in curriculum development, professional development, and program design/ implementation/monitoring/evaluation. All the above-mentioned qualifications shall be evidenced through at least two of the following elements:
- Academic credentials from accredited post-secondary educational institutions
- Direct or related training
- Direct or related experience

### 5.4.2   Field Staff/Coordinators
Field staff/coordinators are expected to have the same teaching and technical credentials and capabilities as instructors, as illustrated in Section 5.4.3. They shall attain and maintain industry or employer specific certifications, or credentials required by specific partnerships. They shall have a strong background or experience in program management and evaluation and possess the ability to translate policy into action items.

Field staff/coordinators are expected to have the willingness and capability to collaborate with center staff and management to mitigate and resolve issues and create integrated and coordinated training programs and placement services for students. They should have a background in curriculum development, professional development, and program design/implementation/monitoring/ evaluation. All the above-mentioned qualifications shall be evidenced through at least two of the following elements:
- Academic credentials from accredited post-secondary educational institutions
- Direct or related training, or
- Direct or related experience

### 5.4.3   Career Technical Instructors
The following are requirements for NTC career technical training instructors.

### 5.4.3.1  Credentials
All NTC instructors shall possess an industry-based and/or state issued teaching credential in the career technical training field that they are hired to teach.  All instructors shall possess adequate and valid professional or industry skill certification(s), equivalent to that of a union journeyman level, and have demonstrated the ability to apply effective training techniques and skills, including the use of information technology, in the classroom, through related education and/or relevant experience.  Instructor certifications and licenses shall be renewed and/or maintained at no cost to this contract.

**5.4.3.2  Professional Competency**
All instructors shall be competent in the skills, techniques, and practices of the trade, including every item addressed in the Training Achievement Record(s). Instructors shall remain up to date with the skills and credentials demanded within their industry, and NTC professional development plans shall address how instructors will continually refresh and enhance their competencies. Instructors are expected to have the professional training and ability to effectively apply curriculum development and instructional delivery techniques.  Instructors are also required to integrate the use of Internet and other technology into career technical training processes.

**5.4.3.3  Knowledge in Safety**
All instructors shall be knowledgeable of trade-related OSHA and safety rules and guidelines, state safety rules (either of the center location and/or where students are most likely to be employed), and fully trained to be capable of instructing students in understanding and applying these safety mandates in the classroom, shop, Career Technical Skills Training (CTST) projects, and employer work sites. Instructors shall be OSHA certified where appropriate, required by law, or required by Job Corps. Instructors will work closely with the Center Safety Officer in this regard.

**5.4.3.4  Ability to Work with the Eligible Youth Population**
All instructors shall have the interest, desire, experience, and ability to work patiently and effectively with youth from various economic, social, and cultural backgrounds regardless of their race, sex, national origin, or religious preference. Instructors shall also have the willingness and ability to effectively teach students with disabilities. Instructors shall work with center counselors and healthcare staff to ensure adequate accommodations for students.

**5.4.3.5  Background Investigations**
The NTC must conduct a nationwide (to include all United States territories) criminal background check on all employees and all applicants for employment prior to making an offer of employment.  All criminal background checks must be conducted by a third-party background checking company in accordance with the Fair Credit Reporting Act, and result in a written report from the third-party company. All criminal background checks must include a review of the history of all state (including United States territories) and Federal criminal convictions.

If an employee or applicant for employment has been convicted of Murder, Child Abuse, Rape, or Sexual Assault, that employee or applicant cannot be employed.  The NTC shall require all instructors to immediately notify appropriate senior management of any criminal arrests or investigations occurring while employed by the NTC.  Once notified, senior management will take immediate action to contact the Center and NTC COR, investigate the matter, and issue a report to the contracting officer. The NTC and Job Corps shall consult on any appropriate action to be taken with respect to an affected employee, so long as such action is consistent with the nature of the employee's work under the contract, the mission of Job Corps, and the EEOC's "Enforcement Guidelines on the Consideration of Arrest and Conviction Records in Employment Decisions Under Title VII of the Civil Rights Act of 1964," No. 915.002, issued April 25, 2012.

For those trades/industries requiring a driver's license and/or Commercial Driver's License, NTC shall verify that all applicants receiving an employment offer and all employees have obtained all licenses, certifications, or other credentials required, and that the individual is in good standing with the licensing body for their profession.

Center operators may opt to pay for the background investigations of NTC instructors and include them as part of the center's obligation. However, it is the NTC's choice whether to accept.  If the NTC chooses to process an investigation internally, the request must be submitted immediately, so as to coincide with the timing of the center staff clearances. Whenever a new center contract begins, NTC instructors will be required to provide an updated background check (current within last 11 months) as a condition of being rehired.  NTCs shall notify the COR of any such activity as it occurs on respective campuses.

**5.4.4    Notification of Personnel Changes**
It is incumbent on the NTC to notify the NTC COR of employment changes of its Job Corps-related staff at all levels, and its plan/actions to ensure continued compliance to qualification requirements, through emails and the NTC Quarterly Reports.  The center director shall be notified by the field staff, or other appropriate official, in a timely manner, of any proposed instructor change so that related center administrative, operational, and logistical matters can be adequately addressed.

**5.5    Professional Development**
**5.5.1    Staff Training**
Instructors are required to meet the annual Job Corps training requirements, as outlined in PRH, Exhibit 5-4.  In addition, the NTC shall plan, budget for, and execute quality professional development activities for all instructional, support, and administrative staff.

Additionally, the NTC shall prepare and implement a comprehensive onboarding training process for any new staff. All professional development shall entail primarily in-person or virtual instruction, and self-led training and reading should be limited to an accompanying role. Training topics may include, but are not limited to the following:

- Latest policy changes and associated resources from the National Office of Job Corps
- Latest trends in career technical education/training, including technological teaching and learning methodologies
- Latest skill/training standards and/or certification requirements in specialty training areas
- Latest technology advances in specialty training areas
- Computer skills such as word processing, internet, and email, as well as best practices for technology integration into the career technical training environment
- Learning theories
- Blended learning concepts for career technical training and academic instruction
- The MyPACE career planning process and the roles of NTC staff in their execution
- Classroom/shop instructional delivery techniques
- Evaluation of student competencies
- Student performance proficiency
- Skills for effective student engagement to positively affect classroom behavior
- Skills for working with students with disabilities
- Skills for networking with industries and employers
- Diversity, equity, inclusion, and access
- Skills to provide career technical training to English Language Learners (ELL)
- Knowledge of trade-related OSHA safety rules and regulations
- First Aid and CPR
- Other student-centered career development concepts

## 5.6 Staff Responsibilities

### 5.6.1 Senior Leaders

National/executive directors and senior management staff are expected to perform leadership and management functions which include, but are not limited to, the following:

- Direct all subordinates to fully implement all applicable policy, regulations, directions, and initiatives set by the National Office of Job Corps,
- Lead actions to facilitate successful performance of all NTC programs at or above requirements per PRH Appendix 501-D.
- Lead proactive actions to align all applicable programs to current industry training standards and, as applicable, certification requirements.
- Hire and retain staff at all levels who meet the qualification requirements established by the National Office of Job Corps.
- Plan and execute ongoing professional development activities for all staff.
- Take the initiative to address issues or barriers that are common to all or most NTCs, in conjunction with the National Office, Regional Offices, operators, centers, and other NTCs, as appropriate.
- Advise the NTC COR and the National Office about specific LMI, common issues and challenges, and best practices in all applicable areas of technical training, placement, program management and program operations.
- Compile and submit an annual travel plan for approval by the contracting officer. These annual travel plans will cover all staff training, site reviews, as well as individual requirements for instructors. Plans shall be structured by ETA/Job Corps region, efficiently targeting resources.  Center visits that require air travel will be limited to one per year, unless in cases where performance improvement plans are in-place, and approval has been granted by the contracting officer.  Each region should also be budgeted for 2 unexpected visits annually.  These estimates will account for instructor turnover, industry representative visits to centers or partnering facilities, requests for meetings with center directors, and any other approved travel category.

### 5.6.2 Field Staff/Coordinators

The following tasks make it essential that field staff reside in areas of the country that are within reasonable commuting distance from assigned Job Corps centers.

The NTC will annually submit sufficient information to the NTC COR, describing all field staff assignments and corresponding residence locations (city/town of residence and proximity to training programs that they supervise), the impact on costs, and related information as described in item (G) in this part.  The NTC shall make arrangements to ensure that the tasks below are adequately

performed.

## 5.6.2.1  Monitoring Performance

Field staff shall be fully knowledgeable about the performance of NTC programs and instructors.  As outlined in PRH Chapter 5, Appendix 501(d), individual training programs performing below established standard or on probation, the National Office of Job Corps will require that NTCs implement CTT Continuous Improvement Plans (CTT-CIPs), CTT Performance Improvement Plans (CTT-PIPs), or other required corrective action plans. Quarterly follow up on plan implementation will be required of field coordinators.  Field staff shall actively participate in the Regional and National Appeal Processes for their programs facing sanctions, including closure and reduction.  Slot utilization relates to the percentage of students enrolled in a training program (credits) as they relate to training program slots (the pool). Slot utilization is a cost effectiveness issue that must be monitored continuously; when warranted, field staff shall collaborate with centers and regional offices to effectively address issues related to slot utilization.

## 5.6.2.2  Efficiency of Travel

In meeting these responsibilities, it is extremely important that field staff first make productive use of all available means of communications, including electronic, and fully assess performance reports generated by the Job Corps Data Center (JCDC) and the NTC, before center visits are planned.  Center travel shall be limited to situations where face-to-face contact is absolutely essential and shall stay within budget limitations.  Exceptions shall be adequately justified and approved by NTC CORs.  The NTC shall submit to the NTC COR documentation of charges, beginning from the first month of the new contract cycle, which requires the NTC to include a summary of all business trips incurred during the reported month.  The contractor will maintain all receipts and provide copies to the COR when requested (through PDF format).

## 5.6.2.3  Interaction with Center Staff and Engagement in Center Activities

Field staff shall ensure that instructors are contributing to the effectiveness of center training plans and the goals of the overarching program.  Performance standards shall reflect a team approach with center and career transition staff ensuring that students have every opportunity to achieve their career goals. NTC staff are expected to function as a collective center team of staff members. As such, NTC instructors shall attend cross-functional center meetings and relevant trainings, and actively participate in center events such as Workforce Council meetings, student graduations, or other celebratory events. The NTC operational plan shall address staff leadership and support roles beyond classroom instruction.

## 5.6.2.4  Actions on Staff Issues

Where significant problems associated with a particular instructor are verified, either in the performance of his/her basic responsibilities or as a participant in other center activities and programs, field staff shall take immediate and appropriate corrective action.  If warranted, such action may ultimately include the permanent removal of an instructor. However, before a final decision of this type is made, the center director and assigned regional COR/project manager shall be notified.  These individuals shall have the opportunity to expeditiously assess the impact of such a decision on the operations and administration of the center, and to share this information with the appropriate NTC official(s) for consideration prior to a final decision being made by the NTC.

## 5.6.2.5  Business Linkages

Field staff shall play a vital role in establishing meaningful relations with business agents and other local union officials, business councils, and affiliated organizations in labor markets where students return to seek employment. Such efforts are intended to promote and establish Registered Apprenticeship and other career opportunities for qualified graduates. NTC staff shall actively participate in center Workforce Councils, and actively recruit industry representatives to attend these meetings. NTC staff shall work collaboratively with designated center staff when it comes to developing and sustaining relevant industry partnerships.

## 5.6.2.6  Organizational Support and Report

The NTC's organizational structure and assignments of staff responsibilities shall be established and reported so as to ensure that all applicable career technical programs are performing satisfactorily. To this end, NTC officials shall make certain that (a) the workload among field staff is full, balanced, and manageable; and (b) as previously discussed, the location of field staff workstations, in relation to their assigned Job Corps centers maximizes their ability to function effectively and does not create excessive or unreasonable costs to the Government, when travel is warranted.

## 5.6.2.7  Communication with Center Directors during Visits

As stated above, while effective use of desk monitoring, conference calls, and electronic mail is strongly encouraged, field staff will visit centers when justified. To the extent practicable in these situations, the center director shall be notified in advance of visits. Further, following each visit, field staff shall conduct an exit-conference with the center director, or her/his designee, and other officials, as appropriate, to review significant findings, and address issues affecting program performance, particularly if the program is on probation and/or under a CTT-CIP.

**5.6.2.8  Communication with Regional CORs/Project Managers**
Field staff shall also establish and maintain contact with appropriate regional CORs/project managers concerning program and instructor performance, as well as significant findings/issues resulting from monitoring that could not be resolved at the center level. Field staff members are encouraged to share monitoring reports with appropriate CORs/project managers.  For CTT programs on a CTT-CIP, quarterly updates are required to be submitted by centers.

**5.6.2.9  Meetings with Regional Directors**
Field staff and their executives shall meet with the regional directors, as well as National Office staff, via teleconferencing or videoconferencing at least once each program year to share LMI and economic factors that impact program performance, review program outcomes, and discuss program change options, etc. Results of these meetings shall be documented in the relevant quarterly report.

**5.6.3    Instructors**
The following are NTC requirements for instructors.

**5.6.3.1  Career Technical Training**
Instructors shall plan, deliver, and evaluate career technical training to Job Corps students in various specialty areas, including both classroom instruction (theory learning) and hands-on practices (CTST and work-based learning).  Instructors are expected to provide all students the opportunity to complete all TARs in their chosen program. Instructors shall update E-TARs in a real-time manner, as outlined in the PRH, in order to ensure real-time crediting of student progress is achieved. Instructors are expected to train students and provide them with the opportunity to be sufficiently competent to enter a Registered Apprenticeship, enter a high growth/high demand/high wage occupation for career development, enter a community/technical college for advanced training, or enter the U.S. Armed Forces. In addition, students are expected to be able to earn a passing score on written and/or performance tests associated with a nationally recognized certification and/or state licensure, as applicable.

**5.6.3.2  Professional Development**
Instructors shall participate in all professional development activities, sponsored by the NTC, centers, Regional Offices, and the National Office, as applicable, to increase their effectiveness in developing and delivering standards-based, integrated instruction; coordinating instruction; utilizing evidence-based instructional techniques; and implementing student engagement strategies.

**5.6.3.3  Role-Modeling**
Instructors are expected to serve as role models for students. Any abusive or other inappropriate behavior by instructors towards students or staff, failure to properly supervise students and maintain order, effectiveness, and safety, or a disregard for center rules and regulations, will not be tolerated and will result in disciplinary action or loss of employment.  Field and headquarters officials shall take immediate and appropriate action when such incidences are verified, and shall communicate them immediately to NTC CORs, along with any pertinent updates.  Where the NTC fails to respond expeditiously and adequately, the NTC COR will become involved and initiate whatever corrective actions/measures may be needed.

**5.6.3.4  Collaboration with Center Staff**
Instructors shall collaborate with other center staff who serve NTC students in other program areas (e.g., academic, counselling, residential, etc.).  The purpose of such collaboration and communication is to ensure that NTC students are meeting their responsibilities in these other required activities, and that staff are collectively working as a team to identify students having problems that could lead to early separation if not dealt with immediately and effectively. Where this appears to be the case, the NTC instructor, acting as a role model, shall endeavor to positively influence the student and steer him/her in a better direction. Cross-functional collaboration with other staff on-center will be documented in each NTC operational plan.

**5.6.3.5  Center Activities**
Instructors are expected to support and participate in pre-planned, scheduled activities/projects that have been established by center officials and staff to support center goals and objectives.  Such activities/projects, which usually involve most center components, may take place outside of normal working hours, including weekends, and at sites other than the Job Corps center. These activities include events such as workforce council meetings, student council activities, graduation ceremonies, student proms, and visits by political representatives or other stakeholders. The NTC's operational plan shall document how NTC instructors and staff on-center will participate in these types of activities.

**5.6.3.6  Business Linkages**
Instructors shall play a vital role in establishing meaningful relations with business agents and other local union officials, business

councils, and affiliated organizations in labor markets where students return to seek employment.  Such efforts are intended to promote and establish registered apprenticeship and other career opportunities for qualified graduates. In accomplishing this, NTC staff are expected to work collaboratively with center BCL, CTS, and leadership staff.

**5.6.3.7  Driving Compliance**

Instructors shall comply with all related PRH and NTC/center-specific requirements related to driving privilege for employment as well as operating NTC/Center vehicles.  When requested by center officials, NTC instructors who use center vehicles shall show proof of a valid driver's license.  Instructors will also immediately notify appropriate center officials of any changes/restrictions to their license, when they occur.

All applicable Department of Transportation policies, rules and regulations pertaining to CDL licenses will apply to these contracts. NTCs will ensure accurate records are maintained, for audit purposes.

Any NTC instructor with a CDL requested to drive a bus to transport students shall be approved by the NTC's leadership, in order to determine liability.

**5.7   Resolving Issues and Program Changes**

**5.7.1      Process for Resolving Issues**

Instructors shall work cooperatively with center directors and appropriate staff to informally resolve all issues. Where necessary, these efforts shall also involve the assigned field coordinator/specialist, higher-level NTC officials, and regional COR/project manager. However, in the event that an informal resolution is not possible, the NTC shall immediately request the assistance of the NTC COR; concurrently, the center director shall notify the Job Corps regional COR/project manager to assist in the resolution process.

The NTC COR, CTT Unit Chief, Regional Office COR/project manager shall work cooperatively and expeditiously to fully investigate matters that could not be resolved informally, and jointly render a final decision that will be binding on all parties involved.  However, if this is not achievable, either the Job Corps National Deputy Director or Job Corps National Director shall be the final arbiter.  At no time during this entire process shall the center operator/director, or NTC officials, including field staff and instructors, take any action that could adversely affect the training of students in the NTC program or functioning of the center.

**5.7.2      Center Request for Personnel Change(s)**

In the instances where the Center Director requests permanent removal of an NTC instructor, such requests shall be in writing to the NTC COR and the designated regional COR/project manager, with copies to the assigned field staff/coordinator and the senior executive. The written communication shall include the specific reason(s) justifying the request for removal, along with any documented violations of center rules, operating policy, etc., that were committed by the instructor. If it is found that the individual violated center rules, Job Corps policies, or any federal or state laws, Job Corps will have the authority to remove that individual from center, and no longer reimburse their associated personnel costs. The National Office of Job Corps will make a final determination of the request after verification of all facts and reasoning in conjunction with all related parties.

**5.7.3      Center Request for NTC Program Change(s)**

In the instances where the Center Director requests permanent addition or removal of an NTC training program, such requests shall be submitted to the National Office, via the Regional office, in the form of Job Corps Career Technical Training Change Request (PRH Appendix 307). The request should be developed in collaboration with the center operator, the regional COR/project manager, and the NTC.  The National Office will make a final determination of the request after verification of all facts and reasoning in conjunction with all related parties.

**5.7.4      Removal or Changes to NTC Programs**

There may be instances where the National Office of Job Corps, in coordination with the relevant Regional Office, identifies NTC programs that should be removed. This could be due to program non-compliance or a failure to achieve outcome benchmarks as outlined in the NTC contract. As detailed in Part 5 Specific Tasks Section 5.8.3 "Performance Improvement Plans", prior to the removal of NTC programs, the National Office will issue at least one performance improvement plan (PIP) which outlines steps to address deficiencies. If the NTC is not able to remedy these deficiencies within the timeline set forth in the PIP, the National Office will have the authority to remove the program, along with funding associated with the program, through contract modification.

**5.7.5      NTC Request(s) for Program Change(s)**

To initiate any changes to the contracted training programs (program and slots), NTC staff are required to follow the Career Technical Training Change Request process established by the National Office of Job Corps (PRH Appendices 306 and 307). The National Office will make a final determination of the request after verification of all facts and reasoning in conjunction with all related parties,

including centers and regional offices. The Contracting Officer and the NTC COR will develop and execute a contract modification for each program change following approval from the National Director of Job Corps.

The above provisions apply to all Job Corps centers where NTC programs exist, including agency-operated centers.

## 5.8   Performance Assessment
### 5.8.1      Performance Assessments
NTC performance shall be evaluated annually by Job Corps Regional offices, the NTC COR, and other appropriate National Office staff, through center assessment visits and desk monitoring with data from the Career Technical Training Report Card (CTTRC) specified in the PRH Appendix 50l(d). The assessments will take place in the form of center assessments by the Regional Offices and the National Office COR, and through desk-monitoring by the NTC COR.

### 5.8.2      Criteria for Unsatisfactory Programs
Programs may be considered to perform at the "unsatisfactory" level if any of the below criteria are met:
- A grade of D in an annual reporting period*
- A grade of C or less over two consecutive annual reporting periods*
- A failure to meet placement outcome measures, as dictated in the NTC contract, in an annual reporting period
- A failure to maintain adequate staffing levels, at least 90 percent of planned staff positions and hours, as dictated in the contract, in an annual reporting period
- A failure to maintain a slot utilization level of at least 60 percent, in an annual reporting period
- A failure to maintain relevant accreditation, as outlined in any agreed upon contract
- A pattern of Job Corps rule or policy violations, as documented by the contracting officer


* Program grades are based on a program's composite score, which is defined in Job Corps' Outcome Measurement System (PRH Appendix 501d)

### 5.8.3      Performance Improvement Plans
When any of the above conditions are met, the program may be placed on a CTT Performance Improvement Plan (CTT-PIP). This will be developed in close cooperation with related centers, the Regional Office, and National Office staff. The NTC shall work with related center management and regional officials to implement CTT-PIPs. CTT-PIPs shall detail the required actions that NTCs must take to address areas of low performance, the mechanisms by which improvement will be measured, and the timelines for achievement.

### 5.8.4      Program Removal or Modifications
If the NTC program is not able to address issues through a CTT-PIP, in the agreed upon timelines, the National Office of Job Corps will have the authority to reduce program slots or terminate the program. Poor performing NTC programs will be evaluated in accordance with PRH, Chapter 5, Appendix 501(d), Section H "Program Performance." Determinations on slot reductions and program closures will adhere to the policy outlined in the PRH.

### 5.8.5      Placement Outcomes with Registered Apprenticehip Progams and Unions
The expectation of NTCs is that students are being provided with training that will position them to effectively transition into quality placements, namely Registered Apprenticeship programs and union jobs, upon graduation from Job Corps. Job Corps partners with NTCs in order to maximize these placements. To this end, the NTC shall include in the NTC Operational Plan (see Section 5.2.1) a plan outlining how the NTC will achieve the following placement goals for Registered Apprenticeships and/or union jobs:

| Contract Year | Percentage of NTC Graduates Placed In, or Extended Offers for, Registered Apprenticeship Programs and Union Jobs |
|---|---|
| Base Year | 30% |
| Option Year 1 | 35% |
| Option Year 2 | 40% |
| Option Year 3 | 45% |
| Option Year 4 | 50% |

The NTCs shall, as a component of their NTC Operational Plan, outline strategies for maximizing Registered Apprenticeship and union placements, and achieving or exceeding these goals. The plans shall account for sector and Region-specific factors, and detail how the NTCs:

- Leverage their network of partners to create and support placements.
- Initiate and sustain facilitated entry and/or articulation agreements with partners which provide hiring preferences for Job Corps graduates.
- Ensure that placements occur only once career readiness is achieved, and that graduates are supported throughout their transition, both on-center and following graduation.
- Develop and maintain productive and meaningful relationships with key partners such as: affiliated local unions; unaffiliated local unions; Registered Apprenticeship Program employers, sponsors, and intermediaries; national, regional, or local business/industry organizations; and relevant individual employers.

All placements shall be accurately documented in CTS, in accordance with the PRH. The NTC COR and Regional Office COR shall be provided with more explicit data on Registered Apprenticeship and union outcomes, as requested.

## 5.9  Requirements for Training and Placement Services
### 5.9.1     Selection of Students for NTC Programs
#### 5.9.1.1  Selection of Programs
The NTC shall follow center procedures for the assignment of students to career technical programs. To the greatest extent possible, these should include the participation of NTC instructors in the career plan development process in CPP and providing students an opportunity to learn as much as possible about the trade through trade shadowing and discussions prior to enrollment into the program. Where slots are available, Job Corps-qualified applicants referred to specific NTC programs shall be admitted to those programs. These students, as all others, are first required to participate in and successfully complete all activities included in the center's Career Preparation Period (CPP), namely career plan development, prior to enrollment into a CTT program. Where slots are not available, the NTC shall collaborate with center staff to either place the interested student on a wait list while other career pathway relevant training is completed or coordinate a transfer to a center which has slot availability in that program.

#### 5.9.1.2  Enrollment Criteria for NTC Programs
The specific selection criteria for students participating in NTC training programs are as follows:

#### Age Requirement
No student can be denied access to a career technical training program, including NTC programs, because of age.  Because several NTC programs and related employers, as a condition of employment, require applicants to be at least 18-years of age, and certain NTC trades have significant safety-related responsibilities, career plans for minor students will need to address these barriers. While minors cannot be screened out of enrollment in an NTC program, their career plan, which must be signed off by the instructor, will outline the length of time they will need to be on-center and in the trade prior to certain WBL, use of certain equipment (such as vehicles), and placement into a related occupation. Based upon relevant factors, particularly student safety, but also including demographics and employment opportunities, the NTC and other center staff shall sign-off on each students' career plan in order to ensure that the student will not be adversely impacted by enrollment into the program, and that the NTC will be able to create high-quality placements.

#### Driver's Licenses
Students in NTC programs shall be provided every opportunity to obtain a valid driver's license before they graduate, as employers in the industries served by these programs tend to consider a driver's license an essential tool in securing and maintaining employment. Driver's license attainment is driven by student career plan needs, and classes and driving instruction are the responsibility of centers. That said, the NTCs are responsible for educating students on the requirements of Driver's License attainment to secure and retain employment in relevant industries and should prompt students and staff to add Driver's License attainment as a task on the student's Pathway Achievement Record (PAR). Students who had their license revoked, due to previous violations, etc., may still be enrolled in NTC programs which require a license as a condition of employment, but the enrolled student must be receiving services at the center that will lead to the reissuance of their license.

#### Health
Unless the center physician determines that participation in a particular program would be a direct threat to others as a result of the student's disability shall not be a factor affecting his/her participation in an NTC trade. In this regard, and in accordance with existing Job Corps policies and program notices, the NTC is not authorized to collect information, formally or otherwise, recording the

health/disability status/history of a potential enrollee, or a student who has or has not, as yet entered an NTC trade. These matters are solely within the purview of the center physician (PRH, Appendix 302, see also PRH Change Notice 22-02).

The center shall maintain a Respirator Medical Evaluation Program in compliance with OSHA (29 CFR, Part 1919.134 App. C). Students shall be approved for training by the center physician prior to the student's assignment to applicable NTC training program. A copy of the signed approval shall be provided to the instructor for his/her records.  Once a student is enrolled in an NTC program, the center physician and wellness staff are responsible for immediately notifying instructors when a student's health condition, including prescribed medication, may be aggravated by certain training activities or environmental conditions associated with particular training activities.

For students with disabilities who have a reasonable accommodation plan, instructors will ensure that the reasonable accommodation/modifications indicated in the plan and provided by the center operator are made available during training.  The center disability coordinator will inform instructors and/or their supervisors of the existence of an accommodation plan for a particular student.

**Academics**
Students shall have a proficiency level in reading and math that will support the student's progression through the training competencies required of the industry. While academic proficiency is essential for success in the trade, it is also required for long-term career growth. As such, the NTC staff shall work closely with center staff to ensure every student is given an opportunity to become proficient in Academics (i.e., reading and mathematics) and achieve all required academic standards. As outlined in Part 5 Specific Tasks Section 5.3.9 "Center Curriculum Development", NTC staff shall also develop and implement plans, through collaboration with Academic staff, that integrate blended learning concepts into academic and CTT coursework.

**5.9.2    Student Training**
**5.9.2.1  Career Preparation Period**
During the Career Preparation Period (CPP), the NTC shall assist and collaborate with center and CPP staff to support the career plan development process. This involves providing trade shadowing opportunities for interested students. NTC staff are also encouraged to provide guest lectures and engagement with students during career plan development. This engagement shall include education on the benefits of the career pathways which are available to completers of the NTC training programs (e.g., wages, benefits, retirement, pension, etc.), as well as key considerations (e.g., member due requirements for union jobs, Registered Apprenticeship education and work requirements, etc.) For students who select NTC trades as a component of their personalized career plan, NTCs shall support CPP staff in educating these students about the career requirements that are unique to the relevant sector. These may include attainment of a driver's license, the ability to work irregular shifts, the ability to lift large weights, etc. NTC staff may not screen or discourage interested students, particularly minors, out of enrolling in NTC trades. NTC instructors shall review and sign-off on the career plans of students enrolling in their courses. NTC instructors should be ensuring that student plans are logical, that placements are attainable and can be completed by the NTC when necessary, and that the training they will receive at Job Corps will help them achieve their career pathway milestones. When students have unique challenges, such as a disability or childcare needs, the NTC shall work with other center staff to ensure that these students are accommodated.

**5.9.2.2  Career Development Period**
Instructors will provide high-quality and modern career technical training and utilize effective lesson planning and delivery techniques. Instructors shall work collaboratively with center officials and staff to ensure that student learning and training experiences, including those arranged through employer partnerships, meet center-based and Work-Based Learning standards described in the PRH. CTT staff shall also work to develop and implement blended learning concepts, to the extent possible. It is important that CTT is not "siloed" from other aspects of center life and learning. To that end, NTC instructors are expected to collaborate closely with CTT Managers and instructors, Academic Managers and instructors, health and wellness staff, and center leadership to consistently develop student learning schedules which balance student priorities while minimizing schedule disruptions.

**5.9.2.3  Work-Based Learning (WBL)**
NTC instructors shall work in partnership with appropriate center staff in establishing meaningful WBL opportunities. Because they are critical to preparing students for the realities of work within a given trade, there shall be an emphasis on off-center WBL opportunities. The NTC shall ensure that at least 80 percent of program completers participate in employer based WBL activities which amount to at least 80 hours. WBL activities must meet the requirements outlined in PRH Exhibit 304 and must occur at a physical employer site. The NTC, being connected directly to industry, shall support partnership development efforts with employer partners to create these opportunities. The NTC shall include in its operational plan details on how WBL opportunities will be developed, created, monitored for efficacy, and sustained. Work experience for students in NTC training programs will reflect a

balance between CTST projects and WBL opportunities. This includes, but is not limited to, the creation of opportunities for all students to observe work-site activities early in their career technical training, for students to conduct work assignments at employer work locations, and for qualified employer representatives to be present during CTST activities to provide meaningful advice and guidance to students regarding their employability and career technical skills as well as their adherence to established safety and health standards.

**5.9.2.4  Assessing Student Readiness for Work-Site Assignments**
Early during the Career Development Period, NTC staff shall, in collaboration with the CTT Manager and Center Director, utilize a process for determining each student's readiness to benefit from work-site experience. WBL opportunities shall be created for all students, however, the sequencing and timing of WBL may depend on factors such as student age, CTT or academic readiness, and status under Job Corps' student standards of conduct (see PRH Chapter 2.5, R.1 and R.2)

**5.9.2.5  Standards Based Education in CTST Projects**
Instructors and field staff shall work cooperatively with center officials and staff to make CTST and WBL opportunities viable learning experiences that incorporate Job Corps applied academic standards for relevant sectors.  In this regard, NTC instructors will be actively involved in the development and teaching (including coordinated instruction and team teaching) of lessons that include industry-applied academic standards.  Instructors will also use evidence-based instructional approaches, identified by Job Corps, to support standards-based training to the extent funding is available.

**5.9.2.6  Management of Class Size**
The NTC will ensure that the staff to student ratio is maintained at the contracted level at all times (see PRH Chapter 5.2, R2). Training slots will be consistently balanced against WBL assignments, full-time academics needs for certain students, and career transition readiness assignments. If class sizes drop below 60% of available slots, instructors shall assist with the following:
·      monitoring existing WBL sites, and helping to develop new sites;
·      strengthening working relationships with local unions, employer organizations, and individual employers/contractors;
·      working with Job Corps entities to plan and establish various career technical training clusters;
·      working with academic instructors to develop relevant academic lessons; and
·      providing short-term (up to l0 days) introductory training to students on the waiting list for NTC trade, who continue to have a strong desire to enter and complete the trade.

**5.9.2.7  Career Technical Skills Training (CTST)**
The CTST component of the contract shall entail:

**Planning**
CTST projects are multi-disciplinary and center-wide efforts and shall be planned by center leadership for each program year in accordance with the PRH. The center director shall designate a qualified, competent center staff member to plan and oversee all CTST projects.  CTT instructors shall assist this individual in developing and carrying-out the CTST Plan.  The NTC's designee shall sign-off, or provide a letter of concurrence, on the annual CTST Plan and any modification to the Plan, including a Safety Hazard Analysis for each project in the CTST Plan prior to submitting the Plan/modification to the Job Corps Regional office.

**Developing CTST Opportunities**
While CTST projects are directed by center leadership, NTC staff shall make every effort to develop CTST opportunities that support student learning and meet not only center's needs, but local community needs as well. Community projects are supportive of the Workforce Innovation and Opportunity Act and challenge centers to expand community ties and student participation in community activities. The NTC shall include in its operational plan details on how the NTC shall explore and scope CTST opportunities, and work collaboratively with the center on their development.

**CTST Meetings**
The individual designated by the center director to oversee CTST projects shall initiate coordinating sessions with NTC instructor(s) involved in CTST projects. These meetings shall be scheduled at least bi-weekly for the purpose of: assessing the progress on current CTST projects; reviewing/adjusting the plans/schedules for the next two week period; ensuring that all issues and concerns related to job safety and scheduling are satisfactorily addressed; and formulating long-range plans. Minutes of each meeting will be maintained by the center director's representative and copies provided in a timely manner to all attendees as well as to those who were not present.

**Off-site CTST Projects**
Off-site assignments (i.e., community projects and Spike Camps) will not be approved unless they meet all requirements of the PRH, including those for education, supervision, safety, and residential and support services commensurate with those at the center.  NTC

instructors shall not be assigned responsibility for the supervision of students after normal working hours, unless prior arrangements have been made and agreed upon by all appropriate parties. Where CTST assignments make it necessary for staff to live at the CTST site, the prevailing GSA per diem rate will apply. In the event housing is provided, the prevailing GSA, M&IE rates shall be applicable and paid for by the center operator.

**Student Involvement in CTST Planning**
NTC instructors shall involve students in the planning of CTST projects. Further, academic, career success standards training, in addition to the application of technical skills, shall be incorporated in all CTST projects as part of the overall learning experience and the skills essential for success on the job.

**5.9.2.8 Related Training Issues**
The following are contract requirements related to related training issues:

**Realistic Working Environment**
All NTC training shall be conducted in an environment and under conditions as close as possible to those found in the industry/trade and, as applicable, shall be the same as required for apprentices as outlined in the craft Apprenticeship Training Standards published by the U.S. Department of Labor's Office of Apprenticeship, when such training standards exist. To balance the creation of a realistic working environment with the other requirements of students, such as academics, the NTC shall work collaboratively to develop students' schedules and to mitigate schedule disruptions.

**TAR Completion and Certification**
The NTC shall ensure instructional materials are upgraded as necessary to remain aligned with their respective and latest industry and/or apprenticeship standards. The NTC TAR(s) shall be developed and formatted in a manner consistent with these standards. Completion of a pre-apprenticeship TAR will count as a primary credential for NTC graduates. Students shall have opportunities to earn secondary credentials that support their future employability, and lead to TAR mastery. NTCs are responsible for incurring the costs associated with testing for, and attaining, any primary credentials. NTC staff shall update TARs in the Center Information System (CIS) on a regular basis to ensure real-time crediting, as mandated in the PRH and in WIOA policy.

**Apprenticeship Enrollment Exam**
The NTC shall assist each student in scheduling, completing, and passing the appropriate industry certification or qualifying test for apprenticeship training programs so that the graduate is fully credentialed to enter into a Registered Apprenticeship program. Because passing this test is a prerequisite for enrollment into a Registered Apprenticeship, it shall be a mandatory training component for the NTC.

**Career Success Skills Standards**
Throughout their training, students will be taught the importance of attaining and applying the Career Success Standards, as outlined in PRH Chapter 3.4, R11. NTC instructors shall provide instruction that corresponds with these career success standards, and which provides students with measurable skills gains in these areas. Students will be provided assistance and support in mastering and demonstrating these skills during their career technical training experience, including CTST and work-based learning.

**Scheduling**
NTC staff shall work closely with all relevant center staff to develop student schedules. Student training shall be delivered in adequate and uninterrupted blocks of time, up to 8-hour per day, including an appropriate amount of time for lunch. The goal of CTT instruction is to provide skills and credentials to students, but also to model the workday. The training day may be less than the traditional eight hours, to accommodate activities that clearly and directly support students' success in securing and retaining training-related employment, such as academic coursework, counseling, and other needed support services. To ensure that student schedules are well-planned and have minimal disruptions, NTC instructors shall work with CTT Managers, Academic Managers, other instructors, and other center staff to develop student schedules. In addition to lesson planning and instruction, NTC instructors shall: work with academic instructors to plan and implement blended learning curriculum integration, establish mentoring arrangements for students, and develop work-based learning opportunities with employers. NTC staff shall also participate in each center's social skills development activities for students.

**Hands-on Training vs. Classroom Instruction**
Hands-on training and related shop/classroom instruction shall be divided approximately 70% and 30%, respectively.

**Length of Training**
The NTC shall require students to receive technical training in a time frame commensurate with typical industry time requirements for

technical training, before being eligible for graduation.  The NTC instructor has the responsibility to determine when a student has satisfactorily completed all training requirements and is capable of performing skills commensurate of a new Registered Apprentice at a training-related work site.

**Instructor Supervision**
During the training period, NTC instructors shall be responsible for following:
- the Center Safety and Occupational Health Plan, as well as industry, state, local, and OSHA trade-related safety rules, regulations and standards;
- center rules and regulations, including those pertaining to safety;
- center student conduct standards; and
- student accountability procedures, including and especially during CTST projects and activities.

NTC instructors shall work closely with the center safety officer, and the health and wellness manager/administrator, on all matters concerning the health and safety of students.

**5.9.2.9  Student Conduct Standards**
The following are required student contract standards for the contractor.

**Student Conduct Standards**
The NTC shall use Job Corps and center director-established student conduct standards and disciplinary procedures as the basis for dealing with any significant student problem while in career technical training.

**Suspension and Dismissal of Students for Safety and Disciplinary Reasons**
To prevent injuries to students/instructors, NTC instructors have the authority to immediately suspend from class a student who has violated safety or disciplinary rules or regulations. In these situations, NTC instructors shall advise the center director of the action taken as soon as practicable, with adequate documentation. Further, NTC instructors shall recommend to the career technical training manager and center director the permanent removal of students from NTC trades who continue to disregard safety rules and procedures, with adequate documentation.  NTC instructors shall be part of the center's process for determining the readmission of such students to classes.

**Evaluation of Student Progress (ESP) Panels**
NTC instructors shall actively support the Training Advisory Pathway (TAP) teams that are assigned to students enrolled in NTC programs. NTC instructors may be assigned to relevant E-PAR items related to the execution of a student's career plan and will be responsible for performing these activities and logging their progress in CIS.

**Placement Coordination for Students**
Instructors shall work consistently with relevant center staff, such as CTS staff, other TAP team members, and Career Management Team (CMT) members, to project and plan the placements for students who are progressing through their CTT training. This process should be continuous and ensure active instructor engagement in activities that support students' career plan execution. Instructors shall log student E-TAR progress on a consistent basis to comply with real-time crediting requirements, but will also notify appropriate center and CTS staff, on a timely basis, when students are within 60 days of career technical training completion. Because training-related job openings that are related to a student's career plan may become available on short notice, particularly a registered apprenticeship opportunity, the NTC instructor and center management shall work expeditiously to ensure that the scheduling of career transition readiness activities is not a deterrent to the job-related placement of the graduate. In this situation, every effort will be made to provide departing graduates, as applicable, with transition allowances and WBL funds, and ensure that they receive all appropriate transitional services, and where applicable, meet with assigned CTS staff.

**Driver's Education**
The NTC will work closely with center staff in support of their responsibility to provide classroom and behind-the-wheel Driver's Education Training for all relevant students. NTC staff will ensure that all students who are exploring NTC trades in CPP, and all students who are enrolled in NTC trades in CDP are informed of the need for Driver's License attainment when it comes to attaining and retaining employment in the relevant industry. The NTC will also ensure that students know the expectation for driving/transportation in the relevant sector, and that students understand that ownership and maintenance of a car may be essential to get to and from the work site. The NTC shall make every collaborative effort with center management to help students attain valid full driver's license before graduation and ensure that students who require Drivers Licenses do not transition into CTS until their license is attained. NTC staff shall also collaborate with other relevant center staff to ensure that other related career goals, such as car

ownership, are addressed in the student's career plan.

## 5.10    Requirements for Facility, Equipment, & Support Services
In consultation with appropriate unions, industry groups, individual employers, and OSHA (as well as state and local OSHA counterparts), the NTC shall determine the facility, equipment, tools, materials, and supplies necessary to ensure quality training and protect the safety and health of students and instructors.  As appropriate, these activities will be coordinated with the center safety officer and/or the health and wellness manager/administrator.

### 5.10.1  Ownership of Equipment and Assets
All equipment and assets purchased with government funds are the property of the Department of Labor (DOL).

### 5.10.2    Procurement and Transportation of Equipment
- The NTC shall designate a Property Manager, who shall have access to the Electronic Property Management System (EPMS). The NTC's Property Manager shall enter all non-expendable equipment purchased by the NTC for programs listed in Part 5 Specific Tasks Section 5.1.2 "Centers, Programs and Slots" into the EPMS system in order to maintain accountability. The NTC Property Manager will coordinate access to EPMS through the NTC COR.
- Approval process for purchases: The NTC will communicate with the NTC COR and receive COR approval for all new and recycled equipment purchases necessary for the trades outlined in Section 5.1.2.
- When purchasing necessary equipment, the NTC shall use the following process:
  - Unless otherwise directed by the NTC COR, equipment purchases less than $250 per unit price does not need COR approval.
  - Unless otherwise directed by the NTC COR, equipment purchases for $250 per unit up to $3,500 per unit shall be approved by the NTC COR prior to purchase. The NTC will submit a Property Requirement List (PRL) to the COR describing the equipment to be purchased, cost per unit, and justification for the purchase. The NTC will also provide at least one (1) vendor quote with the purchase price. The NTC may proceed with the purchase once it has obtained COR approval.
  - Unless otherwise directed by the NTC COR, equipment purchases for $3,500 per unit or more shall be approved by the NTC COR prior to purchase. The NTC will submit a Property Requirement List (PRL) to the COR describing the equipment to be purchased, cost per unit, and justification for the purchase. The NTC will also provide at least three (3) different vendor quotes with the purchase price. If three (3) vendor quotes are not possible, or if the piece of equipment must be sole-source vendor specific, the NTC will include a signed memorandum providing justification for the sole-source purchase request. The NTC may proceed with the purchase once it has obtained COR approval.
  - Once the approved equipment has been purchased, the NTC will obtain cost reimbursement from the federal government through the invoice process.
- The NTC shall keep the center operator and the center's assigned Regional Office COR/PM informed of all equipment purchased approved by the NTC COR.
- Moving of Equipment: Equipment cannot be moved from one center location to another center location without approval from Office of Job Corps' Division of Facilities and Asset Management (DFAM) and the NTC COR.

### 5.10.3    Services Provided by the Centers
The center operator shall provide the NTC with appropriate and adequate career technical shop training and administrative space and the support services described below. Subject to a center's fire, security, and related safety policies, the NTC shall be responsible for maintaining security of the assigned space during training hours - including the establishment of a limited access policy.  The NTC shall work cooperatively with centers to implement these policies to ensure effective maintenance, stewardship, and accountability of government-owned personal property during normal operation hours and in accordance with all government property management regulations and requirements.

The center operator shall provide the NTC, at no cost, the following equipment and support services as part of the center operator's contract. In accordance with PRH Chapter 5.6, the NTC shall work with the center operator property manager to ensure non-expendable equipment purchased by the center operator will be entered into the center operator's EPMS account:
- Desks and chairs for classrooms.
- Reasonable accommodations/modifications, where needed, to provide students with disabilities the opportunity to successfully complete the TAR(s) required in the trade.
- Telephone installation in instructor offices and ongoing service, including local and long- distance service, in support of providing job development, placement, transition support services, follow up activities, and for other official Job Corps

business.  In addition, cell phones will be provided to instructors when working with students off-center, or at remote areas on-center, to ensure that the need for medical/emergency support can be quickly communicated.

- FAX and copying services in instructor offices. Where this is not possible, other arrangements shall be in place that are convenient for instructors to use such services.
- Safe and adequately equipped vehicles to support training activities/projects.
- Mail (postage).
- Trash and garbage collection.
- Utilities.
- Locking file cabinets.
- Computer equipment [hardware and software: (a) in each NTC instructor's office, capable of accessing the Internet, CIS, CTS, and the Job Corps Career Development Resource Center (JCCDRC) website; and (b) in each classroom/shop, capable of accessing the Internet, to support student learning.  Instructors will also be provided with a printer.  Computer training, if scheduled for center staff, shall also be made available to NTC staff.
- DVD/CD players, monitors, and related equipment, as necessary, to support training.
- Transportation and meals for students participating in CTST, work-based learning and other work-experience activities.
- Fire protection and OSHA approved safety programs at career technical facilities.
- OSHA-required safety equipment (e.g., eye, hand, face and fall protection), and other personal protective equipment that is required in the trade and meets OSHA and industry standards.
- The provision of Federal Tax Credit Conditional Certifications for eligible graduates, prior to separation, as long as these programs continue to be statutorily authorized and target-group documentation is accessible.
- Appropriate attire for CTST projects and work-based learning assignments and, as applicable, requirements imposed by OSHA, state law, industry standards, as well as the specific job site.
- Immediate and accurate entry into the CIS the following NTC-provided information/data: (a) career technical student data, including entry dates and completion status, as they occur; (b) any and all corrections, when notified by the NTC, along with verification to the NTC when the corrections are made; and (c) placement results, as determined by the center or as provided by the NTC.
- Copies of the 678 Forms and CTRC l0 and 20 Reports, or subsequently developed career technical training performance reports, on a regular and timely basis, and provision of good staff training regarding the CTRC reports, when necessary.
- Shipping Tool Kits to students, when required by NTC programs.
- Transportation to and from work-based learning CTST sites, industry/trade certification-accreditation sessions/tests, and job interviews.
- Consistent with the center operator's training plan, as described in the PRH, NTC staff will be a part of all training designated for career technical instructors, including standard First-Aid and CPR.
- Secretarial/clerical assistance, when the need is justified.
- Security for career technical training facilities, including on-center CTST sites, outside of normal working hours.
- Maintenance of all buildings, grounds, roads, sidewalks, and equipment for which the center is responsible, in accordance with PRH Chapter 5.8 "Facility Operations and Maintenance". While the center is expected to provide the services listed above at no-cost to NTCs, each of the NTC's center-level MOUs shall detail the full list of agreed center-covered services. These lists of services should be tailored, as necessary, based on the unique local conditions or needs. Any required services or costs that are not explicitly covered by the center shall be detailed in the NTC's budget.
- The costs associated with student testing for, and acquisition of, any secondary credentials.

## 5.11    Training Materials and Support
### 5.11.1        Instructional Materials
The NTC shall provide each student and instructor with instructional materials and publications, as necessary, to adequately conduct quality career technical training. Training-related curriculum or videos that have proven to be successful in supporting classroom instruction will also be made available by the NTC, as well as an updated listing of websites that contribute to student learning and instructor professional development.

### 5.11.2        Student Uniforms and Tool Kits
The NTC shall provide uniforms and basic tool kits for all students enrolled in an NTC training program, in accordance with established policy in the PRH (Chapter 3, page 3.2-7, R4). These uniforms and tool kits shall be made available at no cost to students who enroll in the program. The NTC will work in partnership with the center operator/director to ensure that the uniforms and tool kits meet, as much as practicable, the needs of the industries involved so that students can be successful in securing and retaining training-related jobs.

## 5.12    Automated Career Transition System (CTS)

It is imperative that the NTC comply with Job Corps' policies to safe-guard student Personally Identifiable Information (PII) and use the Job Corps' Center Information System (CIS) and Career Transition Services (CTS) system exclusively for all data purposes related to recruitment, training, placement, follow up, and other student services. The NTC shall also protect student PII in all the paper-based documents according to Job Corps policies and procedures.

### 5.12.1    Data Entry into CTS

NTC instructors and field staff/coordinators shall be responsible for timely and accurate entry of the following data into the automated Career Transition System:

- Post-center contact with all program graduates including updated graduate contact information, job development, referral and placement activity, and transition support needs and services provided.
- Upgrade information related to graduates, especially acceptance into registered apprenticeship programs, wage increases, and job training match data.

### 5.12.2    Verification of Placement Data by CTS Providers

Each CTS provider assigned an NTC graduate is responsible for verifying the placement, when NTC records such accomplishment in the CTS. Verification activities shall be initiated by the CTS provider in a timely manner and, when this process is fully completed, the CTS provider has the responsibility to report the verified placement to the CIS as expeditiously as possible.

### 5.12.3    Resolving Issues with CTS Providers

If a CTS provider routinely delays the verification and/or placement reporting process, the NTC shall report this matter to the appropriate official in the CTS provider organization, center director, as well as to the assigned regional COR/project manager, in an attempt to correct the problem.  Where this is not successful, the National COR shall be notified in writing including, at a minimum, the following information:

1. The name of the CTS-provider (contractor) organization involved, and the dates and names of the organization's official(s) contacted by the NTC to resolve the delays.
2. For each graduate affected, provide her/his name, student identification number, the date the placement was recorded in the CTS reporting system by the NTC, and how many calendar days it took for the CTS provider to:

·    Complete the verification process; and
·    Record the verified placement in the CTS.

Other pertinent information should be reported, such as: delay(s) that extend beyond the 'window' of opportunity for recording placements; the impact on annual performance results; and, if applicable, the future of the specific NTC training program where the student completed training

## 5.13    Administrative Provisions
### 5.13.1    Staff Leave Provisions
The following are required staff leave provisions for the contractor.
·    **Workday**: The workday (starting and ending times) shall be in accordance with center policy.
·    **Annual Leave**: With the exception of emergencies, leave shall be scheduled and coordinated with the center director sufficiently in advance to ensure that there is no adverse effect on center operations and that quality student instruction continues uninterrupted.   Actual approval of annual leave is the responsibility of the NTC and may be granted only after timely notification has been provided to the center director, or her/his designee, and their comments have been carefully considered by the NTC.
·    **Sick Leave**: To the extent practicable, instructors are expected to notify the center director, or her/his designee, prior to the first scheduled class when sick leave is taken.
·    **Overtime**: No overtime or center holiday work shall be performed unless requested in writing by the Government and accepted by the NTC.  Overtime pay, when approved, will be reimbursed at the rate established for the area in which the work is performed.

### 5.13.2    Substitute Instructors

The center director shall provide qualified substitutes for up to the first ten working days that an NTC instructor is on sanctioned leave, or where there is an unexpected termination or resignation of an instructor.  After the first ten working days, the NTC is responsible for providing a qualified substitute or as warranted, hiring a fully qualified replacement instructor.

### 5.13.3    Time Sheet Verification

The center director, or his/her designee, shall sign weekly time sheets verifying the NTC instructor's(s) time on center.

PART 6 APPLICABLE PUBLICATIONS

**6.1      Publications Applicable to This PWS:**

The Job Corps Policy and Requirements Handbook (PRH) can be found at https://prh.jobcorps.gov/Pages/Home.aspx

TECHNICAL EXHIBIT 1

**Technical Exhibit 1A Performance Requirements Summary: Educational Outcomes**
The contractor service requirements are summarized into performance objectives that relate directly to mission essential items. The performance threshold briefly describes the minimum acceptable levels of service required for each requirement. These thresholds are critical to mission success.

| Performance Objective | Standard | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| **PRS # 1**<br>5.3.3 Support outreach efforts to increase student onboard strength | The NTC shall support outreach and recruitment efforts at all centers which have the NTC's programs. | The NTC shall include in 100% of its center MOUs, as well as its overall operational plan, language specifying:<br>• Attendance at outreach strategy meetings<br>• Participation in community engagement efforts<br>• Utilization of NTC staff and graduate alumni for promotion of Job Corps | COR Random Sampling, Validated Customer Complaint |
| **PRS #2**<br>5.3.8 Support the development of informed and attainable student career plans | All students will be educated on career pathways available through completion of an NTC program and provided with opportunities to explore NTC training programs and/or trade shadow during CPP. | The NTC shall include in 100% of its center MOUs, as well as its overall operational plan, language specifying:<br>• NTC willingness and ability to provide guest lectures during CPP<br>• NTC protocols for providing trade shadowing opportunities for interested students<br>• NTC protocols for communicating the opportunities (e.g., career pathways, wages, etc.) and demands (e.g., job requirements) of relevant trades. | COR Random Sampling, Validated Customer Complaint |
| | The NTC shall ensure that all students enrolled in NTC programs have career plans with achievable placement milestones. | The NTC shall include in 100% of its center MOUs, and overall operational plan, language specifying:<br>• How the NTC will ensure that the student is well-informed about the requirements of the CTT program, the career pathways it may create, and the demands within those career pathways.<br>• How the NTC will review the overall milestones on the career plan to verify that they are achievable, and that the center and NTC staff can achieve the placement outcome.<br>• How the NTC shall work with the CTT Manager and CPP Manager/Instructors to provide program-specific guidance to inform the development and approval process for relevant career plans. | COR Random Sampling, Validated Customer Complaint |

| Performance Objective | Standard | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| **PRS #3** <br> 5.3.2 Provide career technical training and supports which lead to high-quality career pathways | The NTC shall ensure that all students who want to enroll in an NTC program are supported to do so. | 100% of students who select an NTC training program on their final approved career plan will either (1) be enrolled in that center's CTT program, (2) transferred to, and enrolled in, that same program at another center, or (3) placed on the waitlist for the program, with NTC staff coordinating with center staff on their enrollment timeline. | COR quarterly 20% random sampling of MyPACE Career Plans compared to student Job Corps information system CTT assignments, Validated Customer Complaint |

| Performance Objective | Standard | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| | A student will earn sufficient credits and progress through coursework at a rate to ensure that the individualized on-time CTT completion date is met. | 80% of active students. | COR bimonthly 20% random sampling of students using electronic training achievement records (E-TARs). |
| | A graduate will earn all approved industry-recognized primary credentials required of the CTT program. | As dictated by current OMS goals in the PRH. | 100% monthly inspection by COR using Outcome Measurement System reports. |
| | A student will complete the program and achieve 100% completion of their TAR. | As dictated by current OMS goals in the PRH. | 100% monthly inspection by COR using Outcome Measurement System reports. |
| | A student will have completed at least 80 hours of time on employer (off-center) worksites though WBL, job shadowing, internships, or externships. | 80% of program completers. | 99% monthly inspection by COR of separated CTT/CTE completers using work-based learning reports in Job Corps' information system. |
| | A student will achieve CTT-related employability and work readiness skills required of their career pathway. | 95% of program completers. | COR quarterly 20% random sampling of MyPACE E-PARs and case notes to ensure that NTC instructor responsibilities are being assigned and completed. |
| | Students will pass Registered Apprenticeship entrance exams, and/or meet the entry requirements of the related Registered Apprenticeship Program(s) | 90% of program completers. | COR Random Sampling |
| **PRS #4** 5.3.4 Provide placement services that ensure graduates are transitioning into high-quality career pathways. | Graduates will be transitioned into placements that match their career pathway selection. | 90% of program completers | COR quarterly 20% random sampling of separated students comparing Outcome Measurement System placement results with final approved MyPACE career plans, Validated Customer Complaint |
| | Graduates will achieve quality placement outcomes. | As dictated by current OMS goals in the PRH. | 100% monthly inspection by COR using Outcome Measurement System reports. |
| | Graduates will earn wages that are family sustaining. | As dictated by current OMS goals in the PRH. | 100% monthly inspection by COR using Outcome Measurement System reports. |

| Performance Objective | Standard | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| | Graduates will be placed into Registered Apprenticeship programs or unions jobs that align with their training and career plan. | As dictated by the thresholds in the NTC contract. | 100% monthly inspection by COR using Outcome Measurement System reports, as well as NTC documentation of admissions offers, as necessary, Validated Customer Complaint |

**Technical Exhibit 1B Performance Requirements Summary: Organizational Outcomes: Administration, Scheduling, Collaboration, and Learning Management**

| Performance Objective | Standard | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| **PRS #5**<br>Provide 5.3.1 Industry and Skills-Based Training | The NTC shall provide training programs that lead to high growth, high demand, and high wage positions in their relevant sector(s). It is important that training programs train students for specific jobs and provide them with all of the necessary and in-demand skills and credentials required to succeed in that job and career pathway. The NTC shall align all its technical training programs with the latest skills/training standards of their industry, and where applicable, U.S. Department of Labor approved Registered Apprenticeship training standards. As pre-apprenticeship programs, NTCs must meet the quality pre-apprenticeship framework outlined by the Office of Apprenticeship. (see Section 5.3.1) | 100% of E-TARs and primary and secondary credentials are approved, in accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 3 "Career Technical Training" | COR Random Sampling |
| **PRS # 6**<br>5.3.2 Ensure Successful Training Outcomes | The NTC shall provide assigned students training in career technical skills and career success standards so that they become agile workers with expanded career options and maintain long-term attachment to the labor market or educational opportunities. Specifically, training outcomes from NTC programs include the following categories:<br>· Students enter a Registered Apprenticeship Program (RAP) leading to full journeyman status<br>· Students enter a specific area of the craft/trade that pays family-sustaining wages, and offers the opportunity for long-term employment and career-advancement<br>· Students advance into a Job Corps advanced training program that is related to their basic training program, and aligned to their career pathway<br>· Students enter the U.S. Armed Forces<br>· Students enter a community college or technical training school-level program to pursue further technical training or degree-based education. (see Section 5.3.2) | In accordance with PRH-mandated OMS.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Appendix 501D.<br><br>In accordance with Performance Work Statement, Section 5.9.2 | CTT-10 program year Period of Performance, Validated Customer Complaint |

| Performance Objective | Standard | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| **PRS # 7**<br>5.3.3 Provide Enrollment Support | The NTC shall work within its network(s) to inform partners (such as local unions, associations, businesses, business/industry affiliates, apprenticeships, committees, councils, contractors, and individual employers) of the opportunity to refer potential employees who are eligible for Job Corps to apply for Job Corps. (see Section 5.3.3) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 1 "Enrollment Services" and Chapter 6 "Administrative Support Services" | COR Random Sampling, Validated Customer Complaint |
| **PRS # 8**<br>5.3.4 Provide Placement Services | The NTC shall coordinate with center staff to project and strategize each student's individualized career placement and provide placement transition services where necessary. (see Section 5.3.4) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 4 "Placement Services" | COR Random Sampling, Validated Customer Complaint |
| **PRS # 9**<br>5.3.8 Support the Development and Execution of Individualized Career Plans | The NTC shall be an active participant when it comes to career plan development and execution. (see Section 5.3.8) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 5 "Management Services", 5.1 "Program Management", R7 and R8 | COR Random Sampling, Validated Customer Complaint |
| **PRS #10**<br>5.3.9 Support Curriculum Development | The NTC shall have appropriate staff fully participate in the curriculum development process at each center in order to develop and refine blended learning curriculum. (see Section 5.3.9) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 3 "Student Training Services", 3.1 "Training Management", R7 and R8 | COR Random Sampling, Validated Customer Complaint |
| **PRS #11**<br>5.3.10 Provide Center Industry Council and Business Community Liaison Functions | The NTC shall fully support the functioning of the center Workforce Council and the Business and Community Liaison (BCL), as applicable, in improving the quality of career technical training programs and creating meaningful linkages with individual employers, labor and business organizations, and other WIOA-mandated partners such as American Job Centers/partners, state and local Workforce Investment Boards, and local Youth Councils. (see Section 5.3.10) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 1 "Enrollment Services", 1.1 "Outreach and Recruitment", R2 | COR Random Sampling, Validated Customer Complaint |
| **PRS #12**<br>5.3.11 Address Disability Issues | The NTC shall follow all federal laws, government regulations, and Job Corps policy related to accommodations for students with disabilities. (see Section 5.3.11) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 1 "Enrollment Services", and Chapter 2, "Student Support | COR Random Sampling, Validated Customer Complaint |

| Performance Objective | Standard | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| | | Services", 2.4 "Disabilities" | |
| **PRS #13**<br>5.3.12 Ensure Appropriate Safety Measures are Taken and Followed | The NTC shall follow all federal, state, local, center, and NTC-specific safety regulations and requirements during the technical training process and ensure all training areas are clean and well-maintained. The NTC shall advise the centers and NTC COR, in writing, of current industry standards and employer-partner specifications in terms of safety design, requirements, and operation in the training facilities on centers. (see Section 5.3.12) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 5 "Management Services", 5.3 "Safety and Security" | COR Random Sampling, Validated Customer Complaint |
| **PRS #14**<br>5.3.13 Support New National Office Initiatives<br>. | The NTC shall work closely with the National Office of Job Corps and other related entities to assist in the development and implementation of new initiatives, instructions, and directives from the U. S. Department of Labor and the National Office of Job Corps. (see Section 5.3.13) | In accordance with official Program Instruction Notices announced by the Director, Office of Job Corps | COR Random Sampling, Validated Customer Complaint |
| **PRS #15**<br>5.3.14 Collaborate with Partners | The NTC shall collaborate, as applicable, with local WIOA partners, employers/unions/ Registered Apprenticeship programs, and the business community, to maximize training and placement opportunities for Job Corps students. (see Section 5.3.14) | Inclusion in 100% of its center MOUs, as well as its overall operational plan.<br><br>In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 1 "Enrollment Services", 1.1 "Outreach and Recruitment", R2 | COR Random Sampling, Validated Customer Complaint |
| **PRS #16**<br>5.3.15 Provide Consulting Services to Job Corps | As requested, the NTC shall provide the NTC COR and other Job Corps officials with consultant services concerning, but not limited to: Labor Market Information (LMI) for specific unions or labor organizations; training techniques, including Career Technical Skills Training (CTST) and work-based learning (WBL); industry standards for quality job performance; trade-safety issues; equipment, tools, materials, and supplies required in the trade; and curriculum enhancement. (see Section 5.3.15) | As requested, In accordance with Job Corps' Policy and Requirements Handbook (PRH) Chapter 3, "Student Training Services" 3.3 "Career Technical Training", R10, Chapter 4, "Placement Services, Chapter 5 "Management Services", | COR Random Sampling, Validated Customer Complaint |

TECHNICAL EXHIBIT II

**Technical Exhibit 2 – Deliverables Schedule**

| Deliverable | Frequency | # of Copies | Medium/Format | Submit To |
|---|---|---|---|---|
| 5.2.1 NTC Operational Plan | Within 90 days of contract execution, then within 60 days after option award date | One (1) copy | Word/PDF | COR |
| 5.2.2 NTC Quarterly Report | Every 90 days x4 Annually | One (1) copy | Word/PDF | COR |
| 5.3.5 MOU with Operators/Agencies | Annually, no later than 60 days after contract execution, then no later than 30 days after the execution of each option year | Two (2) copies | Word/PDF | COR/Center Operator |
| 1.6.1 Quality Control Plan | Annually, no later than 30 days after contract execution, then no later than 30 days after the execution of each option year | One (1) copy | Word/PDF | COR |

**Technical Exhibit 3 Incentive Fee**

**Operation of Career and technical Training (CTT) Programs at Job Corps Centers – National Training Contract (NTC) Service Provider building construction**

The Incentive Fee for each option year of this solicitation will be predicated on the program year Outcome Measurement System (OMS) results of the NTC's Career and Technical Training Report (CTT-10) through June 30th of the applicable option year. **CTT-10 grading criteria for the incentive fee can be found in PRH Appendix 501D and is subject to change with each option year.**

The Base Year Incentive Fee will be awarded based on the NTC's Overall Grade for all combined programs listed in Section 5.1 of the PWS. The Overall Grade is determined by performance measurement outcomes for the following eleven (11) categories:

· CTT Program Completion Rate – Goal 85% (15% Weight)
· CTT Industry-Recognized Credential (IRC) I Attainment Rate – Goal 90% (10% Weight)
· CTT Industry-Recognized Credential (IRC) II Attainment Rate – Goal 90% (5% Weight)
· CTT Completer Placement Rate – Goal 92% (10% Weight)
· CTT Completer Average Hourly Wage at Placement – Goal $16.75 average (5% Weight)
· CTT Completer Full-Time Quality Placement Rate – Goal 88% (10% Weight)
· CTT Completer Job Training Match (JTM) Placement Rate – Goal 65% (10% Weight)
· CTT Completer Job Training Match (JTM) Average Hourly Wage – Goal $17.35 Average (5% Weight)
· CTT Completer Placement Rate in Quarter 2 After Exit Quarter – Goal 83% (12.5% Weight)
· CTT Completer Placement Rate in Q4 After Exit Quarter – Goal 83% (12.5% Weight)
· CTT Completer Average Earnings in Quarter 2 After Exit Quarter – Goal $7,900.00 (5% Weight)

A weight is assigned to each measure to reflect: 1) areas of emphasis in CTT programs' accountability for achieving positive student outcomes; 2) the importance attached to each measure; and 3) the number of students in the pool for each measure.

Weighted performance ratings across each of the weighted measures are aggregated to create a CTT program overall rating.

Based on the CTT-10, programs will receive an overall rating and will be graded on the basis of the following scale:

· A – Exceptional performance 110.0% and higher
· B – Above average performance 95.0 percent – 109.9%
· C – Average performance 80.0 % – 94.9 %
· D – Unsatisfactory performance 0 – 79.9%

Incentive Fee:

· Overall Grade A: Receive 100% of Incentive Fee
· Overall Grade B: Receive 75% of Incentive Fee
· Overall Grade C: Receive 50% of Incentive Fee
· Overall Grade D: Receive 0% of Incentive Fee

## D - CONTRACT CLAUSES

**FAR Clauses**

**52.202-1 Definitions. (JUN 2020)**

**52.203-3 Gratuities. (APR 1984)**

**52.203-12 Limitation on Payments to Influence Certain Federal Transactions. (JUN 2020)**

**52.203-17 Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights. (JUN 2020)**

**52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content Paper. (MAY 2011)**

**52.204-6 Unique Entity Identifier. (OCT 2016)**

**52.204-7 System for Award Management. (OCT 2018)**

**52.204-12 Unique Entity Identifier Maintenance. (OCT 2016)**

**52.204-13 System for Award Management Maintenance. (OCT 2018)**

**52.204-14 Service Contract Reporting Requirements. (OCT 2016)**

**52.204-16 Commercial and Government Entity Code Reporting. (AUG 2020)**

**52.204-18 Commercial and Government Entity Code Maintenance. (AUG 2020)**

**52.204-19 Incorporation by Reference of Representations and Certifications. (DEC 2014)**

**52.204-22 Alternative Line Item Proposal. (JAN 2017)**

**52.204-24 Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021)**

**52.209-2 Prohibition on Contracting With Inverted Domestic Corporations-Representation. (NOV 2015)**

**52.209-10 Prohibition on Contracting With Inverted Domestic Corporations. (NOV 2015)**

**52.212-1 Instructions to Offerors - Commercial Products and Commercial Services. (MAR 2023)**

**52.212-3 Offeror Representations and Certifications-Commercial Products and Commercial Services. (DEC 2022)**

The Offeror shall complete only paragraph (b) of this provision if the Offeror has completed the annual representations and certification electronically in the System for Award Management (SAM) accessed through *https://www.sam.gov*. If the Offeror has not completed the annual representations and certifications electronically, the Offeror shall complete only paragraphs (c) through (v) of this provision.

(a) *Definitions*. As used in this provision-

*Covered telecommunications equipment or services* has the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

*Economically disadvantaged women-owned small business (EDWOSB) concern* means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300. It automatically qualifies as a women-owned small business eligible under the WOSB Program.

*Forced or indentured child labor* means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

*Highest-level owner* means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

*Immediate owner* means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

*Inverted domestic corporation* means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

*Manufactured end product* means any end product in product and service codes (PSCs) 1000-9999, except-

(1) PSC 5510, Lumber and Related Basic Wood Materials;

(2) Product or Service Group (PSG) 87, Agricultural Supplies;

(3) PSG 88, Live Animals;

(4) PSG 89, Subsistence;

(5) PSC 9410, Crude Grades of Plant Materials;

(6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;

(7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;

(8) PSC 9610, Ores;

(9) PSC 9620, Minerals, Natural and Synthetic; and

(10) PSC 9630, Additive Metal Materials.

*Place of manufacture* means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

*Predecessor* means an entity that is replaced by a successor and includes any predecessors of the predecessor.

*Reasonable inquiry* has the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

*Restricted business operations* means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended.

*Sensitive technology*-

(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-

(i) To restrict the free flow of unbiased information in Iran; or

(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

*Service-disabled veteran-owned small business concern*-

(1) Means a small business concern-

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

*Small business concern*-(1) Means a concern, including its affiliates, that is independently owned and operated, not dominant in its field of operation, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

(2) *Affiliates*, as used in this definition, means business concerns, one of whom directly or indirectly controls or has the power to control the others, or a third party or parties control or have the power to control the others. In determining whether affiliation exists, consideration is given to all appropriate factors including common ownership, common management, and contractual relationships. SBA determines affiliation based on the factors set forth at 13 CFR 121.103.

*Small disadvantaged business concern*, consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-

(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-

(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and

(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

*Subsidiary* means an entity in which more than 50 percent of the entity is owned-

(1) Directly by a parent corporation; or

(2) Through another subsidiary of a parent corporation.

*Successor* means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

*Veteran-owned small business concern* means a small business concern—

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

*Women-owned business concern* means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

*Women-owned small business concern* means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

*Women-owned small business (WOSB) concern eligible under the WOSB Program* (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300.

(b)(1) *Annual Representations and Certifications*. Any changes provided by the Offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications in SAM.

(2) The offeror has completed the annual representations and certifications electronically in SAM accessed through *http://www.sam.gov*. After reviewing SAM information, the Offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard(s) applicable to the NAICS code(s) referenced for this solicitation), at the time this offer is submitted and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____.

*[Offeror to identify the applicable paragraphs at (c) through (v) of this provision that the offeror has completed for the purposes of this solicitation only, if any.*

*These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.*

*Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.]*

(c) Offerors must complete the following representations when the resulting contract is for supplies to be delivered or services to be performed in the United States or its outlying areas, or when the contracting officer has applied part 19 in accordance with 19.000(b)(1)(ii). Check all that apply.

(1) *Small business concern*. The offeror represents as part of its offer that-

(i) It ___ is, ___ is not a small business concern; or

(ii) It ___ is, ___ is not a small business joint venture that complies with the requirements of 13 CFR 121.103(h) and 13 CFR 125.8(a) and (b). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*]

(2) *Veteran-owned small business concern.* (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents as part of its offer that it ___ is, ___ is not a veteran-owned small business concern.

(3) *Service-disabled veteran-owned small business concern.* [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.*] The offeror represents as part of its offer that-

(i) It ___ is, ___ is not a service-disabled veteran-owned small business concern; or

(ii) It ___ is, ___ is not a joint venture that complies with the requirements of 13 CFR 125.18(b)(1) and (2). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*] Each service-disabled veteran-owned small business concern participating in the joint venture shall provide representation of its service-disabled veteran-owned small business concern status.

(4) *Small disadvantaged business concern.* (*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*) The offeror represents that it ___ is, ___ is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) *Women-owned small business concern.* (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ___ is, ___ is not a women-owned small business concern.

(6) *WOSB joint venture eligible under the WOSB Program.* The offeror represents that it ___ is, ___ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*]

(7) *Economically disadvantaged women-owned small business (EDWOSB) joint venture.* The offeror represents that it ___ is, ___ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*]

**Note to Paragraphs (c)(8) and (9):**

Complete paragraphs (c)(8) and (9) only if this solicitation is expected to exceed the simplified acquisition threshold.

(8) *Women-owned business concern (other than small business concern).* (Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ___ is, a women-owned business concern.

(9) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price: _____.

(10) *HUBZone small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, as part of its offer, that-

(i) It ___ is, ___ is not a HUBZone small business concern listed, on the date of this representation, as having been certified by SBA as a HUBZone small business concern in the Dynamic Small Business Search and SAM, and will attempt to maintain an employment rate of HUBZone residents of 35 percent of its employees during performance of a HUBZone contract (see 13 CFR 126.200(e)(1)); and

(ii) It ___ is, ___ is not a HUBZone joint venture that complies with the requirements of 13 CFR 126.616(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*] Each HUBZone small business concern participating in the HUBZone joint venture shall provide representation of its HUBZone status.

(d) Representations required to implement provisions of Executive Order 11246-

    (1) *Previous contracts and compliance*. The offeror represents that-

        (i) It ___ has, ___ has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

        (ii) It ___ has, ___ has not filed all required compliance reports.

    (2) *Affirmative Action Compliance*. The offeror represents that-

        (i) It ___ has developed and has on file, ___ has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

        (ii) It ___ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) *Certification Regarding Payments to Influence Federal Transactions* (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) *Buy American Certificate*. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American-Supplies, is included in this solicitation.)

    (1)(i) The Offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that each domestic end product listed in paragraph (f)(3) of this provision contains a critical component.

        (ii) The Offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select "no".

        (iii) The Offeror shall separately list the line item numbers of domestic end products that contain a critical component (see FAR 25.105).

        (iv) The terms "commercially available off-the-shelf (COTS) item," "critical component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

    (2) Foreign End Products:

| Line item No. | Country of origin | Exceeds 55% domestic content (yes/no) |
|---|---|---|
| | | |

| | | |
|---|---|---|
| | | |

[List as necessary]

(3) Domestic end products containing a critical component:

Line Item No. _____

[List as necessary]

(4) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25.

(g)(1) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate.* (Applies only if the clause at FAR 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act, is included in this solicitation.)

(i)(A) The Offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (iii) of this provision, is a domestic end product and that each domestic end product listed in paragraph (g)(1)(iv) of this provision contains a critical component.

(B) The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "critical component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

(ii) The Offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

| Line item No. | Country of origin |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

[List as necessary]

(iii) The Offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The Offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select "no".

Other Foreign End Products:

| Line item No. | Country of origin | Exceeds 55% domestic content (yes/no) |
|---|---|---|
| | | |
| | | |
| | | |

[List as necessary]

(iv) The Offeror shall list the line item numbers of domestic end products that contain a critical component (see FAR 25.105).

Line Item No. _____

[List as necessary]

(v) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25.

(2) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II.* If *Alternate II* to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

Israeli End Products:

| Line item No. |
|---|
| _____ |
| _____ |
| _____ |

[List as necessary]

(g)(3) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate III.* If Alternate III to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

| Line item No. | Country of origin |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

[List as necessary]

(4) *Trade Agreements Certificate.* (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(5)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements".

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products:

| Line item No. | Country of origin |
|---|---|

| | |
|---|---|
| | |
| | |
| | |

[List as necessary]

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) *Certification Regarding Responsibility Matters* (Executive Order 12689). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

(1) ___ Are, ___ are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(2) ___ Have, ___ have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: Commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or Commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property,

(3) ___ Are, ___ are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4) ___ Have, ___ have not, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds the threshold at 9.104-5(a)(2) for which the liability remains unsatisfied.

(i) Taxes are considered delinquent if both of the following criteria apply:

(A) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii) *Examples*. (A) The taxpayer has received a statutory notice of deficiency, under I.R.C. § 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(C) The taxpayer has entered into an installment agreement pursuant to I.R.C. § 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(i) Certification Regarding Knowledge of Child Labor for *Listed End Products (Executive Order 13126). (The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).)*

(1) *Listed end products*.

| Listed end product | Listed countries of origin |
|---|---|
| [ ] | [ ] |
| [ ] | [ ] |
| [ ] | [ ] |

[List as necessary]

(2) *Certification*. (If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.)

___ (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

____ (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j) *Place of manufacture*. (Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly-

(1) ___ In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or

(2) ___ Outside the United States.

(k) *Certificates regarding exemptions from the application of the Service Contract Labor Standards*. (Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) (The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.)

(1) [ ] Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror ___ does ___ does not certify that-

(i) The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

(ii) The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(2) [ ] Certain services as described in FAR 22.1003-4(d)(1). The offeror ___ does ___ does not certify that-

(i) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii) The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3) If paragraph (k)(1) or (k)(2) of this clause applies-

(i) If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii) The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.

(l) *Taxpayer Identification Number (TIN)* (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to SAM to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN)*.

[ ] TIN: _____.

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government.

(4) *Type of organization.*

[ ] Sole proprietorship;

[ ] Partnership;

[ ] Corporate entity (not tax-exempt);

[ ] Corporate entity (tax-exempt);

[ ] Government entity (Federal, State, or local);

[ ] Foreign government;

[ ] International organization per 26 CFR 1.6049-4;

[ ] Other _____.

(5) *Common parent.*

[ ] Offeror is not owned or controlled by a common parent;

[ ] Name and TIN of common parent:

      Name _____.

      TIN _____.

(m) *Restricted business operations in Sudan.* By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(n) *Prohibition on Contracting with Inverted Domestic Corporations.* (1) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.

    (2) *Representation.* The Offeror represents that-

        (i) It ___ is, ___ is not an inverted domestic corporation; and

        (ii) It ___ is, ___ is not a subsidiary of an inverted domestic corporation.

(o) *Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.* (1) The offeror shall email questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

    (2) *Representation and certifications.* Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror-

        (i) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

        (ii) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and

        (iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds the threshold at FAR 25.703-2(a)(2) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see

OFAC's Specially Designated Nationals and Blocked Persons List at *https://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx*).

(3) The representation and certification requirements of paragraph (o)(2) of this provision do not apply if-

(i) This solicitation includes a trade agreements certification (*e.g.*, 52.212-3(g) or a comparable agency provision); and

(ii) The offeror has certified that all the offered products to be supplied are designated country end products.

(p) *Ownership or Control of Offeror*. (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a unique entity identifer in the solicitation).

(1) The Offeror represents that it ___ has or ___ does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (2) and if applicable, paragraph (3) of this provision for each participant in the joint venture.

(2) If the Offeror indicates "has" in paragraph (p)(1) of this provision, enter the following information:

Immediate owner CAGE code: [ ].

Immediate owner legal name: [(Do not use a 'doing business as' name)].

Is the immediate owner owned or controlled by another entity: [ ] Yes or [ ] No.

(3) If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

Highest-level owner CAGE code: [ ].

Highest-level owner legal name: [(Do not use a 'doing business as' name)].

(q) *Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law*. (1) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, The Government will not enter into a contract with any corporation that-

(i) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or

(ii) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(2) The Offeror represents that-

(i) It is ___ is not ___ a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and

(ii) It is ___ is not ___ a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

(r) *Predecessor of Offeror.* (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)

(1) The Offeror represents that it ___ is or ___ is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE code: _____ (or mark "Unknown").

Predecessor legal name: _____ (*Do not use a "doing business as" name*).

(s) (Reserved)

(t) *Public Disclosure of Greenhouse Gas Emissions and Reduction Goals*. Applies in all solicitations that require offerors to register in SAM (12.301(d)(1)).

(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(2) *Representation. (Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii))*. (i) The Offeror (itself or through its immediate owner or highest-level owner) ___ does, ___ does not publicly disclose greenhouse gas emissions, *i.e.*, makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.

(ii) The Offeror (itself or through its immediate owner or highest-level owner) ___ does, ___ does not publicly disclose a quantitative greenhouse gas emissions reduction goal, *i.e.*, make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.

(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported.

(u)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(2) The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(3) *Representation.* By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (*e.g.,* agency Office of the Inspector General).

(v) *Covered Telecommunications Equipment or Services-Representation*. Section 889(a)(1)(A) and section 889 (a)(1)(B) of Public Law 115-232.

(1) The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (*https://www.sam.gov*) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".

(2) The Offeror represents that-

(i) It [ ] does, [ ] does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument.

(ii) After conducting a reasonable inquiry for purposes of this representation, that it [ ] does, [ ] does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services.

(End of provision)

**52.212-4 Contract Terms and Conditions - Commercial Products and Commercial Services. (DEC 2022) - Alternate I (NOV 2021)**

(a) *Inspection/Acceptance.* (1) The Government has the right to inspect and test all materials furnished and services performed under this contract, to the extent practicable at all places and times, including the period of performance, and in any event before acceptance. The Government may also inspect the plant or plants of the Contractor or any subcontractor engaged in contract performance. The Government will perform inspections and tests in a manner that will not unduly delay the work.

(2) If the Government performs inspection or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these duties.

(3) Unless otherwise specified in the contract, the Government will accept or reject services and materials at the place of delivery as promptly as practicable after delivery, and they will be presumed accepted 60 days after the date of delivery, unless accepted earlier.

(4) At any time during contract performance, but not later than 6 months (or such other time as may be specified in the contract) after acceptance of the services or materials last delivered under this contract, the Government may require the Contractor to replace or correct services or materials that at time of delivery failed to meet contract requirements. Except as otherwise specified in paragraph (a)(6) of this clause, the cost of replacement or correction shall be determined under paragraph (i) of this clause, but the "hourly rate" for labor hours incurred in the replacement or correction shall be reduced to exclude that portion of the rate attributable to profit. Unless otherwise specified below, the portion of the "hourly rate" attributable to profit shall be 10 percent. The Contractor shall not tender for acceptance materials and services required to be replaced or corrected without disclosing the former requirement for replacement or correction, and, when required, shall disclose the corrective action taken. [Insert portion of labor rate attributable to profit.]

(5)(i) If the Contractor fails to proceed with reasonable promptness to perform required replacement or correction, and if the replacement or correction can be performed within the ceiling price (or the ceiling price as increased by the Government), the Government may-

(A) By contract or otherwise, perform the replacement or correction, charge to the Contractor any increased cost, or deduct such increased cost from any amounts paid or due under this contract; or

(B) Terminate this contract for cause.

(ii) Failure to agree to the amount of increased cost to be charged to the Contractor shall be a dispute under the Disputes clause of the contract.

(6) Notwithstanding paragraphs (a)(4) and (5) above, the Government may at any time require the Contractor to remedy by correction or replacement, without cost to the Government, any failure by the Contractor to comply with the requirements of this contract, if the failure is due to-

(i) Fraud, lack of good faith, or willful misconduct on the part of the Contractor's managerial personnel; or

(ii) The conduct of one or more of the Contractor's employees selected or retained by the Contractor after any of the Contractor's managerial personnel has reasonable grounds to believe that the employee is habitually careless or unqualified.

(7) This clause applies in the same manner and to the same extent to corrected or replacement materials or services as to materials and services originally delivered under this contract.

(8) The Contractor has no obligation or liability under this contract to correct or replace materials and services that at time of delivery do not meet contract requirements, except as provided in this clause or as may be otherwise specified in the contract.

(9) Unless otherwise specified in the contract, the Contractor's obligation to correct or replace Government-furnished property shall be governed by the clause pertaining to Government property.

(b) *Assignment.* The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) *Changes*. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) *Disputes*. This contract is subject to 41 U.S.C. chapter 71, Contract Disputes. Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at Federal Acquisition Regulation (FAR) 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) *Definitions*. (1) The clause at FAR 52.202-1, Definitions, is incorporated herein by reference. As used in this clause-

(i) Direct materials means those materials that enter directly into the end product, or that are used or consumed directly in connection with the furnishing of the end product or service.

(ii) Hourly rate means the rate(s) prescribed in the contract for payment for labor that meets the labor category qualifications of a labor category specified in the contract that are-

(A) Performed by the contractor;

(B) Performed by the subcontractors; or

(C) Transferred between divisions, subsidiaries, or affiliates of the contractor under a common control.

(iii) Materials means-

(A) Direct materials, including supplies transferred between divisions, subsidiaries, or affiliates of the contractor under a common control;

(B) Subcontracts for supplies and incidental services for which there is not a labor category specified in the contract;

(C) Other direct costs (e.g., incidental services for which there is not a labor category specified in the contract, travel, computer usage charges, etc.);

(D) The following subcontracts for services which are specifically excluded from the hourly rate: [Insert any subcontracts for services to be excluded from the hourly rates prescribed in the schedule.]; and

(E) Indirect costs specifically provided for in this clause.

(iv) Subcontract means any contract, as defined in FAR Subpart 2.1, entered into with a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract including transfers between divisions, subsidiaries, or affiliates of a contractor or subcontractor. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(f) *Excusable delays.* The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) *Invoice.* (1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include-

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer-System for Award Management, or 52.232-34, Payment by Electronic Funds Transfer-Other Than System for Award Management), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) *Patent indemnity*. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) *Payments*. (1) *Work performed*. The Government will pay the Contractor as follows upon the submission of commercial invoices approved by the Contracting Officer:

    (i) Hourly rate.

        (A) The amounts shall be computed by multiplying the appropriate hourly rates prescribed in the contract by the number of direct labor hours performed. Fractional parts of an hour shall be payable on a prorated basis.

        (B) The rates shall be paid for all labor performed on the contract that meets the labor qualifications specified in the contract. Labor hours incurred to perform tasks for which labor qualifications were specified in the contract will not be paid to the extent the work is performed by individuals that do not meet the qualifications specified in the contract, unless specifically authorized by the Contracting Officer.

        (C) Invoices may be submitted once each month (or at more frequent intervals, if approved by the Contracting Officer) to the Contracting Officer or the authorized representative.

        (D) When requested by the Contracting Officer or the authorized representative, the Contractor shall substantiate invoices (including any subcontractor hours reimbursed at the hourly rate in the schedule) by evidence of actual payment, individual daily job timecards, records that verify the employees meet the qualifications for the labor categories specified in the contract, or other substantiation specified in the contract.

        (E) Unless the Schedule prescribes otherwise, the hourly rates in the Schedule shall not be varied by virtue of the Contractor having performed work on an overtime basis.

            (1) If no overtime rates are provided in the Schedule and the Contracting Officer approves overtime work in advance, overtime rates shall be negotiated.

            (2) Failure to agree upon these overtime rates shall be treated as a dispute under the Disputes clause of this contract.

            (3) If the Schedule provides rates for overtime, the premium portion of those rates will be reimbursable only to the extent the overtime is approved by the Contracting Officer.

    (ii) Materials.

        (A) If the Contractor furnishes materials that meet the definition of a commercial product at FAR 2.101, the price to be paid for such materials shall not exceed the Contractor's established catalog or market price, adjusted to reflect the-

            (1) Quantities being acquired; and

            (2) Any modifications necessary because of contract requirements.

        (B) Except as provided for in paragraph (i)(1)(ii)(A) and (D)(2) of this clause, the Government will reimburse the Contractor the actual cost of materials (less any rebates, refunds, or discounts received by the contractor that are identifiable to the contract) provided the Contractor-

            (1) Has made payments for materials in accordance with the terms and conditions of the agreement or invoice; or

(2) Makes these payments within 30 days of the submission of the Contractor's payment request to the Government and such payment is in accordance with the terms and conditions of the agreement or invoice.

(C) To the extent able, the Contractor shall-

(1) Obtain materials at the most advantageous prices available with due regard to securing prompt delivery of satisfactory materials; and

(2) Give credit to the Government for cash and trade discounts, rebates, scrap, commissions, and other amounts that are identifiable to the contract.

(D) Other Costs. Unless listed below, other direct and indirect costs will not be reimbursed.

(1) Other Direct Costs. The Government will reimburse the Contractor on the basis of actual cost for the following, provided such costs comply with the requirements in paragraph (i)(1)(ii)(B) of this clause: [Insert each element of other direct costs (e.g., travel, computer usage charges, etc. Insert "None" if no reimbursement for other direct costs will be provided. If this is an indefinite delivery contract, the Contracting Officer may insert "Each order must list separately the elements of other direct charge(s) for that order or, if no reimbursement for other direct costs will be provided, insert 'None'".]

(2) Indirect Costs (Material Handling, Subcontract Administration, etc.). The Government will reimburse the Contractor for indirect costs on a pro-rata basis over the period of contract performance at the following fixed price: [Insert a fixed amount for the indirect costs and payment schedule. Insert "$0" if no fixed price reimbursement for indirect costs will be provided. (If this is an indefinite delivery contract, the Contracting Officer may insert "Each order must list separately the fixed amount for the indirect costs and payment schedule or, if no reimbursement for indirect costs, insert 'None').")]

(2) *Total cost.* It is estimated that the total cost to the Government for the performance of this contract shall not exceed the ceiling price set forth in the Schedule and the Contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within such ceiling price. If at any time the Contractor has reason to believe that the hourly rate payments and material costs that will accrue in performing this contract in the next succeeding 30 days, if added to all other payments and costs previously accrued, will exceed 85 percent of the ceiling price in the Schedule, the Contractor shall notify the Contracting Officer giving a revised estimate of the total price to the Government for performing this contract with supporting reasons and documentation. If at any time during the performance of this contract, the Contractor has reason to believe that the total price to the Government for performing this contract will be substantially greater or less than the then stated ceiling price, the Contractor shall so notify the Contracting Officer, giving a revised estimate of the total price for performing this contract, with supporting reasons and documentation. If at any time during performance of this contract, the Government has reason to believe that the work to be required in performing this contract will be substantially greater or less than the stated ceiling price, the Contracting Officer will so advise the Contractor, giving the then revised estimate of the total amount of effort to be required under the contract.

(3) *Ceiling price.* The Government will not be obligated to pay the Contractor any amount in excess of the ceiling price in the Schedule, and the Contractor shall not be obligated to continue performance if to do so would exceed the ceiling price set forth in the Schedule, unless and until the Contracting Officer notifies the Contractor in writing that the ceiling price has been increased and specifies in the notice a revised ceiling that shall constitute the ceiling price for performance under this contract. When and to the extent that the ceiling price set forth in the Schedule has been increased, any hours expended and material costs incurred by the Contractor in excess of the ceiling price before the increase shall be allowable to the same extent as if the hours expended and material costs had been incurred after the increase in the ceiling price.

(4) *Access to records.* At any time before final payment under this contract, the Contracting Officer (or authorized representative) will have access to the following (access shall be limited to the listing below unless otherwise agreed to by the Contractor and the Contracting Officer):

(i) Records that verify that the employees whose time has been included in any invoice meet the qualifications for the labor categories specified in the contract;

(ii) For labor hours (including any subcontractor hours reimbursed at the hourly rate in the schedule), when timecards are required as substantiation for payment-

    (A) The original timecards (paper-based or electronic);

    (B) The Contractor's timekeeping procedures;

    (C) Contractor records that show the distribution of labor between jobs or contracts; and

    (D) Employees whose time has been included in any invoice for the purpose of verifying that these employees have worked the hours shown on the invoices.

(iii) For material and subcontract costs that are reimbursed on the basis of actual cost-

    (A) Any invoices or subcontract agreements substantiating material costs; and

    (B) Any documents supporting payment of those invoices.

(5) *Overpayments/Underpayments.* Each payment previously made shall be subject to reduction to the extent of amounts, on preceding invoices, that are found by the Contracting Officer not to have been properly payable and shall also be subject to reduction for overpayments or to increase for underpayments. The Contractor shall promptly pay any such reduction within 30 days unless the parties agree otherwise. The Government within 30 days will pay any such increases, unless the parties agree otherwise. The Contractor's payment will be made by check. If the Contractor becomes aware of a duplicate invoice payment or that the Government has otherwise overpaid on an invoice payment, the Contractor shall-

(i) Remit the overpayment amount to the payment office cited in the contract along with a description of the overpayment including the-

    (A) Circumstances of the overpayment (e.g., duplicate payment, erroneous payment, liquidation errors, date(s) of overpayment);

    (B) Affected contract number and delivery order number, if applicable;

    (C) Affected line item or subline item, if applicable; and

    (D) Contractor point of contact.

(ii) Provide a copy of the remittance and supporting documentation to the Contracting Officer.

(6)(i) All amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury, as provided in 41 U.S.C. 7109, which is applicable to the period in which the amount becomes due, and then at the rate applicable for each six month period as established by the Secretary until the amount is paid.

(ii) The Government may issue a demand for payment to the Contractor upon finding a debt is due under the contract.

(iii) Final Decisions. The Contracting Officer will issue a final decision as required by 33.211 if-

    (A) The Contracting Officer and the Contractor are unable to reach agreement on the existence or amount of a debt in a timely manner;

    (B) The Contractor fails to liquidate a debt previously demanded by the Contracting Officer within the timeline specified in the demand for payment unless the amounts were not repaid because the Contractor has requested an installment payment agreement; or

(C) The Contractor requests a deferment of collection on a debt previously demanded by the Contracting Officer (see FAR 32.607-2).

(iv) If a demand for payment was previously issued for the debt, the demand for payment included in the final decision shall identify the same due date as the original demand for payment.

(v) Amounts shall be due at the earliest of the following dates:

(A) The date fixed under this contract.

(B) The date of the first written demand for payment, including any demand for payment resulting from a default termination.

(vi) The interest charge shall be computed for the actual number of calendar days involved beginning on the due date and ending on-

(A) The date on which the designated office receives payment from the Contractor;

(B) The date of issuance of a Government check to the Contractor from which an amount otherwise payable has been withheld as a credit against the contract debt; or

(C) The date on which an amount withheld and applied to the contract debt would otherwise have become payable to the Contractor.

(vii) The interest charge made under this clause may be reduced under the procedures prescribed in FAR 32.608-2 in effect on the date of this contract.

(viii) Upon receipt and approval of the invoice designated by the Contractor as the "completion invoice" and supporting documentation, and upon compliance by the Contractor with all terms of this contract, any outstanding balances will be paid within 30 days unless the parties agree otherwise. The completion invoice, and supporting documentation, shall be submitted by the Contractor as promptly as practicable following completion of the work under this contract, but in no event later than 1 year (or such longer period as the Contracting Officer may approve in writing) from the date of completion.

(7) Release of claims. The Contractor, and each assignee under an assignment entered into under this contract and in effect at the time of final payment under this contract, shall execute and deliver, at the time of and as a condition precedent to final payment under this contract, a release discharging the Government, its officers, agents, and employees of and from all liabilities, obligations, and claims arising out of or under this contract, subject only to the following exceptions.

(i) Specified claims in stated amounts, or in estimated amounts if the amounts are not susceptible to exact statement by the Contractor.

(ii) Claims, together with reasonable incidental expenses, based upon the liabilities of the Contractor to third parties arising out of performing this contract, that are not known to the Contractor on the date of the execution of the release, and of which the Contractor gives notice in writing to the Contracting Officer not more than 6 years after the date of the release or the date of any notice to the Contractor that the Government is prepared to make final payment, whichever is earlier.

(iii) Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnification of the Government against patent liability), including reasonable incidental expenses, incurred by the Contractor under the terms of this contract relating to patents.

(8) Prompt payment. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(9) Electronic Funds Transfer (EFT). If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(10) Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date that appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) *Risk of loss*. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) *Taxes*. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) *Termination for the Government's convenience.* The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid an amount for direct labor hours (as defined in the Schedule of the contract) determined by multiplying the number of direct labor hours expended before the effective date of termination by the hourly rate(s) in the contract, less any hourly rate payments already made to the Contractor plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system that have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred that reasonably could have been avoided.

(m) *Termination for cause*. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon written request, with adequate assurances of future performance. Subject to the terms of this contract, the Contractor shall be paid an amount computed under paragraph (i) Payments of this clause, but the "hourly rate" for labor hours expended in furnishing work not delivered to or accepted by the Government shall be reduced to exclude that portion of the rate attributable to profit. Unless otherwise specified in paragraph (a)(4) of this clause, the portion of the "hourly rate" attributable to profit shall be 10 percent. In the event of termination for cause, the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) *Title*. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) *Warranty*. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) *Limitation of liability*. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) *Other compliances*. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) *Compliance with laws unique to Government contracts.* The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. chapter 37, Contract Work Hours and Safety Standards; 41 U.S.C. chapter 87, Kickbacks; 41 U.S.C. 4712 and 10 U.S.C. 4701 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. chapter 21 relating to procurement integrity.

(s) *Order of precedence*. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) The Assignments, Disputes, Payments, Invoice, Other Compliances, Compliance with Laws Unique to Government Contracts, and Unauthorized Obligations paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer

software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) Removed and reserved.

(u) *Unauthorized Obligations.* (1) Except as stated in paragraph (u)(2) of this clause, when any supply or service acquired under this contract is subject to any End User License Agreement (EULA), Terms of Service (TOS), or similar legal instrument or agreement, that includes any clause requiring the Government to indemnify the Contractor or any person or entity for damages, costs, fees, or any other loss or liability that would create an Anti-Deficiency Act violation (31 U.S.C. 1341), the following shall govern:

> (i) Any such clause is unenforceable against the Government.

> (ii) Neither the Government nor any Government authorized end user shall be deemed to have agreed to such clause by virtue of it appearing in the EULA, TOS, or similar legal instrument or agreement. If the EULA, TOS, or similar legal instrument or agreement is invoked through an "I agree" click box or other comparable mechanism (e.g., "click-wrap" or "browse-wrap" agreements), execution does not bind the Government or any Government authorized end user to such clause.

> (iii) Any such clause is deemed to be stricken from the EULA, TOS, or similar legal instrument or agreement.

(2) Paragraph (u)(1) of this clause does not apply to indemnification by the Government that is expressly authorized by statute and specifically authorized under applicable agency regulations and procedures.

(v) *Incorporation by reference.* The Contractor's representations and certifications, including those completed electronically via the System for Award Management (SAM), are incorporated by reference into the contract.

(End of clause)

## 52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Products and Commercial Services. (JUN 2023)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

> (1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

> (2) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (NOV 2021) (Section 1634 of Pub. L. 115-91).

> (3) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

> (4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

> (5) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C. 3903 and 10 U.S.C. 3801).

> (6) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

> (7) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services: *[Contracting Officer check as appropriate.]*

[ ] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUN 2020), with *Alternate I* (NOV 2021) (41 U.S.C. 4704 and 10 U.S.C. 4655).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[ ] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUN 2020) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) [Reserved]

[ ] (6) 52.204-14, Service Contract Reporting Requirements (OCT 2016) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (OCT 2016) (Pub. L. 111-117, section 743 of Div. C).

[ ] (8) 52.204-27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117-328).

[ ] (9) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (NOV 2021) (31 U.S.C. 6101 note).

[ ] (10) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (OCT 2018) (41 U.S.C. 2313).

[ ] (11) [Reserved]

[ ] (12) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (OCT 2022) (15 U.S.C. 657a).

[ ] (13) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2022) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (14) [Reserved]

[ ] (15)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

[ ] (ii) Alternate I (MAR 2020) of 52.219-6.

[ ] (16)(i) 52.219-7, Notice of Partial Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

[ ] (ii) Alternate I (MAR 2020) of 52.219-7.

[ ] (17) 52.219-8, Utilization of Small Business Concerns (OCT 2022) (15 U.S.C. 637(d)(2) and (3)).

[ ] (18)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2022) (15 U.S.C. 637(d)(4)).

[ ] (ii) Alternate I (NOV 2016) of 52.219-9.

[ ] (iii) Alternate II (NOV 2016) of 52.219-9.

[ ] (iv) Alternate III (JUN 2020) of 52.219-9.

[ ] (v) Alternate IV (SEP 2021) of 52.219-9.

[ ] (19)(i) 52.219-13, Notice of Set-Aside of Orders (MAR 2020) (15 U.S.C. 644(r)).

    [ ] (ii) Alternate I (MAR 2020) of 52.219-13.

[ ] (20) 52.219-14, Limitations on Subcontracting (OCT 2022) (15 U.S.C. 657s).

[ ] (21) 52.219-16, Liquidated Damages-Subcontracting Plan (SEP 2021) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (22) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (OCT 2022) (15 U.S.C. 657f).

[ ] (23)(i) 52.219-28, Post-Award Small Business Program Rerepresentation (MAR 2023) (15 U.S.C. 632(a)(2)).

    [ ] (ii) Alternate I (MAR 2020) of 52.219-28.

[ ] (24) 52.219-29, Notice of Set-Aside for, or Sole-Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (OCT 2022) (15 U.S.C. 637(m)).

[ ] (25) 52.219-30, Notice of Set-Aside for, or Sole-Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (OCT 2022) (15 U.S.C. 637(m)).

[ ] (26) 52.219-32, Orders Issued Directly Under Small Business Reserves (MAR 2020) (15 U.S.C. 644(r)).

[ ] (27) 52.219-33, Nonmanufacturer Rule (SEP 2021) (15 U.S.C. 657s).

[ ] (28) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[ ] (29) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (DEC 2022) (E.O. 13126).

[ ] (30) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[ ] (31)(i) 52.222-26, Equal Opportunity (SEPT 2016) (E.O. 11246).

    [ ] (ii) Alternate I (FEB 1999) of 52.222-26.

[ ] (32)(i) 52.222-35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

    [ ] (ii) Alternate I (July 2014) of 52.222-35.

[ ] (33)(i) 52.222-36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

    [ ] (ii) Alternate I (July 2014) of 52.222-36.

[ ] (34) 52.222-37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

[ ] (35) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[ ] (36)(i) 52.222-50, Combating Trafficking in Persons (NOV 2021) (22 U.S.C. chapter 78 and E.O. 13627).

    [ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (37) 52.222-54, Employment Eligibility Verification (MAY 2022). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial products or commercial services as prescribed in FAR 22.1803.)

[ ] (38)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

    [ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ] (39) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

[ ] (40) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

[ ] (41)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

     [ ] (ii) Alternate I (OCT 2015) of 52.223-13.

[ ] (42)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

     (ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (43) 52.223-15, Energy Efficiency in Energy-Consuming Products (MAY 2020) (42 U.S.C. 8259b).

[ ] (44)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

     [ ] (ii) Alternate I (JUN 2014) of 52.223-16.

[ ] (45) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (JUN 2020) (E.O. 13513).

[ ] (46) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

[ ] (47) 52.223-21, Foams (JUN 2016) (E.O. 13693).

[ ] (48)(i) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

     [ ] (ii) Alternate I (JAN 2017) of 52.224-3.

[ ] (49)(i) 52.225-1, Buy American-Supplies (OCT 2022)) (41 U.S.C. chapter 83).

     [ ] (ii) Alternate I (OCT 2022) of 52.225-1.

[ ] (50)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (DEC 2022) (19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, 19 U.S.C. chapter 29 (sections 4501-4732), Public Law 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

     [ ] (ii) Alternate I [Reserved].

     [ ] (iii) Alternate II (DEC 2022) of 52.225-3.

     [ ] (iv) Alternate III (JAN 2021) of 52.225-3.

     [ ] (v) Alternate IV (OCT 2022) of 52.225-3.

[ ] (51) 52.225-5, Trade Agreements (DEC 2022) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

[ ] (52) 52.225-13, Restrictions on Certain Foreign Purchases (FEB 2021) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (53) 52.225-26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

[ ] (54) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (55) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (56) 52.229-12, Tax on Certain Foreign Procurements (FEB 2021).

[ ] (57) 52.232-29, Terms for Financing of Purchases of Commercial Products and Commercial Services (NOV 2021) (41 U.S.C. 4505, 10 U.S.C. 3805).

[ ] (58) 52.232-30, Installment Payments for Commercial Products and Commercial Services (NOV 2021) (41 U.S.C. 4505, 10 U.S.C. 3805).

[ ] (59) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (OCT 2018) (31 U.S.C. 3332).

[ ] (60) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (61) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (62) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[ ] (63) 52.242-5, Payments to Small Business Subcontractors (JAN 2017)(15 U.S.C. 637(d)(13)).

[ ] (64)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631).

     [ ] (ii) Alternate I (APR 2003) of 52.247-64.

     [ ] (iii) Alternate II (NOV 2021) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services: *[Contracting Officer check as appropriate.]*

[ ] (1) 52.222-41, Service Contract Labor Standards (AUG 2018) (41 U.S.C. chapter 67).

[ ] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (AUG 2018) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022).

[ ] (8) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (JUN 2020) (42 U.S.C. 1792).

(d) *Comptroller General Examination of Record*. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, as defined in FAR 2.101, on the date of award of this contract, and does not contain the clause at 52.215-2, Audit and Records - Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1), in a subcontract for commercial products or commercial services. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (NOV 2021) (Section 1634 of Pub. L. 115-91).

(iv) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(v) 52.204-27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117-328).

(vi) 52.219-8, Utilization of Small Business Concerns (OCT 2022) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of subcontract award, the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(vii) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(viii) 52.222-26, Equal Opportunity (SEP 2016) (E.O. 11246).

(ix) 52.222-35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

(x) 52.222-36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

(xi) 52.222-37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

(xii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xiii) 52.222-41, Service Contract Labor Standards (AUG 2018) (41 U.S.C. chapter 67).

(xiv) [ ] (A) 52.222-50, Combating Trafficking in Persons (NOV 2021) (22 U.S.C. chapter 78 and E.O. 13627).

      [ ] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xv) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xvi) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xvii) 52.222-54, Employment Eligibility Verification (MAY 2022) (E. O. 12989).

(xviii) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022).

(xix) 52.222-62 Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706).

(xx)(A) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

      (B) Alternate I (JAN 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (JUN 2020) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxiii) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C. 3903 and 10 U.S.C. 3801). Flow down required in accordance with paragraph (c) of 52.232-40.

(xxiv) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial products and commercial services a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

## 52.215-1 Instructions to Offerors - Competitive Acquisition. (NOV 2021)

## 52.216-6 Price Redetermination - Retroactive. (JAN 2022)

(a) *General*. The unit price and the total price stated in this contract shall be redetermined in accordance with this clause, but in no event shall the total amount paid under this contract exceed [insert dollar amount of ceiling price].

(b) *Definition. Costs,* as used in this clause, means allowable costs in accordance with Part 31 of the Federal Acquisition Regulation (FAR) in effect on the date of this contract.

(c) *Data submission*. (1) Within [Contracting Officer insert number of days] days after delivery of all supplies to be delivered and completion of all services to be performed under this contract, the Contractor shall submit-

      (i) Proposed prices;

      (ii) A statement in the format of table 15-2, FAR 15.408, or in any other form on which the parties may agree, of all costs incurred in performing the contract; and

(iii) Any other relevant data that the Contracting Officer may reasonably require.

(2) If the Contractor fails to submit the data required by subparagraph (1) above within the time specified, the Contracting Officer may suspend payments under this contract until the data are furnished. If it is later determined that the Government has overpaid the Contractor, the excess shall be repaid to the Government immediately. Unless repaid within 30 days after the end of the data submittal period, the amount of the excess shall bear interest, computed from the date the data were due to the date of repayment, at the rate established in accordance with the Interest clause.

(d) *Price determination*. Upon the Contracting Officer's receipt of the data required by paragraph (c) above, the Contracting Officer and the Contractor shall promptly negotiate to redetermine fair and reasonable prices for supplies delivered and services performed by the Contractor under this contract.

(e) *Contract modification*. The negotiated redetermination of price shall be evidenced by a modification to this contract, signed by the Contractor and the Contracting Officer.

(f) *Adjusting billing prices*. Pending execution of the contract modification (see paragraph (e) above), the Contractor shall submit invoices or vouchers in accordance with billing prices stated in this contract. If at any time it appears that the then-current billing prices will be substantially greater than the estimated final prices, or if the Contractor submits data showing that the redetermined prices will be substantially greater than the current billing prices, the parties shall negotiate an appropriate decrease or increase in billing prices. Any billing price adjustment shall be reflected in a contract modification and shall not affect the redetermination of prices under this clause. After the contract modification for price redetermination is executed, the total amount paid or to be paid on all invoices or vouchers shall be adjusted to reflect the agreed-upon prices, and any resulting additional payments, refunds, or credits shall be made promptly.

(g) *Quarterly limitation on payments statement*. This paragraph (g) shall apply until final price redetermination under this contract has been completed.

(1) Within 45 days after the end of the quarter of the Contractor's fiscal year in which a delivery is first made (or services are first performed) and accepted by the Government under this contract, and for each quarter thereafter, the Contractor shall submit to the contract administration office (with a copy to the contracting office and the cognizant contract auditor), a statement, cumulative from the beginning of the contract, showing—

(i) The total contract price of all supplies delivered (or services performed) and accepted by the Government and for which final prices have been established;

(ii) The total costs (estimated to the extent necessary) reasonably incurred for, and properly allocable solely to, the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established;

(iii) The portion of the total interim profit (used in establishing the initial contract price or agreed to for the purpose of this paragraph (g)) that is in direct proportion to the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established; and

(iv) The total amount of all invoices or vouchers for supplies delivered (or services performed) and accepted by the Government (including amounts applied or to be applied to liquidate progress payments).

(2) Notwithstanding any provision of this contract authorizing greater payments, if on any quarterly statement the amount under subdivision (1)(iv) above exceeds the sum due the Contractor, as computed in accordance with subdivisions (1)(i), (ii), and (iii) above, the Contractor shall immediately refund or credit to the Government the amount of this excess. The Contractor may, when appropriate, reduce this refund or credit by the amount of previous refunds or credits effected under this clause. If any portion of the excess has been applied to the liquidation of progress payments, then that portion may, instead of being refunded, be added to the unliquidated progress payment account, consistent with the Progress Payments clause. The Contractor shall provide complete details to support any claimed reduction in refunds.

(3) If the Contractor fails to submit the quarterly statement within 45 days after the end of each quarter and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the statement submittal period, the amount

of the excess shall bear interest, computed from the date the quarterly statement was due to the date of repayment, at the rate established in accordance with the Interest clause.

(h) *Subcontracts*. No subcontract placed under this contract may provide for payment on a cost-plus-a-percentage-of-cost basis.

(i) *Disagreements*. If the Contractor and the Contracting Officer fail to agree upon redetermined prices within 60 days (or within such other period as the parties agree) after the date on which the data required by paragraph (c) above are to be submitted, the Contracting Officer shall promptly issue a decision in accordance with the Disputes clause. For the purpose of paragraphs (e), (f), and (g) above, and pending final settlement of the disagreement on appeal, by failure to appeal, or by agreement, this decision shall be treated as an executed contract modification.

(j) *Termination*. If this contract is terminated before price redetermination, prices shall be established in accordance with this clause for completed supplies and services not terminated. All other elements of the termination shall be resolved in accordance with other applicable clauses of this contract.

(End of clause)

## 52.216-8 Fixed Fee. (JUN 2011)

## 52.216-16 Incentive Price Revision - Firm Target. (JAN 2022)

(a) *General*. The supplies or services identified in the Schedule as Items [Contracting Officer insert Schedule line item numbers] are subject to price revision in accordance with this clause; provided, that in no event shall the total final price of these items exceed the ceiling price of [ ] dollars ($ ). Any supplies or services that are to be (1) ordered separately under, or otherwise added to, this contract and (2) subject to price revision in accordance with the terms of this clause shall be identified as such in a modification to this contract.

(b) *Definition*. *Costs*, as used in this clause, means allowable costs in accordance with part 31 of the Federal Acquisition Regulation (FAR) in effect on the date of this contract.

(c) *Data submission*. (1) Within [Contracting Officer insert number of days] days after the end of the month in which the Contractor has delivered the last unit of supplies and completed the services specified by item number in paragraph (a) of this clause, the Contractor shall submit in the format of Table 15-2, FAR 15.408, or in any other form on which the parties agree-

> (i) A detailed statement of all costs incurred up to the end of that month in performing all work under the items;

> (ii) An estimate of costs of further performance, if any, that may be necessary to complete performance of all work under the items;

> (iii) A list of all residual inventory and an estimate of its value; and

> (iv) Any other relevant data that the Contracting Officer may reasonably require.

(2) If the Contractor fails to submit the data required by subparagraph (1) above within the time specified and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the data submittal period, the amount of the excess shall bear interest, computed from the date the data were due to the date of repayment, at the rate established in accordance with the Interest clause.

(d) *Price revision*. Upon the Contracting Officer's receipt of the data required by paragraph (c) above, the Contracting Officer and the Contractor shall promptly establish the total final price of the items specified in (a) of this clause by applying to final negotiated cost an adjustment for profit or loss, as follows:

> (1) On the basis of the information required by paragraph (c) of this clause, together with any other pertinent information, the parties shall negotiate the total final cost incurred or to be incurred for supplies delivered (or services performed) and accepted by the Government and which are subject to price revision under this clause.

(2) The total final price shall be established by applying to the total final negotiated cost an adjustment for profit or loss, as follows:

(i) If the total final negotiated cost is equal to the total target cost, the adjustment is the total target profit.

(ii) If the total final negotiated cost is greater than the total target cost, the adjustment is the total target profit, less [Contracting Officer insert percent] percent of the amount by which the total final negotiated cost exceeds the total target cost.

(iii) If the final negotiated cost is less than the total target cost, the adjustment is the total target profit plus [Contracting Officer insert percent] percent of the amount by which the total final negotiated cost is less than the total target cost.

(e) *Contract modification*. The total final price of the items specified in paragraph (a) above shall be evidenced by a modification to this contract, signed by the Contractor and the Contracting Officer. This price shall not be subject to revision, notwithstanding any changes in the cost of performing the contract, except to the extent that-

(1) The parties may agree in writing, before the determination of total final price, to exclude specific elements of cost from this price and to a procedure for subsequent disposition of those elements; and

(2) Adjustments or credits are explicitly permitted or required by this or any other clause in this contract.

(f) *Adjusting billing prices*. (1) Pending execution of the contract modification (see paragraph (e) above), the Contractor shall submit invoices or vouchers in accordance with billing prices as provided in this paragraph. The billing prices shall be the target prices shown in this contract.

(2) If at any time it appears from information provided by the contractor under subparagraph (g)(2) above that the then-current billing prices will be substantially greater than the estimated final prices, the parties shall negotiate a reduction in the billing prices. Similarly, the parties may negotiate an increase in billing prices by any or all of the difference between the target prices and the ceiling price, upon the Contractor's submission of factual data showing that final cost under this contract will be substantially greater than the target cost.

(3) Any billing price adjustment shall be reflected in a contract modification and shall not affect the determination of the total final price under paragraph (d) above. After the contract modification establishing the total final price is executed, the total amount paid or to be paid on all invoices or vouchers shall be adjusted to reflect the total final price, and any resulting additional payments, refunds, or credits shall be made promptly.

(g) *Quarterly limitation on payments statement*. This paragraph (g) shall apply until final price revision under this contract has been completed.

(1) Within 45 days after the end of each quarter of the Contractor's fiscal year in which a delivery is first made (or services are first performed) and accepted by the Government under this contract, and for each quarter thereafter, the Contractor shall submit to the contract administration office (with a copy to the contracting office and the cognizant contract auditor) a statement, cumulative from the beginning of the contract, showing-

(i) The total contract price of all supplies delivered (or services performed) and accepted by the Government and for which final prices have been established;

(ii) The total costs (estimated to the extent necessary) reasonably incurred for, and properly allocable solely to, the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established;

(iii) The portion of the total target profit (used in establishing the initial contract price or agreed to for the purpose of this paragraph (g)) that is in direct proportion to the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established - increased or decreased in accordance with subparagraph (d)(2) above, when the amount stated under subdivision (g)(1)(ii) immediately above differs from the aggregate target costs of the supplies or services; and

(iv) The total amount of all invoices or vouchers for supplies delivered (or services performed) and accepted by the Government (including amounts applied or to be applied to liquidate progress payments).

(2) Notwithstanding any provision of this contract authorizing greater payments, if on any quarterly statement the amount under subdivision (1)(iv) above exceeds the sum due the Contractor, as computed in accordance with subdivisions (1)(i), (ii), and (iii) above, the Contractor shall immediately refund or credit to the Government the amount of this excess. The Contractor may, when appropriate, reduce this refund or credit by the amount of previous refunds or credits effected under this clause. If any portion of the excess has been applied to the liquidation of progress payments, then that portion may, instead of being refunded, be added to the unliquidated progress payment account consistent with the Progress Payments clause. The Contractor shall provide complete details to support any claimed reductions in refunds.

(3) If the Contractor fails to submit the quarterly statement within 45 days after the end of each quarter and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the statement submittal period, the amount of the excess shall bear interest, computed from the date the quarterly statement was due to the date of repayment, at the rate established in accordance with the Interest clause.

(h) *Subcontracts*. No subcontract placed under this contract may provide for payment on a cost-plus-a-percentage-of-cost basis.

(i) *Disagreements*. If the Contractor and the Contracting Officer fail to agree upon the total final price within 60 days (or within such other period as the Contracting Officer may specify) after the date on which the data required by paragraph (c) above are to be submitted, the Contracting Officer shall promptly issue a decision in accordance with the Disputes clause.

(j) *Termination*. If this contract is terminated before the total final price is established, prices of supplies or services subject to price revision shall be established in accordance with this clause for (1) completed supplies and services accepted by the Government and (2) those supplies and services not terminated under a partial termination. All other elements of the termination shall be resolved in accordance with other applicable clauses of this contract.

(k) *Equitable adjustment under other clauses*. If an equitable adjustment in the contract price is made under any other clause of this contract before the total final price is established, the adjustment shall be made in the total target cost and may be made in the maximum dollar limit on the total final price, the total target profit, or both. If the adjustment is made after the total final price is established, only the total final price shall be adjusted.

(l) *Exclusion from target price and total final price*. If any clause of this contract provides that the contract price does not or will not include an amount for a specific purpose, then neither any target price nor the total final price includes or will include any amount for that purpose.

(m) *Separate reimbursement*. If any clause of this contract expressly provides that the cost of performance of an obligation shall be at Government expense, that expense shall not be included in any target price or in the total final price, but shall be reimbursed separately.

(n) *Taxes*. As used in the Federal, State, and Local Taxes clause or in any other clause that provides for certain taxes or duties to be included in, or excluded from, the contract price, the term *contract price* includes the total target price or, if it has been established, the total final price. When any of these clauses requires that the contract price be increased or decreased as a result of changes in the obligation of the Contractor to pay or bear the burden of certain taxes or duties, the increase or decrease shall be made in the total target price or, if it has been established, in the total final price, so that it will not affect the Contractor's profit or loss on this contract.

(End of clause)

**52.216-17 Incentive Price Revision - Successive Targets. (JAN 2022)**

(a) *General*. The supplies or services identified in the Schedule as Items [Contracting Officer insert line item numbers] are subject to price revision in accordance with this clause; provided, that in no event shall the total final price of these items exceed the ceiling price of [ ] dollars ($ ). The prices of these items shown in the Schedule are the initial target prices, which include an initial target profit of [Contracting Officer insert percent] percent of the initial target cost. Any supplies or services

that are to be (1) ordered separately under, or otherwise added to, this contract and (2) subject to price revision in accordance with this clause shall be identified as such in a modification to this contract.

(b) *Definition. Costs,* as used in this clause, means allowable costs in accordance with part 31 of the Federal Acquisition Regulation (FAR) in effect on the date of this contract.

(c) *Submitting data for establishing the firm fixed price or a final profit adjustment formula.* (1) Within [Contracting Officer insert number of days] days after the end of the month in which the Contractor has completed [see Note 1] (see Note 1), the Contractor shall submit the following data:

    (i) A proposed firm fixed price or total firm target price for supplies delivered and to be delivered and services performed and to be performed.

    (ii) A detailed statement of all costs incurred in the performance of this contract through the end of the month specified above, in the format of Table 15-2, FAR 15.408 (or in any other form on which the parties may agree), with sufficient supporting data to disclose unit costs and cost trends for-

        (A) Supplies delivered and services performed; and

        (B) Inventories of work in process and undelivered contract supplies on hand (estimated to the extent necessary).

    (iii) An estimate of costs of all supplies delivered and to be delivered and all services performed and to be performed under this contract, using the statement of costs incurred plus an estimate of costs to complete performance, in the format of table 15-2, FAR 15.408 (or in any other form on which the parties may agree), together with-

        (A) Sufficient data to support the accuracy and reliability of the estimate; and

        (B) An explanation of the differences between this estimate and the original estimate used to establish the initial target prices.

(2) The Contractor shall also submit, to the extent that it becomes available before negotiations establishing the total firm price are concluded-

    (i) Supplemental statements of costs incurred after the end of the month specified in subparagraph (1) above for-

        (A) Supplies delivered and services performed; and

        (B) Inventories of work in process and undelivered contract supplies on hand (estimated to the extent necessary); and

    (ii) Any other relevant data that the Contracting Officer may reasonably require.

(3) If the Contractor fails to submit the data required by subparagraphs (1) and (2) above within the time specified and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the data submittal period, the amount of the excess shall bear interest, computed from the date the data were due to the date of repayment, at the rate established in accordance with the Interest clause.

(d) *Establishing firm fixed price or final profit adjustment formula.* Upon the Contracting Officer's receipt of the data required by paragraph (c) above, the Contracting Officer and the Contractor shall promptly establish either a firm fixed price or a profit adjustment formula for determining final profit, as follows:

(1) The parties shall negotiate a total firm target cost, based upon the data submitted under paragraph (c) above.

(2) If the total firm target cost is more than the total initial target cost, the total initial target profit shall be decreased. If the total firm target cost is less than the total initial target cost, the total initial target profit shall be increased. The

initial target profit shall be increased or decreased by [see Note 2] percent (see Note 2) of the difference between the total initial target cost and the total firm target cost. The resulting amount shall be the total firm target profit; *provided*, that in no event shall the total firm target profit be less than [Contracting Officer insert percents] percent or more than [ ] percent (*Contracting Officer insert percents*) of the total initial target cost.

(3) If the total firm target cost plus the total firm target profit represent a reasonable price for performing that part of the contract subject to price revision under this clause, the parties may agree on a firm fixed price, which shall be evidenced by a contract modification signed by the Contractor and the Contracting Officer.

(4) Failure of the parties to agree to a firm fixed price shall not constitute a dispute under the Disputes clause. If agreement is not reached, or if establishment of a firm fixed price is inappropriate, the Contractor and the Contracting Officer shall establish a profit adjustment formula under which the total final price shall be established by applying to the total final negotiated cost an adjustment for profit or loss, determined as follows:

> (i) If the total final negotiated cost is equal to the total firm target cost, the adjustment is the total firm target profit.

> (ii) If the total final negotiated cost is greater than the total firm target cost, the adjustment is the total firm target profit, less [ ] percent of the amount by which the total final negotiated cost exceeds the total firm target cost.

> (iii) If the total final negotiated cost is less than the total firm target cost, the adjustment is the total firm target profit, plus [ ] percent of the amount by which the total final negotiated cost is less than the total firm target cost.

> (iv) The total firm target cost, total firm target profit, and the profit adjustment formula for determining final profit shall be evidenced by a modification to this contract signed by the Contractor and the Contracting Officer.

(e) *Submitting data for final price revision*. Unless a firm fixed price has been established in accordance with paragraph (d) of this section within [Contracting Officer insert number of days] days after the end of the month in which the Contractor has delivered the last unit of supplies and completed the services specified by item number in paragraph (a) of this section, the Contractor shall submit in the format of table 15-2, FAR 15.408 (or in any other form on which the parties agree)-

(1) A detailed statement of all costs incurred up to the end of that month in performing all work under the items;

(2) An estimate of costs of further performance, if any, that may be necessary to complete performance of all work under the items;

(3) A list of all residual inventory and an estimate of its value; and

(4) Any other relevant data that the Contracting Officer may reasonably require.

(f) *Final price revision*. Unless a firm fixed price has been agreed to in accordance with paragraph (d) of this section, the Contractor and the Contracting Officer shall, promptly after submission of the data required by paragraph (e) of this section, establish the total final price, as follows:

(1) On the basis of the information required by paragraph (e) above, together with any other pertinent information, the parties shall negotiate the total final cost incurred or to be incurred for the supplies delivered (or services performed) and accepted by the Government and which are subject to price revision under this clause.

(2) The total final price shall be established by applying to the total final negotiated cost an adjustment for final profit or loss determined as agreed upon under subparagraph (d)(4) above.

(g) *Contract modification*. The total final price of the items specified in paragraph (a) above shall be evidenced by a modification to this contract, signed by the Contractor and the Contracting Officer. This price shall not be subject to revision, notwithstanding any changes in the cost of performing the contract, except to the extent that-

(1) The parties may agree in writing, before the determination of total final price, to exclude specific elements of cost from this price and to a procedure for subsequent disposition of these elements; and

(2) Adjustments or credits are explicitly permitted or required by this or any other clause in this contract.

(h) *Adjustment of billing prices.* (1) Pending execution of the contract modification (see paragraph (e) above), the Contractor shall submit invoices or vouchers in accordance with billing prices as provided in this paragraph. The billing prices shall be the initial target prices shown in this contract until firm target prices are established under paragraph (d) above. When established, the firm target prices shall be used as the billing prices.

(2) If at any time it appears from information provided by the contractor under subparagraph (i)(1) below that the then-current billing prices will be substantially greater than the estimated final prices, the parties shall negotiate a reduction in the billing prices. Similarly, the parties may negotiate an increase in billing prices by any or all of the difference between the target prices and the ceiling price, upon the Contractor's submission of factual data showing that the final cost under this contract will be substantially greater than the target cost.

(3) Any adjustment of billing prices shall be reflected in a contract modification and shall not affect the determination of any price under paragraph (d) or (f) above. After the contract modification establishing the total final price is executed, the total amount paid or to be paid on all invoices or vouchers shall be adjusted to reflect the total final price, and any resulting additional payments, refunds, or credits shall be made promptly.

(i) *Quarterly limitation on payments statement.* This paragraph (i) shall apply until a firm fixed price or a total final price is established under subparagraph (d)(3) or (f)(2).

(1) Within 45 days after the end of each quarter of the Contractor's fiscal year in which a delivery is first made (or services are first performed) and accepted by the Government under this contract, and for each quarter thereafter, the Contractor shall submit to the contract administration office (with a copy to the contracting office and the cognizant contract auditor) a statement, cumulative from the beginning of the contract, showing-

(i) The total contract price of all supplies delivered (or services performed) and accepted by the Government and for which final prices have been established;

(ii) The total cost (estimated to the extent necessary) reasonably incurred for, and properly allocable solely to, the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established;

(iii) The portion of the total interim profit (used in establishing the initial contract price or agreed to for the purpose of this paragraph (i)) that is in direct proportion to the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established - increased or decreased in accordance with subparagraph (d)(4) above when the amount stated under subdivision (ii) immediately above, differs from the aggregate firm target costs of the supplies or services; and

(iv) The total amount of all invoices or vouchers for supplies delivered (or services performed) and accepted by the Government (including amounts applied or to be applied to liquidate progress payments).

(2) Notwithstanding any provision of this contract authorizing greater payments, if on any quarterly statement the amount under subdivision (1)(iv) above exceeds the sum due the Contractor, as computed in accordance with subdivisions (1)(i), (ii), and (iii) above, the Contractor shall immediately refund or credit to the Government the amount of this excess. The Contractor may, when appropriate, reduce this refund or credit by the amount of previous refunds or credits effected under this clause. If any portion of the excess has been applied to the liquidation of progress payments, then that portion may, instead of being refunded, be added to the unliquidated progress payment account consistent with the Progress Payments clause. The Contractor shall provide complete details to support any claimed reductions in refunds.

(3) If the Contractor fails to submit the quarterly statement within 45 days after the end of each quarter and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the statement submittal period, the amount of the excess shall bear interest, computed from the date the quarterly statement was due to the date of repayment, at the rate established in accordance with the Interest clause.

(j) *Subcontracts*. No subcontract placed under this contract may provide for payment on a cost-plus-a-percentage-of-cost basis.

(k) *Disagreements*. If the Contractor and the Contracting Officer fail to agree upon (1) a total firm target cost and a final profit adjustment formula or (2) a total final price, within 60 days (or within such other period as the Contracting Officer may specify) after the date on which the data required in paragraphs (c) and (e) above are to be submitted, the Contracting Officer shall promptly issue a decision in accordance with the Disputes clause.

(l) *Termination*. If this contract is terminated before the total final price is established, prices of supplies or services subject to price revision shall be established in accordance with this clause for (1) completed supplies and services accepted by the Government and (2) those supplies or services not terminated under a partial termination. All other elements of the termination shall be resolved in accordance with other applicable clauses of this contract.

(m) *Equitable adjustments under other clauses*. If an equitable adjustment in the contract price is made under any other clause of this contract before the total final price is established, the adjustment shall be made in the total target cost and may be made in the maximum dollar limit on the total final price, the total target profit, or both. If the adjustment is made after the total final price is established, only the total final price shall be adjusted.

(n) *Exclusion from target price and total final price*. If any clause of this contract provides that the contract price does not or will not include an amount for a specific purpose, then neither any target price nor the total final price includes or will include any amount for that purpose.

(o) *Separate reimbursement*. If any clause of this contract expressly provides that the cost of performance of an obligation shall be at Government expense, that expense shall not be included in any target price or in the total final price, but shall be reimbursed separately.

(p) *Taxes*. As used in the Federal, State, and Local Taxes clause or in any other clause that provides for certain taxes or duties to be included in, or excluded from, the contract price, the term *contract price* includes the total target price or, if it has been established, the total final price. When any of these clauses requires that the contract price be increased or decreased as a result of changes in the obligation of the Contractor to pay or bear the burden of certain taxes or duties, the increase or decrease shall be made in the total target price or, if it has been established, in the total final price, so that it will not affect the Contractor's profit or loss on this contract.

(End of clause)

*Notes*: (1) The degree of completion may be based on a percentage of contract performance or any other reasonable basis. (2) The language may be changed to describe a negotiated adjustment pattern under which the extent of adjustment is not the same for all levels of cost variation.

**52.217-3 Evaluation Exclusive of Options. (APR 1984)**

**52.217-4 Evaluation of Option Exercised at Time of Contract Award. (JUN 1988)**

**52.217-5 Evaluation of Options. (JUL 1990)**

**52.222-46 Evaluation of Compensation for Professional Employees. (FEB 1993)**

**52.222-55 Minimum Wages for Contractor Workers Under Executive Order 14026. (JAN 2022)**

**52.225-25 Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-Representation and Certifications. (JUN 2020)**

**52.229-11 Tax on Certain Foreign Procurements-Notice and Representation. (JUN 2020)**

(a) *Definitions*. As used in this provision-

*Foreign person* means any person other than a United States person.

*Specified Federal procurement payment* means any payment made pursuant to a contract with a foreign contracting party that is for goods, manufactured or produced, or services provided in a foreign country that is not a party to an international procurement agreement with the United States. For purposes of the prior sentence, a foreign country does not include an outlying area.

*United States person* as defined in 26 U.S.C. 7701(a)(30) means-

    (1) A citizen or resident of the United States;

    (2) A domestic partnership;

    (3) A domestic corporation;

    (4) Any estate (other than a foreign estate, within the meaning of 26 U.S.C. 701(a)(31)); and

    (5) Any trust if-

        (i) A court within the United States is able to exercise primary supervision over the administration of the trust; and

        (ii) One or more United States persons have the authority to control all substantial decisions of the trust.

(b) Unless exempted, there is a 2 percent tax of the amount of a specified Federal procurement payment on any foreign person receiving such payment. See 26 U.S.C. 5000C and its implementing regulations at 26 CFR 1.5000C-1 through 1.5000C-7. Exemptions from withholding under this provision are described at 26 CFR 1.5000C-1(d)(5) through (7). The Offeror would claim an exemption from the withholding by using the Department of the Treasury Internal Revenue Service Form W-14, Certificate of Foreign Contracting Party Receiving Federal Procurement Payments, available via the internet at *www.irs.gov/w14*. Any exemption claimed and self-certified on the IRS Form W-14 is subject to audit by the IRS. Any disputes regarding the imposition and collection of the 26 U.S.C. 5000C tax are adjudicated by the IRS as the 26 U.S.C. 5000C tax is a tax matter, not a contract issue. The IRS Form W-14 is provided to the acquiring agency rather than to the IRS.

(d) For purposes of withholding under 26 U.S.C. 5000C, the Offeror represents that-

    (1) It [ ]is [ ]is not a foreign person; and

    (2) If the Offeror indicates "is" in paragraph (d)(1) of this provision, then the Offeror represents that-I am claiming on the IRS Form W-14 [ ] a full exemption, or [ ] partial or no exemption (Offeror shall select one) from the excise tax.

(e) If the Offeror represents it is a foreign person in paragraph (d)(1) of this provision, then-

    (1) The clause at FAR 52.229-12, Tax on Certain Foreign Procurements, will be included in any resulting contract; and

    (2) The Offeror shall submit with its offer the IRS Form W-14. If the IRS Form W-14 is not submitted with the offer, exemptions will not be applied to any resulting contract and the Government will withhold a full 2 percent of each payment.

(f) If the Offeror selects "is" in paragraph (d)(1) and "partial or no exemption" in paragraph (d)(2) of this provision, the Offeror will be subject to withholding in accordance with the clause at FAR 52.229-12, Tax on Certain Foreign Procurements, in any resulting contract.

(g) A taxpayer may, for a fee, seek advice from the Internal Revenue Service (IRS) as to the proper tax treatment of a transaction. This is called a private letter ruling. Also, the IRS may publish a revenue ruling, which is an official interpretation by the IRS of the Internal Revenue Code, related statutes, tax treaties, and regulations. A revenue ruling is the

conclusion of the IRS on how the law is applied to a specific set of facts. For questions relating to the interpretation of the IRS regulations go to *https://www.irs.gov/help/tax-law-questions*.

(End of provision)

**52.232-1 Payments. (APR 1984)**

**52.232-8 Discounts for Prompt Payment. (FEB 2002)**

**52.232-11 Extras. (APR 1984)**

**52.232-15 Progress Payments Not Included. (APR 1984)**

**52.232-39 Unenforceability of Unauthorized Obligations. (JUN 2013)**

**52.232-40 Providing Accelerated Payments to Small Business Subcontractors. (MAR 2023)**

**52.237-3 Continuity of Services. (JAN 1991)**

**52.242-1 Notice of Intent to Disallow Costs. (APR 1984)**

**52.242-3 Penalties for Unallowable Costs. (DEC 2022)**

**52.242-13 Bankruptcy. (JUL 1995)**

**52.242-15 Stop-Work Order. (AUG 1989)**

**52.242-17 Government Delay of Work. (APR 1984)**

**52.244-2 Subcontracts. (JUN 2020)**

(a) *Definitions*. As used in this clause-

*Approved purchasing system* means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

*Consent to subcontract* means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

*Subcontract* means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.

(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that-

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds-

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold, as defined in FAR 2.101 on the date of subcontract award, or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold, as defined in FAR 2.101 on the date of subcontract award, or 5 percent of the total estimated cost of the contract.

(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts: [ ]

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate certified cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting-

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason certified cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's certified cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's certified cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (b), (c), or (d) of this clause.

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination-

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations: [ ]

(End of clause)

**52.246-4 Inspection of Services - Fixed-Price. (AUG 1996)**

**52.246-11 Higher-Level Contract Quality Requirement. (DEC 2014)**

(a) The Contractor shall comply with the higher-level quality standard(s) listed below.

[Contracting Officer insert the title, number, date, and tailoring (if any) of the higher-level quality standards.]

(b) The Contractor shall include applicable requirements of the higher-level quality standard(s) listed in paragraph (a) of this clause and the requirement to flow down such standards, as applicable, to lower-tier subcontracts, in-

(1) Any subcontract for critical and complex items (see 46.203(b) and (c)); or

(2) When the technical requirements of a subcontract require-

(i) Control of such things as design, work operations, in-process control, testing, and inspection; or

(ii) Attention to such factors as organization, planning, work instructions, documentation control, and advanced metrology.

(End of clause)

**52.246-25 Limitation of Liability - Services. (FEB 1997)**

**52.249-8 Default (Fixed-Price Supply and Service). (APR 1984)**

**52.249-14 Excusable Delays. (APR 1984)**

**52.204-8 Annual Representations and Certifications. (MAR 2023)**

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is [insert NAICS code].

(2) The small business size standard is [insert size standard].

(3) The small business size standard for a concern that submits an offer, other than on a construction or service acquisition, but proposes to furnish an end item that it did not itself manufacture, process, or produce is 500 employees, or 150 employees for information technology value-added resellers under NAICS code 541519, if the acquisition-

(i) Is set aside for small business and has a value above the simplified acquisition threshold;

(ii) Uses the HUBZone price evaluation preference regardless of dollar value, unless the offeror waives the price evaluation preference; or

(iii) Is an 8(a), HUBZone, service-disabled veteran-owned, economically disadvantaged women-owned, or women-owned small business set-aside or sole-source award regardless of dollar value.

(b)(1) If the provision at 52.204-7, System for Award Management, is included in this solicitation, paragraph (d) of this provision applies.

(2) If the provision at 52.204-7, System for Award Management, is not included in this solicitation, and the Offeror has an active registration in the System for Award Management (SAM), the Offeror may choose to use paragraph (d) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The Offeror shall indicate which option applies by checking one of the following boxes:

___ (i) Paragraph (d) applies.

___ (ii) Paragraph (d) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c)(1) The following representations or certifications in SAM are applicable to this solicitation as indicated:

(i) 52.203-2, Certificate of Independent Price Determination. This provision applies to solicitations when a firm-fixed-price contract or fixed-price contract with economic price adjustment is contemplated, unless-

(A) The acquisition is to be made under the simplified acquisition procedures in Part 13;

(B) The solicitation is a request for technical proposals under two-step sealed bidding procedures; or

(C) The solicitation is for utility services for which rates are set by law or regulation.

(ii) 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions. This provision applies to solicitations expected to exceed $150,000.

(iii) 52.203-18, Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation. This provision applies to all solicitations.

(iv) 52.204-3, Taxpayer Identification. This provision applies to solicitations that do not include provision at 52.204-7, System for Award Management.

(v) 52.204-5, Women-Owned Business (Other Than Small Business). This provision applies to solicitations that-

(A) Are not set aside for small business concerns;

(B) Exceed the simplified acquisition threshold; and

(C) Are for contracts that will be performed in the United States or its outlying areas.

(vi) 52.204-26, Covered Telecommunications Equipment or Services-Representation. This provision applies to all solicitations.

(vii) 52.209-2, Prohibition on Contracting with Inverted Domestic Corporations-Representation.

(viii) 52.209-5, Certification Regarding Responsibility Matters. This provision applies to solicitations where the contract value is expected to exceed the simplified acquisition threshold.

(ix) 52.209-11, Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law. This provision applies to all solicitations.

(x) 52.214-14, Place of Performance-Sealed Bidding. This provision applies to invitations for bids except those in which the place of performance is specified by the Government.

(xi) 52.215-6, Place of Performance. This provision applies to solicitations unless the place of performance is specified by the Government.

(xii) 52.219-1, Small Business Program Representations (Basic, Alternates I, and II). This provision applies to solicitations when the contract is for supplies to be delivered or services to be performed in the United States or its outlying areas, or when the contracting officer has applied part 19 in accordance with 19.000(b)(1)(ii).

(A) The basic provision applies when the solicitations are issued by other than DoD, NASA, and the Coast Guard.

(B) The provision with its Alternate I applies to solicitations issued by DoD, NASA, or the Coast Guard.

(C) The provision with its Alternate II applies to solicitations that will result in a multiple-award contract with more than one NAICS code assigned.

(xiii) 52.219-2, Equal Low Bids. This provision applies to solicitations when contracting by sealed bidding and the contract is for supplies to be delivered or services to be performed in the United States or its outlying areas, or when the contracting officer has applied part 19 in accordance with 19.000(b)(1)(ii).

(xiv) 52.222-22, Previous Contracts and Compliance Reports. This provision applies to solicitations that include the clause at 52.222-26, Equal Opportunity.

(xv) 52.222-25, Affirmative Action Compliance. This provision applies to solicitations, other than those for construction, when the solicitation includes the clause at 52.222-26, Equal Opportunity.

(xvi) 52.222-38, Compliance with Veterans' Employment Reporting Requirements. This provision applies to solicitations when it is anticipated the contract award will exceed the simplified acquisition threshold and the contract is not for acquisition of commercial products or commercial services.

(xvii) 52.223-1, Biobased Product Certification. This provision applies to solicitations that require the delivery or specify the use of USDA-designated items; or include the clause at 52.223-2, Affirmative Procurement of Biobased Products Under Service and Construction Contracts.

(xviii) 52.223-4, Recovered Material Certification. This provision applies to solicitations that are for, or specify the use of, EPA-designated items.

(xix) 52.223-22, Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation. This provision applies to solicitations that include the clause at 52.204-7.)

(xx) 52.225-2, Buy American Certificate. This provision applies to solicitations containing the clause at 52.225-1.

(xxi) 52.225-4, Buy American-Free Trade Agreements-Israeli Trade Act Certificate. (Basic, Alternates II and III.) This provision applies to solicitations containing the clause at 52.225-3.

(A) If the acquisition value is less than $50,000, the basic provision applies.

(B) If the acquisition value is $50,000 or more but is less than $92,319, the provision with its Alternate II applies.

(C) If the acquisition value is $92,319 or more but is less than $100,000, the provision with its Alternate III applies.

(xxii) 52.225-6, Trade Agreements Certificate. This provision applies to solicitations containing the clause at 52.225-5.

(xxiii) 52.225-20, Prohibition on Conducting Restricted Business Operations in Sudan-Certification. This provision applies to all solicitations.

(xxiv) 52.225-25, Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-Representation and Certifications. This provision applies to all solicitations.

(xxv) 52.226-2, Historically Black College or University and Minority Institution Representation. This provision applies to solicitations for research, studies, supplies, or services of the type normally acquired from higher educational institutions.

(2) The following representations or certifications are applicable as indicated by the Contracting Officer:

[Contracting Officer check as appropriate.]

[ ] (i) 52.204-17, Ownership or Control of Offeror.

[ ] (ii) 52.204-20, Predecessor of Offeror.

[ ] (iii) 52.222-18, Certification Regarding Knowledge of Child Labor for Listed End Products.

[ ] (iv) 52.222-48, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification.

[ ] (v) 52.222-52, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification.

[ ] (vi) 52.223-9, with its Alternate I, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Alternate I only).

[ ] (vii) 52.227-6, Royalty Information.

    [ ] (A) Basic.

    [ ] (B) Alternate I.

[ ] (viii) 52.227-15, Representation of Limited Rights Data and Restricted Computer Software.

(d) The Offeror has completed the annual representations and certifications electronically in SAM accessed through *https://www.sam.gov*. After reviewing the SAM information, the Offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitation as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [*offeror to insert changes, identifying change by clause number, title, date*]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

(End of provision)

**52.209-7 Information Regarding Responsibility Matters. (OCT 2018)**

(a) *Definitions*. As used in this provision-

*Administrative proceeding* means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (e.g., Securities and Exchange Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

*Federal contracts and grants with total value greater than $10,000,000* means-

(1) The total value of all current, active contracts and grants, including all priced options; and

(2) The total value of all current, active orders including all priced options under indefinite-delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

*Principal* means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

(b) The offeror [ ] has [ ] does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c) If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current, accurate, and complete as of the date of submission of this offer with regard to the following information:

(1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:

(i) In a criminal proceeding, a conviction.

(ii) In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.

(iii) In an administrative proceeding, a finding of fault and liability that results in-

(A) The payment of a monetary fine or penalty of $5,000 or more; or

(B) The payment of a reimbursement, restitution, or damages in excess of $100,000.

(iv) In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.

(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.

(d) The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the System for Award Management, which can be accessed via *https://www.sam.gov* (see 52.204-7).

(End of provision)

**52.212-2 Evaluation - Commercial Products and Commercial Services. (NOV 2021)**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

[ ]

(Contracting Officer shall insert the significant evaluation factors, such as (i) technical capability of the item offered to meet the Government requirement; (ii) price; (iii) past performance (see FAR 15.304); and include them in the relative order of importance of the evaluation factors, such as in descending order of importance.)

Technical and past performance, when combined, are [ ] (Contracting Officer state, in accordance with FAR 15.304, the relative importance of all other evaluation factors, when combined, when compared to price.)

(b) *Options*. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

(End of provision)

**52.217-8 Option To Extend Services. (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 10 days before the end of the current period of performance.

(End of clause)

**52.217-9 Option To Extend the Term of the Contract. (MAR 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within 10 days before the end of the current performance period; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 10days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.

(End of clause)

**52.233-2 Service of Protest. (SEP 2006)**

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from TBD.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

**52.252-1 Solicitation Provisions Incorporated by Reference. (FEB 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): https://www.acquisition.gov/browse/index/far

(End of provision)

**DOL 2012-01 ORGANIZATIONAL CONFLICT OF INTEREST CLAUSE - OCI-1 EXCLUSION FROM FUTURE AGENCY CONTRACTS (DECEMBER 2012)**

ORGANIZATIONAL CONFLICT OF INTEREST

OCI-1 Exclusion from Future Agency Contracts (DECEMBER 2012)

This clause supplements the FAR provisions on organizational conflicts of interest, located at FAR subpart 9.500 and should be read in conjunction with these provisions. To the extent there is any inconsistency or confusion between the two provisions, the FAR provision controls.

(a) Work under this contract may create a future organizational conflict of interest (OCI) that could prohibit the Contractor from competing for, or being awarded, future Government contracts.

The following examples illustrate situations in which organizational conflicts of interest may arise. They are not all inclusive, but will be used by the Contracting Officer as general guidance in individual

contract situations:

(1) Unequal Access to Information. The performance of this contract may provide access to "nonpublic information," which could provide the contractor an unfair competitive advantage in later solicitations or competitions for other DOL contracts. Such an advantage could be perceived as unfair by a competing vendor who is not given similar access to the same nonpublic information that is related to the future procurement action. If you, as a contractor, in performing this contract, obtain nonpublic information that is relevant to a future procurement action, you may be required to submit and negotiate an acceptable mitigation plan prior to being deemed eligible to compete on the future action. Alternatively, the "nonpublic information" may be provided to all offerors.

(2) Biased Ground Rules. Your contract with DOL may have, in some fashion, established important "ground rules" for another DOL procurement in which you may desire to be a competitor. For example, this contract may involve you drafting the statement of work, specifications, or evaluation criteria for a future DOL procurement. The primary concern, in any such situation, is that any such firm could skew the competition, whether intentionally or not, or be perceived as having

skewed the competition, in its own favor. If the requirements of this DOL contract anticipate the contractor may be placed in a position to establish important ground rules, including but not limited to those described herein, the contractor may be precluded from competing in the related action or, if possible, may be required to submit and negotiate an acceptable mitigation plan.

(3) Impaired Objectivity. The performance of this contract may result in the contractor being placed in a situation where it is able, or required, to provide assessment and evaluation findings concerning itself, another business division, a subsidiary or affiliate, or other entity with which it has a significant financial relationship. The concern in this

case is that the contractor's ability to render impartial advice to DOL could appear to be undermined by the contractor's financial or other business relationship to the entity whose work product is being assessed or evaluated. In these situations, a "walling off" of lines of communication between entities or divisions may be acceptable, but it also may not be sufficient to remove the perception that the objectivity of the contractor has been tainted. If the requirements of the DOL procurement indicate that a contractor may be placed in a position to

provide evaluations and assessments of itself or other entities with which it has a significant financial relationship, the affected contractor should notify DOL immediately. The contractor may also be required to provide a mitigation plan that includes recusal by the contractor from one of the affected contracts. Such recusal might include divestiture of the work to a third party.

(b) In order to prevent a future OCI of any kind, the Contractor shall be subject to the following restrictions:

(1) The Contractor may be excluded from competition for, or award of, any government contracts as to which, in the course of performing another contract, the Contractor has received nonpublic and competitively relevant information before such information has been made generally available to other persons or firms.

(2) The Contractor may be excluded from competition for, or award of, any government contract for which the contractor actually assisted or participated in the development of specifications or statements of work.

(3) The Contractor may be excluded from competition for or award of, any government contract which calls for it to evaluate itself, any affiliate, or any products or services produced or performed thereby.

(4) The Contractor may be excluded from competition for, or award of, any government contract calling for the production or performance of any product or service for which the Contractor participated in the development of requirements or definitions pursuant to another contract.

(c) This clause shall not exclude the Contractor from performing work under any modification to this contract or from competing for award of any future contract for work that is the same or similar to work performed under this contract, so long as the conditions above are not present. This clause does not prohibit an incumbent from competing on a follow-on competition but the Contracting Officer may require a mitigation plan or other steps as needed to ensure that there has not

been an unequal access to nonpublic competitively sensitive

information.

(d) The term "contractor" as used in this clause, includes any person, firm or corporation that owns or controls, or is owned or controlled by, the contractor. The term also includes the corporate officers of the contractor.

(e) The agency may in its sole discretion, waive any provisions of this clause if deemed in the best interest of the Government. The exclusions contained in this clause shall apply for the duration of this contract and for three (3) years after completion and acceptance of all work performed hereunder, or such other period as the Contracting Officer shall direct.

(f) If any provision of this clause excludes the Contractor from

competition for, or award of any contract, the Contractor shall not be permitted to serve as a subcontractor, at any tier, on such contract.

This clause shall be incorporated into any subcontracts or consultant agreements awarded under this contract unless the Contracting Officer determines otherwise.

(End of Clause)

### DOL 2020-01 Contractor Personnel Telework (October 2021)

A. Prescription/Applicability

Contracting Officers shall insert this clause in all solicitations and awards for services, including construction.

B. Definitions

"Telework" means a work arrangement that allows contractor personnel to perform contract work, at an approved alternative worksite (e.g., home, telework center, remote site, etc.)

"United States" means the fifty states, the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, and the United States Virgin Islands.

C. Requirements

Contractor Personnel Telework:

1. Telework for contractor personnel may be authorized on an ad-hoc or routine basis, at the discretion of the Government, in accordance with the contract action terms and conditions, coordination between the contracting officer's representative (COR), the contractor's company point of contact, and written approval by the COR. All telework for contractor personnel is authorized at the discretion of the Government.

2. When authorized to telework, the following shall apply:

a. Contractor personnel authorized to telework within the United States will be provided the Department of Labor (DOL) equipment for secure, authenticated access. No other equipment is authorized for use when teleworking.

b. Contractor personnel must employ appropriate safeguards and comply with all applicable DOL and Federal policies, specification/requirements, and procedures related to security, network, data, communications, and Personally Identifiable Information.

c. Contractor personnel shall not telework from an alternate worksite outside of the United States without prior written approval from the COR.

d. Contractor personnel shall be responsible for obtaining internet connectivity or/and other utilities related to telework.

e. The Government shall not provide or reimburse the contractor for internet connectivity or/and other utilities related to telework.

3. Contractors Teleworking in Foreign Locations

a. Contractor personnel conducting official U.S. Government business in foreign locations are subject to the Department of State's (DoS) Chief of Mission (COM) authority.

b. Contractor personnel have no authorization to telework from a foreign location without an approval from the DoS COM.

c. Contractor personnel presence at an overseas post must be pre-approved via a National Security Decision process that includes DoS Country Clearances (eCC).

d. If approved for travel, contractor personnel requesting to telework overseas may be required to successfully complete one of two required DoS training courses (which may have costs associated). If approved to telework overseas for 90 days or less, the contractor may be required to successfully complete the DoS Counter Threat Awareness Training; if approved to telework overseas for 91 or more cumulative days in a calendar year, the contractor applicant may be required to successfully complete the DoS Foreign Affairs Counter Threat (FACT) Training. Visit https://fsitraining.state.gov/ for additional information.

(End of clause)

**DOL 2019-03 Submission of Invoices (August 2019)**

A. Applicability

Contracting Officers shall insert this clause in all solicitations and awards. For existing awards, the Contracting Officer will determine whether the contract action should be modified to incorporate the clause.

B. Definitions

None

C. Requirements

1. Electronic Invoice Submittal

Invoices for the services/goods provided under this award shall be submitted through the Department of Treasury's Invoice Processing Platform (IPP) or through the Department of Labor (DOL) Quickpay email system, as directed by the Contracting Officer. IPP is a Federal Government owned and operated website accessible to contractors free of charge. Information about IPP, including enrollment instructions, are available and should be obtained by the enrolled contractors directly from

the Department of Treasury after award at, https:www.ipp.gov.

a. The following instructions apply to Invoices submitted through IPP.Gov or the DOLQuickpay email system:

IPP invoice attachments SHALL NOT exceed the size limit of 10

megabytes (MB) each. However, you may submit multiple attachments of less than 10MB each with the invoices.

(i) DO NOT submit an invoice or attachment that uses shading or color.

A) An emailed Portable Document Format (PDF) image cannot have any text that has a background with any color other than white. If the image has a shaded background, it will be converted to black, and the text will be illegible.

B) An emailed Tagged Image File Format (TIFF) image must be black and white.

(ii) Quickpay users SHALL: provide a copy of the invoice and any attachments via email to the Contracting Officer's Representative (COR, at the address specified in the contract.

(iii) Quickpay users SHALL NOT: submit more than one attachment per invoice and the attachment shall not exceed 10MB. Any additional attachments will not be recognized.

(iv) DO NOT submit more than one invoice at a time.

(v) DO NOT attempt to use the "Recall or Resend" email message feature.

b. Electronic invoices shall be in PDF or TIFF format.

II. Paper Invoices shall be submitted via fax or U.S. mail Paper invoices may be sent vial fax to: (202) 693-2862. Mail paper invoices to:

U.S. Department of Labor

Office of Financial Management Operations Division of Client Accounting

Services Room S-5526

200 Constitution Avenue, N.W. Washington, DC 20210

III. General Information

Payment due date is to be calculated from the date the invoice is received in accordance with FAR 32.905 and the instructions above.

Inquiries regarding invoices must be emailed to

OCFOinvoiceinquiries@dol.gov. The relevant invoice must be attached to the inquiry email and the subject line of the email must state "INQUIRY", as shown in the following example:

INQUIRY: Contractor Name, DOL Agency, Contract Number, BPA Call or Order Number, Invoice Number, Invoice Amount

The contractor SHALL NOT use the DOL electronic invoicing email address for inquiries about any invoice.

Questions

All questions regarding Electronic Invoicing shall be sent to the DOL Office of the Chief Financial Officer (OCFO) at

OCFOinvoiceinquiries@dol.gov .

**DOL 2019-02 Access to Contractor Business Systems (April 2019)**

A. Applicability

Contracting Officers shall insert this clause in all solicitations and contract actions that include covered contractor systems owned, or operated by or for a contractor.

B. Definitions

¿Covered contractor systems¿ means a system that is owned, or operated by or for a contractor that processes, stores, or transmits Federal information.

C. Requirements

The Contractor shall, upon request, provide to the government, access to covered contractor systems associated with the execution and performance of this requirement to meet audits, reviews, security requirements, and Office of Inspector General requests.

End of Clause

**DOL 2019-01 SECTION 508 REQUIREMENTS (JAN 2019)**

A. Applicability

Contracting Officers shall insert this clause in all new solicitations and awards for the acquisition of Information and Communication Technology (ICT) to be used by the Department of Labor (DOL).

B. Definitions

'Information and Communication Technology' is defined as any

information technology, and other equipment, systems, technologies, or processes, for which the principal function is the creation, manipulation, conversion, duplication, automatic acquisition, storage, display, receipt or transmission, of electronic data and information, as well as any

associated content. Examples of ICT include, but are not limited to:

Computers and peripheral equipment; information kiosks and

transaction machines; telecommunications equipment; customer premises equipment; multifunction office machines; software; applications; Web sites; videos; and electronic documents.

C. Requirements

Section 508 of the Rehabilitation Act, as amended (29 U.S.C. 794d), applies to Federal Agencies, and the Contractors providing support on behalf of an Agency. The Contractor is required to provide Section 508 compliant systems and components of ICT when Federal agencies develop, procure, maintain, or use ICT. The Contractor shall ensure that its system and components allow Federal employees and

members of the public with disabilities access to, and use of,

information and data that is comparable to the access afforded Federal employees and members of the public without disabilities. Products, platforms and services delivered as part of this contract action that are ICT, or contain ICT, shall conform to the Revised Section 508 Standards, which are located at 36 C.F.R.1194.1 & Apps. A, C & D.

1. Requirements by service / contract type are as follows:

a. Custom ICT Development Services: When the Contractor

provides custom ICT development services and/or Commercially Available Off-the-Shelf (COTS) products, pursuant to the requirements, the Contractor shall ensure the ICT fully conforms to the applicable Revised Section 508 Standards prior to delivery and before final

acceptance.

b. Installation, Configuration & Integration Services: When the Contractor provides installation, configuration or integration services for equipment or software pursuant to the requirement, the Contractor shall not install, configure or integrate the equipment or software in a way that reduces the level of conformance with the applicable Revised Section 508 Standards.

c. Maintenance Upgrades & Replacements: The Contractor shall ensure maintenance upgrades, substitutions, and replacements to equipment and software pursuant to this award do not reduce the approved level of conformance with the applicable Revised Section 508 Standards at the time of award. Additionally, an updated Accessibility Conformance Report (ACR) shall be submitted for each ICT Item, and shall be completed according to the instructions provided

by the Industry Technology Industry Council (ITIC), in order to be considered for each option year exercise.

d. Service Personnel: The Contractor shall ensure that contractor personnel providing support are DHS Trusted Tester or have an equivalency of the knowledge, skills, and ability necessary to address the applicable Revised Section 508 Standards defined in the requirement, and shall provide conformant Section 508 supporting documentation upon request.

e. Hosting Services: The Contractor shall not implement hosting services in a manner that reduces the existing level of conformance of the electronic content with applicable Revised Section 508 Standards, when providing hosting services for electronic content to the agency. Throughout the life of the award, the agency reserves the right to perform Independent Third-Party testing on a vendor or Contractor's hosted solution to verify conformance.

2. Validation for ICT Items: The Contractor shall test and validate the ICT solution for conformance to the Revised Section 508 Standards, in accordance with the required testing methods and provide test results to verify conformance of the Voluntary Product Assessment Template (VPAT).

a. For web and software, WCAG 2.0 Level AA or WCAG 2.1

Conformance Test Results shall be based on the Accessibility Tests for Software and Web, Harmonized Testing Process for Section 508 Compliance.

b. For Microsoft Office and PDF documents, WCAG 2.0 Level AA or WCAG 2.1 Conformance test results shall be based on the Harmonized Testing Guidance from the AED ACOP. c. For ICT Items that are not electronic content, the Contractor shall validate conformance to the applicable Revised Section 508 Standards using a defined testing process. The Contractor shall describe test process and provide the testing results to the agency.

3. Conformance Reporting: For ICT items that are developed,

updated, or configured for the agency, and when product substitutions are offered:

a. Before acceptance, the Contractor shall provide an ACR for each ICT item that is developed, updated, configured for the agency, and when product substitutions are offered. The ACR should be based on the most recent version of the VPAT provided by the Industry Technology Industry Council (ITIC) at

https://www.itic.org/policy/accessibility/vpat. An ACR shall be submitted for each ICT Item, and shall be completed according to the instructions provided by ITIC to be considered for acceptance.

b. Before acceptance, when the Contractor is required to perform testing to validate conformance to the agency's accessibility requirements, the vendor shall provide a Supplemental Accessibility Report (SAR) that contains the following information:

i. Accessibility test results based on the required test methods

ii. Documentation of features provided to help achieve accessibility and usability for people with disabilities.

iii. Documentation of core functions that cannot be accessed by persons with disabilities.

iv. Documentation on how to configure and install the ICT item to support accessibility.

v. When an ICT item is an authoring tool that generates content (including documents, reports, videos, multimedia productions, web content, etc.), provide information on how the ICT item enables the creation of accessible electronic content that conforms to the Revised Section 508 Standards, including the range of accessible user interface elements the tool can create.

vi. Before final acceptance, the Contractor shall provide a fully

working demonstration of the completed ICT Item to demonstrate conformance to the agency's accessibility requirements. The demonstration shall expose where such conformance is and is not achieved.

c. At any time, DOL reserves the right to perform Independent Third-Party testing to validate the ICT solution provided by the Contractor, conforms to the applicable Revised Section 508 Standards.

4. Non-Compliance: Before final acceptance of any ICT item,

including updates and replacements, DOL shall determine that the furnished ICT item is in compliance with applicable requirements. If the furnished ICT item is determined to be non-compliant, the Contracting Officer shall notify the Contractor of this determination, within 15 business days of determination of non-compliance. The Contractor shall, at no cost to DOL, repair or replace the non-compliant products or services within the period specified by the Contracting Officer, or show evidence that as a reseller, it is actively working with the contractor to make the product compliant.

The Contracting Officer makes the final decision to accept or not accept a Contractor's ICT item that does not meet the stated Section 508 Standards. Where DOL determines that conformance to requirements of the Revised Section 508 Standards would impose an undue burden or would result in a fundamental alteration in the nature of the ICT, conformance shall be required only to the extent that it does not impose an undue burden, or result in a fundamental alteration in

the nature of the ICT. Where ICT conforming to one or more

requirements in the Revised Section 508 Standards is not

commercially available, DOL shall procure the ICT that best meets the Revised Section 508 Standards consistent with the DOL's business needs. In such cases, the Contractor shall provide alternative means of access that will enable people with disabilities to use the product being procured.

Additional information about Section 508 accessibility standards is located at https://www.section508.gov/

Additional information on creating accessible documents is available at https://www.hhs.gov/web/section-508/making-files-

accessible/index.html

**DOL 2018-03 RECORDS MANAGEMENT REQUIREMENTS (AUGUST 2018)**

A. Applicability

The Contracting Officer shall insert this clause in all solicitations and awards in which the Contractor creates, works with, or otherwise handles Federal records, as defined in Section B, regardless of the medium in which the record exists.

B. Definitions

"Federal record" as defined in 44 U.S.C. 3301, includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them.

The term Federal record:

1. Includes Department of Labor (DOL) records.

2. Does not include personal materials.

3. Applies to records created, received, or maintained by Contractors pursuant to their DOL contract.

4. May include deliverables and documentation associated with deliverables.

C. Requirements

1. Contractor shall comply with all applicable records management laws and regulations, as well as National Archives and Records Administration (NARA) records policies, including but not limited to the Federal Records Act (44 U.S.C. chs. 21, 29, 31, 33), NARA regulations at 36 CFR Chapter XII Subchapter B, and those policies associated with the safeguarding of records covered by the Privacy Act of 1974 (5 U.S.C. 552a). These policies include the preservation of all records, regardless of form or characteristics, mode of transmission, or state of completion.

2. In accordance with 36 CFR 1222.32(b), all data created for Government use and delivered to, or falling under the legal control of, the Government are Federal records subject to the provisions of 44 U.S.C. chapters 21, 29, 31, and 33, the Freedom of Information Act (FOIA) (5 U.S.C. 552), as amended, and the Privacy Act of 1974 (5 U.S.C. 552a), as amended and must be managed and scheduled for disposition only as permitted by statute or regulation.

3. In accordance with 36 CFR 1222.32, Contractor shall maintain all records created for Government use or created in the course of performing the contract and/or delivered to, or under the legal control of the Government and must be managed in accordance with Federal law. Electronic records and associated metadata must be accompanied by sufficient technical documentation to permit understanding and use of the records and data.

4. DOL and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Records may not be removed from the legal custody of DOL or destroyed except for in accordance with the provisions of the applicable agency schedules and with the written concurrence of the Head of the Contracting Activity in consultation with the Agency Records Officer. Willful and unlawful destruction, removal, damage or alienation of Federal records is subject to the fines and

penalties imposed by 18 U.S.C. 2701. In the event of any unlawful or accidental removal, defacing, alteration, or destruction of records, Contractor must report to DOL. The agency must report the incident directly to their Agency Records Officer. The Agency Records Officer will engage the Departmental Records Officer who will follow procedures promptly to NARA in accordance with 36 CFR 1230.

5. The Contractor shall immediately notify the appropriate Contracting Officer upon discovery of any inadvertent or unauthorized disclosures of information, data, documentary materials, records or equipment. Disclosure of non-public information is limited to authorized personnel with a need-to-know as described in the contract. The Contractor shall ensure that the appropriate personnel, administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, documentary material, records and/or equipment is properly protected. The Contractor shall not remove material from Government facilities or systems, or facilities or systems operated or maintained on the Government's behalf, without the express written permission of the Head of the Contracting Activity. When information, data, documentary material, records and/or equipment is no longer required, it shall be returned to DOL's control or the Contractor must hold it until otherwise directed. Items returned to the Government shall be hand carried, mailed, emailed, or securely electronically transmitted to the Contracting Officer or address prescribed in the contract. Destruction of records is EXPRESSLY PROHIBITED unless in accordance with Paragraph (4).

6. The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (sub-contractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under, or relating to, contracts. The Contractor (and any sub-contractor) is required to abide by Government and DOL guidance for protecting sensitive, proprietary information, classified, and controlled unclassified information.

7. The Contractor shall only use Government IT equipment for purposes specifically tied to or authorized by the contract and in accordance with DOL policy.

8. The Contractor shall not create or maintain any records containing any non-public DOL information that are not specifically tied to or authorized by the contract.

9. The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974 or that which is generally protected from public disclosure by an exemption to the Freedom of Information Act.

10. [Insert the following if no other data rights clause has been included in the contract] The DOL owns the rights to all data and records produced as part of this contract. All deliverables under the contract are the property of the U.S. Government for which DOL shall have unlimited rights to use, dispose of, or disclose such data contained therein as it determines to be in the public interest. Any Contractor rights in the data or deliverables must be identified as required by FAR 52.227-11 through FAR 52.227-20.

11. Training. All Contractor employees assigned to this contract who create, work with, or otherwise handle records are required to take the annual mandatory records management training, which will be provided by DOL, as directed by the Contracting Officer's Representative (COR). The training shall be completed in a timeframe specified by the COR. The Contractor is responsible for confirming training has been completed according to agency policies, including initial training and any annual or refresher training.

D. Flowdown of requirements to subcontractors

1. The Contractor shall incorporate the substance of this clause, its terms and requirements including this paragraph, in all subcontracts under this contract and require written subcontractor acknowledgment of same.

2. Violation by a subcontractor of any provision set forth in this clause will be attributed to the Contractor.

**DOL 2018-02 DOL MANDATORY TRAINING REQUIREMENTS FOR CONTRACTOR EMPLOYEES (AUGUST 2018)**

A. Applicability

Contracting Officers shall insert this clause in all solicitations and awards for services, including construction.

B. Definitions

None

C. Requirements

(1) Where required and applicable, contractor employees, including employees of subcontractors at any tier, shall complete any DOL designated and hosted training, that the Contracting Officer's Representative (COR) identifies as mandatory. Training shall be completed in a timeframe specified by the COR.

(2) Time spent on training shall be counted as regular hours worked.

D. Flowdown of requirements to subcontractors

(1) The Contractor shall ensure this clause is incorporated in all subcontracts, at any tier.

(End of Clause)

## DOLAR 2952.201-70 CONTRACTING OFFICER'S REPRESENTATIVE (COR) CLAUSE

(a) A Contracting Officer's Representative (COR) will be delegated upon award. A copy of the delegation memorandum will be provided to the COR and a delegation letter sent to the vendor.

(b) The COR is responsible, as applicable, for receiving all deliverables; inspecting and accepting the supplies or services provided hereunder in accordance with the terms and conditions of this contract; providing direction to the contractor which clarifies the contract effort, fills in details or otherwise serves to accomplish the contractual scope of work; evaluating performance; and certifying all invoices/vouchers for

acceptance of the supplies or services furnished for payment.

(c) The COR does not have the authority to alter the contractor's obligations under the contract, and/or modify any of the expressed terms, conditions, specifications, or cost of the agreement. If, as a result of technical discussions, it is desirable to alter/change contractual obligations or the scope of work, the contracting officer must issue such changes.

(End Clause)

## DOL 2012-02 CONTRACTOR'S OBLIGATION TO NOTIFY THE CONTRACTING OFFICER OF A REQUEST TO CHANGE THE CONTRACT SCOPE (CONTRACTOR'S OBLIGATION CLAUSE)

"(a) Except for changes identified in writing and signed by the Contracting Officer, the Contractor is required to notify, within five working days of receipt or knowledge, any request for changes to this contract (including actions, inactions, and written or oral communications) that the Contractor regards as exceeding the scope of the contract. On the basis of the most accurate information available to the Contractor, the notice shall state:

(1) The date, nature, and circumstances of the conduct regarded as a change in scope;

(2) The name, function, and activity of each Government individual and Contractor official or employee involved in, or knowledgeable about, such conduct;

(3) The identification of any documents and substance of any oral communication involved in such conduct;

(b) Following submission of this notice, the Contractor shall continue performance in accordance with the contract terms and conditions, unless notified otherwise by the Contracting Officer.

(c) The Contracting Officer shall promptly, within 5 business days after receipt of notice from the Contractor, respond to the notice in writing. In responding, the Contracting Officer shall either:

(1) Confirm that the Contractor's notice identifies a change in the scope of the contract and directs the Contractor to stop work, completely or in part, in accordance with the Stop Work provisions of the contract;

(2) Deny that the Contractor's notice identifies a change in scope and instruct the Contractor to continue performance under the contract; or

(3) In the event the Contractor's notice does not provide sufficient information to make a decision, advise the Contractor what additional information is required, and establish the date by which it should be furnished and the date thereafter by which the Government will respond.

(End of clause)

**DOL 2014-04 LIMITATION OF GOVERNMENT'S OBLIGATION (LoGO) - (JULY 2014)**

(a) Contract line item(s) ($ to be determined at the exercise of each option) through ($ to be determined at the exercise of each option) are incrementally funded. For these item(s), the sum of ($ to be determined at the exercise of each option) of the total price is presently available for payment and allotted to this contract. An allotment schedule is set forth in paragraph (j) of this clause.

(b) For item(s) identified in paragraph (a) of this clause, the Contractor agrees to perform up to the point at which the total amount payable by the Government, including reimbursement in the event of termination of those item(s) for the Government's convenience, approximates the total amount currently allotted to the contract. The Contractor is not authorized to continue work on those item(s) beyond that point. The Government will not be obligated in any event to reimburse the Contractor in excess of the amount allotted to the contract for those item(s) regardless of anything to the contrary in the clause entitled "Termination for Convenience of the Government." As used in this clause, the total amount payable by the Government in the event of termination of applicable contract line item(s) for convenience includes costs, profit, and estimated termination settlement costs for those item(s).

(c) Notwithstanding the dates specified in the allotment schedule in paragraph (j) of this clause, the Contractor will notify the Contracting Officer in writing at least thirty days prior to the date when, in the Contractor's best judgment, the work will reach the point at which the total amount payable by the Government, including any cost for termination for convenience, will approximate 80 percent of the total amount presently allotted to the contract for performance of the applicable item(s). The notification will state (1) the estimated date when that point will be reached and (2) an estimate of additional funding, if any, needed to continue performance of applicable line items up to the next scheduled date for allotment of funds identified in paragraph (j) of this clause, or to a mutually agreed upon substitute date. The notification will also advise the Contracting Officer of the estimated amount of additional funds that will be required for the timely performance of the item(s) funded pursuant to this clause, for a subsequent period as may be specified in the allotment schedule in paragraph (j) of this clause or otherwise agreed to by the parties. If after such notification additional funds are not allotted by the date identified in the Contractor's notification, or by an agreed substitute date, the Contracting Officer will terminate any item(s) for which additional funds have not been allotted, pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(d) When additional funds are allotted for continued performance of the contract line item(s) identified in paragraph (a) of this clause, the parties will agree as to the period of contract performance which will be covered by the funds. The provisions of paragraphs (b) through (d) of this clause will apply in like manner to the additional allotted funds and agreed substitute date, and the contract will be modified accordingly.

(e) If, solely by reason of failure of the Government to allot additional funds, by the dates indicated below, in amounts sufficient for timely performance of the contract line item(s) identified in paragraph (a) of this clause, the Contractor incurs additional costs or is delayed in the performance of the work under this contract and if additional funds are allotted, an equitable adjustment will be made in the price or prices (including appropriate target, billing, and ceiling prices where applicable) of the item(s), or in the time of delivery, or both. Failure to agree to any such equitable adjustment hereunder will be a dispute concerning a question of fact within the meaning of the clause entitled "Disputes." In no event shall the equitable adjustment be more than the contract line item(s) price(s) in question.

(f) The Government may at any time prior to termination allot additional funds for the performance of the contract line item(s) identified in paragraph (a) of this clause.

(g) The termination provisions of this clause do not limit the rights of the Government under the clause entitled "Default." The provisions of this clause are limited to the work and allotment of funds for the contract line item(s) set forth in paragraph (a) of this clause. This clause no longer applies once the contract is fully funded except with regard to the rights or obligations of the parties concerning equitable adjustments negotiated under paragraphs (d) and (e) of this clause.

(h) Nothing in this clause affects the right of the Government to terminate this contract pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(i) Nothing in this clause shall be construed as authorization of voluntary services whose acceptance is otherwise prohibited under 31 U.S.C. 1342.

(j) The parties contemplate that the Government will allot funds to this contract in accordance with the following schedule:

On execution of contract $ _____*

(month) (day), (year) $ _____ *

(month) (day), (year) $ _____ *

(month) (day), (year) $ _____ *

* To be inserted after negotiation.

(End of clause)

ALTERNATE I (JULY 2014).

If only one line item will be incrementally funded, substitute the following paragraph (a) for paragraph (a) of the basic clause:

(a) Contract line item _____ is incrementally funded. The sum of $ * is presently available for payment and allotted to this contract. An allotment schedule is contained in paragraph (j) of this clause.

* To be inserted after negotiation.

**DOL 2014-02 EMERGENCY CONTINUATION OF ESSENTIAL SERVICES**

CLAUSE

Emergency Continuation of Essential Services

a) Essential Services. The Department of Labor has identified certain services under this agreement (contract, BPA, BOA, task/delivery order or other vehicle, hereinafter "requirement") as being essential to the Department's missions and operations. Such essential services must continue to be performed, even if an event occurs (or is threatened to occur) that would disrupt or interfere with operations at, or access to, facilities where services ordinarily take place. Such an event may include, but is not limited to, emergencies that may be natural (e.g., earthquake, flood, hurricane, tornado, public health emergencies including pandemic influenza), man-made (e.g., civil unrest, chemical spill, cyber or terrorist threats or attacks), or technological (e.g., building fire, utility outage), and which may affect one or more facilities or locations, including federal facilities, where the Contractor normally performs services hereunder.

b) Contingency Plans. Unless already included in the requirement, within 30 days of the commencement of performance (or the bi-lateral incorporation of this clause), the Contractor shall submit the following contingency plans to the Contracting Officer (CO) and the Contracting Officer's Representative (COR):

1) A contingency plan to continue performance off-site for a period of between one and thirty days; and

2) A contingency plan to continue performance off-site for more than thirty days, until the event described above is resolved.

Such contingency plans will become an obligation of the Contractor under the requirement.

c) Contents of the Contingency Plans. The contingency plans referenced in paragraph (b) above shall, at a minimum, address:

1) How the Contractor plans to continue performance of essential services for the duration of an event, including identifying and securing suitable off-site workplaces, personnel, and resources;

2) The Contractor's use of off-site facilities, including allowing its essential personnel to work from an alternative site or other remote locations to perform essential services;

3) Alert and notification procedures for mobilizing and communicating with the Department and with essential personnel, and for communicating expectations to its personnel regarding their roles and responsibilities during the event;

4) A list of telephone numbers and email addresses (with alternates if available) for all managers currently performing under the requirement; and

5) Processes and requirements for the identification, training, and preparedness of essential personnel who would be capable of relocating to alternate facilities or performing work from home.

d) Approval of the Contingency Plans. The CO, in consultation as appropriate with the COR, shall review both contingency plans within 14 days of receipt, or as agreed, and shall either accept them or advise the Contractor of any reason for disapproval. If either plan is not accepted by the CO, the Contractor shall resubmit a revised plan within 7 days, or as agreed.

e) Activation of a Contingency Plan. The Agency Head, CO, COR, or other authorized agency official, may activate the Contractor's Contingency Plan by notifying the Contractor either orally or in writing. In the event of an oral instruction, a written confirmation of the activation will follow shortly after the resumption of normal activities. Once a contingency plan has been activated, services hereunder shall continue without delay or interruption, notwithstanding the "Excusable Delay" Clause, or any other provision of the contract (or requirement if this contract vehicle is BPA, BOA, or similar vehicle).

f) Failure to Execute a Plan. In the event the Contractor is unable or unwilling to perform the essential services identified under the requirement, as determined by the Department in its sole discretion, the Department reserves the right, in addition to any other right it may have, to use federal employees or other contract support, either from existing contracts or new contracts, to continue those critical services. The Department may view the Contractor's failure to implement the Contingency Plan as not performing a contractual requirement and reserves all rights to seek remedies associated with any such nonperformance. Any new contracting efforts would be conducted in accordance with the Federal Acquisition Regulation, OFPP's January 14, 2011 Emergency Acquisition Guide, or any other subsequent emergency guidance that may be issued.

(End of Clause)

## DOL 2018-01 PRIVACY BREACH NOTIFICATION REQUIREMENTS - (APRIL 2018)

A. Applicability

Contracting Officers shall insert this clause in all solicitations and contract actions except solicitations and contract actions that are solely for the acquisition of commercially available off-the-shelf (COTS) items.

B. Definitions

"Breach" is defined as the loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or any similar occurrence where--

(1) A person other than an authorized user accesses or potentially accesses Personally Identifiable Information (PII); or

(2) An authorized user accesses or potentially accesses PII for an unauthorized purpose.

"Information" is defined as any communication or representation of knowledge such as facts, data, or opinions in any medium or form, including textual, numerical, graphic, cartographic, narrative, electronic, or audiovisual forms (See Office of Management and Budget (OMB) Circular No. A-130, Managing Federal Information as a Strategic Resource).

"Information System" is defined as a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

"Personally Identifiable Information" is defined as information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular No. A-130, Managing Federal Information as a Strategic Resource).

C. Requirements

(a) Contractors and subcontractors who collects or maintains Federal information on behalf of the agency, or uses or operates an information system on behalf of the agency, shall comply with Federal law e.g., FISMA 2014, E-Government Act and the Privacy Act. Additionally, the Contractor shall meet OMB directives and National Institute of Standards and Technology Standards to ensure processing of PII is adequately managed.

(b) The contractor shall:

- Properly encrypt PII in accordance with appropriate laws, regulations, directives, standards or guidelines;

- Report to DOL any suspected or confirmed breach in any medium or form, including paper, oral, and electronic within one hour of discovery;

- Cooperate with and exchange information with DOL (Contracting Officer and Contracting Officer's Representative) as well as allow for an inspection, investigation, forensic analysis, as determined necessary by the DOL, in order to effectively report and manage a suspected or confirmed breach;

- Maintain capabilities to determine what DOL information was or could have been compromised and by whom, construct a timeline of user activity, determine methods and techniques used to access Federal information, and identify the initial attack vector;

- Ensure staff that have access to DOL systems or information are regularly trained to identify and report a security incident. This includes the completion of any DOL mandatory training for contractors;

- Take steps to address security issues that have been identified, including steps to minimize further security risks to those individuals whose PII was lost, compromised, or potentially compromised.

- Report incidents per DOL incident management policy and US-CERT notification guidelines.

(c) Remedy:

- A report of a breach shall not, by itself, be interpreted as evidence that the Contractor or its subcontractor (at any tier) failed to provide adequate safeguards for PII. If the Contractor is determined to be at fault for the breach, the Contractor may be financially liable for Government costs incurred in the course of breach response and mitigation efforts;

- The contractor shall take steps to address security issues that have been identified, including steps to minimize further security risks to those individuals whose PII was lost, compromised, or potentially compromised; Additionally, the individual or individuals directly responsible for the data breach shall be removed from the contract within 45 days of the breach of data;

- The Government reserves the right to exercise all available contract remedies including, but not limited to, a stop-work order on a temporary or permanent basis in order to address a breach or upon discovery of a Contractor's failure to report a breach as required by this clause. If the Contractor is determined to be at fault for a breach, the contractor shall provide credit monitoring and privacy protection services ¿ for one year ¿ to any individual whose private information was accessed or disclosed. The individual shall be given the option, but the decision is theirs. Those services will be provided solely at the expense of the contractor, and will not be reimbursed by the federal government.

(End of Clause)

Exhibit 3

**U.S. Department of Labor**    Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



*May 29, 2025*

General Collins
President
MINACT
*sent by email*

Re: DOL CONTRACT NO. 1605JW-21-C-0005 FOR THE OPERATION OF TREASURE
ISLAND JOB CORPS CENTER NOTICE OF INTENT NOT TO EXERCISE NEXT OPTION
PERIOD AND DIRECTION FOR START OF SHUTDOWN ACTIVITIES

Dear Contractor:

This is a courtesy notice to inform you that the Government does <u>not</u> intend to exercise the next
option period of the contract named above.

On May 29, 2025, DOL announced it is terminating all Job Corps operations contracts by June
30, 2025. In the case of the subject contract, no termination is necessary, as the current period of
performance expires on or before June 30th.

In anticipation of the cessation of operations at the Job Corps Center after June 30th, you are
hereby directed to commence immediately an orderly shutdown of operations. Please refer to
Attachment 1 below for initial directions from the Contracting Officer on the required shutdown
activities.

**All questions related to this notice, both of a contractual and a technical nature, shall be
submitted in writing to the following email address: <u>JobCorpsAssistance@dol.gov</u>.**

Sincerely,

Jillian Matz
Digitally signed by
Jillian Matz
Date: 2025.05.29
23:00:00 -04'00'

Jillian Matz

Contracting Officer

# ATTACHMENT 1

## Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations

*The Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

2

    d. While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

    e. In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

        i. Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

        ii. Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

        iii. Provide separating students with originals of any earned credentials and documentation of accomplishments.

        iv. Verify and update student address and alternate contacts.

        v. Separate all students using the code Administrative Separation with Reinstatement (ASWR). Students should not be informed of the separation code.

    f. Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

    g. Students who are on leave will not be permitted to return to center to gather their personal belongings. Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

    h. Every departing student must be told, "*The US Department of Labor has decided to terminate all Job Corps operations contracts at this time. The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students.*"

## 3. Property

    a. Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

    b. No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

    c. As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination

3

inventory that you have the right to take.  To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

    d.  While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property.  The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

## 4.  Student Records

    a.  Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

    b.  In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

## 5.  Facilities Management

    a.  While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

## 6.  Security

    a.  While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security.  The Contracting Officer expects to issue further direction on the cessation of this work.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**

Exhibit 4

**U.S. Department of Labor**     Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



May 29, 2025

Ramon Serrato
President and CEO
Serrato Corporation

CONTRACT NO.  - <u>NOTICE OF EXTENSION OF SERVICES UNDER FAR 52.217-8</u>

Dear Contractor:

On May 29, 2025, the Department of Labor announced its intention to cease all center operations contract work, including at the North Texas Job Corps Center Job Corps Center, under contract 1605JW-21-C-0008 no later than June 30, 2025. At this time, the Government will extend services required under the subject contract, in accordance with contract clause FAR 52.217-8, *Option to Extend Services*, for one month, from June 1, 2025 through June 30, 2025. A modification definitizing this extension is forthcoming.

The Department has no intention of further extending the subject contract beyond June 30th. In anticipation of the end of contract operations, effective immediately, you are directed to begin activities necessary for the safe, orderly, and prompt shutdown, per the terms of the contract as extended, and as outlined in Attachment 1.

This extension of services, per FAR 52.217-8, shall be at the rates specified in the contract, to be adjusted only as a result of any revisions to the prevailing labor rates provided by the Secretary of Labor.

Should you have any questions regarding this notice, please contact Jillian Matz, Senior Director of Job Corps Acquisition Services at matz.jillian@dol.gov.

Sincerely,

Jillian
Matz

Digitally signed
by Jillian Matz
Date: 2025.05.29
23:36:38 -04'00'

Jillian Matz
Contracting Officer

**ATTACHMENT 1**

**Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations**

*The Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

d.  While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

e.  In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

   i.  Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

   ii.  Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

   iii.  Provide separating students with originals of any earned credentials and documentation of accomplishments.

   iv.  Verify and update student address and alternate contacts.

   v.  Separate all students using the code Administrative Separation with Reinstatement (ASWR).  Students should not be informed of the separation code.

f.  Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

g.  Students who are on leave will not be permitted to return to center to gather their personal belongings.  Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

h.  Every departing student must be told, "*The US Department of Labor has decided to terminate all Job Corps operations contracts at this time.  The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students.*"

3.  **Property**

a.  Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

b.  No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

3

    c. As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination inventory that you have the right to take.  To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

    d. While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property.  The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

**4. Student Records**

    a. Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

    b. In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

**5. Facilities Management**

    a. While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

**6. Security**

    a. While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security.  The Contracting Officer expects to issue further direction on the cessation of this work.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov**.**

Exhibit 5

**U.S. Department of Labor**    Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



*May 29, 2025*

Susan Larson
President
Adams and Associates, Inc.
*sent by email*

Subject:     NOTICE OF TERMINATION FOR CONVENIENCE OF DOL CONTRACT NO. 1605JW-
25-C-0002 FOR OPERATION OF THE ATTERBURY JOB CORPS CENTERS

Dear Contractor:

You are hereby notified that the subject contract is being terminated completely for the Government's convenience in accordance with contract clause FAR 52.249-1, *Termination for Convenience of the Government (Fixed Price)*. Effective immediately, all work required by the contract, including the contract's Statement of Work, Section C, is hereby terminated, with the exception of work necessary to provide a safe, orderly, and prompt shutdown of center operations, as further described in Attachment I of this Notice.

You shall begin immediately all work necessary to provide a safe, orderly, and prompt shutdown of center operations, as described in Attachment I. That shutdown work shall be completed not later than 11:59 P.M. the Center's local time on June 30, 2025, at which time the contract shall be considered terminated in its entirety.

***Pursuant to this termination notice, you shall immediately take the following steps:***

(1) As noted above, stop all work except for—

(i) Actions reasonably necessary, as part of a safe, orderly and prompt shutdown of operations at the Job Corps Center, to protect the life, health, and welfare of Job Corps students, and to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer;

(ii) Work-in-process that the Contracting Officer authorizes you in advance and in writing to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, or (C) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately request written instruction from the Contracting Officer.)

(2) Place no further subcontracts or orders (referred to as subcontracts in FAR 52.249-1) for materials, services, or facilities, except as necessary to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer.

(3) Terminate all subcontracts to the extent they relate to the work terminated. Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice—

(i) Specify your Government contract number;

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;

(iv) Provide instructions to submit any settlement proposal promptly; and

(v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Assign to the Government, if and as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(8) Use your best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; *provided,* however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(9) Keep adequate records of your compliance with subparagraphs (1) to (8) above showing the—

(i) Date you received the Notice of Termination;

2

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(10) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(11) Take any other action required by the Contracting Officer in this Notice, in Attachment 1 to this Notice, or in any future written order of the Contracting Officer, or under the Termination clause in the contract.

*Settlements with subcontractors.* You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of FAR Part 49.

*Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

*Compensation for Pre-Termination Work and Termination Settlement.* The Department will honor its obligation to pay for work satisfactorily performed prior to the effective date of this termination, in accordance with the terms of the contract.

(1) Work performed during May 2025 shall be billed by the contractor in accordance with the terms and conditions of the contract, to include price adjustments for the average month's average On

Board Strength, as well as for staff vacancies. Shutdown work not immediately terminated which is performed during the time period of June 1, 2025 through June 30, 2025 may be billed on a cost reimbursement basis, to include a 1% Management fee.

*(2)* The costs of the termination, not including the cost of activities ordered by the Contracting Officer in Attachment 1 of this Notice, or in any future written notice of the Contracting Officer, may be payable, as part of the termination settlement, in accordance with the terms of the termination clause, FAR 31.205-42, and other applicable procurement regulations.

*Administration.* The Contracting Officer who will be in charge of the settlement of this termination is named below. Completed settlement proposals shall be submitted to the following location: JCPYFinancialExercise@dol.gov**.**

*Questions***.** Matters not covered by this notice should be brought to the attention of the undersigned. **All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov**.**

*Acknowledgement.* Please acknowledge receipt of this notice as provided below and return by email to Jillian Matz, Senior Director Job Corps Acquisition Services at Matz.jillian@dol.gov

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov**.**

Sincerely,

Jillian Matz
Digitally signed by Jillian Matz
Date: 2025.05.29 16:18:17 -04'00'

Jillian Matz
Contracting Officer
Senior Director Job Corps Acquisition Services

4

**Acknowledgment of Notice**

The undersigned acknowledges receipt of a signed copy of this notice on _____, 20____.

A signed electronic copy of this notice is returned.

       (Name of Contractor)
       By
       (Name)
       (Title)

**ATTACHMENT 1 TO NOTICE OF TERMINATION**

**Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations**

*As referenced in the Notice of Termination, Section (a) above, the Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. **Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under CTS > Transitional Services.**

   d. While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

6

    e.   In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

        i.   Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

        ii.   Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

        iii.   Provide separating students with originals of any earned credentials and documentation of accomplishments.

        iv.   Verify and update student address and alternate contacts.

        v.   Separate all students using the code Administrative Separation with Reinstatement (ASWR). Students should not be informed of the separation code.

    f.   Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

    g.   Students who are on leave will not be permitted to return to center to gather their personal belongings. Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

    h.   Every departing student must be told, "*The US Department of Labor has decided to terminate all Job Corps operations contracts at this time. The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students.*"

## 3. Property

    a.   Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

    b.   No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

    c.   As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination inventory that you have the right to take. To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

    d.   While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property. The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

4. **Student Records**

   a. Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

   b. In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

5. **Facilities Management**

   a. While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

6. **Security**

   a. While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security. The Contracting Officer expects to issue further direction on the cessation of this work.


**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**

# Exhibit 6

**U.S. Department of Labor**        Office of the Senior Procurement Executive
Washington, D.C. 20210



May 29, 2025

*Via Electronic Mail*

Gerald Kriskovich
National Plastering Industry's Joint Apprenticeship Trust Fund
9700 Patuxent Woods Drive
Columbia, MD 21046

Subject:  NOTICE OF PARTIAL TERMINATION FOR CONVENIENCE
CONTRACT NO. 1605C2-23-C-0030 – NTC Plastering Trade

Dear Mr. Kriskovich:

You are hereby notified that Contract No. 1605C2-23-C-0030 (referred to here as "the Contract") is
hereby terminated **_IN PART_** for the Government's convenience, in accordance with paragraph (l),
*Termination for the Government's Convenience,* of Contract clause FAR 52.212-4(l), *Contract Terms and
Conditions – Commercial Products and Commercial Services*.

a) *Parts of Contract Being Terminated.*  The Government is hereby terminating, effective
immediately upon receipt of this Notice, all Contract requirements for career technical training at
the following Job Corps Centers:

| Centers | Training Programs | |
|---|---|---|
| Loring | Cement Masonry, Pre-Apprentice | |
| Oneonta | Cement Masonry, Pre-Apprentice | |
| Keystone | Cement Masonry, Pre-Apprentice | |
| Keystone | Plastering, Pre-Apprentice | |
| Pittsburgh | Cement Masonry, Pre-Apprentice | |
| Potomac | Cement Masonry, Pre-Apprentice | |
| Bamberg | Cement Masonry, Pre-Apprentice | |
| Turner | Plastering, Pre-Apprentice | |
| Gary | Advanced Cement Masonry, Pre-Apprentice | |
| Gary | Plastering, Pre-Apprentice | |
| North Texas | Cement Masonry, Pre-Apprentice | |
| Atterbury | Cement Masonry, Pre-Apprentice | |
| Dayton | Cement Masonry, Pre-Apprentice | |
| Excelsior Springs | Cement Masonry, Pre-Apprentice | |
| Flint Hills | Cement Masonry, Pre-Apprentice | |
| Joliet | Cement Masonry, Pre-Apprentice | |
| Milwaukee | Cement Masonry, Pre-Apprentice | |

| Centers | Training Programs | |
|---|---|---|
| St. Louis | Cement Masonry, Pre-Apprentice | |
| St. Louis | Plastering, Pre-Apprentice | |
| Long Beach | Cement Masonry, Pre-Apprentice | |
| Phoenix | Cement Masonry, Pre-Apprentice | |
| Phoenix | Plastering, Pre-Apprentice | |
| Sacramento | Cement Masonry, Pre-Apprentice | |
| Sacramento | Plastering, Pre-Apprentice | |
| San Diego | Cement Masonry, Pre-Apprentice | |
| San Diego | Plastering, Pre-Apprentice | |
| Sierra Nevada | Cement Masonry, Pre-Apprentice | |
| Sierra Nevada | Plastering, Pre-Apprentice | |
| Tongue Point | Cement Masonry, Pre-Apprentice | |
| Tongue Point | Plastering, Pre-Apprentice | |
| Treasure Island | Cement Masonry, Pre-Apprentice | |
| Treasure Island | Plastering, Pre-Apprentice | |

The requirements in the Contract for career technical training at the following Job            s are *NOT* being terminated, and remain valid and in place:

| Centers | Training Programs | |
|---|---|---|
| Flatwoods | Cement Masonry, Pre-Apprentice | |
| Flatwoods | Plastering, Pre-Apprentice | |
| Frenchburg | Cement Masonry, Pre-Apprentice | |
| Harpers Ferry | Cement Masonry, Pre-Apprentice | |
| Jacobs Creek | Cement Masonry, Pre-Apprentice | |
| Collbran | Cement Masonry, Pre-Apprentice | |
| Trapper Creek | Cement Masonry, Pre-Apprentice | |
| Pine Ridge | Cement Masonry, Pre-Apprentice | |
| Columbia Basin | Cement Masonry, Pre-Apprentice | |
| Columbia Basin | Plastering, Pre-Apprentice | |
| Curlew | Cement Masonry, Pre-Apprentice | |
| Wolf Creek | Cement Masonry, Pre-Apprentice | |

b) *Immediate Cessation of Terminated Work and Notification to Subcontractor*
the following steps:

1. Stop all work except for work related to the continued portions of the Contract.
2. As part of an orderly shutdown of the terminated activities, take all steps which are reasonably necessary to protect the life, health and welfare of Job Corps

2

       students, preserve Government property, and carry out the orders of the
       Contracting Officer in this Notice (See Attachment 1 below);

3. You may perform work-in-process the Contracting Officer authorizes, in writing
   and in advance, for you to continue (A) for safety precautions, (B) to avoid
   damage to property or equipment, or (C) to prevent any other undue loss to the
   Government. (If you believe such authorization is necessary or advisable,
   immediately notify the Contracting Officer by telephone or personal conference
   and obtain instructions.)

4. Keep adequate records of your compliance with subparagraph (1) above showing
   the—
   a. Date you received the Notice of Termination;
   b. Effective date of the termination; and
   c. Extent of completion of performance on the effective date.

5. Furnish notice of termination to each immediate subcontractor and supplier that
   will be affected by this termination. In the notice—
   a. Specify your Government contract number;
   b. State the contract has been terminated partially;
   c. Provide instructions to stop all work, make no further shipments, place no
      further orders, and terminate all subcontracts under the contract, subject to
      the exceptions in subparagraph (1) above;
   d. Provide instructions to submit any settlement proposal promptly; and
   e. Request that similar notices and instructions be given to its immediate
      subcontractors.

6. Notify the Contracting Officer of all pending legal proceedings that are based on
   subcontracts or purchase orders under the contract, or in which a lien has been or
   may be placed against termination inventory to be reported to the Government.
   Also, promptly notify the Contracting Officer of any such proceedings that are
   filed after receipt of this Notice.

7. Take any other action required by the Contracting Officer or under the
   Termination clause in the contract.

c) *Termination inventory.* As instructed by the Contracting Officer, transfer title and deliver
   to the Government all termination inventory of the following types or classes, including
   subcontractor termination inventory that you have the right to take: None. To settle your
   proposal, it will be necessary to establish that all prime and subcontractor termination
   inventory has been properly accounted for.

d) *Settlements with subcontractors.* You remain liable to your subcontractors and suppliers
   for proposals arising because of the termination of their subcontracts or orders. You are
   requested to settle these settlement proposals as promptly as possible. For purposes of
   reimbursement by the Government, settlements will be governed by the provisions of
   FAR Part 49.

e) *Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

1. Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;
2. Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;
3. Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;
4. Inform officials of local unions having agreements with you of the impending reduction-in-force; and
5. Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.
6. If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

Please acknowledge receipt of this notice as provided below.

> **Sandra E. Foster**
> **Foster.Sandra.E@dol.gov**
> **Office of Acquisition Services**
> **Office of the Senior Procurement Executive**
> **200 Constitution Avenue, NW Washington DC 20210**

**Acknowledgment of Notice**

The undersigned acknowledges receipt of a signed copy of this notice on _____, 20____. Two signed copies of this notice are returned.

> **(Name of Contractor) _____**
> By
> **(Name) _____**
> **(Title) _____**

If you have any questions regarding this letter, please contact Brittany Morrow at Morrow.Brittany.L@dol.gov.

Respectfully,

Digitally signed by Sandra E. Foster
Date: 2025.05.29 21:17:26 -04'00'

**Sandra E. Foster**
Head of the Contracting Activity

4

Office of the Senior Procurement Executive

**Attachment 1 – Orders of the Contracting Officer**

**As referenced in Section (b) above, the Contracting Officer orders that the contractor shall perform the following to effectuate safe and orderly termination of the portions of the Contract being terminated:**

1. Property
   a. Contractor must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location (as identified by the center operator) for long-term storage.
   b. Contractor's Property Manager must coordinate transition and acceptance of Government Owned Equipment to Center Operator's property personnel.
   c. Not later than June 15, 2025, the contractor will furnish written documentation signed by the Center Operator's Property Manager to attest that all of the contractor's government property has been accounted for and transitioned to the custody of the center operator.
   d. Contractor shall also furnish COR with a copy of all equipment that was located on the Center for which the contractor has determined is not Government Owned Property, that the contractor is removing from the Center.

2. Student Records
   a. Pursuant to Program Instruction Notice 22-03 Center Records Management,  By December 31, 2022, centers were required to maintain electronic records and to fully transition from paper records to electronic records maintained in the CIS-3G e-Folder. No later than May 30, 2025, contractors must certify that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File have been scanned an uploaded to the student e-Folder.

6

# Exhibit 7



**U.S. Department of Labor**     Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210

May 30, 2025

David Kollewe
Transportation Communications Union/IAM
3 Research PL
Rockville, MD 20850
sent by email

NOTICE OF TERMINATION FOR CONVENIENCE – CONTRACT NO. 1605C2-23-C-0032
– TRANSPORTATION COMMUNICATIONS UNION/IAM

Dear Mr. Kollewe:

(a) *Effective date of termination.* You are notified that Contract No. 1605C2-23-C-0032
(referred to as "the contract") is terminated completely for the Government's convenience
under the clause entitled 52.212-4(l), *Termination for Convenience of the Government.*
The termination is effective immediately upon receipt of this Notice.

(b) *Cessation of work and notification to immediate subcontractors.* You shall take the
following steps:

   (1) Stop all work, make no further shipments, and place no further orders relating to the
   contract.

   (2) As part of an orderly shutdown of Job Corps Center operations, take all steps which
   are reasonably necessary to protect the life, health and welfare of Job Corps students,
   to preserve Government property, and to carry out the orders of the Contracting
   Officer in this Notice (See Attachment);

   (3) You may also perform work-in-process that the Contracting Officer authorizes in
   advance and in writing for you to continue (A) for safety precautions, (B) to clear or
   avoid damage to equipment, (C) to avoid immediate complete spoilage of work-in-
   process having a definite commercial value, or (D) to prevent any other undue loss to
   the Government. (If you believe this authorization is necessary or advisable,
   immediately notify the Contracting Officer by telephone or personal conference and
   obtain instructions.)

   (4)  Keep adequate records of your compliance with subparagraph (1) above showing
   the—

      (i) Date you received the Notice of Termination;

      (ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(5) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice—

(i) Specify your Government contract number;

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;
(iv) Provide instructions to submit any settlement proposal promptly; and
(v) Request that similar notices and instructions be given to its immediate subcontractors.

(6) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(7) Take any other action required by the Contracting Officer or under the Termination clause in the contract.

(c) *Termination inventory.* (1) As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory of the following types or classes, including subcontractor termination inventory that you have the right to take: None. (2) To settle your proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for.

(d) *Settlements with subcontractors.* You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of part 49.

(e) *Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—
(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;
(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

2

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

(f) Please acknowledge receipt of this notice as provided below.

**Sandra E. Foster**
**Foster.Sandra.E@dol.gov**
**Office of Acquisition Services**
**Office of the Senior Procurement Executive**
**200 Constitution Avenue, NW Washington DC 20210**

### Acknowledgment of Notice

The undersigned acknowledges receipt of a signed copy of this notice on May 30, 2025.

One electronic copy of this signed notice is returned by email to Morrow.Brittany.L@dol.gov.

**(Name of Contractor)**
By
**(Name)**
**(Title)**

Respectfully,

Digitally signed by Sandra
E. Foster
Date: 2025.05.30
16:13:21 -04'00'

Sandra E. Foster
Head of the Contracting Activity
Office of the Senior Procurement Executive

3

**Attachment – Orders of the Contracting Officer**

**As referenced in Section (b) above, the Contracting Officer orders that the contractor shall perform the following to effectuate safe and orderly termination of center operations under the contract:**

1. Property
   a. Contractor must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location (as identified by the center operator) for long-term storage.
   b. Contractor's Property Manager must coordinate transition and acceptance of Government Owned Equipment to Center Operator's property personnel.
   c. Not later than June 16, 2025, the contractor will furnish written documentation signed by the Center Operator's Property Manager to attest that all of the contractor's government property has been accounted for and transitioned to the custody of the center operator.
   d. Contractor shall also furnish COR with a copy of all equipment that was located on the Center for which the contractor has determined is not Government Owned Property, that the contractor is removing from the Center.

2. Student Records
   a. Pursuant to Program Instruction Notice 22-03 Center Records Management,  By December 31, 2022, centers were required to maintain electronic records and to fully transition from paper records to electronic records maintained in the CIS-3G e-Folder. No later than May 30, 2025, contractors must certify that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File have been scanned an uploaded to the student e-Folder.

Exhibit 8

**U.S. Department of Labor**

Employment & Training Administration
Office of Contracts Management
Division of Job Corps Procurement
200 Constitution Avenue, NW Room N4643
Washington, D.C. 20210



October 5, 2017

Mark Douglass
Vice President of Operations
RES-CARE, INC.
9901 LINN STATION RD
LOUISVILLE KY 40223
Mark.Douglass@ResCare.com

SUBJECT: Stop-Work Order for Contract No. DOL-ETA-17-C-0020

Mr. Douglass:

In accordance with FAR Clause 52.242-15, Alternate I (Stop Work Order), you are notified that you are to stop work for all Puerto Rico Center Operations on the referenced contract effective immediately upon receipt of this notice.

This stop-work order shall remain in effect for a period of 90 days with the exception of the following services:

1. Communications, transportation, travel, and other support services of the essential staff to provide supervision of ten (10) actively enrolled students;

2. Limited administrative services as approved by the government;

3. Limited administrative and support services necessary under the scope of this contract to maintain, transition, or protect the Government's property during recovery efforts.

As provided by this clause, you are to take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage.

Should the issuance of this stop-work order result in an increase in either the time or your cost of performing work under the contract when work resumes, you will be entitled to an equitable adjustment in the delivery schedule or contract price, or both. For this reason, you should maintain detailed records of any costs incurred in complying with this order.

Should you have any questions in the interim you may contact me at 202- 693-3771 or
Vogt.Eric@dol.gov.


Sincerely,


Eric F. Vogt
Contracting Officer

# Exhibit 9

**U.S. Department of Labor**          **Employment and Training Administration**
                                      **61 Forsyth Street, S.W.**
                                      **Room 7M70**
                                      **Atlanta, GA 30303**

                                      **Tel: 404-302-5328**
                                      **Fax: 404-302-5331**



**VIA ELECTRONIC MAIL**

October 6, 2017

Lisa S. Odle
President and CEO
Odle Management Group, LLC
9937 East Bell Road
Scottsdale, AZ 85260

Dear Ms. Odle:

Ref: Contract number: 1630J3-17-C-0007, PARTIAL STOP WORK ORDER

This is to notify Odle Management Group, LLC that effective October 6, 2017, work with the exception of Security and Maintenance is to cease in accordance with FAR 52.242-15 STOP-WORK ORDER/ALTERNATE I for Contract No. 1630J3-17-C-0007. You are not authorized to expend any government funds under this contract with the exception of the security and maintenance services until further notice from DOL.

Should you have any questions regarding this stop work order, please contact the undersigned at (404) 302-5328 or via email at Fryerscott.joy.v@dol.gov.

Respectfully,

Joy Fryer-Scott
Contracting Officer/Branch Chief
Division of Job Corps Procurement
Office of Contracts Management
Employment & Training Administration

Approval

Eric Vogt
Contracting Officer/Division Chief
Division of Job Corps Procurement
Office of Contracts Management
Employment & Training Administration

Cc: Curtis Hixon-COR
     Willie Taylor-Regional Director

Exhibit 10

**U.S. Department of Labor**     Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



January 10, 2025

Mr. Jeffrey Barton
Senior Vice President
Management and Training Corporation
500 N. Marketplace Drive
Centerville, UT 84014

**Subject: Partial Termination for Convenience of the Government under Contract 1605JW-23-F-00007, Operation of the Carville Job Corps Center**

Dear Mr. Barton:

This letter serves as notification to you that effective January 20, 2025, the Department of Labor is terminating in part Contract No. 1605JW-23-F-00007 (referred to as "the contract") for the Government's convenience under clause 52.249-2 Termination for Convenience of the Government (Fixed-Price).

This partial termination shall affect all areas of your statement of work, <u>except</u> for the following, which you shall continue to perform:
- Provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.
- Provide safety and security services as outlined in PRH 5.3 Safety and Security.
- Provide facility management services as outlined in 5.6 Property.

In addition to notifying, you of the partial termination of the contract, this letter also informs you of changes to the statement of work related to the performance areas identified above. Accordingly, pursuant to clause 52.243-1, Alternate II, Changes, Fixed-Price, the following tasks are hereby incorporated into your statement of work:
- Prepare facilities for caretaker status.
- Prepare property, as identified by the Contracting Officer's Representative for caretaker status.
- Prepare and transport/ship property to other Job Corps Centers, as directed by the Contracting Officer's Representative.
- Transition facility to caretaker at completion of your current contract period - entity, to be identified by the Contracting Officer's Representative.

To this end, by COB Tuesday, January 14, 2025, please develop and submit to the Contracting Officer's Representative a technical plan for performing these tasks, to include the proposed required staff.

Upon the effective date of the termination, you shall take the following steps:

(1) Stop all work, make no further shipments, and place no further orders relating to the contract, except for-

    (i) The continued portion of the contract.

    (ii) Work-in-process or other materials that you may wish to retain for your own account; or

    (iii) Work-in-process that the Contracting Officer authorizes you to continue (A) for safety precautions, (B)to clear or avoid damage to equipment, (C)to avoid immediate complete spoilage of work-in-process having a definite commercial value, or (D)to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately notify the Contracting Officer by telephone or personal conference and obtain instructions.)

(2) Keep adequate records of your compliance with paragraph (b)(1) of this section showing the-

    (i) Date you received the Notice of Termination.

    (ii) Effective date of the termination; and

    (iii) Extent of completion of performance on the effective date.

(3) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice-

    (i) Specify your government contract number.

    (ii) State whether the contract has been terminated completely or partially.

    (iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in paragraph (b)(1) of this section.

    (iv) Provide instructions to submit any settlement proposal promptly; and

    (v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(5) Take any other action required by the Contracting Officer or under the Termination clause in the contract.

You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible.

Invoice acceptable completed work performed under the contract in the usual way and do not include them in the settlement proposal.

2

If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to-

> (i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers.
>
> (ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices.
>
> (iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary.
>
> (iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and
>
> (v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

If practicable, urge subcontractors to take similar actions to those described in paragraph (1) of this section.

The contract administration office named in the contract will identify the Contracting Officer who will oversee the settlement of this termination and who will, upon request, provide the necessary settlement forms. Matters not covered by this notice should be brought to the attention of the undersigned.

In addition to the termination settlement proposal which you are entitled to submit, please identify the value for the work that is identified above, both tasks that are terminated as well as new work identified under the changes clause, so that the Government can fairly negotiate and execute a reduction to your contract price.  Please prepare your proposal for the value of remaining work and submit it to the Contracting Officer and Contracting Officer's Representative by COB Friday, January 17, 2025.

As discussed today in a meeting between the Department of Labor and MTC, a separate contract line item will be established and funded at a value of $50,000 to accommodate other direct costs, such as shipping and transportation, related to your work transporting property to other Job Corps centers at the direction of the Contracting Officer's Representative.  MTC will be permitted to bill against this line item on a cost reimbursement basis.  You do not need to estimate the transportation/shipping expenses in the proposal identified in the previous paragraph.

The Department aims to award a contract modification by January 31, 2025, that definitizes the partial termination of work, definitizes changes to remaining tasks, and adjusts the contract price.

3

To that end, any termination expenses that you can identify by January 17, 2025, to be included in the modification of contract price would be greatly appreciated.

Please acknowledge receipt of this notice by email to me at Matz.jillian@dol.gov.  If you have any additional questions or concerns, please contact me at that email address.

Sincerely,

JILLIAN MATZ
Digitally signed by JILLIAN MATZ
Date: 2025.01.10 19:29:30 -05'00'

Jillian Matz
Senior Director of Job Corps Acquisition Services

4