**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL JOB CORPS ASSOCIATION, *et al.,*

               Plaintiffs,

      - against –

DEPARTMENT OF LABOR*, et al.*

              Defendants.

No. 25 Civ. 04641 (ALC)

## DECLARATION OF ERIN LEIGH MCGEE

I, Erin Leigh McGee, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Acting Administrator of the Office of Job Corps (OJC), Employment and

Training Administration (ETA), United States Department of Labor (DOL).  In my capacity as

Acting Administrator, I am responsible for providing executive management and oversight of the

Job Corps program.

**Background on Job Corps**

2.      Job Corps is a primarily residential career and education training program

authorized under Subtitle C of Title I of the Workforce Innovation and Opportunity Act (WIOA),

29 U.S.C. § 3191 *et seq.*

3.      The program assists eligible individuals ages 16 through 24 with completing their

high school education and provides vocational training designed to help program graduates enter

the workforce or an apprenticeship, go on to higher education, or join the military.

4.      There are 123 Job Corps centers nationwide, with at least one Job Corps center in

each of the 50 states, the District of Columbia, and Puerto Rico.

5.      Ninety-nine centers are operated by private entities under contracts with DOL, while 24 are operated by the United States Department of Agriculture's Forest Service (known as Civilian Conservation Centers) under an interagency agreement with DOL.  DOL's Office of the Senior Procurement Executive, Job Corps Acquisition Services, awards and administers all Job Corps center operations contracts.

6.      Job Corps operates on a Program Year (PY) cycle, which begins on July 1 and ends on June 30 of the following year.  Job Corps is currently in PY24, which began on July 1, 2024, and ends on June 30, 2025.

**The Job Corps Transparency Report and Pause of Center Operations**

7.      On April 25, 2025, DOL issued the news release, *US Department of Labor Releases New Job Corps Transparency Report*, a copy of which is attached hereto as Exhibit 1. This news release announced and linked to the *Job Corps Transparency Report 2025*, a copy of which is attached hereto as Exhibit 2.

8.      On May 29, 2025, DOL announced that it was pausing the operation of the 99 contractor-operated Job Corps centers.  DOL issued the news release, *US Department of Labor Pauses Job Corps Center Operations*, a copy of which is attached hereto as Exhibit 3.  The news release attached and linked to a document entitled *Job Corps Pause FAQs*, a copy of which is attached hereto as Exhibit 4.

9.      DOL has developed a resources page to assist students at centers whose operators' contracts have been terminated with transition to other education and training opportunities. DOL also instructed Job Corps center operators, as a part of an orderly shutdown of center operations, to ensure that all students are safely separated and transported to their home of record, to register each student with the American Job Center nearest to their home of record and with their home state's Labor Exchange system, and to attempt to obtain students' consent to

2

disclose information in their student file to assist with job placement, training, educational, and other supportive services. DOL's Employment and Training and Administration has also attempted to contact state workforce agencies to request that they identify and offer available programming and services to eligible Job Corps youth and/or center staff.

**Prior Pauses of Center Operations**

10. DOL has paused Job Corps center operations in the past by ceasing contractor operations at the center—through termination of the contract, stop-work orders, or by letting the contract expire—before ultimately deciding to close the center through the statutorily prescribed notice-and-comment process.

11. In September 2015, DOL placed the Homestead Job Corps Center in Homestead, Florida, in inactive status following a violent crime near the campus. Students were given the option of transferring to other Job Corps centers or separating from the program. DOL awarded a caretaker contract (for facility maintenance, grounds maintenance, and security services) to a different contractor and terminated its contract with the contractor operating the center on November 15, 2015. On August 2, 2017, DOL proposed the permanent closure of the Homestead Job Corps Center by publishing a Notice in the *Federal Register* explaining the reasons for the proposed closure, including the unsafe center conditions that required millions of dollars in repairs. A copy of the *Federal Register* notice is attached hereto as Exhibit 5. DOL also notified the appropriate congressional committees and members of the proposed closure, as required by 29 U.S.C. § 3209(j). In April 2018, DOL decided to permanently close the center. A copy of the Decision Memorandum is attached hereto as Exhibit 6.

12. In September 2017, Hurricane Maria damaged the three Job Corps Centers in Puerto Rico—the Arecibo Job Corps Center in Arecibo, the Ramey Job Corps Center in

Aguadilla, and the Barranquitas Job Corps Center in Barranquitas—with the Barranquitas center suffering the most significant damage.  All three centers, which were operated by the same operator, were placed in inactive status due to structural damage, and students were given the option of transferring to other Job Corps centers or separating from the program.  On October 5, 2017, DOL issued a stop-work order notifying the operator to cease operations at all three centers.  A copy of the order is attached to the Declaration of Jillian Matz.  DOL ultimately determined that the best use of its funds was to consolidate operations in Puerto Rico to two centers (Arecibo and Ramey), conduct facility repairs and improvements on those two centers, and close the center in Barranquitas.  The Ramey center reopened in May 2018 and the Arecibo center reopened in February 2020.

13.     Also in September 2017, Hurricane Irma damaged the Gainesville Job Corps Center in Gainesville, Florida.  It was placed in inactive status due to the significant costs associated with repairing the center, and students were given the option of transferring to other Job Corps centers or separating from the program.  On October 6, 2017, DOL issued a stop-work order notifying the operator to cease operation of the center.  A copy of the order is attached to the Declaration of Jillian Matz.

14.     DOL proposed the closure of the Barranquitas and Gainesville Job Corps Centers in a January 2, 2019, notice in the *Federal Register*, and notified the appropriate congressional committees and members, after which the two centers were closed in September 2019.  A copy of the *Federal Register* notice and Decision Memorandum are attached hereto as Exhibits 7 and 8.

15.     In program year 2024, the Job Corps program operated at a $140 million deficit, which necessitated identifying cost-saving measures to complete the program year.  As a result, DOL reduced services at Job Corps centers by modifying center operations contracts and Job

4

Corps national office contracts to reduce or eliminate certain contract requirements.  For example, program-wide support contracts for several services, including IT services, marketing and communications, and data collection/analysis were reduced.  Center operations contracts were also reduced to realize cost savings by eliminating requirements for centers to provide oral health services, evening and weekend studies programming, and certain placement services to former enrollees.  A copy of the Decision Memorandum explaining these actions is attached hereto as Exhibit 9.  DOL also paused center operations at two centers as of January 31, 2025—the Whitney M. Young Job Corps Center in Simpsonville, Kentucky, in which DOL did not exercise a contract option year award after the base period of the contract ended, and the Woodstock Job Corps Center in Woodstock, Maryland, in which the contract expired but has been incrementally extended only to provide caretaker services for the facility.  *See* Exhibit 9; a copy of the Whitney M. Young Option Year Decision Notice attached as Exhibit 10.  Students at the Whitney M. Young and Woodstock centers were given the option of transferring to other Job Corps centers or separating from the program. DOL also paused the reestablishment of operations at the Carville Job Corps Center in Carville, Louisiana, following the end of a demonstration project by the Louisiana Department of Military Affairs, by terminating for convenience the contract of the new operator, which was in the ramping up period for reestablishing center operations.  A copy of the termination for convenience is attached in declaration of Jillian Matz.  At the time the contract was terminated there were no students at the Carville Job Corps center.

**Cost of Operating the Job Corps Centers**

16.     I spoke with ETA's Office of Financial Administration regarding the daily costs of center operations, and it estimated that it costs $3 million per day to operate the 99 contractor-operated centers.

* * *

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Signed this 10th day of June of 2025.

Erin McGee

Digitally signed by Erin McGee
Date: 2025.06.10 12:48:45 -04'00'

_____
Erin McGee
Acting Administrator
Office of Job Corps

# Exhibit 1

**U.S. DEPARTMENT OF LABOR**

**News Release**

## US DEPARTMENT OF LABOR RELEASES NEW JOB CORPS TRANSPARENCY REPORT

**WASHINGTON** – The U.S. Department of Labor's Employment and Training Administration today released a detailed report analyzing the financial performance and operational costs of the Job Corps Program, the federally funded residential career training and education program for eligible low-income young adults ages 16 to 24.

The 2025 "Job Corps Transparency Report" delivers a granular, data-centric examination of program expenditures and efficiency metrics, aggregating unmanipulated financial data and performance evaluations produced by the department's national Job Corps Office. This report specifically analyzes the most recently available metrics from program year 2023, including cost per enrollee and per graduate.

"Taxpayers deserve to know the facts and outcomes of their multi-billion-dollar investment," said Acting Assistant Secretary for Employment and Training Lori Frazier Bearden. "This report underscores the department's commitment to program transparency and accountability – both of which are essential for effective oversight, informed policymaking, and maintaining public trust."

The report's metrics distinguish between two definitions of the term graduate: one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who do not complete the full program. The WIOA definition of graduate is "an enrollee that 1) receives a High School Diploma (HSD) or High School Equivalency (HSE), and/or 2) completes the requirements of a career technical training (CTT) program."

Below is a summary of the overall findings from PY2023:

- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

Read the full Job Corps Transparency Report.

**Agency:** Employment and Training Administration
**Date:** April 25, 2025
**Release Number:** 25-667-NAT

**Media Contact:** Courtney Parella
**Phone Number:** (202) 693-3670
**Email:** parella.courtney.e@dol.gov
Share This

Submit Feedback

   

**More News Releases**

**Previous**
[Secretary Chavez-DeRemer warns states could lose federal funds if illegal immigrants allowed access to unemployment benefits](#)

**Next Up**
[Statement by Secretary of Labor Lori Chavez-DeRemer on the death of former Secretary of Labor Alexis M. Herman](#)

---

Agencies      Forms      Guidance Search      FAQ      About DOL      News      Contact Us



**U.S. DEPARTMENT OF LABOR**

200 Constitution Ave NW
Washington, DC 20210
[1-866-4-USA-DOL](#)
[1-866-487-2365](#)
[www.dol.gov](#)

**FEDERAL GOVERNMENT**⊞

White House
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**LABOR DEPARTMENT**⊞

About DOL
Guidance Search
Español
Office of Inspector General
Subscribe to the DOL Newsletter
Read the DOL Newsletter
Emergency Accountability Status Link
A to Z Index

**ABOUT THE SITE**⊞

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used on DOL.gov
Accessibility Statement

**Connect With DOL**

    

Important Website Notices    |    Privacy & Security Statement

Submit Feedback

Exhibit 2

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | Financial Efficiency | | | | Participant Earnings | Graduation Analysis using Separation Analysis, EIS Data | | | | | | | OBS | | | | PY 2023 Incidents (EIS Data) |
| 3 | Region | State | City | Center | Enrollees in PY 23 (Students Served Report EIS) | Prorated Yearly Center Cost for Total JC Cost | Yearly Center Cost, Pre Broader JC Costs | Cost Per Enrollee | ANNUALIZED Income from: 2nd Quarter - Post-Separation Quarterly Earnings | Graduate per WIOA Definition | Graduate from Traditional Definition (Separation Analysis, EIS) | Total Student Separations (Separation Analysis, EIS) | Graduation Rate (WIOA Definition) | Graduation Rate (Traditional) | Cost per Graduate WIOA (Includes Expulsion / Nonvoluntary Separation) | Cost per Graduate - Traditional (Separation Analysis, EIS) | Current Contract or Planned OBS | Adjusted Current Contract or Planned OBS | PY2023 OBS Actual | PY 2023 OBS Rate | PY 2023 Total Infractions |
| 4 | Dallas | Louisiana | Carville | CARVILLE | 0 | $ 4,548,866 | $ 3,280,824 | [redacted] | [redacted] | 0 | 0 | [redacted] | | | | | 153 | 153 | 0 | 0.0% | [redacted] |
| 5 | San Francisco | Idaho | Nampa | CENTENNIAL | 117 | $ 7,978,438 | $ 5,754,368 | $ 68,191.78 | [redacted] | 0 | 0 | 48 | 0.0% | [redacted] | | | 120 | 120 | 42 | 35.0% | 35 |
| 6 | Philadelphia | Virginia | Monroe | OLD DOMINION | 95 | $ 12,990,069 | $ 9,368,955 | $ 136,737.56 | $ 12,852 | 18 | 17 | 74 | 24.3% | 23.0% | $ 721,670 | $ 764,122 | 75 | 75 | 62 | 82.7% | 46 |
| 7 | San Francisco | Oregon | Estacada | TIMBER LAKE | 106 | $ 10,418,554 | $ 7,514,276 | $ 98,288.25 | $ 19,118 | 19 | 14 | 54 | 35.2% | 25.9% | $ 548,345 | $ 744,182 | 98 | 98 | 79 | 80.6% | 20 |
| 8 | San Francisco | Oregon | Glide | WOLF CREEK | 210 | $ 10,817,902 | $ 7,802,302 | $ 51,513.82 | $ 16,945 | 25 | 17 | 101 | 24.8% | 16.8% | $ 432,716 | $ 636,347 | 221 | 221 | 79 | 35.7% | 44 |
| 9 | Atlanta | Tennessee | Bristol | JACOBS CREEK | 163 | $ 9,225,342 | $ 6,653,685 | $ 56,597.19 | $ 15,790 | 26 | 25 | 96 | 27.1% | 26.0% | $ 354,821 | $ 369,014 | 111 | 111 | 66 | 59.5% | 60 |
| 10 | Chicago | Nebraska | Chadron | PINE RIDGE | 142 | $ 10,307,023 | $ 7,433,836 | $ 72,584.67 | $ 20,932 | 30 | 29 | 116 | 25.9% | 25.0% | $ 343,567 | $ 355,415 | 171 | 171 | 75 | 43.9% | 86 |
| 11 | Chicago | Michigan | Grand Rapids | GERALD R. FORD | 208 | $ 13,867,523 | $ 10,001,811 | $ 66,670.78 | $ 9,284 | 41 | 26 | 172 | 23.8% | 15.1% | $ 338,232 | $ 533,366 | 212 | 212 | 145 | 68.4% | 121 |
| 12 | San Francisco | Washington | White Swan | FORT SIMCOE | 121 | $ 8,606,035 | $ 6,207,016 | $ 71,124.26 | $ 15,281 | 27 | 24 | 64 | 42.2% | 37.5% | $ 318,742 | $ 358,585 | 112 | 112 | 78 | 69.6% | 27 |
| 13 | Philadelphia | Kentucky | Frenchburg | FRENCHBURG | 102 | $ 9,540,672 | $ 6,881,113 | $ 93,536.00 | $ 7,413 | 30 | 24 | 85 | 35.3% | 28.2% | $ 318,022 | $ 397,528 | 100 | 100 | 65 | 65.0% | 35 |
| 14 | Philadelphia | Kentucky | Pine Knot | PINE KNOT | 219 | $ 10,262,975 | $ 7,402,066 | $ 46,862.90 | $ 12,929 | 33 | 20 | 136 | 24.3% | 14.7% | $ 310,999 | $ 513,149 | 160 | 160 | 100 | 62.5% | 109 |
| 15 | Philadelphia | Virginia | Coeburn | FLATWOODS | 138 | $ 9,168,677 | $ 6,612,815 | $ 66,439.69 | $ 16,896 | 31 | 28 | 108 | 28.7% | 25.9% | $ 295,764 | $ 327,453 | 105 | 105 | 74 | 70.5% | 75 |
| 16 | Boston | New York | Bronx | S BRONX/ Brooklyn | 488 | $ 30,637,475 | $ 22,096,968 | $ 62,781.71 | $ 19,747 | 104 | 109 | 427 | 24.4% | 25.5% | $ 294,591 | $ 281,078 | 250 | 395 | 291 | 73.7% | 34 |
| 17 | Philadelphia | West Virginia | Harpers Ferry | HARPERS FERRY | 119 | $ 10,656,051 | $ 7,685,569 | $ 89,546.65 | $ 18,167 | 37 | 33 | 88 | 42.0% | 37.5% | $ 288,001 | $ 322,911 | 109 | 109 | 109 | 100.0% | 35 |
| 18 | Boston | Connecticut | Hartford | HARTFORD | 247 | $ 14,586,521 | $ 10,520,381 | $ 59,054.74 | $ 14,957 | 53 | 45 | 175 | 30.3% | 25.7% | $ 275,217 | $ 324,145 | 181 | 181 | 149 | 82.3% | 90 |
| 19 | Philadelphia | Virginia | Marion | BLUE RIDGE | 100 | $ 9,077,472 | $ 6,547,035 | $ 90,774.72 | $ 18,302 | 33 | 32 | 112 | 29.5% | 28.6% | $ 275,075 | $ 283,671 | 90 | 90 | 68 | 75.6% | 77 |
| 20 | San Francisco | Oregon | Troutdale | SPRINGDALE/ PIVOT | 142 | $ 12,044,394 | $ 8,686,897 | $ 84,819.68 | $ 22,590 | 44 | 40 | 107 | 41.1% | 37.4% | $ 273,736 | $ 301,110 | 80 | 140 | 93 | 66.4% | 29 |
| 21 | Chicago | Wisconsin | Laona | BLACKWELL | 133 | $ 9,566,409 | $ 6,899,676 | $ 71,927.89 | $ 19,730 | 35 | 33 | 100 | 35.0% | 33.0% | $ 273,326 | $ 289,891 | 162 | 162 | 80 | 49.4% | 52 |
| 22 | Dallas | South Dakota | Nemo | BOXELDER | 107 | $ 10,147,299 | $ 7,318,637 | $ 94,834.57 | $ 18,607 | 38 | 27 | 95 | 40.0% | 28.4% | $ 267,034 | $ 375,826 | 124 | 124 | 78 | 62.9% | 38 |
| 23 | Dallas | Arkansas | Ozark | CASS | 201 | $ 10,376,817 | $ 7,484,174 | $ 51,625.96 | $ 16,075 | 39 | 36 | 158 | 24.7% | 22.8% | $ 266,072 | $ 288,245 | 119 | 119 | 103 | 86.6% | 93 |
| 24 | San Francisco | Alaska | Palmer | ALASKA | 229 | $ 12,292,589 | $ 8,865,905 | $ 53,679.43 | $ 20,437 | 48 | 45 | 183 | 26.2% | 24.6% | $ 256,096 | $ 273,169 | 226 | 226 | 184 | 81.4% | 50 |
| 25 | Philadelphia | Maryland | Laurel | WOODLAND | 340 | $ 17,321,884 | $ 12,493,234 | $ 50,946.72 | $ 12,240 | 73 | 45 | 243 | 30.0% | 18.5% | $ 237,286 | $ 384,931 | 300 | 300 | 202 | 67.3% | 161 |
| 26 | Boston | New Jersey | Edison | EDISON | 373 | $ 20,966,263 | $ 15,121,705 | $ 56,209.82 | $ 16,878 | 89 | 78 | 272 | 32.7% | 28.7% | $ 235,576 | $ 268,798 | 417 | 417 | 298 | 71.5% | 193 |
| 27 | San Francisco | California | Los Angeles | LOS ANGELES | 540 | $ 33,757,997 | $ 24,347,613 | $ 62,514.81 | $ 22,679 | 144 | 125 | 456 | 31.6% | 27.4% | $ 234,431 | $ 270,064 | 614 | 614 | 459 | 74.8% | 269 |
| 28 | Dallas | Montana | Anaconda | ANACONDA | 179 | $ 11,667,341 | $ 8,414,952 | $ 65,180.68 | $ 24,474 | 50 | 32 | 134 | 37.3% | 23.9% | $ 233,347 | $ 364,604 | 170 | 170 | 120 | 70.6% | 57 |
| 29 | Atlanta | North Carolina | Franklin | LYNDON B. JOHNSON | 173 | $ 9,072,798 | $ 6,543,664 | $ 52,443.92 | $ 17,988 | 39 | 33 | 116 | 33.6% | 28.4% | $ 232,636 | $ 274,933 | 120 | 120 | 70 | 58.3% | 131 |
| 30 | Dallas | New Mexico | Albuquerque | ALBUQUERQUE | 272 | $ 15,648,874 | $ 11,286,592 | $ 57,532.62 | $ 16,784 | 68 | 49 | 216 | 31.5% | 22.7% | $ 230,130 | $ 319,365 | 327 | 327 | 187 | 57.2% | 139 |
| 31 | Chicago | Missouri | Puxico | MINGO | 194 | $ 9,709,126 | $ 7,002,609 | $ 50,047.04 | $ 15,732 | 43 | 37 | 123 | 35.0% | 30.1% | $ 225,794 | $ 262,409 | 144 | 144 | 79 | 54.9% | 61 |
| 32 | Boston | Massachusetts | Devens | SARGENT SHRIVER | 317 | $ 16,922,420 | $ 12,205,124 | $ 53,383.03 | $ 19,800 | 75 | 215 | 240 | 31.3% | 89.6% | $ 225,632 | $ 78,709 | 300 | 300 | 208 | 69.3% | 140 |
| 33 | Boston | New York | Glenmont | GLENMONT | 323 | $ 18,267,810 | $ 13,175,472 | $ 56,556.69 | $ 17,326 | 81 | 48 | 291 | 27.8% | 16.5% | $ 225,529 | $ 380,579 | 266 | 266 | 227 | 85.3% | 184 |
| 34 | San Francisco | Oregon | Yachats | ANGELL | 166 | $ 9,899,189 | $ 7,139,689 | $ 59,633.67 | $ 13,012 | 44 | 43 | 134 | 32.8% | 32.1% | $ 224,982 | $ 230,214 | 160 | 160 | 110 | 68.8% | 52 |
| 35 | Chicago | Ohio | Cleveland | CLEVELAND | 236 | $ 16,475,451 | $ 11,882,752 | $ 69,811.23 | $ 10,891 | 74 | 62 | 191 | 38.7% | 32.5% | $ 222,641 | $ 265,733 | 346 | 346 | 135 | 39.0% | 110 |
| 36 | Dallas | North Dakota | Minot | QUENTIN BURDICK | 208 | $ 10,653,494 | $ 7,683,724 | $ 51,218.72 | $ 14,665 | 48 | 35 | 175 | 27.4% | 20.0% | $ 221,948 | $ 304,386 | 197 | 197 | 128 | 65.0% | 87 |
| 37 | Boston | Maine | Bangor | PENOBSCOT | 192 | $ 17,494,692 | $ 12,617,870 | $ 91,118.19 | $ 15,128 | 79 | 67 | 162 | 48.8% | 41.4% | $ 221,452 | $ 261,115 | 273 | 273 | 150 | 54.9% | 70 |
| 38 | Atlanta | North Carolina | Pisgah Forest | SCHENCK | 148 | $ 10,172,164 | $ 7,336,570 | $ 68,730.83 | $ 17,530 | 47 | 101 | 131 | 35.9% | 77.1% | $ 216,429 | $ 100,714 | 136 | 136 | 69 | 50.7% | 57 |
| 39 | Boston | Maine | Limestone | LORING | 242 | $ 14,455,133 | $ 10,425,618 | $ 59,731.96 | $ 19,822 | 67 | 59 | 175 | 38.3% | 33.7% | $ 215,748 | $ 245,002 | 256 | 256 | 179 | 69.9% | 91 |
| 40 | Dallas | Colorado | Collbran | COLLBRAN | 131 | $ 10,495,343 | $ 7,569,660 | $ 80,117.12 | $ 22,004 | 49 | 44 | 109 | 45.0% | 40.4% | $ 214,191 | $ 238,531 | 220 | 220 | 92 | 41.8% | 54 |
| 41 | Boston | New York | Medina | IROQUOIS | 247 | $ 12,281,990 | $ 8,858,261 | $ 49,724.66 | $ 16,651 | 58 | 56 | 197 | 29.4% | 28.4% | $ 211,758 | $ 219,321 | 225 | 225 | 111 | 49.3% | 121 |
| 42 | San Francisco | Washington | Moses Lake | COLUMBIA BASIN | 239 | $ 11,694,284 | $ 8,434,383 | $ 48,930.06 | $ 22,611 | 56 | 45 | 162 | 34.6% | 27.8% | $ 208,826 | $ 259,873 | 236 | 236 | 132 | 55.9% | 70 |
| 43 | San Francisco | California | San Bernardino | INLAND EMPIRE | 364 | $ 20,452,156 | $ 14,750,910 | $ 56,187.24 | $ 12,028 | 98 | 94 | 267 | 36.7% | 35.2% | $ 208,695 | $ 217,576 | 340 | 340 | 239 | 70.3% | 120 |
| 44 | Philadelphia | West Virginia | Charleston | CHARLESTON | 236 | $ 12,519,717 | $ 9,029,719 | $ 53,049.65 | $ 10,029 | 60 | 57 | 209 | 28.7% | 27.3% | $ 208,662 | $ 219,644 | 307 | 307 | 101 | 32.9% | 113 |
| 45 | Chicago | Missouri | St. Louis | ST LOUIS | 354 | $ 23,295,422 | $ 16,801,587 | $ 65,806.28 | $ 13,711 | 114 | 85 | 316 | 36.1% | 26.9% | $ 204,346 | $ 274,064 | 450 | 450 | 224 | 49.8% | 299 |
| 46 | San Francisco | Washington | Curlew | CURLEW | 125 | $ 10,257,850 | $ 7,398,370 | $ 82,062.80 | $ 23,077 | 51 | 51 | 106 | 48.1% | 48.1% | $ 201,134 | $ 201,134 | 138 | 138 | 94 | 68.1% | 34 |
| 47 | Chicago | Iowa | Denison | DENISON | 231 | $ 13,619,129 | $ 9,822,659 | $ 58,957.27 | $ 19,032 | 68 | 50 | 193 | 35.2% | 25.9% | $ 200,281 | $ 272,383 | 282 | 282 | 146 | 51.8% | 183 |
| 48 | Dallas | Utah | Ogden | WEBER BASIN | 155 | $ 11,277,484 | $ 8,133,771 | $ 72,757.96 | $ 44,136 | 57 | 46 | 123 | 46.3% | 37.4% | $ 197,851 | $ 245,163 | 210 | 210 | 100 | 47.6% | 46 |
| 49 | Philadelphia | Kentucky | Greenville | MUHLENBERG | 217 | $ 15,193,644 | $ 10,958,262 | $ 70,016.79 | $ 14,331 | 78 | 61 | 189 | 41.3% | 32.3% | $ 194,790 | $ 249,076 | 130 | 130 | 133 | 102.3% | 102 |
| 50 | Philadelphia | Pennsylvania | Lopez | RED ROCK | 300 | $ 17,259,359 | $ 12,448,137 | $ 57,531.20 | $ 12,613 | 90 | 59 | 264 | 34.1% | 22.3% | $ 191,771 | $ 292,532 | 264 | 264 | 162 | 61.4% | 182 |
| 51 | Boston | New Hampshire | Manchester | NEW HAMPSHIRE | 282 | $ 15,900,755 | $ 11,468,258 | $ 56,385.66 | $ 20,491 | 83 | 64 | 197 | 42.1% | 32.5% | $ 191,575 | $ 248,449 | 300 | 300 | 158 | 52.7% | 67 |
| 52 | Atlanta | Georgia | Brunswick | BRUNSWICK | 338 | $ 14,190,575 | $ 10,234,808 | $ 41,983.95 | $ 13,512 | 75 | 60 | 257 | 29.2% | 23.3% | $ 189,208 | $ 236,510 | 208 | 208 | 192 | 92.3% | 150 |
| 53 | Dallas | New Mexico | Roswell | ROSWELL | 189 | $ 10,657,576 | $ 7,686,668 | $ 56,389.29 | $ 16,835 | 57 | 51 | 161 | 35.4% | 31.7% | $ 186,975 | $ 208,972 | 178 | 178 | 103 | 57.9% | 81 |
| 54 | Philadelphia | Kentucky | Mammoth Cave | GREAT ONYX | 205 | $ 9,108,199 | $ 6,569,196 | $ 44,430.24 | $ 16,556 | 49 | 46 | 142 | 34.5% | 32.4% | $ 185,882 | $ 198,004 | 151 | 151 | 112 | 74.2% | 62 |
| 55 | Dallas | Wyoming | Riverton | WIND RIVER | 307 | $ 16,332,316 | $ 11,779,517 | $ 53,199.73 | $ 19,866 | 88 | 74 | 270 | 32.6% | 27.4% | $ 185,595 | $ 220,707 | 300 | 300 | 168 | 56.0% | 161 |
| 56 | Atlanta | North Carolina | Cherokee | OCONALUFTEE | 162 | $ 8,854,144 | $ 6,385,961 | $ 54,655.21 | $ 24,188 | 48 | 39 | 124 | 38.7% | 31.5% | $ 184,461 | $ 227,029 | 114 | 114 | 83 | 72.8% | 205 |
| 57 | Boston | Vermont | Vergennes | NORTHLANDS | 161 | $ 9,590,568 | $ 6,917,100 | $ 59,568.75 | $ 23,259 | 52 | 37 | 123 | 42.3% | 30.1% | $ 184,434 | $ 259,205 | 162 | 162 | 131 | 80.9% | 39 |
| 58 | San Francisco | California | Imperial Beach | SAN DIEGO | 437 | $ 34,271,026 | $ 24,717,630 | $ 78,423.40 | $ 24,511 | 187 | 113 | 387 | 48.3% | 29.2% | $ 183,268 | $ 303,283 | 555 | 555 | 358 | 64.5% | 118 |
| 59 | San Francisco | California | Sacramento | SACRAMENTO | 565 | $ 20,738,904 | $ 14,957,724 | $ 36,706.02 | $ 17,517 | 114 | 175 | 374 | 30.5% | 46.8% | $ 181,920 | $ 118,508 | 414 | 414 | 264 | 63.8% | 166 |
| 60 | Philadelphia | Delaware | Wilmington | WILMINGTON | 161 | $ 7,429,323 | $ 5,358,324 | $ 46,144.86 | $ 13,065 | 42 | 29 | 107 | 39.3% | 27.1% | $ 176,889 | $ 256,184 | 153 | 153 | 73 | 47.7% | 36 |
| 61 | Dallas | Montana | Darby | TRAPPER CREEK | 155 | $ 11,360,116 | $ 8,193,368 | $ 73,291.07 | $ 14,077 | 65 | 54 | 152 | 42.8% | 35.5% | $ 174,771 | $ 210,373 | 215 | 215 | 131 | 60.9% | 69 |
| 62 | Chicago | Indiana | Edinburgh | ATTERBURY/ INDYPENDEN | 491 | $ 27,773,627 | $ 20,031,447 | $ 56,565.43 | $ 8,089 | 159 | 132 | 482 | 33.0% | 27.4% | $ 174,677 | $ 210,406 | 410 | 510 | 286 | 56.1% | 454 |
| 63 | Boston | New York | Oneonta | ONEONTA | 246 | $ 17,937,290 | $ 12,937,088 | $ 72,915.81 | $ 23,253 | 104 | 99 | 232 | 44.8% | 42.7% | $ 172,474 | $ 181,185 | 291 | 291 | 150 | 51.5% | 130 |
| 64 | Atlanta | Mississippi | Batesville | FINCH-HENRY | 207 | $ 11,518,819 | $ 8,307,831 | $ 55,646.47 | $ 8,398 | 68 | 59 | 213 | 31.9% | 27.7% | $ 169,394 | $ 195,234 | 226 | 226 | 104 | 46.0% | 134 |
| 65 | San Francisco | California | San Francisco | TREASURE ISLAND | 433 | $ 28,385,804 | $ 20,472,974 | $ 65,556.13 | $ 25,344 | 168 | 128 | 344 | 48.8% | 37.2% | $ 168,963 | $ 221,764 | 532 | 532 | 297 | 55.8% | 139 |
| 66 | Atlanta | Alabama | Gadsden | GADSDEN | 219 | $ 8,878,726 | $ 6,403,691 | $ 40,542.13 | $ 18,463 | 53 | 50 | 160 | 33.1% | 31.3% | $ 167,523 | $ 177,575 | 260 | 260 | 129 | 49.6% | 73 |
| 67 | Philadelphia | Kentucky | Morganfield | EARLE C. CLEMENTS | 657 | $ 44,487,943 | $ 32,086,478 | $ 67,713.76 | $ 13,243 | 267 | 237 | 560 | 47.7% | 42.3% | $ 166,622 | $ 187,713 | 1022 | 1022 | 417 | 40.8% | 309 |
| 68 | Philadelphia | Maryland | Woodstock | WOODSTOCK | 378 | $ 17,185,911 | $ 12,395,164 | $ 45,465.37 | $ 14,060 | 104 | 82 | 249 | 41.8% | 32.9% | $ 165,249 | $ 209,584 | 428 | 428 | 213 | 49.8% | 133 |

| | | | | Financial Efficiency | | | | Participant Earnings | | | Graduation Analysis using Separation Analysis, EIS Data | | | | | | OBS | | | | PY 2023 Incidents (EIS Data) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region | State | City | Center | Enrollees in PY 22 (Students Served Report EIS) | Prorated Yearly Center Cost for Total JC Cost | Yearly Center Cost, Pro Broader JC Costs | Cost Per Enrollee | ANNUALIZED Income from: 2nd Quarter - Post-Separation Quarterly Earnings | Graduate per WIOA Definition | Graduate from Traditional Definition (Separation Analysis, EIS) | Total Student Separations (Separation Analysis, EIS) | Graduation Rate (WIOA Definition) | Graduation Rate (Traditional) | Cost per Graduate WIOA (Includes Expulsion / Nonvoluntary Separations) | Cost per Graduate - Traditional (Separation Analysis, EIS) | Current Contract or Planned OBS | Adjusted Current Contract or Planned OBS | PY2023 OBS Actual | PY 2023 OBS Rate | PY 2023 Total Infractions |
| Atlanta | Florida | Jacksonville | JACKSONVILLE | | | | | | | | | | | | | | | | | |
| San Francisco | Washington | Sedro-Woolley | CASCADES | | | | | | | | | | | | | | | | | |
| Dallas | Louisiana | New Orleans | NEW ORLEANS | | | | | | | | | | | | | | | | | |
| Chicago | Michigan | Flint | FLINT/GENESEE | | | | | | | | | | | | | | | | | |
| Dallas | Oklahoma | Guthrie | GUTHRIE | | | | | | | | | | | | | | | | | |
| Boston | New York | Cassadaga | DELAWARE VALLEY | | | | | | | | | | | | | | | | | |
| Boston | Connecticut | New Haven | NEW HAVEN | | | | | | | | | | | | | | | | | |
| San Francisco | California | San Jose | SAN JOSE | | | | | | | | | | | | | | | | | |
| Chicago | Ohio | Cincinnati | CINCINNATI | | | | | | | | | | | | | | | | | |
| Chicago | Illinois | Chicago | PAUL SIMON | | | | | | | | | | | | | | | | | |
| San Francisco | Oregon | Astoria | TONGUE POINT | | | | | | | | | | | | | | | | | |
| Atlanta | Mississippi | Gulfport | GULFPORT | | | | | | | | | | | | | | | | | |
| Atlanta | Mississippi | Crystal Springs | MISSISSIPPI | | | | | | | | | | | | | | | | | |
| San Francisco | Arizona | Tucson | FRED ACOSTA | | | | | | | | | | | | | | | | | |
| Atlanta | South Carolina | Bamberg | BAMBERG | | | | | | | | | | | | | | | | | |
| Dallas | Oklahoma | Tulsa | TULSA | | | | | | | | | | | | | | | | | |
| Boston | Massachusetts | Chicopee | WESTOVER | | | | | | | | | | | | | | | | | |
| Boston | Rhode Island | Exeter | EXETER | | | | | | | | | | | | | | | | | |
| Chicago | Michigan | Detroit | DETROIT | | | | | | | | | | | | | | | | | |
| Chicago | Minnesota | St. Paul | HUBERT H HUMPHREY | | | | | | | | | | | | | | | | | |
| Philadelphia | Washington DC | Washington | POTOMAC | | | | | | | | | | | | | | | | | |
| San Francisco | Arizona | Phoenix | PHOENIX | | | | | | | | | | | | | | | | | |
| Atlanta | Tennessee | Memphis | BENJAMIN L. HOOKS | | | | | | | | | | | | | | | | | |
| Dallas | Texas | San Marcos | GARY | | | | | | | | | | | | | | | | | |
| Philadelphia | Kentucky | Simpsonville | WHITNEY M. YOUNG | | | | | | | | | | | | | | | | | |
| San Francisco | California | Long Beach | LONG BEACH | | | | | | | | | | | | | | | | | |
| Dallas | Louisiana | Shreveport | SHREVEPORT | | | | | | | | | | | | | | | | | |
| Chicago | Missouri | Excelsior Springs | EXCELSIOR SPRINGS | | | | | | | | | | | | | | | | | |
| Dallas | Oklahoma | Talequah | TALKING LEAVES | | | | | | | | | | | | | | | | | |
| Boston | New York | Cassadaga | CASSADAGA | | | | | | | | | | | | | | | | | |
| Chicago | Wisconsin | Milwaukee | MILWAUKEE | | | | | | | | | | | | | | | | | |
| Boston | Puerto Rico | Garrochales | ARECIBO | | | | | | | | | | | | | | | | | |
| Atlanta | Alabama | Montgomery | MONTGOMERY | | | | | | | | | | | | | | | | | |
| Philadelphia | Kentucky | Prestonsburg | CARL D. PERKINS | | | | | | | | | | | | | | | | | |
| Boston | Massachusetts | North Grafton | GRAFTON | | | | | | | | | | | | | | | | | |
| Chicago | Illinois | Joliet | JOLIET | | | | | | | | | | | | | | | | | |
| Philadelphia | Pennsylvania | Philadelphia | PHILADELPHIA | | | | | | | | | | | | | | | | | |
| Dallas | Arkansas | Little Rock | LITTLE ROCK | | | | | | | | | | | | | | | | | |
| Dallas | Texas | Laredo | LAREDO | | | | | | | | | | | | | | | | | |
| Chicago | Ohio | Dayton | DAYTON | | | | | | | | | | | | | | | | | |
| Atlanta | Florida | St. Petersburg | PINELLAS COUNTY | | | | | | | | | | | | | | | | | |
| San Francisco | North Carolina | Kittrell | KITTRELL | | | | | | | | | | | | | | | | | |
| San Francisco | Nevada | Reno | SIERRA NEVADA | | | | | | | | | | | | | | | | | |
| Dallas | Utah | Clearfield | CLEARFIELD | | | | | | | | | | | | | | | | | |
| Chicago | Iowa | Ottumwa | OTTUMWA | | | | | | | | | | | | | | | | | |
| Chicago | Kansas | Manhattan | FLINT HILLS | | | | | | | | | | | | | | | | | |
| Atlanta | Florida | Miami Gardens | MIAMI | | | | | | | | | | | | | | | | | |
| Dallas | Texas | McKinney | NORTH TEXAS | | | | | | | | | | | | | | | | | |
| Philadelphia | Pennsylvania | Pittsburgh | PITTSBURGH | | | | | | | | | | | | | | | | | |
| Boston | Puerto Rico | Aguadilla | RAMEY | | | | | | | | | | | | | | | | | |
| Philadelphia | Pennsylvania | Drums | KEYSTONE | | | | | | | | | | | | | | | | | |
| Dallas | Texas | El Paso | DAVID L. CARRASCO | | | | | | | | | | | | | | | | | |
| Atlanta | Georgia | Albany | TURNER | | | | | | | | | | | | | | | | | |
| San Francisco | Hawaii | Waimanalo | HAWAII | | | | | | | | | | | | | | | | | |

Data (Analysis)

| | Region | State | City | Center | Financial Efficiency | | | | Participant Earnings | Graduation Analysis using Separation Analysis, EIS Data | | | | | | | OBS | | | | PY 2023 Incidents (EIS Data) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Enrollees in PY 23 (Students Served Report EIS) | Prorated Yearly Center Cost for Total JC Cost | Yearly Center Cost, Pro Broader JC Costs | Cost Per Enrollee | ANNUALIZED Income from: 2nd Quarter - Post-Separation Quarterly Earnings | Graduate per WIOA Definition | Graduate from Traditional Definition (Separation Analysis, EIS) | Total Student Separations (Separation Analysis, EIS) | Graduation Rate (WIOA Definition) | Graduation Rate (Traditional) | Cost per Graduate WIOA (Includes Expulsion / Nonvoluntary Separation) | Cost per Graduate - Traditional (Separation Analysis, EIS) | Current Contract or Planned OBS | Adjusted Current Contract or Planned OBS | PY2023 OBS Actual | PY 2023 OBS Rate | PY 2023 Total Infractions |

| | | |
|---|---|---|
| 29% | WIOA Grad Rate | |
| 32% | Traditional Grad Rate | |

| | | |
|---|---|---|
| $ 187,653.27 | Cost Per Graduate Program Wide (Traditional Definition) | Average Stay of Graduates (Months)  13.3 |
| $ 155,650.74 | Cost Per Graduate Program Wide (WIOA Definition) | Average Stay of ALL Enrollees (Month)  7.3 |
| $ 49,769.53 | Average Cost Per Enrollee (Regardless of Length of Stay) | Enrollees in PY 2023  35303 |
| $ 79,631.25 | Average Cost Per Student Per Year (Using Average Length of Stay to Derive) | Average Headcount at All Centers  21922  Per OBS Report |
| $ 60,284.05 | Average Cost Per Student Per Year (Using Average Headcount in All Centers for PY23) | |

**Methodology for Prorated JC Center Cost:**
1. Start with the initial center cost.
2. Add 34.33% to account for the proportional portion of the remaining JC funding that is not covered by direct center costs.
3. This adjustment increases the total from 1,311,832,538 to 1,760,000,000, resulting in an additional $448,167,464 allocated across all centers.

**Average of Top 10 Center Costs per Graduate (Traditional Data)**
Calculates the average cost per graduate by excluding those who hold certificates but were expelled or separated for disciplinary or other non-ordinary reasons.

| | |
|---|---|
| $ 529,989.07 | Top 10 |
| $ 329,790.77 | Top 50 |

**Average of Top 10 Center Costs per Graduate (WIOA Data)**
Calculates the average cost per graduate by including enrollees who completed a certificate but were expelled or separated for disciplinary or other non-ordinary reasons.

| | |
|---|---|
| $ 398,297.96 | Top 10 |
| $ 260,742.57 | Top 50 |

| E | F | I | J | K | L |
|---|---|---|---|---|---|
| $1,269,382,154 | 35303 | $ 35,896 | $ 16,695.10 | 11311 | 9379  20023 |
| $1,760,000,000 | 35303 | $ 49,770 | | | |
| $ 490,617,846 | | | | | |
| 38.65% | | | | | |

Data (Analysis)

| Center ID | Center Name [X] | Reference Name | 2nd Quarter Placement Rate | | | | | | | | 4th Quarter Placement Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary Six Measures [X] | | | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | 77.8% | 76.5% | 74.8% | 52.9% | 75.3% | 76.8% | 72.6% | 72.4% | 71.7% | 72.0% | 70.6% | 56.2% | 71.1% | 77.8% | 73.6% | 70.4% |
| 101100 | ALASKA | ALASKA | 76.3% | 71.2% | 74.7% | 61.0% | 76.8% | 77.9% | 78.0% | 73.7% | 55.1% | 65.3% | 64.8% | 64.7% | 69.9% | 79.5% | 78.7% | 68.3% |
| 60100 | ALBUQUERQUE | ALBUQUERQUE | 69.7% | 67.2% | 70.6% | 44.6% | 67.6% | 63.9% | 74.4% | 65.5% | 72.1% | 64.4% | 74.9% | 53.4% | 65.2% | 72.2% | 67.7% | 66.8% |
| 60100 | ANACONDA | ANACONDA | 84.8% | 81.3% | 82.2% | 58.8% | 77.2% | 79.2% | 84.1% | 78.7% | 72.8% | 75.5% | 95.3% | 63.9% | 71.2% | 78.9% | 80.8% | 75.5% |
| 100100 | ANGELL | ANGELL | 83.0% | 77.5% | 74.5% | 54.5% | 69.1% | 78.7% | 77.8% | 75.0% | 70.2% | 74.1% | 83.7% | 45.5% | 62.5% | 67.0% | 66.7% | 68.9% |
| 26100 | ARECIBO*** | ARECIBO | 70.4% | N/A | N/A | 65.2% | 55.4% | 53.8% | 63.2% | 61.8% | 61.8% | N/A | 50.0% | N/A | 51.6% | 60.6% | 60.8% | 57.7% |
| 50100 | ATTERBURY | ATTERBURY/ IndyPendence | 82.4% | 79.2% | 74.9% | 53.6% | 81.0% | 76.4% | 71.8% | 74.5% | 68.9% | 71.1% | 71.6% | 57.7% | 77.0% | 84.0% | 72.3% | 71.8% |
| 45200 | BAMBERG | BAMBERG | 69.9% | 76.5% | 75.0% | 65.5% | 81.0% | 79.3% | 77.5% | 74.9% | 75.9% | 75.0% | 66.7% | 63.5% | 76.7% | 82.8% | 82.4% | 74.7% |
| 42500 | BENJAMIN L HOOKS | BENJAMIN L HOOKS | 81.1% | 75.7% | 63.6% | 57.0% | 78.1% | 79.8% | 74.8% | 75.4% | 70.5% | 77.7% | 71.2% | 65.7% | 78.2% | 79.1% | 69.8% | 73.0% |
| 50200 | BLACKWELL | BLACKWELL | 87.9% | 79.3% | 77.2% | 51.7% | 82.5% | 77.3% | 67.5% | 77.6% | 79.3% | 73.5% | 81.6% | 57.0% | 63.2% | 80.4% | 65.5% | 74.4% |
| 30100 | BLUE RIDGE | BLUE RIDGE | 79.6% | 89.5% | 73.5% | 59.3% | 84.7% | 82.1% | 75.7% | 77.6% | 77.1% | 74.0% | 87.4% | 58.6% | 83.5% | 75.9% | 82.4% | 74.7% |
| 60200 | BOXELDER | BOXELDER | 77.1% | 68.0% | 59.6% | 53.1% | 69.5% | 73.2% | 77.9% | 68.4% | 48.4% | 66.7% | 58.5% | 54.5% | 67.2% | 68.7% | 74.3% | 62.5% |
| 40400 | BRUNSWICK | BRUNSWICK | 77.0% | 64.0% | 76.1% | 51.2% | 80.5% | 80.2% | 81.4% | 75.8% | 76.9% | 77.6% | 72.8% | 58.1% | 75.3% | 63.3% | 70.8% | 73.5% |
| 31500 | CARL D. PERKINS | CARL D. PERKINS | 79.2% | 78.9% | 76.5% | 54.8% | 83.0% | 77.2% | 73.0% | 74.8% | 70.9% | 80.0% | 74.6% | 65.1% | 73.3% | 63.2% | 76.6% | 74.8% |
| 61600 | CARVILLE*** | CARVILLE | 78.8% | 66.3% | 61.2% | **** | N/A | N/A | N/A | 68.8% | 71.8% | 51.9% | 65.7% | 50.0% | N/A | N/A | N/A | 59.9% |
| 100200 | CASCADES*** | CASCADES | N/A | 75.0% | 72.2% | 63.8% | 70.0% | 82.2% | 63.7% | 71.1% | N/A | 59.0% | 66.7% | 54.6% | 69.6% | 76.1% | 72.7% | 66.5% |
| 60100 | CASS | CASS | 71.8% | 67.3% | 78.6% | 52.5% | 85.9% | 77.5% | 61.8% | 70.8% | 66.0% | 65.5% | 70.3% | 57.2% | 84.6% | 78.1% | 70.3% | 68.0% |
| 20300 | CASSADAGA | CASSADAGA | 81.3% | 83.0% | 77.9% | 49.6% | 76.8% | 82.1% | 73.3% | 74.8% | 71.3% | 80.2% | 64.9% | 55.7% | 71.0% | 78.9% | 72.9% | 70.6% |
| 100600 | CENTENNIAL*** | CENTENNIAL | 79.5% | 78.9% | 76.7% | 48.3% | 81.0% | 81.4% | 67.9% | 72.6% | 68.8% | 74.6% | 76.7% | 48.6% | 66.7% | 72.2% | 73.6% | 68.4% |
| 50300 | CHARLESTON | CHARLESTON | 78.0% | 74.6% | 76.7% | 48.3% | 81.0% | 81.4% | 67.9% | 72.6% | 68.8% | 74.6% | 76.7% | 48.6% | 64.6% | 82.6% | 69.5% | 68.4% |
| 50300 | CINCINNATI | CINCINNATI | 89.6% | 76.5% | 74.7% | 55.1% | 82.6% | 75.4% | 81.7% | 77.0% | 59.7% | 76.1% | 76.8% | 50.5% | 74.0% | 64.0% | 80.5% | 72.4% |
| 60300 | CLEARFIELD | CLEARFIELD | 84.5% | 80.1% | 72.9% | 56.7% | 80.8% | 82.2% | 75.0% | 76.0% | 74.1% | 75.3% | 71.7% | 61.1% | 77.3% | 82.2% | 79.4% | 74.4% |
| 50400 | CLEVELAND | CLEVELAND | 73.8% | 82.0% | 77.8% | 59.3% | 79.4% | 84.1% | 76.0% | 76.0% | 62.0% | 69.3% | 79.2% | 64.3% | 75.0% | 83.9% | 70.5% | 72.3% |
| 60400 | COLUBRAN | COLLBRAN | 81.2% | 79.7% | 81.4% | 48.2% | 79.3% | 80.8% | 81.0% | 75.8% | 78.8% | 79.7% | 72.0% | 58.9% | 70.1% | 78.6% | 70.1% | 74.3% |
| 100300 | COLUMBIA BASIN | COLUMBIA BASIN | 80.9% | 81.6% | 75.0% | 60.4% | 76.9% | 78.1% | 74.7% | 75.4% | 72.2% | 71.9% | 72.3% | 53.5% | 76.5% | 77.2% | 72.4% | 70.9% |
| 100400 | CURLEW | CURLEW | 81.1% | 73.7% | 82.4% | 61.2% | 70.8% | 88.1% | 80.2% | 76.8% | 75.0% | 66.7% | 73.7% | 56.5% | 82.5% | 80.7% | 62.1% | 73.9% |
| 60300 | DAVID L. CARRASCO | DAVID L. CARRASCO | 64.8% | 65.5% | 62.3% | 48.1% | 82.9% | 73.1% | 68.1% | 63.6% | 60.3% | 72.3% | 59.8% | 47.9% | 63.3% | 74.2% | 70.0% | 65.3% |
| 50500 | DAYTON | DAYTON | 85.0% | 73.3% | 73.2% | 57.3% | 80.6% | 76.3% | 77.5% | 75.2% | 70.3% | 66.7% | 78.7% | 55.0% | 70.3% | 76.7% | 76.4% | 72.5% |
| 20400 | DELAWARE VALLEY | DELAWARE VALLEY | 70.7% | 62.7% | 65.7% | 40.1% | 73.0% | 67.0% | 66.2% | 63.7% | 68.6% | 54.1% | 50.0% | 47.9% | 52.6% | 69.6% | 67.2% | 58.9% |
| 70100 | DENISON | DENISON | 85.8% | 82.2% | 77.9% | 46.4% | 75.5% | 82.9% | 73.7% | 74.9% | 76.4% | 72.7% | 71.8% | 54.4% | 70.8% | 87.2% | 76.1% | 73.1% |
| 50600 | DETROIT | DETROIT | 76.9% | 74.4% | 67.4% | 36.5% | 79.7% | 70.6% | 61.7% | 66.6% | 56.1% | 75.7% | 61.3% | 54.4% | 71.2% | 71.9% | 70.9% | 65.9% |
| 31600 | EARLE C. CLEMENTS | EARLE C. CLEMENTS | 78.9% | 81.6% | 75.3% | 56.2% | 73.5% | 76.9% | 77.8% | 74.3% | 72.6% | 75.9% | 76.3% | 54.9% | 74.5% | 74.6% | 76.9% | 72.4% |
| 20500 | EDISON | EDISON | 77.9% | 69.6% | 76.1% | 53.4% | 74.4% | 70.6% | 75.4% | 72.2% | 76.4% | 70.5% | 65.4% | 55.0% | 69.6% | 76.6% | 72.1% | 69.4% |
| 70200 | EXCELSIOR SPRINGS | EXCELSIOR SPRINGS | 74.9% | 81.8% | 74.1% | 58.2% | 79.8% | 83.6% | 70.1% | 74.7% | 78.3% | 73.6% | 71.4% | 58.1% | 73.8% | 79.8% | 66.1% | 71.0% |
| 33600 | EXETER | EXETER | 85.7% | 71.0% | 79.1% | 53.3% | 74.0% | 75.3% | 72.7% | 73.0% | 80.3% | 75.7% | 65.6% | 55.2% | 77.3% | 79.2% | 72.5% | 72.8% |
| 40300 | FINCH-HENRY | FINCH-HENRY | 77.7% | 74.4% | 70.7% | 60.5% | 83.8% | 68.2% | 74.1% | 72.6% | 70.3% | 67.8% | 69.6% | 54.9% | 87.7% | 74.7% | 69.5% | 67.8% |
| 30400 | FLATWOODS | FLATWOODS | 94.1% | 82.9% | 78.9% | 56.9% | 82.6% | 57.1% | 75.0% | 76.5% | 86.4% | 80.0% | 75.0% | 52.6% | 72.0% | 78.9% | 70.0% | 73.5% |
| 70600 | FLINT HILLS | FLINT HILLS | 87.9% | 83.2% | 77.0% | 73.8% | 85.3% | 79.4% | 78.9% | 83.0% | 72.4% | 75.6% | 58.9% | 74.2% | 78.7% | 75.5% | 82.7% | 73.9% |
| 51100 | FLINT/GENESEE | FLINT/GENESEE | 76.0% | 72.7% | 72.0% | 40.0% | 71.6% | 71.1% | 73.5% | 68.1% | 62.2% | 59.1% | 67.9% | 53.3% | 65.0% | 76.4% | 66.3% | 64.3% |
| 100500 | FORT SIMCOE | FORT SIMCOE | 86.0% | 63.9% | 75.0% | 60.0% | 73.0% | 76.1% | 72.2% | 72.6% | 66.7% | 61.1% | 82.6% | 53.6% | 64.0% | 81.6% | 85.7% | 73.4% |
| 91000 | FRED ACOSTA | FRED ACOSTA | 86.3% | 75.9% | 78.2% | 55.5% | 87.2% | 79.3% | 72.6% | 73.5% | 74.6% | 70.2% | 58.9% | 58.6% | 66.7% | 72.2% | 76.9% | 68.3% |
| 31700 | FRENCHBURG | FRENCHBURG | 82.9% | 88.2% | 75.9% | 39.7% | 83.6% | 73.5% | 66.7% | 72.9% | 66.7% | 65.9% | 81.1% | 52.5% | 65.4% | 85.2% | 65.8% | 71.4% |
| 40300 | GADSDEN | GADSDEN | 77.7% | 78.9% | 68.6% | 28.4% | 36.4% | 43.0% | 50.0% | 54.7% | 69.3% | 73.2% | 27.2% | 30.1% | 44.4% | 48.2% | 40.0% | 50.3% |
| 60400 | GARY | GARY | 73.9% | 76.2% | 76.2% | 52.2% | 74.6% | 79.1% | 69.8% | 71.3% | 71.8% | 71.3% | 69.2% | 55.1% | 71.1% | 79.4% | 72.6% | 70.1% |
| 50900 | GERALD R. FORD | GERALD R. FORD | 74.0% | 70.6% | 71.2% | 63.1% | 76.3% | 73.7% | 72.0% | 71.3% | 71.3% | 71.0% | 65.9% | 53.2% | 80.9% | 76.0% | 77.0% | 71.1% |
| 20700 | GLENMONT | GLENMONT | 73.0% | 78.1% | 82.0% | 46.3% | 69.1% | 63.8% | 62.5% | 67.6% | 71.7% | 76.6% | 73.0% | 51.3% | 69.1% | 68.5% | 71.7% | 68.6% |
| 10100 | GRAFTON | GRAFTON | 83.8% | 76.5% | 68.2% | 51.8% | 77.6% | 78.5% | 74.3% | 73.9% | 60.9% | 77.7% | 69.4% | 57.1% | 67.2% | 84.1% | 76.9% | 71.5% |
| 31000 | GREAT ONYX | GREAT ONYX | 77.1% | 71.2% | 85.7% | 71.3% | 80.8% | 84.6% | 81.7% | 78.9% | 70.3% | 76.0% | 64.9% | 63.3% | 85.1% | 85.1% | 75.2% | 78.0% |
| 41000 | GULFPORT | GULFPORT | 76.0% | 78.8% | 78.3% | 63.7% | 76.9% | 82.4% | 76.7% | 76.1% | 78.5% | 78.6% | 74.6% | 61.2% | 76.9% | 82.0% | 100.0% | 75.5% |
| 60500 | GUTHRIE | GUTHRIE | 76.5% | 72.5% | 63.2% | 44.0% | 72.6% | 69.6% | 69.9% | 68.9% | 66.3% | 67.8% | 70.2% | 53.6% | 67.3% | 75.3% | 73.0% | 67.7% |
| 30500 | HARPERS FERRY | HARPERS FERRY | 73.8% | 60.0% | 83.3% | 53.9% | 65.7% | 76.0% | 70.8% | 68.1% | 77.4% | 75.0% | 46.2% | 59.3% | 74.3% | 73.5% | 68.5% | 65.9% |
| 10900 | HARTFORD | HARTFORD | 84.2% | 73.3% | 77.4% | 53.5% | 75.2% | 89.6% | 82.2% | 78.5% | 64.4% | 69.7% | 67.2% | 61.4% | 75.4% | 79.4% | 78.3% | 70.9% |
| 90100 | HAWAII | HAWAII | 74.6% | 67.3% | 70.5% | 39.8% | 61.2% | 67.0% | 74.5% | 64.9% | 67.5% | 80.0% | 77.4% | 54.1% | 73.0% | 74.6% | 67.1% | |
| 50900 | HUBERT H HUMPHREY | HUBERT H HUMPHREY | 89.2% | 73.1% | 74.5% | 58.6% | 80.4% | 87.3% | 81.1% | 78.4% | 73.9% | 74.0% | 71.4% | 64.7% | 73.7% | 80.7% | 62.5% | 74.4% |
| 90200 | INLAND EMPIRE | INLAND EMPIRE | 80.2% | 76.2% | 70.1% | 57.0% | 76.6% | 74.7% | 66.4% | 73.9% | 66.5% | 78.6% | 66.2% | 58.4% | 74.1% | 76.0% | 72.6% | 70.8% |
| 20800 | IROQUOIS | IROQUOIS | 75.9% | 71.9% | 63.4% | 44.4% | 75.2% | 77.2% | 77.3% | 69.9% | 74.7% | 65.7% | 78.0% | 50.9% | 68.0% | 73.6% | 73.8% | 68.5% |
| 41100 | JACKSONVILLE | JACKSONVILLE | 72.3% | 82.1% | 78.1% | 57.7% | 81.1% | 76.5% | 80.2% | 75.5% | 73.0% | 77.7% | 67.1% | 62.7% | 75.3% | 76.4% | 64.1% | 70.8% |
| 41200 | JACOBS CREEK | JACOBS CREEK | 79.4% | 81.6% | 75.4% | 51.6% | 74.5% | 69.6% | 82.9% | 72.5% | 80.4% | 78.6% | 67.0% | 55.2% | 73.5% | 73.0% | 71.6% | 71.9% |
| 51000 | JOLIET | JOLIET | 84.9% | 77.7% | 86.1% | 51.2% | 74.1% | 77.8% | 71.9% | 71.8% | 75.6% | 70.0% | 76.7% | 57.0% | 67.5% | 70.7% | 76.7% | 82.9% |

| Center ID | Center Name [1] | Reference Name | 2nd Quarter Placement Rate | | | | | | | | 4th Quarter Placement Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary Six Measures [2] | | | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | 77.8% | 76.5% | 74.8% | 52.9% | 75.3% | 76.8% | 72.6% | 72.4% | 71.7% | 72.0% | 70.8% | 56.2% | 71.1% | 77.8% | 73.6% | 70.4% |
| 30600 | KEYSTONE | KEYSTONE | 73.2% | 69.1% | 76.3% | 46.5% | 74.1% | 74.2% | 70.2% | 66.2% | 69.7% | 75.8% | 67.6% | 48.6% | 74.0% | 77.2% | 70.3% | 69.1% |
| 41300 | KITTRELL | KITTRELL | 87.5% | 62.2% | 71.1% | 55.1% | 83.0% | 77.5% | 79.3% | 78.5% | 77.7% | 77.7% | 63.9% | 56.3% | 83.7% | 78.5% | 80.3% | 73.6% |
| 60600 | LAREDO | LAREDO | 82.3% | 85.7% | 75.9% | 40.3% | 57.1% | 73.9% | 73.0% | 69.4% | 83.6% | 72.9% | 76.0% | 49.1% | 83.7% | 73.5% | 73.2% | 70.7% |
| 60700 | LITTLE ROCK | LITTLE ROCK | 75.8% | 75.2% | 70.5% | 45.5% | 71.4% | 68.4% | 72.4% | 67.9% | 58.1% | 84.2% | 69.7% | 49.1% | 70.5% | 77.9% | 81.0% | 67.2% |
| 91100 | LONG BEACH | LONG BEACH | 90.2% | 73.1% | 80.7% | 56.2% | 67.8% | 77.2% | 74.5% | 74.2% | 80.8% | 69.8% | 58.7% | 52.3% | 69.7% | 77.3% | 71.0% | 68.8% |
| 10600 | LORING | LORING | 80.2% | 78.8% | 75.0% | 61.7% | 75.7% | 81.4% | 78.2% | 76.4% | 71.0% | 77.0% | 78.3% | 59.1% | 75.9% | 84.3% | 79.3% | 75.0% |
| 90300 | LOS ANGELES | LOS ANGELES | 79.6% | 73.0% | 75.0% | 53.9% | 74.6% | 92.7% | 71.8% | 72.9% | 69.4% | 68.4% | 73.2% | 56.3% | 76.9% | 80.0% | 72.4% | 71.4% |
| 41500 | LYNDON B. JOHNSON | LYNDON B. JOHNSON | 78.8% | 67.7% | 81.2% | 57.5% | 79.5% | 88.3% | 69.5% | 74.8% | 68.8% | 66.1% | 71.4% | 59.3% | 77.4% | 80.6% | 67.4% | 70.5% |
| 41600 | MIAMI | MIAMI | 76.2% | 75.4% | 76.5% | 57.0% | 78.7% | 77.9% | 73.8% | 74.0% | 75.3% | 68.9% | 71.6% | 58.3% | 75.0% | 74.3% | 73.4% | 71.0% |
| 51300 | MILWAUKEE | MILWAUKEE | 73.1% | 78.6% | 65.5% | 61.8% | 86.8% | 79.1% | 74.1% | 74.3% | 72.2% | 72.9% | 83.2% | 55.7% | 74.7% | 82.0% | 72.9% | 70.5% |
| 70300 | MINGO | MINGO | 72.7% | 77.8% | 76.3% | 50.7% | 75.9% | 71.9% | 66.7% | 70.1% | 61.9% | 59.7% | 86.5% | 55.6% | 65.5% | 71.2% | 60.9% | 65.0% |
| 41700 | MISSISSIPPI | MISSISSIPPI | 75.7% | 73.9% | 73.1% | 50.7% | 71.5% | 65.3% | 73.1% | 69.1% | 69.5% | 65.4% | 66.0% | 57.4% | 72.1% | 71.1% | 70.1% | 67.4% |
| 42600 | MONTGOMERY | MONTGOMERY | 70.0% | 74.2% | 80.4% | 32.4% | 51.8% | 43.9% | 45.6% | 56.9% | 65.8% | 72.0% | 69.7% | 44.0% | 44.0% | 48.6% | 50.6% | 55.2% |
| 32100 | MUHLENBERG | MUHLENBERG | 83.2% | 82.4% | 80.2% | 49.5% | 83.3% | 82.4% | 75.4% | 76.6% | 63.0% | 74.7% | 59.9% | 79.8% | 81.9% | 83.5% | 74.0% | 73.6% |
| 11000 | NEW HAMPSHIRE | NEW HAMPSHIRE | 76.5% | 87.0% | 87.5% | 53.9% | 77.2% | 78.9% | 78.6% | 75.9% | 67.4% | 81.3% | 70.4% | 60.0% | 80.0% | 83.5% | 77.9% | 74.5% |
| 10500 | NEW HAVEN | NEW HAVEN | 64.7% | 62.9% | 65.9% | 52.5% | 87.0% | 76.2% | 67.2% | 70.9% | 77.1% | 72.7% | 87.0% | 61.5% | 69.3% | 78.9% | 72.7% | 71.4% |
| 60900 | NEW ORLEANS | NEW ORLEANS | 73.6% | 70.1% | 71.9% | 53.2% | 70.3% | 83.6% | 73.5% | 71.8% | 74.4% | 76.4% | 64.8% | 62.7% | 76.9% | 88.3% | 75.7% | 74.3% |
| 60800 | NORTH TEXAS | NORTH TEXAS | 77.5% | 77.2% | 71.4% | 53.8% | 75.7% | 75.7% | 74.5% | 72.5% | 62.6% | 58.5% | 56.9% | 74.3% | 80.7% | 79.2% | 78.0% | 70.7% |
| 10200 | NORTHLANDS | NORTHLANDS | 61.8% | 75.0% | 71.4% | 49.7% | 73.3% | 83.3% | 78.9% | 70.5% | 77.8% | 62.0% | 80.5% | 64.6% | 64.7% | 77.7% | 80.8% | 71.3% |
| 41800 | OCONALUFTEE | OCONALUFTEE | 64.7% | 73.3% | 83.7% | 55.9% | 74.9% | 90.4% | 70.9% | 76.1% | 69.4% | 76.7% | 68.6% | 62.9% | 75.0% | 82.9% | 81.8% | 73.9% |
| 30700 | OLD DOMINION | OLD DOMINION | 75.6% | 76.2% | 76.9% | 58.0% | 76.7% | 86.8% | 78.4% | 75.4% | 80.2% | 74.4% | 76.7% | 58.6% | 76.9% | 64.3% | 78.6% | 75.9% |
| 20900 | ONEONTA | ONEONTA | 75.4% | 85.4% | 79.6% | 52.3% | 73.4% | 77.5% | 77.0% | 74.4% | 73.9% | 78.9% | 81.4% | 66.9% | 86.9% | 81.4% | 79.3% | 74.0% |
| 51400 | OTTUMWA | OTTUMWA | 81.0% | 81.2% | 77.0% | 56.7% | 74.9% | 76.5% | 80.0% | 76.2% | 67.8% | 80.8% | 72.1% | 60.8% | 75.0% | 81.1% | 77.7% | 73.6% |
| 51200 | PAUL SIMON | PAUL SIMON | 74.3% | 73.0% | 70.7% | 53.5% | 73.1% | 80.6% | 73.1% | 71.2% | 69.2% | 67.6% | 72.7% | 57.4% | 61.9% | 80.4% | 72.7% | 68.2% |
| 10300 | PENOBSCOT | PENOBSCOT | 75.8% | 66.4% | 76.6% | 51.6% | 74.8% | 80.7% | 67.3% | 72.0% | 72.5% | 75.0% | 69.8% | 54.1% | 80.3% | 78.9% | 65.4% | 70.9% |
| 20800 | PHILADELPHIA | PHILADELPHIA | 85.7% | 72.6% | 78.9% | 56.0% | 78.4% | 85.1% | 78.3% | 76.8% | 79.5% | 79.8% | 68.4% | 58.3% | 72.5% | 79.4% | 80.7% | 74.1% |
| 90400 | PHOENIX | PHOENIX | 71.3% | 75.2% | 75.0% | 53.1% | 76.9% | 70.4% | 71.5% | 70.5% | 66.9% | 67.3% | 65.3% | 56.5% | 67.5% | 74.0% | 74.0% | 70.6% |
| 21900 | PINE KNOT | PINE KNOT | 76.5% | 81.5% | 79.6% | 56.6% | 76.9% | 79.1% | 69.8% | 74.5% | 80.0% | 76.8% | 79.0% | 66.4% | 72.4% | 80.1% | 75.0% | 75.0% |
| 70400 | PINE RIDGE | PINE RIDGE | 77.8% | 71.0% | 86.6% | 52.0% | 78.8% | 80.5% | 83.8% | 76.5% | 83.7% | 80.9% | 60.0% | 56.0% | 76.2% | 61.6% | 76.2% | 71.4% |
| 42800 | PINELLAS COUNTY | PINELLAS COUNTY | 78.8% | 76.8% | 77.8% | 65.5% | 85.5% | 79.8% | 75.9% | 77.2% | 79.4% | 79.3% | 75.0% | 67.9% | 78.3% | 82.8% | 81.0% | 77.8% |
| 30900 | PITTSBURGH | PITTSBURGH | 83.7% | 62.5% | 67.8% | 66.6% | 79.7% | 83.1% | 82.9% | 80.9% | 80.2% | 77.9% | 79.8% | 62.7% | 77.9% | 82.6% | 83.3% | 77.7% |
| 31000 | POTOMAC | POTOMAC | 74.4% | 78.3% | 60.0% | 46.3% | 73.8% | 73.3% | 68.1% | 70.4% | 82.5% | 77.8% | 71.3% | 55.2% | 58.9% | 74.2% | 69.0% | 69.8% |
| 60000 | QUENTIN BURDICK | QUENTIN BURDICK | 80.2% | 81.3% | 67.8% | 46.4% | 82.2% | 73.1% | 69.7% | 68.7% | 64.6% | 72.3% | 71.9% | 56.0% | 61.5% | 70.7% | 68.3% | 68.8% |
| 21000 | RAMEY | RAMEY | 75.8% | 76.1% | 69.8% | 37.0% | 62.8% | 59.3% | 58.0% | 62.6% | 57.4% | 55.9% | 56.4% | 40.2% | 57.8% | 62.2% | 58.1% | 55.7% |
| 31100 | RED ROCK | RED ROCK | 71.1% | 63.2% | 71.7% | 53.1% | 72.7% | 65.8% | 68.6% | 66.9% | 77.7% | 62.2% | 71.4% | 46.5% | 64.4% | 72.4% | 72.6% | 67.0% |
| 61100 | ROSWELL | ROSWELL | 70.4% | 76.9% | 75.0% | 53.4% | 72.4% | 76.0% | 73.5% | 73.1% | 72.2% | 71.1% | 66.7% | 56.3% | 65.6% | 73.9% | 73.1% | 69.1% |
| 90500 | SACRAMENTO | SACRAMENTO | 73.3% | 67.6% | 66.4% | 46.4% | 75.7% | 70.8% | 69.5% | 67.7% | 64.3% | 66.0% | 53.4% | 69.4% | 76.9% | 69.0% | 67.3% | |
| 90600 | SAN DIEGO | SAN DIEGO | 75.1% | 75.6% | 62.2% | 76.2% | 75.7% | 71.3% | 71.9% | 72.3% | 66.9% | 70.2% | 56.1% | 70.9% | 77.0% | 75.4% | 70.0% | |
| 90700 | SAN JOSE | SAN JOSE | 80.0% | 75.5% | 77.2% | 50.2% | 80.7% | 74.1% | 60.0% | 71.0% | 73.9% | 73.0% | 59.9% | 75.6% | 81.4% | 71.4% | 73.3% | |
| 42000 | SCHENCK | SCHENCK | 78.0% | 79.4% | 74.1% | 58.1% | 84.6% | 81.4% | 75.9% | 79.4% | 79.2% | 63.5% | 75.5% | 82.6% | 75.9% | 76.3% | | |
| 61200 | SHREVEPORT | SHREVEPORT | 76.5% | 71.2% | 66.9% | 45.7% | 71.8% | 78.3% | 71.6% | 69.0% | 66.0% | 68.2% | 52.6% | 66.9% | 68.4% | 71.2% | 64.6% | |
| 32700 | SHRIVER | SARGENT SHRIVER | 80.0% | 73.2% | 81.8% | 50.6% | 79.0% | 79.1% | 75.2% | 74.0% | 79.8% | 80.8% | 74.1% | 59.4% | 72.2% | 80.8% | 75.8% | 73.0% |
| 90000 | SIERRA NEVADA | SIERRA NEVADA | 72.3% | 76.6% | 72.2% | 56.9% | 82.0% | 80.9% | 75.1% | 73.8% | 74.6% | 78.0% | 71.2% | 54.1% | 76.3% | 82.1% | 72.9% | 72.6% |
| 21100 | SOUTH BRONX | S BRONX/ Brooklyn | 68.6% | 77.7% | 74.8% | 47.5% | 82.0% | 74.7% | 82.7% | 74.1% | 73.0% | 73.4% | 58.4% | 53.6% | 64.6% | 72.1% | 69.3% | 66.4% |
| 100700 | SPRINGDALE | SPRINGDALE/ PIVOT | 73.9% | 80.9% | 76.0% | 55.1% | 75.9% | 76.9% | 72.5% | 72.9% | 68.6% | 78.7% | 75.7% | 51.6% | 72.4% | 80.2% | 70.6% | 71.9% |
| 70000 | ST LOUIS | ST LOUIS | 86.0% | 81.8% | 73.2% | 54.5% | 76.1% | 82.6% | 68.2% | 74.6% | 70.9% | 75.7% | 61.5% | 75.1% | 81.1% | 76.7% | 71.8% | |
| 61300 | TALKING LEAVES | TALKING LEAVES | 74.3% | 63.3% | 71.5% | 52.2% | 79.2% | 75.7% | 71.1% | 73.9% | 72.3% | 71.6% | 58.1% | 75.1% | 77.0% | 66.5% | 72.8% | |
| 100000 | TIMBER LAKE | TIMBER LAKE | 68.2% | 74.6% | 77.9% | 62.7% | 85.3% | 70.9% | 66.0% | 76.2% | 79.3% | 69.4% | 66.7% | 68.0% | 62.5% | 76.2% | 70.7% | |
| 100900 | TONGUE POINT | TONGUE POINT | 81.2% | 73.7% | 76.7% | 57.5% | 72.0% | 82.8% | 72.5% | 75.9% | 77.0% | 72.2% | 81.1% | 61.4% | 73.3% | 76.3% | 75.9% | |
| 60600 | TRAPPER CREEK | TRAPPER CREEK | 83.3% | 82.1% | 69.1% | 61.0% | 79.1% | 83.0% | 74.0% | 78.6% | 76.8% | 76.2% | 65.2% | 60.5% | 79.1% | 84.9% | 71.2% | |
| 90000 | TREASURE ISLAND | TREASURE ISLAND | 76.2% | 74.6% | 71.3% | 50.0% | 72.5% | 74.9% | 80.5% | 66.9% | 78.2% | 71.2% | 64.4% | 71.2% | | | | |
| 61500 | TULSA | TULSA | 78.7% | 82.3% | 74.6% | 58.9% | 76.9% | 72.7% | 73.0% | 65.3% | 73.0% | 73.4% | 80.7% | 64.3% | 60.4% | 66.4% | 70.9% | |
| 42100 | TURNER | TURNER | 82.5% | 78.9% | 77.3% | 53.5% | 78.3% | 77.9% | 74.6% | 74.4% | 72.9% | 73.6% | 69.3% | 75.1% | 81.9% | 72.0% | 71.4% | |
| 60700 | WEBER BASIN | WEBER BASIN | 83.0% | 81.4% | 83.0% | 64.9% | 79.9% | 83.6% | 77.1% | 78.1% | 64.9% | 71.2% | 70.2% | 67.5% | 76.7% | 73.9% | 75.8% | |
| 10400 | WESTOVER | WESTOVER | 73.9% | 72.1% | 69.4% | 49.0% | 78.6% | 78.3% | 68.9% | 72.1% | 75.4% | 65.4% | 66.5% | 79.9% | 82.2% | 74.1% | 74.2% | |
| 32000 | WHITNEY M. YOUNG | WHITNEY M. YOUNG | 73.9% | 73.9% | 78.9% | 58.1% | 80.3% | 76.8% | 75.1% | 72.1% | 75.9% | 61.7% | 75.5% | 80.4% | 76.9% | 73.1% | | |
| 32200 | WILMINGTON | WILMINGTON | 83.9% | 83.3% | 72.4% | 45.5% | 73.2% | 90.8% | 75.2% | 75.2% | 70.2% | 65.7% | 65.9% | 83.6% | 80.7% | 71.7% | | |
| 61700 | WIND RIVER | WIND RIVER | 80.9% | 83.8% | 73.8% | 61.5% | 74.9% | 80.0% | 75.4% | 73.5% | 80.8% | 68.2% | 70.0% | 57.9% | 75.0% | 77.3% | | |
| 101000 | WOLF CREEK | WOLF CREEK | 81.7% | 87.7% | 84.4% | 58.3% | 71.8% | 75.0% | 66.7% | 70.9% | 77.5% | 69.1% | 59.9% | 64.3% | 72.1% | 78.3% | | |
| 31200 | WOODLAND | WOODLAND | 64.3% | 75.9% | 69.8% | 44.2% | 85.7% | 72.7% | 71.5% | 69.2% | 67.8% | 64.3% | 56.0% | 72.4% | 70.9% | 61.9% | | |
| 31300 | WOODSTOCK | WOODSTOCK | 78.7% | 78.4% | 75.6% | 49.0% | 73.4% | 73.9% | 75.5% | 72.2% | 68.9% | 68.9% | 49.3% | 72.2% | 75.4% | 69.2% | | |

**NOTES:**

**** CRIS returned results are masked due to posts and/or credits having fewer than 5 participants.

N/A: No data available for reporting.

[1] Asterisks denote centers that participated in pilot programs during this period or were closed temporarily due to an emergency. As a result of these center statuses, some program years do not have any data available for reporting. No data available is indicated by "N/A".

Satellite centers are not reported separately from their parent centers.

[2] Newly opened centers need time to achieve accurately measured outcomes; therefore, their results in early years reflect outcomes for students who have a short length of stay. Center-wide pilot programs and center closed due to emergencies have longer trends results due to disruption to normal enrollments.

[3] (a) PY 2017 to PY 2019 outcomes are based solely on supplemental data from the Q2 and Q4 surveys (as appropriate) as aggregate of Job Corps. The denominators for the 2nd Quarter Placement, 4th Quarter Placement, Median Earnings and Employer Retention measures are therefore based upon survey completers. The denominator for Credential Attainment is also expanded to all eligible to enroll in the post.

from exit are required and obtained through the supplemental surveys.

(b) PY 2020 to PY 2022 outcomes use UI matches as the primary data source, with Q2 and Q4 surveys (as appropriate) as a supplemental data source. The denominators for the 2nd Quarter Placement, 4th Quarter Placement, 2nd Quarter Median Earnings and Employer Retention measures are expanded to all who are eligible to be in the post. The denominator for Credential Attainment is also expanded to all eligible to enroll in the post.

(c) UI matches where the post or credit below 5 participants are masked in the aggregate reformed that to Job Corps; it is therefore not possible to calculate a rate for a center on an indicator with masked data. Masked counts are denoted with "****".

[4] Job Corps' definition of "participants" broadened in PY 2018 from those who were enrolled for 60 or more days, to include those who completed the Career Protection Period (CPP) but were enrolled in Job Corps for less than 60 days. This additional group of students in the posts, who typically have lower performance results, filtered through the reporting cohorts across these measures leading to graduate declines.

[5] In PY 2018 the Quarter 2 and 4 periods were modified from being specific to a student's exit date to that of the student's exit quarter, aligning with how other programs report these quarters.

[6] As with other programs, Job Corps' performance was significantly impacted between PY 2019 and PY 2021 due to COVID-19. PY 2022 and PY 2023 are considered transition years as Job Corps increases student enrollments population builds back up and posts and results stabilize.

| | A | C | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Primary Six Measures[2] | | | | | | Median 2nd Quarter Earnings | | | | | | | | Credential Attainment Rate | | | |
| | Center ID | Center Name[1] | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | | National | | $4,591 | $4,629 | $4,763 | $3,266 | $4,212 | $4,287 | $4,612 | $4,182.88 | 85.3% | 84.9% | 85.8% | 56.3% | 55.3% | 49.2% | 51.3% | 66.9% |
| | 101100 | ALASKA | ALASKA | $4,640 | $5,043 | $6,317 | $4,645 | $5,391 | $5,151 | $5,109 | $5,299.62 | 90.5% | 86.0% | 95.1% | 78.5% | 61.6% | 51.5% | 48.1% | 73.2% |
| | 60100 | ALBUQUERQUE | ALBUQUERQUE | $4,569 | $4,235 | $5,057 | $3,087 | $4,714 | $6,361 | $4,196 | $4,602.79 | 61.5% | 71.4% | 68.5% | 44.1% | 43.9% | 35.9% | 41.6% | 55.3% |
| | 60100 | ANACONDA | ANACONDA | $5,564 | $5,257 | $5,496 | $4,331 | $3,638 | $6,900 | $6,119 | $5,332.19 | 79.2% | 79.3% | 89.7% | 54.7% | 32.6% | 52.7% | 35.2% | 60.2% |
| | 100100 | ANGELL | ANGELL | $4,373 | $5,467 | $6,633 | $2,852 | $4,984 | $6,176 | $3,253 | $4,822.50 | 77.2% | 86.8% | 80.9% | 40.5% | 18.7% | 47.1% | 32.1% | 54.7% |
| | 20100 | ARECIBO*** | ARECIBO/ ATTERBURY/ | $2,938 | N/A | N/A | N/A | $2,764 | $4,148 | $3,285 | $3,283.60 | 68.2% | N/A | 14.3% | N/A | 0.0% | 77.8% | 60.8% | 48.2% |
| | 50100 | ATTERBURY | IndyPendence | $3,470 | $4,815 | $4,436 | $2,111 | $3,964 | $2,724 | $2,022 | $3,277.34 | 67.5% | 78.1% | 87.4% | 45.5% | 50.3% | 38.1% | 29.7% | 59.5% |
| | 45200 | BAMBERG | BAMBERG | $3,577 | $3,616 | $4,537 | $2,379 | $3,939 | $3,558 | $3,316 | $3,590.61 | 66.7% | 89.2% | 93.6% | 57.1% | 60.5% | 45.7% | 56.9% | 69.4% |
| | 42500 | BENJAMIN L. HOOKS | BENJAMIN L. HOOKS | $3,652 | $4,049 | $4,716 | $3,120 | $4,648 | $3,646 | $3,300 | $3,831.78 | 89.5% | 93.0% | 91.2% | 65.9% | 74.6% | 58.9% | 48.9% | 74.6% |
| | 50200 | BLACKWELL | BLACKWELL | $3,450 | $4,500 | $4,840 | $3,776 | $4,404 | $6,229 | $4,933 | $4,588.14 | 87.3% | 88.9% | 97.3% | 52.3% | 67.9% | 28.0% | 54.5% | 68.0% |
| | 30100 | BLUE RIDGE | BLUE RIDGE | $5,998 | $4,463 | $6,468 | $3,339 | $4,812 | $3,757 | $4,076 | $4,877.81 | 67.0% | 89.4% | 89.2% | 58.7% | 75.0% | 63.0% | 33.3% | 70.9% |
| | 80200 | BOXELDER | BOXELDER | $4,293 | $5,279 | $6,309 | $3,354 | $3,917 | $3,206 | $4,652 | $4,429.97 | 75.0% | 66.7% | 70.3% | 50.9% | 45.7% | 40.3% | 26.3% | 53.8% |
| | 40400 | BRUNSWICK | BRUNSWICK | $3,259 | $3,690 | $4,058 | $2,994 | $3,468 | $3,309 | $3,370 | $3,453.21 | 65.9% | 82.0% | 87.8% | 59.1% | 54.9% | 45.5% | 60.5% | 67.8% |
| | 31500 | CARL D. PERKINS | CARL D. PERKINS | $3,746 | $4,377 | $5,020 | $3,057 | $3,896 | $3,895 | $3,417 | $3,873.91 | 65.5% | 89.9% | 90.4% | 57.6% | 66.7% | 60.3% | 59.3% | 72.9% |
| | 61600 | CARVILLE*** | CARVILLE | $3,450 | $2,758 | $3,425 | $4,387 | N/A | N/A | N/A | $3,504.88 | 74.6% | 85.5% | 85.7% | 48.5% | N/A | N/A | N/A | 73.6% |
| | 100200 | CASCADES*** | CASCADES | N/A | $3,846 | $3,170 | $2,956 | $4,476 | $5,041 | $4,439 | $3,838.57 | N/A | 100.0% | 63.6% | 14.3% | 13.0% | 18.4% | 54.2% | 44.1% |
| | 60200 | CASS | CASS | $4,525 | $3,866 | $5,765 | $2,621 | $4,021 | $4,266 | $4,019 | $4,156.14 | 70.6% | 60.4% | 67.9% | 43.2% | 52.9% | 24.4% | 19.9% | 52.6% |
| | 20300 | CASSADAGA | CASSADAGA | $5,506 | $5,126 | $6,115 | $3,774 | $5,037 | $4,798 | $4,422 | $4,967.81 | 88.7% | 96.1% | 92.2% | 71.2% | 89.0% | 45.4% | 40.7% | 71.5% |
| | 100600 | CENTENNIAL*** | CENTENNIAL | $5,101 | $6,309 | $5,623 | **** | N/A | N/A | N/A | $5,667.48 | 67.6% | 86.3% | 83.8% | 60.4% | N/A | N/A | N/A | 79.6% |
| | 30200 | CHARLESTON | CHARLESTON | $3,450 | $4,640 | $5,233 | $2,321 | $4,360 | $3,314 | $2,507 | $3,666.81 | 92.9% | 90.8% | 91.5% | 60.0% | 44.4% | 52.2% | 59.4% | 70.2% |
| | 50300 | CINCINNATI | CINCINNATI | $3,743 | $4,038 | $4,649 | $3,154 | $4,445 | $2,459 | $2,969 | $3,650.67 | 67.5% | 80.4% | 87.2% | 55.0% | 60.0% | 46.9% | 41.5% | 66.5% |
| | 60300 | CLEARFIELD | CLEARFIELD | $4,721 | $3,490 | $5,065 | $4,660 | $6,332 | $7,289 | $6,860 | $5,769.71 | 68.5% | 87.2% | 61.6% | 50.6% | 47.4% | 55.7% | 48.6% | 68.0% |
| | 60400 | CLEVELAND | CLEVELAND | $3,618 | $4,402 | $4,290 | $3,088 | $3,026 | $2,335 | $2,723 | $3,468.62 | 77.7% | 86.2% | 86.7% | 53.0% | 29.3% | 50.0% | 42.2% | 64.2% |
| | 60400 | COLUMBIA | COLUMBIA | $3,984 | $3,143 | $3,772 | $3,648 | $4,397 | $4,539 | $5,001 | $4,712.00 | 67.5% | 66.7% | 62.0% | 52.0% | 34.1% | 44.0% | 33.5% | 62.8% |
| | 100300 | COLUMBIA BASIN | COLUMBIA BASIN | $4,687 | $4,719 | $5,505 | $4,467 | $4,620 | $4,600 | $5,653 | $4,920.12 | 93.1% | 88.5% | 91.5% | 63.9% | 59.8% | 60.0% | 66.7% | 74.8% |
| | 100400 | CURLEW | CURLEW | $4,111 | $6,309 | $6,846 | $5,473 | $3,950 | $4,992 | $5,769 | $5,350.06 | 60.9% | 69.6% | 60.6% | 47.4% | 48.1% | 45.0% | 42.9% | 62.0% |
| | 60300 | DAVID L. CARRASCO | DAVID L. CARRASCO | $3,296 | $3,177 | $3,757 | $2,740 | $2,424 | $3,863 | $3,910 | $3,310.73 | 75.5% | 86.2% | 85.9% | 45.2% | 30.4% | 37.1% | 58.1% | 59.5% |
| | 50500 | DAYTON | DAYTON | $4,094 | $4,646 | $5,159 | $3,413 | $3,726 | $3,094 | $2,712 | $3,906.63 | 78.2% | 85.4% | 83.3% | 50.4% | 60.3% | 56.7% | 39.2% | 69.1% |
| | 20400 | DELAWARE VALLEY | DELAWARE VALLEY | $4,726 | $3,691 | $3,943 | $3,107 | $3,748 | $3,024 | $4,267 | $3,791.09 | 71.8% | 75.0% | 58.0% | 58.7% | 34.3% | 43.4% | 58.8% | 58.8% |
| | 70100 | DENISON | DENISON | $3,165 | $5,120 | $5,296 | $3,930 | $4,655 | $6,238 | $4,759 | $5,094.65 | 92.1% | 85.4% | 86.0% | 49.5% | 42.9% | 47.0% | 33.8% | 68.9% |
| | 50600 | DETROIT | DETROIT | $2,745 | $3,545 | $4,159 | $2,765 | $3,116 | $3,279 | $2,447 | $3,150.99 | 78.6% | 64.6% | 90.4% | 43.0% | 62.7% | 45.9% | 41.4% | 64.0% |
| | 31600 | EARLE C. CLEMENTS | EARLE C. CLEMENTS | $4,248 | $5,115 | $4,102 | $3,051 | $4,406 | $3,637 | $3,311 | $4,010.01 | 90.6% | 91.6% | 95.0% | 64.0% | 81.2% | 57.0% | 57.3% | 73.8% |
| | 20500 | EDISON | EDISON | $4,065 | $5,047 | $4,641 | $2,888 | $4,453 | $5,464 | $4,219 | $4,547.99 | 93.5% | 90.8% | 75.6% | 66.1% | 56.3% | 69.4% | 73.1% | 73.5% |
| | 70200 | EXCELSIOR SPRINGS | EXCELSIOR SPRINGS | $4,140 | $4,778 | $4,660 | $3,470 | $3,964 | $4,574 | $4,131 | $4,246.27 | 77.0% | 79.5% | 79.9% | 55.8% | 67.9% | 54.1% | 66.1% | 68.8% |
| | 33000 | EXETER | EXETER | $3,938 | $4,600 | $5,079 | $3,086 | $4,555 | $4,158 | $4,543 | $4,275.71 | 67.6% | 72.5% | 84.3% | 50.6% | 44.4% | 45.2% | 31.1% | 60.8% |
| | 40300 | FINCH-HENRY | FINCH-HENRY | $3,740 | $4,680 | $6,227 | $3,344 | $3,774 | $3,493 | $2,099 | $3,752.62 | 63.7% | 64.1% | 92.6% | 54.3% | 66.7% | 53.8% | 57.1% | 71.5% |
| | 30400 | FLATWOODS | FLATWOODS | $5,676 | $4,821 | $5,552 | $4,344 | $3,443 | $3,457 | $4,224 | $4,788.27 | 94.7% | 89.2% | 96.0% | 37.0% | 52.4% | 41.9% | 27.5% | 64.1% |
| | 70600 | FLINT HILLS | FLINT HILLS | $4,185 | $3,672 | $4,119 | $3,087 | $3,995 | $3,743 | $4,098 | $4,008.44 | 67.9% | 87.0% | 54.9% | 44.4% | 47.4% | 67.7% | 67.7% | 67.7% |
| | 51100 | FLINTGENESEE | FLINTGENESEE | $3,796 | $5,000 | $3,247 | $1,235 | $2,622 | $3,855 | $3,112 | $3,233.61 | 73.4% | 76.7% | 36.9% | 53.8% | 34.6% | 39.7% | 56.7% | 56.7% |
| | 100500 | FORT SIMCOE | FORT SIMCOE | $5,465 | $5,865 | $6,873 | $5,701 | $4,044 | $6,447 | $3,820 | $5,479.79 | 77.4% | 66.5% | 68.2% | 49.4% | 33.3% | 32.0% | 31.5% | 56.9% |
| | 91000 | FRED ACOSTA | FRED ACOSTA | $5,520 | $5,520 | $6,118 | $4,257 | $5,436 | $5,057 | $3,247 | $5,165.25 | 95.4% | 93.0% | 68.2% | 63.0% | 65.7% | 35.4% | 57.9% | 75.3% |
| | 71700 | FRENCHBURG | FRENCHBURG | $3,143 | $3,600 | $4,020 | $3,935 | $3,012 | $3,767 | $3,053 | $3,729.53 | 64.4% | 93.0% | 87.0% | 59.6% | 57.1% | 50.0% | 44.4% | 67.4% |
| | 43400 | GADSDEN | GADSDEN | $3,660 | $3,746 | $4,984 | $3,330 | $4,279 | $3,864 | $4,616 | $3,713.58 | 97.3% | 93.7% | 95.0% | 57.8% | 41.2% | 50.0% | 65.1% | 72.0% |
| | 60400 | GARY | GARY | $4,386 | $4,769 | $4,751 | $3,203 | $4,038 | $3,875 | $3,833 | $4,083.21 | 82.4% | 83.1% | 83.5% | 53.9% | 63.6% | 54.8% | 69.5% | 75.0% |
| | 50800 | GERALD R. FORD | GERALD R. FORD | $3,493 | $4,066 | $4,221 | $2,115 | $3,177 | $3,433 | $3,221 | $3,346.44 | 61.3% | 84.7% | 86.6% | 53.9% | 71.9% | 53.9% | 45.9% | 67.0% |
| | 20700 | GLENMONT | GLENMONT | $4,777 | $5,151 | $5,521 | $4,047 | $4,446 | $3,735 | $4,321 | $4,673.07 | 93.9% | 88.2% | 86.5% | 54.9% | 58.9% | 38.0% | 36.6% | 63.5% |
| | 10100 | GRAFTON | GRAFTON | $4,465 | $5,758 | $5,599 | $3,933 | $5,734 | $6,300 | $5,146 | $5,279.32 | 97.9% | 86.9% | 100.0% | 72.7% | 83.4% | 53.9% | 56.6% | 76.4% |
| | 31000 | GREAT ONYX | GREAT ONYX | $3,261 | $2,767 | $3,255 | $3,947 | $4,987 | $4,500 | $4,118 | $4,547.96 | 95.0% | 87.5% | 88.9% | 74.2% | 72.5% | 52.5% | 28.6% | 72.0% |
| | 41000 | GULFPORT | GULFPORT | $3,829 | $3,968 | $3,269 | $2,982 | $3,019 | $4,661 | $3,018 | $3,465.29 | 91.6% | 94.5% | 96.2% | 56.6% | 74.3% | 26.7% | 50.0% | 70.5% |
| | 60500 | GUTHRIE | GUTHRIE | $4,346 | $4,146 | $4,363 | $2,212 | $3,248 | $3,259 | $3,043 | $3,474.04 | 77.3% | 74.6% | 76.4% | 65.4% | 47.7% | 31.7% | 41.9% | 67.2% |
| | 30500 | HARPERS FERRY | HARPERS FERRY | $3,997 | $4,943 | $5,330 | $3,172 | $5,218 | $5,986 | $5,542 | $4,454.06 | 89.2% | 95.7% | 81.6% | 60.7% | 50.0% | 41.0% | 76.3% | 76.3% |
| | 10900 | HARTFORD | HARTFORD | $4,837 | $5,817 | $4,299 | $3,511 | $4,548 | $3,749 | $3,738 | $4,285.71 | 90.7% | 91.0% | 80.0% | 64.3% | 72.2% | 70.4% | 67.5% | 76.9% |
| | 30100 | HAWAII | HAWAII | $6,309 | $5,600 | $5,421 | $804 | $998 | $949 | $2,985.65 | $2,965.05 | 80.5% | 82.8% | 85.0% | 67.5% | 55.9% | 49.5% | 76.8% | 76.8% |
| | 50900 | HUBERT H HUMPHREY | HUBERT H HUMPHREY | $5,257 | $5,609 | $4,950 | $3,372 | $4,958 | $5,375 | $3,190 | $4,987.29 | 93.4% | 90.7% | 83.9% | 67.3% | 53.2% | 56.3% | 55.1% | 71.4% |
| | 60200 | INLAND EMPIRE | INLAND EMPIRE | $3,720 | $3,763 | $3,372 | $4,741 | $4,896 | $3,597 | $3,597 | $3,647.65 | 83.5% | 91.6% | 85.3% | 61.4% | 50.9% | 49.9% | 44.0% | 66.8% |
| | 20800 | IROQUOIS | IROQUOIS | $4,068 | $4,903 | $4,699 | $3,179 | $3,204 | $4,601 | $4,312 | $4,205.14 | 86.6% | 85.7% | 95.7% | 72.0% | 67.4% | 56.8% | 45.9% | 76.9% |
| | 41100 | JACKSONVILLE | JACKSONVILLE | $2,825 | $4,113 | $4,614 | $2,808 | $4,467 | $4,397 | $2,755 | $3,732.46 | 68.8% | 86.2% | 61.6% | 79.5% | 73.9% | 52.5% | 75.9% | 75.9% |
| | 41200 | JACOBS CREEK | JACOBS CREEK | $4,653 | $4,877 | $5,257 | $3,570 | $4,684 | $5,726 | $3,947 | $4,736.43 | 71.2% | 73.9% | 64.0% | 56.0% | 42.1% | 49.3% | 49.0% | 63.9% |
| | 51000 | JOLIET | JOLIET | $3,630 | $4,659 | $4,358 | $2,935 | $3,895 | $3,072 | $3,565 | $3,373.15 | 83.9% | 63.6% | 84.6% | 56.9% | 67.6% | 57.9% | 43.2% | 62.5% |

WIOA Performance Data

| | Primary Six Measures[a] | | Median 2nd Quarter Earnings | | | | | | | | Credential Attainment Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name[b] | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | $4,191 | $4,629 | $4,763 | $3,266 | $4,212 | $4,387 | $4,912 | $4,182.88 | 85.3% | 84.9% | 83.8% | 56.9% | 55.3% | 49.2% | 51.3% | 66.9% |
| 30600 | KEYSTONE | KEYSTONE | $3,863 | $3,698 | $3,995 | $2,539 | $3,504 | $2,901 | $3,324 | $3,410.57 | 89.1% | 89.1% | 97.7% | 62.9% | 51.2% | 44.9% | 50.8% | 69.6% |
| 41300 | KITTRELL | KITTRELL | $4,140 | $4,387 | $3,646 | $4,027 | $3,411 | $4,515 | $4,800 | $4,410.86 | 90.9% | 89.1% | 89.0% | 45.0% | 43.7% | 32.7% | 39.8% | 61.0% |
| 50600 | LAREDO | LAREDO | $4,173 | $3,834 | $3,998 | $3,863 | $3,747 | $4,382 | $5,100 | $4,186.70 | 82.0% | 65.6% | 77.8% | 40.8% | 27.7% | 22.8% | 32.3% | 49.9% |
| 60700 | LITTLE ROCK | LITTLE ROCK | $3,369 | $3,638 | $4,006 | $2,792 | $3,675 | $3,479 | $4,011 | $3,597.23 | 78.9% | 61.1% | 89.5% | 49.7% | 56.4% | 40.6% | 66.6% | 67.8% |
| 91100 | LONG BEACH | LONG BEACH | $5,520 | $6,469 | $5,451 | $4,751 | $4,719 | $5,457 | $7,038 | $5,343.51 | 94.4% | 86.4% | 89.2% | 67.2% | 60.0% | 42.2% | 58.5% | 70.0% |
| 10600 | LORING | LORING | $4,586 | $5,369 | $6,841 | $3,957 | $4,633 | $4,940 | $4,955 | $5,000.63 | 91.0% | 97.1% | 94.8% | 62.7% | 68.6% | 59.2% | 55.3% | 75.7% |
| 96300 | LOS ANGELES | LOS ANGELES | $4,996 | $5,786 | $5,547 | $5,566 | $5,246 | $5,577 | $5,670 | $5,340.97 | 84.7% | 90.4% | 91.4% | 64.0% | 62.6% | 48.4% | 43.7% | 67.8% |
| 41500 | LYNDON B. JOHNSON | LYNDON B. JOHNSON | $3,343 | $4,461 | $3,840 | $4,171 | $3,388 | $4,867 | $4,467 | $4,452.40 | 79.6% | 72.5% | 85.4% | 68.5% | 53.8% | 39.6% | 50.9% | 64.2% |
| 41600 | MIAMI | MIAMI | $3,394 | $4,327 | $4,763 | $3,564 | $4,147 | $4,264 | $3,570 | $4,201.25 | 79.2% | 64.5% | 84.7% | 58.7% | 69.9% | 65.2% | 67.7% | 72.7% |
| 51300 | MILWAUKEE | MILWAUKEE | $4,173 | $3,099 | $2,996 | $3,171 | $3,420 | $3,020 | $3,653 | $3,471.63 | 64.2% | 75.2% | 75.3% | 40.7% | 49.6% | 38.1% | 39.9% | 57.5% |
| 70300 | MINGO | MINGO | $2,841 | $4,201 | $4,006 | $4,165 | $3,246 | $4,733 | $3,933 | $4,182.71 | 78.0% | 80.3% | 67.1% | 36.9% | 55.6% | 58.8% | 33.3% | 64.3% |
| 41700 | MISSISSIPPI | MISSISSIPPI | $3,367 | $3,639 | $2,750 | $3,772 | $3,363 | $2,116 | $2,282 | $2,784.32 | 91.5% | 81.1% | 86.0% | 64.5% | 35.4% | 27.4% | 52.8% | 62.7% |
| 42600 | MONTGOMERY | MONTGOMERY | $3,365 | $4,408 | $3,610 | $4,204 | $3,733 | $7,290 | $4,600 | $4,461.38 | 65.6% | 82.0% | 63.0% | 53.3% | 61.7% | 66.7% | 68.2% | 75.5% |
| 32100 | MUHLENBERG | MUHLENBERG | $4,157 | $3,014 | $4,009 | $3,090 | $3,570 | $3,840 | $3,583 | $4,294.82 | 92.1% | 91.4% | 94.2% | 59.9% | 63.5% | 52.2% | 47.1% | 71.5% |
| 11000 | NEW HAMPSHIRE[c] | NEW HAMPSHIRE | $3,680 | $4,526 | $4,836 | $3,954 | $4,944 | $5,196 | $5,123 | $4,422.96 | 90.5% | 82.9% | 88.0% | 58.8% | 45.8% | 44.4% | 39.3% | 63.9% |
| 10500 | NEW HAVEN | NEW HAVEN | $4,368 | $3,891 | $4,021 | $3,836 | $3,923 | $4,225 | $4,346 | $4,071.38 | 93.2% | 88.5% | 90.3% | 59.3% | 57.1% | 47.3% | 52.9% | 70.2% |
| 60900 | NEW ORLEANS | NEW ORLEANS | $4,659 | $4,520 | $4,671 | $2,639 | $4,008 | $3,917 | $4,434 | $4,314.21 | 92.2% | 87.9% | 88.9% | 72.9% | 76.0% | 75.4% | 55.4% | 78.2% |
| 40800 | NORTH TEXAS | NORTH TEXAS | $3,335 | $4,738 | $4,142 | $4,414 | $3,394 | $4,108 | $3,463 | $4,061.86 | 79.1% | 87.7% | 72.2% | 48.9% | 44.6% | 39.2% | 41.3% | 60.6% |
| 10200 | NORTHLANDS | NORTHLANDS | $4,309 | $5,612 | $5,470 | $3,676 | $5,001 | $4,963 | $3,915 | $5,400.61 | 75.0% | 77.8% | 79.5% | 51.1% | 50.0% | 52.8% | 57.4% | 63.9% |
| 41800 | OCONALUFTEE | OCONALUFTEE | $4,678 | $5,406 | $5,097 | $4,924 | $3,680 | $3,382 | $4,047 | $5,235.81 | 68.9% | 62.5% | 87.5% | 63.6% | 59.6% | 63.5% | 71.4% | 75.4% |
| 30700 | OLD DOMINION | OLD DOMINION | $4,005 | $4,206 | $4,686 | $3,364 | $4,791 | $5,614 | $3,213 | $4,282.72 | 88.7% | 87.8% | 87.9% | 60.4% | 72.0% | 75.3% | 54.2% | 75.2% |
| 20900 | ONEONTA | ONEONTA | $4,775 | $4,528 | $3,943 | $4,826 | $5,010 | $5,470 | $5,811 | $5,198.30 | 88.3% | 90.7% | 90.2% | 71.7% | 62.4% | 59.4% | 69.0% | 78.4% |
| 51400 | OTTUMWA | OTTUMWA | $4,554 | $5,140 | $5,209 | $5,682 | $5,636 | $5,747 | $5,741 | $5,378.87 | 65.0% | 94.4% | 96.3% | 71.6% | 73.9% | 69.9% | 62.7% | 79.0% |
| 51200 | PAUL SIMON | PAUL SIMON | $3,549 | $3,825 | $5,174 | $2,958 | $3,853 | $3,854 | $3,938 | $3,864.54 | 94.7% | 62.6% | 65.6% | 55.1% | 30.1% | 54.9% | 52.1% | 65.0% |
| 10300 | PENOBSCOT | PENOBSCOT | $4,994 | $3,969 | $5,126 | $3,383 | $4,087 | $5,207 | $3,782 | $4,480.93 | 83.5% | 95.3% | 87.2% | 62.1% | 64.5% | 65.6% | 57.8% | 73.7% |
| 30000 | PHILADELPHIA | PHILADELPHIA | $4,355 | $4,292 | $4,389 | $3,110 | $4,928 | $5,839 | $3,985 | $4,409.45 | 91.6% | 93.5% | 85.3% | 74.4% | 75.2% | 76.9% | 64.8% | 80.3% |
| 90400 | PHOENIX | PHOENIX | $4,411 | $5,051 | $5,771 | $4,256 | $5,255 | $4,726 | $4,670 | $4,677.13 | 64.3% | 87.7% | 87.3% | 58.8% | 51.7% | 21.8% | 40.5% | 61.7% |
| 31900 | PINE KNOT | PINE KNOT | $3,351 | $3,786 | $5,101 | $3,020 | $3,785 | $5,071 | $3,222 | $3,908.61 | 73.8% | 84.9% | 75.7% | 44.7% | 32.4% | 58.3% | 63.8% | 61.9% |
| 70400 | PINE RIDGE | PINE RIDGE | $5,305 | $5,661 | $6,511 | $3,045 | $3,265 | $6,099 | $5,233 | $5,302.67 | 79.6% | 82.0% | 62.4% | 46.9% | 50.0% | 50.0% | 61.1% | 64.6% |
| 42400 | PINELLAS COUNTY | PINELLAS COUNTY | $3,014 | $4,635 | $4,680 | $3,929 | $4,123 | $3,605 | $3,092 | $3,783.98 | 91.2% | 84.9% | 91.2% | 62.6% | 55.1% | 30.5% | 67.1% | 88.0% |
| 30900 | PITTSBURGH | PITTSBURGH | $3,871 | $4,217 | $4,474 | $3,551 | $3,502 | $3,706 | $4,648 | $4,055.64 | 89.3% | 90.8% | 93.2% | 75.4% | 79.4% | 82.1% | 74.9% | 82.2% |
| 31000 | POTOMAC | POTOMAC | $4,463 | $4,974 | $5,406 | $3,413 | $3,440 | $4,902 | $3,766 | $4,403.30 | 98.1% | 83.6% | 94.4% | 85.5% | 58.7% | 48.5% | 50.0% | 75.3% |
| 60800 | QUENTIN BURDICK | QUENTIN BURDICK | $6,105 | $5,272 | $5,700 | $5,314 | $3,694 | $4,271 | $3,666 | $4,611.62 | 78.7% | 79.3% | 75.5% | 48.4% | 90.0% | 33.0% | 37.0% | 57.1% |
| 21000 | RAMEY | RAMEY | $3,267 | $3,021 | $2,921 | $3,269 | $3,330 | $2,904 | $3,287 | $3,305.56 | 85.1% | 63.3% | 68.9% | 52.4% | 39.9% | 57.3% | 50.6% | 65.2% |
| 31100 | RED ROCK | RED ROCK | $3,342 | $4,226 | $3,234 | $2,093 | $3,607 | $3,466 | $3,151 | $3,434.60 | 86.4% | 64.5% | 86.3% | 45.7% | 60.2% | 43.1% | 42.7% | 54.1% |
| 61100 | ROSWELL | ROSWELL | $4,467 | $4,233 | $3,558 | $2,980 | $3,894 | $4,401 | $4,204 | $4,234.64 | 84.6% | 68.8% | 68.4% | 45.1% | 31.9% | 40.0% | 25.5% | 57.2% |
| 90500 | SACRAMENTO | SACRAMENTO | $4,680 | $5,868 | $4,858 | $3,480 | $4,967 | $4,725 | $4,379 | $4,707.83 | 75.9% | 78.3% | 84.3% | 55.1% | 40.5% | 34.1% | 47.3% | 59.8% |
| 90600 | SAN DIEGO | SAN DIEGO | $5,057 | $6,208 | $6,278 | $3,984 | $5,498 | $5,160 | $5,469 | $5,544.47 | 94.2% | 92.5% | 94.2% | 68.0% | 69.1% | 58.1% | 61.1% | 77.0% |
| 90700 | SAN JOSE | SAN JOSE | $5,060 | $5,487 | $4,754 | $4,358 | $5,460 | $5,619 | $4,554 | $5,047.02 | 86.6% | 83.8% | 89.4% | 58.6% | 63.3% | 62.9% | 60.9% | 72.2% |
| 42000 | SCHENCK | SCHENCK | $4,206 | $4,241 | $4,410 | $4,253 | $5,397 | $3,769 | $4,382 | $4,466.62 | 88.9% | 88.4% | 83.6% | 47.9% | 50.6% | 37.9% | 37.9% | 66.6% |
| 61200 | SHREVEPORT | SHREVEPORT | $3,381 | $4,077 | $3,915 | $3,628 | $3,210 | $2,856 | $3,720 | $3,057.41 | 75.0% | 76.7% | 65.3% | 60.1% | 62.7% | 38.1% | 45.7% | 63.1% |
| 32700 | SARGENT SHRIVER | SARGENT SHRIVER | $4,193 | $5,549 | $5,211 | $4,925 | $4,633 | $4,262 | $4,850 | $4,833.49 | 86.4% | 86.0% | 87.0% | 71.6% | 70.7% | 70.7% | 62.3% | 76.7% |
| 90800 | SIERRA NEVADA | SIERRA NEVADA | $4,731 | $4,919 | $5,277 | $3,185 | $3,885 | $3,344 | $5,465 | $4,376.00 | 87.5% | 83.0% | 85.9% | 52.2% | 50.0% | 47.5% | 35.6% | 63.2% |
| 21100 | SOUTH BRONX | S BRONX/ Brooklyn | $5,323 | $5,011 | $5,330 | $3,210 | $3,270 | $4,593 | $4,607 | $4,768.65 | 85.0% | 76.4% | 80.0% | 73.0% | 88.8% | 58.3% | 53.3% | 70.7% |
| 100700 | SPRINGDALE | SPRINGDALE/ PIVOT | $4,629 | $3,906 | $4,221 | $3,713 | $3,134 | $3,876 | $3,448 | $3,176.44 | 77.1% | 75.5% | 78.9% | 53.1% | 41.3% | 43.5% | 47.0% | 57.6% |
| 70500 | ST LOUIS | ST LOUIS | $4,104 | $3,964 | $3,639 | $2,853 | $3,428 | $3,428 | $3,078 | $3,531.18 | 70.6% | 69.2% | 91.0% | 52.6% | 53.9% | 53.9% | 41.9% | 62.8% |
| 61300 | TALKING LEAVES | TALKING LEAVES | $3,334 | $3,400 | $3,049 | $2,723 | $3,811 | $4,299 | $3,133.88 | $3,400 | 82.1% | 69.5% | 89.5% | 44.7% | 42.1% | 29.1% | 39.3% | 59.6% |
| 100800 | TIMBER LAKE | TIMBER LAKE | $3,660 | $3,810 | $3,000 | $4,500 | $6,133 | $4,779 | $4,838.42 | $4,000 | 41.6% | 27.7% | 11.1% | 58.0% | 50.0% | 37.0% | 33.3% | 56.0% |
| 100900 | TONGUE POINT | TONGUE POINT | $5,391 | $6,250 | $6,011 | $5,714 | $4,843 | $5,999 | $4,778 | $5,204.98 | 67.5% | 89.9% | 66.6% | 56.5% | 34.9% | 66.8% | 50.3% | 71.9% |
| 80600 | TRAPPER CREEK | TRAPPER CREEK | $5,546 | $5,411 | $7,374 | $5,113 | $4,747 | $5,459 | $3,110 | $5,592.00 | 88.9% | 88.9% | 94.6% | 49.1% | 62.4% | 46.7% | 53.1% | 69.8% |
| 90900 | TREASURE ISLAND | TREASURE ISLAND | $4,764 | $5,850 | $6,466 | $3,450 | $4,755 | $5,675 | $5,038 | $5,334.97 | 88.2% | 95.0% | 86.2% | 65.9% | 50.3% | 47.5% | 60.4% | 70.5% |
| 61500 | TULSA | TULSA | $3,991 | $5,142 | $4,430 | $2,983 | $3,918 | $3,754 | $3,259 | $3,636.32 | 72.9% | 77.3% | 60.2% | 55.9% | 47.7% | 37.1% | 39.9% | 59.9% |
| 42100 | TURNER | TURNER | $4,209 | $3,351 | $4,647 | $2,344 | $3,113 | $3,237 | $3,956 | $3,208.35 | 75.2% | 71.0% | 80.5% | 48.8% | 46.7% | 56.9% | 53.4% | 63.9% |
| 60700 | WEBER BASIN | WEBER BASIN | $2,963 | $4,530 | $5,772 | $7,438 | $6,857 | $9,046 | $11,034 | $6,723.00 | 82.1% | 71.1% | 45.0% | 42.9% | 45.0% | 51.7% | 61.5% | 67.8% |
| 10400 | WESTOVER | WESTOVER | $3,793 | $3,659 | $4,212 | $3,582 | $4,340 | $4,627 | $3,687 | $4,234.56 | 77.2% | 78.5% | 82.3% | 51.9% | 47.7% | 47.7% | 56.6% | 68.0% |
| 32000 | WHITNEY M. YOUNG | WHITNEY M. YOUNG | $3,757 | $4,273 | $4,461 | $3,368 | $3,438 | $3,922 | $3,150 | $3,681.46 | 61.3% | 96.2% | 99.7% | 51.0% | 46.9% | 58.3% | 49.3% | 68.7% |
| 32200 | WILMINGTON | WILMINGTON | $3,343 | $3,092 | $4,039 | $3,100 | $3,506 | $3,140 | $3,266 | $3,628.53 | 86.9% | 65.6% | 91.1% | 45.6% | 21.1% | 23.3% | 42.6% | 58.4% |
| 61700 | WIND RIVER[d] | WIND RIVER | $4,805 | $5,257 | $5,304 | $3,650 | $4,657 | $4,990 | $4,567 | $4,769.88 | 91.6% | 60.9% | 30.0% | 37.4% | 55.1% | 55.9% | 63.4% | — |
| 101000 | WOLF CREEK | WOLF CREEK | $4,400 | $4,337 | $4,673 | $3,106 | $3,151 | $3,234 | $3,050 | $4,256.00 | 92.3% | 84.3% | 97.5% | 63.1% | 55.5% | 45.3% | 43.1% | 69.7% |
| 31200 | WOODLAND | WOODLAND | $3,112 | $4,337 | $4,290 | $3,178 | $4,261 | $3,713 | $3,080 | $3,708.54 | 77.9% | 73.8% | 63.8% | 54.6% | 86.7% | 45.0% | 64.7% | 65.1% |
| 31300 | WOODSTOCK | WOODSTOCK | $4,167 | $4,260 | $3,692 | $3,100 | $3,748 | $3,692 | $3,515 | $3,844.64 | 69.0% | 82.6% | 94.1% | 64.7% | 55.0% | 50.0% | 62.1% | 65.1% |

**NOTES:**

*** CRIS returned results are masked due to posts and/or credits having fewer than [?] reporting

N/A: No data available for reporting

[a] Asterisks denotes centers that participated in a pilot program during this period.
Satellite centers are not reported separately from their parent centers.

[b] Newly opened centers need time to achieve accurately measured outcomes; th

[c] (a) PY 2017 to PY 2019 outcomes are based solely on supplemental dated to survey completers for PY 2017 through PY 2019 as data on employment within one year from exit are required and obtained through the supplemental surveys.

(b) PY 2020 to PY 2023 outcomes use UI matches as the primary data to be included in the pool for PY 2020 onwards.

(c) UI matches where the pool or credit are below 5 participants are masked in t

(d) Job Corps' definition of "participants" broadened in PY 2018 from those three rates between PY 2018 through PY 2021.

[e] In PY 2018 the Quarter 2 and 4 periods were modified from being specific to

[f] As with other programs, Job Corps' performance was significantly impacted t

WIOA Performance Data

| | | | Measurable Skill Gains Rate | | | | | | | | Employer Retention Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Primary Six Measures[20] | | | | | | | | | | | | | | | | | |
| Center ID | Center Name[20] | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | 86.3% | 79.9% | 46.5% | 34.6% | 60.3% | 63.6% | 66.5% | 62.7% | 59.4% | 62.3% | 58.2% | 31.7% | 46.5% | 51.9% | 46.4% | 51.2% |
| 101100 | ALASKA | ALASKA | 77.9% | 79.0% | 43.6% | 28.0% | 59.6% | 49.0% | 55.7% | 56.4% | 55.8% | 66.1% | 52.3% | 40.7% | 46.8% | 58.9% | 57.1% | 54.2% |
| 60100 | ALBUQUERQUE | ALBUQUERQUE | 87.7% | 74.3% | 37.8% | 32.4% | 72.5% | 66.6% | 70.9% | 63.2% | 60.0% | 66.7% | 71.4% | 33.7% | 52.1% | 61.2% | 55.7% | 57.3% |
| 60100 | ANACONDA | ANACONDA | 82.2% | 85.1% | 54.9% | 36.1% | 80.5% | 69.7% | 66.7% | 67.8% | 56.5% | 72.1% | 60.1% | 33.8% | 40.8% | 57.8% | 36.8% | 53.9% |
| 100100 | ANGELL | ANGELL | 72.5% | 31.9% | 38.6% | 14.2% | 81.3% | 49.1% | 67.5% | 53.6% | 33.1% | 37.6% | 65.2% | 21.3% | 36.8% | 62.1% | 31.0% | 46.7% |
| 20100 | ARECIBO*** | ARECIBO | 60.0% | N/A | 0.0% | 57.1% | 76.9% | 67.1% | 71.5% | 50.8% | 75.0% | N/A | 50.0% | N/A | **** | 46.2% | 33.3% | 51.1% |
| 50100 | ATTERBURY | ATTERBURY IndyPendence | 89.7% | 83.7% | 41.0% | 25.1% | 50.2% | 52.3% | 57.8% | 57.1% | 46.5% | 63.3% | 54.7% | 22.5% | 27.6% | 47.7% | 38.6% | 44.4% |
| 45200 | BAMBERG | BAMBERG | 89.8% | 83.6% | 56.1% | 52.5% | 65.2% | 65.4% | 54.3% | 66.5% | 62.2% | 68.9% | 55.3% | 31.3% | 40.6% | 38.9% | 40.9% | 47.6% |
| 50200 | BENJAMIN L. HOOKS | BENJAMIN L. HOOKS | 91.2% | 90.6% | 49.7% | 49.1% | 60.2% | 61.2% | 58.9% | 55.8% | 53.6% | 60.8% | 59.0% | 29.2% | 44.7% | 43.2% | 37.0% | 46.7% |
| 50250 | BLACKWELL | BLACKWELL | 88.6% | 72.9% | 38.3% | 17.1% | 76.0% | 59.1% | 70.7% | 60.4% | 36.4% | 54.9% | 56.0% | 34.2% | 37.0% | 39.5% | 40.7% | 42.6% |
| 30100 | BLUE RIDGE | BLUE RIDGE | 88.2% | 75.7% | 37.3% | 52.3% | 45.0% | 50.0% | 50.3% | 57.1% | 60.5% | 60.5% | 68.4% | 22.2% | 59.1% | 50.0% | 54.4% | 54.3% |
| 80200 | BOXELDER | BOXELDER | 89.0% | 87.6% | 53.1% | 29.8% | 64.3% | 63.0% | 73.5% | 65.7% | 41.7% | 72.7% | 50.0% | 22.9% | 33.3% | 40.0% | 30.2% | 41.5% |
| 45400 | BRUNSWICK | BRUNSWICK | 89.9% | 80.6% | 49.5% | 30.4% | 65.7% | 49.1% | 75.3% | 62.9% | 62.1% | 56.9% | 49.3% | 27.4% | 38.8% | 49.4% | 39.6% | 46.5% |
| 31500 | CARL D. PERKINS | CARL D. PERKINS | 83.8% | 84.8% | 50.3% | 53.5% | 61.6% | 68.8% | 63.9% | 69.2% | 46.6% | 56.2% | 44.0% | 33.6% | 54.5% | 57.9% | 50.5% | 52.4% |
| 61000 | CARVILLE*** | CARVILLE | 85.1% | 77.8% | 30.4% | N/A | N/A | N/A | 64.5% | 46.8% | 46.8% | 54.1% | 56.7% | 24.3% | N/A | N/A | N/A | 45.3% |
| 100200 | CASCADES*** | CASCADES | 37.0% | 17.0% | 14.9% | 9.8% | 26.0% | 76.3% | 76.5% | 38.4% | N/A | N/A | 53.8% | 26.4% | 52.1% | 57.1% | 56.8% | 49.2% |
| 65200 | CASS | CASS | 87.6% | 72.4% | 40.0% | 25.9% | 59.3% | 40.5% | 57.2% | 54.7% | 37.1% | 44.4% | 26.1% | 37.1% | 44.4% | 44.4% | 45.2% |
| 26300 | CASSADAGA | CASSADAGA | 93.9% | 75.9% | 46.1% | 27.7% | 53.7% | 60.0% | 64.4% | 60.5% | 61.7% | 62.2% | 58.5% | 33.1% | 58.0% | 52.4% | 44.4% | 52.9% |
| 100600 | CENTENNIAL*** | CENTENNIAL | 79.0% | 82.3% | 0.0% | N/A | N/A | N/A | 55.8% | 54.0% | 75.0% | 88.1% | 63.0% | 25.0% | N/A | N/A | N/A | 59.0% |
| 30200 | CHARLESTON | CHARLESTON | 69.5% | 68.9% | 48.9% | 43.9% | 76.3% | 81.1% | 55.3% | 63.5% | 58.1% | 61.8% | 48.5% | 33.1% | 33.7% | 50.3% | 44.9% | 47.1% |
| 50300 | CINCINNATI | CINCINNATI | 93.8% | 93.1% | 63.0% | 40.9% | 53.4% | 61.6% | 74.7% | 68.6% | 61.5% | 58.1% | 67.4% | 20.7% | 43.1% | 44.6% | 43.7% | 48.6% |
| 60300 | CLEARFIELD | CLEARFIELD | 85.3% | 75.6% | 51.9% | 32.0% | 71.5% | 85.7% | 65.4% | 62.7% | 63.7% | 53.7% | 36.9% | 52.9% | 63.2% | 58.3% | 55.8% |
| 50400 | CLEVELAND | CLEVELAND | 90.9% | 83.6% | 43.5% | 45.2% | 58.0% | 89.9% | 68.7% | 80.8% | 52.1% | 66.2% | 63.2% | 26.0% | 35.2% | 38.5% | 32.1% | 44.8% |
| 60400 | COLUBRAN | COLUBRAN | 83.3% | 84.1% | 49.0% | 32.7% | 67.4% | 69.5% | 64.1% | 67.5% | 48.5% | 63.8% | 75.9% | 31.5% | 44.4% | 45.5% | 35.0% | 49.3% |
| 100300 | COLUMBIA BASIN | COLUMBIA BASIN | 82.0% | 83.8% | 56.2% | 47.0% | 67.2% | 75.5% | 63.5% | 68.0% | 80.9% | 62.1% | 45.0% | 35.2% | 55.1% | 49.5% | 51.6% | 53.4% |
| 100400 | CURLEW | CURLEW | 79.8% | 83.3% | 53.5% | 44.1% | 72.9% | 70.6% | 80.7% | 69.3% | 40.9% | 69.0% | 37.5% | 33.0% | 31.0% | 53.7% | 48.5% | 44.7% |
| 60300 | DAVID L. CARRASCO | DAVID L. CARRASCO | 85.8% | 82.1% | 52.4% | 26.0% | 88.1% | 89.8% | 68.8% | 64.7% | 55.7% | 63.2% | 56.9% | 30.2% | 42.9% | 51.8% | 49.3% | 50.0% |
| 50500 | DAYTON | DAYTON | 88.8% | 88.3% | 49.7% | 26.1% | 27.6% | 73.6% | 70.0% | 80.9% | 60.0% | 58.2% | 53.8% | 29.1% | 43.5% | 41.7% | 53.8% | 48.6% |
| 20400 | DELAWARE VALLEY | DELAWARE VALLEY | 92.0% | 84.2% | 51.6% | 47.0% | 57.4% | 80.9% | 87.7% | 65.8% | 57.1% | 58.6% | 52.4% | 23.2% | 37.7% | 36.9% | 46.4% | 44.7% |
| 70100 | DENISON | DENISON | 86.0% | 75.4% | 48.6% | 40.3% | 48.8% | 64.9% | 63.9% | 80.8% | 71.2% | 60.6% | 58.3% | 32.4% | 46.9% | 60.5% | 41.6% | 53.0% |
| 50600 | DETROIT | DETROIT | 81.0% | 84.4% | 60.4% | 38.8% | 40.6% | 67.8% | 62.7% | 62.3% | 43.9% | 71.9% | 46.2% | 19.8% | 41.9% | 43.6% | 42.3% | 44.2% |
| 31600 | EARLE C. CLEMENTS | EARLE C. CLEMENTS | 89.4% | 82.9% | 62.9% | 22.8% | 79.9% | 68.3% | 66.3% | 65.9% | 55.6% | 59.2% | 60.6% | 26.7% | 44.1% | 51.4% | 42.5% | 48.6% |
| 20500 | EDISON | EDISON | 95.3% | 94.7% | 52.8% | 36.5% | 81.0% | 72.9% | 73.5% | 69.8% | 50.9% | 57.6% | 51.9% | 34.1% | 47.1% | 53.3% | 46.9% | 49.1% |
| 70200 | EXCELSIOR SPRINGS | EXCELSIOR SPRINGS | 83.7% | 80.8% | 51.5% | 48.8% | 62.1% | 55.6% | 78.0% | 64.6% | 60.6% | 63.8% | 38.2% | 32.6% | 43.4% | 49.2% | 45.5% | 50.6% |
| 33900 | EXETER | EXETER | 86.2% | 84.1% | 55.6% | 46.0% | 54.1% | 63.3% | 71.9% | 65.8% | 63.4% | 54.5% | 35.4% | 51.3% | 60.4% | 49.0% | 54.2% | 58.2% |
| 45300 | FINCH-HENRY | FINCH-HENRY | 90.6% | 76.9% | 46.7% | 31.9% | 64.1% | 54.1% | 53.4% | 59.8% | 67.1% | 69.0% | 49.0% | 30.1% | 51.4% | 33.9% | 35.5% | 48.0% |
| 30400 | FLATWOODS | FLATWOODS | 87.7% | 71.6% | 46.6% | 37.0% | 40.0% | 41.3% | 81.5% | 63.7% | 68.8% | 58.6% | 66.7% | 24.4% | 39.1% | 63.0% | **** | 53.3% |
| 70600 | FLINT HILLS | FLINT HILLS | 92.7% | 83.7% | 55.6% | 45.8% | 72.1% | 70.6% | 59.7% | 68.6% | 60.9% | 49.1% | 53.1% | 35.2% | 37.3% | 40.2% | 44.4% | 45.8% |
| 51100 | FLINT/GENESEE | FLINT/GENESEE | 81.5% | 76.4% | 46.4% | 34.3% | 42.7% | 66.8% | 64.8% | 58.8% | 64.9% | 46.9% | 51.0% | 22.9% | 26.9% | 36.4% | 26.9% | 39.6% |
| 100500 | FORT SIMCOE | FORT SIMCOE | 83.2% | 77.6% | 58.9% | 57.1% | 69.7% | 73.6% | 64.2% | 47.1% | 56.5% | 50.0% | 39.8% | 35.3% | 28.6% | 56.3% | 45.4% |
| 91000 | FRED ACOSTA | FRED ACOSTA | 92.3% | 62.4% | 50.9% | 31.3% | 64.6% | 77.0% | 73.2% | 67.4% | 69.7% | 61.3% | 60.3% | 35.6% | 55.8% | 60.2% | 59.2% | 57.5% |
| 31700 | FRENCHBURG | FRENCHBURG | 88.0% | 74.3% | 46.1% | 69.9% | 60.0% | 89.2% | 73.6% | 65.3% | 55.6% | 50.0% | 20.0% | 39.4% | 54.0% | 57.7% | 48.8% |
| 45100 | GADSDEN | GADSDEN | 86.7% | 81.7% | 48.8% | 37.8% | 74.1% | 74.3% | 66.0% | 66.7% | 53.1% | 60.3% | 55.0% | 18.5% | 25.0% | 37.0% | 37.0% | 39.5% |
| 60300 | GARY | GARY | 67.2% | 78.4% | 43.5% | 14.2% | 46.5% | 76.7% | 64.2% | 61.6% | 51.4% | 64.0% | 56.1% | 26.7% | 40.2% | 54.0% | 48.0% | 48.4% |
| 30500 | GERALD R. FORD | GERALD R. FORD | 96.5% | 65.6% | 74.6% | 40.6% | 54.5% | 58.4% | 65.7% | 58.4% | 65.0% | 51.2% | 19.5% | 33.7% | 43.2% | 39.0% | 41.0% |
| 20700 | GLENMONT | GLENMONT | 89.7% | 88.3% | 51.5% | 46.5% | 45.2% | 53.3% | 67.1% | 63.1% | 66.0% | 62.0% | 37.4% | 35.8% | 49.8% | 41.3% | 42.0% | 50.2% |
| 30100 | GRAFTON | GRAFTON | 67.7% | 84.4% | 49.2% | 47.2% | 65.9% | 72.9% | 79.4% | 69.4% | 54.0% | 60.5% | 25.5% | 49.4% | 55.7% | 45.4% | 52.9% |
| 31900 | GREAT ONYX | GREAT ONYX | 81.0% | 84.3% | 69.8% | 39.4% | 66.7% | 59.4% | 66.7% | 65.3% | 72.2% | 58.9% | 50.0% | 42.0% | 55.3% | 42.3% | 54.2% | 55.5% |
| 41000 | GULFPORT | GULFPORT | 92.8% | 91.6% | 54.6% | 18.1% | 31.3% | 49.0% | 61.1% | 56.9% | 40.7% | 60.0% | 24.2% | 48.3% | 55.1% | 55.6% | 49.8% |
| 60500 | GUTHRIE | GUTHRIE | 89.1% | 86.9% | 46.3% | 12.3% | 50.3% | 76.6% | 73.8% | 62.5% | 56.9% | 57.7% | 70.6% | 23.5% | 35.9% | 41.9% | 35.6% | 46.3% |
| 30500 | HARPERS FERRY | HARPERS FERRY | 67.4% | 71.3% | 54.7% | 25.3% | 100.0% | 61.0% | 70.3% | 64.2% | 54.2% | 71.0% | 35.3% | 38.9% | 61.8% | 54.5% | 55.5% | 50.5% |
| 10900 | HARTFORD | HARTFORD | 90.4% | 76.9% | 56.0% | 13.5% | 47.5% | 63.5% | 65.5% | 79.3% | 55.1% | 53.1% | 34.1% | 55.7% | 52.1% | 46.5% | 57.6% |
| 30100 | HAWAII | HAWAII MAUI | 80.5% | 76.4% | 47.6% | 34.3% | 66.4% | 75.7% | 75.4% | 57.4% | 59.3% | 80.8% | 30.0% | 28.5% | 51.8% | 64.7% | 57.8% |
| 50900 | HUBERT H HUMPHREY | HUBERT H HUMPHREY | 83.7% | 71.9% | 52.0% | 31.2% | 62.9% | 57.9% | 68.6% | 58.9% | 56.7% | 56.7% | 50.9% | 41.0% | 51.2% | 53.5% | 52.1% |
| 90200 | INLAND EMPIRE | INLAND EMPIRE | 85.3% | 72.2% | 53.6% | 37.7% | 44.8% | 52.7% | 58.6% | 57.9% | 64.9% | 54.7% | 48.4% | 38.0% | 74.0% | 76.0% | 79.0% |
| 20900 | IROQUOIS | IROQUOIS | 90.8% | 85.5% | 43.5% | 47.2% | 53.9% | 71.4% | 56.3% | 64.4% | 67.4% | 63.6% | 30.5% | 28.9% | 24.0% | 43.2% | 45.4% | 46.2% |
| 41100 | JACKSONVILLE | JACKSONVILLE | 86.0% | 72.1% | 52.6% | 54.2% | 77.8% | 51.7% | 63.4% | 65.4% | 64.9% | 65.7% | 49.4% | 48.5% | 52.4% | 38.6% | 48.7% |
| 41200 | JACOBS CREEK | JACOBS CREEK | 82.0% | 70.9% | 33.6% | 29.2% | 57.6% | 47.7% | 57.8% | 56.8% | 61.9% | 60.0% | 47.0% | 27.0% | 40.6% | 58.5% | 44.0% | 53.2% |
| 51000 | JOLIET | JOLIET | 83.7% | 78.7% | 35.9% | 31.9% | 29.0% | 57.5% | 61.2% | 51.2% | 50.0% | 56.0% | 53.5% | 22.3% | 20.6% | 39.7% | 36.4% | 42.9% |

| | Primary Six Measures [a] | | Measurable Skill Gains Rate | | | | | | | | Employer Retention Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name [b] | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | 86.3% | 76.9% | 40.5% | 34.0% | 60.3% | 63.8% | 66.5% | 62.7% | 59.4% | 62.3% | 56.3% | 31.7% | 46.5% | 51.9% | 48.4% | 51.3% |
| 30609 | KEYSTONE | KEYSTONE | 92.1% | 90.0% | 42.1% | 13.3% | 52.3% | 64.5% | 71.5% | 60.8% | 49.4% | 67.9% | 60.3% | 28.3% | 35.5% | 43.8% | 39.9% | 46.5% |
| 41300 | KITTRELL | KITTRELL | 86.7% | 79.3% | 40.2% | 22.6% | 21.6% | 69.6% | 70.7% | 57.3% | 80.4% | 65.7% | 42.9% | 23.5% | 38.5% | 40.3% | 42.4% | 46.5% |
| 50600 | LAREDO | LAREDO | 80.5% | 79.5% | 52.5% | 29.5% | 71.4% | 58.9% | 61.4% | 62.0% | 55.6% | 73.9% | 67.9% | 43.7% | 55.6% | 64.0% | 52.2% | 60.4% |
| 60700 | LITTLE ROCK | LITTLE ROCK | 88.4% | 78.7% | 48.8% | 22.8% | 69.0% | 62.8% | 52.6% | 60.4% | 53.3% | 57.4% | 56.9% | 21.8% | 43.8% | 38.9% | 45.5% | 40.2% |
| 91100 | LONG BEACH | LONG BEACH | 79.5% | 77.3% | 44.2% | 39.4% | 66.7% | 81.4% | 65.3% | 64.8% | 74.6% | 82.7% | 42.9% | 48.9% | 77.9% | 80.9% | 71.2% | 65.6% |
| 10600 | LORING | LORING | 95.7% | 68.2% | 51.3% | 53.4% | 68.7% | 69.6% | 61.9% | 65.3% | 56.0% | 66.7% | 41.4% | 32.3% | 55.1% | 50.0% | 48.9% | 52.9% |
| 06300 | LOS ANGELES | LOS ANGELES | 80.2% | 77.5% | 43.5% | 28.8% | 49.2% | 67.2% | 62.8% | 58.4% | 68.1% | 68.9% | 57.3% | 42.2% | 74.7% | 79.0% | 76.7% | 66.7% |
| 41500 | LYNDON B. JOHNSON | LYNDON B. JOHNSON | 83.6% | 79.1% | 55.1% | 20.0% | 81.0% | 68.9% | 71.0% | 66.7% | 56.5% | 59.5% | 48.0% | 25.5% | 39.0% | 30.5% | 38.1% | 42.7% |
| 41600 | MIAMI | MIAMI | 90.8% | 83.3% | 54.5% | 45.8% | 37.3% | 75.1% | 81.9% | 68.9% | 56.3% | 59.6% | 58.1% | 32.8% | 43.8% | 49.4% | 42.7% | 48.2% |
| 51300 | MILWAUKEE | MILWAUKEE | 80.8% | 65.7% | 48.4% | 45.4% | 66.0% | 60.3% | 57.5% | 60.5% | 43.8% | 56.7% | 55.7% | 32.9% | 62.3% | 45.9% | 47.3% | 46.2% |
| 70300 | MINGO | MINGO | 79.7% | 87.2% | 31.9% | 37.7% | 64.0% | 65.2% | 73.9% | 65.7% | 77.8% | 50.0% | 69.2% | 32.2% | 33.3% | 38.8% | 38.5% | 48.3% |
| 41700 | MISSISSIPPI | MISSISSIPPI | 83.2% | 76.5% | 35.3% | 13.7% | 19.8% | 47.8% | 59.6% | 48.0% | 66.1% | 55.6% | 64.1% | 27.3% | 27.8% | 45.5% | 34.9% | 45.9% |
| 42600 | MONTGOMERY | MONTGOMERY | 87.4% | 87.3% | 41.2% | 55.8% | 73.6% | 56.5% | 59.6% | 65.7% | 54.7% | 58.1% | 67.9% | 30.0% | 36.1% | 46.9% | 48.7% | 48.9% |
| 70100 | MUHLENBERG | MUHLENBERG | 87.9% | 84.8% | 61.9% | 34.8% | 61.7% | 75.0% | 74.2% | 68.1% | 50.6% | 53.0% | 59.4% | 27.4% | 41.2% | 43.7% | 39.5% | 45.0% |
| 11000 | NEW HAMPSHIRE | NEW HAMPSHIRE | 88.9% | 82.1% | 42.4% | 36.7% | 55.1% | 54.6% | 58.0% | 58.7% | 53.8% | 62.2% | 60.5% | 33.5% | 53.0% | 54.4% | 55.9% | 53.3% |
| 10500 | NEW HAVEN | NEW HAVEN | 85.9% | 68.9% | 36.4% | 46.6% | 56.3% | 58.9% | 67.8% | 60.4% | 67.0% | 65.6% | 63.3% | 22.9% | 40.0% | 53.3% | 57.6% | 58.9% |
| 60900 | NEW ORLEANS | NEW ORLEANS | 90.8% | 64.0% | 38.5% | 27.8% | 50.0% | 49.7% | 53.5% | 56.3% | 59.8% | 61.1% | 45.8% | 30.3% | 50.0% | 51.5% | 56.9% | 51.3% |
| 40800 | NORTH TEXAS | NORTH TEXAS | 88.9% | 82.6% | 49.0% | 18.6% | 30.6% | 55.0% | 57.4% | 54.7% | 51.3% | 56.5% | 56.1% | 27.2% | 38.9% | 45.9% | 52.3% | 46.0% |
| 10200 | NORTHLANDS | NORTHLANDS | 85.5% | 76.4% | 43.3% | 48.6% | 64.7% | 68.6% | 68.1% | 60.0% | 60.0% | 65.2% | 30.3% | 33.9% | 52.9% | 46.6% | 58.2% |
| 41800 | OCONALUFTEE | OCONALUFTEE | 94.0% | 91.4% | 47.7% | 37.3% | 65.7% | 62.4% | 62.4% | 48.7% | 48.5% | 54.5% | 57.1% | 28.9% | 52.9% | 55.8% | 46.2% | 49.1% |
| 30700 | OLD DOMINION | OLD DOMINION | 86.8% | 85.0% | 46.5% | 35.3% | 49.1% | 50.0% | 59.8% | 58.9% | 46.9% | 57.4% | 50.9% | 27.4% | 40.0% | 54.6% | 50.0% | 47.6% |
| 20900 | ONEONTA | ONEONTA | 84.9% | 82.1% | 59.0% | 48.2% | 66.3% | 67.5% | 61.5% | 67.4% | 62.7% | 62.1% | 26.9% | 45.0% | 53.6% | 46.2% | 51.6% |
| 51400 | OTTUMWA | OTTUMWA | 79.6% | 76.2% | 46.9% | 55.7% | 62.8% | 68.0% | 63.1% | 67.8% | 56.7% | 59.1% | 43.3% | 55.6% | 59.7% | 57.2% | 58.9% |
| 51200 | PAUL SIMON | PAUL SIMON | 67.1% | 64.8% | 46.9% | 38.4% | 64.1% | 51.0% | 57.4% | 61.4% | 50.8% | 59.7% | 56.5% | 39.1% | 33.0% | 48.8% | 50.9% | 48.4% |
| 10300 | PENOBSCOT | PENOBSCOT | 83.2% | 82.2% | 51.3% | 39.4% | 77.1% | 72.9% | 79.1% | 68.3% | 54.3% | 64.2% | 46.0% | 39.5% | 50.5% | 56.9% | 43.0% | 51.6% |
| 30800 | PHILADELPHIA | PHILADELPHIA | 81.6% | 80.5% | 50.6% | 20.7% | 22.9% | 32.1% | 42.3% | 47.2% | 67.4% | 63.0% | 58.2% | 40.6% | 53.6% | 55.9% | 55.9% | 57.2% |
| 90400 | PHOENIX | PHOENIX | 65.6% | 61.5% | 49.4% | 28.2% | 59.6% | 88.1% | 74.1% | 63.9% | 64.3% | 83.7% | 63.0% | 32.3% | 52.9% | 52.1% | 54.1% |
| 31900 | PINE KNOT | PINE KNOT | 80.6% | 74.2% | 32.1% | 19.5% | 81.1% | 76.9% | 79.2% | 63.4% | 59.4% | 66.7% | 44.4% | 31.3% | 28.9% | 43.7% | 46.5% | 45.3% |
| 70400 | PINE RIDGE | PINE RIDGE | 88.5% | 67.2% | 52.2% | 33.6% | 71.4% | 79.4% | 76.1% | 71.9% | 44.6% | 73.3% | 48.0% | 33.3% | 54.8% | 47.7% | 46.4% | 46.1% |
| 42600 | PINELLAS COUNTY | PINELLAS COUNTY | 79.7% | 84.9% | 55.5% | 32.6% | 61.7% | 59.1% | 61.6% | 62.2% | 65.5% | 66.7% | 63.8% | 33.3% | 40.8% | 47.2% | 50.9% | 53.3% |
| 30900 | PITTSBURGH | PITTSBURGH | 81.2% | 64.3% | 55.3% | 62.5% | 75.7% | 76.9% | 75.3% | 73.0% | 69.4% | 69.4% | 75.0% | 42.9% | 56.9% | 57.6% | 53.3% | 60.3% |
| 31000 | POTOMAC | POTOMAC | 81.4% | 74.7% | 41.7% | 36.4% | 56.0% | 61.3% | 63.4% | 60.2% | 61.8% | 70.8% | 57.4% | 36.2% | 39.8% | 44.8% | 52.4% | 50.9% |
| 90800 | QUENTIN BURDICK | QUENTIN BURDICK | 84.1% | 85.9% | 50.7% | 19.1% | 36.4% | 62.3% | 59.9% | 57.5% | 53.3% | 60.5% | 44.8% | 31.1% | 39.0% | 53.5% | 36.9% | 45.6% |
| 21000 | RAMEY | RAMEY | 57.1% | 75.4% | 67.9% | 58.9% | 79.4% | 67.5% | 59.1% | 58.8% | 100.0% | 83.6% | 46.8% | 27.3% | 45.3% | 49.7% | 44.9% | 54.2% |
| 31100 | RED ROCK | RED ROCK | 81.4% | 86.5% | 56.5% | 34.7% | 82.4% | 71.7% | 75.0% | 73.2% | 62.2% | 56.3% | 42.9% | 33.3% | 23.0% | 42.9% | 45.2% | 44.0% |
| 61100 | ROSWELL | ROSWELL | 86.4% | 85.4% | 42.2% | 30.9% | 69.2% | 66.7% | 66.6% | 64.0% | 61.5% | 82.9% | 61.5% | 42.5% | 56.9% | 44.7% | 51.2% | 54.5% |
| 90500 | SACRAMENTO | SACRAMENTO | 88.2% | 83.4% | 36.3% | 14.3% | 70.1% | 82.4% | 85.0% | 65.6% | 52.2% | 80.3% | 58.3% | 46.9% | 73.4% | 72.4% | 70.5% | 62.0% |
| 90600 | SAN DIEGO | SAN DIEGO | 80.3% | 77.0% | 52.2% | 37.8% | 63.7% | 64.4% | 62.9% | 55.8% | 65.1% | 56.8% | 46.2% | 70.5% | 75.0% | 70.8% | 62.9% |
| 90700 | SAN JOSE | SAN JOSE | 82.1% | 82.1% | 35.0% | 72.3% | 66.3% | 69.4% | 67.6% | 69.4% | 64.3% | 74.1% | 50.5% | 79.8% | 79.7% | 76.7% | 75.9% |
| 42000 | SCHENCK | SCHENCK | 92.3% | 92.6% | 62.7% | 36.9% | 62.4% | 74.7% | 80.7% | 74.6% | 51.5% | 67.4% | 56.7% | 27.9% | 40.8% | 52.0% | 47.1% | 49.0% |
| 61200 | SHREVEPORT | SHREVEPORT | 86.5% | 63.7% | 40.5% | 10.9% | 58.8% | 54.8% | 65.5% | 58.2% | 79.8% | 55.3% | 47.8% | 27.4% | 38.7% | 40.7% | 44.7% | 46.2% |
| 32700 | SHRIVER | SARGENT SHRIVER | 87.4% | 80.2% | 52.2% | 46.1% | 64.8% | 68.5% | 71.7% | 68.7% | 61.2% | 89.0% | 72.2% | 35.9% | 45.7% | 54.0% | 50.7% | 55.9% |
| 90900 | SIERRA NEVADA | SIERRA NEVADA | 82.3% | 76.3% | 48.4% | 28.9% | 69.6% | 50.7% | 63.4% | 58.9% | 58.3% | 62.6% | 54.9% | 29.1% | 48.9% | 46.4% | 47.1% | 49.8% |
| 21100 | SOUTH BRONX | S BRONX/ Brooklyn | 79.2% | 77.3% | 48.6% | 47.9% | 59.4% | 48.7% | 50.2% | 58.8% | 59.5% | 57.6% | 38.3% | 51.9% | 56.7% | 54.6% | 55.4% |
| 100700 | SPRINGDALE | SPRINGDALE, PIVOT | 85.4% | 77.9% | 45.6% | 37.4% | 54.6% | 55.0% | 60.3% | 63.6% | 75.8% | 72.0% | 34.6% | 43.9% | 59.3% | 60.5% | 57.8% |
| 70500 | ST LOUIS | ST LOUIS | 91.2% | 90.0% | 46.3% | 21.0% | 68.1% | 65.3% | 70.0% | 64.7% | 56.1% | 60.0% | 63.0% | 30.1% | 33.8% | 46.2% | 42.0% | 46.5% |
| 51100 | TALKING LEAVES | TALKING LEAVES | 74.2% | 77.0% | 58.4% | 71.7% | 46.4% | 77.9% | 67.4% | 69.7% | 53.6% | 63.6% | 41.1% | 29.9% | 32.5% | 36.5% | 77.2% |
| 100800 | TIMBER LAKE | TIMBER LAKE | 85.8% | 86.9% | 34.9% | 5.2% | 13.9% | 46.7% | 74.6% | 49.4% | 76.0% | 70.0% | 68.2% | 34.1% | 44.7% | 31.1% | 36.3% | 56.3% |
| 100900 | TONGUE POINT | TONGUE POINT | 89.1% | 84.5% | 44.7% | 41.6% | 73.1% | 58.7% | 59.0% | 64.4% | 69.6% | 60.6% | 40.7% | 35.1% | 58.3% |
| 80600 | TRAPPER CREEK | TRAPPER CREEK | 83.6% | 83.0% | 59.7% | 35.6% | 90.6% | 57.3% | 62.8% | 67.7% | 59.5% | 55.9% | 33.9% | 45.8% | 53.4% | 46.0% | 54.4% |
| 90000 | TREASURE ISLAND | TREASURE ISLAND | 88.8% | 83.4% | 48.3% | 53.4% | 66.2% | 57.1% | 55.3% | 74.8% | 64.6% | 42.4% | 73.0% | 77.6% | 67.9% |
| 61500 | TULSA | TULSA | 90.8% | 81.7% | 35.4% | 46.7% | 36.0% | 50.0% | 61.7% | 80.8% | 76.0% | 30.4% | 44.4% | 42.7% | 54.7% | 45.8% |
| 42100 | TURNER | TURNER | 94.7% | 76.7% | 46.9% | 32.3% | 72.7% | 63.1% | 78.3% | 56.8% | 63.4% | 26.5% | 35.4% | 43.4% | 47.3% | 45.2% |
| 60700 | WEBER BASIN | WEBER BASIN | 83.0% | 85.4% | 43.0% | 41.9% | 75.9% | 75.2% | 74.9% | 58.5% | 41.9% | 11.2% | 60.0% | 58.8% | 76.2% | 57.4% |
| 10400 | WESTOVER | WESTOVER | 89.6% | 82.9% | 33.9% | 37.8% | 61.9% | 54.6% | 60.9% | 88.7% | 62.7% | 47.4% | 25.0% | 50.2% | 44.1% | 51.9% |
| 32000 | WHITNEY M. YOUNG | WHITNEY M. YOUNG | 89.4% | 74.7% | 48.0% | 26.1% | 67.2% | 63.3% | 62.5% | 65.4% | 53.0% | 49.4% | 30.3% | 33.3% | 47.4% | 39.7% | 48.0% |
| 32200 | WILMINGTON | WILMINGTON | 84.7% | 83.7% | 34.2% | 5.9% | 30.2% | 25.2% | 42.6% | 44.3% | 65.5% | 75.9% | 74.2% | 30.9% | 43.9% | 46.9% | 51.7% | 58.9% |
| 61700 | WIND RIVER | WIND RIVER | 83.3% | 74.5% | 42.2% | 26.0% | 65.3% | 54.1% | 56.6% | 57.3% | 62.2% | 45.0% | 57.6% | 26.9% | 43.9% | 41.5% | 45.0% |
| 101000 | WOLF CREEK | WOLF CREEK | 85.1% | 79.9% | 40.3% | 31.8% | 37.0% | 60.9% | 62.9% | 82.9% | 89.2% | 62.9% | 56.3% | 52.7% |
| 31200 | WOODLAND | WOODLAND | 87.7% | 80.5% | 53.6% | 43.4% | 74.2% | 62.1% | 47.0% | 64.1% | 59.3% | 32.6% | 52.9% | 51.5% | 33.4% | 46.7% | 39.6% | 37.5% | 45.0% |
| 31300 | WOODSTOCK | WOODSTOCK | 94.9% | 76.5% | 31.2% | 26.1% | 62.0% | 60.6% | 66.6% | 81.3% | 64.5% | 58.4% | 46.6% | 46.0% | 52.0% |

NOTES:

+++ CRIS retained results are masked due to posts and/or credits having fewer than...

N/A: No data available for reporting

[a] Asterisks denote centers that participated in pilot programs during this period. Satellite centers are not reported separately from their parent centers.

[b] Newly opened centers need time to achieve accurate/reliable measured outcomes; th...

[c] (a) PY 2017 to PY 2019 outcomes are based solely on supplemental data from exit and required and obtained through the supplemental surveys.

(b) PY 2020 to PY 2023 outcomes use UI matches as the primary data source.

(c) UI matches where the post or credit are below 5 participants are masked in I...

(d) Job Corps' definition of "participants" broadened in PY 2018 from those ...

(e) In PY 2018 the Quarter 2 and 4 periods were modified from being specific to ...

(f) As with other programs, Job Corps' performance was significantly impacted t...

WIOA Performance Data

| Center | Active on Start Date | Enrolled in Time Frame |
|---|---|---|
| Atlanta | 0 | 0 |
| Bamberg | 116 | 284 |
| BENJAMIN L. HOOKS | 120 | 280 |
| Brunswick | 157 | 338 |
| Finch-Henry | 103 | 207 |
| Gadsden | 100 | 219 |
| Gulfport | 63 | 153 |
| Jacksonville | 175 | 365 |
| Jacobs Creek | 52 | 163 |
| Kittrell | 212 | 459 |
| LYNDON B. JOHNSON | 53 | 173 |
| Miami | 207 | 528 |
| Mississippi | 140 | 360 |
| Montgomery | 110 | 244 |
| Oconaluftee | 67 | 162 |
| PINELLAS COUNTY | 224 | 320 |
| Schenck | 67 | 148 |
| Turner | 411 | 861 |
| Arecibo | 159 | 388 |
| Cassadaga | 119 | 255 |
| Delaware Valley | 123 | 253 |
| Edison | 236 | 373 |
| Exeter | 153 | 173 |
| Glenmont | 202 | 323 |
| Grafton | 140 | 337 |
| Hartford | 98 | 247 |
| Iroquois | 95 | 247 |
| Loring | 110 | 242 |
| New Hampshire | 137 | 282 |
| New Haven | 112 | 202 |
| Northlands | 103 | 341 |
| Oneonta | 116 | 246 |
| Penobscot | 120 | 192 |
| Ramey | 291 | 424 |
| Sargent Shriver | 159 | 317 |
| S Bronx/ Brooklyn | 295 | 488 |
| Westover | 267 | 471 |
| Atterbury/ IndyResidence | 264 | 441 |
| Blackwell | 56 | 133 |
| Cincinnati | 110 | 289 |
| Cleveland | 127 | 236 |
| Dayton | 110 | 211 |
| Denison | 122 | 231 |
| Detroit | 160 | 321 |
| EXCELSIOR SPRINGS | 207 | 415 |
| Flint Hills | 88 | 266 |
| Flint/Genesse | 166 | 221 |
| GERALD R. FORD | 132 | 298 |
| HUBERT H.HUMPHREY | 134 | 216 |
| Joliet | 119 | 253 |
| Milwaukee | 111 | 245 |
| Mingo | 48 | 194 |
| Ottumwa | 181 | 220 |
| Paul Simon | 103 | 307 |
| Pine Ridge | 58 | 142 |
| St Louis | 187 | 354 |
| Albuquerque | 139 | 272 |
| Anaconda | 104 | 179 |
| Boxelder | 76 | 107 |
| Curlew | 0 | 0 |
| Cass | 76 | 201 |
| Clearfield | 597 | 962 |
| Collbran | 80 | 131 |
| DAVID L. CARRASCO | 222 | 514 |
| Gary | 606 | 1,181 |
| Guthrie | 200 | 636 |
| Laredo | 184 | 291 |
| Little Rock | 138 | 314 |
| New Orleans | 92 | 298 |
| North Texas | 272 | 691 |
| Quentin Burdick | 102 | 296 |
| Roswell | 100 | 189 |
| Shreveport | 161 | 432 |
| Talking Leaves | 129 | 238 |
| Trapper Creek | 129 | 155 |
| Tulsa | 146 | 275 |
| Weber Basin | 98 | 155 |
| Wind River | 146 | 307 |
| Blue Ridge | 71 | 100 |
| CARL D. PERKINS | 109 | 143 |
| Charleston | 72 | 236 |
| EARLE C. CLEMENTS | 334 | 657 |
| Flatwoods | 46 | 138 |
| Frenchburg | 46 | 102 |
| Great Onyx | 81 | 205 |
| Harpers Ferry | 91 | 159 |
| Keystone | 269 | 611 |
| Muhlenberg | 100 | 217 |
| Old Dominion | 31 | 90 |

| | A | B | C |
|---|---|---|---|
| 1 | Center | Active on Start Date | Enrolled in Time Frame |
| 91 | Philadelphia | 116 | 485 |
| 92 | Pine Knot | 76 | 219 |
| 93 | Pittsburgh | 250 | 612 |
| 94 | Potomac | 181 | 379 |
| 95 | Red Rock | 152 | 369 |
| 96 | WHITNEY M. YOUNG | 149 | 263 |
| 97 | Wilmington | 39 | 161 |
| 98 | Woodland | 146 | 340 |
| 99 | Woodstock | 155 | 378 |
| 100 | Alaska | 157 | 229 |
| 101 | Angell | 115 | 166 |
| 102 | Cascades | 148 | 278 |
| 103 | Centennial | 0 | 117 |
| 104 | Columbia Basin | 107 | 239 |
| 105 | Curlew | 86 | 135 |
| 106 | Fort Simcoe | 60 | 121 |
| 107 | FRED ACOSTA | 168 | 347 |
| 108 | Hawaii Maui | 171 | 288 |
| 109 | Inland Empire | 197 | 364 |
| 110 | Long Beach | 224 | 352 |
| 111 | Los Angeles | 388 | 540 |
| 112 | Phoenix | 187 | 387 |
| 113 | Sacramento | 160 | 583 |
| 114 | San Diego | 304 | 437 |
| 115 | San Jose | 230 | 327 |
| 116 | Sierra Nevada | 346 | 503 |
| 117 | Springdale/ PIVOT | 63 | 143 |
| 118 | Timber Lake | 54 | 198 |
| 119 | Tongue Point | 320 | 529 |
| 120 | Treasure Island | 198 | 403 |
| 121 | Wolf Creek | 33 | 210 |

PY23 Students Served

| org_name (7-1-2023 - 6-30-2024) | Spelling Formatted | Ordinary Separation | Disciplinary Separation | Other Separations | Unauthorized Absence Separation | Total | Traditional Graduated |
|---|---|---|---|---|---|---|---|
| Alaska | Alaska | 45 | 21 | 104 | 13 | 183 | 45 |
| Albuquerque | Albuquerque | 49 | 65 | 20 | 82 | 216 | 49 |
| Anaconda | Anaconda | 32 | 39 | 29 | 34 | 134 | 32 |
| Angell | Angell | 43 | 32 | 54 | 5 | 134 | 43 |
| Arecibo | Arecibo | 102 | 25 | 18 | 23 | 169 | 102 |
| Atterbury | ATTERBURY INDEPENDENCE | 132 | 206 | 16 | 128 | 482 | 132 |
| Bamberg | Bamberg | 62 | 70 | 53 | 19 | 204 | 62 |
| BL Hooks/Memphis | Benjamin L. Hooks | 82 | 79 | 48 | 42 | 251 | 82 |
| Blackwell | Blackwell | 33 | 33 | 29 | 5 | 100 | 33 |
| Blue Ridge | Blue Ridge | 32 | 31 | 44 | 5 | 112 | 32 |
| Boxelder | Boxelder | 27 | 26 | 26 | 18 | 95 | 27 |
| Brunswick | Brunswick | 60 | 123 | 22 | 52 | 257 | 60 |
| Carl D. Perkins | Carl D. Perkins | 68 | 24 | 36 | 43 | 171 | 68 |
| Cascades | Cascades | 80 | 56 | 24 | 52 | 220 | 80 |
| Cass | Cass | 36 | 65 | 31 | 26 | 158 | 36 |
| Cassadaga | Cassadaga | 85 | 108 | 57 | 5 | 253 | 85 |
| Centennial | Centennial | 0 | 23 | 19 | 6 | 48 | 0 |
| Charleston | Charleston | 57 | 68 | 44 | 42 | 209 | 57 |
| Cincinnati | Cincinnati | 90 | 55 | 29 | 83 | 257 | 90 |
| Clearfield | Clearfield | 321 | 324 | 152 | 63 | 860 | 321 |
| Cleveland | Cleveland | 62 | 63 | 39 | 27 | 191 | 62 |
| Collbran | Collbran | 44 | 32 | 29 | 4 | 109 | 44 |
| Columbia Basin | Columbia Basin | 45 | 40 | 68 | 6 | 182 | 45 |
| Curlew | Curlew | 51 | 23 | 22 | 10 | 106 | 51 |
| David Carrasco | David L. Carrasco | 135 | 96 | 18 | 150 | 399 | 135 |
| Dayton | Dayton | 67 | 51 | 34 | 20 | 172 | 67 |
| Delaware Valley | Delaware Valley | 78 | 122 | 18 | 44 | 262 | 78 |
| Denison | Denison | 50 | 59 | 29 | 45 | 183 | 50 |
| Detroit | Detroit | 101 | 79 | 39 | 56 | 275 | 101 |
| Earle C Clements | Earle C. Clements | 237 | 153 | 144 | 26 | 560 | 237 |
| Edison | Edison | 78 | 115 | 69 | 10 | 272 | 78 |
| Excelsior Springs | Excelsior Springs | 128 | 100 | 56 | 56 | 341 | 128 |
| Exeter | Exeter | 59 | 54 | 5 | 53 | 171 | 59 |
| Finch-Henry | Finch-Henry | 58 | 73 | 35 | 46 | 213 | 58 |
| Flatwoods | Flatwoods | 28 | 40 | 23 | 12 | 108 | 28 |
| Flint Hills | Flint Hills | 63 | 72 | 25 | 38 | 198 | 63 |
| Flint/Genesee | Flint/Genesee | 85 | 63 | 16 | 45 | 209 | 85 |
| Fort Simcoe | Fort Simcoe | 24 | 15 | 23 | 2 | 64 | 24 |
| Fred G. Acosta | Fred Acosta | 74 | 43 | 20 | 60 | 197 | 74 |
| Frenchburg | Frenchburg | 14 | 27 | 21 | 13 | 85 | 14 |
| Gadsden | Gadsden | 50 | 52 | 42 | 16 | 160 | 50 |
| Gary | Gary | 333 | 427 | 247 | 189 | 1196 | 333 |
| Gerald R. Ford | Gerald R. Ford | 26 | 78 | 13 | 55 | 172 | 26 |
| Glenmont | Glenmont | 48 | 113 | 12 | 118 | 291 | 48 |
| Grafton | Grafton | 120 | 78 | 71 | 75 | 261 | 120 |
| Great Onyx | Great Onyx | 46 | 44 | 41 | 11 | 142 | 46 |
| Gulfport | Gulfport | 36 | 33 | 21 | 39 | 121 | 36 |
| Guthrie | Guthrie | 126 | 138 | 21 | 113 | 409 | 126 |
| Harpers Ferry | Harpers Ferry | 33 | 26 | 8 | 21 | 88 | 33 |
| Hartford | Hartford | 45 | 56 | 35 | 39 | 175 | 45 |
| Hawaii | HAWAII Maui | 113 | 41 | 37 | 6 | 197 | 113 |
| Hubert Humphrey | HUBERT H HUMPHREY | 74 | 69 | 55 | 11 | 209 | 74 |
| Inland Empire | Inland Empire | 94 | 77 | 66 | 30 | 267 | 94 |
| Iroquois | Iroquois | 56 | 76 | 35 | 30 | 197 | 56 |
| Jacksonville | Jacksonville | 81 | 106 | 37 | 6 | 230 | 81 |
| Jacobs Creek | Jacobs Creek | 25 | 36 | 29 | 6 | 96 | 25 |
| Joliet | Joliet | 35 | 89 | 44 | 28 | 196 | 35 |
| Keystone | Keystone | 160 | 194 | 120 | 43 | 540 | 160 |
| Kittrell | Kittrell | 105 | 209 | 46 | 102 | 463 | 105 |
| Laredo | Laredo | 80 | 19 | 18 | 42 | 159 | 80 |
| Little Rock | Little Rock | 76 | 90 | 44 | 86 | 296 | 76 |
| Long Beach | Long Beach | 120 | 65 | 49 | 44 | 278 | 120 |
| Loring | Loring | 56 | 55 | 53 | 11 | 175 | 56 |
| Los Angeles | Los Angeles | 125 | 129 | 110 | 83 | 456 | 125 |
| Lyndon Johnson | Lyndon B. Johnson | 33 | 59 | 20 | 4 | 116 | 33 |
| Miami | Miami | 148 | 40 | 12 | 92 | 292 | 148 |
| Milwaukee | Milwaukee | 83 | 86 | 29 | 48 | 224 | 83 |
| Mingo | Mingo | 37 | 45 | 17 | 24 | 123 | 37 |
| Mississippi | Mississippi | 76 | 109 | 79 | 27 | 291 | 76 |
| Montgomery | Montgomery | 80 | 75 | 36 | 17 | 197 | 80 |
| Muhlenberg | Muhlenberg | 61 | 67 | 46 | 15 | 189 | 61 |
| New Hampshire | New Hampshire | 64 | 38 | 20 | 75 | 197 | 64 |
| New Haven | New Haven | 58 | 48 | 22 | 30 | 158 | 58 |
| New Orleans | New Orleans | 40 | 48 | 3 | 86 | 183 | 40 |
| North Texas | North Texas | 127 | 222 | 66 | 103 | 528 | 127 |
| Northlands | Northlands | 37 | 26 | 29 | 31 | 123 | 37 |
| Oconaluftee | Oconaluftee | 39 | 41 | 21 | 3 | 124 | 39 |
| Old Dominion | Old Dominion | 17 | 30 | 18 | 9 | 74 | 17 |
| Oneonta | Oneonta | 98 | 73 | 35 | 26 | 232 | 98 |
| Ottumwa | Ottumwa | 80 | 17 | 89 | 33 | 219 | 80 |
| Paul Simon | Paul Simon | 87 | 79 | 99 | 33 | 298 | 87 |
| Penobscot | Penobscot | 67 | 49 | 29 | 26 | 162 | 67 |
| Philadelphia | Philadelphia | 61 | 61 | 51 | 189 | 362 | 61 |
| Phoenix | Phoenix | 75 | 90 | 38 | 105 | 308 | 75 |
| Pine Knot | Pine Knot | 20 | 57 | 44 | 15 | 136 | 20 |
| Pine Ridge | Pine Ridge | 28 | 47 | 39 | 1 | 118 | 28 |

| | reg_name (7-1-2023 - 6-30-2024) | Spelling Formatted | Ordinary Separation | Disciplinary Separation | Other Separations | Unauthorized Absence Separation | Total | Traditional Graduated |
|---|---|---|---|---|---|---|---|---|
| 88 | Pinellas | Pinellas County | 99 | 63 | 43 | 29 | 234 | 99 |
| 89 | Pittsburgh | Pittsburgh | 244 | 111 | 102 | 94 | 551 | 244 |
| 90 | Potomac | Potomac | 75 | 106 | 18 | 116 | 315 | 75 |
| 91 | Quentin Burdick | Quentin Burdick | 35 | 83 | 54 | 23 | 175 | 35 |
| 92 | Ramey | Ramey | 177 | 91 | 98 | 12 | 376 | 177 |
| 93 | Red Rock | Red Rock | 59 | 94 | 17 | 94 | 264 | 59 |
| 94 | Roswell | Roswell | 51 | 49 | 17 | 44 | 161 | 51 |
| 95 | Sacramento | Sacramento | 109 | 129 | 83 | 53 | 374 | 109 |
| 96 | San Diego | San Diego | 175 | 86 | 102 | 23 | 387 | 175 |
| 97 | San Jose | San Jose | 113 | 92 | 117 | 37 | 359 | 113 |
| 98 | Schenck | Schenck | 42 | 53 | 34 | 2 | 131 | 42 |
| 99 | Shreveport | Shreveport | 101 | 114 | 17 | 118 | 350 | 101 |
| 100 | Shriver | SARGENT SHRIVER | 58 | 84 | 43 | 55 | 240 | 58 |
| 101 | Sierra Nevada | Sierra Nevada | 215 | 127 | 106 | 64 | 512 | 215 |
| 102 | South Bronx | S BRONX/ Brooklyn | 84 | 98 | 88 | 155 | 427 | 84 |
| 103 | Springdale | SPRINGDALE/ PIVOT | 40 | 21 | 27 | 19 | 107 | 40 |
| 104 | St. Louis | St Louis | 80 | 124 | 23 | 84 | 318 | 80 |
| 105 | Talking Leaves | Talking Leaves | 88 | 58 | 30 | 38 | 213 | 88 |
| 106 | Timber Lake | Timber Lake | 14 | 13 | 25 | 2 | 54 | 14 |
| 107 | Tongue Point | Tongue Point | 135 | 73 | 94 | 14 | 318 | 135 |
| 108 | Trapper Creek | Trapper Creek | 54 | 53 | 44 | 1 | 152 | 54 |
| 109 | Treasure Island | Treasure Island | 128 | 83 | 90 | 43 | 344 | 128 |
| 110 | Tulsa | Tulsa | 55 | 75 | 26 | 75 | 231 | 55 |
| 111 | Turner | Turner | 210 | 259 | 162 | 102 | 733 | 210 |
| 112 | Weber Basin | Weber Basin | 46 | 28 | 46 | 2 | 122 | 46 |
| 113 | Westover | Westover | 155 | 102 | 99 | 69 | 425 | 155 |
| 114 | Whitney M. Young | Whitney M. Young | 97 | 77 | 41 | 30 | 245 | 97 |
| 115 | Wilmington | Wilmington | 28 | 16 | 16 | 46 | 107 | 28 |
| 116 | Wind River | Wind River | 74 | 103 | 86 | 7 | 270 | 74 |
| 117 | Wolf Creek | Wolf Creek | 17 | 32 | 47 | 5 | 101 | 17 |
| 118 | Woodland | Woodland | 45 | 100 | 35 | 63 | 243 | 45 |
| 119 | Woodstock | Woodstock | 82 | 89 | 47 | 40 | 249 | 82 |

Grad Rates from Sep Analysis

| Centers Formatted | Center Name | Total Separations | Graduates | "Ordinary Separations ONLY" from Separation Analysis Tab |
|---|---|---|---|---|
| ALASKA | Alaska | 183 | 48 | 45 |
| ALBUQUERQUE | Albuquerque | 216 | 68 | 49 |
| ANACONDA | Anaconda | 134 | 50 | 32 |
| ANGELL | Angell | 134 | 44 | 43 |
| ARECIBO | Arecibo | 169 | 110 | 103 |
| ATTERBURY INDEPENDENCE | Atterbury/ IndyPendence | 482 | 159 | 132 |
| BAMBERG | Bamberg | 264 | 80 | 62 |
| BENJAMIN L. HOOKS | BL Hooks/Memphis | 251 | 95 | 82 |
| BLACKWELL | Blackwell | 100 | 35 | 33 |
| BLUE RIDGE | Blue Ridge | 112 | 33 | 32 |
| BOXELDER | Boxelder | 95 | 38 | 27 |
| BRUNSWICK | Brunswick | 257 | 75 | 60 |
| CARL D. PERKINS | Carl D. Perkins | 171 | 95 | 68 |
| CARVILLE | | | | |
| CASCADES | Cascades | 220 | 100 | 88 |
| CASS | Cass | 158 | 39 | 36 |
| CASSADAGA | Cassadaga | 253 | 100 | 85 |
| CENTENNIAL | Centennial | 48 | 0 | 0 |
| CHARLESTON | Charleston | 209 | 60 | 57 |
| CINCINNATI | Cincinnati | 217 | 59 | 50 |
| CLEARFIELD | Clearfield | 860 | 393 | 321 |
| CLEVELAND | Cleveland | 191 | 74 | 62 |
| COLLBRAN | Collbran | 109 | 49 | 44 |
| COLUMBIA BASIN | Columbia Basin | 162 | 56 | 45 |
| CURLEW | Curlew | 106 | 51 | 51 |
| DAVID L. CARRASCO | David Carrasco | 399 | 212 | 135 |
| DAYTON | Dayton | 172 | 78 | 67 |
| DELAWARE VALLEY | Delaware Valley | 262 | 84 | 78 |
| DENISON | Denison | 193 | 68 | 50 |
| DETROIT | Detroit | 275 | 118 | 101 |
| EARLE C. CLEMENTS | Earle C Clements | 560 | 267 | 237 |
| EDISON | Edison | 272 | 89 | 78 |
| EXCELSIOR SPRINGS | ExcelsiorSprings | 341 | 153 | 129 |
| EXETER | Exeter | 171 | 81 | 59 |
| FINCH-HENRY | Finch-Henry | 213 | 68 | 59 |
| FLATWOODS | Flatwoods | 108 | 31 | 28 |
| FLINT HILLS | Flint Hills | 198 | 71 | 63 |
| FLINT/GENESEE | Flint/Genesee | 209 | 100 | 85 |
| FORT SIMCOE | Fort Simcoe | 64 | 27 | 24 |
| FRED ACOSTA | Fred G. Acosta | 197 | 90 | 74 |
| FRENCHBURG | Frenchburg | 85 | 30 | 24 |
| GADSDEN | Gadsden | 160 | 53 | 50 |
| GARY | Gary | 1,196 | 435 | 333 |
| GERALD R. FORD | Gerald R. Ford | 172 | 41 | 26 |
| GLENMONT | Glenmont | 291 | 81 | 48 |
| GRAFTON | Grafton | 281 | 135 | 120 |
| GREAT ONYX | Great Onyx | 142 | 49 | 46 |
| GULFPORT | Gulfport | 121 | 46 | 36 |
| GUTHRIE | Guthrie | 408 | 142 | 126 |
| HARPERS FERRY | Harpers Ferry | 88 | 37 | 33 |
| HARTFORD | Hartford | 175 | 53 | 45 |
| HAWAII Maui | Hawaii/ Maui | 197 | 125 | 113 |
| HUBERT H HUMPHREY | Hubert Humphrey | 209 | 99 | 74 |
| INLAND EMPIRE | Inland Empire | 267 | 98 | 94 |
| IROQUOIS | Iroquois | 197 | 58 | 56 |
| JACKSONVILLE | Jacksonville | 250 | 91 | 81 |
| JACOBS CREEK | Jacobs Creek | 96 | 26 | 25 |
| JOLIET | Joliet | 196 | 53 | 35 |
| KEYSTONE | Keystone | 540 | 237 | 183 |
| KITTRELL | Kittrell | 463 | 143 | 105 |
| LAREDO | Laredo | 153 | 104 | 80 |
| LITTLE ROCK | Little Rock | 298 | 102 | 78 |
| LONG BEACH | Long Beach | 278 | 123 | 120 |
| LORING | Loring | 175 | 67 | 59 |
| LOS ANGELES | Los Angeles | 456 | 144 | 125 |
| LYNDON B. JOHNSON | Lyndon Johnson | 116 | 39 | 33 |
| MIAMI | Miami | 292 | 160 | 148 |
| MILWAUKEE | Milwaukee | 224 | 73 | 63 |
| MINGO | Mingo | 123 | 43 | 37 |
| MISSISSIPPI | Mississippi | 291 | 86 | 76 |
| MONTGOMERY | Montgomery | 197 | 69 | 68 |
| MUHLENBERG | Muhlenberg | 189 | 78 | 61 |
| NEW HAMPSHIRE | New Hampshire | 197 | 83 | 64 |
| NEW HAVEN | New Haven | 168 | 73 | 58 |
| NEW ORLEANS | New Orleans | 185 | 52 | 49 |
| NORTH TEXAS | North Texas | 528 | 165 | 137 |
| NORTHLANDS | Northlands | 123 | 52 | 37 |
| OCONALUFTEE | Oconaluftee | 124 | 48 | 39 |
| OLD DOMINION | Old Dominion | 74 | 18 | 17 |
| ONEONTA | Oneonta | 232 | 104 | 99 |
| OTTUMWA | Ottumwa | 216 | 111 | 95 |
| PAUL SIMON | Paul Simon | 298 | 96 | 87 |
| PENOBSCOT | Penobscot | 162 | 79 | 67 |
| PHILADELPHIA | Philadelphia | 362 | 91 | 61 |
| PHOENIX | Phoenix | 308 | 108 | 75 |

Graduates By Center

| Centers Formatted | Center Name | Total Separations | Graduates | "Ordinary Separations ONLY" from Separation Analysis Tab |
|---|---|---|---|---|
| PINE KNOT | Pine Knot | 136 | 33 | 20 |
| PINE RIDGE | Pine Ridge | 116 | 30 | 29 |
| PINELLAS COUNTY | Pinellas | 234 | 128 | 99 |
| PITTSBURGH | Pittsburgh | 551 | 277 | 244 |
| POTOMAC | Potomac | 315 | 113 | 75 |
| QUENTIN BURDICK | Quentin Burdick | 175 | 48 | 35 |
| RAMEY | Ramey | 376 | 216 | 177 |
| RED ROCK | Red Rock | 264 | 90 | 59 |
| ROSWELL | Roswell | 161 | 57 | 51 |
| S BRONX/ Brooklyn | S Bronx/ Brooklyn | 427 | 104 | 109 |
| SACRAMENTO | Sacramento | 374 | 116 | 175 |
| SAN DIEGO | San Diego | 387 | 187 | 113 |
| SAN JOSE | San Jose | 359 | 159 | 42 |
| SARGENT SHRIVER | Shriver | 240 | 75 | 215 |
| SCHENCK | Schenck | 131 | 47 | 101 |
| SHREVEPORT | Shreveport | 350 | 111 | 58 |
| SIERRA NEVADA | Sierra Nevada | 512 | 244 | 84 |
| SPRINGDALE/ PIVOT | Springdale/ PIVOT | 107 | 44 | 40 |
| ST LOUIS | St. Louis | 316 | 114 | 85 |
| TALKING LEAVES | Talking Leaves | 213 | 71 | 66 |
| TIMBER LAKE | Timber Lake | 54 | 19 | 14 |
| TONGUE POINT | Tongue Point | 318 | 153 | 135 |
| TRAPPER CREEK | Trapper Creek | 152 | 65 | 54 |
| TREASURE ISLAND | Treasure Island | 344 | 168 | 128 |
| TULSA | Tulsa | 231 | 76 | 55 |
| TURNER | Turner | 733 | 281 | 210 |
| WEBER BASIN | Weber Basin | 123 | 57 | 46 |
| WESTOVER | Westover | 425 | 171 | 155 |
| WHITNEY M. YOUNG | Whitney M. Young | 245 | 108 | 97 |
| WILMINGTON | Wilmington | 107 | 42 | 29 |
| WIND RIVER | Wind River | 270 | 88 | 74 |
| WOLF CREEK | Wolf Creek | 101 | 25 | 17 |
| WOODLAND | Woodland | 243 | 73 | 45 |
| WOODSTOCK | Woodstock | 249 | 104 | 82 |
| | | | WIOA Cost Per Grad | Traditional Cost Per Grad |
| | | | $    155,601 | $    187,653 |

Graduates By Center

# Exhibit 3

**U.S. DEPARTMENT OF LABOR**

**News Release**

## US DEPARTMENT OF LABOR PAUSES JOB CORPS CENTER OPERATIONS

**WASHINGTON –** The U.S. Department of Labor today announced it will begin a phased pause in operations at contractor-operated Job Corps centers nationwide, initiating an orderly transition for students, staff, and local communities. The decision follows an internal review of the program's outcome and structure and will be carried out in accordance with available funding, the statutory framework established under the Workforce Innovation and Opportunity Act, and congressional notification requirements.

The pause of operations at all contractor-operated Job Corps centers will occur by June 30, 2025. As the transition begins, the department is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

The department's decision aligns with the President's FY 2026 budget proposal and reflects the Administration's commitment to ensure federal workforce investments deliver meaningful results for both students and taxpayers.

 "Job Corps was created to help young adults build a pathway to a better life through education, training, and community," said Secretary Lori Chavez-DeRemer. "However, a startling number of serious incident reports and our in-depth fiscal analysis reveal the program is no longer achieving the intended outcomes that students deserve. We remain committed to ensuring all participants are supported through this transition and connected with the resources they need to succeed as we evaluate the program's possibilities."

The Job Corps program has faced significant financial challenges under its current operating structure. In PY 2024, the program operated at a $140 million deficit, requiring the Biden administration to implement a pause in center operations to complete the program year. The deficit is projected to reach $213 million in PY 2025.

On April 25, 2025, the department's Employment and Training Administration released the first-ever Job Corps Transparency Report, which analyzed the financial performance and operational costs of the most recently available metrics of program year 2023. A summary of the overall findings:

- Average Graduation Rate (WIOA Definition): 38.6%
- Average Cost Per Student Per Year: $80,284.65
- Average Total Cost Per Graduate (WIOA Definition): $155,600.74
- Post separation, participants earn $16,695 annually on average.
- The total number of Serious Incident Reports for program year 2023: 14,913 infractions.
  - Inappropriate Sexual Behavior and Sexual Assaults Reported: 372
  - Acts of Violence Reported: 1,764
  - Breaches of Safety or Security: 1,167
  - Reported Drug Use: 2,702
  - Total Hospital Visits: 1,808

Additional information can be found in the FAQs.

**Agency:** Office of the Secretary
**Date:** May 29, 2025
**Release Number:** 25-929-NAT

**Media Contact:** Courtney Parella
**Phone Number:** (202) 693-3670
**Email:** parella.courtney.e@dol.gov
Share This

   

Submit Feedback

**More News Releases**

**Previous**
Unemployment Insurance Weekly Claims Report

**Next Up**
US Department of Labor cites Orlando Salvation Army after worker falls, suffers fatal injuries

---



**U.S. DEPARTMENT OF LABOR**

200 Constitution Ave NW
Washington, DC 20210
1-866-4-USA-DOL
1-866-487-2365
www.dol.gov

**FEDERAL GOVERNMENT**

White House
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**LABOR DEPARTMENT**

About DOL
Guidance Search
Español
Office of Inspector General
Subscribe to the DOL Newsletter
Read the DOL Newsletter
Emergency Accountability Status Link
A to Z Index

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used on DOL.gov
Accessibility Statement

Connect With DOL

    

Important Website Notices | Privacy & Security Statement

Submit Feedback

Exhibit 4

# JOB CORPS PAUSE *FAQs*

## 1.    What does "pause" mean?

A pause in Job Corps operations occurred on May 29th when the Department of Labor halted contracts at the 99 contract-operated centers. This led to the suspension of program operations. Center operators began implementing transition plans to mobilize students safely to their home of record and suspend program activities. Funds will be used to pause program operations, which includes managing facilities, maintaining student records, and ensuring students are connected with necessary employment and program resources.

## 2.    What legal authority does the Department have to take these actions?

The Department of Labor has the delegation of authority to halt center operator contracts including program operations at Job Corps sites. Federal Acquisition Regulation and the contract clauses prescribed in the regulation provide the government with the termination for convenience, found in FAR (48 CFR) Subpart 49.1 and FAR Clauses 52.249-2, among others.

## 3.    How many students are currently participating in the Job Corps program?

There are approximately under 25,000 students enrolled in the Job Corps program.

## 4.    What alternative education and training programs are being offered to students?

All students will be connected with the resources they need to succeed as this transition takes place. The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Students will receive copies of personal documents and accomplishments to assist with potential transfer to other job training programs.
- Students will be registered with the American Job Center closest to their home of record.
- Students will be registered with the Labor Exchange system in their home state.
- Students will be offered to sign a release of information form to allow the Department to connect them with personalized job placement opportunities, trainings, and educational and supportive services.
- Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.
- Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

## 5.    Where and when will the students be relocated?

The Department will arrange transportation and cover costs to transfer students back to their homes of record by June 30, 2025.

## 6.    When is the graduation day for the current program year?

Since students enroll in the Job Corps program on a rotating basis and can join or exit at any date within the program year, there is no set graduation date. According to Workforce Innovation and Opportunity Act Sec. 16, Sec. 142, the statutory definition of graduate is "an enrollee that 1) receives a High School Diploma (HSD) or High School Equivalency (HSE), and/or 2) completes the requirements of a career technical training (CTT) program."

# JOB CORPS PAUSE *FAQs*

### 7.   Are Job Corps credits transferable?

Job Corps program eligibility requirements are not identical to those of other WIOA programs, but there is overlap. Job Corps centers or federal staff can ensure departing students have all eligibility documents previously used to enter the program in order to ease their transition elsewhere.

There is a distinction between earning an industry recognized credential and completing a career technical training program. Job Corps' career technical training instruction is provided in accordance with a Training Achievement Record which includes a multitude of skills and competencies to be attained prior to a student's completion of the program. The industry recognized credential is often gained via a test or other skills demonstration along the way to completing the overall training program.

### 8.   What are the resources being provided to staff?

Job Corps contracted centers are staffed with employees who work for Job Corps operators and are not federal employees. The operators are largely private contractors who each operate multiple centers. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees.

The Department will provide staff with targeted information and eligibility determination for employment services, access to apprenticeship programs, job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

### 9.   Why pause operations at all centers?

- ·   The Job Corps program has been in a financial crisis for years, creating constant uncertainty for participants and administrators. The gap between funding and expenses has been publicly known, with operating costs steadily rising and the program's budget remaining flat over several fiscal years.
  - ○ Job Corps was operating at a $140 million deficit in PY 2024, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
  - ○ According to projections, in PY 2025, the deficit would grow to $213 million.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
  - ○ High schools with graduation rates below 67% are generally considered low performing under federal law.

### 10.   Where did the Job Corps Transparency Report data come from?

The analysis of internal data from program year 2023 was provided and published by the Department's Employment and Training Administration, which oversees the Job Corps program.

### 11.   Will the Department of Labor suspend operations at the 24 USDA centers?

No. The Department of Labor does not contract with center operators at the USDA sites. USDA owns and operates their 24 centers.

Exhibit 5

1. Agendas for future meetings: None
2. Minutes
3. Ratification List
4. Vote in Inv. No. 731–TA–1380 (Preliminary)(Tapered Roller Bearings from Korea). The Commission is currently scheduled to complete and file its determination on August 14, 2017; views of the Commission are currently scheduled to be completed and filed on August 21, 2017.
5. Outstanding action jackets: None

In accordance with Commission policy, subject matter listed above, not disposed of at the scheduled meeting, may be carried over to the agenda of the following meeting.

By order of the Commission:
Issued: July 27, 2017.

**William R. Bishop,**
*Supervisory Hearings and Information Officer.*

[FR Doc. 2017–16368 Filed 7–31–17; 4:15 pm]
**BILLING CODE 7020–02–P**

---

## DEPARTMENT OF JUSTICE

### Antitrust Division

### Notice Pursuant to the National Cooper, Ative Research and Production Act of 1993—Vehicle Safety Communications 5 Consortium

Notice is hereby given that, on June 29, 2017, pursuant to Section 6(a) of the National Cooperative Research and Production Act of 1993, 15 U.S.C. 4301 *et seq.* (''the Act''), Vehicle Safety Communications 5 Consortium (''VSC5 Consortium'') has filed written notifications simultaneously with the Attorney General and the Federal Trade Commission disclosing changes in its membership. The notifications were filed for the purpose of extending the Act's provisions limiting the recovery of antitrust plaintiffs to actual damages under specified circumstances. Specifically, Mercedes-Benz Research & Development North America, Inc., Sunnyvale, CA, has withdrawn as a party to this venture.

No other changes have been made in either the membership or planned activity of the group research project. Membership in this group research project remains open, and VSC5 Consortium intends to file additional written notifications disclosing all changes in membership.

On December 3, 2014, VSC5 Consortium filed its original notification pursuant to Section 6(a) of the Act. The Department of Justice published a notice in the **Federal Register** pursuant to Section 6(b) of the Act on December 31, 2014 (79 FR 78909).

**Patricia A. Brink,**
*Director of Civil Enforcement,Antitrust Division.*

[FR Doc. 2017–16049 Filed 8–1–17; 8:45 am]
**BILLING CODE P**

---

## DEPARTMENT OF JUSTICE

### Drug Enforcement Administration

**[Docket No. DEA–392]**

### Importer of Controlled Substances Application: Cambrex High Point, Inc.

**ACTION:** Notice of application.

**DATES:** Registered bulk manufacturers of the affected basic classes, and applicants therefore, may file written comments on or objections to the issuance of the proposed registration in accordance with 21 CFR 1301.34(a) on or before September 1, 2017. Such persons may also file a written request for a hearing on the application pursuant to 21 CFR 1301.43 on or before September 1, 2017.

**ADDRESSES:** Written comments should be sent to: Drug Enforcement Administration, Attention: DEA **Federal Register** Representative/DRW, 8701 Morrissette Drive, Springfield, Virginia 22152. All requests for hearing must be sent to: Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. All requests for hearing should also be sent to: (1) Drug Enforcement Administration, Attn: Hearing Clerk/LJ, 8701 Morrissette Drive, Springfield, Virginia 22152; and (2) Drug Enforcement Administration, Attn: DEA Federal Register Representative/DRW, 8701 Morrissette Drive, Springfield, Virginia 22152. Comments and requests for hearing on applications to import narcotic raw material are not appropriate. 72 FR 3417 (January 25, 2007).

**SUPPLEMENTARY INFORMATION:** The Attorney General has delegated his authority under the Controlled Substances Act to the Administrator of the Drug Enforcement Administration (DEA), 28 CFR 0.100(b). Authority to exercise all necessary functions with respect to the promulgation and implementation of 21 CFR part 1301, incident to the registration of manufacturers, distributors, dispensers, importers, and exporters of controlled substances (other than final orders in connection with suspension, denial, or revocation of registration) has been redelegated to the Assistant Administrator of the DEA Diversion Control Division (''Assistant Administrator'') pursuant to section 7 of 28 CFR part 0, appendix to subpart R.

In accordance with 21 CFR 1301.34(a), this is notice that on November 22, 2016, Cambrex High Point, Inc., 4180 Mendenhall Oaks Parkway, High Point, North Carolina 27265 applied to be registered as an importer of poppy straw concentrate (9670), a basic class of controlled substance listed in schedule II.

The company plans to import the listed controlled substance to bulk manufacture into other controlled substances for sale to its customers.

Dated: July 24, 2017.

**Demetra Ashley,**
*Acting Assistant Administrator.*

[FR Doc. 2017–16058 Filed 8–1–17; 8:45 am]
**BILLING CODE 4410–09–P**

---

## DEPARTMENT OF LABOR

### Employment and Training Administration

### Job Corps Center Proposed for Closure: Comments Requested

**AGENCY:** Office of Job Corps, Employment and Training Administration (ETA), Labor.

**ACTION:** Notice.

**SUMMARY:** The Employment and Training Administration (ETA) of the U.S. Department of Labor (the Department or DOL) issues this notice to propose the closure of the Homestead Job Corps Center (Homestead) in Homestead, Florida, based on an evaluation of the center. This notice seeks public comment on the proposal to close Homestead.

**DATES:** To be ensured consideration, comments must be submitted in writing on or before September 1, 2017.

**ADDRESSES:** You may submit comments, identified by Docket Number ETA–2016–0003, by only one of the following methods:

*Federal e-Rulemaking Portal: http:// www.regulations.gov.* Follow the Web site instructions for submitting comments.

*Mail and hand delivery/courier:* Submit comments to Lenita Jacobs-Simmons, National Director, Office of Job Corps (OJC), U.S. Department of Labor, Employment and Training Administration, 200 Constitution Avenue NW., Room N–4459, Washington, DC 20210. Due to security-related concerns, there may be a

significant delay in the receipt of submissions by United States Mail. You must take this into consideration when preparing to meet the deadline for submitting comments. The Department will post all comments received on *http://www.regulations.gov* without making any changes to the comments or redacting any information, including any personal information provided. The *http://www.regulations.gov* Web site is the Federal e-rulemaking portal and all comments posted there are available and accessible to the public. The Department recommends that commenters not include personal information such as Social Security Numbers, personal addresses, telephone numbers, and email addresses in their comments that they do not wish to be made public, as such submitted information will be available to the public via the *http://www.regulations.gov* Web site. Comments submitted through *http://www.regulations.gov* will not include the email address of the commenter unless the commenter chooses to include that information as part of his or her comment. It is the responsibility of the commenter to safeguard personal information.

*Instructions:* All submissions received should include the Docket Number for the notice: Docket Number ETA–2016–0003. Please submit your comments by only one method. Again, please note that due to security concerns, postal mail delivery in Washington, DC may be delayed. Therefore, the Department encourages the public to submit comments on *http://www.regulations.gov*.

*Docket:* All comments on the selected Job Corps Center for closure will be available on the *http://www.regulations.gov* Web site. The Department also will make all of the comments it receives available for public inspection by appointment during normal business hours at the above address. If you need assistance to review the comments, the Department will provide appropriate aids such as readers or print magnifiers. The Department will make copies of this methodology and the selected Job Corps center for closure available, upon request, in large print and electronic file on computer disk. To schedule an appointment to review the comments and/or obtain the notice in an alternative format, contact the Office of Job Corps at (202) 693–3000 (this is not a toll-free number). You may also contact this office at the address listed below.

**FOR FURTHER INFORMATION CONTACT:**
Lenita Jacobs-Simmons, National Director, Office of Job Corps, ETA, U.S. Department of Labor, 200 Constitution Avenue NW., Room N–4463, Washington, DC 20210; Telephone (202) 693–3000 (this is not a toll-free number). Individuals with hearing or speech impairments may access the telephone number above via TTY by calling the toll-free Federal Information Relay Service at (877) 889–5627 (TTY/TDD).

**SUPPLEMENTARY INFORMATION:**

**I. Background on the Job Corps Program and Center Closures**

Established in 1964, Job Corps is a national program administered by ETA in the Department. It is the nation's largest federally-funded, primarily residential training program for at-risk youth, ages 16 to 24. Through 125 centers in 50 states, Puerto Rico, and the District of Columbia, Job Corps seeks to change lives through education and job training for in-demand careers. Job Corps serves at-risk young people who are overcoming major challenges, which can include deep poverty, homelessness, or multiple foster care placements, by providing them with the academic, career technical, and employability skills to enter the workforce, enroll in post-secondary education, or enlist in the military. The program represents the core American value that no matter who you are or where you come from, you should have the opportunity to succeed.

Large and small businesses, nonprofit organizations, and Native American tribes manage and operate 99 of the Job Corps centers through contractual agreements with the Department of Labor, which are awarded pursuant to federal procurement rules. Twenty-six Civilian Conservation Centers (CCCs) are operated through an interagency agreement with the U.S. Department of Agriculture (USDA). Job Corps receives annual funding to operate centers, administer the program, and build, maintain, expand, or upgrade a limited number of new and existing facilities.

**II. Closure Criteria**

The Department is continuously taking steps to ensure that Job Corps' resources are used to deliver the best possible results for students. As part of these ongoing efforts, the Department may determine that closing a center will allow Job Corps to more effectively serve its students. Since 2014, the Department has closed two centers.

*A. The Criteria for Proposing a Center for Closure*

The Workforce Innovation and Opportunity Act (WIOA), which became effective on July 1, 2015, directs DOL to "establish written criteria that the Secretary shall use to determine when a Job Corps center supported under this part is to be closed and how to carry out such closure[.]" 29 U.S.C. 3211(c)(1). The Department has published three criteria upon which it may propose to close a center:

1. A methodology for selecting a center for closure based on its chronic low performance, first described in an August 2014 **Federal Register** Notice (FRN) (79 FR 51198), and updated in the March 9, 2016, FRN (81 FR 12529);

2. An agreement between the Secretaries of Labor and Agriculture to close a CCC, as described in the March 9, 2016, FRN; and

3. An evaluation of the effort required to provide a high-quality education and training program at the center, as described in the March 9, 2016, FRN.

Closure may be based on any one of the three criteria, and a single criterion may be applied independently of the others. Thus, while a center may qualify for closure under more than one criterion, DOL may choose to rely on only one criterion when deciding to propose a center for closure. These criteria have been previously established; therefore, the Department does not seek comments on these criteria in response to this Notice.

Prior to making a decision to propose a center's closure, the Department also applies the Additional Considerations first discussed in the August 2014 notice and described below.

*B. Additional Considerations for Center Closure*

As described in the March 9, 2016, FRN, after applying any of the three closure criterion identified above, the Department will consider the following factors, as appropriate, when deciding whether it should propose a center for closure:

1. Job Corps Services for Residents in Each State, Puerto Rico, and the District of Columbia

The Department is committed to providing services in a broad geographic area. When deciding to propose a center for closure, DOL will ensure that it maintains at least one Job Corps center in each state, the Commonwealth of Puerto Rico, and the District of Columbia. The program will also take into consideration whether a center's closure would have a disproportionate

impact on the training opportunities for students in any one state. Additionally, Job Corps is committed to ensuring that a state's population, especially eligible young people who could benefit from participating in the program, has adequate exposure to Job Corps' opportunities and services. Accordingly, in applying the criteria, DOL will ensure that it does not too rapidly reduce Job Corps' presence in any one state.

2. Sufficiency of Data Available To Evaluate Center Performance

When proposing closure for chronic low performance, the Department will not consider any center for which it does not have sufficient data to evaluate that center's performance. Because this Notice does not propose a closure based on performance, this consideration does not apply to the proposed closures discussed below.

3. Indication of Significant Recent Performance Improvement

When applying the performance-based methodology, the Department will consider evidence of recent performance improvement. Therefore, a center will be removed from closure consideration based on performance-based closure criteria if it is performing in the top half of centers in the most recent full year of performance data. Again, because this notice does not propose a closure based on performance, this consideration does not apply to the proposed closures discussed below.

4. Job Corps' Commitment to Diversity

Job Corps currently serves a diverse student population and remains committed to serving disadvantaged youth from all backgrounds. In making final closure decisions under any of the three criteria identified in Section A above, we will consider whether a center's closure would result in a significant reduction in student diversity within the overall Job Corps system.

## III. Proposal To Close the Homestead Job Corps Center

For the reasons discussed below, Job Corps proposes to close the Homestead Job Corps Center under the third criterion—an evaluation of the effort required to provide a high-quality education and training program at the center, as described in the March 9, 2016, FRN.

Some centers, for a variety of reasons, face more difficult challenges than others in providing a safe, secure environment where participants can receive high-quality education and training. Some challenges develop over

time, while others arise more rapidly. Challenges may involve the condition of the facility, its proximity to relevant job markets, the ability of the center to attract students, the impact of one-time events, or a host of other factors. Addressing these challenges may require sustained efforts that involve significant programmatic, staff, capital, organizational, and/or other investments and resources, and sometimes these challenges continue regardless of the contractor or entity operating the center. Even with such a commitment, it may be difficult to achieve positive outcomes for students.

In such a situation, Job Corps will carefully assess the following:

1. The ongoing needs of the center against those of the program overall.

2. The effort required to provide and maintain a high-quality, safe, and productive living and learning environment.

3. Whether that effort is likely to ultimately produce an outcome that contributes to the program's overall strength and integrity.

After reviewing all relevant information, the Department may decide to propose a center for closure.

Following an evaluation of continuing center operations using the framework outlined above, the Department proposes to close the Homestead Job Corps Center. The Homestead Job Corps Center has been inactive since September 2015, after the homicide of a Job Corps student in an area adjacent to campus.

The tragedy highlighted design problems at the facility which negatively affected the safety and security of the center. Homestead has operated on the grounds of a former Air Force base, with students trained and housed across a 40-acre campus layout with a public street running through the middle, dividing the campus into two separate and distinct parts. A review of Homestead's physical plant and campus layout conducted by Job Corps' Engineering Support Contractor after the suspension of operations concluded that the inefficient layout, as well as the lack of any barrier around the campus periphery, resulted in unsafe center conditions that would have to be addressed before DOL could reactivate the center. The best and most cost effective approach for creating a safe, secure environment at the center for students and staff would be to consolidate the center onto a unified, smaller, 30-acre campus layout with a surrounding fence. However, even these necessary improvements could cost as much as $13 million, a significant portion of the $75 million Job Corps has

been appropriated annually for construction and repairs at all 125 Job Corps centers in recent years.

The Department has concluded that investing so much in remaking Homestead's campus is not the best use of limited resources. More than 25 percent of Job Corps' more than 4,000 buildings are over 50 years old, leading to a repair and construction backlog of more than $470 million. Spending nearly one-fifth of the program's construction budget to alter this site's grounds and facilities and remedy its presently identified deficiencies would significantly impact Job Corps' ability to make needed repairs and improvements at other centers. This is not a prudent use of the Department's resources, particularly given the successful maintenance of opportunities at the other four centers in Florida and the Southeast generally. In order to provide functional, safe, and secure campuses for as many students as possible given the limited resources available, DOL has determined students in Florida and across the country will be better served if Job Corps' construction and repair budget—and the time, personnel, and effort required to administer the use of these funds—is allotted across the entire system to improve the conditions of as many centers and as many students as possible.

Additionally, the events leading to the suspension of activities at the Homestead campus may for the foreseeable future serve as a significant disincentive for students to attend the center, negatively impacting its operations by reducing the number of students on center and reducing its cost effectiveness. Job Corps is intensely focused on safety and security, and is presently working to demonstrate to potential and enrolled students and their families that Job Corps is a safe and welcoming place. As the criminal case involving the murder continues to move through the criminal justice system, Job Corps operations at Homestead will continue to face intense scrutiny, complicating and hindering the process of recruiting, educating, and training at-risk students at this site.

Despite the change in the Homestead Center's operating status, Job Corps has maintained the same capacity to serve students from Florida since operations were temporarily suspended. In the wake of the Homestead tragedy, Job Corps transferred 189 students to other centers, primarily in Florida and the Southeast region, as it reassessed the safety and security of the property. The Job Corps program has robust capacity in Florida, a state where there are four other centers, including the Miami Job

Corps Center less than 50 miles away from the Homestead campus, which helped absorb transferred students.

After studying (1) the ongoing needs of the center against those of the program overall, (2) the effort needed to provide and maintain a high-quality, safe, and productive living and learning environment, and (3) whether that effort is likely to ultimately produce an outcome that contributes to the program's overall strength and integrity, the Department concluded that closing the Homestead Job Corps Center is in the best interest of the program.

After completing this evaluation, the Department then applied the relevant additional considerations outlined in the March 2016 FRN and discussed above in Section II.B and determined that these considerations did not preclude closure of the Homestead Job Corps Center.

The Department now requests public comments on its proposal to close the Homestead Job Corps Center.

## IV. The Process for Closing Job Corps Centers Under the Workforce Innovation and Opportunity Act (WIOA)

The Department's process for closing Job Corps centers will follow the requirements of section 159(j) of the WIOA, which include the following:

• The proposed decision to close a particular center is announced in advance to the general public through publication in the **Federal Register** or other appropriate means;

• A reasonable comment period, not to exceed 30 days, is established for interested individuals to submit written comments to the Secretary; and

• The Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center.

This Notice serves as the public announcement of the decision to close the Homestead Job Corps Center. The Department is providing a 30-day period—the maximum amount of time allowed for comment under WIOA sec. 159(j)—for interested individuals to submit written comments on the proposed decision to close this center.

**Byron Zuidema,**

*Deputy Assistant Secretary for Employment and Training.*

[FR Doc. 2017–16281 Filed 8–1–17; 8:45 am]

**BILLING CODE 4510–FT–P**

## DEPARTMENT OF LABOR

### Occupational Safety and Health Administration

[Docket No. OSHA–2015–0024]

### Jardon and Howard Technologies, Incorporated; Application for Permanent Variance and Interim Order; Grant of Interim Order; Request for Comments

**AGENCY:** Occupational Safety and Health Administration (OSHA), Labor.

**ACTION:** Notice.

**SUMMARY:** In this notice, the Occupational Safety and Health Administration ("OSHA" or "the Agency") announces the application of Jardon and Howard Technologies, Incorporated ("JHT" or "the applicant") for a permanent variance from several provisions in OSHA's standards that regulate commercial diving operations. Additionally, the applicant requests an interim order based on the conditions specified in the variance application. JHT's variance request is based on the conditions that were specified in the alternate standards that OSHA granted to the National Oceanic and Atmospheric (NOAA) on September 5, 2014. OSHA announces its preliminary finding to grant the permanent variance, and also announces that it is granting the applicant's request for an interim order. OSHA invites the public to submit comments on whether to grant the applicant a permanent variance based on the conditions specified in the notice.

**DATES:** Submit comments, information, documents in response to this notice, and request for a hearing on or before September 1, 2017. The interim order specified by this notice becomes effective on August 2, 2017, and shall remain in effect until it is modified or revoked, or until OSHA publishes a decision on the permanent variance application, whichever occurs first.

**ADDRESSES:** Submit comments by any of the following methods:

1. *Electronically:* Submit comments and attachments electronically at *http://www.regulations.gov,* which is the Federal eRulemaking portal. Follow the instructions online for making electronic submissions.

2. *Facsimile:* If submissions, including attachments, are not longer than 10 pages, commenters may fax them to the OSHA Docket Office at (202) 693–1648.

3. *Regular or express mail, hand delivery, or messenger (courier) service:* Submit comments, requests, and any

attachments to the OSHA Docket Office, Docket No. OSHA–2015–0024, Technical Data Center, U.S. Department of Labor, 200 Constitution Avenue NW., Room N–2625, Washington, DC 20210; telephone: (202) 693–2350 (TTY number: (877) 889–5627). Note that security procedures may result in significant delays in receiving comments and other written materials by regular mail. Contact the OSHA Docket Office for information about security procedures concerning delivery of materials by express mail, hand delivery, or messenger service. The hours of operation for the OSHA Docket Office are 10:00 a.m.–2:30 p.m.

4. *Instructions:* All submissions must include the Agency name and the OSHA docket number (OSHA–2015–0024). OSHA places comments and other materials, including any personal information, in the public docket without revision, and these materials will be available online at *http://www.regulations.gov.* Therefore, the Agency cautions commenters about submitting statements they do not want made available to the public, or submitting comments that contain personal information (either about themselves or others) such as Social Security numbers, birth dates, and medical data.

5. *Docket:* To read or download submissions or other material in the docket, go to *http://www.regulations.gov* or the OSHA Docket Office at the address above. All documents in the docket are listed in the *http://www.regulations.gov* index; however, some information (e.g., copyrighted material) is not publicly available to read or download through the Web site. All submissions, including copyrighted material, are available for inspection at the OSHA Docket Office. Contact the OSHA Docket Office for assistance in locating docket submissions.

6. *Copies of this* **Federal Register** *notice:* Electronic copies of the **Federal Register** notice are available at *http://www.regulations.gov.* This **Federal Register** notice, as well as new releases and other relevant information, also are available at OSHA's Web page at *http://www.osha.gov.*

7. *Extension of comment period:* Submit requests for an extension of the comment period on or before September 1, 2017 to the Office of Technical Programs and Coordination Activities, Directorate of Technical Support and Emergency Management, Occupational Safety and Health Administration, U.S. Department of Labor, 200 Constitution Avenue NW., Room N–3655, Washington, DC 20210, or by fax to (202) 693–1644.

Exhibit 6

**U.S. Department of Labor**

Employment and Training Administration
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 0 5 2018

**DECISION**

**MEMORANDUM FOR THE SECRETARY**

**THROUGH:**   NICHOLAS C. GEALE
Chief of Staff

**FROM:**   ROSEMARY LAHASKY
Deputy Assistant Secretary

**SUBJECT:**   Permanent Closure of Homestead Job Corps Center

**PRIORITY:**   Very Important

**SUMMARY**

The Homestead Job Corps Center in Homestead, Florida, has been inactive since
September 2015, following the murder of a Job Corps student, allegedly by other Job
Corps students, in an area adjacent to the campus. The tragedy highlighted problems at
the facility that negatively affected the safety and security of the center. In order to
reopen, the necessary improvements to the center could cost as much as $13 million, a
significant portion of the Job Corps appropriation for construction and repairs.

**BACKGROUND/STATEMENT OF ISSUES**

**Federal Register Notice and Comprehensive Plan**
Section 159(j) of the Workforce Innovation and Opportunity Act (WIOA) requires that
the Department announce any proposed decision to close a Job Corps Center to the
general public and provide up to 30 days for the public to comment on the proposal. On
August 2, 2017, the Department published a Federal Register Notice proposing the
permanent closure of the Homestead Job Corps Center based on an evaluation of the
effort required to provide a high-quality education and training program at the center. The
Department determined that a safe and secure high-quality education and training
program could not be provided at Homestead because it would be too costly in terms of
resources given the needs of the program and the opportunities remaining in Florida and
the Southeast generally.

The Federal Register Notice requested public comment on the proposal to close the
center. Two comments were received, neither of which opposed closing the center.

Concurrent with publication of the Federal Register Notice, the Department transmitted a Comprehensive Plan for the Closure of the Homestead Job Corps Center to the House and Senate Committees on Appropriations, as directed by the House Report accompanying the FY 2017 Consolidated Appropriations Act. In addition to describing the rationale for closing the center, this Plan also outlined the anticipated costs associated with the closure. Because the center has been inactive since September 2015, all center-related contracts have ended and only a small amount of property owned by the Department remains on the campus in storage. Minimal expenses will be incurred to dispose of or move this property to other Job Corps centers if the Department decides to close Homestead. Should this recommendation be approved, appropriate Congressional notifications will be undertaken.

## OTHER DOL AGENCIES INVOLVED

The Office of the Solicitor (SOL) reviewed this memorandum. Their concurrence is included as an attachment.

## OTHER FEDERAL AGENCIES INVOLVED

### Disposition of the Property
Should the Department choose to permanently close the center, it would declare the property excess to the Department's needs and dispose of it through the General Services Administration (GSA) disposal process. The first step is for GSA to offer the property to other federal agencies, which may be allowed to pay less than the fair market value for the property. Any proceeds from the disposal would be provided to the Department for use in carrying out the Job Corps program. HHS has expressed an interest in acquiring the property should the Department decide to close the center.

### Current Use
In January 2016, the Department entered into an agreement with the Department of Health and Human Services (HHS) for HHS to use Homestead to provide legally required custody and care to unaccompanied children (UC) who are apprehended at U.S. borders by the Department of Homeland Security. The agreement has been extended multiple times, most recently through December 2018.

## CONGRESSIONAL INTEREST

ETA is not aware of current Congressional interest in this matter.

## LATEST DATE (S) FOR ACTION

There is no specific date by which a decision must be made.

2

## DECISION

**Subject:** Permanent Closure of Homestead Job Corps Center

**Recommended Course of Action:** ETA recommends that the Homestead Job Corps Center be permanently closed and the property declared excess and disposed of.

**Approved:** _____

**Date:** _____ MAR 2 9 2018 _____

**Let's Discuss:** _____

**Date:** _____

**COMMENTS:**

**CONTACT**

Lenita Jacobs-Simmons
Administrator
Office of Job Corps
(202) 693-3107

**ATTACHMENTS**

Documentation of SOL review and concurrence

# Exhibit 7

(8) A list of known sources of information on national or regional prices for the *Domestic Like Product* or the *Subject Merchandise* in the U.S. or other markets.

(9) If you are a U.S. producer of the *Domestic Like Product,* provide the following information on your firm's operations on that product during calendar year 2018, except as noted (report quantity data in short tons and value data in U.S. dollars, f.o.b. plant). If you are a union/worker group or trade/business association, provide the information, on an aggregate basis, for the firms in which your workers are employed/which are members of your association.

(a) Production (quantity) and, if known, an estimate of the percentage of total U.S. production of the *Domestic Like Product* accounted for by your firm's(s') production;

(b) Capacity (quantity) of your firm to produce *Domestic Like Product* (that is, the level of production that your establishment(s) could reasonably have expected to attain during the year, assuming normal operating conditions (using equipment and machinery in place and ready to operate), normal operating levels (hours per week/weeks per year), time for downtime, maintenance, repair, and cleanup, and a typical or representative product mix);

(c) the quantity and value of U.S. commercial shipments of the *Domestic Like Product* produced in your U.S. plant(s);

(d) the quantity and value of U.S. internal consumption/company transfers of the *Domestic Like Product* produced in your U.S. plant(s); and

(e) the value of (i) net sales, (ii) cost of goods sold (COGS), (iii) gross profit, (iv) selling, general and administrative (SG&A) expenses, and (v) operating income of the *Domestic Like Product* produced in your U.S. plant(s) (include both U.S. and export commercial sales, internal consumption, and company transfers) for your most recently completed fiscal year (identify the date on which your fiscal year ends).

(10) If you are a U.S. importer or a trade/business association of U.S. importers of the *Subject Merchandise* from the *Subject Country,* provide the following information on your firm's(s') operations on that product during calendar year 2018 (report quantity data in short tons and value data in U.S. dollars). If you are a trade/business association, provide the information, on an aggregate basis, for the firms which are members of your association.

(a) The quantity and value (landed, duty-paid but not including antidumping duties) of U.S. imports

and, if known, an estimate of the percentage of total U.S. imports of *Subject Merchandise* from the *Subject Country* accounted for by your firm's(s') imports;

(b) the quantity and value (f.o.b. U.S. port, including antidumping duties) of U.S. commercial shipments of *Subject Merchandise* imported from the *Subject Country;* and

(c) the quantity and value (f.o.b. U.S. port, including antidumping duties) of U.S. internal consumption/company transfers of *Subject Merchandise* imported from the *Subject Country.*

(11) If you are a producer, an exporter, or a trade/business association of producers or exporters of the *Subject Merchandise* in the *Subject Country,* provide the following information on your firm's(s') operations on that product during calendar year 2018 (report quantity data in short tons and value data in U.S. dollars, landed and duty-paid at the U.S. port but not including antidumping duties). If you are a trade/business association, provide the information, on an aggregate basis, for the firms which are members of your association.

(a) Production (quantity) and, if known, an estimate of the percentage of total production of *Subject Merchandise* in the *Subject Country* accounted for by your firm's(s') production;

(b) Capacity (quantity) of your firm(s) to produce the *Subject Merchandise* in the *Subject Country* (that is, the level of production that your establishment(s) could reasonably have expected to attain during the year, assuming normal operating conditions (using equipment and machinery in place and ready to operate), normal operating levels (hours per week/weeks per year), time for downtime, maintenance, repair, and cleanup, and a typical or representative product mix); and

(c) the quantity and value of your firm's(s') exports to the United States of *Subject Merchandise* and, if known, an estimate of the percentage of total exports to the United States of *Subject Merchandise* from the *Subject Country* accounted for by your firm's(s') exports.

(12) Identify significant changes, if any, in the supply and demand conditions or business cycle for the *Domestic Like Product* that have occurred in the United States or in the market for the *Subject Merchandise* in the *Subject Country* after 2012, and significant changes, if any, that are likely to occur within a reasonably foreseeable time. Supply conditions to consider include technology; production methods; development efforts; ability to increase production (including the shift of production

facilities used for other products and the use, cost, or availability of major inputs into production); and factors related to the ability to shift supply among different national markets (including barriers to importation in foreign markets or changes in market demand abroad). Demand conditions to consider include end uses and applications; the existence and availability of substitute products; and the level of competition among the *Domestic Like Product* produced in the United States, *Subject Merchandise* produced in the *Subject Country,* and such merchandise from other countries.

(13) (OPTIONAL) A statement of whether you agree with the above definitions of the *Domestic Like Product* and *Domestic Industry;* if you disagree with either or both of these definitions, please explain why and provide alternative definitions.

**Authority:** This proceeding is being conducted under authority of title VII of the Tariff Act of 1930; this notice is published pursuant to section 207.61 of the Commission's rules.

By order of the Commission.

Issued: December 21, 2018.

**Lisa Barton,**

*Secretary to the Commission.*

[FR Doc. 2018–28269 Filed 12–31–18; 8:45 am]

**BILLING CODE 7020–02–P**

---

# DEPARTMENT OF LABOR

**Employment and Training Administration**

**Job Corps Centers Proposed for Consolidation and Deactivation of Non-Operational Job Corps Centers: Comments Requested**

**AGENCY:** Office of Job Corps, Employment and Training Administration (ETA), Labor.

**ACTION:** Notice.

**SUMMARY:** The Employment and Training Administration (ETA) of the U.S. Department of Labor (the Department or DOL) is issuing this notice proposing the deactivation of the Gainesville Job Corps Center (Gainesville) in Gainesville, Florida and the consolidation of the Barranquitas Job Corps Center (Barranquitas) in Barranquitas, Puerto Rico with two other Job Corps Centers located in Puerto Rico. This proposed consolidation would maintain the same overall number of students served in Puerto Rico. The Gainesville center has been inactive since Hurricane Irma in September 2017. This facility incurred considerable hurricane damage and

hazardous environmental conditions exist. The Barranquitas center has been inactive since Hurricane Maria significantly damaged it in September 2017. Under these proposals, at-risk youth in Florida and Puerto Rico will continue to have options for service by the Job Corps program. This notice seeks public comment on these proposals.

**DATES:** To be ensured consideration, comments must be submitted in writing on or before February 1, 2019.

**ADDRESSES:** You may submit comments, identified by Docket Number ETA–2018–0006, by only one of the following methods:

*Federal e-Rulemaking Portal: http://www.regulations.gov.* Follow the website instructions for submitting comments.

*Mail and hand delivery/courier:* Submit comments to Lenita Jacobs-Simmons, National Director, Office of Job Corps (OJC), U.S. Department of Labor, Employment and Training Administration, 200 Constitution Avenue NW, Room N–4459, Washington, DC 20210. Due to security-related concerns, there may be a significant delay in the receipt of submissions by United States Mail. You must consider this when preparing to meet the deadline for submitting comments. The Department will post all comments received on *http://www.regulations.gov* without making any changes to the comments or redacting any information, including any personal information provided. The *http://www.regulations.gov* website is the Federal e-rulemaking portal and all comments posted there are available and accessible to the public. The Department recommends that commenters not include personal information such as Social Security Numbers, personal addresses, telephone numbers, and email addresses in their comments that they do not wish to be made public, as such submitted information will be available to the public via the *http://www.regulations.gov* website. Comments submitted through *http://www.regulations.gov* will not include the email address of the commenter unless the commenter chooses to include that information as part of his or her comment. It is the responsibility of the commenter to safeguard personal information.

*Instructions:* All submissions received should include the Docket Number for the notice: Docket Number ETA–2018–0006. Please submit your comments by only one method. Again, please note that due to security concerns, postal mail delivery in Washington, DC may be delayed. Therefore, the Department encourages the public to submit comments on *http://www.regulations.gov.*

*Docket:* All comments on the selected Job Corps Center will be available on the *http://www.regulations.gov* website. The Department also will make all of the comments it receives available for public inspection by appointment during normal business hours at the above address. If you need assistance to review the comments, the Department will provide appropriate aids such as readers or print magnifiers. The Department will make copies of this methodology and the selected Job Corps center materials available, upon request, in large print and electronic file on computer disk. To schedule an appointment to review the comments and/or obtain the notice in an alternative format, contact the Office of Job Corps at (202) 693–3000 (this is not a toll-free number). You may also contact this office at the address listed below.

**FOR FURTHER INFORMATION CONTACT:** Lenita Jacobs-Simmons, National Director, Office of Job Corps, ETA, U.S. Department of Labor, 200 Constitution Avenue NW, Room N–4463, Washington, DC 20210; Telephone (202) 693–3000 (this is not a toll-free number). Individuals with hearing or speech impairments may access the telephone number above via TTY by calling the toll-free Federal Information Relay Service at 1–(877) 889–5627 (TTY/TDD).

**SUPPLEMENTARY INFORMATION:**

**I. Background on the Job Corps Program**

Established in 1964, Job Corps is a national program administered by ETA in the Department. It is the nation's largest federally-funded, primarily residential skills instruction program for at-risk youth, ages 16 to 24. Through 123 centers in 50 states, Puerto Rico, and the District of Columbia, Job Corps seeks to change lives through education and skills instruction for in-demand careers. Job Corps serves at-risk young people who seek to overcome barriers to employment, which can include poverty, homelessness, or aging out of the foster care system, by providing them with the academic, career technical, and employability skills to enter the workforce, enroll in post-secondary education, pursue apprenticeship opportunities, or enlist in the military.

Large and small businesses, nonprofit organizations, and Native American tribes manage and operate 98 of the Job Corps centers through contractual agreements with the Department of Labor, which are awarded pursuant to Federal procurement rules. Twenty-five Civilian Conservation Centers (CCCs) are operated through an interagency agreement with the U.S. Department of Agriculture (USDA). Job Corps receives annual funding to operate centers, administer the program, and build, maintain, expand, or upgrade a limited number of new and existing facilities.

**II. Established Criteria**

As part of the Department's ongoing efforts to ensure that Job Corps' resources are used to deliver the best possible results for students, it may determine that a different approach will allow Job Corps to more effectively serve its students.

*A. The Criteria for Proposing a Different Approach*

The Workforce Innovation and Opportunity Act (WIOA), which became effective on July 1, 2015, directs DOL to "establish written criteria that the Secretary shall use to determine when a Job Corps center supported under this part is to be closed and how to carry out such closure[.]" 29 U.S.C. 3211(c)(1). Consequently, the Department published three criteria for making this determination.

1. A methodology for selecting a center based on its chronic low performance, first described in an August 2014 **Federal Register** Notice (FRN) (79 FR 51198), and updated in a March 2016 FRN (81 FR 12529);

2. An agreement between the Secretaries of Labor and Agriculture to close a CCC, as described in the March 2016 FRN; and

3. An evaluation of the effort required to provide a high-quality education and training program at the center, as described in the March 2016 FRN.

DOL may make this determination based on any one of the three criteria, and a single criterion may be applied independently of the others. Thus, while a center may qualify under more than one criterion, DOL may choose to rely on only one criterion when making its determination. These criteria have been previously established; therefore, the Department does not seek comments on these criteria in response to this Notice.

Prior to making a decision, the Department also applies the Additional Considerations first discussed in the August 2014 notice and amended in a September 2017 FRN (82 FR 44842), and described below.

*B. Additional Considerations*

As described in the March 2016 FRN, after applying any of the three criterion identified above the Department will consider the following factors, as appropriate, when deciding a different course of action:

1. Job Corps Services for Residents in All Geographic Areas

The Department is committed to providing services in a broad geographic area. When deciding to propose a center for deactivation or consolidation, DOL will continue to ensure adequate training opportunities for eligible individuals in or near the area where they reside. The Job Corps program will also continue to maintain a nationwide outreach strategy. Additionally, DOL will take into account whether proposing a different direction for a center would have a disproportionate impact on the training and post-enrollment opportunities for students in any one geographic area and ensure that it does not too rapidly reduce Job Corps' presence in any geographic area.

2. Sufficiency of Data Available To Evaluate Center Performance

When proposing a different direction for chronic low performance, the Department will not consider any center for which it does not have sufficient data to evaluate that center's performance. Because this Notice is not based on center performance, this consideration does not apply to the proposed actions discussed below.

3. Indication of Significant Recent Performance Improvement

When applying the performance-based methodology, the Department will consider evidence of recent performance improvement. Therefore, a center will be removed from consideration based on performance-based criteria if it is performing in the top half of centers in the most recent full year of performance data. Again, because this notice does not propose an action based on performance, this consideration does not apply to the proposals discussed below.

4. Job Corps' Commitment to Diversity

Job Corps currently serves a diverse student population and remains committed to serving at-risk youth from all backgrounds. In making final decisions under any of the three criteria identified in Section A above, the Department will consider whether an action would result in a significant reduction in student diversity within the overall Job Corps system.

**III. Proposal To Take a Different Approach**

For the reasons discussed below, Job Corps proposes to deactivate the Gainesville center, and consolidate the Barranquitas center into two other centers under the third criterion—an evaluation of the effort required to provide a high-quality education and training program at the center, as described in the March 2016 FRN.

Some centers, for a variety of reasons, face more difficult challenges than others in providing a safe, secure environment where participants can receive high-quality skills instruction. Addressing these challenges may require sustained efforts that involve significant programmatic, staff, capital, organizational, and/or other investments and resources, and sometimes these challenges continue regardless of the contractor or entity operating the center. Even with such a commitment, it may be difficult to achieve positive outcomes for students.

In such a situation, Job Corps will carefully assess the following:

1. The ongoing needs of the center against those of the program overall.

2. The effort required to provide and maintain a high-quality, safe, and productive living and learning environment.

3. Whether that effort is likely to ultimately produce an outcome that contributes to the program's overall strength and integrity.

After reviewing all relevant information, the Department may decide to propose a different approach to serving at-risk youth.

Following an evaluation of continuing center operations using the framework outlined above, the Department proposes deactivation of the Gainesville Job Corps Center and the consolidation of the Barranquitas Job Corps Center.

*A. Gainesville Job Corps Center*

The Gainesville center has been inactive since September 2017, when it suffered considerable damage by Hurricane Irma. The center has 12 buildings and is located on 47 acres of land. The original building was built around 1955. Due to the age of the facility, it faced numerous significant issues prior to the hurricane. Improvements are needed to the fire prevention system, including fire separation walls and the fire sprinkler system. Sanitary sewer lines in two separate buildings are collapsing and require extensive repairs. There are also numerous other deficiencies in multiple buildings, including heating, ventilation, and air conditioning problems.

The aging facility is located in an industrial area. As a result of previous use, there is significant soil and groundwater contamination on the property. Under an agreement with the Florida Department of Environmental Protection, the property is subject to a Remedial Action Plan, which restricts the ability to perform work in the contaminated areas. A plume of groundwater contaminated by chlorinated solvents is also present on the southern property border and has migrated towards neighboring properties owned by the City of Gainesville. The plume is under remediation by Unisys, the successor company to Sperry Rand, the original owner, under a settlement agreement between the Department, the City of Gainesville, and the Florida Department of the Environmental Protection.

As a result of Hurricane Irma in September 2017, the facilities sustained serious flooding that raised concerns that chemically contaminated water entered into the center's buildings, including the dormitory and other buildings frequented by students. Extensive mold was found in multiple buildings, remediation of which will require a major asbestos abatement project due to the large quantity of asbestos floor tile and adhesive in the buildings. Sewage contamination was also present. Pre-existing soil contamination must also be addressed to perform needed facility repairs.

The total estimated costs to address the existing facility issues and repair the damage caused by Hurricane Irma and the related environmental issues is $10.3 million. This is a level of dedicated resources that will tax the Job Corps program's ability to create safe environments for skills instruction. More than 25 percent of Job Corps' more than 4,000 buildings are over 50 years old and their repair costs contribute to a total repair and construction cost estimated at more than $700 million.[1] Spending such a significant part of the program's construction budget to make the needed repairs at this center would significantly impact Job Corps' ability to make needed repairs and improvements, including important safety improvements, at other centers. This is not a prudent use of the Department's resources, particularly given the successful maintenance of opportunities in Florida and the Southeast generally.

---

[1] This information is based on data reported to the General Services Administration's Federal Real Property Profile Management System. The data reported is from Job Corps' Engineering Support Contractor Information System (ESCIS) as of September 30, 2018.

In addition, Gainesville rehabilitation would take years to complete.

The Job Corps program retains robust capacity in Florida, a state where there are three other centers, including the Jacksonville Job Corps Center approximately 70 miles from the Gainesville campus. None of the three Job Corps centers in Florida are operating at capacity; all have the ability to accept additional students. Collectively these centers have the capacity to absorb the area's demand. By consolidating the operation of the Job Corps program at the three remaining Florida centers, the state will retain the ability to adequately serve at-risk youth with greater operational and administrative efficiencies. In addition, through demonstration project authority in section 156(a) of WIOA, DOL plans to expand opportunities to serve Job Corps eligible youth through a partnership with the Florida Department of Military Affairs (Florida National Guard).

In order to provide functional, safe, and secure campuses for as many students as possible given the limited resources available, DOL has determined students in Florida and across the country will be better served if Job Corps' construction and repair budget—and the time, personnel, and effort required to administer the use of these funds—is allotted across the entire system to improve the conditions of as many centers and as many students as possible as opposed to investing the necessary resources in Gainesville.

*B. Barranquitas Job Corps Center*

The Barranquitas Job Corps Center has 14 buildings on 12 acres of land in a rural area approximately 40 miles south of San Juan, Puerto Rico. The center has been inactive since Hurricane Maria damaged it in September 2017. All three centers in Puerto Rico were damaged by the hurricane; Barranquitas sustained the greatest amount of damage.

Barranquitas has numerous physical deficiencies that existed prior to the hurricane and many caused by Hurricane Maria. Prior to the hurricane, multiple center deficiencies were under contract for repair, including roof leaks in eight of the 14 buildings, and replacement of all of the windows in the gymnasium, many of which were no longer keeping the elements out. The hurricane exacerbated these roof issues and caused significant interior water damage. Further, the hurricane caused significant erosion along the north boundary of the property, leading to a destabilized slope that resulted in foundation damage to the emergency generator facility. If the slope is not

repaired and stabilized, future storms could cause additional erosion under the foundation of the facilities used for academic and vocational training. The total estimated cost to address the pre-existing facility issues and repair the hurricane damage at Barranquitas is $19 million.

Job Corps can continue to serve at-risk youth in Puerto Rico by consolidating operations at two of Puerto Rico's three centers. Puerto Rico's Ramey Job Corps Center sustained the least damage from Hurricane Maria. Job Corps re-opened the center in May 2018. All of the trades formerly offered by both the Arecibo Job Corps Center, also in Puerto Rico, and the Barranquitas Job Corps Center are now offered at Ramey. There were 249 students at the Ramey Job Corps Center at the time of the hurricane; however, after assessing available space, the planned number of students was increased to 470 to accommodate as many students as possible. Further, Job Corps initiated the rehabilitation of the Arecibo Job Corps Center in June 2018. The center is scheduled to reopen by February 2020, with an increased capacity of 201 students. When Arecibo reopens, Job Corps will have the capacity to serve the same number of students on the island as it had prior to Hurricane Maria. Merging the operations of three centers into two centers will increase the efficiency of the administration and operation of the Job Corps program in Puerto Rico, leading to reduced costs and better service for the students on the island.

Given the other two Job Corps centers in Puerto Rico can successfully serve the same number of students previously served by all three centers, it is a more prudent long-term approach to invest available construction and rehabilitation resources in two Job Corps centers rather than divide the resources among three centers.

**IV. Request for Public Comments**

After studying (1) the needs of the centers against those of the program overall; (2) the effort needed to provide and maintain a high-quality, safe, and productive living and learning environment; and (3) whether that effort is likely to ultimately produce an outcome that contributes to the program's overall strength and integrity, the Department has concluded that restarting operations at the Gainesville and Barranquitas Job Corps Centers is not in the best interest serving at-risk youth as well as the program as a whole.

After completing this evaluation, the Department then applied the relevant additional considerations as amended in the September 2017 FRN and discussed

above in Section II.B and determined that these considerations did not preclude actions proposed as to the Gainesville or Barranquitas Job Corps Centers.

The Department now requests public comments on its proposals associated with the Gainesville and Barranquitas Job Corps centers.

**V. The Process Under the Workforce Innovation and Opportunity Act (WIOA)**

The Department's process will follow the requirements of section 159(j) of the WIOA, which include the following:

• Announcing the proposed decision concerning a particular center in advance to the general public through publication in the **Federal Register** or other appropriate means;

• Establishing a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and

• Notifying the Member of Congress who represents the district in which the center is located within a reasonable period in advance of any final decision concerning the status of the center.

This Notice serves as the public announcement of the proposals associated with the Gainesville Job Corps Center and the Barranquitas Job Corps Center. The Department is providing a 30-day period—the maximum amount of time allowed for comment under WIOA sec. 159(j)—for interested individuals to submit written comments on the proposed decision. The Department will announce its final decision following the conclusion of the comment period.

Molly E. Conway,
*Acting Assistant Secretary for Employment and Training.*

[FR Doc. 2018–28357 Filed 12–31–18; 8:45 am]

**BILLING CODE 4510–FT–P**

---

**DEPARTMENT OF LABOR**

**Employment and Training Administration**

**Agency Information Collection Activities; Comment Request; Required Elements for Submission of the Unified or Combined State Plan and Plan Modifications Under the Workforce Innovation and Opportunity Act**

**ACTION:** Notice.

**SUMMARY:** The Department of Labor's (DOL's), Employment and Training Administration (ETA) is soliciting comments concerning a proposed

# Exhibit 8

**U.S. Department of Labor**

Assistant Secretary for
Employment and Training
Washington, D.C. 20210



AUG 2 7 2019

**DECISION**

**MEMORANDUM FOR THE ACTING SECRETARY**

**FROM:**       JOHN PALLASCH

**SUBJECT:**    Barranquitas Job Corps Center

**PRIORITY:**   Important

**SUMMARY**

The Barranquitas Job Corps Center (the Barranquitas center), located in Barranquitas,
Puerto Rico, has been inactive since it was damaged by Hurricane Maria in
September 2017.  Prior to the hurricane, the Barranquitas center had numerous physical
deficiencies, several of which were under contract for repair at the time of the storm.
Roof and window repairs were two that were under contract.  Hurricane Maria
exacerbated the scope and cost of repairing facility deficiencies at the Barranquitas
center.  The estimated repair cost of the pre-existing deficiencies is $1.3 million, while
the total estimated cost for both pre- and post-hurricane repairs is $19 million.

ETA is proposing to consolidate the operations of the Barranquitas center with the two
other Job Corps centers on the island.  This proposed consolidation would maintain the
same overall number of students served in Puerto Rico and allow Job Corps to meet the
demand for the program in Puerto Rico.

**BACKGROUND/STATEMENT OF ISSUES**

Prior to Hurricane Maria in September 2017, the Department operated three Job Corps
centers in Puerto Rico—the Barranquitas, Ramey, and Arecibo
Job Corps centers.  Hurricane Maria damaged all three centers, and the estimated cost to
repair the damage is just over $50 million.  In 2018, Congress provided $30 million to
repair the damage to the centers.  Given this amount does not cover the estimated total
facility-related costs for the three centers, ETA proposed consolidating operations, and
moving from three centers to two.  This consolidation allows for the repair and expansion
of both the Ramey and Arecibo centers.  The Ramey center sustained the least damage
from Hurricane Maria, and it reopened in May 2018.  The Arecibo center is scheduled to
reopen in February 2020.

***Federal Register* Notice**

Section 159(j) of the Workforce Innovation and Opportunity Act requires the Department to publicly announce any proposed decision to close a Job Corps center, and provide up to 30 days for the public to comment on the proposal. The Department published a *Federal Register* Notice on January 2, 2019, proposing to consolidate the Barranquitas center with the two other Job Corps centers in Puerto Rico.[1] Twenty-nine of the 35 comments ETA received were specifically about the Barranquitas center. Twenty-eight of the comments opposed consolidating the Puerto Rico Job Corps centers, while the other comment was indifferent to the proposal.

The reasons commenters sought to keep the Barranquitas center open fell into three general categories: the central location of the center; the potential hardship associated with traveling for training; and the economic benefits associated with the center. ETA considered all of the public comments it received. While ETA appreciates that the Barranquitas center is centrally located on the island, it remains confident that it can ensure that potential students have access to the other two centers in Puerto Rico. The Ramey center, which reopened in May 2018, is located 86 miles from Barranquitas. The Arecibo center, scheduled to reopen in early 2020, is located only 45 miles from Barranquitas. While consolidating the operations of Puerto Rico's three Job Corps centers into two centers may necessitate that some students travel a little farther to attend a center, Job Corps provides all students with transportation between their homes and their assigned Job Corps centers. In addition, the Ramey center offers all the trades formerly offered at the Arecibo and Barranquitas Job Corps centers.

ETA also considered the possibility that merging center operations could indirectly affect the broader Barranquitas community and the jobs available to its residents. Students have not been at the Barranquitas center nor has the center been staffed since September 2017. Only a small number of security and care-taking staff remain at the center.

Consequently, while there may be some limited impact on the local economy, the core mission of the Job Corps program is to train students to become employable and productive citizens. This consolidation advances that mission. It is relevant that the reopening and expansion of the Ramey center from a 264-student capacity at the time of the hurricane to 470 students provided opportunities for employment in Puerto Rico. Thirty-five additional staff positions were gained at the Ramey center. The projected 2020 reopening of a larger-capacity Arecibo center will present similar employment opportunities for the island.

The core mission of the Job Corps program is to provide education and technical-skills instruction that result in employment. This consolidation will allow ETA to shift resources while ensuring Job Corps serves the same number of students in Puerto Rico, and the remaining two centers are safe and operational.

---

[1] 84 Fed. Reg. 16 (Jan. 2, 2019).

**Comprehensive Plan Submitted to Congress**

Concurrent with publication of the *Federal Register* Notice, the Department transmitted a Comprehensive Plan for the Deactivation of the Gainesville Job Corps Center and the Consolidation of the Barranquitas Job Corps Center (the Plan) to the House and Senate Committees on Appropriations. The Department provided the Plan pursuant to the House report that accompanied the Fiscal Year 2018 Consolidated Appropriations Act.[2] In addition to explaining the rationale for merging the Barranquitas center with the two other centers in Puerto Rico, the Plan outlined the anticipated costs and future savings associated with the merger.

The most recent annual cost for operating the three Puerto Rico centers, including outreach and admissions and career transition services, was $17.2 million. With the two remaining Puerto Rico centers absorbing the Barranquitas center's students and training programs, ETA anticipates short- and long-term savings. In the short term, only the Ramey center is operational in Program Year (PY) 2018, and the estimated savings are $8.2 million, excluding contract closeout expenses for the Barranquitas center.

In the long term, as Arecibo returns to service during PY 2019, future estimated savings over four years due to the consolidation is approximately $1.4 million, or eight percent, of the most recent annual operating costs for all three Puerto Rico Job Corps centers.

Moreover, the Federal Government is a lessee and does not own the Barranquitas facility. Should the Department make the final decision to merge the operations of the Barranquitas center with the other centers in Puerto Rico, the lease will terminate, and the Department will be required to vacate the land and facilities. There are one-time costs associated with lease termination, though the exact costs have not been determined. The annual lease cost for the Barranquitas center is $258,000, one of the most expensive in the Job Corps program. Over the long term, the savings will exceed $1 million.

## OTHER DOL AGENCIES INVOLVED

The Office of the Solicitor reviewed and approved this proposal.

## OTHER FEDERAL AGENCIES INVOLVED

None.

## CONGRESSIONAL INTEREST

Representative Rosa DeLauro (D-CT), Chair of the House Appropriations Subcommittee on Labor, Health and Human Services, Education, and Related Agencies, and Resident Commissioner Jenniffer González-Colón (R-PR). Both Members have corresponded with the Department on this matter, and their inquiries and the Department's responses are attached.

[2] H. Rep. No. 115-224, at 9 (2018).

Interest is expected from all Subcommittee Chairs and Ranking Members of the Committee on Appropriations in both the U.S. Senate and U.S. House of Representatives.

## LATEST DATE (S) FOR ACTION

We request a decision be made as soon as possible as there is an August 31, 2019, contract action deadline, and time is still needed to take the necessary preparation steps.

## CONTACT

Debra A. Carr
Acting Administrator
Office of Job Corps
(202) 693-3000

## ATTACHMENTS

Correspondence to Representatives DeLauro and Gonzalez-Colón

## DECISION

**Subject:** Barranquitas Job Corps Center

**Recommended Course of Action:** The Employment and Training Administration recommends the consolidation of the Barranquitas Job Corps Center with two other Job Corps centers located in Puerto Rico.

**Approved:** _____
**Date:** _____

**Let's Discuss:** _____
**Date:** _____

**COMMENTS:**

**U.S. Department of Labor**

Assistant Secretary for
Congressional and Intergovernmental Affairs
Washington, D.C. 20210



**MAR 0 1 2019**

The Honorable Rosa L. DeLauro
Chair
Subcommittee on Labor, Health and Human Services,
Education, and Related Agencies
Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

Dear Chair DeLauro:

We received your letter regarding the Department of Labor's (Department) proposal to
consolidate Job Corps centers in Puerto Rico by merging operations of the Barranquitas Job
Corps Center (Barranquitas) with those of the other two Job Corps centers on the island. Under
our proposal, Job Corps will have the capacity to serve the same number of students on the
Island as it had prior to Hurricane Maria. We appreciate the opportunity to provide information
about plans regarding the delivery of the Job Corps program in Puerto Rico.

Prior to Hurricane Maria in September 2017, the Department operated three Job Corps centers in
Puerto Rico—the Barranquitas Job Corps Center in Barranquitas; the Ramey Job Corps Center
(Ramey) in Aguadilla; and the Arecibo Job Corps Center (Arecibo) in Garrochales. All three
were damaged by the hurricane; however, Barranquitas sustained the most damage. The
estimated cost to repair the damage done to all three centers is just over $50 million, with the
repairs to Barranquitas estimated at $19 million. In 2018, Congress provided $30 million for the
repair of Job Corps centers in Puerto Rico impacted by the hurricane. Given that this allocation
would not cover the estimated total facility-related costs for the three centers, the Department has
proposed to consolidate center operations from three centers to two. This consolidation allows
for the repair and expansion of both Ramey, which already reopened, and Arecibo, which is
anticipated to reopen by February 2020.

Current and prospective students in Puerto Rico are presently being served at Ramey or offered
the opportunity to attend another Job Corps center. Ramey sustained the least damage from the
hurricane and reopened with expanded student capacity from 264 to 470 in May 2018. In
advance of the center reopening, the center operator attempted to reach every student enrolled at
each of the three Puerto Rico centers prior to the hurricane. All of the Job Corps students were
given an opportunity to complete their education and/or skills instruction at Ramey.

Ramey is located 86 miles from Barranquitas, and all of the trades formerly offered at
Barranquitas are currently offered at Ramey. Ramey has the capacity to accommodate up to 470
students; for the week ending February 6, 2019, Ramey enrollment stood at 378 students.
Further, Job Corps initiated the rehabilitation of Arecibo in June 2018. The center, located only
45 miles from Barranquitas, is scheduled to reopen by February 2020, with an increased capacity
of 201 students from 177. When Arecibo reopens, Job Corps will have the capacity to serve the
same number of students on the island as it had prior to Hurricane Maria, 671 students.

It is projected that the combined 671 student capacity at Ramey and Arecibo will meet the demand for the program in Puerto Rico. Prior to Hurricane Maria, in September 2017, the three Puerto Rico centers were underutilized. On September 20, 2017, while Ramey was nearly at full capacity, Arecibo was at 83.6 percent capacity and Barranquitas was at only 70.4 percent capacity. Since Ramey reopened in May 2018, the current Job Corps center operator has been aggressively recruiting to enroll prospective students. However, the center operator has indicated that a significant number of potential students are no longer available to participate in the program due to permanent relocation outside of Puerto Rico. When Ramey reopened, 30 students did not return to the program because they had permanently relocated off the island, and 25 students have left Ramey to relocate outside of Puerto Rico since the center reopened.

While consolidating the operations of Puerto Rico's Job Corps may necessitate that students travel slightly further to attend a center, the program provides students with transportation between their home and the Job Corps center. Job Corps students in Puerto Rico traditionally return home on weekends to spend time with their families. The Ramey Job Corps' center operator recently increased the transportation options it provides in order to accommodate existing and potential students who wish to return home on the weekends.

Job Corps also provides transitional support services when students leave the Job Corps program, including assistance finding employment. While students may have to temporarily leave their home to attend Job Corps, the program's career transition specialists assist participants in identifying employment opportunities in the location of their choosing. The Job Corps centers in Puerto Rico have historically had strong ties with the island's workforce system, including the comprehensive and affiliate American Job Centers. The post-enrollment opportunities for students in the immediate Barranquitas area will not be diminished because Ramey, and Arecibo when it reopens, will maintain these strong relationships and continue to assist students in securing placements in the vicinity of their homes.

Barranquitas was operated and managed by ResCare Workforce Services through a contractual agreement with the Department. Staff employed at Barranquitas were given the opportunity to apply for the positions at Ramey when the center reopened and expanded operations. Former staff will also have the opportunity to apply for positions at Arecibo when it reopens. Further, the Barranquitas facilities are leased and not owned by the federal government. Should the Department make the final decision to merge Barranquitas with the other two centers in Puerto Rico, the lease will terminate and the land and facilities will remain the responsibility of the lessor. The core mission of the Job Corps program is to prepare students to become more employable, responsible, and productive citizens, and the Department must utilize its resources in the most effective way possible to ensure that students have the best opportunity to succeed.

The Department solicited public input on its proposal to consolidate center operations in Puerto Rico in the Federal Register Notice (FRN) published on January 2, 2019. Several former students commented that they benefitted from their experience at Barranquitas. The Department appreciates the feedback from these Job Corps participants and is confident that current and future students in Puerto Rico will have similarly positive experiences at Ramey, and in the near future, at Arecibo. The Department did not receive feedback from elected officials in Puerto Rico in response to the FRN.

The Department is committed to supporting at-risk youth in Puerto Rico and seeks to maximize the impact of the Federal investment in the Job Corps program on the island. The Department

has not yet made a final decision regarding Barranquitas, and, therefore, no official timeline to consolidate operations has been established. If a final decision to consolidate operations is made, the Department will follow the procedure outlined in section 159(j)(3) of the Workforce Innovation and Opportunity Act.

If you or other members have any further questions, please contact the Office of Congressional and Intergovernmental Affairs, U.S. Department of Labor, at (202) 693-4600.

Sincerely,

Joe Wheeler
Joe Wheeler
Acting Assistant Secretary

U.S. Department of Labor

Assistant Secretary for
Congressional and Intergovernmental Affairs
Washington, D.C. 20210



MAR 0 1 2019

The Honorable Jenniffer González-Colón
U.S. House of Representatives
Washington, D.C. 20515

Dear Congresswoman González-Colón:

We received your letter regarding the Department of Labor's (Department) proposal to
consolidate Job Corps centers in Puerto Rico by merging operations of the Barranquitas Job
Corps Center (Barranquitas) with those of the other two Job Corps centers on the island. Under
our proposal, Job Corps will have the capacity to serve the same number of students on the
Island as it had prior to Hurricane Maria. We appreciate the opportunity to provide information
about plans regarding the delivery of the Job Corps program in Puerto Rico.

Prior to Hurricane Maria in September 2017, the Department operated three Job Corps centers in
Puerto Rico—the Barranquitas Job Corps Center in Barranquitas; the Ramey Job Corps Center
(Ramey) in Aguadilla; and the Arecibo Job Corps Center (Arecibo) in Garrochales. All three
were damaged by the hurricane; however, Barranquitas sustained the most damage. The
estimated cost to repair the damage done to all three centers is just over $50 million, with the
repairs to Barranquitas estimated at $19 million. In 2018, Congress provided $30 million for the
repair of Job Corps centers in Puerto Rico impacted by the hurricane. Given that this allocation
would not cover the estimated total facility-related costs for the three centers, the Department has
proposed to consolidate center operations from three centers to two. This consolidation allows
for the repair and expansion of both Ramey, which already reopened, and Arecibo, which is
anticipated to reopen by February 2020.

Current and prospective students in Puerto Rico are presently being served at Ramey or offered
the opportunity to attend another Job Corps center. Ramey sustained the least damage from the
hurricane and reopened with expanded student capacity from 264 to 470 in May 2018. In
advance of the center reopening, the center operator attempted to reach every student enrolled at
each of the three Puerto Rico centers prior to the hurricane. All of the Job Corps students were
given an opportunity to complete their education and/or skills instruction at Ramey.

Ramey is located 86 miles from Barranquitas, and all of the trades formerly offered at
Barranquitas are currently offered at Ramey. Ramey has the capacity to accommodate up to 470
students; for the week ending February 6, 2019, Ramey enrollment stood at 378 students.
Further, Job Corps initiated the rehabilitation of Arecibo in June 2018. The center, located only
45 miles from Barranquitas, is scheduled to reopen by February 2020, with an increased capacity
of 201 students from 177. When Arecibo reopens, Job Corps will have the capacity to serve the
same number of students on the island as it had prior to Hurricane Maria, 671 students.

It is projected that the combined 671 student capacity at Ramey and Arecibo will meet the
demand for the program in Puerto Rico. Prior to Hurricane Maria, in September 2017, the three
Puerto Rico centers were underutilized. On September 20, 2017, while Ramey was nearly at full

capacity, Arecibo was at 83.6 percent capacity and Barranquitas was at only 70.4 percent capacity. Since Ramey reopened in May 2018, the current Job Corps center operator has been aggressively recruiting to enroll prospective students. However, the center operator has indicated that a significant number of potential students are no longer available to participate in the program due to permanent relocation outside of Puerto Rico. When Ramey reopened, 30 students did not return to the program because they had permanently relocated off the island, and 25 students have left Ramey to relocate outside of Puerto Rico since the center reopened.

While consolidating the operations of Puerto Rico's Job Corps may necessitate that students travel slightly further to attend a center, the program provides students with transportation between their home and the Job Corps center. Job Corps students in Puerto Rico traditionally return home on weekends to spend time with their families. The Ramey Job Corps' center operator recently increased the transportation options it provides in order to accommodate existing and potential students who wish to return home on the weekends.

Job Corps also provides transitional support services when students leave the Job Corps program, including assistance finding employment. While students may have to temporarily leave their home to attend Job Corps, the program's career transition specialists assist participants in identifying employment opportunities in the location of their choosing. The Job Corps centers in Puerto Rico have historically had strong ties with the island's workforce system, including the comprehensive and affiliate American Job Centers. The post-enrollment opportunities for students in the immediate Barranquitas area will not be diminished because Ramey, and Arecibo when it reopens, will maintain these strong relationships and continue to assist students in securing placements in the vicinity of their homes.

Barranquitas was operated and managed by ResCare Workforce Services through a contractual agreement with the Department. Staff employed at Barranquitas were given the opportunity to apply for the positions at Ramey when the center reopened and expanded operations. Former staff will also have the opportunity to apply for positions at Arecibo when it reopens. Further, the Barranquitas facilities are leased and not owned by the federal government. Should the Department make the final decision to merge Barranquitas with the other two centers in Puerto Rico, the lease will terminate and the land and facilities will remain the responsibility of the lessor. The core mission of the Job Corps program is to prepare students to become more employable, responsible, and productive citizens, and the Department must utilize its resources in the most effective way possible to ensure that students have the best opportunity to succeed.

The Department solicited public input on its proposal to consolidate center operations in Puerto Rico in the Federal Register Notice (FRN) published on January 2, 2019. Several former students commented that they benefitted from their experience at Barranquitas. The Department appreciates the feedback from these Job Corps participants and is confident that current and future students in Puerto Rico will have similarly positive experiences at Ramey, and in the near future, at Arecibo. The Department did not receive feedback from elected officials in Puerto Rico in response to the FRN.

The Department is committed to supporting at-risk youth in Puerto Rico and seeks to maximize the impact of the Federal investment in the Job Corps program on the island. The Department has not yet made a final decision regarding Barranquitas, and, therefore, no official timeline to consolidate operations has been established. If a final decision to consolidate operations is made, the Department will follow the procedure outlined in section 159(j)(3) of the Workforce Innovation and Opportunity Act.

If you or other members have any further questions, please contact the Office of Congressional and Intergovernmental Affairs, U.S. Department of Labor, at (202) 693-4600.

Sincerely,

Joe Wheeler
Acting Assistant Secretary

# Exhibit 9



**U.S. Department of Labor**

Assistant Secretary for
Employment and Training
Washington, D.C. 20210

**DECISION**

**December 18, 2024**

**MEMORANDUM FOR THE ACTING SECRETARY**

**FROM:**    **JOSÉ JAVIER RODRÍGUEZ**

**SUBJECT:**    Job Corps Program Years 2024 and 2025 Budget & Recommended Actions

---

**EXECUTIVE SUMMARY**

The Job Corps program faces a projected $139.9 million operating budget deficit for Program Year (PY) 2024. This memorandum summarizes the principled and active cost savings strategies Job Corps is already implementing, while also identifying additional cost savings measures to ensure Job Corps has a balanced budget for PY 24. Two of the recommended actions are for awareness and one action, the pausing of centers, requires approval.

While this memo focuses on PY 24, Job Corps is conducting analysis, developing a strategy, and taking actions now to reduce the projected PY 25 deficit of more than $213 million. Lastly, while these amounts are point-in-time analyses, the Job Corps Tri-Office team and ETA leadership are acting now with what is known to ensure the program balances the budget and continues to provide safe, quality services to young people.

**BACKGROUND/DISCUSSION**

The Operations budget for Job Corps has been largely flat since 2018 at $1.6 billion. Adjusted for inflation, the Job Corps budget for 2024 would have been more than $2 billion. During this period of a flat budget of $1.6 billion, multiple financial pressures have raised costs for the program. Since 2018, operations, construction, and materials costs have increased by more than 25 percent due to inflation. There have been three consecutive federal minimum wage increases for contractors operating 99 Job Corps Centers across the country, with more than 14,000 federal contractor staff working at these centers. The implementation of the Service Contract Act, as well as Cost-of-Living Adjustments for federal personnel employed at the U.S. Department of Agriculture (USDA) Forest Service's 24 Job Corps centers, has resulted in a 17.4 percent cumulative pay increase since 2018 for the more than 1,100 federal employees.

Job Corps has limited funds available to absorb such financial pressures. Of the $1.6 billion annual budget, $1.05 billion is allocated to center operations contracts and $500 million to costs such as information technology (IT) infrastructure and transportation. Based on Job Corps'

Deliberative Draft/Not for External Distribution

current Policy and Requirements Handbook (PRH) and contract model, as well as historical data and other information available to DOL, DOL believes approximately 85 percent of the center operations costs are fixed (i.e., staffing and utilities), and only approximately 15 percent are tied to variable expenses that depend upon the number of students on campus (e.g., food, training materials, clothing). After the $1.05 billion and the $500 million, this leaves only $50 million (3 percent) each year to cover unforeseen expenses, making it increasingly difficult to absorb rising costs without compromising program quality.

To ensure a structurally balanced budget each year despite these pressures, the program has utilized multiple mitigation strategies, including deferring certain program needs and expenses, reducing National Office contracts, and using low On-Board Strength (OBS) and staff vacancy takebacks.[1]

## Addressing PY 24

By Spring 2025 (PY 24), the Job Corps program faces a projected operating deficit of approximately $139.9 million. This operating deficit is expected to grow to at least $213 million in PY 25, based on known factors. In PY 24, Job Corps will need to utilize solutions like the vacancy takebacks and continuing to defer or eliminate planned projects to meet its obligations. Both are unsustainable measures and should be viewed as short-term solutions only.

The Job Corps Tri-Office team and ETA leadership have been actively conducting analyses, developing strategies, and taking principled and aggressive actions to reduce the budget deficit for PY 24 and PY 25. The team has consulted across DOL, including the Office of the Solicitor's (SOL) Division of Employment and Training Legal Services (ETLS) and Division of Management and Administration Legal Services (MALS), and the Office of the Assistant Secretary for Administration and Management's (OASAM) Office of the Senior Procurement Executive (OSPE) and Departmental Budget Center (DBC). As Job Corps contemplates additional actions, the program continues to take key considerations into account, including: (1) ensuring the financial viability of the current program year; (2) ensuring compliance with the Workforce Innovation and Opportunity Act (WIOA) and all relevant regulations, and other applicable law; (3) minimizing disruption for current students; (4) maintaining quality of service for students; and (5) ensuring long-term financial viability.

## PY 24 Actions Underway

Job Corps program staff and leadership have already taken significant steps to mitigate ongoing and future expenses in the program and, cumulatively, have identified potential savings to date of more than $119 million for PY 24. Mitigation efforts currently underway and their estimated cost savings include:

---

[1] Under the fixed-price type center operations contract, price reductions occur for less than 100 percent OBS and for staff vacancies exceeding the 4 percent allowed.

Deliberative Draft/Not for External Distribution

- Continue Staff Vacancy and Low OBS Takebacks. Approximately 88 center contracts are included in Job Corps' initiative to recover funding from operators of Firm Fixed Priced contracts that exceed the contractually allowable four percent staff vacancy provision. For PY 24, the combined Staff Vacancy and Low OBS Takebacks are estimated to save approximately $53 million;[2]
- Defer recurring program expenses, such as Career Technical Training program changes and training equipment replacement ($8.4 million); student Chromebook replacement ($4.6 million); and Physical Security Project Updates ($20 million); and
- Pause reestablishment of Carville Job Corps Center ($7 million) and eliminate or reduce services on National Office and Data Center Support contracts ($26 million).

**ANALYSIS**

Though significant steps are underway to mitigate the projected shortfall, additional immediate steps are needed to address the entirety of the expected deficit. Job Corps recommends cost savings measures that somewhat exceed the projected deficit because the program's analysis of the shortfall is ongoing, and to account for unexpected costs in the coming year and savings from descoping contracts or from not exercising contract option years that turns out to be substantially less than projected. The scope of the actions considered are (all monetary amounts are estimates and subject to significant change depending on implementation date and approach):

- Descoping[3] additional National Office and training contracts ($8.6 - $12.8 million in PY 24 if the changes are implemented by January 31, 2025);
- Descoping center operations contracts ($6.5 - $8.3 million in PY 24 if the changes are implemented by January 31, 2025); and
- Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria (estimated $9 million or greater, if changes are implemented by January 2025).

These actions are explained in greater detail below in the Additional Actions Recommended for PY 24. In combination with the previously taken or underway actions discussed above, these recommended actions are projected to forestall the operating deficit for PY 24. That said, significant additional action will be required to mitigate projected growth in the operating deficit in PY 25 and onward.

---

[2] The OBS takeback was built into the Firm Fixed Price RFP and contract template which Job Corps began to adopt in 2019. The Staff Vacancy Takeback initiative was introduced in May 2022.

[3] "Descoping" as used in reference to contracts means reducing or eliminating some activity, deliverable, or level of effort required in an existing or planned contract, through a modification to the solicitation or contract, a termination of the contract in whole or part, by not ordering some optional tasks or otherwise.

Deliberative Draft/Not for External Distribution

**Additional Actions Recommended for PY 24**

These recommended actions are intended to address the remaining projected operating deficit for PY 24. For all actions contemplated, Job Corps will continue to take the five key considerations outlined above into account.

A. *Descoping Additional National Office Contracts and National Training Contracts*

    1. Descope Additional National Office Contracts

       *Scope of Change*: The Office of Job Corps (OJC) has reviewed its National Office Support Contracts to identify tasks and initiatives that can be paused, eliminated, or brought "in house" in a reduced capacity to realize PY 24 savings. Anticipated additional contract changes include a range of items, including descoping of uniform supply requirements, revisions to requirements for data collection/analysis/reporting, research and evaluation activities, IT services, and marketing and communications contracts. It is important to note that these are estimates, and there is considerable uncertainty and risks on the timing and amount of savings ultimately realized. Descoping contracts will generally require negotiation, in some cases contractor approval, and there may be disputes about the amount of actual savings and unexpected impacts from the reduced work.

       *Estimated Savings:*
         o $8.6 - $12.8 million in PY 24 if the changes are implemented by January 31, 2025.

    2. Reduction of Multiple National Training Contractor-Delivered Programs in Same State

       *Scope of Change*: Eight different National Training Contractors or labor management-affiliated organizations deliver Career Technical Training to students at Job Corps Centers around the country. OJC recommends reducing the number of like programs within Job Corps Centers in the same state. For example, the state of Massachusetts has a carpentry program delivered by the United Brotherhood of Carpenters at each of its three Job Corps Centers. OJC seeks to reduce the programs by half which would result in 30 fewer NTC instructors across their respective contracts but ensure that students would continue to have access to all training programs in close proximity.

       *Estimated Savings:*
         o To minimize disruption to students and maximize savings, OJC recommends winding down programs in PY 24 and effectuating the program reductions via bilateral negotiation and contract modification effective August 1, 2025, with the next Option Year award. Beginning in PY 25, annual savings estimates are between $4 - $4.5 million.

Deliberative Draft/Not for External Distribution

B. *Descoping Center Operations Contracts*

This recommended action includes descoping multiple components of current center operations contracts. This process involves communicating the planned changes to contractors in advance, allowing time for contractors to develop and submit their price negotiation response, and time for Job Corps Acquisition Services (JCAS), the Office of Financial Administration (OFA), and OJC to review and negotiate revised contracts with each contractor. As such, Job Corps recommends reaching out to contractors with proposed changes by December 19, 2024. This will ensure that all center operations contracts are modified and finalized by January 31, 2025, with five months of cost savings realized in PY 24. Outreach at a later time may result in reduced cost savings.

Total estimated cost savings for descoping center operations contracts for PY 24 is $6.4 - $8.3 million. JCAS will negotiate all center operations price reductions with the target savings in mind. However, because contractors have the right to propose and negotiate the price reduction, it is possible that the total target savings may not be fully realized. For example, given the nature of the firm fixed price contracts, the contractors may have entered into subcontracts or other arrangements that limit the impact of the cost savings. Note there is also a substantial risk that contractors may dispute DOL's proposed reduced price and absent amicable resolution, this could lead to litigation. The large number of contractors, with varying and competing interests, will add to the complexity of the negotiations.

1. Changes to Delivery of Oral Health Service Delivery at Centers

   *Scope of change:* Pursuant to the Job Corps PRH, every Job Corps Center must have a dentist for 3 hours per 100 students per week; a dental assistant for 4 hours per 100 students per week; and a dental hygienist for 3 hours per 100 students per week. Center operators subcontract with professionals at the prescribed levels; however, OJC subject matter experts have identified that these services are underutilized. Thus, instead of requiring each center to contract for a prescribed number of hours, OJC proposed that centers must have a (sub)contract with a licensed dentist to provide services, as needed. This would be a fee-for-service arrangement as opposed to a minimum number of hours for unused services.

   *Estimated Savings*:
   - o  $11 million annually and $4 - 5 million in PY 24 if the changes are implemented by January 31, 2025.

2. Elimination of PRH requirement for Evening and Weekend Studies (EWS) Program

   *Scope of Change:* All centers would stop providing a structured evening/weekend studies program that allows "struggling" students to complete a minimum of seven hours of additional instruction (e.g., digital literacy, study skills, preparation for tests). Centers

Deliberative Draft/Not for External Distribution

would no longer submit a plan for EWS delivery and would not be required to provide staffing and monitoring during EWS hours. The center operator community has struggled to meet the EWS requirement since it was implemented and OJC does not anticipate a negative or disruptive impact to students.

*Estimated Savings:*
- o 16 centers (13 percent of all centers) reported an Evening & Weekend Studies Coordinator(s) (i.e., 17.5 full time equivalents (FTE))
- o Average hourly rate from Salary Supplement Report - $23.03/hour
- o Average annual rate from Salary Supplement Report - $47,900/year
- o The average annual rate time the 17.5 FTEs = $838,252/year

Overall, OJC does not have detailed data on how the 87 percent of centers staffed their EWS programs and thus cannot fully estimate projected annual savings or the PY 24 impact.

3. Changes to Delivery of Post-Enrollment "Placement" Services to Former Enrollees

*Scope of Change:* The term "Former Enrollee" (FE) means an individual who has voluntarily applied for and enrolled in the Job Corps program but left the program prior to becoming a graduate. WIOA permits, but does not require, the Department to provide FEs with three months of placement services. Job Corps requires centers to provide three months of Career Transition Services (CTS) to FEs (i.e., develop placement strategies, identify certification testing opportunities, identify job leads/ training opportunities) including at least monthly contact and documentation of all actions in case notes.

Instead of this approach, OJC proposes that centers refer Former Enrollees to the American Job Center serving the FE's home of record. WIOA Section 149 and 20 CFR § 686.720 state that the one-stop delivery system must be used to the maximum extent practicable to provide job placement services.

In PY 23, the total placement pool of graduates and FEs was 14,033; of those, 5,472 or 40 percent were FEs. Reducing services to FEs is expected to result in cost savings to the government via reduction in contracted CTS staff.

Center operators would likely have concerns about such a change. The Job Corps regulations, to align with the WIOA formula program requirements, require that Job Corps measure the performance of all *participants*, which includes both graduates and FEs, upon exit from the program. By changing the scope of services provided to FEs operators would have less control over FE outcomes, which could negatively affect their performance. As such, before implementing this strategy, OJC will consider how it will fairly weigh performance for FEs in compliance with WIOA. Appropriators and oversight

Deliberative Draft/Not for External Distribution

bodies would likely look favorably upon this move toward sequential rather than redundant service delivery to eligible youth populations.

*Estimated Savings:*
   o   If OJC can execute by January 2025, estimated savings are approximately $2 - $2.5 million.

C.  *Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria*

Given the immediacy of the operating budget shortfall, even in light of the previous actions detailed, OJC recommends examining PY 24 option year contracts for additional cost savings. Potentially not exercising an option year for a contract—and thus pausing[4] operations at a center—is not a decision Job Corps takes lightly. As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts. Nevertheless, DOL utilized a principled methodology to identify centers to not exercise its option, ensuring the approach is not only consistent with law but also within DOL's mission, in a way that is fair and rational, and best suited to the present budgetary circumstances.

For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. Attachment A describes the long-term methodology in full, but in short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10-years.

Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—the evaluation of centers. The following describes the approach taken to arrive at the recommendation:

The review focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget. The leading factor in formulating recommendations was the timing of contract option year awards. Specifically, 47 centers have contract renewals in PY 24 from January through June 2025. Examining centers with contract option year awards, staff then applied the composite risk rating (described in more detail in Attachment A) utilizing the Sustainability Rating Methodology to the centers. Only centers with scores in the bottom 50 percentile of those reviewed were retained for further review; this criterion narrowed the list

---

[4] Pausing means not exercising an option year, relocating students to other centers, and establishing a caretaking contract of the facilities. No center is being closed; later language in this document identifies conditions for unpausing a center.

Deliberative Draft/Not for External Distribution

from 47 to 24 centers. Next, the onboard strength percentage was then analyzed, with staff analyzing each of the 24 centers' planned enrollment and compared to its actual enrollment. Staff identified 12 centers with OBS under 75 percent of planned capacity.

Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized, further narrowing the identified centers from 12 to 5.[5] Job Corps assessed these five centers based on the physical condition of the centers and the safety environment at the centers based on recent assessments and significant incident reports. Program staff also considered the number of centers in state and the general proximity of the center to other centers as well as eligible students in the state. Based on these factors, Job Corps is recommending Woodstock and Whitney M. Young as sites at which DOL would not exercise the next Option Year and pause operations. The program thinks that pausing operations at these two centers will generate sufficient savings.

Of the five centers, pausing operations at Woodstock would yield the second highest level of savings. In addition, given its current physical condition Woodstock is effectively uninhabitable. Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus neither having heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees. As a result, the 255 students were initially placed on administrative leave; however, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which now aligns with the program's winter break commencement. Woodstock is close to several other Job Corps centers, so transferred students will be reassigned to centers reasonably close to their home in alignment with WIOA's center assignment requirements.

Pausing operations at Whitney M. Young would yield the fourth highest level of savings of the five identified centers, just under $500,000 less than Charleston. Despite this difference, the location of the center, available students in Kentucky, and recent assessments led staff to recommend pausing operations at Whitney M. Young. Whitney M. Young is one of seven centers in Kentucky, in reasonably close proximity to other centers in Kentucky, as well as centers in Indiana and Ohio. There are fewer centers in proximity to Charleston and more eligible youth in West Virginia, which argued for maintaining operations at Charleston. In addition, while both centers have had safety and discipline issues, recent issues at Whitney M. Young are such that staff is concerned about the continued presence of students there. During a targeted assessment in October 2024 in response to a student death, DOL identified substantial, repeat findings first reported to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16–17-year-old minor students. In October, when the student death occurred, records indicated the deceased student as well as others had

---

[5] While pausing operations at Keystone would yield the greatest savings, because that contract is for the operation of two centers, taking the necessary contractual action to pause operations may not yield significant savings.

Deliberative Draft/Not for External Distribution

incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety.

The USDA Forest Service Civilian Conservation Centers were not considered as candidates for pause for PY 24 because those centers are operated through an inter-agency agreement (IAA) between DOL and the USDA rather than through a contract with option years. Pausing a USDA center is a lengthier and more complicated process due to the provisions of the IAA, especially concerning federal personnel, and thus did not present a viable opportunity for savings this program year. The Department's current appropriations law prohibits the use of funds to alter or terminate the IAA with the USDA.

Process for Pausing a Center:

Should a recommendation be approved to pause a center, JCAS would communicate to the contractor not less than 30 days prior to the end of the current contract period that the contractor's next option will not be exercised. In that notification, DOL will also communicate the process the contractor will follow to "transition" the center to on-pause status, so that by the last day of the center operator's current contract, all necessary actions to transfer students, records, equipment and supplies are complete. In addition, JCAS will work to set up caretaker services for the center during the pause period and award contracts to set up Outreach and Admissions services for the geographical recruitment zone that was covered by the center operator. The students would be relocated to nearby centers and the center would have a caretaking contract put into place to secure and maintain facilities.

Considerations for Unpausing a Center:

Job Corps recommends unpausing a center when the program can maintain a structurally balanced budget without a projected shortfall. Understanding that the program will most likely not receive an infusion of resources for PY 25, staff are planning to utilize the Sustainability Rating system holistically, across all centers, to ensure program viability for the PY. Job Corps also recognizes that any costs savings realized by pausing a center will be reduced by the cost of the caretaker contract.

*PY 25 and Beyond*

While currently underway and required actions for PY 24 are projected to mitigate the immediate operating deficit, additional action is required to ensure the medium- and long-term financial stability of the Job Corps program. OJC has developed a long-term sustainability analysis of centers. OJC's approach is based on asset management and performance-based methodology. Criteria considered include physical structure, deficiencies, FEMA Risk Score as well as a center's program performance over a ten-year period. The program indicators are onboard strength, graduation rate, and job training match to industry.

9

Deliberative Draft/Not for External Distribution

**OTHER DOL AGENCIES INVOLVED**

ETA worked closely with SOL's ETLS and MALS divisions, as well as OASAM's OSPE and DBC, to analyze the budget deficit and develop and implement strategies to reduce it.

**OTHER FEDERAL AGENCIES INVOLVED**

USDA Forest Service operates 24 centers known collectively as the Civilian Conservation Centers. For the reasons discussed above, the USDA Forest Service centers were not considered for a pause in PY 24.

**CONGRESSIONAL INTEREST**

Congressional interest is anticipated in response to the actions detailed here, particularly from state Congressional delegations in Maryland and Kentucky that would potentially be impacted by the decision to pause operations at select Job Corps Centers.

**DUE DATE FOR APPROVAL**

Wednesday, December 18, 2024.

Job Corps seeks near immediate approval of this request to maximize time and potential contract savings.

**EXPEDITED APPROVAL REQUEST**

I acknowledge that I am requesting approval by December 18, 2024, which does not meet OSEC's required 30-day timeframe and will, therefore, require expedited Departmental clearance and OSEC review and approval. Potential contracting amendments require a 31-day notice; as such, ETA seeks expedited clearance in order to initiate formal negotiations and communications with the contracting community as soon as possible.

**CONTACT**

Brittany Stich
Deputy Assistant Secretary for Employment and Training
stich.brittany.a@dol.gov
(202) 693-1845

**ATTACHMENTS**

- Long Term Sustainability Rating Methodology

Attachment

Long Term Sustainability Rating Methodology

For long-term sustainability of the program, Job Corps developed a comprehensive risk rating system. The Sustainability Rating Methodology considers two primary criteria: risk and performance. There are multiple measures within each criterion:

- The Risk category estimates operational risk based on current and future facilities risk. The *Current Status* category combines two factors: *Condition Assessment Risk Rating* and *Unfunded Backlog Risk Rating*. A *Future Risk* category is composed using FEMA's climate hazard exposure rating at the county level in which the center is located and estimates severity and likelihood of future hazards.

- The Performance category uses multiple measures of performance to estimate and score programmatic outcomes and financial efficiency of centers' past 10-year performance average for each criterion, including: 1) Average OBS Rating; 2) Graduation Rating; and 3) Job Training Match (JTM) Placement Rating. For each item, a center is assigned a value from 1 to 10 based on their percentile ranking of centers.

- Category and Item Weighting is assigned to the six items and two categories reflected in the analysis and can be adjusted to determine centers' *Sustainability Score*. The importance of each item and category may vary depending on the questions that the National Office is addressing.

- The Eligibility category is not built into the model but is included as contextual data. Eligible youth include 16- to 24-year-olds living below their state poverty level. The number of eligible youth is divided by the number of Job Corps contracted slots in the state.

**DECISION**

**SUBJECT:** Job Corps Program Years 2024 and 2025 Budget & Recommended Actions

**RECOMMENDED COURSE OF ACTION:** Approve the review of Job Corps Center Option Year awards and resulting two center pauses, based on modified sustainability analysis criteria.

**Approved:** _____

**Date:** _____ December 18, 2024 _____

**Let's Discuss:** _____

**Date:** _____

**COMMENTS:**

# Exhibit 10



**U.S. Department of Labor**

ETA/Office of Job Corps
1835 Market Street
MAILSTOP ETA-OJC/20
Philadelphia, PA 19103-2968
(215) 861-5500  Fax: (215) 861-5520

Date:                     November 1, 2024

MEMORANDUM FOR:          JOHN E. HALL
                         Administrator
                         Office of Job Corps

ATTENTION:               RUTH E. "Peni" WEBSTER-LEWIS
                         Acting Deputy Administrator for Regional Operations
                         Office of Job Corps

FROM:                    JOEL G. THOMAS          Joel G.     Digitally signed by Joel G.
                         Regional Director - Philadelphia  Thomas    Thomas
                         Office of Job Corps                          Date: 2024.11.01
                                                                      13:56:19 -04'00'

**SUBJECT:   Option Year Decision Notice**

The Contracting Officer's Representative and the Regional Director for the Philadelphia
Regional Office of Job Corps does not recommend Option Year Award, and seek your
approval of this action for the following contract:

- Whitney Young/OA/CTS Job Corps Center (1605JE23C0004)
    - Option Year 1 (February 1, 2025, thru January 31, 2026)
    - Center Option Year Value: $10,522,156.65
    - OA Option Year Value:      $637,818.00
    - CTS Option Year Value:     $396,187.00

In April 2024, a full Regional Office Center Assessment (ROCA) was conducted and
identified several findings under PRH Chapter 6 for absences, unauthorized absences
student attendance and the attendance system.  The operator responded with a correction
action plan (CAP); however, the region has seen inadequate progress toward
contract/policy compliance for these issues that have a direct impact on the establishment
of a safe living and learning environment for students.

To date, the center has not submitted adequate corrective actions regarding their
accountability procedures that would address the identified concerns.    The center
remains non-compliant in its administration of ensuring student accountability.  This is
evidenced by a recent incident where failure to follow minimum PRH requirements and
their own standard operating procedures resulted in inaccurate reporting of students who
were missing.  This is an egregious oversight and dereliction of duties.

Furthermore, the Records Department is not following PRH requirements as it relates to
Chapter 6 with data entry into CIS.  Student accountability information pertaining to leaves
(weekend passes) are being entered into CIS but not fully processed, thereby impacting

correct status changes for students.  As part of their correction action response, the center identified a new policy involving a sign-in sheet for students. However, during the most recent visit, there was limited evidence that they were following the new process due to incomplete and inconsistent sign-in sheets.  Attendance records are not being monitored or audited to ensure complete accountability.

Lastly, communication methods for student accountability are not adequately followed. Staff are not fully aware of student whereabouts and do not appear to inform other staff when there are discrepancies.  Student status changes appear to occur with incomplete information, resulting in questionable data integrity.

Please contact me at (215) 861-5501 if you have any questions.

Attachments:

- o   CPARS

Approved:

John E. Hall
Digitally signed by John E. Hall
Date: 2024.11.06 18:16:55
-05'00'

RUTH WEBSTER LEWIS
Digitally signed by
RUTH WEBSTER LEWIS
Date: 2024.11.01
15:08:41 -04'00'

JOHN E. HALL
Administrator

RUTH E. "Peni" WEBSTER-LEWIS
Acting Deputy Administrator for Regional Operations