**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CABRERA, *et al.,* | |
| Plaintiffs, | |
| - against – | Civil Action No. 25-01909-DLF |
| DEPARTMENT OF LABOR*, et al.* | |
| Defendants. | |

## DECLARATION OF SUSAN (LORI) FRAZIER BEARDEN

I, Lori Frazier Bearden, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Acting Assistant Secretary of the Employment and Training Administration (ETA), U.S. Department of Labor (DOL or the Department). In my capacity as Acting Assistant Secretary, I am responsible for providing leadership and executive management of ETA, which administers Job Corps and other federal job training programs.

2.      On May 29, 2025, DOL announced that it was pausing the operation of the 99 contractor-operated Job Corps centers and notified each operator that its contract would terminate or be allowed to expire on June 30, 2025.  In preparation for this announcement, and in the weeks prior to the announcement, ETA's senior leadership and career staff developed a nationwide critical response plan to ensure that Job Corps students were connected to all available resources at the regional, state, and local level to support their employment and training needs, safeguard their student data, and be returned home safely. The day after the announcement, DOL engaged in intensive nationwide implementation efforts of the comprehensive internal and external strategy. At all times, the safety and well-being of the students remained my primary concern.

**The Department Carefully Planned Transition Services for Job Corps Students**

3.     Prior to the May 29 announcement, DOL developed a comprehensive outreach plan that included coordinating with federal, state, and local agencies as well as DOL's education and workforce partners to identify and provide services and resources to students transitioning out of the Job Corps program.

4.     On the federal level, DOL reached out to the U.S. Department of Housing and Urban Development and the U.S. Department of Health and Human Services to identify resources to assist eligible Job Corps students with housing, benefits, and other services.

5.     ETA also coordinated with states, workforce boards, American Job Centers, regional DOL offices, and local resources to provide assistance and transition services to Job Corps students.  These efforts included mobilizing mobile units and rapid response teams on the regional and local levels to connect students with alternative training and employment opportunities and other resources.  Mobile units and rapid response teams engaged in various activities to support the students, including visiting Job Corps centers to meet with students, conducting job fairs, and determining eligibility for other workforce programs, such as DOL's YouthBuild and Workforce Innovation and Opportunity Act (WIOA) youth program services provided on the state and local levels.  A copy of ETA's June 3, 2025, e-mail to State Workforce Agencies, Workforce Board directors, and American Job Center directors is attached hereto as Exhibit 1.

6.     In conjunction with DOL's workforce development partners, I also led DOL's efforts to coordinate internally within the Department to leverage available resources and services in other DOL programs for eligible students.  For example, DOL's Office of Workforce

Investment developed resources and information for workforce partners to inform them of transition services and to facilitate the provision of these services to Job Corps students.

7.      Similarly, DOL's Office of Apprenticeship conducted outreach to Industry Intermediaries (entities funded by the Department to expand Registered Apprenticeship Programs) to identify resources and tools to support Job Corps students, and to provide instructions to implement immediate next steps for supporting such students with pre-apprenticeships and registered apprenticeship program opportunities.  A copy of the Office of Apprenticeship's June 4, 2025, e-mail is attached hereto as Exhibit 2.

## The Department Provided Resources to Job Corps Students

8.      DOL both directly notified students and provided guidance and assistance to the operator community in their communications with Job Corps students.

9.      DOL separated Job Corps students who were still enrolled in the program but had already met graduate requirements as graduates of the program. DOL also provided these students with transition pay.

10.     DOL directly e-mailed all Job Corps students on May 30, 2025, to inform them of resources available to assist them in transitioning back to their homes of record.

11.     DOL also created other resources to inform students of the transition services available to them, including a Student Resources Page and a dedicated e-mail address for student inquiries.  Job Corps also updated its National Contract Center and Job Corps Safety Hotline to provide information to these students.

12.     In addition, on May 29, 2025, DOL implemented a coordinated communication strategy to notify Job Corps contractors, operators, and staff of the ways in which students could be supported during their transition from Job Corps centers, including by directing Job Corps

students to available local resources for job training and education and by providing resources and assistance to safely transition students to their homes of record.

13.    DOL also instructed Job Corps operators in writing to engage in a safe, orderly, and prompt transition of students to their homes of record.  DOL specifically instructed the operators of the 99 paused centers to provide for the care and separation of the students, including registering each student with the American Job Center nearest to their home of record, registering each student with their home state's Labor Exchange system, ensuring that all student records were up-to-date with all student accomplishments, and providing students with originals of any earned credentials and documentation of accomplishments.  These instructions also required Job Corps contractors to pay special attention to the safety of Job Corps students, including providing for all basic needs (food, housing, medical care, counseling, etc.), and ensuring that students were safely returned to their homes of record.

14.    Additionally, DOL distributed to Job Corps operators an "Authorization to Share Job Corps Student Records for Program Eligibility" (Authorization) to allow DOL to share Job Corps student records with workforce partners to facilitate job placement, training, educational, and support services.  The Authorization is attached hereto as Exhibit 3. Center operators were directed to distribute this form to each student and explain its purpose.  The Authorization also was sent to Job Corps students as an attachment to DOL's direct May 30, 2025, e-mail to them.

**The Department Continued to Monitor Job Corps Student Transition Efforts**

15.    DOL monitored transition efforts through updates from the ETA Regional Administrators in each of ETA's six regions, whose offices closely coordinated with state and local workforce development partners.  Through these updates, ETA monitored outreach efforts on the regional, state, and local levels to locate resources and placements for Job Corps students.

16.    The six Regional Offices reported the progress of outreach efforts in their regions. This included detailed summaries of the efforts of state rapid response teams and of state and local partners to locate services for students. These reports also included resources and information on how to leverage WIOA funding for rapid response efforts in addition to specific training and employment opportunities that offered a housing component. Additionally, the Regional Offices reported success in connecting Job Corps students to other workforce development programs such as YouthBuild and in locating additional placement services through state youth coordinators.

17.    The Regional Offices also reported on communication with state agencies and progress in each state, including rapid response team visits to Job Corps centers, success in locating housing for students experiencing housing insecurity, and coordination among Job Corps centers, state agencies, and American Job Centers in locating services for Job Corps students.

18.    DOL continued to implement these communication and coordination efforts and resources until the U.S. District Court for the Southern District of New York issued a Temporary Restraining Order against the Department on June 4, 2025.

* * *

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Signed this 27th day of June of 2025.

*Lori F Razier Bearden*
_____
Lori Frazier Bearden
Acting Assistant Secretary
Employment and Training Administration

Exhibit 1

| | |
|---|---|
| **From:** | U.S. Department of Labor, Employment and Training Administration |
| **To:** | ▓▓▓▓▓▓▓ |
| **Subject:** | US Department of Labor pause on Job Corps Center operations |
| **Date:** | Tuesday, June 3, 2025 9:42:10 AM |

You don't often get email from communication@1.careeronestop.org. Learn why this is important

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Dear State Workforce Agencies, Workforce Board directors, and American Job Center directors:

On May 29, 2025, the US Department of Labor (DOL) announced it will begin a phased pause in operations at contractor-operated Job Corps centers nationwide, initiating an orderly transition for students, staff, and local communities. The news release can be found at: US Department of Labor pauses Job Corps center operations | U.S. Department of Labor.

The pause of operations at all contractor-operated Job Corps centers will occur by June 30, 2025. This communication requests that all state and local workforce partners assist current students in advancing their training and connecting them with education and employment opportunities and provide Job Corps Center staff with career transition support.

**Transitioning Job Corps Participants**

Job Corps Centers are working now to arrange safe transportation to departing students to their home of record or their next location, and providing Job Corps students with resources on employment as this transition takes place. The Department of Labor's Employment and Training Administration is writing to you now to prepare state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities, including with pre-apprenticeship and Registered Apprenticeship programs.

- There are approximately 25,000 Job Corps students enrolled in the DOL Job Corps program who will be returning to their home of record throughout the month of June, and this process will finish by June 30, 2025.
- Job Corps students will receive copies of personal documents and accomplishments to assist with potential transfer to other job training programs or employment.
- Job Corps Center staff will likely contact the American Job Center (AJC) closest to the student's home of record and may offer to provide the student's information to an AJC program to try to help determine eligibility for other workforce programs. The students may also be the ones initiating this contact. Please be ready to use the information that the Job Corps Center provides in order to outreach to returning students, help them explore WIOA or other programs, and where appropriate rapidly begin services with a new program.
- Approximately half of all Job Corps students are enrolled in Job Corps Centers more than 50 miles from their home community. With nearly 2,300 AJCs nationwide, and Job Corps students headed back to communities across the country, many AJCs can expect only a few Job Corps students seeking AJC assistance. However, some AJCs may see a larger number of Job Corps students in need of assistance. AJCs may want to consider having a point person who can be ready to coordinate services for any Job Corps students that need assistance from WIOA or AJC partner programs.
- State Workforce Agencies that would like to contact Job Corps students returning to the SWA's state should contact JobCorpsAssistance@dol.gov to discuss the potential for ETA to securely transfer records for students that opted to sign an information release form. These records include information about students' education levels, credentials, current training and progress completed, and students' contact information.
- A student resource page with information and links to workforce system resources is available on JobCorps.gov.

State and local workforce development boards and local AJCs can support the transition of Job Corps participants from the Centers in several ways. Many Job Corps students are youth and young adults ready to work and have received services and some training that prepare them for the workforce. They are among the very jobseekers that WIOA is designed to serve, and they are full of potential to be very successful in the labor force.  American Job Centers can help local employers find the staff they need and meet their statutory mission by supporting Job Corps students in finding employment, a particular strength of AJCs.

Many Job Corps participants will be ready for work experience, including summer employment, and providing such work experiences can help ensure local areas meet the required minimum 20 percent work experience expenditure requirement.  These services are allowable activities within the WIOA Youth program and the WIOA Adult program. AJCs should be ready to help students register with the labor exchange system and provide virtual and, where feasible, in-person career guidance to support their job search.

Job Corps Center staff or students that reach out to AJC programs may also be eager to learn about Registered Apprenticeships and Pell grant opportunities. Several states are well-designed to connect AJC customers with apprenticeship opportunities or prepare them for Registered Apprenticeships.  For states or local areas still developing that capacity, refer to resources such as:

- **gov Career Seeker Website** - Information on Registered Apprenticeship and how to become an apprentice - Career Seekers | Apprenticeship.gov
- **Apprenticeship Job Finder** –search for local apprenticeship job openings - Apprenticeship Finder | Apprenticeship.gov
- **Apprenticeship partner finder** – explore all Registered Apprenticeship programs and Training providers to find apprenticeship programs and partners. Students and staff can search by location, industry, occupation, keyword etc. - Partner Finder | Apprenticeship.gov

Job Corps students will vary in their stage of education and training for employability, including those ready to enter the workforce and those who may need additional training and supportive services before attaining job opportunities. It is therefore critical that AJCs assess the Job Corps students to determine the most appropriate services for which they may be eligible and connect them to such services.  Some Job Corps students may need immediate supportive services, particularly those who need housing.  As a reminder, assistance with housing is an allowable WIOA supportive service and can be provided as soon as an individual becomes a WIOA participant.  There is no Federal limit on the amount of WIOA funds available for supportive services.  Please follow state and local supportive service policies, including any state or local supportive service funding caps.  AJCs should also support students in connecting and leveraging critical public benefits, including SNAP and TANF.

Job Corps students will receive copies of personal documents and accomplishments (such as their Training Achievement Record) to assist with potential transfer to other job training programs.  AJCs should ask the Job Corps students for copies of these documents to assist in the assessment process.  Job Corps students are likely eligible for several programs funded such as the WIOA Adult program, WIOA Youth program, WIOA Title II Adult Education program, Registered Apprenticeship programs, and YouthBuild among others.

The Department will share additional information as we continue to assist students transition safely out of Job Corps.

**Support for Job Corps Center staff**

Job Corps-contracted centers are staffed with employees who work for Job Corps operators and are not federal employees. The operators are largely private contractors who each operate multiple centers. While the Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees, as the Centers transition to paused status through June, some Job Corps Centers staff will become unemployed. As in any layoff or economic change, the Department encourages State Workforce Agencies (SWA) to support workers impacted by the Center pause. State or local Rapid Response teams can contact Job Corps Center operators in their states to arrange for on-site services to staff expecting layoffs. To deploy Rapid Response, SWAs may consult the online list of Job Corp Centers as a starting point for

contact information to identify relevant points of contact for the Job Corps Centers in their state.  Please note that Job Corps Centers administered by USDA and the Forest Service continue to operate.  ETA Regional Office staff are currently contacting states to discuss potential workforce system responses to Center layoffs, and are able to provide up-to-date information on Job Corps Center status and contact information.  SWAs can also work with local workforce development boards and AJCs to outreach to and/or prepare for dislocated workers.

WIOA Dislocated Worker funds will provide adequate resources for the response in several states. Some Job Corps Center layoffs may qualify for Employment Recovery Dislocated Worker Grants (DWG), which expand the capacity of states and local communities to serve dislocated workers and to meet the increased demand for employment and training services following a qualifying dislocation event such as a mass layoff, plant closure, or higher-than-average demand for employment and training. The Department encourages states and impacted local communities to assess whether they can sufficiently meet the needs of dislocated Job Corps center staff with resources available through unemployment compensation, the Employment Service, and the WIOA Dislocated Worker program, and if not, consider applying for a DWG.

Kim Vitelli, ETA Office of Workforce Investment Administrator

Please note you have been added to our database to receive information from the U.S. Department of Labor, Employment & Training Administration. If you feel you are not the intended recipient of this message or if you have questions specific to this eblast, please e-mail Williams.Roberta@dol.gov.

**Please do not reply to this message as it is being sent from an unmonitored email address.**

---

This email was sent to hastings.sara@dol.gov using GovDelivery Communications Cloud on behalf of: CareerOneStop · U.S. Department of Labor, Employment and Training Administration · 200 Constitution Ave., NW · Washington, DC 20210

# Exhibit 2

**From:** OA Contracts Mailbox
**To:**



**Cc:**

**Subject:** Supporting OJC students
**Date:** Wednesday, June 4, 2025 3:29:18 PM
**Attachments:** REGIONAL JOB LOSS POTENTIAL_Job Corps Center Contact Info.pdf

Dear Office of Apprenticeship (OA) Industry Intermediary Contractors,

On May 29, 2025, The US Department of Labor (DOL) announced a phased pause in operations at 99 contractor-operated Job Corps centers nationwide, effective immediately. The decision initiated an orderly transition for over 24,000 students, thousands of staff members, and local communities. The News Release can be found at: US Department of Labor pauses Job Corps center operations | U.S. Department of Labor.

The pause of operations at all contractor-operated Job Corps centers will occur by June 30, 2025.  Job Corps centers are working now to arrange safe transportation for departing students to their home of record and providing Job Corps students with resources on employment as this transition takes place.

This communication encourages all OA grants, cooperative agreements, and RA industry intermediary contractors to consider providing support by:

1. Connecting Job Corps students with Registered Apprenticeship (RA) programs and pre-

apprenticeship programs that lead to Registered Apprenticeship Programs.

2. Assisting Job Corps Center staff with career transition support.  Please note that most Job Corps center staff are training instructors so please consider reaching out to them if you have instructor related hiring needs.

**Resources:**
- Attached PDF of Job Corps sites titled "Job Corps Center Region and Location Information & Potential Job Losses by Location"
  - **Important Note**:  The red text labeled "Job Loss Potential" is related to Job Corps staff and <u>not</u> students
- Frequently Asked Questions:  **Job Corps Pause FAQs**

**Immediate next steps** *(as applicable to your role as a grantee, cooperative agreement, or Intermediary):*
- Coordinate with employers and sponsors to coordinate student enrollment.
- Crosswalk Job Corps sites with your respective pre-apprenticeship and Registered Apprenticeship program(s) **recognizing that pre-apprenticeship programs leading to Registered Apprenticeship programs will likely be the best fit.**
  - Since most students will likely depart Job Corps centers this week, if your grantee/contractor staff are able, we strongly encourage you to contact your local area Job Corps center(s) to coordinate onsite visits with students to determine their eligibility for pre-apprenticeship and/or RA programs this week. The list of impacted Job Corps centers along with contact information is attached.  If you're not able to visit centers in person, we encourage you to consider working with the center to schedule a virtual call. **Note to Intermediaries:** Requests for travel must be submitted. If a partnership already exists with the local Job Corps Center travel may be appropriate and would be considered mission critical. Alternatively, virtual outreach and contact is also encouraged and appropriate.
- Designate primary and local grant/intermediary program points of contact within your team(s) for Job Corps-related inquiries and coordination.
- Give any local grant program sites a heads up on the possibility of incoming inquires.
- Educate employers, sponsors, and other key stakeholders on the opportunity to hire and support Job Corps students and center staff.
- Coordinate with American Job Centers (AJCs), as Job Corps center staff will refer students to AJCs near the student's home of record. Job Corps center staff or students that reach out to AJC programs will also be eager to learn about pre-apprenticeships, RA programs and Pell grant opportunities. We strongly encourage grantees/contractors to connect with state and local workforce agencies in the areas they serve to help connect AJC customers with RA opportunities or prepare them for RA programs. Visit

CareerOneStop.org to find your local AJC.

**Job Corps will provide information on each student, including:**
- Eligibility documentation used to qualify for the WIOA-funded Job Corps program.
- Progress reports regarding participants' prior trades-related training achievements.
- Participants' driver's license attainment.
- Participants' interest in upskilling and actively seeking employment opportunities.
- Participant's Training Achievement Record that tracked progress in a career technical training program, including competencies achieved for a specific trade completion and credential readiness.
- Participant's achievement of a high school diploma/equivalency and achievement of an industry recognized credential.

***Note:*** All Job Corps participants were drug tested upon entry within the first 45 days of enrollment to continue participation in the program.

**Questions?**

> **Contracts**: Please use the oa.contracts@dol.gov mailbox to send questions. Be sure to include your contract number and name in the body of your email and copy your Contracting Officer Representative (COR). We also invite you to share any successes and challenges.

> **Grants and Cooperative Agreements:** Please use the apprenticeship.grants@dol.gov to send questions. We also invite you to share any successes and challenges. Be sure to include your Federal Project Officer (FPO) and include your grant number and program (i.e., State Apprenticeship Expansion Formula or Apprenticeship Building America (ABA1 or ABA2), etc.) in the body of your email.

Thank you for your support.

Best regards,

**Division of Investments**
**Office of Apprenticeship**

-----Original Appointment-----
**From:** OA Contracts Mailbox <oa.contracts@dol.gov>
**Sent:** Wednesday, May 7, 2025 11:48 AM
**To:** OA Contracts Mailbox; Baird, Megan - ETA; Huckaby, Kenya - ETA; 'susane@irecusa.org'; Satwah,

Steve; Hopkins, Debby; Keyser, Andre; Copperwood, Hampton; King, Heidi; Carlson, Scott; Day, Michelle; McNally, Matt; 'jacob.conklin@equusworks.com'; 'julius.thompson@equusworks.com'; Chambers, Cindy; Balderston, James; Copeland, Danielle; Von Loewenfeldt, Rebecca; 'eileen.casterline@hcapinc.org'; Jamerson, Joy; Boehm, Madeline; Martial-Dolcy, Tamara; Aldana, Isabela; Wetmore, Anne; McClelland, Jake; Capehart, Lymus; Ginsburg, Laura; MacGregor, Melissa; Callwell, Becky; 'sveck@air.org'; 'wbrors@air.org'; 'spaz@air.org'; Young, Amy; Melton, Sara; 'padma.arvind@netamerica.net'; Hines, Clare; Abbott, Rossalynn; Hines, Yasmin; Person, Carl; Shortt, John; Gonzalez, Juan; Robinson, Terrenny; House, Tim; Bennet, Deb; Hill, Rachael; 'smurphy@1199ctraining.org'; 'mwestover@1199ctraining.org'; Vrbin, Colleen; Reyes, Inez; Reese, Jim; Wilborn, Stean; 'ntaylor@1199ctraining.org'; 'motero@1199ctraining.org'; 'bob@aretzbranding.com'; 'nancygentile816@gmail.com'; 'jherrmann@1199ctraining.org'; Mochel, Marilia; Price, James; Chamberlain, Anne; Bray, Jan; Hutton, Rebekah; 'mponge@niica.org'; 'lferguson@niica.org'; 'nzaahir@niica.org'; 'mrusso@niica.org'; 'sfrederick@niica.org'; 'cthornton@niica.org'; 'cnagel@niica.org'; 'jcabrero@niica.org'; 'rweinman@niica.org'; 'elorenz@niica.org'; Gray , Victor; Moore, Dawnn; Davis, Caitlin; Stevens, Kelly; 'mweathersby@vamanufacturers.com'; Laymon, Sara; 'jfielder@vamanufacturers.com'; Wolfe, Randi; Bartels, Barbara; Martin, Christian; Rand, Camilla; Finley, Cynthia; Lawrence, Richard; 'apprenticeships@irecusa.org'; Martinez, Pilar; Townley, Scott; Hills, Janell; 'rmurphy@wrma.com'; Cohen, Marjorie; 'soladapo@lpeassociates.com'; Bates, Jim; Stanton, Nina; 'contracts@wrma.com'; Grant-Whitlock, Marian; McLennan, Bill; Harrison, Dave; Bentley, Brad; Dunlap, Colin; Mullenax, Gena; Sanders, Hanah; Pace, Jamie; Thompson, Paige; Hughes, Roni; Justice, Sharri; Wilson, Jim; Harris, Courtney; Alexander, Carrie; Pierpoint, Mary Kate; 'mcrystal@nraef.org'; McCoy, Eliza; Adams, Katie; Harkness, Kristen; King, Michaela; Baker, Angela; Lagarde, Christian; Beck, Colleen; Ellis, Gene; 'melissa.schroeder@safalpartners.com'; 'nicole.bentley@safalpartners.com'; 'liz.pisarczyk@safalpartners.com'; Reynolds, Tricia - ETA; Blatt, Michael W - ETA; Oliver, Saundra - ETA; Roig, Luis A - ETA; De Castro, Edgar, J. - ETA; Ricchezza, Mary C - ETA; Cajina, Simisola M - ETA; Jennings, Samantha (Sasha) Morrison - ETA; Mitchell, Cierra - ETA; Rhinehart-Fernandez, Kristen - ETA; Mills, Michelle V - ETA

**Cc:** Paige Thompson; Light, Dudley - ETA; Treml, Bernard E - ETA; McNeil, Charles - ETA; Foti, James - ETA; Lynch, Dawn - ETA; Garner, Garfield - ETA; Nelson, Michael J - ETA; Johnson, Troy - ETA; West, Carmela - ETA; Wall, Aaron - ETA; Pereira, Corinna J - ETA; Slee, Wendy - ETA; Cosentino, Victoria - ETA; Bennett, Jamie S - ETA; Heavner, Joey - ETA; Smith, Jeffrey W - ETA; Copeland, Randy - ETA; Powell, Samuel (Wood) - ETA; Allen, Abigail L - ETA; Gould, Ryan R - ETA; Johnson, Erica N - ETA; McPherson, Douglass - ETA; Thomas, Gemma A - ETA; Linton, Natalie S - ETA; Vaughan, Charles - ETA; Upshur, Ayesha - ETA; Burr, Matthew W - ETA; AponteHenkel, Gabrielle - ETA; Myers, Brenda L - ETA; Mills, Linda - ETA; 'cowns.jennifer.f@dol.gov'; salesforce.support.ext; Tracy, Robin E1 - OASAM OCIO CTR; Schnitzler, Richard M - OASAM OCIO CTR; Patel, Tapan J - OASAM OCIO CTR; Byreddy, Kranthi Sagar - OASAM OCIO CTR; McLean, Hughes C - ETA; Melissa C. Smith; Ferrari, Michael - ETA; Alison Sebastian; Carr, Mary S - ETA; Williams, Cleveland T - ETA; Robinson, Roy F - ETA

**Subject:** HIGH IMPORTANCE - Industry Intermediaries Monthly Call - USDOL - Opportunity to Support Job Corps Students and Staff Transition

**When:** Tuesday, June 3, 2025 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).

**Where:** Microsoft Teams Meeting


Dear OA Intermediaries,

We are moving up our regular monthly meeting, scheduled for June 19th to tomorrow, June 3, 2025, to discuss immediate next steps and approaches for connecting students to pre-apprenticeship programs leading to registered apprenticeship.

On May 29, 2025, The US Department of Labor (DOL) announced it will begin a phased pause in operations at contractor-operated Job Corps centers nationwide, initiating an orderly transition for students, staff, and local communities. The News Release can be found at: US Department of Labor pauses Job Corps center operations | U.S. Department of Labor.

The pause of operations at all contractor-operated Job Corps centers will occur by June 30, 2025.  Job Corps centers are working now to arrange safe transportation to departing students to their home of record or their next location, and providing Job Corps students with resources on employment as this transition takes place.

This communication requests that all OA grantees and industry intermediary contractors help connect current students with pre-apprenticeship leading to Registered Apprenticeship (RA) programs and provide Job Corps Center staff with career transition support.

Frequently Asked Questions: Job Corps Pause FAQs. The document provides a list of Job Corps sites. Please note: The red text labeled "Job Loss Potential" in the document is related to Job Corps staff and not students.

Thank you,

**OA Contracts Team**

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 222 197 102 907 9
Passcode: TF3vm96o

_____

**Join on a video conferencing device**
Tenant key: teams@meet.dol.gov
Video ID: 116 263 299 9

More info

For organizers: <u>Meeting options</u>



<u>Privacy and security</u>

_____

Exhibit 3

**Authorization to Share Job Corps Student Records for Program Eligibility**

Section 1—Purpose of this Form

The purpose of this Form is to obtain your permission for the U.S. Department of Labor and its contractors or grantees (DOL) to share information contained in your Job Corps applicant and/or student file (Student Information) with Workforce System Partners to assist you in identifying job placement, training, and educational services.  Job Corps applicant and student records are protected by the Privacy Act, 5 USC 552a, and can only be disclosed in limited circumstances pursuant to the Privacy Act.

If you grant DOL permission to disclose your Student Information, DOL may disclose the following; general biographical information including contact information, veteran status, social security number, and student ID number, information related to your income or the income of your family, information related to educational attainment, information related to career technical training, driver's license attainment, diplomas, transcripts, resumes, and information relating to recreational activities such as student leadership positions.  Job Corps will not disclose protected health information related to health care received while enrolled in Job Corps.  Your Student Information may be provided to the following Workforce System Partners; One Stop Centers, recipients of grants awarded under the Workforce Innovation and Opportunity Act, Public Law Number 113-128, July 22, 2014, or sponsors of Apprenticeship Programs registered under the National Apprenticeship Act 50 Stat. 664, Chapter 663.

If you are an unemancipated minor, your parent or guardian must grant permission on your behalf.

You are not required to grant permission to disclose your Student Information to participate in the Job Corps program, and whether you grant or deny permission does not affect your eligibility for the Job Corps program.

Section 2—Identity of Applicant or Student

Student/Applicant Name:

Date of Birth:

Phone number:

Email:

Name of parent or guardian (if applicant/student is a minor):

Phone number of parent or guardian (if applicant/student is a minor):

Email of parent or guardian (if applicant/student is a minor):

## **Section 3—Consent to Disclose Student Information**

*Option 1: For adult students and emancipated minors.*

I, _____ **grant** permission for DOL to disclose my Student Information
  *Student/Applicant name*

to Workforce System Partners as described in this Authorization on _____.
                                                                                                        *Date*

_____
    Student/Applicant Signature

*Option 2: For unemancipated minor students.*

I, _____ **grant** permission for DOL to disclose Student Information of
  *Name of parent or guardian*

_____ for whom I am the parent or guardian to Workforce System
  *Student/Applicant name*

Partners as described above in this Authorization on _____.
                                                                                *Date*

_____
    Parent/Guardian Signature