# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF LABOR, et al., *Defendants*. | Civil Action No. 25-01909-DLF |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Preliminary Injunction and Stay, and Defendants' response thereto, it is hereby

ORDERED that Plaintiff's motion is hereby DENIED.

SO ORDERED.

_____   _____
Dated                                         DABNEY L. FRIEDRICH
                                              District Court Judge