Civil Action No. 25-1909

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney's Office for the District of Columbia was received by me on *(date)* June 18, 2025 .

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* I served the United States Attorney's Office by email on June 18, 2025. The service package was received and accepted with a service date of June 18, 2025, as shown on the attached email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/29/2025

/s Adam R. Pulver
*Server's signature*

Adam R. Pulver
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

Outlook

## RE: Cabrera v. U.S. Department of Labor, 25-1909

**From** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Date** Sat 6/21/2025 5:35 PM
**To** Adam Pulver <apulver@citizen.org>

Your service package has been received and accepted with a service date of June 18, 2025. Thank you.

**From:** Adam Pulver <apulver@citizen.org>
**Sent:** Wednesday, June 18, 2025 2:36 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Cabrera v. U.S. Department of Labor, 25-1909

Please see the attached summons, complaint, and related documents
Thank you
Adam Pulver


Adam R. Pulver
he/him/his
Attorney
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7790
apulver@citizen.org