IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, et al., <br><br> *Defendants*. | Civil Action No. 25-01909-DLF |

## NOTICE TO THE COURT

On June 27, 2025, Defendants filed Exhibit 6 of ECF Document No. 20-1, in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction in the above-captioned case. Defendants hereby give notice of their refiling of Exhibit 6 but with fewer redactions.

Dated: July 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044

Phone: (202) 616-8351
E-mail: zareen.iqbal2@usdoj.gov

*Attorneys for Defendants*