UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-01909-DLF |

**[Proposed] ORDER**

Before the Court is Plaintiffs' Motion for Class Certification, ECF No. 4, which Defendants oppose. Having considered the parties' briefing, arguments of counsel, and the relevant law, Plaintiffs' motion is hereby **DENIED**.

    **SO ORDERED.**

                                                                                                                   _____
                                                                                                                Dabney L. Friedrich
                                                                                                                United States District Judge

    Date: _____, 2025