## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br>  *Defendants*. | Case No. 1:25-cv-01909-DBF |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully request an extension to July 16, 2025, for both parties to respond to the Court's request for supplemental briefing on their respective positions on the scope of preliminary relief permitted under the Administrative Procedure Act, post *Trump v. CASA*, No. 24A884, 2025 WL 1773631 (U.S. June 27, 2025). This is Defendants' first such motion in this matter. Good cause supports the requested extension of time. In support thereof, Defendants state as follows:

1. On June 18, 2025, Plaintiffs filed this putative class action under the Administrative Procedures Act, challenging the Department of Labor's decision to pause operations at ninety-nine privately-operated centers of the Job Corps program, plagued by low graduation rates, unsafe conditions for participants, and significant financial challenges, including a substantial (and enduring) operating deficit. ECF No. 1.

2. Plaintiffs moved for a Preliminary Injunction and Stay on June 18, 2025. ECF No. 5. Defendants filed their Opposition Motion to Plaintiffs' motion on June 27, 2025. ECF

     No. 20. Plaintiffs filed their reply to Defendants' Opposition Motion on July 2, 2025. ECF No. 28.

3. On July 9, 2025, this Court held a hearing on Plaintiffs' Motion. Following the argument, the Court ordered the parties to submit by July 11, 2025 supplemental filings, no more than five pages, stating the Parties' respective positions on the scope of preliminary relief permitted under the Administrative Procedure Act, in light of *Trump v. CASA*, No. 24A884, 2025 WL 1773631 (U.S. June 27, 2025).

4. Parties to the related lawsuit in the United States District Court for the Southern District of New York, *NJCA v. DOL*, No. 25-cv-04641 (S.D.N.Y. June 3, 2025), were ordered to file supplemental briefs, "explaining how, if at all, the Supreme Court's ruling in *Trump v. Casa, Inc.* impacts this proceeding." Order of June 27, 2025, ECF No. 60. The parties were ordered to file initially by June 30, but the court later extended the deadline to 5:00pm, on July 11, 2025.

5. The parties here face similarly complex and novel questions of law that require careful consideration and review by senior personnel across components of the U.S. Department of Justice and Department of Labor. Such coordination was not possible in the time since the hearing before this Court.

     Pursuant to Local Rule 7(m), undersigned counsel has conferred with Plaintiffs, through counsel, and Plaintiffs do not oppose this motion. For these reasons, Defendants respectfully request that the Court grant this motion. A proposed order granting this motion is attached.

Dated: July 11, 2025						Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station Washington, DC 20044
Phone: (202) 353-5639
E-mail: zareen.iqbal2@usdoj.gov

*Attorneys for Defendants*