# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>*Plaintiffs, on behalf of themselves and others similarly situated*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | Civil Action No. 25-1909-DLF |

## [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING

This matter comes before the Court on Defendants' Unopposed Motion for an Extension of Time to File Supplemental Briefing, filed on July 11, 2025 (the "Motion"). For the responses stated in the Motion, the Court finds good cause to extend the present deadlines. The Motion is hereby **GRANTED**. The Parties shall submit their respective supplemental briefings no later than **July 16, 2025.**

SO ORDERED.

Dated: June ___, 2025

_____
Judge Dabney L. Friedrich
U.S. District Court Judge