**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANARIA CABRERA, et al., | |
| *Plaintiffs*, | Case No. 1:25-cv-01909-DBF |
| v. | |
| UNITED STATES DEPARTMENT OF LABOR, et al., *Defendants*. | |

**DEFENDANTS' OPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO
FILE SUPPLEMENTAL BRIEFING**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully request an extension to Monday, July 21, 2025, for Defendants to respond to the Court's request for supplemental briefing on the scope of preliminary relief permitted post *Trump v. CASA*, No. 24A884, 2025 WL 1773631 (U.S. June 27, 2025). This is Defendants' second such motion in this matter. Good cause supports the requested extension of time.  In support thereof, Defendants state as follows:

1. On July 9, 2025, this Court held a hearing on Plaintiffs' Motion for a Preliminary Injunction and Stay of June 18, 2025.  Following the argument, the Court required that supplemental briefing by the parties be submitted by Friday, July 11, 2025, no more than five pages, to address the Parties' respective positions on the scope of preliminary relief permitted in light of *Trump v. CASA*, No. 24A884, 2025 WL 1773631 (U.S. June 27, 2025).

2. On July 11, 2025, this Court granted Defendants' first motion for an extension until July 16, 2025. Although Defendants have used that time productively, a further extension is needed until Monday, July 21, 2025, because Defendants did not receive the July 9 hearing transcript until yesterday evening, July 15, 2025, and need additional time to review and evaluate it.

3. In addition, the requested extension is necessary because the Department of Labor has needed to, and is continuing to, engage in extensive consultation and coordination with its leadership to determine its position in response to the Court's request.

Pursuant to Local Rule 7(m), undersigned counsel has conferred with Plaintiffs, through counsel, and Plaintiffs oppose this motion. For these reasons, Defendants respectfully request that the Court grant this motion. A proposed order granting this motion is attached.

Dated: July 16, 2025             Respectfully submitted,


                                 BRETT A. SHUMATE
                                 Assistant Attorney General
                                 Civil Division

                                 JACQUELINE COLEMAN SNEAD
                                 Assistant Branch Director
                                 Civil Division, Federal Programs Branch


                                 *Zareen Iqbal*
                                 ZAREEN IQBAL
                                 (N.Y. Bar No. 5481940)
                                 Trial Attorney
                                 United States Department of Justice
                                 Civil Division, Federal Programs Branch
                                 P.O. Box No. 883, Ben Franklin Station Washington,
                                 DC 20044
                                 Phone: (202) 353-5639
                                 E-mail: zareen.iqbal2@usdoj.gov
                                 *Attorneys for Defendants*