UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>*Plaintiffs, on behalf of themselves and others similarly situated*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | Civil Action No. 25-1909-DLF |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs submit this notice pursuant to the Court's July 23, 2025, minute order.

On June 25, 2025, the United States District Court for the Southern District of New York preliminarily enjoined DOL from taking steps to close any of the 99 Job Corps centers that were subject to DOL's May 29, 2025, "pause." *NJCA v. DOL*, No. 1:25-CV-04641-ALC, 2025 WL 1752414, at *11 (S.D.N.Y. June 25, 2025).

Plaintiffs' counsel understands that, on July 23, 2025, the *NJCA* court ruled from the bench that the scope of its June 25 injunction would be narrowed so as to apply to only 36 of the 99 centers that were either operated by plaintiff contractors or where plaintiff contractors provided training services, specifying that a written order would follow. As of this morning, no such order has appeared on the docket. Plaintiffs' counsel further understands that the court based its ruling on the Supreme Court's decision in *Trump v. CASA*, 145 S. Ct. 2540 (2025), while noting that its June 25 preliminary injunction had *not* been issued pursuant to section 705 of the APA, and that the case was not a class action. As such, the court's reasoning does not apply to the pending proceedings in this case.

The narrowing of the *NJCA* preliminary injunction increases the urgency of the relief

sought here. Each of the seven named plaintiffs in this case have been enrolled at Job Corps centers that that are *not* among the 36 centers that counsel understands to be within the scope of the modified *NJCA* injunction. Accordingly, the named plaintiffs, along with members of the putative class enrolled at the other 63 centers, are at immediate risk of losing their housing and access to education, training, medical, and other support services as a result of DOL's May 29, 2025, "pause in operations at contractor-operated Job Corps centers nationwide." ECF 3-2.

Dated: July 24, 2025

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar No. 1020475)
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Arthur Ago (DC Bar No. 463681)
Aaron S. Fleisher[*†] (NY Bar No. 4431052)
Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036

Scott D. McCoy[*] (FL Bar No. 1004965)
Sam Boyd[*] (FL Bar No. 1012141)
Carli Raben[*] (FL Bar No. 1036013)
Southern Poverty Law Center
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131

Michael Tafelski[*] (GA Bar No. 507007)
Diego A. Soto[*] (DC Bar No. 1029607)
Southern Poverty Law Center
150 E. Ponce De Leon Ave. Ste. 340
Decatur, GA 30030

*Counsel for Plaintiffs*

[*] *Admitted* pro hac vice

[†] *Not admitted to practice law in DC*

2