UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>*Plaintiffs, on behalf of themselves and others similarly situated*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | Civil Action No. 25-1909-DLF |

**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

As a supplement to their notice filed earlier today pursuant to the Court's July 23, 2025, minute order (ECF 49), Plaintiffs submit the attached order issued this afternoon in *NJCA v. DOL*, No. 1:25-CV-04641-ALC (S.D.N.Y.).

That order confirms that that Court has narrowed its earlier preliminary injunction to 36 centers. While narrowing its injunction, the Court noted that, "Were this a class action or had Plaintiffs' request for an injunction been sought pursuant to §§ 705 or 706 of the APA (i.e., 5 U.S.C. §§ 705–706), the result may very well be different." As such, nothing in the *NJCA* court's decision counsels against the relief sought in this case.

Dated: July 24, 2025

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar No. 1020475)
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Arthur Ago (DC Bar No. 463681)
Aaron S. Fleisher[*†] (NY Bar No. 4431052)

Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036

Scott D. McCoy* (FL Bar No. 1004965)
Sam Boyd* (FL Bar No. 1012141)
Carli Raben* (FL Bar No. 1036013)
Southern Poverty Law Center
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131

Michael Tafelski* (GA Bar No. 507007)
Diego A. Soto* (DC Bar No. 1029607)
Southern Poverty Law Center
150 E. Ponce De Leon Ave. Ste. 340
Decatur, GA 30030

*Counsel for Plaintiffs*

* *Admitted* pro hac vice

† *Not admitted to practice law in DC*

2