UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | No. 25-cv-1909 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for a Preliminary Injunction, Dkt. 3, is **GRANTED**. It is further

**ORDERED** that the Department of Labor's May 29, 2025 directive to effectuate the closure of all privately-operated Jobs Corps centers is **STAYED** under 5 U.S.C. § 705 pending the resolution of this litigation. The Department shall not issue, enforce, implement, maintain, or give effect to any termination or non-renewal notice issued under that directive without following the procedural requirements in 29 U.S.C. §§ 3209(j) and 3211(c).

**SO ORDERED.**

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

July 25, 2025