# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANARIA CABRERA, et al.,

   *Plaintiffs*,

   v.

UNITED STATES DEPARTMENT OF LABOR, et al.,

   *Defendants*.

Civil Action No. 25-01909-DLF

### [PROPOSED] ORDER

UPON CONSIDERATION of Jacob Valine's Motion for Intervention in this matter, and Defendants' response thereto, it is hereby

ORDERED that Jacob Valine's Motion is hereby DENIED.

SO ORDERED.

_____      _____
Dated                                  DABNEY L. FRIEDRICH
                                               District Court Judge