

| **Exceptional Student Services** | **Weld RE- 4**<br>**Individualized Education Program** | 1020 Main Street  P.O. Box 609<br>Windsor, CO 80550<br>(970) 686-8000 |

| Valine, Jacob Michael<br>**Legal Name of Student** | 07/26/2005<br>**DOB** | 83960<br>**LASID** | 2975413224<br>**SASID** | 4/25/2024<br>**IEP Meeting Date** |

## TYPE OF MEETING

**Individualized Education Program**
- IEP Review

## DATES OF MEETINGS

**Next eligibility meeting (on or before):** 4/24/2025
**Initial eligibility:** 2/10/2010
**Initial evaluation completed:** 2/10/2010

**Next review meeting (on or before):** 4/24/2025
**Initial consent for evaluation:** 2/10/2010
**Initial consent for service:** 2/10/2010

## STUDENT AND FAMILY INFORMATION

| | Prior to Meeting | After Meeting |
|---|---|---|
| **District of Residence** | THOMPSON R-2J | THOMPSON R-2J |
| **Home School** | High | High |
| **District of Attendance** | Weld RE- 4 | Weld RE- 4 |
| **School of Attendance** | Windsor Charter Academy High | Windsor Charter Academy High |
| **Primary Disability, if any** | Other Health Impairment | Other Health Impairment |
| **Secondary Disability (optional)** | | |
| **Primary Educational Environment** | • 04/28/2023: General education class at least 80% of the time | • 04/26/2024: General education class at least 80% of the time |

**Grade:** 12th          **Age:** 18y 9m          **Gender:** Male

**Race:** White
**Primary Language Spoken in the Home:** English
**Does the student have Limited English Proficiency?** No

**Ethnicity:** Not Hispanic/Latino
**Student's Primary Language:** English
**Is an interpreter needed for meetings?** No

### Parent Contact Information
Mary Valine
5035  Shavano DR , Windsor, CO 80550
maryvaline@hotmail.com
**Home:** (970) 674-9836     **Cell:** (970) 502-1244
Craig Valine
5035  Shavano DR , Windsor, CO 80550
kpeg_cv@yahoo.com
**Home:** (970) 674-9836     **Cell:** (970) 219-1538     **Work:** (970) 219-1538

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## PROCEDURAL SAFEGUARDS

I have been provided the special education procedural safeguards in my native language or other mode of communication on 4/25/2024.

_____
Parent Signature IDEA 300.504(a)

4-25-24
Date

_____
Parent Signature IDEA 300.504(a)

4-25-24
Date

## IEP PARTICIPANTS

_____
**Student**
IDEA 300.321(a)(7) and 300.321(b)(1)

Mary Valine
**Parent**
IDEA 300.321(a)(1)

Craig Valine
**2nd Parent**
IDEA 300.321(a)(1)

Jennifer Sedaghat
**Special Education Director or Designee**
IDEA 300.321(a)(4)(i)-(iii); ECEA 4.03(5)(a)

Jamie Thornhill
**General Education Teacher**
IDEA 300.321(a)(2)

Annika Miller
**Special Education Teacher/Provider**
IDEA 300.321(a)(3)

**The Following Persons Were Also In Attendance at the Meeting**

| Name | Title | Area/Agency Represented |
|---|---|---|
| Angie Youngberg | School Psychologist | Weld RE-4 School District |
| Desiree Sandoval | SWAP Coordinator | Windsor High School-Severance Middle School |
| Hannah Mancina | Principal/designee | Windsor Charter Academy |
| | Other | |
| | Other | |
| | Other | |

**The Following Persons Were Unable to Attend**

| Name | Title | Unable to Attend | Excusal Required |
|---|---|---|---|
| Amy Mulligan | Speech & Language Pathologist | The entire meeting | Yes |



**Weld RE- 4**
**Team Member Excusal**

1020 Main Street  P.O. Box 609
Windsor, CO 80550
(970) 686-8000

**Exceptional Student Services**

| Jacob Michael Valine | 07/26/2005 | 83960 | 2975413224 | April 25, 2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Meeting Date** |

**Team Member to be excused:** Amy Mulligan

**Area of curriculum or related service:** Communication

**The member's area of curriculum or related service is likely to be modified or discussed.** 300.321(e)(1)(2)

**The student's strengths are:** 300.321(e)(2)(ii); 300.324(a)(i) strengths of the child
There are no observed or reported concerns with Jacob's communication in the academic setting.

**The educational concerns I have about this student are:** 300.321(e)(2)(ii); 300.324(a)(ii) concerns of parent; 300.324(a)(iv) academic, developmental, and functional needs
There are no observed or reported concerns with Jacob's communication in the academic setting.

**The student's present levels of achievement and functional performance are:** 300.321(e)(2)(ii);
There are no observed or reported concerns with Jacob's communication in the academic setting.
Jacob's mother, Mary Valine, reports that some people don't understand him always, and that there seems to be a disconnect in communicating with his teachers. She also stated that she is concerned with his grammar.  She requested resources that she can use this summer to help him in these areas.

**The student still needs to work on:** 300.321(e)(2)(ii)
There are no observed or reported concerns with Jacob's communication in the academic setting.
Jacob's mother, Mary Valine, reports that some people don't understand him always, and that there seems to be a disconnect in communicating with his teachers. She also stated that she is concerned with his grammar.  She requested resources that she can use this summer to help him in these areas.

**The accommodations, modifications and/or specialized instruction that will assist your child in accessing the general curriculum are:** 300.321(e)(2)(ii); 300.320(a)(4) instruction per 300.39; 300.320(a)(4)(i)-(iii); 300.320(a)(6)(i);
Provide opportunities for Jacob to self-advocate if he feels that he is not understood.
When Jacob makes a grammatical error repeat the error back to him in corrected form, with the corrected word or words emphasized.

### Special Education Director/Designee Approval

☑ I agree that the above team member may be excused from the meeting, pending parent approval.

☐ I do not agree that the above team member may be excused from the meeting.

_Jennifer Stoller_                                           04/25/24
Special Education Director or Designee 300.321(e)(2)(i) consent        Date

### Parental Approval

☑ I agree that the above team member may be excused from the meeting.

| Jacob Michael Valine | 07/26/2005 | 83960 | 2975413224 | April 25, 2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Meeting Date** |

☐ I do not agree that the above team member may be excused from the meeting.

_Wah_ _____    _4-25-24_

Parent Signature 300.321(e)(2)(i) consent                Date

**Return Team Member Excusal to:**
Annika Miller / Special Education Teacher
Windsor Charter Academy High
810 Automation Drive, Windsor CO 80550
(970) 833-5190

**For Internal Use Only**

Date received: 4-25-24

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

# PRESENT LEVELS OF ACADEMIC ACHIEVEMENT & FUNCTIONAL PERFORMANCE INCLUDING INPUT FROM PARENT & STUDENT

## Student Strengths, Preferences, Interests

What are the student's education/developmental strengths, interest areas, significant personal attributes and personal accomplishments as indicated by formal or informal assessment? Be sure to include specific feedback from the student.
IDEA 300.324(a)(i) strengths of child
IDEA 300.321(b)(2) preferences and interests
IDEA 300.43(a)(2) secondary transition

Meggan Bilotte/Independent Study - APEX U.S. Government and Politics Prescriptive/Period 5: I find Jacob to be polite, amenable, confident, and hopeful for his future. He is outgoing, bright, and seems to enjoy learning new things.

Jamie Thornhill/AVID 12/Period 7: Jacob is a friendly person who has a natural curiosity about a variety of things. He is optimistic and cares a lot about his future.

Ryan Sullivan/US History/Period 3: Jacob has a positive outlook and participates when asked to.

Annika Miller/Reading Intervention/Period 2: Jacob is a kind and outgoing individual who enjoys being social with those around him. He is fun, enthusiastic, a great advocator, and inquisitive. He also has a great sense of humor and knowledge about diverse topics. I have enjoyed having him in class this semester!

Jacob says he is good at being friendly, kind, and working well with others. Jacob also states that he is good at communication and making friends. In his free time, Jacob enjoys watching action movies like Mission Impossible.

According to his mom and dad, Jacob has a great sense of humor, enjoys pleasing others, is lovable, kind towards animals, and frequently entertains the idea of travel (looking for deals on flights).

## Present Levels of Educational Performance Summary

Include results of initial or most recent evaluation, including, if appropriate, the results of any interventions, progress monitoring and gap analyses.
IDEA 300.320(a)(1) present levels of academic achievement and functional performance
IDEA 300.324(a)(iii) Results of initial or most recent evaluation

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Current Grades:**

Semester 1:

### In-Progress Grades Report:

| Course | Task | S1 |
|---|---|---|
| 3) COM 1150-31 AIMS Public Speaking [Przedpelski, Jennifer K] | Semester | C* |
| 4) ENG 95A-41 American Literature A [Kingsley, Ann E] | Semester | B* |
| 2) INT 014-2 READING INTERVENTION 4 [Miller, Annika R] | Semester | PS* |
| | % | 87.36 |
| 5) INT 03-51 Supported Study Hall [Bradford, Kealie D] | Semester | PS* |
| 7) LEA 100A-71 AVID 12 A [Thornhill, Jamie] | Semester | B* |
| 8) SCI 20A-81 Earth & Space Science A [Davis, Shirley D] | Semester | D* |

Scores with an asterisk ( * ) indicate an in-progress score.

Semester 2:

### In-Progress Grades Report:

| Course | Task | S2 |
|---|---|---|
| 3) HIS 50B-32 U.S. History B [Sullivan, Ryan ] | Semester | C* |
| | % | 73.94 |
| 2) INT 014-2 READING INTERVENTION 4 [Miller, Annika R] | Semester | PS* |
| | % | 93.86 |
| 7) LEA 100B-72 AVID 12 B [Thornhill, Jamie] | Semester | C* |
| | % | 75.93 |
| 1) MUS 1052-12 AIMS Ensemble II [Montoya, Skye ] | Semester | A* |
| | % | 95.45 |
| 8) SCI 20B-82 Earth & Space Science B [Davis, Shirley D] | Semester | D* |
| | % | 62.62 |

Scores with an asterisk ( * ) indicate an in-progress score.

Summary: Jacob seems to be doing well in most of his classes but is struggling more in science. The IEP team will review accommodations to ensure Jacob is receiving the correct support that he needs to be successful at this time.

---

**Teacher Commentary:**

Meggan Bilotte/Independent Study - APEX U.S. Government and Politics Prescriptive/Period 5: Jacob currently has a 60% in his online U.S. Government class. It is my impression that Jacob is fully capable of understanding the majority of the content for this course and is fairly interested in many of the topics. I think the format of the course presents a bit of a challenge, as he struggles to stay engaged with the content and, unless he completes the study guides, there is limited opportunity for him to practice the material before he is assessed on it. I only see Jacob on a one-to-one basis, so I can only comment on the way he interacts with me. He is almost always respectful, kind, and eager to please. Jacob does struggle with staying on task, but I have put strategies in place to try to keep disruptions to a minimum. Some days those strategies are more successful than others. My role is only to support Jacob has he works to complete the U.S. Government and Politics Prescriptive online course. Because the course is online and self-guided, most of Jacob's IEP accommodations are already built into the platform. I have provided Jacob with guided notes for the lessons, and am always willing to work through them with him, but it is ultimately up to him to complete them. He is also being provide with small group instruction, as we work one-on-one, and this provides for frequent checks for understanding. I have found, though, that while he might "understand" while going through a lesson, he doesn't always retain critical information unless he has had multiple opportunities to recall the information. It has proven difficult for Jacob to learn the material for this course in just the time he is scheduled to meet with me. This means that, in order to finish by graduation, he needs to work on the course on his own. However, I am concerned that, when he works on the course on his own, he does not learn (or even fully read) the content, which then leads, predictably, to a failing grade on the assessments.

| Valine, Jacob Michael | 07/26/2005 | 83980 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

Jamie Thornhill/AVID 12/Period 7:  Currently, Jacob has 77% (C) in AVID. Jacob will participate in class when asked, but he does better with a smaller group. Jacob tends to zone out into his own world frequently, so it is hard to get him stay focused on the task unless you sit beside him or check on him about every 5 minutes. Jacob is friendly and interacts with others pretty well. With students he knows better, he is definitely more open. Jacob can work in small groups, but I think he prefers working in a group with someone he knows. As for the accommodations Jacob most frequently uses the following: one-on-one help, frequent checks for understanding, break task into smaller chunks, extended time on assignments and assessments, preferred seating, and small group.

Ryan Sullivan/US History/Period 3:  Right now, Jacob has a C (74%). Jacob keeps to himself most of the time but will interact with others when asked to and is amiable when asked to be in groups. In class, Jacob accesses the following accommodations:  copies of notes, use of notes on test, small group testing, and extended time.  As for classroom observations/concerns, I have noticed that sometimes Jacob is not efficient enough when taking notes and gets behind.

Annika Miller/Reading Intervention/Period 2: Jacob is passing my intervention class currently and has been passing it all semester (intervention classes are graded on a pass/fail scale). In class, Jacob is an active participant and loves to share his ideas. In Reading Intervention, we have been reading a novel centered around the theme of Immigration. Being a topic of interest, Jacob has enjoyed researching relevant information, making connections, and asking questions. Socially, Jacob interacts well with others and is respectful of differences in thought and opinion. He can make friends/strike up a conversation with anyone. Behaviorally, Jacob does well in class; however, he sometimes can be off-task and distracted by outside events/situations, but he is generally easy to redirect. As for academic skills, Jacob can perform well when he is focused. If his mind is elsewhere, he tends to rush on his work. He quickly glosses over textual materials or does not finish readings in their entirety. I have noticed that this is a contributing factor to low performance on reading comprehension-based tasks and assessments. I especially notice the reduced comprehension when helping him with his online Financial Literacy class through APEX. More often than not, Jacob will not read the APEX questions thoroughly enough to understand them, and he will select the first "right-sounding" answer without reading through all of the answer choices. My only concern is that his inattention to tasks may impact him in college.

As for accommodations used in class, Jacob most frequently uses: small group testing; prompts to slow down, move forward, and begin working; frequent checks for understanding; and extended time.

---

**Current Interventions:**

Jacob is currently enrolled in a reading intervention class where he is receiving support in reading comprehension. This class also provides structured time for Jacob to practice reading-based skills with classwork from other classes. In working on other reading-based classwork, Jacob is also receiving direct instruction in executive functioning skills (planning, prioritizing, time-management, task-initiation, etc) to address his ADHD (OHI disability).

---

**Progress on Current IEP Goals:**

READING:

GOAL MEASUREMENT TOOL(S):  *STAR Progress Monitoring by Renaissance*

MEASUREMENT DESCRIPTION: *STAR: STAR Reading assesses higher reading skills including foundational skills, reading informational text, reading literature and language. This is also a computer based assessment, none of it is orally presented as it is a reading test and oral presentation is not allowed as an accommodation. A percentile between the 25th - 75th percentile is considered average. Anything below the 12th percentile indicates a significant deficit.*

Reading Goal:

In order to become a successful flight attendant or actor by 4/26/2024, will answer inferential WH questions with 100% accuracy in 5/5 trials as measured by informal assessment. *[This Goal is measured through the following objectives:]*

~ Reading Objective #1:
By 12/20/2023, Jacob will answer inferential "wh" questions with 80% accuracy and 3/5 trials as measured by informal assessment.

---

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

~ Reading Objective #2:
By 4/26/2024, Jacob will show comprehension of what he is read by writing a brief summary (3 -5) sentences Stating what he understood from his reading in 3/5 trials as measured by classroom writing samples.

*** ___Parents agreed via email to an amendment of Jacob's reading IEP goal to ensure more accurate tracking of his reading progress over time. The new goal states:___

1.      In order to be prepared for a career as either an actor or a flight attendant after graduating from high school and be able to read and understand material needed for training and education for that career, I/Jacob will increase my ability to comprehend reading material from the 2nd percentile at a 12th grade level to a score equivalent to or better than the 40th percentile at a 12th grade reading level (end of year norms) on a nationally norm referenced reading comprehension progress monitoring probes in 4 out of 5 opportunities before my next annual IEP.

STAR READING DATA:

9/21/23: STAR Reading: 1st percentile
9/25/23: STAR Reading: 2nd percentile
10/17/23: STAR Reading: 7th percentile
11/6/23:STAR Reading: 7th percentile
11/28/23: STAR Reading: 6th percentile
12/12/23: STAR Reading: 2nd percentile
1/10/24: STAR Reading: 3rd percentile
2/22/24: STAR Reading 2nd percentile
3/5/24: STAR Reading 1st percentile

Summary: Jacob's scores all fall below the 12th percentile are considered significantly low. Jacob's scores, however, are likely not representative of his actual abilities. Jacob tends to rush items and not read passages all of the way through. This leads to guessing and incorrect assumptions. Similarly, Jacob also does not read all answer choices available and oftentimes selects answers with very little consideration. For this reason, Jacob has made no progress toward his IEP goal and has not achieved scores at or above the 40th percentile as outlined in his IEP goal.

SELF-DETERMINATION:

GOAL MEASUREMENT TOOL(S): *Weekly Teacher Feedback*

MEASUREMENT DESCRIPTION: *Teacher feedback: Every week, teachers are provided with a google form in which they provide feedback on a scale, ranging 1-10, with a "1" indicating that the student did not meet expectations and a "10" indicating that the student met expectations. The average score taken across all classes, measured by percentage, and is compared against the student's target score (EXAMPLE: If a student is expected to demonstrate the target behavior 80% of the time, a low score of 30% would indicate that the student is not meeting expectations). Ideally, students will be able to achieve the desired target behavior 80% or better throughout a class period according to weekly teacher feedback reports.*

Self-Determination Goal:

In order to be a successful flight attendant or actor by 4/26/2024, Jacob will initiate a task within one minute of being given the task as measured by teacher observation. [*This will be measured through the following objectives*]:

~ Self-Determination Objective 1:
By 4/26/ 2024, Jacob will remain on task while completing an assessment as measured by student questionnaire and teacher observation.

~ Self-Determination Objective 2:
By 4/26/2024, Jacob will ask clarifying questions after being given an assignment as measured by teacher observation.

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**\*\*\*Parents agreed to IEP amendment for the wording of the goal. The new goal tracks the following:**

1.    Percentage of Time on-task according to weekly teacher feedback - Is on-task 80% of the time (10/15 weeks)

2.    Percentage of Jacob asking for help (not sitting there, etc) - Asks for help 75% of the time when confused (10/15 weeks)

WEEKLY TEACHER FEEDBACK DATA:

Stayed on Task
Week Oct 23-27: On Task 80%
Week Oct 30- Nov 3: On Task 72%
Week Nov 6-10: On Task: 60%
Week Nov 13-17: On Task: 76%
Week Nov 27-Dec 1: On Task: 50%
Week Dec 4-8: On task: 77%
Week Dec 11-15: On task: 70%
Week Jan 8-12: On task: 82%
Week Jan 22-26: On task: 68%
Week Jan 29-Feb-2: On task: 70%
Week Feb 5-9: On task: 80%
Week Feb 12-16: On Task: 80%
Week Feb 19-23: On TasK: 85%
Week Feb 26-March 1: On task: 73%
Week March 4-8: On task: 90%
Week March 18-22: On Task: 85%
Week March 25-29: On Task: 63%
Week April 1-5: On Task: 65%
Week April 8-12: On Task: 60%

Asked for help
Week Oct 23-27: Asked for help: 82%
Week Oct 30-Nov 3: Asked for help: 85%
Week Nov 6-10: Asked for help: 70%
Week Nov 13-17: Asked for help: 86%
Week Nov 27-Dec 1: Asked for help: 60%
Week Dec 4-8: Asked for help: 75%
Week Dec 11-15: Asked for help: 66%
Week Jan 8-12: Asked for help: 62%
Week Jan 22-26 Asked for help: 58%
Week Jan 29-Feb-2: Asked for help: 50%
Week Feb 5-9: Asked for help: 67%
Week Feb 12-16: Asked for help: 80%
Week Feb 19-23: Asked for help: 95%
Week Feb 26-March 1: Asked for help: 73%
Week March 4-8: Asked for help: 85%
Week March 18-22: Asked for help: 85%
Week March 25-29: Asked for help: 80%
Week April 1-5: Asked for help: 65%
Week April 8-12: Asked for help: 65%


GOAL NOT MET: According to teacher feedback regarding Jacob's ability to stay on task, Jacob was able to maintain attention 80% of the time in 7 weeks out of 19 total weeks. Similarly, with asking for help, Jacob was able to meet the requirement 8 weeks out of 19 total weeks. Due to both areas measuring under the specified criteria outlined in his IEP goal, Jacob has not met his self-determination IEP goal.

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## Health Update:

Jacob is generally healthy and has no new medical concerns reported. He takes a daily medication to treat ADHD but is taking no other routine medications at this time. Sara Ibarra RN, School Nurse.

**Communication:** There were no observed or reported difficulties with Jacob's speech and language this year.  Amy Mulligan, MA, CCC-SLP, School Speech Language Pathologist

## Describe the age appropriate transition assessment process used to develop the post school goals
ECEA 4.03(6)(d)(ii)

This section is to be completed for each IEP, starting when the student is 15 (or earlier if appropriate), but not later than the end of 9th grade, and updated annually.

| Assessment Strategy or Tool | Administered and/or Interpreted By | Date Completed |
|---|---|---|
| i-Personic Career Interest | Kealie Bradford | 10/23/2023 |
| i-Personic Interpretation: | Annika Miller | 4/24/2024 |

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Summary of Results** ECEA 4.03(6)(d)(ii)

Fall 2023: Administered by Kealie Bradford on October 23, 2023:

ASSESSMENT TOOL: *iPersonic Career Test*

ASSESSMENT DESCRIPTION: *iPersonic is a renowned personality system available in 26 languages and used by millions of people in more than 130 countries. Knowing your iPersonic type will provide you with custom-tailored advice about your career, your relationship and health.*

Jacob's iPersonic Career Type Results:

# Your Career Type: The Sensitive Doer

Sensitive Doers are gentle, modest and reserved persons. They cope well with everyday life and like their privacy. With their quiet, optimistic nature, they are also good, sought-after listeners and other people feel well in their company.

All in all, this type is the most likable and friendliest of all personality types. Tolerance and their regard for others distinguish their personality. They are very caring, generous and always willing to help. They are open to and interested in everything that is new or unknown to them. However, if their inner value system or their sense of justice is hurt, Sensitive Doers can suddenly and surprisingly become forceful and assertive.

Your type, although belonging to the introverted doers, is also the most amiable and friendly in his dealings with others of all types. This special combination is the reason for your great flexibility. It enables you to work excellently and contently on your own to suit any situation, but also achieve extraordinary popularity and professional satisfaction as a member of a team.

Here the precondition is a friendly, collegiate environment characterized by harmony and mutual respect. You need a working environment without intrigue or political manipulation, and with the least possible deployment of elbows. Cooperation rather than confrontation, should be the order of the day. Colleagues as well as superiors equally appreciate your unassuming, congenial nature and your unbelievable sensitivity plus your attentive and generous ways toward others. In your presence, people simply have to be comfortable; you are not competition oriented, whatsoever.

You are almost limitlessly tolerant and always prepared to accept others as they are. As a consequence, you very rarely have problems getting along with different people. The only exception: when your private value system is hurt or you notice injustice somewhere. In that case, you can react quite forcefully but even in the most heated dispute you always try to argue respectfully and fairly.

Spring 2023: Interpreted by Annika Miller on April 24, 2024:

After Jacob mentioned being interested in a career in Hospitality and Tourism during an informal interview, Jacob's case-manager located a list of possible careers (from O*Net) tied to his interests and his iPersonic Test Results. Some career options related to his interest in the Hospitality and Tourism field are:

1.     Travel Agent: https://www.onetonline.org/link/summary/41-3041.00

2.     Travel Guide: https://www.onetonline.org/link/summary/39-7012.00

Some desired job characteristics for Travel Agents and Travel Guides are:

1.     Social — Work involves helping, teaching, advising, assisting, or providing service to others. Social occupations are often associated with social, health care, personal service, teaching/education, or religious activities.

2.     Relationship Oriented: Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service.

Some required work skills for Travel Agents and Travel Guides are:

1.     Customer and Personal Service — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.

2.     Social Perceptiveness — Being aware of others' reactions and understanding why they react as they do.

3.     Active Listening — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
Related occupations

4.     Service Orientation — Actively looking for ways to help people.

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

Summary: Based on job characteristics and necessary skills needed to be either a Travel Agent or a Travel Guide in the field of Tourism and Hospitality, as well as results from Jacob's iPersonic test, it can be determined that Jacob would do well in either role. According to his iPersonic test, Jacob is outgoing, friendly, helpful, generous, and kind. Jacob's personality traits make him suitable for any career that allows him to interact and work alongside other people. If Jacob were to go into a career as either a Travel Agent or a Travel Guide, Jacob would have the ability exercise his friendly and outgoing personality as he assists people in creating memories. Jacob can also use the generous side of his personality to share his knowledge and helpful tips for the benefit of others. Jacob's personality connects well with the characteristics of work in the field of Tourism and Hospitality. For this reason, Jacob would do well in these positions.

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| Legal Name of Student | DOB | LASID | SASID | IEP Meeting Date |

 

Go On And Learn

Skills Assessment for Parents, Teachers, and Related Service Providers

This assessment may be used as <u>as guideline</u> for transition services and IEP goal development for students who are interested in GOAL.

*Must be '4' to be considered for GOAL

| Domain: Independent Living | Rating | |
|---|---|---|
| | P | S |
| Can cook simple meals | 1 | 3 |
| Knows how to shop for food | 1 | 3 |
| Keeps personal areas tidy | 1 | 3 |
| Keeps personal items together | 2 | 4 |
| Knows when to change bed linens | 1 | 2 |
| Can handle fragile items | NA | 4 |
| Knows how to use locks (combination and keys) | 4 | 3 |
| Participates in chores | 1.5 | 4 |
| Can use cleaning supplies safely | 2.5 | 3 |
| Can use cleaning tools effectively (vacuum, duster, etc) | 2.5 | 4 |
| *Manages medication | 3 | 4 |
| *Manages dietary needs | NA | N/A |
| | | |
| | | |
| | | |
| | | |

| Domain: Safety & Relationships | Rating | |
|---|---|---|
| | P | S |
| Knows the difference between acquaintances, friends, and strangers | 3.5 | 4 |
| Knows the difference between romantic behaviors and friendly behaviors | 3.5 | 3 |
| Knows effects of alcohol and drugs | 4 | 4 |
| Knows how to avoid dangerous situations on the internet | 2.5 | 4 |
| Knows how to avoid dangerous situations in the environment | 3.5 | 4 |
| Knows how to ask for assistance if feeling threatened | 4 | 4 |
| Knows how to report concerns to an authority figure | 4 | 4 |
| Knows when it is okay to give out personal information | 3 | 4 |
| Understands safe and unsafe behaviors | 3 | 4 |
| *Controls anger and anxiety in public | 3.5 | 4 |
| *No disciplinary/behavioral concerns | 2.5 | 4 |
| Can follow rules and expectations | 2 | 4 |
| *Can be alone and unsupervised for extended periods of time without safety or behavioral concerns | 3 | 4 |

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

 

### UNIVERSITY OF NORTHERN COLORADO — GOAL
#### Go On And Learn

**Skills Assessment for Parents, Teachers, and Related Service Providers**

This assessment may be used as a guideline for transition services and IEP goal development for students who are interested in GOAL.

Student Name: Jacob Valine **(P= Parent Score; S = Student Score)**

**Rating Scale:**
**1= Requires 1:1 support**
(physical or verbal support throughout task) **2=**
**Requires adult or peer prompting throughout task**
(verbal, gestural, or environmental prompts) **3=**
**Requires 1-2 daily reminders**
(written or verbal )
**4= Independent**
(no prompts, reminders, or support)
**NA= Hasn't had the opportunity**
**\*\*All answers that are 'NA,' '1,' '2,' or '3' rating should be used to determine areas for growth unless otherwise noted.**

| Domain: Personal Care | Rating | |
|---|---|---|
| | **P** | **S** |
| Bathe or Shower Daily | 3 | 4 |
| Wash Hair | 3 | 4 |
| Wash Body | 3 | 4 |
| Shave (if necessary) | 1 | 3 |
| Skin Care | 3 | 4 |
| Nail Care | 4 | N/A |
| Dental Care | 2 | 3 |
| Wears deodorant | 4 | 4 |
| Wears clean clothes | 4 | 4 |
| Can do laundry (sort, wash, dry) | NA | NA |
| Dresses appropriately for weather conditions | 3 | 4 |
| Dresses appropriately for activities or events (fitness, formal occasions, etc) | 4 | 4 |
| Folds/hangs clothing and puts clothing away (after washing) | 1.5 | ▼ |

| Domain: Self-Determination | Rating | |
|---|---|---|
| | **P** | **S** |
| Advocates for personal needs | 2 | 4 |
| Advocates for academic needs | 1.5 | 3 |
| Makes personal decisions | 3 | 4 |
| Makes informed decisions for leisure activities | 2 | 4 |
| Makes informed decisions for community participation | 2 | 4 |
| Makes informed decisions for interpersonal relationships | 2.5 | 3 |
| Knows disability | 3.5 | 2 |
| Understands personal strengths and limitations | 2.5 | 3 |
| Explains impact of disability on various life situations | 1 | 2 |
| Sets goals based on personal preferences, interests, strengths, and needs | 1.5 | 3 |
| Creates plan for reaching goals | 1 | 2 |
| Knows basic legal rights | 2 | 4 |
| Knows how to make legal decisions | 1.5 | 3 |
| | | |
| | | |

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

Summary: The UNC goal inventory is a way for parents and students to understand progress towards independent living goals. In Jacob's case, he does not qualify for the UNC GOAL Program; however, the inventory helps Jacob understand areas of need and growth. According to the inventory, areas of growth consists of anything below a 4. In Jacob's case, there are discrepancies between parental and student feedback; the discrepancies are likely due to the fact that Jacob struggles with executive functioning skills due to his ADHD. Lower executive functioning skills may make it difficult for Jacob to effectively self-monitor and evaluate his performance in certain areas. For this reason, Jacob likely rated himself "higher" on the scale than his parents, causing a minor inflation in scores. Due to possible inflation, it can be concluded that parental ratings are more accurate.

Parental scores indicate that Jacob has areas to grow in relation to independent living. Miss Miller will connect Jacob and his family to Desiree Sandoval for possible SWAP assistance in these areas.

## Student Needs and Impact of Disability
How does the student's disability affect his involvement and progress in the general curriculum and participation in appropriate activities?

For students of transition age, how does the student's disability affect his attainment of the postsecondary goals?
IDEA 300.324(a)(ii) concerns of parent

IDEA 300.324(a)(iv) communication needs

IDEA 300.320(a)(1)(i) How the child's disability affects the child's involvement and progress—in the general curriculum and participation in appropriate activities

IMPACT OF THE DISABILITY: Due to Jacob's disability under "Other Health Impairment" due to his ADHD, he is not able to perform in the general education classroom like his general education peers. He is not able to perform in the areas of attention and executive functioning.

PRIORITY EDUCATIONAL NEED: Jacob needs to increase his skills in the areas of executive functioning.


Jacob states he would like a job in the field of Hospitality and Tourism after high school. Jacob will need instruction in the areas executive functioning in order to have a successful career post graduation.

## Parent/Student Input
IDEA 300.324(a)(1)(ii) concerns of parent

Miss Miller opened the meeting by asking Jacob's parents if they had any areas of concern, mom and dad both indicated concern for Jacob's grades and future transition planning. Dad specifically was concerned about Jacob's desires to attend college, but dad was worried whether or not Jacob would be ready to pursue that pathway. Miss Miller explained to parents that the team would review the transition portion of the IEP last but would quickly review the academic data first before answering their questions.


## Measurable Post-School Goals
This section is to be completed for each IEP, starting when the student is 15 (or earlier if appropriate), but not later than the end of 9th grade, and updated annually. ECEA 4.03(6)(d)

Measurable post-school goals must be based on current-age-appropriate transition assessments.

### Post-School Education/Training Goal
Upon completion of high school, Jacob will enroll and attend (college, apprenticeship, on the job training) to assist him in having the skills needed for a career in Hospitality and Tourism.


### Career Employment Goal
Upon completing a training program, Jacob will be employed full time in a job of his choice pertaining to Hospitality and Tourism.

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Independent Living Skills Goal (when appropriate)**
After graduation, Jacob will live as independently as possible, being able to utilize appropriate executive functioning skills (planning, sustaining attention, task initiation/completion, prioritizing, time-management, etc.) in order to maintain desired employment and living preferences.

# CONSIDERATION OF SPECIAL FACTORS

**The student does not exhibit behavior that requires a Behavior Intervention Plan.** IDEA 300.324(a)(2)(i)
**The student is not blind or visually impaired.** IDEA 300.324(a)(2)(iii)
**The student is not deaf or hard of hearing.** IDEA 300.324(a)(2)(iv)
**The student is not deaf-blind.** IDEA 300.324(a)(2)(iii)  & 300.324(a)(2)(iv)
**The student does not have unique communication needs.** IDEA 300.324(a)(2)(iv)
**The student does not have Limited English Proficiency.** IDEA 300.324(a)(2)(ii)
**The student does not need Assistive Technology devices or services.** IDEA 300.324(a)(2)(v)
**The student does not require Special Transportation.** IDEA 300.34 Related Services (a); 300.34 (a)(16); 300.107(b)
**The student does not require a Health Care Plan.**

# POST-SECONDARY TRANSITION PLAN

**This section to be completed for each IEP, starting when the student is 15 (or earlier if appropriate), but not later than the end of 9ᵗʰ grade, and updated annually.** ECEA 4.03(6)(d)

**Projected date of graduation/program completion:** 5/16/2024 IDEA 300.102(a)(3)(i)-(iii) limitation to FAPE
**Projected type of completion document:** Standard High School Diploma

**Post-School Education/Training Goal**
Upon completion of high school, Jacob will enroll and attend (college, apprenticeship, on the job training) to assist him in having the skills needed for a career in Hospitality and Tourism.

**Independent Living Skills Goal (when appropriate)**
After graduation, Jacob will live as independently as possible, being able to utilize appropriate executive functioning skills (planning, sustaining attention, task initiation/completion, prioritizing, time-management, etc.) in order to maintain desired employment and living preferences.

**Career Employment Goal**
Upon completing a training program, Jacob will be employed full time in a job of his choice pertaining to Hospitality and Tourism.

**Planned Course of Study** ECEA 4.03(6)(d)(iii)
**The class schedule must be multi-year (through exit), specific and individualized, and directly linked to the postsecondary goals. The planned course of study must address all post-school areas that are identified for the student.**
PLANNED COURSE OF STUDY

Jacob states he would like a job in the field of Tourism and Hospitality after high school. The skills required to be successfully employed in the field of Hospitality and Tourism are:

---

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Also called:** Guide, Tour Escort, Tour Manager, Travel Consultant

**What they do:**
Plan, organize, and conduct long-distance travel, tours, and expeditions for individuals and groups.

**On the job, you would:**
- Arrange for tour or expedition details such as accommodations, transportation, equipment, and the availability of medical personnel.
- Plan tour itineraries, applying knowledge of travel routes and destination sites.
- Resolve any problems with itineraries, service, or accommodations.

## KNOWLEDGE

**Business**
- customer service
- sales and marketing

**Arts and Humanities**
- English language

## SKILLS

**Basic Skills**
- talking to others
- listening to others, not interrupting, and asking good questions

**Social**
- looking for ways to help people
- understanding people's reactions

**Problem Solving**
- noticing a problem and figuring out the best way to solve it

## ABILITIES

**Verbal**
- communicate by speaking
- listen and understand what people say

**Ideas and Logic**
- notice when problems happen
- order or arrange things

**Attention**
- do two or more things at the same time
- pay attention to something without being distracted

To accomplish his future career goal in the field of Hospitality and Tourism, as well as gain the appropriate skills required to work in that field, Jacob will complete all appropriate graduation requirements in core subject areas and elective courses. The corresponding graduation course requirements can be found below:

Class of 2023/2024 Course Guide:

English 4.0 Credits
Math 3.0 Credits
History / Social Sciences 3.5 Credits
Science 3.0 Credits
Physical Education 1.0 Credit
ICAP 1.0 Credit
Electives 9.5 Credit

As a senior with two three weeks left before graduation, Jacob will need to complete the following classes to satisfy his graduation credits:

Senior:
APEX US Government
APEX Economics/Financial Literacy
AVID 12
Independent Study History
Reading Intervention
Earth & Space Science
US History
Aims Ensemble II

Total: 26.0 Credits

In addition to passing his remaining classes Jacob will also be required to have met the following criteria:

Demonstrate appropriate proficiency in Math and English by obtaining an acceptable score on SAT (English 470/Math 500) ACT (English 18/Math 19), ASVAB (31), Work Keys (Bronze level or higher), Next Generations Accuplacer (English 241/Writing 236/Arithmetic 255 or 230 Quantitative Reasoning, Algebra and Statistics), Concurrent enrollment C or higher or Advanced Placement score of 2 or higher in Reading and Math.

Current Progress: Jacob has taken and has passed all three sections of the WorkKeys Assessments. Jacob has meet the above assessment requirement needed to graduate from high school. Nice work, Jacob!

**Transition Services and Activities** ECEA 4.03(6)(d)(iii)

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

Describe the activities provided by the adults in the community that will enable and promote the student's progress toward meeting annual and postsecondary goals. Include special education, general education, related services, services from other agencies, and services provided by families, as appropriate for student's needs. Transition services must be specific and individualized and must state what the adults will provide.

### Education/Instruction and Related Services ECEA 4.03(6)(d)(ii); ECEA 2.51(1)(b)
Special education teacher will provide instruction in the areas of executive functioning. This will prepare Jacob to be able to complete assignments and assessments in the general education classroom. This knowledge will also prepare Jacob for the responsibilities encountered in college, job training programs, and future employment settings.

General education teachers in English, Science, History, and Math will provide instruction in the areas of executive functioning and its applications in the general education classrooms. Knowledge from general education will also prepare Jacob for the responsibilities encountered in college, job training programs, and future employment settings.

### Career/Employment and other Post-School Adult Living Objectives ECEA 4.03(6)(d)(ii); ECEA 2.51(1)(b)
The case manager and the school counselor have helped Jacob enroll in classes that have supported his needs and have prepared him for life after high school.

Jacob's case-manager and the school counselor will continue to provide Jacob support as he finishes the last three weeks of high school and prepares for graduation.

Additionally, throughout this academic school year, the Career and College Exploration teacher has assisted Jacob in exploring post school career options and requirements needed to meet those goals. Jacob has also received support in exploring career paths through informal interviews, College in Colorado, and other transition assessments.

Throughout the last three weeks of school, as Jacob prepares for graduation, the Career and College Exploration teacher will continue to provide Jacob with assistance in exploring post school career options and their corresponding training programs. Instruction in career exploration is currently and will continue to be provided in Jacob's AVID 12 course.

**A precise summary of supports included in AVID 12 (taken from WCA's course guide) is detailed below:

AVID 12: This is a year-long elective course supports motivated students who intend to pursue a four-year college degree. Students must apply to the Advancement Via Individual Determination (AVID) program and be accepted. Open to all 11th and 12th grade students, AVID coursework focuses on and college knowledge, preparing for college study sessions, test taking strategies, refining Cornell note taking strategy, time management, organizational skills, and presentation methods. AVID is designed to prepare students for success in four-year colleges and universities by targeting students who want to challenge themselves to use and refine inquiry, reading, writing, and collaborative strategies that students use for success in rigorous courses and in college. Students are required to enroll in 12 Avid A & B in order to take this course all year long and it can replace Senior Seminar.

### Community Experiences
Counselors and Teachers have and will encourage Jacob to volunteer in the areas of community service to assist him in being successful in his future career in Hospitality and Tourism.

When Jacob was a Junior, he obtained work experience at a movie theater. As for this school year, Jacob is not actively participating in clubs or community-based social programs. Jacob's family will; however, continue to provide him with community experiences.

### Agency Linkages
Desiree Sandoval
Program Coordinator, School to Work Alliance Program
Weld RE-4 School District (Windsor/Severance)
970-460-8867

Devin Celeste Barth, OTR/L
Belong Program Coordinator
Phone: (970) 491-0054
Email: devin.barth@colostate.edu

Or

Lynn Grasso, OTR/L
Belong Program Coordinator
Phone: (970) 829-8683
Email: lynn.grasso@colostate.edu


Division of Vocational Rehabilitation (DVR)
Robin Adams
Rehabilitation Counselor
Phone 970.352-0082 | Fax 970.353.3367
822 7th St, Ste 350, Greeley, CO 80631
Email: robin.kingsley@state.co.us | www.dvrcolorado.com


# ANNUAL GOALS IDEA 300.320(a)(2)(i)

**Progress Report (Describe how parents will be informed of Jacob's progress towards goals and how frequently this will occur.)** IDEA 300.321(a)(3)(iii)
Parent will be informed of progress on goals in accordance with school report card distribution policy at the end of each semester

**Goal 1**
**Area of Need:** Self-Determination
**Projected Achievement Date:** 4/24/2025
**ESY:** No
**Unit of Measurement:** IDEA 300.320(a)(3)(i)
Percent of  time on task according to weekly teacher feedback reports
**Baseline Data Point:**
Jacob was reported to be on task 65% of the time according to teacher feedback reports
**Evaluation Method:** IDEA 300.321(a)(3)(iii) Monitor and Chart Progress
**Measurable Goal:** IDEA 300.320(a)(2)(i)
> In order to be a successful in a Tourism and Hospitality career, before my next annual IEP,  I/Jacob will stay on-task 85% of the time or more in 12 out of 16 weeks as measured by weekly teacher observation surveys.

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Standards:**

- // High School // 2 Physical and Personal Wellness // 4 Use a decision-making process to make healthy decisions about relationships and sexual health. // g Analyze when it is necessary to seek help with or leave an unhealthy situation.
- // High School // 2 Physical and Personal Wellness // 6 Develop and maintain ongoing evaluation of factors that impact health, and modify lifestyle accordingly. // a Analyze the role of personal responsibility in maintaining and enhancing personal, family, and community wellness.
- // High School // 2 Physical and Personal Wellness // 6 Develop and maintain ongoing evaluation of factors that impact health, and modify lifestyle accordingly. // b Debate the social and ethical implications of the availability, use of technology and medical advances to support wellness.
- // High School // 2 Physical and Personal Wellness // 6 Develop and maintain ongoing evaluation of factors that impact health, and modify lifestyle accordingly. // c Explore the importance of health screenings, immunizations, and checkups, including screenings, and examinations that are necessary to maintain health.
- // High School // 3 Social and Emotional Wellness // 1 Analyze the interrelationship of physical, mental, emotional, and social health. // a Analyze the characteristics of a mentally, emotionally, and socially healthy person.
- // High School // 3 Social and Emotional Wellness // 1 Analyze the interrelationship of physical, mental, emotional, and social health. // b Describe how mental, emotional and social health can affect health-related behaviors.
- // High School // 3 Social and Emotional Wellness // 1 Analyze the interrelationship of physical, mental, emotional, and social health. // c Implement effective strategies for dealing with personal and environmental stress.
- // High School // 3 Social and Emotional Wellness // 1 Analyze the interrelationship of physical, mental, emotional, and social health. // d Analyze internal and external causes, symptoms, and effects of depression and anxiety.

## ACCOMMODATIONS & MODIFICATIONS

### Accommodations

**What type(s) of accommodations(s) *if any* is (are) necessary for the student to access the general curriculum and/or appropriate activities to make effective progress?**
IDEA 300.320(a)(4)(i)-(iii)
IDEA 300.320(a)(6)(i)

- Extended time on assignments (3-5 days extra)
- Due to Jacob's lack of executive functioning, upon notice of a missing or incomplete assignment allow Jacob weekend to complete work
- Extended time on test (time and half)
- Small group administration of tests as requested
- Preferential seating, Sit away from distractions
- Prompt student to stay focused, move ahead, read entire item, begin working, stay on task
- Provide verbal and written directions-to assist with poor attention and poor working memory.
- Provide oral presentation of material-to assist with poor attention and poor working memory
- Provide frequent checks for understanding and break assignments into steps (sticky note if needed)- ask clarifying questions- what are you working on, have Jacob repeat directions and next steps, LOOK at work to see if they are on track due to poor executive functioning skills
- Prioritize work- indicate what is most important to complete first
- Provide visuals extra examples to assist with poor executive functioning skills
- Copies of notes: In order to stay engaged, give Jacob a copy of fill in the blank notes to complete during class **then** give him a teacher copy: paper or online after class.
- Audio books as needed- to assist with focus
- Text-to-Speech/oral presentation of instructions/questions on assessments due to poor executive functioning.

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

- Provide opportunities for Jacob to self-advocate if he feels that he is not understood in class
- When Jacob makes a grammatical error, repeat the error back to him in corrected form, with the corrected word or words emphasized

- District/State testing: small group setting; text-to-speech

## Modifications
IDEA 300.320(a)(4)(ii)
*No curricular modifications were identified by the team.*

## EXTENDED SCHOOL YEAR DETERMINATION IDEA 300.106

**Summarized findings based on completion of the ESY Predictive Factors.**
The student did not experience severe regression on his IEP goals and objectives.

The student did not require an unreasonably long period of time to relearn previously learned skills.

Predictive factors do not indicate the need for ESY services.

It has been determined that the student is not eligible for extended school year services.

## STATE AND DISTRICT ASSESSMENTS

*Accommodations and modifications must reflect those used in daily classroom instruction.*
### District Assessments

| Test | Participation | Accommodations 300.320(a)(6)(i) |
|---|---|---|
| Reading | Regular | |
| Writing | Regular | |
| Math | Regular | |
| Science | | |
| Social Studies | | |
| Other | | |

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## State Assessment

| Test | Participation | Accommodations 300.320(a)(6)(i) |
|---|---|---|
| CMAS: English Language Arts | No | |
| CMAS: Math | No | |
| CMAS Science and Social Studies | No | |
| PSAT | Yes | |
| SAT | Yes | |
| CoALT: English Language Arts/Math | No | |
| CoALT: Science/Social Studies | No | |
| Colorado Spanish Language Arts | No | |
| ACCESS for ELLS (Online, Paper) | No | |
| Alt ACCESS for ELLS | No | |

**If the IEP Team has determined that the student qualifies for alternate assessments, parents have been informed about the differences between regular and the alternate assessments (both state and district) and the effects of these, if any (including that, for students taking alternate assessments, achievement will be measured based on alternate achievement standards):** N/A

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## SERVICE DELIVERY STATEMENT

**Statement of types and anticipated location of services to be provided to and on behalf of the student. If the student was found eligible for ESY services, be sure to include a description of those services here. For transition aged students, special education and related services must link to the postsecondary goals in the transition services section.** 300.320(a)(4) and (7)

Jacob will be provided approximately 225 minutes of direct instruction per week in the area of executive functioning Classes will be taken with a special education teacher and/or an intervention teacher in collaboration with a special education teacher.

Jacob will also receive 20 minutes of support per week from the school psychologist to address stress/emotional needs related to Jacob's ADHD diagnosis (Other Health Impairment).

Jacob will receive 30 minutes of indirect speech and language services per semester.  Indirect services may include collaborating with teacher, check-ins with the student, or classroom/recess/lunch observation. Services will be provided by a Speech Language Pathologist or a Speech Language Pathologist Assistant under the direct supervision of a Speech Language Pathologist.

Jacob will take all other classes in the general education setting with accommodations.

Jacob's disability does not impact him to the degree that he would require additional support during extracurricular activities.

Goals and services have been agreed upon by the parent and the team. This IEP is designed based on services and supports provided assuming normal operating conditions (full-time in-person learning). Services will be provided within the regular school year calendar. Scheduled services that are missed due to non-student contact days, holidays, student absence, or school-related functions such as field trips or assemblies will not be made up. Special education, related services, accommodations, and modifications are no guarantee of passing grades or athletic eligibility.

SCHOOL DISRUPTION CONTINGENCY PLAN In the event that the regular operations of the school and/or district be disrupted due to a medically necessary pandemic, the IEP team shall present an amended IEP outlining a contingency plan that will best address the student(s) need should the regular attendance for in person learning be disrupted.

## SPECIAL EDUCATION AND RELATED SERVICES IN THE LEAST RESTRICTIVE ENVIRONMENT

| Specialized Instruction Area and/or Related Services 300.320(a)(4) | Location | Special Education or Related Services | Service Provider Role 300.18 & ECEA 3.04 | Start Date 300.320 (a)(7) | End Date 300.320 (a)(7) | Frequency of Special Education/Related Services 300.320(a)(7) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Minutes | Frequency | Direct/ Indirect |
| Special Education Instruction | Outside General Education Classroom | Special Education | Special Education Teacher | 4/26/24 | 4/24/25 | 225 | weekly | Direct |
| Psychological Services | Outside General Education Classroom | Related | School Psychologist | 4/26/24 | 4/24/25 | 20 | weekly | Direct |
| Speech/Language Services | Outside General Education Classroom | Special Education | Speech Language Pathologist | 4/26/24 | 4/24/25 | 30 | semesterly | Indirect |

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

# RECOMMENDED PLACEMENT IN THE LEAST RESTRICTIVE ENVIRONMENT (SPECIAL EDUCATION SETTING) IDEA 300.320(a)(5)

*To the maximum extent appropriate, children with disabilities, including children in public or private institutions or other care facilities, are educated with children without disabilities; and special classes, separate schooling or other removal of children with disabilities from the regular education environment occurs only if the nature or severity of the disability is such that education in regular classes, with the use of supplementary aids and services, cannot be achieved satisfactorily.*

| Placement Options Considered | Selected | Describe the possible advantages and disadvantages of this placement option for the student and the modifications/supplementary aids and services considered to reduce possible disadvantages to the student. |
|---|---|---|
| General education class at least 80% of the time | Yes | The team feels this level of support will allow Jacob to make progress towards his goals at this time. He benefits from having access to interactions with his peers and to the general education curriculum. A possible disadvantage of this placement is less specialized instruction than with a higher level of support. |
| General education class 40% to 79% of the time | No | The team feels, at this time, Jacob does not require this level support to make progress towards his goals. While this placement would provide Jacob with more specialized instruction and support and he would have decreased access to the general education curriculum and interactions with his peers. |

**Prior to Meeting:** General education class at least 80% of the time

**Placement Date:** 04/26/2024    **Placement Type:** Ages 6-21
*LRE Setting: General education class at least 80% of the time*
- Time in general education environment: 88.5%
- Time outside general education environment: 11.5%

# PRIOR WRITTEN NOTICE IDEA 300.503

The IEP includes services to be provided to assist your child to make progress. The Present Level of Academic Achievement and Functional Performance includes information about the data used as a basis for the decisions recorded in the IEP.

**Other options considered and the reasons each option was rejected:**
The team considered keeping Jacob's reading goal but rejected the idea. When Jacob re-enrolled into WCA in August of 2023, Jacob's IEP came with a reading goal from his previous school. Although he had a reading goal, the team reviewed Jacob's eligibility determination pages and previous impact of disability statement from his previous evaluation. Since Jacob was listed as having only a disability under the Other Health Impairment (OHI) category, due to his ADHD, Jacob did not necessarily require reading instruction to be successful. The team agreed that Jacob's low performance in reading was not due to a disability in the subject-area, as had been previously conluded during his last evaluation. The team

| Valine, Jacob Michael | 07/26/2005 | 83960 | 2975413224 | 4/25/2024 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

believed Jacob's reading difficulties were due more to his inattention to details. In rejecting the idea of keeping Jacob's reading goal, the team ensured that Jacob's IEP was realigned to the results from his last eligibility meeting.

The team considered writing additional executive functioning goals, but rejected the idea due to only three weeks remaining before his graduation.

Discussions regarding ESY services were also held. Jacob did not appear to regress in his goals. His lows scores were more likely due to inattention rather than lack of ability. For this reason, the team agreed that Jacob did not qualify for ESY services. The team felt as though Jacob could be more successful through Summer transitional activities through the district SWAP program.

**Other factors considered:**
Since Jacob's parents were more concerned with Jacob's transition plan, the team ensured they adequately discussed Jacob's future goals after high school. The team began by discussing his present levels of performance. The present levels of performance included discussing Jacob's future career and future educational programming. Jacob and his family shared that he would be attending a gap year program affiliated with Wheaton College. In his gap year program, Jacob would be able to take classes for credit, travel, volunteer, and develop the skills needed to be independent. If Jacob was able maintain a steady GPA, he could apply and be admitted into Wheaton College. The IEP team felt as though his post school choice suited his current needs.

Aside from discussing Jacob's gap year, Miss Miller also shared transition assessments. Since Jacob has been very excited and curious to try a variety of professions, Miss Miller was able to find a common thread in his interests: his love for traveling. Being an outgoing individual and having enthusiasm for working either as a pilot, an airline concierge, a flight attendant, or a student studying abroad, Miss Miller connected the interests and suggested a career in tourism and hospitality. The team then discussed possible classes, agency linkages, and community experiences to help him develop the tools needed to be successful in the field.

One agency linkage the team considered for Jacob was a partnership with the Student Work Alliance Program. Desiree Sandoval, District SWAP Coordinator, shared additional options for Jacob related to transitional support. Since parents were concerned with Jacob's financial literacy skills and ability to maintain home-related responsibilities, Desiree listed several options that could support Jacob. These possibilities ranged from Summer-only support, year around support with his gap year, or year around support after his gap year. The team also discussed DVR services and the opportunity to participate in a similar gap year program to his Wheaton College program. The team discussed Colorado State University's (CSU) Belong program, which offered similar benefits but closer to home.

After discussing Jacob's post school plans and supporting Agencies, the IEP team wrapped up Jacob's meeting. Parents did not have any additional questions but were interested in having a separate meeting to further coordinate SWAP services with Desiree. Miss Miller also requested that parents fill out the GOAL Program Inventory to provide data of Jacob's present levels of performance for independent living. Miss Miller also mentioned the possibility of coordinating a secondary meeting to share his summary performance sheet for high school graduation. Since the team had already largely shared information regarding Jacob's needs, Miss Miller also felt as though the team would not need to meet again. Instead, Miss Miller could forward the paperwork home after completing it. The paperwork would be useful in providing Jacob a comprehensive report of his strengths and areas of need. This report could be submitted to universities if Jacob chooses to attend college after his high school graduation and completion of his gap year program.

## Case Manager Contact Information

| Annika Miller / Special Education Teacher | (970) 833-5190 |
|---|---|
| **Name/Title** | **Phone** |

**Parents of a child with a disability have protection under the procedural safeguards. For a copy of the Procedural Safeguards or assistance in understanding this information, please contact the person named above.** IDEA 300.503(b)(4)



**Exceptional
Student
Services**

**Weld RE- 4
Notice of Meeting**

1020 Main Street P.O. Box 609
Windsor, CO 80550
(970) 686-8000

| Jacob Michael Valine | 07/26/2005 | 83960 | 2975413224 |
|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** |

Date: 1/22/2024

Dear Craig Valine, Mary Valine:

In order to discuss the educational needs of Jacob, you are invited to attend a conference scheduled for 04/25/2024, beginning at 3:30 PM. Location of meeting: Windsor Charter Academy High, Room 231. 300.322(b)(1)(i) purpose, time, location

**Purpose of the Meeting:**
- **IEP Review**: The purpose of this meeting is to review and update Jacob's present levels of academic achievement and functional performance, needs, and goals, and to develop a plan to provide special education and related services.
- **Transition IEP**: The purpose of this meeting is to consider post-secondary goals and transition services for Jacob. Jacob and any identified agencies will be invited to any meeting if the purpose of the meeting is to consider transition services needs or needed transition services. You will receive a Consent to Invite Agencies Related to Transition, if applicable.

**Participants with the following roles will be attending the meeting**: 300.322(b)(1)(i) whom in attendance
- General Education Teacher
- Principal/designee
- School Psychologist
- Special Education Director or Designee
- Special Education Teacher/Provider
- Speech & Language Pathologist
- SWAP Coordinator

As an integral part of the IEP team, we look forward to your attendance and participation in this meeting. You may invite other people that you believe will be helpful to you. If the scheduled time and place is not convenient, please contact me immediately so that we can arrange a mutually agreeable time and location for the meeting.

| | Special Education | | |
|---|---|---|---|
| Annika Miller | Teacher | (970) 833-5190 | annika.miller@weldre4.org |
| **Name** | **Title** | **Phone** | **E-mail** |

Windsor Charter Academy High
810 Automation Drive, Windsor CO 80550
(970) 833-5190



**Exceptional
Student
Services**

Weld RE- 4
**Notice of Meeting**

1020 Main Street P.O. Box 609
Windsor, CO 80550
(970) 686-8000

| | | | |
|---|---|---|---|
| Jacob Michael Valine | 07/26/2005 | 83960 | 2975413224 |
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** |

Dear Jacob Valine:

You are invited to attend a meeting which is scheduled for:

**Date:** 04/25/2024

**Time:** 3:30 PM

**Location:** Windsor Charter Academy High, Room 231

**Purpose of the Meeting:**
- **IEP Review**: The purpose of this meeting is to review and update your present levels of academic achievement and functional performance, needs, and goals, and to develop a plan to provide special education and related services.
- **Transition IEP**: The purpose of this meeting is to consider your post-secondary goals and transition services. You and any identified agencies will be invited to any meeting if the purpose of the meeting is to consider transition services needs or needed transition services.

**Participants with the following roles will be attending the meeting**: 300.322(b)(1)(i) whom in attendance
- General Education Teacher
- Principal/designee
- School Psychologist
- Special Education Director or Designee
- Special Education Teacher/Provider
- Speech & Language Pathologist
- SWAP Coordinator

We look forward to your attendance and participation in this meeting. If you have any questions, please contact me.

Annika Miller, Special Education Teacher
(970) 833-5190
annika.miller@weldre4.org