UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br>    *Defendants*. | Case No. 1:25-cv-01909-DBF |

**DEFENDANTS' MOTION FOR A SEVEN-DAY EXTENSION OF TIME TO FILE JOINT BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully request a seven-day extension of the deadline to for the parties to submit a joint proposed schedule in this matter, in order to allow the parties to further explore the possibility of mediation and settlement, and tracking the similar extension that has been granted in the parallel action pending in the United States District Court for the Southern District of New York.  The extension would be from August 8, 2025 to August 15, 2025. This is Defendants' first motion in this matter. Good cause supports the requested extension of time, and plaintiffs would suffer no harm from this brief extension given the preliminary relief that they have been granted.  In support thereof, Defendants state as follows:

    1). On July 25, 2025, the Court granted a preliminary injunction in this case, staying the Department's decision to pause operations at any Job Corps center throughout the Nation, subject to compliance with applicable statutory requirements specified in the Order of the Court. *See* ECF No. 53.

2). A parallel challenge to the Defendants' Job Corps-related actions is progressing in the United States District Court for the Southern District of New York. *See Nat'l Job Corps Ass. v. Dep't of Labor*, No. 1:25-cv-04641 (S.D.N.Y.) (the "S.D.N.Y. case"). That court also issued a preliminary injunction, *see id.*, ECF No. 57 and ECF No. 77.

4). Defendants have been engaged in discussions with both sets of plaintiffs regarding the most effective and efficient route forward and the potential for settlement via mediation.

5). In the S.D.N.Y. case, the Court has granted a similar extension of time, to August 15, 2025, for the parties to submit their next joint status report for the purpose of exploring mediation.  *See Nat'l Job Corps Ass.*, No. 25-4641, ECF No. 87.,

6). Defendants are still discussing this matter internally to determine the appropriate proposed schedule, including whether there is a path to resolve this case without the need for further resolution by the Court.  To allow adequate time for those internal discussions to continue and to ensure coordination in parallel with the related S.D.N.Y. case, Defendants ask that the Court provide the parties one additional week before submitting a joint schedule.

7). In addition, Defendants are still conferring internally regarding the timeline for production of the administrative record and need more time to assess how long it will take to produce that record.

8). Finally, granting this request for a one-week extension would not harm the Plaintiffs, given the Court's issuance of a Section 705 stay in this case, and a preliminary injunction in the S.D.N.Y action.

Pursuant to Local Rule 7(m), undersigned counsel has conferred with Plaintiffs, through counsel, and Plaintiffs oppose this motion.

For these reasons, Defendants respectfully request that the Court grant this motion. A proposed order granting this motion is attached.

Dated: August 8, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
ZACHARY SHERWOOD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station Washington, DC 20044
Phone: (202) 353-5639
E-mail: zareen.iqbal2@usdoj.gov
*Attorneys for Defendants*