# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al., *Plaintiffs, on behalf of themselves and others similarly situated*, v. U.S. DEPARTMENT OF LABOR, et al., *Defendants*. | Civil Action No. 25-1909-DLF |

## [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILE JOINT BRIEFING SCHEDULE

This matter comes before the Court on Defendants' Motion for an Extension of Time to File Supplemental Briefing, filed on August 8, 2025 (the "Motion"). For the responses stated in the Motion, the Court finds good cause to extend the present deadlines. The Motion is hereby GRANTED. Parties shall submit their joint briefing schedule no later than **August 15, 2025.**

SO ORDERED.

Dated: August 8, 2025

                                                                                   Judge Dabney L. Friedrich
                                                                                  U.S. District Court Judge