## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>     *Plaintiffs,*<br><br>     v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>     *Defendants*. | Civil Action No. 25-1909-DLF |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Referral to Mediation, the complete record in the case, and for good cause shown, Defendants' motion is **GRANTED**.

This action is referred to United States District Court for the District of Columbia Mediation Program.

**SO ORDERED**.

Dated: September _____, 2025

_____
Judge Dabney L. Friedrich
U.S. District Court Judge