IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al., *Plaintiffs*. v. U.S. DEPARTMENT OF LABOR, et al., *Defendants*. | Civil Action No. 25-1909-DLF |

## NOTICE OF FILING

Pursuant to Local Civil Rule 7(n)(1) and the Court's August 10, 2025, Minute Order, Defendants Lori Chavez-DeRemer, in her official capacity as the Secretary of Labor, and the U.S. Department of Labor, hereby submit the certified list of the contents of the Administrative Record for the U.S. Department of Labor's May 29, 2025 decision challenged in the above-captioned case. The certified index of the records is attached hereto.

1

Dated: September 19, 2025        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
ZACHARY SHERWOOD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station Washington, DC 20044
Phone: (202) 353-5639
E-mail: zareen.iqbal2@usdoj.gov
*Attorneys for Defendants*