**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANARIA CABRERA, et al., | |
| *Plaintiffs.* | Civil Action No. 25-1909-DLF |
| v. | |
| U.S. DEPARTMENT OF LABOR, et al., | |
| *Defendants.* | |

**DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order (ECF No. 52 and ECF No. 53) issued on July 25, 2025, granting Plaintiffs' Motion for Preliminary Injunction and Stay (ECF No. 3).

Dated: September 18, 2025          Respectfully  submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil  Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil  Division,  Federal Programs Branch

*Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
ZACHARY SHERWOOD
Trial Attorney
United States Department of Justice
Civil  Division,  Federal Programs Branch

1

P.O. Box No. 883, Ben Franklin Station Washington, DC 20044
Phone: (202) 353-5639
E-mail: zareen.iqbal2@usdoj.gov
*Attorneys for Defendants*