UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al., <br><br> *Plaintiffs, on behalf of themselves and others similarly situated*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, et al., <br><br> *Defendants*. | Civil Action No. 25-1909-DLF |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for referral to mediation, the opposition thereto, and the full record in this case, it is hereby ORDERED that the motion is DENIED without prejudice. Should the parties agree that a referral to mediation is appropriate at a future time, the request for such a referral may be renewed.

**SO ORDERED.**

Dated: _____, 2025

_____
Hon. Dabney L. Friedrich
United States District Judge