UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CABRERA et al v. U.S. DEPARTMENT OF LABOR et al
Case No. 1:25-cv-01909-DLF

NOTICE OF APPEAL TO DC CIRCUIT COURT

Jacob Valine hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order entered on August 11, 2025 (Dkt. 63), which states: "ORDER denying Jacob Valine's 48 Motion to Intervene. See text for details. Signed by Judge Dabney L. Friedrich on August 11, 2025," and the Minute Order entered on September 24, 2025, which denied his Motion for Joinder.

Dated: September 24, 2025

Respectfully submitted,

Jacob Valine

*/s/ Jacob Valine*



**RECEIVED**
SEP 24 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia