# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5342**  September Term, 2025

1:25-cv-01909-DLF

Filed On: September 26, 2025 [2137239]

Anaria Cabrera, et al.,

    Appellees

    v.

United States Department of Labor and Lori Chavez-DeRemer, in her official capacity as Secretary of Labor,

    Appellees

Jacob Valine,

    Appellant

## O R D E R

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:  /s/
           Emily K. Campbell
           Deputy Clerk