**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ANARIA CABRERA, et al., |
| *Plaintiffs, on behalf of themselves and others similarly situated,* |
| v. |
| U.S. DEPARTMENT OF LABOR, et al., |
| *Defendants.* |

Civil Action No. 25-1909-DLF

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for summary judgment, the opposition thereto, and the full record in this case, it is hereby ORDERED that Plaintiffs' motion is GRANTED. It is further ordered that the Department of Labor's May 29, 2025 suspension of Job Corps operations is VACATED.

**SO ORDERED.**

Dated: _____, 2025

_____
Hon. Dabney L. Friedrich
United States District Judge