IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANARIA CABRERA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, et al., <br><br> *Defendants*. | Civil Action No. 25-cv-1909-DLF |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.6(b) of the Local Civil Rules, Zareen Iqbal hereby withdraws her appearance in this action, as she is no longer a Trial Attorney at the Federal Programs Branch. Defendants have been notified of this withdrawal and continue to be represented in this matter by Trial Attorney, Zachary Sherwood.

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
Trial Attorney
United States Department of Justice Civil
Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8351
Fax: (202) 353-5639
E-mail: zareen.iqbal2@usdoj.gov

*Attorneys for Defendants*