**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANARIA CABRERA, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>LABOR, et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-01909-DLF |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.6(b), undersigned counsel, Zachary W. Sherwood, hereby withdraws his appearance in this action due to his upcoming departure from the Department of Justice. Defendants will continue to be represented by Michael Bruns of the U.S. Department of Justice, Civil Division, Federal Programs Branch.

DATED: December 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

1

Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*