**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANARIA CABRERA, et al., | |
| *Plaintiffs,* | |
| v. | Civil Action No. 25-1909-DLF |
| U.S. DEPARTMENT OF LABOR, et al., | |
| *Defendants*. | |

**JOINT RESPONSE TO SHOW CAUSE ORDER**

Pursuant to this Court's Minute Order, dated November 26, 2025, Plaintiffs and Defendants respectfully advise the Court that Defendants intend to dismiss their appeal in the D.C. Circuit, which accordingly obviates any need for a stay of these proceedings.

The parties therefore request that the Court enter the following briefing schedule:

| Event | Deadline |
|---|---|
| Defendants' Opposition and Crossmotion for Summary Judgment | January 30, 2026 |
| Plaintiffs' Reply and Opposition | February 27, 2026 |
| Defendants' Reply | March 27, 2026 |

Dated: December 10, 2025        Respectfully submitted,

/s/ *Adam R. Pulver*
Adam R. Pulver (DC Bar No. 1020475)
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Arthur Ago (DC Bar No. 463681)
Aaron S. Fleisher*† (NY Bar No. 4431052)
Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036

Scott D. McCoy* (FL Bar No. 1004965)
Sam Boyd* (FL Bar No. 1012141)
Carli Raben* (FL Bar No. 1036013)
Southern Poverty Law Center
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131

Michael Tafelski* (GA Bar No. 507007)
Diego A. Soto* (DC Bar No. 1029607)
Southern Poverty Law Center
150 E. Ponce De Leon Ave. Ste. 340
Decatur, GA 30030

Counsel for Plaintiffs
* Admitted pro hac vice
† Not admitted to practice law in DC


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov
*Counsel for Defendants*