# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5340**                                     **September Term, 2025**

**1:25-cv-01909-DLF**

**Filed On: December 15, 2025** [2150500]

Anaria Cabrera, et al.,

> Appellees

> v.

United States Department of Labor and Lori
Chavez-DeRemer, in her official capacity as
Secretary of Labor,

> Appellants

## M A N D A T E

In accordance with the order of December 15, 2025, and pursuant to Federal
Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Laura M. Morgan
Deputy Clerk

Link to the order filed December 15, 2025