# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5342**                                          **September Term, 2025**

1:25-cv-01909-DLF

Filed On: January 23, 2026 [2155823]

Anaria Cabrera, et al.,

       Appellees

    v.

United States Department of Labor and Lori Chavez-DeRemer, in her official capacity as Secretary of Labor,

       Appellees

Jacob Valine,

       Appellant

**M A N D A T E**

In accordance with the order of December 9, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                              BY:   /s/
                                       Daniel J. Reidy
                                       Deputy Clerk

Link to the order filed December 9, 2025