# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5342**  September Term, 2025

1:25-cv-01909-DLF

Filed On: December 9, 2025 [2149416]

Anaria Cabrera, et al.,

    Appellees

    v.

United States Department of Labor and Lori Chavez-DeRemer, in her official capacity as Secretary of Labor,

    Appellees

Jacob Valine,

    Appellant

## O R D E R

By order filed September 30, 2025, appellant was directed to file initial submissions by October 30, 2025. To date, no documents have been received by appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by January 23, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Laura M. Morgan
Deputy Clerk