**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ANARIA CABRERA, et al.,

    *Plaintiffs,*

    v.

U.S. DEPARTMENT OF LABOR, et al.,

    *Defendants*.

Civil Action No. 25-1909-DLF

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law in Support of the Their Motion for Summary Judgment and (2) the Administrative Record and Declarations of Jillian Matz, Erin Leigh McGee, and Lori Frazier Bearden, Defendants the Department of Labor and Lori Chavez-Deremer, Secretary of Labor, hereby move this Court for an order granting summary judgment in favor of Defendants and against Plaintiffs pursuant to Rule 56 of the Federal Rules of Civil Procedure.


DATED: January 30, 2025        Respectfully submitted,

        BRETT A.  SHUMATE
        Assistant Attorney General

        JACQUELINE COLEMAN SNEAD
        Assistant Branch Director

        */s/ Michael Bruns*
        Michael Bruns
        Trial Attorney
        United States Department of Justice

1

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*