UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANARIA CABRERA, et al.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF LABOR, et al.,

*Defendants.*

Civil Action No. 25-1909-DLF

**[PROPOSED] ORDER**

Having considered Defendants' motion for summary judgment, Plaintiffs' opposition, and the entire record herein, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED; and

Summary Judgement is ENTERED in favor of Defendants on all counts.

SO ORDERED.

DATED: _____       _____
                                     Hon. Dabney L. Friedrich
                                     United States District Judge

1