# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANARIA CABRERA, et al., | |
| *Plaintiffs,* | |
| v. | Civil Action No. 25-1909-DLF |
| U.S. DEPARTMENT OF LABOR, et al., | |
| *Defendants*. | |

## JOINT APPENDIX
## OF CITED PORTIONS OF THE ADMINISTRATIVE RECORD

BRETT A. SHUMATE
Assistant Attorney General

JACQUELINE COLEMAN
SNEAD
Assistant Branch Director

MICHAEL BRUNS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 2005
michael.bruns@usdoj.gov

*Counsel for Defendants*

Adam R. Pulver (DC Bar No. 1020475)
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Arthur Ago (DC Bar No. 463681)
Aaron S. Fleisher*† (NY Bar No. 4431052)
Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036

Scott McCoy* (FL Bar No. 1004965)
Sam Boyd* (FL Bar No. 1012141)
Carli Raben* (FL Bar No. 1036013)
Southern Poverty Law Center
7052 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131
(786) 347-2056

Michael Tafelski* (GA Bar No. 507007)
Diego A. Soto (GA Bar No. 868364)
Southern Poverty Law Center
150 E. Ponce de Leon Ave. Ste. 340
Decatur, GA 30030

* *Admitted* pro hac vice
† *Not admitted to practice law in DC*

*Counsel for Plaintiffs*

**TABLE OF CONTENTS**

E-mail from Lori Frazier Bearden to Michelle L. Paczynski (April 8, 2025 at 7:54:30 AM)... AR2

    Attachments:

    Memorandum for the Acting Secretary from José Javier Rodríguez, Re: Job Corps Program Years 2024 and 2025 Budget & Recommended Actions, Dec. 18, 2024 . AR3–14

    Powerpoint Presentation, "Job Corps Program Briefing" ..................................... AR15–23

    TPs and FAQ, updated Dec. 20, 2024 ................................................................. AR30–50

E-mail from Lori Frazier Bearden to Marek S. Laco (April 22, 2025 at 5:46:26 PM)............ AR90

    Attachment: Job Corp Potential Strategies .......................................................... AR91–94

E-mail from Erin McGee to Marek S. Laco and Lori Frazier Bearden (April 23, 2025 at 7:19:06 AM)...................................................................................................................................... AR95

    Attachments:

    PY24 Center Pause Rationale ............................................................................. AR96–98

    Job Corps Demo Concepts 4.22.25.................................................................... AR99–100

E-mail from Erin McGee to Marek S. Laco and Lori Frazier Bearden (April 23, 2025 at 9:57:57 AM)................................................................................................................................... AR110

    Attachment: Powerpoint Presentation, "Overview of Job Corps Demonstration Projects" .......................................................................................................................... AR111–130

E-mail from Erin McGee to Marek S. Laco and Lori Frazier Bearden (April 23, 2025 at 1:30:40 PM) ................................................................................................................................ AR131–32

    Attachment: Powerpoint Presentation, "Job Corps Program Briefing," Apr. 23,2025 ........................................................................................................................ AR133–41

E-mail from Lori Frazier Bearden to Erin McGee and Marek S. Laco (April 23, 2025 at 1:48:18 PM) ................................................................................................................................ AR142–43

Untitled Spreadsheet ................................................................................................ AR144–58

E-mail from Courtney E. Walter to Marek S. Laco (April 29, 2025 at 10:59:44 PM).... AR163–65

    Attachment: Memorandum for the Secretary or Deputy Secretary from Lori Frazier Bearden, Re: Overview of the Job Corps Program and Operational Framework, Apr. 29, 2025................................................................................................................... AR166–73

E-mail from Lori Frazier Bearden to Jihun A. Han (May 4, 2025 at 3:53:23 PM) ............... AR211

    Attachment: Decision Memorandum, Re: Job Corps Program and Pausing Center Operations, May 4, 2025................................................................................... AR212–22

E-mail from Erin McGee to Lori Frazier Bearden (May 8, 2025 at 7:58:51 PM)...........AR321–22

E-mail from Courtney E. Walter to Rebecca Wright (May 10, 2025 at 7:03:43 PM)...........AR340

    Attachment: Decision Memorandum, Re: Job Corps Program and Pausing Center Operations, May 10, 2025...............................................................................AR341–78

E-mail from Lori Frazier Bearden to Jihun A. Han, et al. (May 12, 2025 at 8:35:25 PM) ...........................................................................................................AR582–85

    Attachment: Decision Memorandum, Re: Job Corps Program and Pausing Center Operations, May 10, 2025...............................................................AR586–626

E-mail from Courtney E. Parella to Lori M. Chavez-DeRemer (May 29, 2025 at 2:23:02 PM) ...........................................................................................................AR1056–58

    Attachments:

    Job Corps Pause *FAQs* ...................................................................AR1059–60

    Press Release, "US Department of Labor Pauses Job Corps Center Operations" ...........................................................................................AR1061–62

    Fact Sheet: Department of Labor Pauses Job Corps Operations .......................AR1063–64

E-mail from Lori Frazier Bearden to Jihun A. Han and Courtney E. Walter (May 29, 2025 at 11:53:31 AM) ...............................................................................................AR1065–67

E-mail from Carl V. Campbell to Jillian Matz, et al. (May 29, 2025 at 12:32:30 PM) .............................................................................................................AR1068–71

E-mail from Lori Frazier Bearden to Joseph B. Gollinger, et al. (May 29, 2025 at 4:48:56 PM) ...........................................................................................................AR1072–75

    Attachments:

    Fact Sheet: Department of Labor Pauses Job Corps Operations .......................AR1076–77

    Job Corps Pause *FAQs* ...................................................................AR1078–79

    Decision Memorandum, Re: Job Corp Program and Pausing Center Operations, May 20, 2025 ...........................................................................................AR1080–1128

E-mail from Jillian Matz to Susan Larson (May 29, 2025 at 2:40:55 PM) ...........................................................................................................AR1167

    Attachment: Letter from Jillian Matz to Susan Larson, May 29, 2025 ............AR1168–75

E-mail from Jillian Matz to Patricia Lankford (May 29, 2025 at 6:14:47 PM) ...........................................................................................................AR1492

    Attachment: Letter from Jillian Matz to Susan Larson, May 29, 2025 ............AR1493–97

E-mail from Jillian Matz to Patricia Lankford (May 29, 2025 at 6:17:33 PM) ................................................................................................................... AR1505

    Attachment: Letter from Jillian Matz to Susan Larson, May 29, 2025 ............ AR1506–10

E-mail from Jillian Matz to Redacted (May 29, 2025 at 11:49:52 PM) ................................................................................................................... AR1792

    Attachment: Letter from Jillian Matz to William Marshall, May 29, 2025 ...... AR1793–96

E-mail from Jillian Matz to Roxanne Chin and Anton Bizzell (May 29, 2025 at 11:14:28 PM) ................................................................................................................... AR1878

    Attachment: Letter from Jillian Matz to Roxanne Chin, May 29, 2025 ............ AR1879–82

E-mail from Jillian Matz to Susan Larson (May 29, 2025 at 10:30:47 PM) ................................................................................................................... AR2000

    Attachment: Letter from Jillian Matz to Susan Larson, May 29, 2025 ................... AR2001

Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ███████████████████████████ |
| **Sent:** | 4/8/2025 7:56:10 AM |
| **To:** | Simon, Amy E - ETA ███████████; Laco, Marek S - ETA ███████████ |
| **Subject:** | Fw: Supplemental Documents Related to Pausing of JC Centers |
| **Attachments:** | 1. CTS 59444 - Decision Memo - Job Corps PY 24 25 Budget Recommend Actions - OSEC Approval 12.18.24.pdf; JC_Congressional Briefing 1.10.25_730am.pptx; Job Corps Budget - Draft FAQs 12-17-2024.docx; Updated JC state briefings 12.20.docx; 110124_Job Corps Briefing.pptx |

For your situation and awareness. I wanted to look at original decision memos from the previous administration to have a better perspective and understanding for a path forward.

**Lori Frazier Bearden |**
United States Department of Labor
Deputy Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
O: ███████████

---

**From:** Paczynski, Michelle L - ETA ███████████████████
**Sent:** Monday, April 7, 2025 6:48:15 PM
**To:** Frazier, Susan (Lori) - ETA ███████████████████
**Cc:** McGee, Erin L - ETA ███████████████████
**Subject:** Supplemental Documents Related to Pausing of JC Centers

Lori,

Here are the supplemental documents we spoke to.
1. Previous Administration's decision memo regarding a temporary pause on certain Job Corps centers.
2. Previous Administration's press release on pausing centers. US Department of Labor announces latest actions to secure sustainability of Job Corps program | U.S. Department of Labor "The department will…temporarily pause operations at the Woodstock Job Corps Center in Woodstock, Maryland, and the Whitney M. Young Jr. Job Corps Center in Simpsonville, Kentucky."
3. Job Corps Budget (Draft) FAQs
4. Previous Administration's PPTs/TPs to brief impacted states and then Congress on the temporary pauses to centers.

Thanks,
Michelle

**U.S. Department of Labor**      Assistant Secretary for
Employment and Training
Washington, D.C. 20210



**DECISION**

**December 18, 2024**

## MEMORANDUM FOR THE ACTING SECRETARY

**FROM:**      JOSÉ JAVIER RODRÍGUEZ

**SUBJECT:**   Job Corps Program Years 2024 and 2025 Budget & Recommended Actions

---

### EXECUTIVE SUMMARY

The Job Corps program faces a projected $139.9 million operating budget deficit for Program Year (PY) 2024. This memorandum summarizes the principled and active cost savings strategies Job Corps is already implementing, while also identifying additional cost savings measures to ensure Job Corps has a balanced budget for PY 24. Two of the recommended actions are for awareness and one action, the pausing of centers, requires approval.

While this memo focuses on PY 24, Job Corps is conducting analysis, developing a strategy, and taking actions now to reduce the projected PY 25 deficit of more than $213 million. Lastly, while these amounts are point-in-time analyses, the Job Corps Tri-Office team and ETA leadership are acting now with what is known to ensure the program balances the budget and continues to provide safe, quality services to young people.

### BACKGROUND/DISCUSSION

The Operations budget for Job Corps has been largely flat since 2018 at $1.6 billion. Adjusted for inflation, the Job Corps budget for 2024 would have been more than $2 billion. During this period of a flat budget of $1.6 billion, multiple financial pressures have raised costs for the program. Since 2018, operations, construction, and materials costs have increased by more than 25 percent due to inflation. There have been three consecutive federal minimum wage increases for contractors operating 99 Job Corps Centers across the country, with more than 14,000 federal contractor staff working at these centers. The implementation of the Service Contract Act, as well as Cost-of-Living Adjustments for federal personnel employed at the U.S. Department of Agriculture (USDA) Forest Service's 24 Job Corps centers, has resulted in a 17.4 percent cumulative pay increase since 2018 for the more than 1,100 federal employees.

Job Corps has limited funds available to absorb such financial pressures. Of the $1.6 billion annual budget, $1.05 billion is allocated to center operations contracts and $500 million to costs such as information technology (IT) infrastructure and transportation. Based on Job Corps'

Deliberative Draft/Not for External Distribution

current Policy and Requirements Handbook (PRH) and contract model, as well as historical data and other information available to DOL, DOL believes approximately 85 percent of the center operations costs are fixed (i.e., staffing and utilities), and only approximately 15 percent are tied to variable expenses that depend upon the number of students on campus (e.g., food, training materials, clothing). After the $1.05 billion and the $500 million, this leaves only $50 million (3 percent) each year to cover unforeseen expenses, making it increasingly difficult to absorb rising costs without compromising program quality.

To ensure a structurally balanced budget each year despite these pressures, the program has utilized multiple mitigation strategies, including deferring certain program needs and expenses, reducing National Office contracts, and using low On-Board Strength (OBS) and staff vacancy takebacks.[1]

**Addressing PY 24**

By Spring 2025 (PY 24), the Job Corps program faces a projected operating deficit of approximately $139.9 million. This operating deficit is expected to grow to at least $213 million in PY 25, based on known factors. In PY 24, Job Corps will need to utilize solutions like the vacancy takebacks and continuing to defer or eliminate planned projects to meet its obligations. Both are unsustainable measures and should be viewed as short-term solutions only.

The Job Corps Tri-Office team and ETA leadership have been actively conducting analyses, developing strategies, and taking principled and aggressive actions to reduce the budget deficit for PY 24 and PY 25. The team has consulted across DOL, including the Office of the Solicitor's (SOL) Division of Employment and Training Legal Services (ETLS) and Division of Management and Administration Legal Services (MALS), and the Office of the Assistant Secretary for Administration and Management's (OASAM) Office of the Senior Procurement Executive (OSPE) and Departmental Budget Center (DBC). As Job Corps contemplates additional actions, the program continues to take key considerations into account, including: (1) ensuring the financial viability of the current program year; (2) ensuring compliance with the Workforce Innovation and Opportunity Act (WIOA) and all relevant regulations, and other applicable law; (3) minimizing disruption for current students; (4) maintaining quality of service for students; and (5) ensuring long-term financial viability.

**PY 24 Actions Underway**

Job Corps program staff and leadership have already taken significant steps to mitigate ongoing and future expenses in the program and, cumulatively, have identified potential savings to date of more than $119 million for PY 24. Mitigation efforts currently underway and their estimated cost savings include:

---

[1] Under the fixed-price type center operations contract, price reductions occur for less than 100 percent OBS and for staff vacancies exceeding the 4 percent allowed.

000004

Deliberative Draft/Not for External Distribution

- Continue Staff Vacancy and Low OBS Takebacks. Approximately 88 center contracts are included in Job Corps' initiative to recover funding from operators of Firm Fixed Priced contracts that exceed the contractually allowable four percent staff vacancy provision. For PY 24, the combined Staff Vacancy and Low OBS Takebacks are estimated to save approximately $53 million;[2]
- Defer recurring program expenses, such as Career Technical Training program changes and training equipment replacement ($8.4 million); student Chromebook replacement ($4.6 million); and Physical Security Project Updates ($20 million); and
- Pause reestablishment of Carville Job Corps Center ($7 million) and eliminate or reduce services on National Office and Data Center Support contracts ($26 million).

## ANALYSIS

Though significant steps are underway to mitigate the projected shortfall, additional immediate steps are needed to address the entirety of the expected deficit. Job Corps recommends cost savings measures that somewhat exceed the projected deficit because the program's analysis of the shortfall is ongoing, and to account for unexpected costs in the coming year and savings from descoping contracts or from not exercising contract option years that turns out to be substantially less than projected. The scope of the actions considered are (all monetary amounts are estimates and subject to significant change depending on implementation date and approach):

- Descoping[3] additional National Office and training contracts ($8.6 - $12.8 million in PY 24 if the changes are implemented by January 31, 2025);
- Descoping center operations contracts ($6.5 - $8.3 million in PY 24 if the changes are implemented by January 31, 2025); and
- Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria (estimated $9 million or greater, if changes are implemented by January 2025).

These actions are explained in greater detail below in the Additional Actions Recommended for PY 24. In combination with the previously taken or underway actions discussed above, these recommended actions are projected to forestall the operating deficit for PY 24. That said, significant additional action will be required to mitigate projected growth in the operating deficit in PY 25 and onward.

---

[2] The OBS takeback was built into the Firm Fixed Price RFP and contract template which Job Corps began to adopt in 2019. The Staff Vacancy Takeback initiative was introduced in May 2022.

[3] "Descoping" as used in reference to contracts means reducing or eliminating some activity, deliverable, or level of effort required in an existing or planned contract, through a modification to the solicitation or contract, a termination of the contract in whole or part, by not ordering some optional tasks or otherwise.

3

Deliberative Draft/Not for External Distribution

**Additional Actions Recommended for PY 24**

These recommended actions are intended to address the remaining projected operating deficit for PY 24. For all actions contemplated, Job Corps will continue to take the five key considerations outlined above into account.

A. *Descoping Additional National Office Contracts and National Training Contracts*

1. Descope Additional National Office Contracts

   *Scope of Change*: The Office of Job Corps (OJC) has reviewed its National Office Support Contracts to identify tasks and initiatives that can be paused, eliminated, or brought "in house" in a reduced capacity to realize PY 24 savings. Anticipated additional contract changes include a range of items, including descoping of uniform supply requirements, revisions to requirements for data collection/analysis/reporting, research and evaluation activities, IT services, and marketing and communications contracts. It is important to note that these are estimates, and there is considerable uncertainty and risks on the timing and amount of savings ultimately realized. Descoping contracts will generally require negotiation, in some cases contractor approval, and there may be disputes about the amount of actual savings and unexpected impacts from the reduced work.

   *Estimated Savings:*
   o $8.6 - $12.8 million in PY 24 if the changes are implemented by January 31, 2025.

2. Reduction of Multiple National Training Contractor-Delivered Programs in Same State

   *Scope of Change*: Eight different National Training Contractors or labor management-affiliated organizations deliver Career Technical Training to students at Job Corps Centers around the country. OJC recommends reducing the number of like programs within Job Corps Centers in the same state. For example, the state of Massachusetts has a carpentry program delivered by the United Brotherhood of Carpenters at each of its three Job Corps Centers. OJC seeks to reduce the programs by half which would result in 30 fewer NTC instructors across their respective contracts but ensure that students would continue to have access to all training programs in close proximity.

   *Estimated Savings:*
   o To minimize disruption to students and maximize savings, OJC recommends winding down programs in PY 24 and effectuating the program reductions via bilateral negotiation and contract modification effective August 1, 2025, with the next Option Year award. Beginning in PY 25, annual savings estimates are between $4 - $4.5 million.

000006

Deliberative Draft/Not for External Distribution

### B. *Descoping Center Operations Contracts*

This recommended action includes descoping multiple components of current center operations contracts. This process involves communicating the planned changes to contractors in advance, allowing time for contractors to develop and submit their price negotiation response, and time for Job Corps Acquisition Services (JCAS), the Office of Financial Administration (OFA), and OJC to review and negotiate revised contracts with each contractor. As such, Job Corps recommends reaching out to contractors with proposed changes by December 19, 2024. This will ensure that all center operations contracts are modified and finalized by January 31, 2025, with five months of cost savings realized in PY 24. Outreach at a later time may result in reduced cost savings.

Total estimated cost savings for descoping center operations contracts for PY 24 is $6.4 - $8.3 million. JCAS will negotiate all center operations price reductions with the target savings in mind. However, because contractors have the right to propose and negotiate the price reduction, it is possible that the total target savings may not be fully realized. For example, given the nature of the firm fixed price contracts, the contractors may have entered into subcontracts or other arrangements that limit the impact of the cost savings. Note there is also a substantial risk that contractors may dispute DOL's proposed reduced price and absent amicable resolution, this could lead to litigation. The large number of contractors, with varying and competing interests, will add to the complexity of the negotiations.

1. Changes to Delivery of Oral Health Service Delivery at Centers

    *Scope of change:* Pursuant to the Job Corps PRH, every Job Corps Center must have a dentist for 3 hours per 100 students per week; a dental assistant for 4 hours per 100 students per week; and a dental hygienist for 3 hours per 100 students per week. Center operators subcontract with professionals at the prescribed levels; however, OJC subject matter experts have identified that these services are underutilized. Thus, instead of requiring each center to contract for a prescribed number of hours, OJC proposed that centers must have a (sub)contract with a licensed dentist to provide services, as needed. This would be a fee-for-service arrangement as opposed to a minimum number of hours for unused services.

    *Estimated Savings*:
    - $11 million annually and $4 - 5 million in PY 24 if the changes are implemented by January 31, 2025.

2. Elimination of PRH requirement for Evening and Weekend Studies (EWS) Program

    *Scope of Change:* All centers would stop providing a structured evening/weekend studies program that allows "struggling" students to complete a minimum of seven hours of additional instruction (e.g., digital literacy, study skills, preparation for tests). Centers

000007

Deliberative Draft/Not for External Distribution

would no longer submit a plan for EWS delivery and would not be required to provide staffing and monitoring during EWS hours. The center operator community has struggled to meet the EWS requirement since it was implemented and OJC does not anticipate a negative or disruptive impact to students.

*Estimated Savings:*
  o 16 centers (13 percent of all centers) reported an Evening & Weekend Studies Coordinator(s) (i.e., 17.5 full time equivalents (FTE))
  o Average hourly rate from Salary Supplement Report - $23.03/hour
  o Average annual rate from Salary Supplement Report - $47,900/year
  o The average annual rate time the 17.5 FTEs = $838,252/year

Overall, OJC does not have detailed data on how the 87 percent of centers staffed their EWS programs and thus cannot fully estimate projected annual savings or the PY 24 impact.

3. Changes to Delivery of Post-Enrollment "Placement" Services to Former Enrollees

*Scope of Change:* The term "Former Enrollee" (FE) means an individual who has voluntarily applied for and enrolled in the Job Corps program but left the program prior to becoming a graduate. WIOA permits, but does not require, the Department to provide FEs with three months of placement services. Job Corps requires centers to provide three months of Career Transition Services (CTS) to FEs (i.e., develop placement strategies, identify certification testing opportunities, identify job leads/ training opportunities) including at least monthly contact and documentation of all actions in case notes.

Instead of this approach, OJC proposes that centers refer Former Enrollees to the American Job Center serving the FE's home of record. WIOA Section 149 and 20 CFR § 686.720 state that the one-stop delivery system must be used to the maximum extent practicable to provide job placement services.

In PY 23, the total placement pool of graduates and FEs was 14,033; of those, 5,472 or 40 percent were FEs. Reducing services to FEs is expected to result in cost savings to the government via reduction in contracted CTS staff.

Center operators would likely have concerns about such a change. The Job Corps regulations, to align with the WIOA formula program requirements, require that Job Corps measure the performance of all *participants*, which includes both graduates and FEs, upon exit from the program. By changing the scope of services provided to FEs operators would have less control over FE outcomes, which could negatively affect their performance. As such, before implementing this strategy, OJC will consider how it will fairly weigh performance for FEs in compliance with WIOA. Appropriators and oversight

6

000008

Deliberative Draft/Not for External Distribution

bodies would likely look favorably upon this move toward sequential rather than redundant service delivery to eligible youth populations.

*Estimated Savings:*
- o   If OJC can execute by January 2025, estimated savings are approximately $2 - $2.5 million.

C. *Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria*

Given the immediacy of the operating budget shortfall, even in light of the previous actions detailed, OJC recommends examining PY 24 option year contracts for additional cost savings. Potentially not exercising an option year for a contract—and thus pausing[4] operations at a center—is not a decision Job Corps takes lightly. As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts. Nevertheless, DOL utilized a principled methodology to identify centers to not exercise its option, ensuring the approach is not only consistent with law but also within DOL's mission, in a way that is fair and rational, and best suited to the present budgetary circumstances.

For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. Attachment A describes the long-term methodology in full, but in short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10-years.

Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—the evaluation of centers. The following describes the approach taken to arrive at the recommendation:

The review focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget. The leading factor in formulating recommendations was the timing of contract option year awards. Specifically, 47 centers have contract renewals in PY 24 from January through June 2025. Examining centers with contract option year awards, staff then applied the composite risk rating (described in more detail in Attachment A) utilizing the Sustainability Rating Methodology to the centers. Only centers with scores in the bottom 50 percentile of those reviewed were retained for further review; this criterion narrowed the list

---

[4] Pausing means not exercising an option year, relocating students to other centers, and establishing a caretaking contract of the facilities. No center is being closed; later language in this document identifies conditions for unpausing a center.

000009

Deliberative Draft/Not for External Distribution

from 47 to 24 centers. Next, the onboard strength percentage was then analyzed, with staff analyzing each of the 24 centers' planned enrollment and compared to its actual enrollment. Staff identified 12 centers with OBS under 75 percent of planned capacity.

Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized, further narrowing the identified centers from 12 to 5.[5] Job Corps assessed these five centers based on the physical condition of the centers and the safety environment at the centers based on recent assessments and significant incident reports. Program staff also considered the number of centers in state and the general proximity of the center to other centers as well as eligible students in the state. Based on these factors, Job Corps is recommending Woodstock and Whitney M. Young as sites at which DOL would not exercise the next Option Year and pause operations. The program thinks that pausing operations at these two centers will generate sufficient savings.

Of the five centers, pausing operations at Woodstock would yield the second highest level of savings. In addition, given its current physical condition Woodstock is effectively uninhabitable. Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus neither having heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees. As a result, the 255 students were initially placed on administrative leave; however, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which now aligns with the program's winter break commencement. Woodstock is close to several other Job Corps centers, so transferred students will be reassigned to centers reasonably close to their home in alignment with WIOA's center assignment requirements.

Pausing operations at Whitney M. Young would yield the fourth highest level of savings of the five identified centers, just under $500,000 less than Charleston. Despite this difference, the location of the center, available students in Kentucky, and recent assessments led staff to recommend pausing operations at Whitney M. Young. Whitney M. Young is one of seven centers in Kentucky, in reasonably close proximity to other centers in Kentucky, as well as centers in Indiana and Ohio. There are fewer centers in proximity to Charleston and more eligible youth in West Virginia, which argued for maintaining operations at Charleston. In addition, while both centers have had safety and discipline issues, recent issues at Whitney M. Young are such that staff is concerned about the continued presence of students there. During a targeted assessment in October 2024 in response to a student death, DOL identified substantial, repeat findings first reported to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16–17-year-old minor students. In October, when the student death occurred, records indicated the deceased student as well as others had

---

[5] While pausing operations at Keystone would yield the greatest savings, because that contract is for the operation of two centers, taking the necessary contractual action to pause operations may not yield significant savings.

000010

Deliberative Draft/Not for External Distribution

incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety.

The USDA Forest Service Civilian Conservation Centers were not considered as candidates for pause for PY 24 because those centers are operated through an inter-agency agreement (IAA) between DOL and the USDA rather than through a contract with option years. Pausing a USDA center is a lengthier and more complicated process due to the provisions of the IAA, especially concerning federal personnel, and thus did not present a viable opportunity for savings this program year. The Department's current appropriations law prohibits the use of funds to alter or terminate the IAA with the USDA.

<u>Process for Pausing a Center:</u>

Should a recommendation be approved to pause a center, JCAS would communicate to the contractor not less than 30 days prior to the end of the current contract period that the contractor's next option will not be exercised. In that notification, DOL will also communicate the process the contractor will follow to "transition" the center to on-pause status, so that by the last day of the center operator's current contract, all necessary actions to transfer students, records, equipment and supplies are complete. In addition, JCAS will work to set up caretaker services for the center during the pause period and award contracts to set up Outreach and Admissions services for the geographical recruitment zone that was covered by the center operator. The students would be relocated to nearby centers and the center would have a caretaking contract put into place to secure and maintain facilities.

<u>Considerations for Unpausing a Center:</u>

Job Corps recommends unpausing a center when the program can maintain a structurally balanced budget without a projected shortfall. Understanding that the program will most likely not receive an infusion of resources for PY 25, staff are planning to utilize the Sustainability Rating system holistically, across all centers, to ensure program viability for the PY. Job Corps also recognizes that any costs savings realized by pausing a center will be reduced by the cost of the caretaker contract.

*PY 25 and Beyond*

While currently underway and required actions for PY 24 are projected to mitigate the immediate operating deficit, additional action is required to ensure the medium- and long-term financial stability of the Job Corps program. OJC has developed a long-term sustainability analysis of centers. OJC's approach is based on asset management and performance-based methodology. Criteria considered include physical structure, deficiencies, FEMA Risk Score as well as a center's program performance over a ten-year period. The program indicators are onboard strength, graduation rate, and job training match to industry.

000011

Deliberative Draft/Not for External Distribution

## OTHER DOL AGENCIES INVOLVED

ETA worked closely with SOL's ETLS and MALS divisions, as well as OASAM's OSPE and DBC, to analyze the budget deficit and develop and implement strategies to reduce it.

## OTHER FEDERAL AGENCIES INVOLVED

USDA Forest Service operates 24 centers known collectively as the Civilian Conservation Centers. For the reasons discussed above, the USDA Forest Service centers were not considered for a pause in PY 24.

## CONGRESSIONAL INTEREST

Congressional interest is anticipated in response to the actions detailed here, particularly from state Congressional delegations in Maryland and Kentucky that would potentially be impacted by the decision to pause operations at select Job Corps Centers.

## DUE DATE FOR APPROVAL

Wednesday, December 18, 2024.

Job Corps seeks near immediate approval of this request to maximize time and potential contract savings.

## EXPEDITED APPROVAL REQUEST

I acknowledge that I am requesting approval by December 18, 2024, which does not meet OSEC's required 30-day timeframe and will, therefore, require expedited Departmental clearance and OSEC review and approval. Potential contracting amendments require a 31-day notice; as such, ETA seeks expedited clearance in order to initiate formal negotiations and communications with the contracting community as soon as possible.

## CONTACT

Brittany Stich
Deputy Assistant Secretary for Employment and Training
████████████████

## ATTACHMENTS

- Long Term Sustainability Rating Methodology

000012

Attachment

Long Term Sustainability Rating Methodology

For long-term sustainability of the program, Job Corps developed a comprehensive risk rating system. The Sustainability Rating Methodology considers two primary criteria: risk and performance. There are multiple measures within each criterion:

- The Risk category estimates operational risk based on current and future facilities risk. The *Current Status* category combines two factors: *Condition Assessment Risk Rating* and *Unfunded Backlog Risk Rating*. A *Future Risk* category is composed using FEMA's climate hazard exposure rating at the county level in which the center is located and estimates severity and likelihood of future hazards.

- The Performance category uses multiple measures of performance to estimate and score programmatic outcomes and financial efficiency of centers' past 10-year performance average for each criterion, including: 1) Average OBS Rating; 2) Graduation Rating; and 3) Job Training Match (JTM) Placement Rating. For each item, a center is assigned a value from 1 to 10 based on their percentile ranking of centers.

- Category and Item Weighting is assigned to the six items and two categories reflected in the analysis and can be adjusted to determine centers' *Sustainability Score*. The importance of each item and category may vary depending on the questions that the National Office is addressing.

- The Eligibility category is not built into the model but is included as contextual data. Eligible youth include 16- to 24-year-olds living below their state poverty level. The number of eligible youth is divided by the number of Job Corps contracted slots in the state.

000013

**DECISION**

**SUBJECT:** Job Corps Program Years 2024 and 2025 Budget & Recommended Actions

**RECOMMENDED COURSE OF ACTION:** Approve the review of Job Corps Center Option Year awards and resulting two center pauses, based on modified sustainability analysis criteria.

Approved: _Julie Su_____

**Date:** _____December 18, 2024_____

**Let's Discuss:** _____

**Date:** _____

**COMMENTS:**

000014



000015



OCIO kicks off, passes to Mr. Rodriguez to kick it off. Passes to John.



John

This slide is snapshot based on what we know today.

As we've faced a largely flat budget and increasing financial pressures over the last few years, we have had to make decisions to defer program expenses. More recently we have utilized both takeback and cutting of national office contracts to ensure we have a balanced budget each year.

This is what we mean by an operating deficit. We However, defer costs or use other mitigation strategies to ensure we balance our budget each year. This is getting harder and harder.

As we look at our current PY year through June 30, 2025, we estimate an operating deficit of up to $139.9MM. While it will be challenging, with mitigation measures and decisive action we have taken - that we will discuss in detail in a few slides, we do not anticipate a shortfall. We will be able to balance our budget.

However, because we are deferring costs and financial pressures continue to rise, we anticipate an even larger operating deficit for PY 25. While we will continue to maximize the usage of principled mitigation strategies to offset the deficit—given current funding levels—without further austerity actions, we anticipate a shortfall, likely in Q3 going into Q4 of PY 25 (March 2026 and beyond).

We also want to be clear about identifying our unknowns. This is a point in time analysis. There are certain unknows – including the full impact of the Service Contract Act, impact of both known and unknown minimum wage increases, and RFP 2.0 implications, which we will talk about later. We will learn more as we review Requests for Equitable Adjustment (REA)

In short – we will continue to refine our analyses as our unknowns become known. We will re-run this analysis on an ongoing basis.

However, the message here is not that we will wait until we have more data – we are acting quickly based on what we know today to ensure we address these urgent challenge.

000017



OFA -2

Flat appropriation since 2018
Spike in inflation due to COVID
Reduced buying power
Over $2B to maintain $1.6B budget

000018



OFA and JCAS

OFA to lift up wage comparability and wage compression challenges

(pass to Jillian to talk about wave 2 of FFP contracts)

We anticipate that the 2nd generation of fixed price contracts will be priced higher, as contractors reflect their own lessons learned, and as DOL pressures contractors to recruit and retain staff with better wages. This adds to financial pressure.

DOL has projected that bids will come in approx. 20% higher than in the past. We can anticipate market pressures to continue to impact pricing. Those pressures include the impact of FLSA related wage thresholds, wage compression resulting from minimum wage increases, increased food and energy costs, as well as increases in staff salaries required to enable contractors to meet DOL's expectations related to recruiting and retaining staff.

The cost of the three federal contractor minimum wage Executive Orders is estimated at $53 million. DOL would not expect to realize this as savings however. The challenge would be lowering salaries of existing employees and creating a mass exodus or pay equity issues at centers.



OFA – No TPs in OSEC presentation deck

000020



Erin

Of the program's $1.6 billion annual appropriation for Operations, approximately $1.05 billion is tied directly to Center Operations contracts, and $500M is tied to other recurring costs such as USDA Forest Service-operated centers, Job Corps' modernization initiatives, IT infrastructure, National Training Contracts, student pay, and transportation services.

Once the $1.05 billion is placed on Center Operations contracts, approximately 85 percent of this amount goes toward fixed costs. The leading fixed costs include staff wages and benefits as well as utilities and insurance. These expenses are largely constant and would not decrease during times of enrollment decreases.

Consistent with the current policy and contractual requirements related to staff vacancy rates, Job Corps cannot quickly reduce staff at times of low enrollment

The goal is to have Job Corps operate all its centers at 100% student capacity and to have a 4% staff vacancy rate to achieve that goal--and run a safe and successful program.

At every center, new students enroll, and existing students graduate every week. This ongoing cycle necessitates a stable and consistent baseline of teachers, administrators, counselors, health and wellness staff, and security staff to keep the center running safely and effectively.

Yet during periods of prolonged low enrollment, there are understandable questions about the 4% staff vacancy mandate. We are reviewing the requirement with consideration for the fact that centers must retain baseline staff including for safety and security reasons.

With approximately 85% of the contractor spend accounted for, 15 percent remains for variable expenses that relate to the number of students at each center such as food, training materials, recreation programming, and uniforms.

The remaining balance of $500 million in the annual Operations budget covers the cost of USDA Forest Service-operated centers, Job Corps' modernization initiatives, IT infrastructure, National Training Contracts, Student pay, and Transportation services.

As part of our mitigating strategies, approximately $20-$25M in expenses have been removed from this year's spending plan, and OJC has deferred IT updates such as replacing center staff and student workstations (i.e., desktops, laptops/tablets, Chromebooks).

Ultimately, the program is left with only $50 million, representing three percent, as a contingency to respond to unforeseen expenses.

000021



John – see script: Congressional Briefing Script 1.10.25_730am.docx

Explain Center "Pause" vs "Closure"
All of the things we're doing to support students and JC community (e.g., process for minors, DOL on site, virtual calls, regular meetings with center)
How we managed flat budget last few PYs but not insufficient.

000022



At this time, I'll turn back to AS Rodriguez for any questions:

Question "Will there be more center pauses?":   Absent additional funding, DOL plans to continue analysis of its mitigation strategies to ensure a balanced budget.

Question "When did you know"?:  (ADRIENNE) We knew in the spring that there were budgetary concerns, and we undertook an analysis. In the fall, we identified an estimated deficit amount and began implementing mitigation strategies. Then, in the late fall, we realized our mitigation strategies would not be enough, so we took additional steps to pause two centers.

Question "Did you include this in your quarterly reports to appropriators?": (ERIN) We are not aware of that financial reporting requirement; but in terms of WIOA-required financial reporting, No, we did not as the reporting requirements described in WIOA Sec 161 were temporary and they concluded in 2019.

000023

Draft/Deliberative/Not for distribution

TPs and FAQ
Updated: 12/20/24

Talking Points ................................................................................................................. 1

    Toplines ..................................................................................................................... 1

    How we got here ........................................................................................................ 1

    Action To Date .......................................................................................................... 2

    Additional Actions for Fiscal Resilience ................................................................. 2

    Our Approach ............................................................................................................ 3

Q&A ............................................................................................................................... 5

## Talking Points

### Toplines

- A Critical Crossroads: Job Corps is facing a significant operating deficit for PY 24— approximately $140 million—despite identifying potential actions that we expect to save approximately $119 million, there would still be a shortfall of about $20M. This deficit is projected to grow in PY 25 and beyond.
- Without decisive action now, this gap threatens the sustainability of the program that has empowered countless young Americans. We will walk you through the additional actions we plan to take to address the shortfall. This plan will be shared with the Job Corps contractor community this week.
- We have a small window where the contracts are open for making changes, and as we prepare for changes that the next Administration may take. Every month that goes by without action, puts the program in a worse financial position.
- These are difficult but necessary steps to help ensure the long-term stability and success of the Job Corps Program, as well as ensure we have a balanced budget for this year.
- These actions are designed not only to address the immediate deficit but also to better position Job Corps for financial and operational sustainability in the years ahead. Absent additional funding from Congress or other steps, these fiscal challenges will not go away in PY24, and in fact will only grow in the coming years.

### How we got here

- Flat Funding: The Job Corps budget has remained largely flat at $1.6 billion since 2018. If simply, adjusted for inflation, it would exceed $2 billion in 2024. A largely flat budget over time for the Job Corps program effectively equates to a budget cut when inflation and rising operating costs are taken into account.
- Escalating Costs: Inflation and wage pressures have raised operating costs, driven by wage pressures and pay adjustments for USDA Forest Service employees.

000030

Draft/Deliberative/Not for distribution

- <u>Fixed Costs Dominate</u>: Approximately 85% of center operations costs are fixed costs, such as staffing and utilities, leaving limited funding from the annual budget for unforeseen expenses or to absorb rising costs.

Action To Date

- <u>Cost-saving Measures/ Proactive Action</u>: Job Corps has been actively managing its budget given these conditions. The program has used mitigation strategies, including deferring projects, and taking back funding – from center operators for low student enrollment and for staff vacancies- to ensure balanced budget.
- <u>Proactive Action</u>: DOL has already identified over $119 million in potential savings for PY 2024 (ending in June 2025) through steps we have or will take including:
  - Leveraging center operations contract price reductions that result from centers operating at less than full on-board strength OBS and/or center staff vacancies.
  - Deferring expenses like training equipment replacement and security upgrades
  - Pausing projects, such as not reestablishing operations at the Carville Job Corps Center

Additional Actions for Fiscal Resilience

- These cost savings measures, however, are not enough based on our projections for PY 24 (ending in June 2025 – where we anticipate an approximately $140M deficit)
- Thus, this week, we plan to begin implementing additional actions to ensure we have a balanced budget for PY 24 and to ensure we are taking action in a principled way – maintaining program quality, minimizing disruption for students, and taking steps to help ensuring long-term viability of the program

1. Maximizing Efficiency & Optimizing Operations
   - *We will begin to strategically descope contracts with center operators and national office contractors to ensure better efficiency of operations. Examples of these include:*
     - *Reducing Oral Health Services*: Currently, centers are required to hire dental professionals for a set number of hours, but many of these services are underutilized.
     - *Leveraging Community Resources for Former Enrollees*: Former enrollees who leave the program before graduating currently receive three months of placement services through Job Corps staff. By leveraging services available through the existing network of American Job Centers to provide post-enrollment services to former enrollees, DOL aims to avoid duplicating efforts allowing the Department to focus Job Corps resources where they make the greatest difference.
   - We will communicate these changes to center operators at a call on Thursday, December 19th. This will start the negotiation process between DOL and the contractors, with the goal of negotiating permanent price reductions on all center contracts across the U.S., reflective of the reduced scope.  Our plan is that such reductions will be finalized by January 31st, enabling the program to realize five months of savings.

   - These are contract negotiations. Because contractors have the right to negotiate the price reduction, it is possible that the total target savings may not be fully realized.

2. Targeted Center Pauses:

000031

Draft/Deliberative/Not for distribution

- o  Job Corps will not exercise its option at two centers and will not otherwise re-procure center operations for these two centers, effectively pausing these centers while Job Corps works on its financial sustainability.

- o  This is not a decision Job Corps takes lightly.

- o  As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts.

- o  Nevertheless, we utilized a principled methodology to identify centers to not exercise Job Corps' option. We have ensured that the approach is consistent with law and with DOL's mission, is fair and rational, and is best suited to the present budgetary circumstances.

Our Approach

- For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. In short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10 years. Risk criteria included physical structure, deficiencies, FEMA Risk Score. The center's program performance over a ten-year period includes onboard strength, graduation rate, and job training match to industry.

- Because of the immediate need to achieve sufficient savings to reconcile the program budget in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—its decision.

- Because of the need to generate savings in PY24, staff first identified centers with contract option year awards between January and June. To these 47 centers, Job Corps staff then applied the composite risk rating. Only the 24 centers with scores in the bottom 50 percentile of those reviewed were further considered. The onboard strength percentage was then analyzed, with staff identifying 12 centers with under 75% of planned capacity.

- Because the program's overarching concern is to limit the impact of this exercise on current and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized and assessed the remaining centers based on the physical condition of the centers and the safety environment at the center based on recent assessments and significant incident reports. Program staff also considered the number of centers in state and the proximity of the center to other centers as well as eligible students in the state.

- Centers where we plan to not exercise options:
  - o  Whitney Young – Simpsonville, Kentucky
  - o  Woodstock – Woodstock, Maryland

- Job Corps will ensure that students have the option to be transferred to the center that is nearest to their home offering their desired trade, consistent with WIOA.

000032

Draft/Deliberative/Not for distribution

- Impacted staff at these centers will be supported through introductions to centers with open vacancies, as well as connections through our workforce system (AJCs & unemployment). It is important to note that this support is not contractually required and is not generally provided to contractors when an agency declines to exercise an option year.

- Going Forward
    - These fiscal challenges will only continue to grow absent additional congressional funding. Job Corps program will need to continue to make tough decisions to balance the budget in the coming years
    - Job Corps has developed a long-term sustainability analysis of centers, as mentioned previously. Job Corps' approach is based on asset management and performance-based methodology. Criteria considered include physical structure, deficiencies, FEMA Climate Risk Score as well as a center's programmatic performance over a ten-year period. The program indicators are onboard strength, graduation rate, and job training match to industry.
    - We will engage with the contractor-community and other stakeholders in January around what steps can be taken to increase efficiency while maintaining quality as well as conduct briefings with the Hill.

000033

Draft/Deliberative/Not for distribution

Q&A

1. **Why are you taking these actions now? Can this wait?**

   - We have a small window where the contracts are open for making changes, and as we prepare for changes that the next Administration may take. Every month that goes by without action, puts the program in a worse financial position.

   - Job Corps is facing a significant operating deficit for PY 24—approximately $140 million, despite identifying potential actions that may save approximately $119M. However there would still be a shortfall of about $20M. This deficit is projected to grow in PY 25 and beyond.

   - Without decisive action now, this gap threatens the sustainability of the program that has empowered countless young Americans. This plan will be shared with the Job Corps community this week, including students impacted and center operators.

     - These are difficult but necessary steps to help ensure the long-term stability and success of the Job Corps Program, as well as ensure we have a balanced budget for this year.

   - Every action is designed not only to address the immediate deficit but also to better position Job Corps for financial and operational sustainability in the years ahead. Absent additional funding from Congress, these fiscal challenges will not go away in PY24, and in fact will only grow in the coming years.

2. **Why is the Job Corps program facing a budget shortfall?**

   - The shortfall is the result of a combination of factors, including years of a largely flat budget, coupled with steadily increasing operational costs. Our costs have significantly outpaced our budget. We are actively working to identify areas where savings can be made while ensuring that our core services remain intact.

3. **Has the Administration requested funding increases for the Job Corps?**

   - Administration budgets have requested increases for Job Corps, but Congress has provided only marginal funding increases over the past several years. In particular, the FY2023 Budget requested a $30 million increase for the program, but Congress only provided a $12 million increase. The FY2024 Budget requested a $75 million increase for the program, but Congress enacted flat funding.

4. **Will student services be impacted by this budget shortfall?**

   - The Job Corps program is committed to providing quality services to our students and ensuring that any impact to students will be minimal. We will ensure that the essential components of our services remain intact, and that students continue to receive the high-quality training and support they need to succeed.

5. **Are any Job Corps centers going to close due to this shortfall?**

Draft/Deliberative/Not for distribution

- No.  Job Corps plans to place two centers in a paused status. This means that those centers will temporarily cease operations, and their services will be suspended, but there will be limited caretaker activity to keep the center available for future use.  These Centers may resume operations when Job Corps can maintain a structurally balanced budget without a projected shortfall.

6.  **What will happen to the students currently at the centers that will be paused?**

- Students currently enrolled at centers slated to enter a paused status will be given the option to transfer to the center closest to their home that offers their desired training program. Job Corps will make every effort to make transitioning to a new center a seamless experience for those students.

7.  **Will jobs be lost as a result of centers pausing ?**

- Other than our 24 centers that are operated by the USDA/US Forest Service, Centers are staffed with employees who work for Job Corps operators, and are not federal employees. The operators are largely private contractors who each operate multiple centers in addition to those slated to be placed in a paused status. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees.   However, staff at a center that is paused may experience job loss.  The Department of Labor will facilitate introductions with area American Job Centers so that workers may complete job applications and unemployment insurance claims as quickly as possible. For those interested, Job Corps can also share information about other centers with staff openings.

8.  **How will the Job Corps program address this shortfall without impacting students directly?**

- We will look for savings through more efficient management of contracts with the national office, particularly in areas that are ancillary to the core services provided as required under the Workforce Innovation and Opportunity Act (WIOA). We are focused on scaling back ancillary services while ensuring that the core services students rely on remain unaffected.

- Students attending the centers that are placed on a paused status will be given the option to transfer to the center closest to their home and that offers their desired training program.

9.  **Will this shortfall result in cuts to the program's contracts?**

- Yes, we are reviewing our contracts and making adjustments to remove contractual requirements where they make sense and are not legally required.  We believe this will reducing costs and prioritizing funding for services directly benefiting students.

10. **How was this shortfall not foreseen before now?**

Draft/Deliberative/Not for distribution

- This gap between funding and expenses has been known, with operating costs steadily rising and the program's budget remaining largely flat over several fiscal years. Job Corps has been actively managing its budget given these conditions. The program has used mitigation strategies, including deferring projects, reducing national office support contracts, and taking back funding from contractors for low student enrollment and for unused staff allowances. These ongoing mitigation strategies continue, but are not enough for this program year. These additional steps are in line with Job Corps approach to balance the budget while keeping students at the forefront.

11. **Is the Department of Labor planning to ask for additional funding to cover this shortfall?**

- We are exploring every avenue to find savings within our existing budget. Our goal is to manage this challenge without impacting our core mission or the services provided to students. We look forward to working with Congress to ensure sustainability of the program.

12. **How can the public be assured that the Job Corps program is still effective despite this budget shortfall and low enrollment numbers?**

- The Job Corps program has a strong track record of helping young people gain the skills they need for successful careers. Recent job placements into in-demand industries such as hospitality, construction, shipbuilding, and automotive repair, among many others, affirm the program's relevance to prepare the next generation's workforce. Even with the budget challenges, we remain committed to our mission and are prioritizing resources to maintain our most impactful services.

13. **Will the Job Corps program still provide the same level of career training and education to students?**

- Yes, Job Corps will work to provide career training, education, and other core services with minimal disruption to students. We are focusing on areas where we can achieve savings that will not affect the quality or accessibility of the core programs our students rely on.

14. **How did this happen? Is this financial mis management?**

- Since, 2018, the Job Corps budget has remained largely flat at $1.6 billion. If that budget had been adjusted for inflation, it would exceed $2 billion in 2024. A largely flat budget over time for the Job Corps program effectively equates to a budget cut when inflation and rising operating costs are taken into account. In spite of rising costs due to inflation and focusing resources on the demands of staff recruitment and retention, we have taken active steps to ensure we have a balanced budget each year. The program has used mitigation strategies, including deferring non-mandated projects, reducing national office support contracts, and taking back funds from contractors when permissible for low student enrollment and staff vacancies - to ensure a balanced budget. Unfortunately, those mitigation strategies are no longer enough and additional decisive, principled action is needed.

Draft/Deliberative/Not for distribution

**15. What do we need from Congress?**

- We are going to be working closely with students and contractors who will be affected by the pause. We will be working to identify employment opportunities for impacted staff at other centers and we will be working to offer the students new placements at the center closest to their home that offers their desired trade. We need your help in partnering with us as we work to minimize disruptions to both students and staff. We hope you will stay in close touch as you are hearing from students and contractors who are affected. And as Congress considers a full year spending bill for FY25 and beyond, working together to ensure the program has the resources it needs.

**16. Do these actions fix the budget for future years?**

- While currently underway and required actions for PY 24 are projected to mitigate the immediate operating deficit, additional action is required to ensure the medium- and long-term financial stability of the Job Corps program.

**17. How many centers are non-federally operated?**

- 99 centers non-federally operated

**18. What OBS do we target for our centers?**

- Each center has a planned design capacity resulting in a planned Onboard strength number (i.e., the number of students that the center can have at any one time.) The OBS number is stated in the operator's contract.

**19. What kind of resources are we providing to students who are being transferred?**

Whitney Young:

- To support impacted students, Job Corps National and Regional Office staff will conduct in person and virtual meetings with Whitney Young students starting today (Thursday). We have a team on the ground.

- We will inform the students that their centers will be pausing operations and that they will transfer to a center close to their home that offer the desired trade. In preparation, the Office of Job Corps is preparing a cross walk of the training offerings at Whitney Young to identify availability in those programs for the transferring students at other centers.

- The Whitney Young students' personal property has been packed and stored for the break. This will allow a seamless ability to send their items to their new center.

- During the winter break, the Whitney Young Center staff will work with the students to transfer students to their new center. Job Corps hopes to complete transfers for Whitney Young students no later than the end of winter break, January 5, 2025.

- We have also set up a dedicated email address for students, Job Corps staff, operators, and any other affected stakeholders. That email address is Assistance@jobcorps.org.

Woodstock:

000037

Draft/Deliberative/Not for distribution

- To support impacted students, on Friday, December 20, 2024, Job Corps National and Regional Office staff will hold a virtual meeting for Woodstock students. Job Corps expects to hold an in-person meeting with students in the new year. The timing of this meeting is contingent upon improvements to health and safety conditions that have prevented students from being on campus.

- In preparation, the Office of Job Corps is preparing a cross walk of the training offerings at Woodstock to identify availability in those programs for the transferring students at other centers.

- During the winter break, the Woodstock Job Corps Center staff will work to transfer students to nearby centers which have the students training programs available.  Job Corps plans to complete transfers for Woodstock no later than January 31, 2025.

- Woodstock students have been on administrative leave since Thanksgiving. Following winter break, students will return to Woodstock in January to secure their personal property to have it shipped to their new center. Additionally, federal staff will be onsite in tandem with the students' return to collect personal items.  Federal staff will reassure students and engage in conversations as relocations occur.

- We have also set up a dedicated email address for students, Job Corps staff, operators, and any other affected stakeholders. That email address is Assistance@jobcorps.org.

**How are we specifically supporting students who are minors?**

- Job Corps will transmit correspondence to the parents of minor students no later than December 20, 2024, as parents must authorize the relocation of minors under the age of 18.  Counselors will work with students, parents or guardians to identify a center close to their home that offers the trade being pursued by the student.

20. **How would a lapse in appropriations impact this plan?**

- As a general matter, operations at all Job Corps centers will continue in the event of a lapse in appropriations.

- The work to pause the two centers – Whitney Young and Woodstock – will be carried out by contractors and that work will continue in the event of a lapse in appropriations with minimal oversight from federal staff.

- The Department is assessing whether any of the other actions described above could continue in the event of a lapse in appropriations.

21. **Where should they send people if they hear from families or other constituents who have questions?**

- Job Corps has setup a dedicated email address for students, Job Corps staff, operators, any affected stakeholders – to submit questions. That email address is Assistance@jobcorps.org.

22. **Why these centers?** (for public consumption)

- The Department of Labor developed a principled approach to make sure the program remains adaptable to rising costs and evolving challenges, with student safety, health and wellness at the forefront.

Draft/Deliberative/Not for distribution

- The decision to temporarily pause operations at the Woodstock Job Corps Center and the Whitney M. Young, Jr. Job Corps Center is guided by the need to minimize disruption for current students while preserving the high-quality services that prepare them for successful futures. The department considered several factors when making the decision to temporarily pause these sites, including physical conditions of the center, safety environment at the center, student enrollment and retention below contractable agreement, and geographic proximity to other Job Corps sites and the number of eligible students in the state.

- Job Corps will work to ensure that students have the option to transition to the center closest to their home that offers their desired training program, and impacted staff will be supported through introductions to centers with open vacancies.

**24 (b). Why these centers?** (for congressional briefings and stakeholders)

- DOL utilized a principled approach. The approach focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget, with a focus on minimizing impact to students and maintaining quality of service.

- The department considered several factors when making the decision to temporarily pause these sites, including physical conditions of the center, safety environment at the center, student enrollment and retention below contractual agreement, and geographic proximity to other Job Corps sites and the number of eligible students in the state, while minimizing disruption for students by limiting the total number of center pauses needed.

- Job Corps sought to minimize the number of centers where operations would be paused, to select centers where current conditions have negatively impacted student outcomes, and to choose centers where disruption to students and applicants would be minimal, and where students could be transferred to a center as close to their home as possible.

- Because of the immediate need to achieve savings in PY 24, Job Corps developed a system for the evaluation of centers.

  o For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. In short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10 years.   Risk criteria included physical structure, deficiencies, FEMA Risk Score. The center's program performance over a ten-year period includes  onboard strength, graduation rate, and job training match to industry.

  o Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—its decision.

- The factors used to evaluate the centers included:

  o Centers with contract options this program year. Because of the need to achieve savings in PY24, DOL only looked at centers with contract option years between January and June 2025.

Draft/Deliberative/Not for distribution

- o Overall facilities and center performance. DOL used a long-term composite risk rating — this is based on both facilities risk and performance of centers across the past 10 years — to rank centers and only considered centers with scores in the bottom 50 percentile of centers considered.

- o Student health and safety. Job Corps assessed centers based on the safety environment and physical center conditions at the center based on recent assessments and significant incident reports.

- o Enrollment and retention – filling student capacity (and contractable agreements) is important to successful centers so centers are operating efficiently and not underutilized and wasting government resources. Therefore, only centers with On-Board Strength (OBS) percentage under 75% were considered for pauses.

- o Limiting the number of total pauses - Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized.

- o Geographic factors – The number of centers in state and the general proximity of the center to other centers as well as eligible students in the state.

- The combination of these factors resulted in the selection of two centers. The two centers that will be paused are Woodstock (MD) and Whitney M. Young (KY).

**Woodstock**

- o Number of currently enrolled students (as of 12/12/24): 254

- o OBS (as of [12/12]): 59.3% (254enrolled students and planned capacity is 428)
- o Centers in close physical proximity:
    - Woodland Job Corps Center in Laurel, MD (22 miles)
    - Potomac JCC in Washington, DC (49 miles)
    - Harpers Ferry JCC in Harpers Ferry, WV (53 miles)
    - Keystone JCC in Drums, PA (171 miles)
    - Edison JCC in Edison, NJ (178 miles)
- o Additional Note: The Philadelphia JCC in Philadelphia, PA and the Wilmington JCC in Wilmington, DE are also in close proximity. However, they are fully non-residential locations.

Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus neither having heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees. Given its current physical condition, Woodstock is uninhabitable. As a result, the currently enrolled 254 students have been placed on administrative leave while the program has sought to make necessary repairs.; However, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which aligns with the program's winter break commencement.

Draft/Deliberative/Not for distribution

Woodstock is in close physical proximity to several other centers so transferred students will be reassigned to centers that offer their desired training program and that are closest to their home in alignment with WIOA's center assignment requirements.

**Whitney M. Young**

- o   Number of currently enrolled students (as of 12/12/24):  158
- o   OBS (as of [12/12]): 49.7% (158enrolled students and planned capacity is 318)
- o   Centers in close physical proximity:
    - Cincinnati JCC in Cincinnati, OH (94 miles)
    - Great Onyx JCC in Mammoth Cave, KY (109 miles)
    - Atterbury JCC in Edinburgh, IN (108 miles)
    - Frenchburg JCC in Frenchburg, KY (115 miles)
    - Muhlenberg JCC in Greenville, KY (144 miles)
    - Dayton JCC in Dayton OH (145 miles)
    - Carl D. Perkins JCC in Prestonberg, KY (172 miles)
    - Earle C. Clements JCC in Morganfield, KY (175 miles)
    - Pine Knot JCC in Pine Knot, KY (177 miles)

Non-compliance with attendance policies and inability to account for student whereabouts have created significant student safety concerns at Whitney M. Young. During a targeted assessment at Whitney M. Young in October 2024 in response to a student death, DOL identified substantial, repeat, and unaddressed findings first reported by DOL to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16– and 17-year-old minor students. In October 2024, when the student death occurred, records indicated the deceased student as well as others had incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety.

For reference purposes (For internal purposes):

| Job Corps Total - Requested vs. Enacted (Dollars in Thousands) | | | |
|---|---|---|---|
| **Fiscal Year** | **Requested** | **Enacted** | **Difference** |
| 2025 | $1,764,376 | | |
| 2024 | $1,835,467 | $1,760,155 | -$75,312 |
| 2023 | $1,778,964 | $1,760,155 | -$18,809 |
| 2022 | $1,754,759 | $1,748,655 | -$6,104 |
| 2021 | $1,015,897 | $1,748,655 | $732,758 |
| 2020 | $1,015,583 | $1,743,655 | $728,072 |
| 2019 | $1,296,938 | $1,718,655 | $421,717 |
| 2018 | $1,448,444 | $1,718,655 | $270,211 |
| 2017 | $1,754,590 | $1,704,155 | -$50,435 |
| 2016 | $1,715,944 | $1,689,155 | -$26,789 |
| 2015 | $1,688,155 | $1,688,155 | $0 |

Draft/Deliberative/Not for distribution

Draft/Deliberative/Not for distribution

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

State Delegation Briefing Talking Points

Toplines ........................................................................................................................... 1

An overview ..................................................................................................................... 1

Actions To Date ............................................................................................................... 1

Additional Actions for Fiscal Resilience ......................................................................... 2

A Principled Approach ..................................................................................................... 2

Kentucky Delegation Briefing ............................................................................................. 4

Toplines ........................................................................................................................... 5

Timing and how we are supporting students .................................................................... 5

Closing Comments ........................................................................................................... 6

Maryland Delegation Briefing .............................................................................................. 6

Toplines ........................................................................................................................... 7

Timing and how we are supporting students .................................................................... 7

Closing Comments ........................................................................................................... 8

### Toplines

- Thank you for joining us for our briefing today. We will cover a few pieces:
  - An overview of the actions Job Corps is taking to ensure a balanced budget
  - The principled approach we took when taking these actions
  - Next steps for the [**Whitney M. Young** (KY) / **Woodstock** (MD)] Job Corps center in your community– including the timing and how we are supporting students

### An overview

- Today we are sharing two new actions we are taking to help secure the long-term stability of the Job Corps program and ensure this critical program operates within Congressionally appropriated funding levels.
- Specifically, the department will enter into negotiations with contractors who operate the non-federally operated Job Corps Centers nationwide in order to achieve savings that minimally impact services to students at those centers.
- The department also will need to temporarily pause operations at the Woodstock Job Corps Center in Woodstock, Maryland and the Whitney M. Young, Jr. Job Corps Center in Simpsonville, Kentucky.
- We met with center operators of these centers on Wednesday and asked that those teams meet with their staff prior to our meetings today. We also met with all center operators, as well as center directors and other members of the Job Corps community earlier today to communicate these decisions. We also have a team onsite today at one (Whitney Young) of the centers. In-person and virtual meetings with students will occur this afternoon at Whitney Young. For Woodstock students, a virtual meeting will occur on Friday.

000043

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

- Job Corps is facing a significant operating deficit for PY 24—approximately $140 million—despite identifying potential actions that we expect to save approximately $119 million, there would still be a shortfall of about $20M. This deficit is projected to grow in PY 25 and beyond.
- Without decisive action now, this gap threatens the sustainability of the program that has empowered countless young Americans.
- These actions are designed not only to address the immediate deficit but also to better position Job Corps for financial and operational sustainability in the years ahead.

## Actions To Date

- Job Corps' budget has remained largely flat for the past several years despite rising program costs. In the last four years, the Job Corps Program has taken a principled and balanced approach to its budget management to more efficiently deliver services.

- Cost-saving Measures/ Proactive Action: The program has used mitigation strategies, including deferring projects, and taking back funding where allowed – from center operators for low student enrollment and for staff vacancies – to ensure balanced budget.

- Proactive Action: For this program year alone, DOL has already identified over $119 million in potential savings for 2024 through steps like:
    - Leveraging center operations contract price reductions that result from centers operating at less than full OBS and/or center staff vacancies.
    - Deferring expenses like training equipment replacement and security upgrades
    - Pausing projects, such as not reestablishing operations at the Carville Job Corps Center

## Additional Actions for Fiscal Resilience

These cost savings measures, however, are not enough based on our projections. We are therefore implementing additional actions to ensure we have a balanced budget for PY 24 and to ensure we are taking action in a principled way – maintaining program quality, minimizing disruption for students, and taking steps to help ensure long-term viability of the program.

- First - Maximizing Efficiency & Optimizing Operations: We will begin to strategically descope contracts with center operators and national office contractors to ensure better efficiency of operations.
    - An example of this includes:
        i. *Reducing Oral Health Services*: Currently, centers are required to hire dental professionals for a set number of hours, but many of these services are underutilized.

    - We have communicated this to center operators at a call earlier today. This will start the negotiation process between DOL and the contractors, with the goal of negotiating permanent price reductions on all center contracts reflective of the reduced scope. Our plan is that such reductions will be finalized by January 31st, enabling the program to realize five months of savings.

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

- Targeted Center Pauses: Job Corps will not exercise its option at two centers and will not otherwise re-procure center operations for these two centers, effectively pausing these centers while Job Corps works on its financial sustainability.

  o This is not a decision Job Corps takes lightly. This is not a closure; this is a pause.
  o **Note** – As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts.
  o Nevertheless, we used a principled, fair, and rational methodology applied consistently across all centers and consistent with DOL's mission under the current budgetary circumstances to identify centers where we would not exercise an option

A Principled Approach

- Let me briefly walk you through the approach. The approach focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget, with a focus on minimizing impact to students and maintaining quality of service

  o For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. In short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10 years.

  o Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of— not the exclusive basis for—its decision.

- **The factors used to evaluate the centers included:**
  o <u>Centers with contract options this program year</u>. Because of the need to achieve savings in PY24, DOL only looked at centers with contract option years between January and June 2025.

  o <u>Overall facilities and center performance</u>. DOL used a long-term composite risk rating – this is based on both facilities risk and performance of centers across the past 10 years – to rank centers and only considered centers with scores in the bottom 50 percentile of centers considered.

  o <u>Student health and safety</u>. Job Corps assessed centers based on the safety environment and physical center conditions at the center based on recent assessments and significant incident reports.

  o <u>Enrollment and retention</u>. Filling student capacity (and contractable agreements) is important to successful centers so centers are operating efficiently and not underutilized and wasting government resources. Therefore, only centers with On-Board Strength (OBS) percentage under 75% were considered for pauses.

000045

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

- o Limiting the number of total pauses. Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized.

- o Geographic factors. The number of centers in state and the general proximity of the center to other centers as well as eligible students in the state.

- The combination of these factors resulted in the selection of two centers. The two centers that will be paused are Woodstock (MD) and Whitney M. Young (KY).

000046

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

**Kentucky Delegation Briefing**

Toplines

o   It is crucial to note that we are pausing operations at centers; we are **not** closing these centers. This means that those centers will temporarily cease operations, and their services will be suspended.  There will be limited caretaker activity to keep the center available for future use. The Department may resume operations when Job Corps can maintain a structurally balanced budget without a projected shortfall.

o   **Whitney M. Young** Job Corps Center currently has 158 students enrolled out of a planned capacity of 318 (49.7%). We had already communicated to the operator of the Whitney M. Young Center that their option year would not be exercised due to performance issues surrounding ongoing student accountability and safety concerns. Non-compliance with attendance policies and inability to account for student whereabouts have created significant student safety concerns.

o   During a targeted assessment at Whitney M. Young in October 2024 in response to a student death, DOL identified substantial, repeat, and unaddressed findings first reported by DOL to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16- and 17-year-old minor students. In October 2024, when the student death occurred, records indicated the deceased student as well as others had incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety. We have informed the operator we will not be re-procuring that contract.

Timing and how we are supporting students

o   Students at Whitney Young will be transferred to a nearby center that offers their desired training program and enables their continued training if the student is already in CTT. Job Corps will make every effort to make transitioning to a new center a seamless experience for those students. Whitney M. Young has multiple centers in close proximity.

o   Federal staff will be onsite today, December 19, 2024, conducting in-person and virtual briefings for the students.  Students will hear first-hand about the center being paused and the transfer requirement.

o   Thereafter, students will work with their counselor to identify another center having the trade in which they are pursuing.  Students and staff will aim to secure a transfer site no later than January 3, 2025, so that students can arrive at their new center by January 6, 2025. The Whitney Young students' personal property has been packed and stored for the break.  This will allow a seamless ability to send their items to their new center.

o   How we're specifically supporting minor students: Job Corps will transmit correspondence to the parents of minor students no later than December 20, 2024, as parents must authorize the relocation of minors under the age of 18.  Counselors will work with students (and parents or

000047

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

guardians) to identify a center close to their home that offers the trade being pursued by the student.

o   We have also set up a dedicated email address for students, Job Corps staff, operators, and any other affected stakeholders. That email address is Assistance@jobcorps.org.

## Closing Comments

To close, these are difficult but necessary steps to help ensure the long-term stability and success of the Job Corps Program, as well as ensure we have a balanced budget for this year. We recognize the human impact in your communities, and are here to support the community and ask for your support as well.

That email address again is That email address is Assistance@jobcorps.org.

With that, we are glad to take your questions.

000048

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

**Maryland Delegation Briefing**

Toplines

- It is crucial to note that we are pausing operations at centers; we are not closing these centers. This means that those centers will temporarily cease operations, and their services will be suspended.   There will be limited caretaker activity to keep the center available for future use. The Department may resume operations when Job Corps can maintain a structurally balanced budget without a projected shortfall.

- **Woodstock** Job Corps Center currently has 254 students enrolled out of a planned capacity of 428 (59.3%).  Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus neither having heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees.

- Given its current physical condition, <u>Woodstock is uninhabitable</u>. As a result, the currently enrolled 254 students have been placed on administrative leave while the program has sought to make necessary repairs. However, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which aligns with the program's winter break commencement.

- Woodstock is in close physical proximity to several other centers so transferred students will be reassigned to centers that offer their desired training program and that are closest to their home in alignment with WIOA's center assignment requirements.


Timing and how we are supporting students

- Students currently enrolled at Woodstock will be transferred to a nearby center that offers their desired training program and enables their continued training if the student is already in CTT. Job Corps will make every effort to make transitioning to a new center a seamless experience for those students.

- To support impacted students, on Friday, December 20, 2024, Job Corps National and Regional Office staff will hold a virtual meeting for Woodstock students. Job Corps expects to hold an in-person meeting with students in the new year. The timing of this meeting is contingent upon improvements to health and safety conditions that have prevented students from being on campus.

- In preparation, the Office of Job Corps is preparing a cross walk of the training offerings at Woodstock to identify availability in those programs for the transferring students at other centers.

  - During the winter break, the Woodstock Job Corps Center staff will work to transfer students to nearby centers which have the students training programs available.  Job Corps plans to complete transfers for Woodstock no later than January 31, 2025.

- Woodstock students have been on administrative leave since Thanksgiving. Following winter break, students will return to Woodstock in January to secure their personal property to have it shipped to their new center. Additionally, federal staff will be onsite in tandem with the

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

> students' return to collect personal items.  Federal staff will reassure students and engage in conversations as relocations occur.

- o How we're specifically supporting minor students:   Job Corps will transmit correspondence to the parents of minor students no later than December 20, 2024, as parents must authorize the relocation of minors under the age of 18.  Counselors will work with students (and parents or guardians) to identify a center close to their home that offers the trade being pursued by the student.

- o We have also set up a dedicated email address for students, Job Corps staff, operators, and any other affected stakeholders. That email address is Assistance@jobcorps.org.

## Closing Comments

To close, these are difficult but necessary steps to help ensure the long-term stability and success of the Job Corps Program, as well as ensure we have a balanced budget for this year. We recognize the human impact in your communities and are here to support the community and ask for your support as well.

That email address again is Assistance@jobcorps.org. We are glad to take your questions.

000050

Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮ |
| **Sent:** | 4/22/2025 5:46:26 PM |
| **To:** | Laco, Marek S - ETA ▮▮▮▮▮ |
| **Subject:** | DRAFT LANGUAGE - Job Corp |
| **Attachments:** | DRAFT Strategy- Job Corp.docx |

**EMBARGOED**

# JOB CORP POTENTIAL STRATEGIES

**PHASE 1-** Reconnaissance- Current Stage
**PHASE 2-** Deployment
    **Option 1:** Elimination
    **Option 2:** Dismantle
    **Option 3:** Hybrid
**PHASE 3-** Peacekeeping

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PHASE 1- RECONNAISSANCE

- DATA DIVE OF FINANCES, PROGRAMS, INCIDENT REPORTS, OCCUPANCY RATES
- STATE BY STATE BREAKDOWN
- FACT FINDING

---

## PHASE 2- DEPLOYMENT

### OPTION 1: ELIMINATION BY JULY 1ST (HIGH RISK)

## OPTION 1: ELIMINATION BY JULY 1ST (HIGH RISK)
    **GOAL: CLOSE ALL NON-USDA CENTERS**

- **IN-DIRECT APPROACH-** Provide little/or no advance communication
- **BENEFITS:** No advance warning prevents leaks, averts strategic targeting from opposition
- **STRIKE IMMEDIATELY**: Cancel 99 contract center contracts (exclude the 24 USDA untouchables') using "Convenience of the Government" clause in contracts
  - REDUCE CENTERS IMMEDIATELY TO MEET FY25 BUDGET AND RE-ESTABLISH PROGRAM FOR SUCCESS
- **IMMEDIATE REACTION:** Nationwide backlash from Hill, Job Corp Caucus, Labor Unions, Job Corp Association, Homebuilder Association, Students, Parents, NFOs, Contractors, etc…
- **AFTERMATH:** 11k center workers without jobs, 25k students, contract termination fees, equipment, leases, properties…etc..
- **RAPID RESPONSE:** Center contractors immediately develop transitional plans to phase students out of program; Govt provides Rapid Response: On-site UI, Job Fairs, Peace Corp, Recruiters -armed forces, etc..
- **NO NEGOTIATIONS:** No center could be re-opened due to political fallout.
- **MEDIA:** Publicity of Job Corp data, performance; incidents; costs.
- **PEACEMAKING:**
  - Meet with Union Heads to discuss how all union labor work will be moved from closing centers to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment.
  - Create Apprenticeship Programs for Forestry, Carpentry at USDA sites.
  - Legislation is still in place. Regulatory and statutory cleanup to keep USDA programs operating and birth a new program.
  - Create a partnership with Community colleges to provide the Job Corp without brick-and-mortar sites
  - Allocate the PY25 Funds to states to operationalize State Job Corp programs; also peacekeeping tactic.
- **OUTCOME:** Job Corp Center operations eliminated at all sites but 24 USDA sites. No longer a massive federally operated program with 99 contracted centers managed by USDOL. Present a new program from ground zero that serves this targeted population. Launch positive Media Campaign of the rebirth of the America's Job Corp program.

---

Page **1** of **4**

000091

# EMBARGOED

## OPTION 2: DISMANTLE (HIGH RISK)
### GOAL: RECTIFY BUDGET SHORTFALLS BY REDUCING PROGRAM SIZE

- **DISMANTLE THE COALITION ARM:**
  - **LAUNCH IMMEDIATELY:** Develop nationwide communication roll-out plan- wide spread publicity of Job Corp data reflecting costs, performance; incidents; fraud, abuse...
  - **BUILD ALLY PARTNERS:**
    - **MESSAGING:** "MUST REDUCE NUMBER OF CENTERS TO MEET FY25 BUDGET AND REDUCE SIZE OF PROGRAM TO SAFELY AND SUCCESSFULLY SERVE OUR AT-RISK YOUNG ADULTS."
    - **UNIONS:** Meet with Union Heads to discuss how all union labor work will be moved from closing centers to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment
    - **JOB CORP ASSOCIATION:** Do not blindside or they will run to the Hill. Size reduction is the only choice to save program.
    - **USDA:** Create an Apprenticeship Programs for Forestry; Carpentry for USDA sites
    - **HILL:** Build small coalitions supporting JC closures; build allies in Job Corp Caucus

- **ROUND 1- ELIMINATE X#[iii] CENTERS - LOW OCCUPANCY, COSTLY, LARGE CENTERS STATE:**
  - Terminate the X # of contracts from the 99 Contract center contracts (exclude the 24 USDA untouchables) using Termination for Convenience of the Government" clause
  - Low legal risk[iv]; termination fees will occur
  - Center operators with lowest capacity cannot deny not having participants
  - Large Centers burn through the budget
  - A consolidation will allow us serve same number of students by filling the beds rather than operating multiple centers in a state with low occupancy

- **THE TRANSITION PLAN (FOR THE X# ELIMINATED CENTERS):**
  - Transfer students from the eliminated centers to the other active contracted centers and 24 USDA sites
  - Reshape the FY25 budget to serve fewer contract centers

- **ROUND 2- ELIMINATE REMAINING X# CENTERS:**
  - **OPTION 1- FY26 –** Transition programs to a non-brick and mortar program by partnering with community colleges to advance America's Job Corp Programs
  - **OPTION 2- FY26 –** Appropriate funds to the States to create and manage their own State Job Corp Program

## OPTION 3: HYBRID (HIGH RISK)
### GOAL: ADVANCE PUBLIC KNOWLEDGE BEFORE FULL ELIMINATION

000092

EMBARGOED

- **TACTICAL INTELLIGENCE-** Gain deep knowledge of program, supporters, data, the universe, etc...
  - **LAUNCH IMMEDIATELY:** Develop nationwide communication roll-out plan- wide spread publicity on Job Corp data reflecting data, performance; incidents...
  - **BUILD ALLY PARTNERS:**
    - **MESSAGING:** "MUST REDUCE NUMBER OF CENTERS TO MEET FY25 BUDGET AND REDUCE SIZE OF PROGRAM TO SAFELY AND SUCCESSFULLY SERVE OUR AT-RISK YOUNG ADULTS."
    - **UNIONS:** Meet with Union Heads to discuss how all union labor work will be moved from closing centers to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment
    - **JOB CORP ASSOCIATION:** Do not blindside or they will run to the Hill. Size reduction is the only choice to save program.
    - **USDA:** Create an Apprenticeship Programs for Forestry; Carpentry for USDA sites
    - **HILL:** Build small coalitions supporting JC closures; build allies in Job Corp Caucus

- **OUTCOME:** Job Corp Center operations eliminated at all sites but 24 USDA sites. No longer a massive federally operated program with 99 contracted centers managed by USDOL. Present a new program from ground zero that serves this targeted population. Launch positive Media Campaign of the rebirth of the America's Job Corp program.

---

## PHASE 3- PEACEKEEPING:

- MEET LAWMAKERS AND UNIONS IN THE MIDDLE. FIGURE OUT ALTERNATIVES TO THE EXISTING COSTLY PROGRAM WITH MARGINAL OUTCOMES OF PROGRESS

- **Create AMERICA'S JOB CORP PROGRAM FOR TOMORROW'S WORKFORCE**
  POTENTIAL OPTIONS:
  - ELIMANTE BRICK AND MORTAR CONCEPT FROM THE PROGRAM
  - PARTNER WITH COMMUNITY COLLEGES ACROSS THE COUNTRY TO ADVANCE PROGRAM
  - ESTABLISH STATE JOB CORP PROGRAMS BY GIVING THE FUNDS DIRECTLY TO THE STATE
  - INCORPORATE THE JOB CORP PROGRAM AT JUVENILE JUSTICE CENTERS WHERE THERE IS EXISTING RESIDENTIAL INFRASTRUCTURE

**ENDNOTES**

000093

# EMBARGOED

---

[i] USDA Site Locations: Refer to Map

[ii] Termination for Convenience of the Government "Nothing in this clause affects the right of the Government to terminate this contract pursuant to the clause of this contract entitled "Termination for Convenience of the Government.""-

- No explanation needed for "convenience"
- Brief staff and COR- Ensure COR understands negotiation role
- Issue brief notice in advance to Centers
- Issue a Termination of inconvenience effective X date and require by X date that X needs to done.
- Negotiate termination fees and needed program costs that are applicable to transition students and successfully stop operations.

[iii] The Elimination List
[iv] Legal Consequences are being compiled

000094

Message
_____

| | |
|---|---|
| **From:** | McGee, Erin L - ETA ████████████████████████████████ |
| **Sent:** | 4/23/2025 7:19:06 AM |
| **To:** | Laco, Marek S - ETA ████████████  Frazier, Susan (Lori) - ETA ████████ |
| **CC:** | ██████████ - ETA ████████ |
| **Subject:** | OJC - OSEC Prep Info Requests 4.22.25 |
| **Attachments:** | OJC PY24 Center Pause Rationale.docx; Job Corps Demo Concepts 4.22.25.docx; Basic Activities and Timelines to Suspend Ctr Ops 4.23.25.docx; Detailed Process to Effectuate Pause in Ops 4.22.25.docx |

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
Acting Administrator
ETA/Office of Job Corps
U.S. Department of Labor
████████████████████

000095

*Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria*

Given the immediacy of the operating budget shortfall, even in light of the previous actions detailed, OJC recommends examining PY 24 option year contracts for additional cost savings. Potentially not exercising an option year for a contract—and thus pausing[1] operations at a center—is not a decision Job Corps takes lightly. As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts. Nevertheless, DOL utilized a principled methodology to identify centers to not exercise its option, ensuring the approach is not only consistent with law but also within DOL's mission, and in a way that is fair and rational, and best suited to the present budgetary circumstances.

For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. Attachment A describes the long-term methodology in full, but in short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10-years.

Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—the evaluation of centers. The following describes the approach taken to arrive at the recommendation:

The review focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget. The leading factor in formulating recommendations was the timing of contract option year awards. Specifically, 47 centers have contract renewals in PY 24 from January through June 2025. Examining centers with contract option year awards, staff then applied the composite risk rating (described in more detail in Attachment A) utilizing the Sustainability Rating Methodology to the centers. Only centers with scores in the bottom 50 percentile of those reviewed were retained for further review; this criterion narrowed the list from 47 to 24 centers. Next, the onboard strength percentage was then analyzed, with staff analyzing each of the 24 centers' planned enrollment and compared to its actual enrollment. Staff identified 12 centers with OBS under 75 percent of planned capacity.

---

[1] Pausing means not exercising an option year, relocating students to other centers, and establishing a caretaking contract of the facilities. No center is being closed; later language in this document identifies conditions for unpausing a center.

Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized, which narrowed the number of centers from 11 to 5.[2] Job Corps assessed the five centers that would generate the most savings based on the physical condition of the centers and the safety environment at the center based on recent assessments and significant incident reports. Program staff also considered the number of centers in state and the general proximity of the center to other centers as well as eligible students in the state. Based on these factors, Job Corps is recommending Woodstock and Whitney M. Young as sites at which DOL would not exercise the next Option Year and pause operations. The program thinks that pausing operations at these two centers will generate sufficient savings.

Of the five centers, pausing operations at Woodstock would yield the second highest level of savings. In addition, given its current physical condition, Woodstock is effectively uninhabitable. Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus having neither heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees. As a result, the 255 students initially placed on administrative leave; however, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which now aligns with the program's winter break commencement. Woodstock is close to several centers, so transferred students will be reassigned to centers reasonably close to their home in alignment with WIOA's center assignment requirements.

Pausing operations at Whitney M. Young would yield the fourth highest level of savings of the five identified centers, just under $500,000 less than Charleston. Despite this difference, the location of the center, available students in Kentucky, and recent assessments led staff to recommend pausing operations at Whitney M. Young. Whitney M. Young is one of seven centers in Kentucky, in reasonably close proximity to centers in Indiana, Ohio, and other centers in Kentucky. There are fewer centers in proximity to Charleston and more eligible youth in West Virginia, which argued for maintaining operations at Charleston. In addition, while both centers have had safety and discipline issues, recent issues at Whitney M. Young are such that staff is concerned about the continued presence of students there. During a targeted assessment in October 2024 in response to a student death, DOL identified substantial, repeat findings first reported to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16–17-year-old minor students. In October, when the student death occurred, records indicated the deceased student as well as others had incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety.

---

[2] While pausing operations at Keystone would yield the greatest savings, because that contract is for the operation of two centers, taking the necessary contractual action to pause operations would not yield savings.

The USDA Forest Service Civilian Conservation Centers were not considered as candidates for pause for PY 24 because those centers are operated through an inter-agency agreement (IAA) between DOL and the USDA rather than through a contract with option years. Pausing a USDA center is a lengthier and more complicated process due to the provisions of the IAA, especially concerning federal personnel, and thus did not present a viable opportunity for savings this program year.

Process for Pausing a Center:

Should a recommendation be approved to pause a center, JCAS would communicate to the contractor not less than 30 days prior to the end of the current contract period that the contractor's next option will not be exercised. In that notification, DOL will also communicate the process the contractor will follow to "transition" the center to on-pause status, so that by the last day of the center operator's current contract, all necessary actions to transfer students, records, equipment and supplies are complete. In addition, JCAS will work to set up caretaker services for the center during the pause period and award contracts to set up Outreach and Admissions services for the geographical recruitment zone that was covered by the center operator. The students would be relocated to nearby centers and the center would have a caretaking contract put into place to secure and maintain facilities.

Considerations for Unpausing a Center:

Job Corps recommends unpausing a center when the program can maintain a structurally balanced budget without a projected shortfall. Understanding that the program will most likely not receive an infusion of resources, staff are planning to utilize the Sustainability Rating system holistically, across all centers for PY 25, to ensure program viability.

*PY 25 and Beyond*

While currently underway and required actions for PY 24 are projected to mitigate the immediate operating deficit, additional action is required to ensure the medium- and long-term financial stability of the Job Corps program. OJC has developed a long-term sustainability analysis of centers. OJC's approach is based on asset management and performance-based methodology. Criteria considered include physical structure, deficiencies, FEMA Risk Score as well as a center's program performance over a ten-year period. The program indicators are onboard strength, graduation rate, and job training match to industry.

000098

**Job Corps Demo Concepts 4.22.25**

**Demo 1: Shipbuilding Technical Education and Relocation Center**

Job Corps will designate centers that are strategically located near major shipbuilding locations to align all technical education offerings to meet the entry level occupation requirement for the employers that make up the local industry. For example: Job Corps may leverage the Gulfport Job Corps Center to provide critical training within the shipbuilding industry such as Welding, Pipefitting, Sheetmetal, and Inside/Outside Machinist to develop sought-after talent needed to build a consistent talent pipeline for Navy shipbuilders along the Gulf Coast (Huntington Ingalls, Austal, Bollinger).

To further this effort, Job Corps proposes to initiate a Job Corps Transition Hub Advanced Training program at each location, allowing the center to act as a receiving center for other centers to transfer program graduates that possess the requisite skills necessary to qualify for employment within the shipbuilding industry the center is aligned with.

Additional target locations:

- San Diego Job Corps-General Dynamics
- Blackwell Job Corps-Fincantieri Marinette
- Exeter, Loring, Penobscot Job Corps- Bath Iron Works and Portsmouth Naval Shipyard
- Cascades Job Corps-Puget Sound Naval Shipyard
- Potomac Job Corps-Newport News

**Demo 2: Job Corps/American Job Center Eligible Training Provider (ETP) Collaboration for Better Career Technical Education Outcomes**

Job Corps will designate centers that will be partnered with local American Job Centers (AJC) for the purpose of engaging in the portfolio of Eligible Training Providers (ETP) that have been developed through the Local Workforce Development Boards (LWDB). Rather than pre-selected technical education programs designated Job Corps centers will partner with local AJC's to co-enroll students and subsequently enroll them into ETP's for which they qualify for. In this set-up,  Job Corps operators manage the intensive wrap-around services such as housing, transportation, and health care that traditional centers currently perform but allow ETP's to provide the technical education programming that is critical to local employers while also realizing cost savings related to Job Corps operations.

**Demo 3: Job Corps Pre-Military Enlistment Centers**

Job Corps operators enter into cooperative agreements with military factions such as Army National Guard, Army Reserve, Navy Reserve or other factions to include full-time military for the purpose of housing, educating and training participants to enter into

military service. Training and residential staff would be inclusive of National Guard or Reserve factions while remaining departments could function as a traditional Job Corps campus. Training focuses on meeting enlistment criteria such as HSD/HSE and includes technical education specific to meeting basic training requirements, such as:

- Physical Fitness
- ASVAB Testing and Training for the purpose of achieving desired military occupation
- Drill and Ceremony
- Military Dress
- Understanding the Organizational Structure
- Understanding Military Careers

Job Corps centers would be designated as "Army Centers" or "Navy Centers" due to unique focuses on branches of the military. The primary goal of graduates from these centers is to achieve military enlistment.

000100

Message
_____

| | |
|---|---|
| **From:** | McGee, Erin L - ETA ███████████████████ |
| **Sent:** | 4/23/2025 9:57:57 AM |
| **To:** | Laco, Marek S - ETA ██████    Frazier, Susan (Lori) - ETA ██████ |
| **CC:** | ████████ ETA ██████ |
| **Subject:** | RE: OJC - OSEC Prep Info Requests 4.22.25 |
| **Attachments:** | Overview Deck for Recent Demos 4.22.25.pptx |

Email transmission 2 with a PPT deck on the Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)

I'll send the updated right-sizing deck as soon as it's available.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 7:19 AM
**To:** Laco, Marek S - ETA ██████    Frazier, Susan (Lori) - ETA ██████
**Cc** ████████ ETA ██████
**Subject:** OJC - OSEC Prep Info Requests 4.22.25

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
Acting Administrator
ETA/Office of Job Corps
U.S. Department of Labor
██████ (mobile)

Overview of Recent Job Corps Demonstration Projects

Scholars, Louisiana National Guard, and Idaho Department of Labor Demos.

000111



000112



## U.S. DEPARTMENT OF LABOR

### High-Level Overview

- Purpose as stated in FOA "The Job Corps Scholars Program, conducted as a demonstration grant program, allows Job Corps to explore how it may execute its mission in a manner that decreases the government's cost and increases program outcomes."

- Project's cost per participant was approximately $14,000 per student. Job Corps' cost per enrollee in PY 2017 was $34,301. Its cost per graduate was $57,312.

- Approximately $24 million awarded to 26 grantees (public colleges and universities) in 15 states.

- Awarded in June 2020 and launched in September 2020

- Period of Performance – 39 months

- Each grantee aimed to serve at least 80 Job Corps eligible youth during the period of performance. At full performance, 2,080 students should be served.

 **U.S. DEPARTMENT OF LABOR**

## List of Awardees

**California**: Kern Community College District

**Florida**: Broward College, Palm Beach State College, and Northwest Florida State College

**Georgia**: Atlanta Technical College

**Iowa**: Indian Hills Community College and Des Moines Area Community College

**Kentucky**: Bluegrass Community and Technical College

**Louisiana**: Southern University at Shreveport

**Michigan**: Grand Rapids Community College and C.S. Mott Community College

**Missouri**: St. Louis Community College, and Community College District of Central Southwest Missouri

**New York**: Mohawk Valley Community College and Research Foundation of City University of New York obo Kingsborough Community College

**North Carolina**: Central Carolina Community College, Winston-Salem State University, and Vance Granville Community College

**Ohio**: Terra State Community College and Lorain County Community College District

**Oregon**: Chemeketa Community College District and Clackamas Community College

**Texas**: Lee College and El Paso County Community College

**Washington**: Skagit Valley College

**West Virginia**: Blue Ridge Community and Technical College

000114



## U.S. DEPARTMENT OF LABOR

# Grant-Funded Services

✓ Career Technical Training

- Each educational institution will serve at least 80 students and will provide career technical training to Job Corps eligible youth. Students will select a career technical training program from the list of those programs already offered by the institution. Students are not limited to only selecting skills training certification programs that include earning academic credit.

✓ Personal and Career Counseling Services

- Each educational institution will provide at least two full time equivalent (FTE) counselors to deliver intensive personal and career counseling services (at a ratio of at least 20 students per one counselor).

5

CAREER TECHNICAL TRAINING. The technical training programs offered must not exceed 12 months in duration. If any of the grantees' existing training programs are less than 12 months they need not be extended to qualify for this funding opportunity if the training certification and academic credit requirements of the Job Corps Scholars Program are met. A cohort of at least 40 students would enter the career technical program in the first year and a second cohort in the second year. The Job Corps Scholars will attend classes along with non-Job Corps students.

PERSONAL AND CAREER COUNSELING must include:
1. Conducting an initial assessment to identify, and create a strategy to address, the personal developmental, social, and academic strengths and challenges of each student.
Identify personal and academic strengths and challenges that must be considered and/or addressed during career and employment counseling and planning.
2. Develop, document, implement, and monitor the intervention strategies that were specifically designed to address each student's personal developmental, social and academic challenges
3. Periodically reassess the results of the intervention strategies. This includes documenting the findings of the reassessment, and developing and implementing modifications in sufficient time to allow for student improvement.
4. Establish and monitor progress toward each student's short- and long-term personal and career goals. 5. Encourage the development of cohort support system, as appropriate.
6. Identifying, providing and/or coordinating the delivery of college and community, State, and Federal resources to meet students' identified personal developmental, social and academic needs including, but not limited to, the below.
7. Ongoing structured, scheduled, and documented individual psychological and/or emotional counseling throughout the program. o Academic tutoring and mentoring services.
8. Advising and recommending the most appropriate technical training career pathway after assessing numerous factors, including employment prospects in various trades/fields/areas, and the student's interests and aptitude/skill level, in collaboration with career and employment counselors.
9. Advising on the quality of the various skills training certification programs, including employability and/or labor market demand, and earnings potential.
10. Determining, periodically, how the student is progressing in his/her education and career technical training.
11. Collaborating and sharing information with other staff, departments, and community resources, to the extent allowed by applicable federal, state, and local laws, to ensure the coordinated delivery of needed services to each student.
12. Assessing transitional support needs, developing strategies to meet those needs, and working with employment counselors.

000115



# U.S. DEPARTMENT OF LABOR

## Grant- Funded Services

✓ Employment Counseling Services

- Each educational institution will provide at least two FTE counselors to deliver intensive employment counseling services (at a ratio of no more than 20 students per one counselor). Grantee institutions have the flexibility to enroll more than 40 Job Corps Scholars per cohort. However, they must maintain the 20 students to one counselor ratio.
- Pre- Separation Services
- Post Separation Services

✓ Employer Engagement

---

Employment Counseling Services include:

Pre-Separation Services
o Initiating or supporting pre-separation job search efforts.
o Assisting students in assessing their readiness for career transition.
o Ensuring that students are fully prepared to conduct a successful job search or continuation of postsecondary education or enter an apprenticeship program.
o Preparing students to effectively access resources and services that will assist them in making a successful transition to the workforce, including into apprenticeship programs, or further their post-secondary education.
o At least 45 days prior to projected separation, career and employment counselors will assess and counsel students to determine their capabilities and review job search skills and strategies as follows:
 Sources of employment
 Conducting an Internet job search
 Completing a job application
 Preparing and/or updating the resume
 Writing a cover letter
 Preparing for job interviews and interview skills
 Worker's rights and responsibilities
 Strategies for succeeding during the first weeks on a job
o Assisting students in assembling documents necessary for obtaining employment or enrolling in an apprenticeship program, including earned credentials that document the student's accomplishments.
o Assisting students in developing a strategy to secure housing, transportation, childcare (if applicable), health care, work clothing and tools, food and nutrition, budgeting/money management, and federal funding for advanced education (as applicable).

• Post-Separation Separation Services include:

o Developing resources to meet transitional support needs. o Providing participants with personalized career transition services that lead to job placement, continued enrollment in postsecondary education or enrollment in an apprenticeship program.  Providing participants with job placement and supportive services for up to twelve (12) months following certificate completion.  Maintaining and documenting direct contact with all participants at least every 30 days during the service period to reassess their needs. o Providing participants with ongoing support to ensure continued employment, further education,

000116

licensing in the field in which they were certified, and career progression. o Assisting participants in identifying and obtaining support services within the communities in which they work and live. Support services include, but are not limited to, housing, transportation, childcare (if applicable), health care, work clothing and tools, food and nutrition, financial planning, counseling services, job retention, and legal services. o Developing resources to meet transitional support needs.

o Providing participants with personalized career transition services that lead to job placement, continued enrollment in postsecondary education or enrollment in an apprenticeship program.

▢ Providing participants with job placement and supportive services for up to twelve (12) months following certificate completion.

▢ Maintaining and documenting direct contact with all participants at least every 30 days during the service period to reassess their needs.

o Providing participants with ongoing support to ensure continued employment, further education, licensing in the field in which they were certified, and career progression.

o Assisting participants in identifying and obtaining support services within the communities in which they work and live. Support services include, but are not limited to, housing, transportation, childcare (if applicable), health care, work clothing and tools, food and nutrition, financial planning, counseling services, job retention, and legal services.

EMPLOYER ENGAGEMENT
o Create new or leverage existing partnerships with employers to identify workforce labor demands. This may include, for example, determining gaps in training and education for specific industries and occupations, an analysis of project employment opportunities, or other methods.
o Determine the extent to which the college or university has training programs that will meet those labor needs. Employer engagement may inform decisions about what future training programs should be offered by the institution, and will contribute to improved job placement activities and rates.
o Seek early placement commitments for Job Corps students

000117

 **U.S. DEPARTMENT OF LABOR**

## Grant-Funded Services

- Wrap-Around Supportive Services
  - Examples of expenditures for allowable supportive services and materials are below:
    1. laboratory and workshop fees associated with the career technical training/learning activities,
    2. classroom equipment, supplies, and materials (e.g., books and school supplies) personal to the student,
    3. student activity fees,
    4. parking decals and fees,
    5. transportation costs to and from home during the up to 12 months of technical training period and the up to 12 months of employment counseling portion of the program,
    6. meal or food vouchers for the technical training and employment counseling portions of the program, and
    7. any other costs included in the program's cost of attendance, such as those in Section 472 the Higher Education Act of 1965 (20 U.S.C. 1002).

Due to the intensive counseling services requirement, it is anticipated that student retention in the Job Corps Scholars Program would be high. The goal is to have students "job attached" by the time they separate from the training portion of the program. Student participants will receive job placement assistance and supportive services for up to twelve months following separation. There is no cap on Supportive Services, from child care to transportation, hotspots, laptops, the colleges have the budget to support the participant based on their individual need.



## U.S. DEPARTMENT OF LABOR

## WIOA Measures Applicable to All Demonstration Projects

- 6 Primary Indicators for WIOA Projects:
    1. Education and Employment Rate – Second Quarter After Exit
    2. Education and Employment Rate – Fourth Quarter After Exit
    3. Median Earnings – Second Quarter After Exit
    4. Credential Attainment
    5. Measurable Skill Gains
    6. Effectiveness in Serving Employers

 **U.S. DEPARTMENT OF LABOR**

## Additional Performance Measures for Job Corps Scholars

1. Job Corps Scholars Separation Rate (i.e., completion of the 12-month training certification program);
2. Job Corps Scholars Dropout Rate (i.e., withdrawal, dismissal, or termination from the grantee institution or the Job Corps Scholars Program);
3. Job Corps Scholars Qualifying Placement Rate Upon Separation (number and percent);
4. Job Corps Scholars Qualifying Placement Rate During the 12-month Employment Counseling Period Post-Separation;
5. Job Corps Scholars Average Starting Salary/Wage When in a Qualifying Placement Upon Separation;
6. Job Corps Scholars Average Salary/Wage When in a Qualifying Placement 12 months After Separation;
7. Job Corps Scholars Average Earned Academic Credit Hours;
8. Job Corps Scholars Enrolled in the Armed Services Upon Separation;
9. Job Corps Scholars Enrolled in an Apprenticeship Program Upon Separation (number and percentage); and
10. Job Corps Scholars with Full-time Employment Upon Separation.

Job Corps Scholars Grants Metrics, Program-to-State Report

000121



LOUISIANA NATIONAL GUARD, CARVILLE
CENTER COOPERATIVE AGREEMENT

000122

 **U.S. DEPARTMENT OF LABOR**

## Purpose Statement in Cooperative Agreement

- The purpose of the Job ChalleNGe Demonstration Project ("Job ChalleNGe Project") was to: 1) determine whether the Job ChalleNGe program is a more effective model for serving at-risk youth when compared to the Department of Labor's traditional Job Corps program model; and 2) determine whether the Job ChalleNGe Project is a more cost-effective model when compared to the Department of Labor's traditional Job Corps program model. DOL is funding this demonstration project to test strategies used by the State of Louisiana's National Guard Youth ChalleNGe program to improve the workforce outcomes of Job Corps eligible youth.

 **U.S. DEPARTMENT OF LABOR**

## High-Level Overview

- Period of Performance – June 28, 2019 through December 31, 2022
- Serves at-risk youth with skills instruction through an expansion of the Louisiana National Guard Youth ChalleNGe Program. The Louisiana National Guard currently operates three Youth ChalleNGe programs: at Camp Minden, at Camp Beauregard and at the Gillis W. Long Center.
- Awarded $6,473,239.00 which includes an increase of incremental funding of $273,189.00 (unless otherwise amended) with approved funding for this project up to $16,731,984.00
- Intended to serve a total of 600 students over three years.
- The Job ChalleNGe intended to expand and enhance the Youth ChalleNGe program's skills components over a five-month period to eligible participants to set them on a pathway to employment.
- The program included the recruitment of Job Corps-eligible youth among Youth ChalleNGe graduates; occupational skills training and credentialing; individualized career and academic counseling; leadership development activities that encourage responsibility, employability, and other positive behaviors; employer engagement; and job placement.
- (6 month extension given to grantee due to performance challenges)

Participants receive education and training over a 5-month period, while concurrently participating in the 12-month mentorship phase of the Louisiana National Guard Youth ChalleNGe.
The Job ChalleNGe Project must include the following seven (7) activities:
Recruitment of Job Corps eligible youth from the participants of the first phase of the Youth ChalleNGe program
Occupational skills training and educational credentialing
Individualized career counseling and academic counseling
Work-based learning and exposure to the world of work
Leadership development activities that encourage responsibility, employability, and other positive social behaviors
Employer engagement to ensure Cadets' skills align with employer needs at program completion, and
Job placement.

000124



000125



**Idaho Department of Labor, Centennial Job Corps Civilian Conservation Center Cooperative Agreement**

000126



# U.S. DEPARTMENT OF LABOR

## Purpose Statement in Cooperative Agreement

- The purpose of this State Operated Job Corps Demonstration Project with Idaho (*Idaho JOBCorps Program*) is to: 1) determine whether the *Idaho JOBCorps Program* is a more effective model for serving at-risk youth as compared to the Department of Labor's (DOL) traditional Job Corps program model; and 2) and determine whether the *Idaho JOBCorps Program* is a more cost effective model as compared to the U.S. Department of Labor's traditional Job Corps program model. DOL is funding this demonstration project to test strategies used by the State of Idaho to improve the workforce outcomes of Job Corps eligible youth.

- The DOL funded *Idaho JOBCorps Program* envisioned fully preparing Job Corps eligible out-of-school, at-risk youth to attain a self-sustaining career in one of the high growth, high demand occupations/industries identified by Idaho's Workforce Development Council. The *Idaho JOBCorps Program* proposed to:

  - Prioritize outreach and program service delivery to Job Corps eligible Idaho youth;

  - Utilize community colleges to increase training opportunities and adaptability to meet employer's skills needs; and

  - Incorporate highly supported work-based learning to connect participants to quality employment opportunities, real-world experiences and to the skills (both technical and non-technical) required for success on the job, which will provide participating employers with a new talent pipeline that possesses their specific in-demand skills.

  - (6 month extension given to grantee due to performance challenges)



## U.S. DEPARTMENT OF LABOR

## High-Level Overview

- Period of Performance – April 2019 through September 2022

- Operational control of the Centennial Job Corps Civilian Conservation Center property in Nampa, Idaho was transferred from the U.S. Forest Service to the Idaho Department of Labor.

- Provided flexibility to the state to develop and implement a customized, state-based, approach to serving Idaho Job Corps students.

- The Idaho Department of Labor was directly responsible for project outreach, recruitment, work-based learning, and employment related services.

- The College of Western Idaho delivered skills instruction at the current Centennial Job Corps Civilian Conservation Center.

- In the first full grant year, the Idaho Job Corps Program intended to serve up to 50 residential students and up to 100 non-residential students through the College of Western Idaho, pending approval from the CWI Board of Trustees.

- In the second and third years of the grant, the Idaho Job Corps Program intended to expand to serve up to an additional 150 non-residential students annually at other community colleges in Idaho.

000128



000129



# U.S. DEPARTMENT OF LABOR

## Demonstration Projects Research Studies

- Non Residential College-Focused Job Corps – An Implementation and Outcomes Study of Idaho Job Corps and Job Corps Scholars (2024)
- Evaluation of the National Guard Youth ChalleNGe/Job ChalleNGe Program (2020)
- Cascades Job Corps College and Career Academy (CCCA) Final Report 2022.

000130

Message
_____

| | |
|---|---|
| **From:** | McGee, Erin L - ETA |
| **Sent:** | 4/23/2025 1:30:40 PM |
| **To:** | Laco, Marek S - ETA ⬛ Frazier, Susan (Lori) - ETA ⬛ |
| **CC:** | ⬛ ETA |
| **Subject:** | RE: OJC - OSEC Prep Info Requests 4.22.25 |
| **Attachments:** | JC PY25 Budget Planning 04.23.25.pptx |

Marek and Lori, final deliverable today—a simplified version of the right sizing deck (JC PY25 Budget Planning). There are three options (cut 24, 40 or 45 centers). We didn't get too wrapped up in the detailed methodology. Right now, the reductions are driven by facility sustainability, effectiveness (performance), or efficiency (cost per enrollee). We also refreshed the PY24 savings that will carry over into PY25. Hope this meets your needs at least for today's conversation.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 10:39 AM
**To:** Laco, Marek S - ETA ⬛ Frazier, Susan (Lori) - ETA ⬛
**Cc:** ⬛ ETA
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

How much did we spend on each of those demo projects?

- Job Corps Scholars - $24 million
- LA National Guard - $16.7 million
- State of Idaho - $17 million

**From:** Laco, Marek S - ETA ⬛
**Sent:** Wednesday, April 23, 2025 10:11 AM
**To:** McGee, Erin L - ETA ⬛ Frazier, Susan (Lori) - ETA ⬛
**Cc:** ⬛ ETA ⬛
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Thanks Erin. We'll review. One question I had – roughly how much did we spend on each of those demo projects? And sorry if that is listed in the docs somewhere and I missed it.

**From:** McGee, Erin L - ETA ⬛
**Sent:** Wednesday, April 23, 2025 9:58 AM
**To:** Laco, Marek S - ETA ⬛ Frazier, Susan (Lori) - ETA ⬛
**Cc:** ⬛ ETA ⬛
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Email transmission 2 with a PPT deck on the Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)

I'll send the updated right-sizing deck as soon as it's available.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 7:19 AM
**To:** Laco, Marek S - ETA ▮▮▮▮▮▮▮▮▮▮    Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮ - ETA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** OJC - OSEC Prep Info Requests 4.22.25

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
Acting Administrator
ETA/Office of Job Corps
U.S. Department of Labor
▮▮▮▮▮▮▮▮▮▮▮▮



Job Corps Program Briefing

April 23, 2025

000133



## U.S. DEPARTMENT OF LABOR

## Planning for PY25 and Beyond

- **PY 25** – Operating deficit could grow up to $213 million

- Guiding our strategy moving forward:

  - Carry over from PY 24 mitigation strategies would reduce PY 25 shortfall – amount under analysis

  - Long-Term Sustainability Risk Analysis

    - To identify centers to prioritize for suspension of operations

- **Long-term goal:**  Arrive at a "right-sized" Job Corps program that allows for service to the same number of youth and young adults but in fewer locations.

Key Considerations

Ensure Financial Viability during Each Program Year

Ensure compliance with WIOA

Minimize Disruption for Current Students

Maintain Quality of Service for Students

Ensure long-term financial sustainability

DRAFT/PRE-DECISIONAL

000134



000135





| Region | State | Center | Month Next OY Begins | Yearly Center Cost (NCFMS) |
|---|---|---|---|---|
| Philadelphia | Virginia | OLD DOMINION | 7/1/2025 | $ 9,368,955 |
| San Francisco | Oregon | TIMBERLAKE | n/a | $ 7,514,276 |
| Philadelphia | Virginia | BLUE RIDGE | 4/1/2025 | $ 6,547,035 |
| San Francisco | Oregon | SPRINGDALE PIVOT | 9/1/2025 | $ 8,686,867 |
| San Francisco | Washington | CURLEW | n/a | $ 7,398,370 |
| Dallas | Utah | WEBER BASIN | n/a | $ 8,133,771 |
| Philadelphia | Kentucky | MUHLENBERG | 2/1/2026 | $ 10,958,262 |
| Atlanta | North Carolina | SCHENCK | n/a | $ 7,336,570 |
| San Francisco | Oregon | TONGUE POINT | 10/1/2025 | $ 16,033,431 |
| Dallas | Montana | ANACONDA | n/a | $ 8,414,952 |
| Atlanta | Georgia | BRUNSWICK | 7/1/2025 | $ 10,234,808 |
| Chicago | Ohio | CINCINNATI | 6/1/2025 | $ 6,307,319 |
| Atlanta | Tennessee | JACOBS CREEK | n/a | $ 6,653,585 |
| Boston | New York | IROQUOIS | 11/1/2025 | $ 8,858,261 |
| Boston | Massachusetts | WESTOVER | 1/1/2026 | $ 17,248,635 |
| Chicago | Illinois | JOLIET | 6/1/2025 | $ 4,670,627 |
| Atlanta | North Carolina | KITTRELL | 8/1/2025 | $ 10,611,787 |
| San Francisco | Nevada | SIERRA NEVADA | 8/1/2025 | $ 17,447,569 |
| Dallas | Utah | CLEARFIELD | 11/1/2025 | $ 27,096,760 |
| Philadelphia | Pennsylvania | PITTSBURGH | 6/1/2025 | $ 15,901,031 |
| Dallas | New Mexico | ROSWELL | 9/1/2025 | $ 7,686,668 |
| Boston | New York | S BRONX/ Brooklyn | 10/1/2025 | $ 22,096,968 |
| Dallas | Louisiana | SHREVEPORT | 9/1/2025 | $ 10,671,330 |
| Chicago | Missouri | ST LOUIS | 3/31/2026 | $ 16,801,587 |
| | | 24 centers | | $272,679,554.461 |

## Facility Sustainability Lens

An estimate of operational risk based on current facilities risk.

The two items that combine for the "Risk" score are: 1) "Condition Assessment Risk Rating" and 2) "Unfunded Backlog Risk Rating."

*Remove 24 most difficult to sustain centers = $272M*

DRAFT/PRE-DECISIONAL

Yearly center cost is Operations cost, Actual Facility backlog not seen here.

000137



## Efficiency Lens

Uses financial measures to estimate and score the financial efficiency of centers for each criteria.

There are two items that combine for the "Program Efficiency" score: 1) Contract Price per Enrollee, and 2) Yearly Contract Expenses.

*Remove 40 least efficient centers = $483M*

DRAFT/PRE-DECISIONAL

000138



## Effectiveness Lens

Program Effectiveness" category uses measures of performance deemed important to Job Corps.

There are two items that combine for the "Program Effectiveness" score: 1) Average OBS Rating and  2) Consolidated WIOA Rating.

*Remove 45 least effective centers = $523M*

DRAFT/PRE-DECISIONAL

000139

 **U.S. DEPARTMENT OF LABOR**

## Other Cost Considerations

- **63** Job Corps Centers are owned and **34** are leased. Another 24 are owned / partially owned with the USDA Forest Service. DOL can expect to have to pay for caretaker contracts to safeguard the facilities and properties until leases end or facilities are disposed of (a years long process).

- DOL will also need to transfer, donate, or dispose of myriad **government furnished equipment** including IT assets and training equipment and tools.

- All Job Corps Centers have **GSA Fleet Vehicles** for which savings will not be realized until the lease ends or another entity assumes the remainder of the lease period.

DRAFT/PRE-DECISIONAL



000141

Message
_____

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ███████ |
| **Sent:** | 4/23/2025 1:48:18 PM |
| **To:** | McGee, Erin L - ETA ███████ Laco, Marek S - ETA ███████ |
| **CC:** | ███████ ETA ███████ |
| **Subject:** | RE: OJC - OSEC Prep Info Requests 4.22.25 |

Thanks!


**From:** McGee, Erin L - ETA ███████
**Sent:** Wednesday, April 23, 2025 1:31 PM
**To:** Laco, Marek S - ETA ███████ Frazier, Susan (Lori) - ETA ███████
**Cc:** ███████ - ETA ███████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Marek and Lori, final deliverable today—a simplified version of the right sizing deck (JC PY25 Budget Planning). There are three options (cut 24, 40 or 45 centers). We didn't get too wrapped up in the detailed methodology. Right now, the reductions are driven by facility sustainability, effectiveness (performance), or efficiency (cost per enrollee). We also refreshed the PY24 savings that will carry over into PY25. Hope this meets your needs at least for today's conversation.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 10:39 AM
**To:** Laco, Marek S - ETA ███████ Frazier, Susan (Lori) - ETA ███████
**Cc:** ███████ ETA ███████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

How much did we spend on each of those demo projects?

- Job Corps Scholars - $24 million
- LA National Guard - $16.7 million
- State of Idaho - $17 million


**From:** Laco, Marek S - ETA ███████
**Sent:** Wednesday, April 23, 2025 10:11 AM
**To:** McGee, Erin L - ETA ███████ Frazier, Susan (Lori) - ETA ███████
**Cc:** ███████ ETA ███████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Thanks Erin. We'll review. One question I had – roughly how much did we spend on each of those demo projects? And sorry if that is listed in the docs somewhere and I missed it.

**From:** McGee, Erin L - ETA ███████
**Sent:** Wednesday, April 23, 2025 9:58 AM

**To:** Laco, Marek S - ETA ███████████████    Frazier, Susan (Lori) - ETA ███████████
**Cc:** █████████████ ETA ████████████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Email transmission 2 with a PPT deck on the Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)

I'll send the updated right-sizing deck as soon as it's available.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 7:19 AM
**To:** Laco, Marek S - ETA ███████████████    Frazier, Susan (Lori) - ETA ███████████
**Cc:** █████████████ - ETA ██████████████    ████████████
**Subject:** OJC - OSEC Prep Info Requests 4.22.25

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
Acting Administrator
ETA/Office of Job Corps
U.S. Department of Labor

███████████████

000143

| | Primary Site Measures | Reference Name | 3rd Quarter Placement Rate | | | | | | | | 4th Quarter Placement Rate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name | | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | Avg | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | Avg |
| | National | | | | | | | | | | | | | | | | | |
| | ALAMA | ALASKA | | | | | | | | | | | | | | | | |
| | ALBUQUERQUE | ALBUQUERQUE | | | | | | | | | | | | | | | | |
| | ANACONDA | ANACONDA | | | | | | | | | | | | | | | | |
| | ANGELL | ANGELL | | | | | | | | | | | | | | | | |
| | ARECIBO | ARECIBO | | | | | | | | | | | | | | | | |
| | ATTERBURY | AFTERBURY Indy/Pendence | | | | | | | | | | | | | | | | |
| | BAMBERG | BAMBERG | | | | | | | | | | | | | | | | |
| | BENJAMIN L. HOOKS | BENJAMIN L. HOOKS | | | | | | | | | | | | | | | | |
| | BLACKWELL | BLACKWELL | | | | | | | | | | | | | | | | |
| | BLUE RIDGE | BLUE RIDGE | | | | | | | | | | | | | | | | |
| | BOXELDER | BOXELDER | | | | | | | | | | | | | | | | |
| | BRUNSWICK | BRUNSWICK | | | | | | | | | | | | | | | | |
| | CARL D. PERKINS | CARL D. PERKINS | | | | | | | | | | | | | | | | |
| | CARVILLE | CARVILLE | | | | | | | | | | | | | | | | |
| | CASCADES | CASCADES | | | | | | | | | | | | | | | | |
| | CASS | CASS | | | | | | | | | | | | | | | | |
| | CASSADAGA | CASSADAGA | | | | | | | | | | | | | | | | |
| | CENTENNIAL | CENTENNIAL | | | | | | | | | | | | | | | | |
| | CHARLESTON | CHARLESTON | | | | | | | | | | | | | | | | |
| | CINCINNATI | CINCINNATI | | | | | | | | | | | | | | | | |
| | CLEARFIELD | CLEARFIELD | | | | | | | | | | | | | | | | |
| | CLEVELAND | CLEVELAND | | | | | | | | | | | | | | | | |
| | COLEMAN | COLEMAN | | | | | | | | | | | | | | | | |
| | COLUMBIA BASIN | COLUMBIA BASIN | | | | | | | | | | | | | | | | |
| | CURLEW | CURLEW | | | | | | | | | | | | | | | | |
| | DAVID L. CARRASCO | DAVID L. CARRASCO | | | | | | | | | | | | | | | | |
| | DAYTON | DAYTON | | | | | | | | | | | | | | | | |
| | DELAWARE VALLEY | DELAWARE VALLEY | | | | | | | | | | | | | | | | |
| | DENISON | DENISON | | | | | | | | | | | | | | | | |
| | DETROIT | DETROIT | | | | | | | | | | | | | | | | |
| | EARLE C. CLEMENTS | EARLE C. CLEMENTS | | | | | | | | | | | | | | | | |
| | EDISON | EDISON | | | | | | | | | | | | | | | | |
| | EXCELSIOR SPRINGS | EXCELSIOR SPRINGS | | | | | | | | | | | | | | | | |
| | EXETER | EXETER | | | | | | | | | | | | | | | | |
| | FINCH HENRY | FINCH HENRY | | | | | | | | | | | | | | | | |
| | FLATWOODS | FLATWOODS | | | | | | | | | | | | | | | | |
| | FLINT HILLS | FLINT HILLS | | | | | | | | | | | | | | | | |
| | FLINT/GENESEE | FLINT/GENESEE | | | | | | | | | | | | | | | | |
| | FORT SIMCOE | FORT SIMCOE | | | | | | | | | | | | | | | | |
| | FRED ACOSTA | FRED ACOSTA | | | | | | | | | | | | | | | | |
| | FRENCHBURG | FRENCHBURG | | | | | | | | | | | | | | | | |
| | GADSDEN | GADSDEN | | | | | | | | | | | | | | | | |
| | GARY | GARY | | | | | | | | | | | | | | | | |
| | GERALD R. FORD | GERALD R. FORD | | | | | | | | | | | | | | | | |
| | GLENMONT | GLENMONT | | | | | | | | | | | | | | | | |
| | GRAFTON | GRAFTON | | | | | | | | | | | | | | | | |
| | GREAT ONYX | GREAT ONYX | | | | | | | | | | | | | | | | |
| | GULFPORT | GULFPORT | | | | | | | | | | | | | | | | |
| | GUTHRIE | GUTHRIE | | | | | | | | | | | | | | | | |
| | HARPERS FERRY | HARPERS FERRY | | | | | | | | | | | | | | | | |
| | HARTFORD | HARTFORD | | | | | | | | | | | | | | | | |
| | HAWAII | HAWAII Maui | | | | | | | | | | | | | | | | |
| | HUBERT H HUMPHREY | HUBERT H HUMPHREY | | | | | | | | | | | | | | | | |
| | INLAND EMPIRE | INLAND EMPIRE | | | | | | | | | | | | | | | | |
| | IROQUOIS | IROQUOIS | | | | | | | | | | | | | | | | |
| | JACKSONVILLE | JACKSONVILLE | | | | | | | | | | | | | | | | |
| | JACOBS CREEK | JACOBS CREEK | | | | | | | | | | | | | | | | |
| | JOLIET | JOLIET | | | | | | | | | | | | | | | | |

| Primary Six Measures | | | 3rd Quarter Placement Rate | | | | | | | | | 4th Quarter Placement Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | 77.8% | 76.5% | 76.8% | 52.8% | 75.3% | 76.8% | 72.8% | 72.4% | 71.7% | 72.5% | 70.8% | 58.3% | 71.5% | 77.8% | 72.8% | 70.4% |

*(Remaining rows — individual center names such as KEYSTONE, KITTRELL, LAREDO, LITTLE ROCK, LONG BEACH, LORING, LOS ANGELES, LYNDON B. JOHNSON, MIAMI, MILWAUKEE, MINGO, MISSISSIPPI, MONTGOMERY, MUHLENBERG, NEW HAMPSHIRE, NEW HAVEN, NEW ORLEANS, NORTH TEXAS, NORTHLANDS, OCONALUFTEE, OLD DOMINION, ONEONTA, OTTUMWA, PAUL SIMON, PENOBSCOT, PHILADELPHIA, PHOENIX, PINE KNOT, PINE RIDGE, PINELLAS COUNTY, PITTSBURGH, POTOMAC, QUENTIN BURDICK, RAMEY, RED ROCK, ROSWELL, SACRAMENTO, SAN DIEGO, SAN JOSE, SCHENCK, SHREVEPORT, SARGENT SHRIVER, SIERRA NEVADA, S BRONX Brooklyn, SPRINGDALE: PIVOT, ST LOUIS, TALKING LEAVES, TIMBER LAKE, TONGUE POINT, TRAPPER CREEK, TREASURE ISLAND, TULSA, TURNER, WEBER BASIN, WESTOVER, WHITNEY M. YOUNG, WILMINGTON, WIND RIVER, WOLF CREEK, WOODLAND, WOODSTOCK — with quarterly placement-rate figures — are illegible at this resolution.)*

NOTES:

**** CRS returned results are masked due to posts and/or credits having fewer than 5 participants.

N/A: No data available for reporting.

WIOA Performance Glass

000149

| | Primary Six Measures | Reference Name | Median 2nd Quarter Earnings | | | | | | | | Credential Attainment Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name | | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | | | | | | | | | | | | | | | | |
| | | KEYSTONE | | | | | | | | | | | | | | | | |
| | | KITTRELL | | | | | | | | | | | | | | | | |
| | | LAREDO | | | | | | | | | | | | | | | | |
| | | LITTLE ROCK | | | | | | | | | | | | | | | | |
| | | LONG BEACH | | | | | | | | | | | | | | | | |
| | | LORING | | | | | | | | | | | | | | | | |
| | | LOS ANGELES | | | | | | | | | | | | | | | | |
| | | LYNDON B. JOHNSON | | | | | | | | | | | | | | | | |
| | | MIAMI | | | | | | | | | | | | | | | | |
| | | MILWAUKEE | | | | | | | | | | | | | | | | |
| | | MINGO | | | | | | | | | | | | | | | | |
| | | MISSISSIPPI | | | | | | | | | | | | | | | | |
| | | MONTGOMERY | | | | | | | | | | | | | | | | |
| | | MUHLENBERG | | | | | | | | | | | | | | | | |
| | | NEW HAMPSHIRE | | | | | | | | | | | | | | | | |
| | | NEW HAVEN | | | | | | | | | | | | | | | | |
| | | NEW ORLEANS | | | | | | | | | | | | | | | | |
| | | NORTH TEXAS | | | | | | | | | | | | | | | | |
| | | NORTHLANDS | | | | | | | | | | | | | | | | |
| | | OCONALUFTEE | | | | | | | | | | | | | | | | |
| | | OLD DOMINION | | | | | | | | | | | | | | | | |
| | | ONEONTA | | | | | | | | | | | | | | | | |
| | | OTTUMWA | | | | | | | | | | | | | | | | |
| | | PAUL SIMON | | | | | | | | | | | | | | | | |
| | | PENOBSCOT | | | | | | | | | | | | | | | | |
| | | PHILADELPHIA | | | | | | | | | | | | | | | | |
| | | PHOENIX | | | | | | | | | | | | | | | | |
| | | PINE KNOT | | | | | | | | | | | | | | | | |
| | | PINE RIDGE | | | | | | | | | | | | | | | | |
| | | PINELLAS COUNTY | | | | | | | | | | | | | | | | |
| | | PITTSBURGH | | | | | | | | | | | | | | | | |
| | | POTOMAC | | | | | | | | | | | | | | | | |
| | | QUENTIN BURDICK | | | | | | | | | | | | | | | | |
| | | RAMEY | | | | | | | | | | | | | | | | |
| | | RED ROCK | | | | | | | | | | | | | | | | |
| | | ROSWELL | | | | | | | | | | | | | | | | |
| | | SACRAMENTO | | | | | | | | | | | | | | | | |
| | | SAN DIEGO | | | | | | | | | | | | | | | | |
| | | SAN JOSE | | | | | | | | | | | | | | | | |
| | | SCHENCK | | | | | | | | | | | | | | | | |
| | | SHREVEPORT | | | | | | | | | | | | | | | | |
| | | SARGENT SHRIVER | | | | | | | | | | | | | | | | |
| | | SIERRA NEVADA | | | | | | | | | | | | | | | | |
| | | S BRONX/Brooklyn | | | | | | | | | | | | | | | | |
| | | SPRINGDALE: PIVOT | | | | | | | | | | | | | | | | |
| | | ST LOUIS | | | | | | | | | | | | | | | | |
| | | TALKING LEAVES | | | | | | | | | | | | | | | | |
| | | TIMBER LAKE | | | | | | | | | | | | | | | | |
| | | TONGUE POINT | | | | | | | | | | | | | | | | |
| | | TRAPPER CREEK | | | | | | | | | | | | | | | | |
| | | TREASURE ISLAND | | | | | | | | | | | | | | | | |
| | | TULSA | | | | | | | | | | | | | | | | |
| | | TURNER | | | | | | | | | | | | | | | | |
| | | WEBER BASIN | | | | | | | | | | | | | | | | |
| | | WESTOVER | | | | | | | | | | | | | | | | |
| | | WHITNEY M. YOUNG | | | | | | | | | | | | | | | | |
| | | WILMINGTON | | | | | | | | | | | | | | | | |
| | | WIND RIVER | | | | | | | | | | | | | | | | |
| | | WOLF CREEK | | | | | | | | | | | | | | | | |
| | | WOODLAND | | | | | | | | | | | | | | | | |
| | | WOODSTOCK | | | | | | | | | | | | | | | | |

NOTES:

| Primary Six Measures | | Reference Name | Measurable Skill Gains Rate | | | | | | | | Employer Retention Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name | | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | | | | | | | | | | | | | | | | |
| | KEYSTONE | KEYSTONE | | | | | | | | | | | | | | | | |
| | KITTRELL | KITTRELL | | | | | | | | | | | | | | | | |
| | LAREDO | LAREDO | | | | | | | | | | | | | | | | |
| | LITTLE ROCK | LITTLE ROCK | | | | | | | | | | | | | | | | |
| | LONG BEACH | LONG BEACH | | | | | | | | | | | | | | | | |
| | LORING | LORING | | | | | | | | | | | | | | | | |
| | LOS ANGELES | LOS ANGELES | | | | | | | | | | | | | | | | |
| | LYNDON B JOHNSON | LYNDON B. JOHNSON | | | | | | | | | | | | | | | | |
| | MIAMI | MIAMI | | | | | | | | | | | | | | | | |
| | MILWAUKEE | MILWAUKEE | | | | | | | | | | | | | | | | |
| | MINGO | MINGO | | | | | | | | | | | | | | | | |
| | MISSISSIPPI | MISSISSIPPI | | | | | | | | | | | | | | | | |
| | MONTGOMERY | MONTGOMERY | | | | | | | | | | | | | | | | |
| | MUHLENBERG | MUHLENBERG | | | | | | | | | | | | | | | | |
| | NEW HAMPSHIRE | NEW HAMPSHIRE | | | | | | | | | | | | | | | | |
| | NEW HAVEN | NEW HAVEN | | | | | | | | | | | | | | | | |
| | NEW ORLEANS | NEW ORLEANS | | | | | | | | | | | | | | | | |
| | NORTH TEXAS | NORTH TEXAS | | | | | | | | | | | | | | | | |
| | NORTHLANDS | NORTHLANDS | | | | | | | | | | | | | | | | |
| | OCONALUFTEE | OCONALUFTEE | | | | | | | | | | | | | | | | |
| | OLD DOMINION | OLD DOMINION | | | | | | | | | | | | | | | | |
| | ONEONTA | ONEONTA | | | | | | | | | | | | | | | | |
| | OTTUMWA | OTTUMWA | | | | | | | | | | | | | | | | |
| | PAUL SIMON | PAUL SIMON | | | | | | | | | | | | | | | | |
| | PENOBSCOT | PENOBSCOT | | | | | | | | | | | | | | | | |
| | PHILADELPHIA | PHILADELPHIA | | | | | | | | | | | | | | | | |
| | PHOENIX | PHOENIX | | | | | | | | | | | | | | | | |
| | PINE KNOT | PINE KNOT | | | | | | | | | | | | | | | | |
| | PINE RIDGE | PINE RIDGE | | | | | | | | | | | | | | | | |
| | PINELLAS COUNTY | PINELLAS COUNTY | | | | | | | | | | | | | | | | |
| | PITTSBURGH | PITTSBURGH | | | | | | | | | | | | | | | | |
| | POTOMAC | POTOMAC | | | | | | | | | | | | | | | | |
| | QUENTIN BURDICK | QUENTIN BURDICK | | | | | | | | | | | | | | | | |
| | RAMEY | RAMEY | | | | | | | | | | | | | | | | |
| | RED ROCK | RED ROCK | | | | | | | | | | | | | | | | |
| | ROSWELL | ROSWELL | | | | | | | | | | | | | | | | |
| | SACRAMENTO | SACRAMENTO | | | | | | | | | | | | | | | | |
| | SAN DIEGO | SAN DIEGO | | | | | | | | | | | | | | | | |
| | SAN JOSE | SAN JOSE | | | | | | | | | | | | | | | | |
| | SCHENCK | SCHENCK | | | | | | | | | | | | | | | | |
| | SHREVEPORT | SHREVEPORT | | | | | | | | | | | | | | | | |
| | SHRIVER | SARGENT SHRIVER | | | | | | | | | | | | | | | | |
| | SIERRA NEVADA | SIERRA NEVADA | | | | | | | | | | | | | | | | |
| | SOUTH BRONX | S BRONX Brooklyn | | | | | | | | | | | | | | | | |
| | SPRINGDALE | SPRINGDALE PIVOT | | | | | | | | | | | | | | | | |
| | ST LOUIS | ST LOUIS | | | | | | | | | | | | | | | | |
| | TALKING LEAVES | TALKING LEAVES | | | | | | | | | | | | | | | | |
| | TIMBER LAKE | TIMBER LAKE | | | | | | | | | | | | | | | | |
| | TONGUE POINT | TONGUE POINT | | | | | | | | | | | | | | | | |
| | TRAPPER CREEK | TRAPPER CREEK | | | | | | | | | | | | | | | | |
| | TREASURE ISLAND | TREASURE ISLAND | | | | | | | | | | | | | | | | |
| | TULSA | TULSA | | | | | | | | | | | | | | | | |
| | TURNER | TURNER | | | | | | | | | | | | | | | | |
| | WEBER BASIN | WEBER BASIN | | | | | | | | | | | | | | | | |
| | WESTOVER | WESTOVER | | | | | | | | | | | | | | | | |
| | WHITNEY M YOUNG | WHITNEY M. YOUNG | | | | | | | | | | | | | | | | |
| | WILMINGTON | WILMINGTON | | | | | | | | | | | | | | | | |
| | WIND RIVER | WIND RIVER | | | | | | | | | | | | | | | | |
| | WOLF CREEK | WOLF CREEK | | | | | | | | | | | | | | | | |
| | WOODLAND | WOODLAND | | | | | | | | | | | | | | | | |
| | WOODSTOCK | WOODSTOCK | | | | | | | | | | | | | | | | |

NOTES:

*(The numerical data values and footnotes in this table are illegible in the source image.)*

| Center | Active on Start Date | Enrolled in Time Frame |
|---|---|---|

000153

000154

| reg. name (7-1-2023 - 6-30-2024) | Spelling Formatted | Ordinary Separation | Disciplinary Separation | Other Separations | Unauthorized Absence Separation | Total | Traditional Graduated |
|---|---|---|---|---|---|---|---|

Grad Rates from Sep Analysis

| Org. name (7-1-2023–6-30-2024) | Spelling Formatted | Ordinary Separation | Disciplinary Separation | Other Separations | Unauthorized Absence Separation | Total | Traditional Graduated |
|---|---|---|---|---|---|---|---|

Grant Status from Sep Analysis

| Centers Formatted | Center Name | Total Separations | Graduates | "Ordinary Separations ONLY" from Separation Analysis Tab |
|---|---|---|---|---|

Graduates By Center

000157

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | Centers Formatted | Center Name | Total Separations | Graduates | "Ordinary Separations, Separations ONLY" from Separation Analysis Tab |

Graduates By Center

000158

Message

| | |
|---|---|
| **From:** | Walter, Courtney E - OSEC ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | 4/29/2025 10:59:44 PM |
| **To:** | Laco, Marek S - ETA ▓▓▓▓▓▓▓ |
| **Subject:** | FW: ATTACHMENT: PCC - Job Corps |
| **Attachments:** | DPC PCC_ETA Job Corps Program Overview and Operational Framework 4.28.25.docx |

**From:** Frazier, Susan (Lori) - ETA ▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, April 29, 2025 5:17 PM
**To:** Han, Jihun A - OSEC ▓▓▓▓▓▓▓▓▓ Walter, Courtney E - OSEC ▓▓▓▓▓▓▓▓
**Subject:** RE: ATTACHMENT: PCC - Job Corps

Good afternoon, Jihun and Courtney-

Here ya go! Let me know if you need additional information.

Thanks!

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ▓▓▓▓▓▓



**From:** Han, Jihun A - OSEC ▓▓▓▓▓▓▓▓▓
**Sent:** Monday, April 28, 2025 3:42 PM
**To:** Frazier, Susan (Lori) - ETA ▓▓▓▓▓▓▓▓▓ Walter, Courtney E - OSEC ◀▓▓▓▓▓▓▓
**Subject:** RE: PCC - Job Corps

Thank you!

**Jihun Han**
Chief of Staff
Office of the Secretary
U.S. Department of Labor
C: ▓▓▓▓▓▓



**From:** Frazier, Susan (Lori) - ETA ▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, April 28, 2025 3:05 PM
**To:** Walter, Courtney E - OSEC ▓▓▓▓▓▓▓▓▓▓
**Cc:** Han, Jihun A - OSEC ▓▓▓▓▓▓▓▓
**Subject:** RE: PCC - Job Corps

Definitely! I'll have something to you by Wednesday morning.

Thank you,
Lori

**Lori Frazier Bearden |**
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ▓▓▓▓▓



**From:** Walter, Courtney E - OSEC ▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, April 28, 2025 2:49 PM
**To:** Frazier, Susan (Lori) - ETA ▓▓▓▓▓▓▓▓
**Cc:** Han, Jihun A - OSEC ▓▓▓▓▓▓▓▓
**Subject:** PCC - Job Corps

Hi Lori –

The Domestic Policy Council would like to have a Policy Coordinating Committee meeting on Job Corps this upcoming Thursday.  In advance, DOL was asked to put together a brief paper with an overview of the program, the lay of the land, and where things are currently situated.  It might be helpful to incorporate some of the work that Miles is doing.

Wells asked for it on Wednesday, so if you can pull something together by Wednesday morning, that would be great.

Let me know if you have any questions and thank you!

Courtney

**Courtney E. Walter**
Senior Counselor, Office of the Secretary
U.S. Department of Labor
o: ▓▓▓▓▓

000164

m: ███████████
███████████████████████

000165

**U.S. Department of Labor**    Assistant Secretary for
Employment and Training
Washington, D.C.  20210



INFORMATION

**April 29, 2025**

MEMORANDUM FOR <mark>THE [SECRETARY or DEPUTY SECRETARY]</mark>

FROM:    **LORI FRAZIER BEARDEN**
**Acting Assistant Secretary**
**Employment and Training Administration**

SUBJECT:    Overview of the Job Corps Program and Operational Framework

---

EXECUTIVE SUMMARY

This memorandum provides an informational overview of the Job Corps program, a federal program administered by the U.S. Department of Labor (DOL). It outlines the program's purpose, eligibility criteria, center types, performance management, demonstration authority, contracting mechanisms, real property management and disposal, the recent transparency data report, and cost savings measures implemented. **This memorandum is informational only; no action is requested.**

BACKGROUND AND ANALYSIS

**I. Purpose and Administration**

Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program. Today, Job Corps operates 119 centers across all 50 states, the District of Columbia, and Puerto Rico. Since its inception, the program has served over three million youth and young adults.  Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at 29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices.  In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for

Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation nationwide.

## II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program. As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[1]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff. In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs)*

---

[1] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

2

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

### Job Corps Center Closure Criteria

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—
(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;
(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and
(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic

3

low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[2]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[3]

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[4]

---

[2] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure

[3] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.

[4] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

4

000169

However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[5] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[6]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for

---

[5] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

[6] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

5

000170

which insufficient funding is currently available to complete the work. This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### *General Disposal Requirements for Job Corps Centers*

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies. Generally, disposal involves several key steps:

- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.
- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.
- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

### IX. DOL Transparency Report

6

000171

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

Below is a summary of the overall findings from PY2023[7]:
- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
  Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to identify and remove non-mandatory program requirements, allowing for the negotiation with contractors to modify the contracts to reduce the future contract prices. This de-scoping focused on aligning center operations strictly to statutory obligations, thus reducing unnecessary expenditures. This included policy revisions to eliminate Evening and Weekend Studies requirements, remove non-mandatory oral health services, remove mandatory Career Transition Services (CTS) for those who did not complete the program, and reduce nursing and trainee employee assistance program hours back to pre-COVID levels. These

---

[7] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

000172

targeted changes directly contributed to operating cost reductions without undermining core program services.

In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up to $213 million. To address this shortfall, the Department is contemplating several strategies to augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million): prioritizing cost-saving actions at centers with expiring contracts and suspending operations at underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade offerings across centers, using labor market information and program performance ratings. Underutilized or duplicative trades are targeted for elimination or consolidation, and Continuous Improvement Plans (CIPs) will be deployed for lower-performing programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new facilities, performance, and sustainability risk assessment tool was developed to prioritize centers for potential suspension of operations based on performance and fiscal sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a need-based model (e.g., one to three residential centers per state) projecting long-term savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots, resulting in a projected $2 million cost avoidance for PY 25.

**IMPORTANT DATES**
N/A

**OTHER DOL AGENCIES INVOLVED**
N/A

**OTHER FEDERAL AGENCIES INVOLVED**

White House Domestic Policy Council

**CONGRESSIONAL INTEREST**
NA.

**CONTACT**

Erin McGee, Acting Administrator, Office of Job Corps █████████████

**ATTACHMENTS**

Provide a vertical list of attachments under this header in the following format:
N/A

8

Message
_____

**From:** Frazier, Susan (Lori) - ETA █████████████████████████████████████

████████████████████████████████████████████████████████████

**Sent:** 5/4/2025 3:53:23 PM
**To:** Han, Jihun A - OSEC ████████████████████
**Subject:** DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum
**Attachments:** EMBARGOED DRAFT_ETA Job Corps Program Decision Memo.docx

Here you go! The DRAFT operational plan is only 2 pages, but I included an Appendix for reference. I am sure there will be some edits. There are also a few decision points in it.

Thanks!
Lori

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ██████████████



**U.S. Department of Labor**    Assistant Secretary for
Employment and Training
Washington, D.C. 20210



<span style="color:red">**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**</span>

May 4, 2025

**DECISION MEMORANDUM**

**SUBJECT:    Job Corps Program and Pausing Center Operations**

---

**PURPOSE:** To reach consensus on pausing Job Corp center operations and return every student safely and timely to their home of record by the end of the program year June 30th

**DECISION POINT:** Pause all Job Corp centers including USDA Conservation Corp Centers (CCCs)? Or leave the 24 USDA untouched?

**PROPOSED OPERATIONAL PLAN:** (1) Pause all Job Corp center operations (including 24 USDA CCCs) immediately to allow adequate transition plans for mobilizing students. (2) Centers will execute a "Suspension of Operations" Plan. (3) Formal Closure (4) Funding Actions and Program Possibilities

**PHASE 1: PAUSE ALL JOB CORP CENTER OPERATIONS**

➤ **Action 1:** OSEC will communicate the operational plan with USDA Secretary. USDA center staff (24 centers) will be directed to operationalize their "Suspension of Operations" plan to transfer students to home of record.
  ○ Cannot provide a full Reduction in Force (RIF) because some center staff are needed to manage facilities.

➤ **Action 2:** ETA will terminate 99 contracts with center operators using the "Termination for Convenience of the Government".
  ○ No explanation needed for "convenience". Do not use "transparency report" for rationale.
    ▪ Pausing all centers eliminates debate over indiscriminately choosing, performance measures and safety criteria
  ○ ETA leadership will brief limited Job Corp federal staff including Contracting Officer Representative (COR).
  ○ OJC Staff will issue brief email notice minutes in advance to Job Corp Center Operators/Job Corp Association/Labor Unions of the termination notices
  ○ OJC staff will issue a Termination of Inconvenience effective X date and require by X date what needs to be completed (i.e. implement the Center Operations Pause and transition students to home of record.).
  ○ ETA leadership will ensure COR understands negotiation role to negotiate termination fees and needed program costs that are applicable to transition

000212

students and successfully stop operations. This will include up to 3-4 months of continued contract operations such as facility and property management, records retention, secure data and transportation fleet.
- o Center Operators will operationalize "Suspension of Operations" plan.
- ➢ **Action 3:** DOL OSEC will operate a communication plan in conjunction with other executive leadership.
- ➢ **Action 4:** ETA will provide targeted response for Job Corp center staff (employment services, job fairs, unemployment compensation, dislocated worker funding)
- ➢ **Action 5:** ETA will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc..
- ➢ **Action 6**: "Caretaker" contracts will be executed to maintain facilities until leases expire. Owned properties will require on-going caretaker contracts.

## PHASE 2: FORMAL CLOSURES

- ➢ **Action 1:** ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures.
- ➢ **Action 2: Decision point**: USDA centers are not operated by contract, but rather an interagency agreement between DOL and USDA. USDA centers are owned and cannot be closed using enacted appropriations unless to prevent endangerment of health/safety and cannot terminate the interagency agreement.
- ➢ **Action 3:** DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies.

## PHASE 3: FUNDING ACTIONS AND PROGRAM REBIRTH POSSIBILITIES

- ➢ **Action 1: Decision Point-** Appropriated program funds could be returned to U.S. Treasury or using the Demonstration Authority under 29 U.S.C.3206(a), launch the rebirth of a Job Corp program that provides funding to the states to carry out education and vocational training to this at-risk population.
- ➢ **Action 2: Decision Point-** Legislation is still in place. Regulatory and statutory cleanup to keep USDA programs operating and birth a new program.

- ➢ **Create – America First Job Corp Program. Ideas could include:**
  - o Establish Demonstration Grants to the States
  - o Designate centers for Shipbuilding Technical Education
  - o Meet with Union Heads to discuss how all union labor work will be moved from closing centers to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment.
  - o Create Apprenticeship Programs for Forestry, Carpentry at USDA sites.
  - o Create a partnership with Community colleges to provide the Job Corp without brick-and-mortar sites
  - o Allocate the PY25 Funds to states to operationalize State Job Corp programs, also a peacekeeping tactic.

000213

## APPENDIX
## BRIEF SUMMARY

**Background & Analysis:** Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program.

**Operational PY24 Budget:**                                        $1.6 Billion
**Center Operations:**

- Total Job Corp Centers (all 50 states, Puerto Rico, and DC):        123
- Of the 123, number operated by contract:                            99
- Of the 123, number operated by USDA:                                24
- Number of centers currently paused[1]:                              4
- Owned Job Corp Centers:                                             58
- Leased Job Corp Centers:                                            34
- USDA Centers owned by Forest Service:                               24

**Administration:**

- Office of Job Corps (OJC) federal FTE within ETA and regional offices: 80
- Student Onboard Strength as of April 24, 2025:                      25,892
- Federal Contractor/Job Center Staff:                                12,000
- USDA Forest Service Federal Employees at Job Corps Centers:         1,100
- National Training Contractors[2] (union organizations):            8
  - Instructors:                                                      449
  - Regional coordinators and other administrative personnel          50+

**Program Performance Failures, Facility Sustainability, and Excessive Costs:** The Job Corp program cannot continue to operate services at its current capacity. The program is in a financial crisis and has remained at the high risk of violating the Anti-deficiency Act (ADA)[3].

- The Job Corps budget has remained largely flat at $1.6 billion since 2018.
- If adjusted for inflation, the budget would have to exceed $2 billion in 2024 to continue operations.
- Job Corps was operating at a deficit for PY 24—approximately $140 million—several actions to save approximately $119 million including the pausing of centers, cancelling contracts, and reducing costs have allowed the current operations to reach the end of this program year June 30th.

---

[1] Woodstock (MD), Whitney Young (KY), Penobscot (ME), Loring (ME)

[2] See Appendix

[3] ADA Act- The Antideficiency Act prohibits federal employees from making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341 (a) (1) (A).

3

000214

- PY25- Operating deficit could grow up to $213 million if mitigation strategies do not continue

## BACKGROUND AND ANALYSIS

## I. Purpose and Administration

. Since its inception, the program has served over three million youth and young adults. Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at 29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices. In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation nationwide.

## II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program. As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

4

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[4]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff.  In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs)*

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

---

[4] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

5

**Job Corps Center Closure Criteria**

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—
(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;
(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and
(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[5]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[6]

---

[5] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure

[6] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.

6

000217

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[7] However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[8] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

---

[7] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

[8] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

000218

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[9]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for which insufficient funding is currently available to complete the work. This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### *General Disposal Requirements for Job Corps Centers*

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies.
Generally, disposal involves several key steps:

- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.
- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.

---

[9] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

8

000219

- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

## IX. DOL Transparency Report

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

Below is a summary of the overall findings from PY2023[10]:
- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

---

[10] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

9

000220

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to identify and remove non-mandatory program requirements, allowing for the negotiation with contractors to modify the contracts to reduce the future contract prices. This de-scoping focused on aligning center operations strictly to statutory obligations, thus reducing unnecessary expenditures. This included policy revisions to eliminate Evening and Weekend Studies requirements, remove non-mandatory oral health services, remove mandatory Career Transition Services (CTS) for those who did not complete the program, and reduce nursing and trainee employee assistance program hours back to pre-COVID levels. These targeted changes directly contributed to operating cost reductions without undermining core program services.

**In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up to $213 million.** To address this shortfall, the Department is contemplating several strategies to augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million): prioritizing cost-saving actions at centers with expiring contracts and suspending operations at underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade offerings across centers, using labor market information and program performance ratings. Underutilized or duplicative trades are targeted for elimination or consolidation, and Continuous Improvement Plans (CIPs) will be deployed for lower-performing programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new facilities, performance, and sustainability risk assessment tool was developed to prioritize centers for potential suspension of operations based on performance and fiscal sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a need-based model (e.g., one to three residential centers per state) projecting long-term savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots, resulting in a projected $2 million cost avoidance for PY 25.

### Union Labor

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| United Brotherhood of Carpenters and Joiners (UBCJA) | • Carpentry, Pre-Apprentice | 113 |
| United Auto Workers (UAW) | • Maintenance - Light Repair, Pre-Apprentice | 35 |

10

000221

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| | • Advanced Automobile Service Technology, Pre-Apprentice<br>• Advanced MHDT Suspension and Steering, Pre-Apprentice<br>• Advanced Collision Repair and Refinish - Damage Analysis and Estimating, Pre-Apprentice | |
| Transportation Communication Union/International Association of Machinists and Aerospace Workers (TCU-IAM) | • Transportation Service Workers:<br>• Rail Mechanical Service/Carmen<br>• Rail Freight Service<br>• Airline Service<br>• Inland Waterway Service<br>• Rail Passenger Service<br>• Mass Transit/Highway Service | 24 |
| National Plastering Industry's Joint Apprenticeship Trust Fund (NPIJATF) | • Cement Masonry, Pre-Apprentice<br>• Plastering, Pre-Apprentice | 45 |
| International Union of Painters and Allied Trades (IUPAT) | • Painting, Pre-Apprentice<br>• Glazing, Pre-Apprentice<br>• Sign, Billboard, and Display, Pre-Apprentice<br>• Floor Covering Installation, Pre-Apprentice | 41 |
| International Union of Operating Engineers (IUOE) | • Heavy Construction Equipment Mechanic, Pre-Apprentice<br>• Heavy Equipment Operations, Pre-Apprentice<br>• Maintenance Repairer Helper - Stationary Engineering, Pre-Apprentice | 35 |
| International Masonry Institute (IMI) | • Bricklayer, Pre-Apprentice<br>• Tile Setting, Pre-Apprentice | 34 |
| Home Builders Institute (HBI) | • Electrical, Pre-Apprentice<br>• Plumbing, Pre-Apprentice<br>• Building Construction Technology, Pre-Apprentice<br>• HVAC, Pre-Apprentice<br>• Plumbing, Pre-Apprentice | 122 |

11

000222

Message

| | |
|---|---|
| **From:** | McGee, Erin L - ETA ███████████████████████████████████████ |
| **Sent:** | 5/8/2025 7:58:51 PM |
| **To:** | Frazier, Susan (Lori) - ETA ███████████████ |
| **CC:** | Matz, Jillian - OASAM OSPE ███████████████████████ |

███████████████ Bernt, Matthew - SOL ███████  ██ Koeppel, David R - SOL
███████████████ Timmons, Luke B1 - ETA ████████ █ Laco, Marek S - ETA
███████████████

**Subject:** Draft, Pre-Decisional Job Corps materials for review
**Attachments:** DRAFT Pre-Decisional_Notice of Termination 5.8.25.docx; Draft Mockup of Separated Student Resource Page 5.8.25.docx; Draft Pre-Decisional_Student and Center Staff Talking Points May 9.docx; Draft Pre-Decisional Fed staff comms May 9.docx; ASET to CoS Memo OJC Center Ops Contract Reimbursements 5.8.25.docx

Hi Lori, at your request, please find attached:

- Draft, Pre-Decisional Termination Notice and Related Materials
  - Mockup of Separated Student Resource Page
  - Draft Student and Center Staff Communication
  - Draft Communication to Federal Staff Supporting JC
- ASET to Chief of Staff Memo on Contract Reimbursement Funding

The draft termination notice and other related materials may be issued/used by the DOL Contracting Officer to terminate the Job Corps Center operations contracts.

These drafts were prepared at your direction, as a collaborative effort involving only ████████████████ David Koeppel and Matt Bernt from SOL, and Jillian Matz from OSPE/JCAS. Per your direction, aside from Jon Snare and Emily Su in SOL leadership, we have not communicated with anyone else on this initiative or on the preparation of these documents.

Note that the draft termination notice, as envisioned at this time (pre-decision), would be an immediate and complete termination of all 99 Job Corps Centers operated via a DOL contract. The notices as drafted would direct contractors to perform certain shutdown activities, as necessary to ensure a safe, prompt and smooth cessation of work. We anticipate that the Contracting Officer will need to issue further guidance/directives to the contractors, in particular regarding the ongoing protection and preservation of Federal facilities and property. There would certainly be many other issues and concerns/questions to address there is a decision to move forward.

These documents are draft, pre-decisional documents, and include procurement sensitive information and attorney-client privileged information.

You indicated to us that there has not yet been a decision to proceed with the termination of the contracts, but you wanted DOL to be prepared to proceed if such a decision were reached by the Secretary's Office. As we discussed, before any termination can be issued, we need a written directive from the Secretary to leadership in OASAM, directing the procurement action, and to you in ETA, directing the programmatic implementation.

We're available to answer any questions you may have.

Thank you,
Erin

000321

**Erin McGee**
**Acting Administrator**
ETA/Office of Job Corps
U.S. Department of Labor
█████████ (mobile)

**Erin McGee**
**Acting Administrator**
ETA/Office of Job Corps
U.S. Department of Labor
█████████ (mobile)

Message
_____

| | |
|---|---|
| **From:** | Walter, Courtney E - OSEC ████████████████████████████████ ████████████████████████████████████ |
| **Sent:** | 5/10/2025 7:03:43 PM |
| **To:** | Wright, Rebecca - OSEC ████████████████ |
| **Subject:** | Fw: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| **Attachments:** | EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V4.docx |

**Courtney E. Walter**
U.S. Department of Labor
████████████████

_____

**From:** Frazier, Susan (Lori) - ETA ████████████████████
**Sent:** Saturday, May 10, 2025 5:58:25 PM
**To:** Han, Jihun A - OSEC - ████████████████ ; Walter, Courtney E - OSEC ████████████████ Parella,
Courtney E - OPA ████████████████
**Subject:** EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Good afternoon, all-

Please find attached an EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp. This is a working
document.

Thank you,
Lori

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ████████████



000340

**U.S. Department of Labor**    Assistant Secretary for
Employment and Training
Washington, D.C. 20210



<span style="color:red">**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**</span>

**May 10, 2025**

**DECISION MEMORANDUM**

**SUBJECT:    Job Corps Program and Pausing Center Operations**

---

**GOAL:** To cease operations at all Job Corp center sites to align with the Trump Administration's workforce priorities and proposed budget.

**PURPOSE OF MEMO:** To reach consensus on pausing Job Corp center operations and return every student safely and timely to their home of record by the end of the program year June 30th

**OPERATIONAL PLAN:** (1) Immediately cease all Job Corp center operations (including 24 USDA CCCs) to allow adequate transition plans for mobilizing students. (2) Centers will execute a "Suspension of Operations" Plan.

**PHASE 1: PAUSE ALL JOB CORP CENTER OPERATIONS**

**Action 1:** OSEC will communicate the operational plan with USDA Secretary. USDA center staff (24 centers) will be directed to operationalize their "Suspension of Operations" plan to transfer students to home of record.

➤ **Action 2:** ETA will terminate 99 contracts with center operators using the "Termination for Convenience of the Government."

- o ETA leadership will brief limited Job Corp federal staff including Contracting Officer Representative (COR).
- o OJC Staff will issue brief email notices to all Job Corp center operators/Job Corp Association/Labor Unions minutes ahead of the termination notices.
- o OJC staff will issue a Termination of Inconvenience effective August 15th and require implementation of Center Operations Pause and transition students to home of record by June 30th.
    - o Operations wind-down to commence immediately with final operations date of June 30, 2025.
- o ETA leadership will ensure COR understands negotiation role to negotiate termination fees and needed program costs that are applicable to transition students and successfully stop operations. This will include Wednesday, May 14th at 4:30PM 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet.
- o Center Operators will operationalize "Suspension of Operations" plan.

000341

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

> **Action 3:** DOL OSEC will operate a communication plan in conjunction with other executive leadership.

> **Action 4:** ETA will provide targeted response for Job Corp center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). ETA will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. **(Appendix C)**

> **Action 5**: "Caretaker" contracts will be executed to maintain owned and leased facilities until leases expire. Note that some leases will be terminated. **(Appendix E)**

## PHASE 2: FORMAL CLOSURES

> **Action 1:** ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. **(Appendix E)**

> **Action 2:** DOL and UDSA will renegotiate necessary interagency agreements to prevent endangerment of health/safety. **(Appendix E)**

> **Action 3:** DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. **(Appendix E)**

000342

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# KEY SUMMARY OF POINTS

**THE GOAL OF THIS OPERATION:** To cease operations at all Job Corp center sites to align with the Trump Administration's workforce priorities and proposed budget.

**Critical Point of Understanding:** Long term plans of closures, program elimination, disposal of properties is a critical juncture of discussion for any future plans of the program.

**Proposed Plan:** The Department of Labor is proposing to PAUSE Job Corp center operations and return every student safely and timely to their home of record by the end of the program year June 30th.

**Operational Plan Goal:** (1) Immediately cease all Job Corp center operations (including 24 USDA CCCs) on May 16,2025 to allow adequate transition plans for mobilizing students and suspending Job Corp operations. (2) Execute "Caretaker" Contracts for Job Corp centers **(Appendix E).**

**Legal Authorities:**

- The Department of Labor is NOT eliminating the Job Corp Program.
  - Congress has the legal authority to eliminate the Job Corp Program.

- The Department of Labor is NOT CLOSING Job Corp centers. "Closing" requires additional actions.
  - DOL is PAUSING Job Corp Operations.

- The Department of Labor has the delegation of authority to cancel center operator contracts at the 99 centers which also includes contracts providing all program operations at 123 sites, including USDA sites.
  - The Department of Labor has the delegation of authority to cancel contracts at the 24 USDA centers that fund program operations.

  - Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure"… all legal requirements are met to close centers. **(Appendix E).**

**Pausing Process:**

- Sufficient contracted staff are employed at the 99 centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
- There is sufficient USDA Forest Service/federal staff employed at their centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
  - Because of termination of numerous large contracts, cost-saving measures have allowed for sufficient funds to wind down operations safely and securely.

**Job Loss:**

- Approximately 11,000 contract employees across the country and Puerto Rico.
- Potentially 1200 Forestry Service federal employees at USDA Centers

**Timeline:**                                                    APPENDIX A
**USDA Operational Plan:**                                       APPENDIX B
**Job Loss Operational Plan:**                                   APPENDIX C
**Centers' Transitional Services Operational Plan:**             APPENDIX D
**Summary and Background:**                                      APPENDIX E
**Interagency Agreement USDA & DOL**                             APPENDIX E

000343

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX A: OPERATIONAL TIMELINE

| | Complete by | Actions |
|---|---|---|
| | 5/6/25 | **PRE-OPERATIONAL PLAN BEGINS** |
| ✓ | 5/8/25 | **ETA** leadership will brief limited Job Corp federal staff, attorneys, including Contracting Officer Representative (COR) of operational plan. |
| ✓ | 5/10/2025 | **ETA and OJC** staff will develop a mockup for a Student Resource Page for Job Corp students |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop draft Termination Notices for Center Operations to transition students and successfully stop operations. This will include 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet. |
| ✓ | 5/10/25 | **ETA and OJC** will develop communication for DOL federal staff supporting Job Corp program |
| ✓ | 5/10/25 | **ETA** will develop state by state summaries of each Job Corp center, congressional districts, staff and student body size for operational planning |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop Center Staff Communication |
| ✓ | 5/15/2025 | **ETA** will develop a job loss plan for center staff to be implemented by Regional Offices |
| | 5/15/25 | **OPA** will develop a communication plan in conjunction with other external executive leadership. |
| | 5/15/25 | **OSEC** will communicate the operational plan with USDA Secretary |
| | 5/15/2025 | **ETA** leadership will read-on additional ETA/OJC/ASAM staff to operations |
| | 5/16/25 | **OPERATIONAL PLAN BEGINS** |
| | 5/16/25 | **OSEC** will send email communication directing the termination of OJC contracts to ETA's Delegation of Authority- Acting Assistant Secretary and the Assistant Secretary for Administration and Management (ASAM) |
| | 5/16/25 | **DOL OJC/OASAM** staff will terminate 99 contracts with center operators using the "Termination for Convenience of the Government." |
| | 5/16/2025 | **DOL OJC/ASSAM** staff will terminate all OJC operation contracts that fund direct program operations |
| | 5/16/25 | **DOL OJC** Staff will issue brief email notices to all Job Corp Center Operators/Job Corp Association/Labor Unions minutes ahead of the termination notices. |
| | 5/16/25 | Center Operators will operationalize "Suspension of Operations" plan. |
| | 5/16/25 | **OPA** will execute a communication plan in conjunction with other external executive leadership. |
| | | **ETA** will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. |
| | 5/19/25 | **OJC** students will begin returning to home of record |
| | 5/19/25-ongoing | **ETA** will provide targeted response for Job Corp center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). |
| | 06/30/25 | **OJC** Center Operations will suspend. |
| | 07/01/25 | **CARETAKER CONTRACTS BEGIN** |
| | 07/01/2025 | Caretaker" contracts will be executed to maintain facilities until leases expire. Note that some leases will be terminated. |
| | TBD | **CENTER CLOSURE ACTIONS** |
| | TBD | ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. |
| | TBD | DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. |

4

000344

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## JOB CORP CENTER TIMELINES

| Contract Termination for Convenience: |
|---|

- Notification of Contract Termination
- Phase-out costs based on the current contract
- Staff severance to be paid in accordance with state requirements or operator established policies. **(30-days)**
- Negotiated final contract expenses. **(30-days)**
- Students transferred to the nearest center (If any are operating) that offers the same Technical Career Training as currently enrolled. **(Two weeks)**
- Implement the operator's phase-out plan to include the following:
    - Transitioning of all students' hard copy records. **(2 weeks)**
    - Scanning and uploading all student records into CIS. **(2-4 weeks)**
    - Complete 100% inventory of the GFE to include DOL approval and board of survey. **(4 weeks)**
    - Transition all utilities and other services to the caretaker contract. **(1 day)**
    - Finalize all outstanding CRA projects. **(Variable)**
    - Notify all contacted services of the ending of the contract. **(30 days)**
    - Transition the GSA owned vehicles. **(30 days)**
- Transferring of property for the centers that are being paused. **(90 days)**
- Complete staff off-boarding. **(30 days)**
- Establishing a caretaker contract for each center paused. **(120 days)**

5

000345

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX B: USDA Operational Plan

**ACTION 1: USDOL Secretary and USDA Secretary meet**

**Agenda:**

➢ Discuss joint USDA/DOL effort to cease Job Corp Operations.

➢ Communicate the DOL/USDA operational plan with USDA Secretary.

- Job Corp operations at USDA centers will be suspended through the termination of contracts on 5/16/2025.
- Immediate results: When eight union labor contracts are cancelled, USDA sites will not have Technical Education Program operations. **(Appendix E)**
- USDA center staff (24 centers) will be directed by DOL to operationalize their "Suspension of Operations" plan to transfer students to home of record.
- The 1,100 Forestry Service federal staff workers will continue operations until June 30th to ensure smooth suspension of operations and safe return of students to home of record.
- Forestry Service federal staff are paid from OJC budget. The USDA Secretary would take any actions to reduce personnel.
- Job Corp funds will be used to execute contracts to provide "caretaker contracts" to all USDA sites.

**ACTION 2: Secretary Press Considerations**

- o Joint statement? Joint Press release? Timing? Partnership with Unions joint press?

**ACTION 3: Workforce Training Program Possibilities – Peacekeeping with the Unions**

➢ **Decision Point-** Appropriated program funds could be returned to U.S. Treasury or using the Demonstration Authority under 29 U.S.C.3206(a), launch workforce program that carry out education and vocational training to this at-risk population at the 24 USDA sites

➢ **Decision Point-** Legislation is still in place. Keep USDA centers operating with unions contractors and birth a new workforce program.

➢ **Example – America First Workforce Program. Ideas could include:**
  - o Designate centers for Shipbuilding Technical Education

  - o Meet with Union Heads to discuss how all union labor work will be moved to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment.

  - o Create Apprenticeship Programs for Forestry, Carpentry at USDA sites.

6

000346

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

# APPENDIX C:
# Job Loss and Student Resource Operational Plan

## Job Loss and Student Support:

1. A comprehensive list of severance pay and compensation packages will be compiled by DOL Job Corp staff to understand contract negotiation outcomes for staff.

2. All students who applied as "unaccompanied homeless youth" at time of application will be identified and connected with housing assistance. During pandemic, centers return students to home of record, and worked closely with this population's immediate needs.

3. Correspondence will be sent to all six (6) DOL Regional Administrators providing notification to the state's workforce system that Job Corp center operations have been terminated.

   *Immediate Action Requested:*
   o Any center with 50 or more employees to have rapid response teams on-site to provide immediate assistance, including resources and services for unemployment insurance benefits, re-employment, job search assistance, resume preparation, career counseling, and eligibility determination for training programs for timely and effective support.
   o Support services will also be provided to students who are still at the center.
   o States will be requested to provide job fair information and other employment related information to Job Corp center staff and students.

4. The DOL Job Corp website will provide links to resources for both employees and students.
5. The DOL National Job Corp Office in conjunction with Regional DOL Offices will distribute an email to Job Corp Center contractors an informational email with employment services and resources for unemployment insurance benefits to staff and students.

## Additional Student Resources:

1. Job Corp will establish a Job Corp Student Resource Page with information regarding employment and training, apprenticeship programs, armed service opportunities, and employers and email link to students.
2. The Office of Apprenticeship will provide information to the center operators via email to provide to students.
3. The Job Corp Office will partner with armed service recruiters to connect students with opportunities.

Students routinely return home for summer break and holidays.

7

000347

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX D:
# Center Transitional Services Operational Plan:

**Step-by-Step to Realize Center Operations Pause**

**Step 1: Notify Stakeholders**
- JCAS notifies the Center Operator that the contract will not be renewed and that operations will be suspended. This must occur at least 30 days but ideally 45-60 days before the expiration of contract.
- The Center Operator informs employees, students, suppliers, clients, and other stakeholders of the closure decision.
- National Office establishes a dedicated email inbox for all questions related to the suspension of operations.
    - Must identify who will monitor and respond to all incoming inquiries and ensure all applicable staff (e.g., COR) have access to the inbox.

**Step 2: Develop a Suspension of Operations Plan**
- Regional Office establishes recurring weekly meetings with Regional Office staff, National Office staff, JCAS, center operator, and center leadership.
    - At the first weekly meeting, attendees will discuss key areas of focus for the suspension (e.g., student transfers, property, facility, etc.).
- Draft a detailed closure timeline with milestones and deadlines. Some set deadlines include:
    - 15 days before contract ends, the phase-out plan is implemented.
    - On last day of contract, the Caretaker contractor is on site for the handover.
- Regional Office will provide center/operator with checklists and forms to aid the organization of information during the suspension of operations, including:
    - Sample Contract Transition Checklist (See Attachment A - SAMPLE - Contract Transition Checklist)
    - Regional Office will provide Form 5-10 Job Corps Center Operator Transition – Facilities, Health/Safety, and Fleet Vehicle Checklist (See Attachment B - Form 5-10 Checklist)
    - Sample Standard Operating Procedure Action Checklist (See Attachment C - SAMPLE SOP Action Checklist)
- National Office will provide list of all GSA vehicles and L-tag vehicles assigned to the center.
- Regional Office will download center Master Property Inventory from JCRL (Job Corps Resource Library) and COR will provide the latest quarterly property certification from the center.

**Step 3: Communication**
- Center will provide Regional Office list of all student email addresses and parent/guardian email addresses for notification.

8

000348

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Work with Communications/OPA to develop notification email to both parents and currently enrolled students to inform them of the suspension (See Attachment D - SAMPLE Parent-Guardian Notification)
- Coordinate with National Office staff for an approved script to be used for both the in-person and virtual meetings.
- National Office will develop a document of FAQs as a reference to use for staff and students.
- National Office will establish a dedicated email Inbox that will be provided to students to be monitored by the Regional staff. The COR, or designated official, will respond to questions from students and elevate questions to leadership if needed.
- If feasible, Regional Office personnel will travel to the impacted center to meet with all students to discuss the suspension of center operations; a follow-up virtual call should also be established for those students not available in person or for those with further questions.
    - Office of Job Corps will draft and center will distribute approved email notification regarding the suspension of center operations to all students and parents/guardians of minor students.
- Regional and National Office staff will hold weekly Transition meetings to discuss ongoing status and identify any pending issues that need to be addressed.
- Region Office will notify local Office of Public Affairs of the upcoming suspension of center services and refer all media inquiries to them and the National Office.
- Media inquiries relating to staff can be addressed by the center operator (not federal employees); any other media requests should be directed to local OPA office, with notification to National Office.

**Step 4: Student Transfers when there are centers operational. If all centers' operations are paused, then students are to go to their home of record.**

- Students should be transferred based on their CTT choice and the center closest to their home that has availability. An explanation is required for any student deviating from their CTT choice.
    - Preference will be to keep student within the same Region but can be transferred to centers outside of the Region based on CTT availability or other extenuating circumstances (e.g., live outside of the Region).
- Determine if ASWR will be an option – decision by National Office (1 year to return).
- For ACT (college) students, have plan of action for each student and ensure that case notes are kept up to date.
    - Identify program they are enrolled in and college.
    - Discuss options available to students who may be in mid-semester of ACT program.
- National Office will provide list of CTT programs and slot availability to the center as soon as possible.
    - Regional Office will review and confirm the slot availability upon receipt.
- Center will provide list of all active students and include the following information: student name; ID; current age; HSD status; assigned CTT; CTT TAR completion % and

9

000349

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

City/State for their home of record (See Attachment E – Active Student Outcomes Status List).
- Center will provide list of all students on MSWR status, including:  student name, ID, current age; HSD status; assigned CTT; CTT TAR completion %; City/State for their home of record; MSWR start/end date; include column if student has been compliant with the MSWR process; include any special circumstances known (i.e., has specific medical needs; health insurance issues, etc.
- Center personnel will contact each student individually to discuss options based on their CTT area, trade completion, individual concerns and openings (See Attachment F - SAMPLE CTT Crosswalk).
    o Center will provide a list of potential transfer center locations based on the student discussion to the Regional Office for approval
    o Preference will be given to retain students within the Region but can be placed outside of Region based on need/individual circumstances.
- Regional COR will confirm proposed student transfers according to their career technical trade choice and closest home location.
- Center will provide ongoing updates of the status of each identified active student until all students have either transferred or separated.
    o Explanation should be provided on all students that have not either transferred or separated for each report submission update.
    o Updates are required at minimum twice per week; Region will review and forward to National Office Staff.

**Step 5: Records Management**
- Retain records as per statutory requirements.
- Center personnel must confirm all student records are updated and uploaded in applicable CIS locations, including health/wellness records.
    o Regional Office staff should confirm no remaining hard copy records during a site visit.
    o Any noted records must be scanned into the applicable CIS location and the center must verity (via 3rd Party certification) that all hard copy files have been appropriately scanned. This confirmation must be sent to the Regional Office.
- Center must ensure all Training Achievement Records (TAR) are updated by instructors and students and all credential attainments have been updated in CIS prior to any transfer/separation.
- Center must identify any hard copy records remaining on center.
- Center books containing student accession/transfer numbers for the Federal Archives must be secured; books/documents will need to be shipped to the Regional Office for safe keeping and use in responding to records inquiries; (box contents need to be labeled for easy identification) no less than 2-weeks prior to the end of the contract.
- Centers must identify any active records requests in progress that will not be completed prior to the end of the contract.
    o Regional Offices must be prepared to begin addressing all student records requests at minimum one-month prior to the contract end date, or other date as specified by the Regional Office.

10

000350

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Centers must provide a list of all POCs (name, email; phone) for current (and all known) on-line HSD programs and/or co-enrollments with area high schools or Other Training Provider sites.
- As students transfer to new center locations, all hard copy medical records must be shipped to the receiving center in conjunction with student arrival to that center.
  - Documents must be securely packaged in accordance with HIPAA and Privacy Act regulations.
- Center accountability logs/sign-in sheets and other residential log books must be secured and labeled.
  - Operator must notify Region where the secured materials will be stored.
- Staff personnel records remain with the operator and is at their discretion on how to address.
- Center operator must cancel any center-specific licenses, permits, and certifications.

### Step 6: Outreach/Admissions and CTS Activities
- National Office, in conjunction with Regional Office, will determine where applicant files and NEAP Workforce Development Areas (WDA) will be reassigned.
  - OA Quota goals may or may not be reassigned to another contract.
- Upon notification of suspension of operations, National Office will disable the OA Provider's ability to assign students to Center.
- Operator must provide a list of active applicant files and their current status; Those files will need to be transferred to the identified OA Provider as soon as possible.
  - Regional Office must initiate contractual modifications identifying any WDA changes or increase/decrease in OA quota goals; same action applies to center arrivals.
- OA Provider must make contact with all applicants to inform them of the pending changes and provide them with contact information for their newly assigned OA provider.
- CTS services will continue to be performed by the operator until no later than 15 days prior to the end of the contract, or based on other Regionally approved date.
- Contractor will provide a list of all active CTS caseloads for transfer to the identified CTS provider.
- National Office will work with JCDC on the transfer of identified CTS caseloads to the new CTS provider.

### Step 7: Facility Management
- Center must identify all facility related concerns and ongoing projects; each project should identify the Deficiency number, amount funded, amount expensed to date, and the projected completion date to the Regional Office.
- Outgoing center operator must continue to maintain facility upkeep and preventative maintenance until the caretaker contract begins.
  - Center must coordinate with Regional Office/ESC staff regarding any new facility repairs to determine if necessary and if can be completed prior to the contract termination date.

11

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- Regional Office will request access to Asset Essentials for the Caretaker operator during the transition process.
- Outgoing Center Operator must terminate leases or contracts for office spaces and utilities in accordance with the contract termination date.
- Arrange for the disposal or transfer of physical assets; coordinate with National Training Contractors to be on location to remove assets, under supervision.
- During transition process, caretaker operator and center operator will be on-site for property/facility assessment and hand-off of facility keys.
    - COR, or designated Regional staff, should be on site during final week of transition to address any potential issues and confirm facility status.
- Conduct a final walkthrough to ensure premises are vacated.

**Step 8: Property**
- With the exception of student Chromebooks and NTC owned property, ALL other remaining property will remain on center unless otherwise noted by the National or Regional Office. Center operators must secure all items in an orderly manner to the extent possible.
- Center must conduct a 100% audit of all property once they are notified of suspension of center operations.
- For NTC owned equipment, the NTC must arrange for the pick-up and transfer of NTC owned property prior to the contract end date.
    - NTC operator should coordinate with National Office POC on the reallocation of assets to other designated NTC sites.
- Where feasible, and in coordination with the Regional Office, property should be consolidated into identified locations that are secured and can also allow for easy access for accountability.
    - Computer equipment can be relocated into secured locations (can be by building or in single locations) - but must ensure that property is clearly accessible for inventory purposes.
    - Dorm/classroom televisions, smart boards or other external equipment can be consolidated into single areas (e.g., Dedicated classroom).
    - Dorm mattresses can be relocated to a dedicated space.
    - Kitchen equipment (pots/pans/dinnerware/etc.) needs to be secured and protected to the extent possible.
    - CTT tools/equipment should be secured and locked in the applicable CTT area, unless otherwise noted by the Region.
- Operators will ensure all leased property or products are returned to supplier.
    - Operator will provide a list to the Regional Office of all leased property that is being returned (e.g., washers/dryers; vending machines; postage meters, etc.).
- Center must assess operational status of student Chromebooks. The number of operational Chromebooks must be provided to the Region for distribution to other centers.
    - The contractor should collect all Chromebooks assigned to individual students.
- Regional Office staff will coordinate and identify the allocation of student Chromebooks to other centers.

12

000352

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- For leftover personal student property, center must coordinate with the student to pack remaining belongings and either ship to student identified address or to the transferring center.
    - It is recommended that staff FaceTime with students while packing to ensure correct items are packed.
- With local students, centers may arrange for students to report to campus to retrieve their belongings while under supervision of center personnel; (note: facility issues must be accounted for with this option).
- All consumables (food, office supplies) can be removed by the operator when no longer needed and at their discretion.
- Student uniforms and other center specific clothing can either be packaged (preferably plastic totes) and remain on campus or the operator has the discretion to redistribute those items as they choose.
- Outgoing center operator will engage in normal property transfer procedures with the incoming caretaker operator.
- Outgoing center operator must submit all Relief of Accountability requests to their COR and Regional Property Officer upon completion of the 100% accountability audit.
- Regional Office COR and/or Regional Office Property, or other designated official, will be on site during the final week of Transition to the caretaker contact to ensure smooth turnover of items and to confirm the physical condition of the facility.

## Step 9: Secure Data and IT Infrastructure
- Centers with camera systems will continue to remain operational and be supported by JCDC.
- Caretaker contract must have an Internet Service Provider to ensure center alarm panels/systems remain operational.
    - Phones are Voice Over IP but require an internet connection.
- Caretaker contract may be required to establish a separate phone line
    - Check with DFAM on center Fire panel requirements as it may require an independent phone line managed by operator.
- Decommission IT systems and dispose of hardware as per data protection regulations.

## Step 10: Transportation/Fleet
- National Office will provide Regional Office a list of all GSA and L-tag vehicles assigned to the center; Regional Office will confirm list with center.
- Regional Office will coordinate with other Job Corps Centers on potential transfer of any GSA vehicles.
    - National Office Property Officer (DFAM Unit) must give final approval for all anticipated GSA vehicle transfers.
- Center operator will notify GSA representative of the need to return/transfer GSA vehicles (in coordination with Regional/National Office staff).
- Regional Office/JCAS will coordinate with Caretaker operator on what maintenance vehicles may need to remain on center (e.g., trucks w/ plow attachments), if any (confirm with JCAS regarding provision of vehicles in the caretaker contract).

13

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- Caretaker operator will accept responsibility for any remaining GSA or L-tag vehicles until such time as transfers to new locations can be accomplished.

## Step 11: Financial Management

- Center operator to provide balance of SGA funds to the Regional Office once all students have been reassigned.
  - With Regional coordination, funds may be distributed to other centers, preferably where the students were transferred to, prior to the contract termination date. Outgoing operator may also arrange to have the remaining funds split amongst the students remaining in the program and added to their debit (e.g., Wisely card), if applicable
- Petty cash funds belong to the center operator.
- Regional Office will contact CITIBANK to suspend the student travel card once all students have been transferred off the center.
- Center operator will terminate any lease agreements upon contract end date (unless discussed as part of caretaker contract assuming responsibility of the lease).
- Center operator must settle outstanding debts and liabilities.
- Center operator must provide a list of any financial obligations that may extend beyond the normal last invoice submission for the contract.

## Step 12:  Contract Management

- Region will initiate all contract requisition changes for realignment of LWDA areas/arrival goals for other contracts.
  - JCAS/Regional Office may determine an REA (request for equitable adjustment) may be needed based on changes to a center's Scope of Work.
- Region will request funding for Phase-out costs as identified in the contract award and ensure contract requisition is processed.
  - Any deviation from the costs identified in the contract award will require documentation from the operator.
- Centers will continue to invoice as normal (despite no OBS), including applicable takebacks as identified in their contract (e.g., OBS takebacks).
- Once contract is completed (if terminated prior to end of 5-year contract), Regional Office will terminate the contract in FMS.
- Regional office will have oversight of the caretaker contract for the Center.
  - Region must submit COR Nomination letter for designated staff.

## Step 13: Other Policy Considerations

- Students who are still in their TEAP probationary period will have their clock stop if they are placed in an Admin Leave status due to the center suspension of services.  Once they are transferred and arrive at their new center, the clock will resume at the point where it stopped. Re-testing will continue to follow the PRH timeframes of 37 to 42 days for the retest.
- All TABE records are stored in CIS and will transfer to the destination center with the transferring student. Students will continue with academic instruction and re-testing if necessary.

14

000354

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX E: SUMMARY AND BACKGROUND

## BRIEF SUMMARY

**Background & Analysis:** Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program.

| | |
|---|---|
| **Operational PY24 Budget:** | $1.6 Billion |

**Center Operations:**
- Total Job Corp Centers (all 50 states, Puerto Rico, and DC): 123
- Of the 123, number operated by contract: 99
- Of the 123, number operated by USDA: 24
- Number of centers currently paused[1]: 4
- Owned Job Corp Centers: 58
- Leased Job Corp Centers: 34
- USDA Centers owned by Forest Service: 24

**Administration:**
- Office of Job Corps (OJC) federal FTE within ETA and regional offices: 80
- Student Onboard Strength as of April 24, 2025: 25,892
- Federal Contractor/Job Center Staff: 12,000
- USDA Forest Service Federal Employees at Job Corps Centers: 1,100
- National Training Contractors[2] (union organizations): 8
  - Instructors: 449
  - Regional coordinators and other administrative personnel 50+

**Program Performance Failures, Facility Sustainability, and Excessive Costs:** The Job Corp program cannot continue to operate services at its current capacity. The program is in a financial crisis and has remained at the high risk of violating the Anti-deficiency Act (ADA)[3].

- The Job Corps budget has remained largely flat at $1.6 billion since 2018.
- If adjusted for inflation, the budget would exceed $2 billion in 2024 to continue operations.
- Job Corps was operating at a deficit for PY 24—approximately $140 million—several actions to save approximately $119 million including the pausing of centers and cancelling contracts have allowed operations to reach the end of program year June 30th.
- PY25- Operating deficit could grow up to $213 million if mitigation strategies do not continue

---

[1] Woodstock (MD), Whitney Young (KY), Penobscot (ME), Loring (ME)

[2] See Appendix

[3] ADA Act- The Antideficiency Act prohibits federal employees from making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341 (a) (1) (A).

000355

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## BACKGROUND AND ANALYSIS

## I. Purpose and Administration

Since its inception, the program has served over three million youth and young adults. Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at 29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices. In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation.

## II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program. As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

16

000356

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[4]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff.  In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs*)

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

---

[4] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

000357

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## Job Corps Center Closure Criteria

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—
(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;
(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and
(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[5]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[6]

---

[5] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure

[6] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.

18

000358

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[7] However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[8] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

---

[7] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

[8] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

19

000359

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[9]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for which insufficient funding is currently available to complete the work. This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### General Disposal Requirements for Job Corps Centers

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies.

Generally, disposal involves several key steps:

- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.

---

[9] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

000360

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.
- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

## IX. DOL Transparency Report

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

Below is a summary of the overall findings from PY2023[10]:
- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

---

[10] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

21

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
  Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to identify and remove non-mandatory program requirements, allowing for the negotiation with contractors to modify the contracts to reduce the future contract prices. This de-scoping focused on aligning center operations strictly to statutory obligations, thus reducing unnecessary expenditures. This included policy revisions to eliminate Evening and Weekend Studies requirements, remove non-mandatory oral health services, remove mandatory Career Transition Services (CTS) for those who did not complete the program, and reduce nursing and trainee employee assistance program hours back to pre-COVID levels. These targeted changes directly contributed to operating cost reductions without undermining core program services.

**In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up to $213 million.** To address this shortfall, the Department is contemplating several strategies to augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million): prioritizing cost-saving actions at centers with expiring contracts and suspending operations at underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade offerings across centers, using labor market information and program performance ratings. Underutilized or duplicative trades are targeted for elimination or consolidation, and Continuous Improvement Plans (CIPs) will be deployed for lower-performing programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new facilities, performance, and sustainability risk assessment tool was developed to prioritize centers for potential suspension of operations based on performance and fiscal sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a need-based model (e.g., one to three residential centers per state) projecting long-term savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots, resulting in a projected $2 million cost avoidance for PY 25.

22

000362

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# CARETAKING COSTS

**Assuming caretaking for all 123 Centers\*\* (64 owned):**

1. Caretaker "Plus" model (described below) = $██████████ annually
2. Basic Caretaker model (see below) = $████████ annually

**\*\*Note some leases may be terminated.**

| Facility Size | Caretaker Plus | Basic Caretaker | No. of centers | Annual Costs for "Plus" | Annual cost for "Basic" |
|---|---|---|---|---|---|
| less than 100k GSF | $ | $ | 11 | $ | $ |
| Between 100k and 250k GSF | $ ████ | $ ████ | 91 | $ ██████ | $ ██████ |
| Between 250k and 500k GSF | $ | $ | 17 | $ | $ |
| Between 500k and 750k GSF | $ | $ | 1 | $ | $ |
| Greater than 750k GSF | $ | $ | 3 | $ | $ |
| | | | | $ | $ |

FTEs do not include or account for supervisors.
Estimates include equipment costs for security (golf cart/gator)
Personal Property control is included.
Size categories
11 centers are <100k GSF,
91 between 100k and 250k,
17 between 250k and 500k,
1 between 500k and 750k - Turner
3 greater than 750k – Earle C. Clements, Clearfield, and Gary

**Caretaker Basic (Closed Centers):** Security, *groundskeeping, and most basic maintenance of property*

- Provide security services for the campus on the XX-acre site having approximately XXX,000 GSF among X buildings, to protect against theft of government property and vandalism.
  - 24-7 security personnel, daily patrol of buildings and grounds
  - Controlled access to campus
  - Maintain effective liaison with local law enforcement and emergency services.
- Providing ground maintenance to provide an attractive visual appearance.
- Receipt and Control of Property – The Contractor shall develop and maintain an inventory of all accountable and expendable property assigned to the center.

**Caretaker Plus (Paused Centers):** *Security plus Basic preventative maintenance and property management*

- All requirements in Caretaker Basic.
- Responsible for the proper operations of all HVAC equipment on campus to maintain air temperatures and air quality to include, but not limited to, maintaining setpoints, and changeover from heating to cooling and/or cooling to heating as applicable.
- Contractor shall engage qualified water quality and treatment sub-contractor to check and maintain chilled water chemical treatment bi-annually
- Monitoring and testing of plumbing systems at specific frequency
  - Visually examine all hot water heaters for any leaks monthly. Leaks shall be immediately reported to the COR and coordinated for repair.
  - Once a quarter the Contractor shall operate faucets at all bathrooms, kitchen, and service sinks for 30 seconds each to ensure P trap seals are maintained.

23

000363

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Preventive and Corrective Maintenance – DOL will provide access to Brightly Asset Essentials, the Computerized Maintenance Management System (CMMS) to document, schedule, and perform preventive maintenance on all buildings systems and equipment
- System Winterization – The contractor must properly prepare and winterize all plumbing and sprinkler, and water filled systems to ensure protection from cold weather.

## Union Labor

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| United Brotherhood of Carpenters and Joiners (UBCJA) | • Carpentry, Pre-Apprentice | 113 |
| United Auto Workers (UAW) | • Maintenance - Light Repair, Pre-Apprentice<br>• Advanced Automobile Service Technology, Pre-Apprentice<br>• Advanced MHDT Suspension and Steering, Pre-Apprentice<br>• Advanced Collision Repair and Refinish - Damage Analysis and Estimating, Pre-Apprentice | 35 |
| Transportation Communication Union/International Association of Machinists and Aerospace Workers (TCU-IAM) | • Transportation Service Workers:<br>• Rail Mechanical Service/Carmen<br>• Rail Freight Service<br>• Airline Service<br>• Inland Waterway Service<br>• Rail Passenger Service<br>• Mass Transit/Highway Service | 24 |
| National Plastering Industry's Joint Apprenticeship Trust Fund (NPIJATF) | • Cement Masonry, Pre-Apprentice<br>• Plastering, Pre-Apprentice | 45 |
| International Union of Painters and Allied Trades (IUPAT) | • Painting, Pre-Apprentice<br>• Glazing, Pre-Apprentice<br>• Sign, Billboard, and Display, Pre-Apprentice<br>• Floor Covering Installation, Pre-Apprentice | 41 |
| International Union of Operating Engineers (IUOE) | • Heavy Construction Equipment Mechanic, Pre-Apprentice<br>• Heavy Equipment Operations, Pre-Apprentice<br>• Maintenance Repairer Helper - Stationary Engineering, Pre-Apprentice | 35 |
| International Masonry Institute (IMI) | • Bricklayer, Pre-Apprentice<br>• Tile Setting, Pre-Apprentice | 34 |
| Home Builders Institute (HBI) | • Electrical, Pre-Apprentice<br>• Plumbing, Pre-Apprentice<br>• Building Construction Technology, Pre-Apprentice<br>• HVAC, Pre-Apprentice<br>• Plumbing, Pre-Apprentice | 122 |

24

000364

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

INTERAGENCY AGREEMENT

BETWEEN

THE UNITED STATES DEPARTMENT OF LABOR AND THE UNITED STATES
DEPARTMENT OF AGRICULTURE

GOVERNING THE FUNDING, ESTABLISHMENT, AND OPERATION OF
JOB CORPS CIVILIAN CONSERVATION CENTERS

## SECTION I. PARTIES TO AGREEMENT

U.S. Department of Labor

Hereinafter Referred to
as "DOL"

U.S. Department of Agriculture

Hereinafter Referred to
as "USDA"

## SECTION II. BACKGROUND, AUTHORITIES AND PURPOSE

A. Job Corps was established to help America's economically disadvantaged youth overcome the many barriers to successful careers. First authorized by the Economic Opportunity Act of 1964, it is currently authorized by Title I of the Workforce Investment Act (WIA) of 1998, as amended. The Secretary of Labor's authority to establish and fund Civilian Conservation Centers (CCCs), as Job Corps operators, is authorized by WIA at section 147 (c), 29 U.S.C. § 2887(c), and further defined by WIA regulations at 20 CFR § 670.120, and at 20 CFR § 670.310(e) which states:

> "The Secretary [of Labor] enters into interagency agreements with Federal agencies for the funding, establishment, and operation of CCCs which include provisions to ensure that the Federal agencies comply with the regulations under this part."

B. This Agreement is the overarching document for cooperative efforts of all personnel working towards the accomplishment of the mission as set forth in the authorizing legislation. It applies to all Job Corps CCCs funded by DOL and operated by USDA on federal or a combination of federal, state, or private property controlled by USDA. This Agreement outlines the joint and separate roles, authorities, and responsibilities of DOL and USDA and for the management of Job Corps CCCs. This Agreement is an internal Government agreement and is not intended to confer any right upon any private person or third party and does not preclude DOL from acting in a manner it deems advisable to carry out the Job Corps program, nor does it limit USDA in carrying out any activities not pertaining to its Job Corps CCCs.

C. This Agreement pertains to Job Corps Civilian Conservation Centers (Job Corps CCCs) and is entered into pursuant to 29 U.S.C. § 2887(c) and other authorities available to the Parties, and is an Operating Plan for the Job Corps CCCs under 29 U.S.C. § 2891. The Parties shall carry out

I

000365

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

their obligations under this Agreement consistent with applicable law, and pursuant to their respective legal authorities such as those for managing the areas where these Job Corps CCCs are located and governing the operations of their respective agencies. Moreover, in performing these activities, the Parties may utilize other laws, regulations, policies and guidance, including those authorizing collaboration amongst Federal agencies such as the *Economy Act, 31* U.S.C. § 1535 and those which authorize the use of private contractors.

## SECTION III.  ROLES AND RESPONSIBILITIES

The parties agree to the following division of responsibilities:

A. General

(1) DOL:  DOL has the primary responsibility within the Executive Branch for administering and managing the Job Corps program.  DOL allocates resources and works with USDA on the guiding policies, standards and procedures for operation of Job Corps CCCs and in program planning and delivery of services to Job Corps centers operated by USDA.  DOL will coordinate proposed changes to national policy and guidelines affecting CCCs with USDA.  DOL Regional Offices have responsibility to ensure that the Job Corps CCCs in their regions comply with Job Corps national policies, rules and regulations, to include the Job Corps Policy and Requirements Handbook (PRH).  USDA agrees to operate Job Corps CCCs in accordance with such Department of Labor guidance.

(2) USDA:  USDA is responsible for the operational management of Job Corps' CCCs funded by DOL in accordance with 20 CFR § 670.220(b).  This responsibility covers the provision of materials, services, personnel, and the administration of contracts that are needed to operate these centers in a manner that, at a minimum, meets the administrative and programmatic requirements and goals established by DOL, and as agreed to with USDA.

B.  Program Design

(1) The Job Corps program is defined in the authorizing legislation Workforce Investment Act (WIA) of 1998, as amended, and the implementing regulations of the DOL.

(2) When determining career technical training offerings or the configuration of enrollment slots at USDA centers, USDA's conservation mission shall be taken into account.  DOL will collaborate with USDA regarding the reduction or reconfiguration of enrollment slots before any final decisions are made by DOL, to allow USDA to make programmatic adjustments.

(3) DOL will invite USDA to provide one representative each to be a member of DOL-established Job Corps inter-agency task forces, committees, workgroups, etc. which are established to seek improvements in various aspects of the programs and Job Corps CCCs operated by USDA.

2

000366

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) USDA may test and develop innovative approaches for teaching academic and career technical training skills to students, and imparting career success standards, including independent living skills and the implementation of Job Corps' standards-based training program/curriculum. USDA Job Corps CCCs will apprise DOL of any successful techniques developed or discovered in order to provide DOL the opportunity to consider testing on a wider scale.

C. Operations

(1) DOL, as the program administrator, is responsible for providing all available funding to USDA to carry out the agreed to center operating requirements in the annual operating plan. Guidance for operations is set forth in the Policy and Requirements Handbook (PRH) published by DOL. From each year's appropriation, DOL may reserve contingency funds to cover facility-related emergencies. USDA may request needed funds from this reserve by notifying the appropriate DOL Job Corps Regional Office. Such emergencies do not include bringing a facility into compliance with Federal architectural accessibility requirements.

(2) Personnel

(a) DOL will provide funding to cover the cost of Federal Employees' Compensation Act (FECA) covered claims for Job Corps CCC students and federal staff.

(b) DOL will be responsible and accountable for recruiting, admitting, and assigning students to centers, as well as job development, career transition, and support services to separated students. USDA agrees to cooperate and assist in these important tasks to the extent that resources permit.

(c) USDA will make every effort to place graduates in jobs in the federal programs they administer, and report their progress annually to both the appropriate DOL Job Corps Regional Office and the National Office.

(d) DOL will furnish the funding for students' pay, allowances, clothing, and official travel; however, the effective and efficient delivery of these services to such students will be the responsibility of the management of the USDA Job Corps CCCs. In addition, USDA will conduct a reconciliation of student payroll and transportation accounts and submit it to the appropriate DOL Job Corps Regional Office each month.

(e) USDA bears chief responsibility for providing the necessary training for the staff of the Job Corps CCCs they manage. Periodically, DOL will conduct or arrange training for center operators and staff to introduce new program policies, requirements, curricula, or procedures, providing advance notice to the USDA National Offices. USDA is responsible for ensuring that appropriate staff attends these sessions, to the extent adequate resources are available.

(f) National Training Contractor (NTC) instructors working at USDA-managed

3

000367

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Job Corps CCCs shall be permitted to attend annual training conferences sponsored and funded by their NTC parent organization.

(g) USDA agrees to staff Job Corps CCCs in accordance with the staffing plans and center budgets approved and funded by DOL. If no suitable candidate is found within 90 days of a vacancy occurring, the DOL Job Corps Regional Director will be notified.

(3) Real Property

(a) DOL is responsible for the custody and control of all Job Corps CCCs, existing and future buildings, structures, and associated physical plant and the upward reporting of said properties, with the exception of staff housing located on certain Job Corps CCC sites.

(b) DOL will maintain all facilities data on Job Corps CCCs (other than the staff housing referred to in subparagraph (a)) as required by the Federal Real Property Council to ensure that all the necessary inventory and cost data are reported to the Federal Real Property Profile-Internet Application (FRPP IA) operated by the General Services Administration. USDA will report all cost data through the DOL Financial Management System (FMS), ensuring accurate reporting of operating costs in a timely manner.

(c) DOL will provide architectural and engineering (A&E) support to all Job Corps CCCs to include:

> (1) carrying out center facility surveys every three years
> (2) identifying safety and health, construction, rehabilitation and acquisition projects (CRA) to include all A&E support and construction administration
> (3) maintaining an on-line Inventory of Needs (ION) listing of all projects for Job Corps CCCs, and providing access to this inventory to USDA program staff
> (4) working with USDA to select their prioritized projects from the ION annually, prior to the formulation of the program year budget
> (5) providing to USDA the results of each facility survey at each of the Job Corps CCCs, the DOL Asset Management Plan and Three-Year Implementation Plan for real property

(d) DOL and USDA agree to review all design construction documents for major student vocational skills training projects. This review will include ensuring that such projects comply with applicable Federal architectural accessibility requirements.

(e) USDA will report to DOL on the progress of projects in a timely manner, including the expenditure of funds by project, using DOL's online Funded Not Corrected (FNC) system.

4

000368

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) Personal Property

    (a) DOL will hold title/ownership of, and is ultimately responsible for custody and control of all personal property purchased with Job Corps funds. USDA will, however, be responsible for the accounting and control of the personal property at all USDA Job Corps CCCs. USDA will transfer items only in accordance with the provisions of the Job Corps Property Management Handbook. USDA and DOL will agree on necessary resources to complete personal property tracking, accounting and control.

    (b) USDA will track and report all required personal property data, in accordance with the Job Corps Property Management Handbook, for all personal property purchased with Job Corps funds. Reporting will be accomplished using the DOL Electronic Property Management System (EPMS) or a system allowing the transfer of data to the EPMS. DOL will be responsible for any upward reporting requirements.

    (c) USDA will provide fleet vehicles and transportation as needed utilizing its Working Capital Fund operation and DOL will fund the appropriate use rates and fixed ownership rates as established by USDA and agreed upon by DOL. USDA will provide fleet vehicles using GSA vehicle leases. DOL will fund allowable charges for damages to vehicles upon USDA request and submission of all supporting documentation.

  (5) All Federal directives and guidelines pertaining to the conservation of energy resources at Federal establishments shall be observed/applied by USDA at all Job Corps CCCs, as funded by DOL. All Job Corps CCCs will utilize the Energy Watchdog program, such program to be provided by DOL, to identify potential energy savings, and DOL will report energy usage to DOE. DOL and USDA will work together to achieve the goals of Federal directives and guidelines pertaining to the conservation of energy resources and environmental stewardship at all Job Corps CCCs.

D. Information Technology (IT)

    DOL assumes all financial and operational responsibility for the purchase, installation, management, maintenance and upgrade of information technology equipment and technical infrastructure, including software, needed to operate a Job Corps center on a Civilian Conservation Center site. The controlling authority for the policies, procedures, and appropriate use of these assets shall be the Department of Labor Manual Series – 9 (DLMS-9) on IT.

    DOL and USDA will develop policies and systems to provide staff with access to USDA applications (i.e., Time & Attendance, Travel, Agency E-mail, Aglearn).

E. Financial Management

5

29

000369

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(1) In accordance with 20 CFR § 670.950, USDA National Office(s) will perform financial oversight and management of Job Corps CCCs consistent with DOL's established policy and procedures. Initial budget requests for center operations, and all requests for transfers of authorized balances, require the approval of USDA National Office(s) prior to the submission of such reports to the DOL Job Corps National/Regional Offices for approval.

(2) In accordance with 20 CFR § 670.320(b), DOL will transfer Job Corps funds to USDA to cover the costs of Job Corps CCC operations, in accordance with annual operating budgets that have been approved by DOL. As a general rule, funds covering ongoing operating costs and program direction costs will be transferred in quarterly installments, while funds for construction and capital items will be transferred in lump sum. USDA shall account for all funds in accordance with financial accounting and auditing standards applicable to such funds, and to applicable reporting requirements pertaining to such funds as may be established and promulgated by DOL's Chief Financial Officer (CFO), pursuant to all applicable authorities.

(3) USDA shall ensure that Job Corps funds are properly controlled and accounted for, and used prudently, in accordance with the principles of government accounting and OMB-approved policies and processes. The allowable use of such funds will be determined in accordance with FAR Part 31 and OMB Circular A-87 (Costs Principles for State, Local and Indian Tribal Governments), except to the extent that this would contravene any law or regulation. Final decisions on the appropriate use of funds will be reserved to DOL. DOL reserves the right to recover funds used to pay any expenditure that is disallowed.

(4) Funds for Program Direction, calculated as a percentage (currently 6%) of the annual budget of the Job Corps CCC, will be provided by DOL to USDA for the administrative and overhead costs associated with the Job Corps program. If USDA determines that actual indirect costs for any program year are less than the amount funded, then USDA shall submit a request to the National Office of Job Corps, through the appropriate DOL Regional Office, for approval to transfer these excess funds to a direct operations category or to return such funds to DOL. No program direction funds may be used for Construction, Rehabilitation and Acquisition (CRA) projects. Program Direction dollars are not subject to the On-Board Strength (OBS) take-back dollars.

(5) For transfers of Center Operations funds (hereafter referred to as movement of funds) between line items in the budget of a single center, or between centers, the following procedures apply:

    (a) Funds from personnel line items may only be moved to other personnel line items.

    (b) Funds from non-personnel line items may only be moved to other non-personnel line items.

    (c) Movement of funds totaling less than 3% of the affected line items at each center (in a single instance of a center-to-center movement) requires no concurrence from the Department of Labor. However, each instance must be recorded as a

6

30

000370

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

variance statement in the quarterly financial reports for the quarter in which the movement occurred. For center to center movements, both centers must record the adjustment.

(d) Movement of funds totaling 3% or greater of the affected line items at either center (in a single instance of a center-to-center movement)must be communicated to the Budget Officer in the National Office of Job Corps for approval prior to the move. The Budget Officer agrees to respond within 14 calendar days. Upon concurrence, the movement must be recorded as a variance statement in the quarterly financial statement for the quarter in which the movement occurred. Both centers must record the adjustment.

(e) When a center's total initial operating budget has been adjusted by 10% or greater as a result of the cumulative movement of funds in a program year, such adjustments will be considered permanent for the purpose of the next Program Year's budget. (For this purpose, an adjustment will only be counted once, in absolute dollars.)

(6) USDA may: (1) utilize any excess funding in the construction/rehabilitation category to supplement higher than anticipated costs for prioritized construction and or rehabilitation projects that are in the approved budget, or (2) undertake additional unbudgeted renovations listed in the facility survey as having been pre-approved by the DOL Job Corps National Office.

(7) USDA Job Corps CCCs shall complete the Construction/Rehabilitation Funding Status Report and maintain the Web-based log of the completion of funded deficiencies.

(8) USDA may transfer up to $500 in capital equipment funds between Job Corps CCCs, with reports of those transfers sent to the DOL National Job Corps Office. Amounts greater than $500.00 will be subject to coordination and approval by the DOL Regional Job Corps Office prior to a DOL National Office transfer.

(9) If average OBS at any Job Corps CCC falls below 98%, DOL and USDA will discuss the reallocation or recapture of excess funds.

(10) USDA will use the DOL Web-based Job Corps Financial Management System to report the accrual of costs allocated to each Job Corps CCC, in accordance with the instructions provided by DOL.

(11) Funding reconciliations in the form of the 2110 F Report, including the treatment of unexpended balances, will be performed by the USDA National Offices and provided to the DOL Job Corps National Office at the end of each program year.

(12) Funding for vehicles will be provided on a basis consistent with the formula used for contractor operated centers. Information regarding each center's fleet (e.g. number, type and size of vehicles) will be shared with the applicable Job Corps Regional Office upon request. If USDA determines that additional vehicle amortization funds are needed based on agreed-to operating requirements (see Section III-C(4)(c)), a request shall be made to

7

000371

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

the appropriate Job Corps Regional Office.

(13) Annual Career Technical Skills Training (CTST) budgets are allocated to USDA based on the number of career technical training slots, times an amount agreed upon by DOL and USDA. If USDA determines the need for additional CTST funds, then it may transmit such a request to the Job Corps Regional Office through USDA National Office for consideration.

(14) USDA will not be assessed liquidated damages in connection with the violation of DOL performance data integrity issues (i.e. reporting fraudulent academic or career technical achievements, reporting false student accountability, etc.). USDA shall take appropriate disciplinary or contractual action in accordance with its personnel policies, contract provisions, and/or any other Agency/Department rules and procedures that are applicable in disciplining responsible employees or contractors for such violations. In addition, credits found to be invalid will be removed, potentially changing the values of performance measurements. For each investigation, a report will be provided to DOL outlining the steps taken to remedy the situation and the preventative measures enacted to prevent repeat occurrences.

F. Assessments and Evaluations

(1) The focus of the assessments by DOL and USDA is on the effectiveness of center operations and compliance with Job Corps' governing statute, (WIA), regulations, policy, and requirements, as well as determining adherence to the center operating plans, performance measures, and approved annual budgets. The assessments will examine each center's internal administrative procedures, to the extent that they are associated with operations/administration compliance. In addition, the DOL Civil Rights Center (CRC) may conduct compliance reviews to determine the extent of a center's compliance with the PRH policies, standards, and other requirements that are related to nondiscrimination and equal opportunity for Job Corps students.

(2) The Job Corps Regional Offices will notify the USDA National Offices when scheduling assessments of the Job Corps CCCs. All parties will concurrently furnish copies of their assessment schedule prior to the start of each program year. USDA shall conduct comprehensive assessments of each Job Corps CCC it manages at a minimum every two years, or more frequently where needed, and/or in line with DOL frequency by center. DOL reserves the right to conduct unannounced visits in coordination with USDA National Offices. Reports of each monitoring visit will be shared with USDA officials and the Job Corps CCC center director within 45 calendar days of the visit. Additionally, all involved parties will respond to reports within 45 days of receipt. DOL and USDA will strive to conduct joint assessments.

(3) DOL's Office of the Inspector General will have lead responsibility for conducting comprehensive program and financial audits of USDA Job Corps activities. After completion of each audit, the report will be shared with appropriate USDA officials. In the event USDA conducts an Inspector General or other enforcement agency investigation, the report will be shared with DOL officials unless confidentiality is necessary to protect the integrity of law enforcement or employee relations

8

000372

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

investigations.

(4) In accordance with WIA Section 147 (c) (2), and in the event a Job Corps CCC managed by the USDA fails to meet expected levels of performance, corrective measures will be developed by USDA and the Job Corps Regional Office. If corrective action measures are not implemented, or if implemented, do not result in adequate performance over a reasonable period of time, the Secretary of Labor, in accordance with WIA Section 159 (f) (2), shall develop and implement a performance improvement plan.

G. Reporting

(1) Job Corps centers managed by USDA are required to use Job Corps standard information systems for data collection and reporting. USDA agrees to provide oversight to ensure data integrity, timeliness and reporting accuracy.

(2) USDA agree to provide accurate and timely notification to the Job Corps Regional and National Offices of any significant incidents that occur at and around the Job Corps CCCs it manages. These incidents shall be reported within required timeframes utilizing the Job Corps Web-based, Significant Incident Reporting System (SIRS).

(3) USDA agree to provide accurate and timely notification to DOL's Civil Rights Center (CRC) when any administrative enforcement actions or lawsuits are filed against a Job Corps CCC alleging discrimination against Job Corps students on any ground that is prohibited in the Job Corps program. This notification will comply with the provisions contained in the Policy and Requirements Handbook.

(4) USDA agrees to immediately inform the appropriate DOL Job Corps Regional Office whenever there is a permanent or temporary change of center directors, or a USDA agency representative responsible for oversight of a Job Corps CCC.

H. Special Provisions

(1) USDA is responsible for managing any emergency or crisis situation that arises at the Job Corps CCCs it manages, especially situations that present an immediate danger to the health or safety of students, staff, or members of the general community. The appropriate DOL Job Corps Regional Office will be notified as soon as possible when such situations arise.

(2) DOL routinely publishes notices and other directives, including system-security directives, that are program-wide in scope and that are issued directly to Job Corps centers, center operators and other parties as appropriate. DOL notices and other directives will be coordinated and implemented promptly by Job Corps CCCs managed by USDA.

(3) It is understood that Job Corps CCC Federal employees are covered by OPM regulations and union agreements. As such, USDA shall negotiate with DOL any changes impacting Federal employees.

9

33

000373

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(4) DOL shall recognize USDA as an executive agency within the Federal Government having established rules and regulations. These rules and regulations will be used in conjunction with the DOL established rules and regulations to guide USDA actions as they pertain to matters of personnel, budget and finance, property, use of information technology, acquisition of goods and services, safety, law enforcement, and labor/management relations, and as such, establish guidelines under which the Job Corps CCCs operate. DOL agrees to take into consideration and coordinate these regulations (to avoid promulgating conflicting guidance) when establishing policies, providing budget guidance (to include staffing), or directing any activity that will require Job Corps CCCs to take action under their departmental procedures.

(5) In cases where possible criminal activity has occurred at a Job Corps CCC, DOL fully acknowledges the primacy of USDA's law enforcement personnel and procedures in the conduct of a subsequent investigation. Pursuant to that acknowledgment, DOL retains the need to have such incidents properly reported through established channels and in accordance with Job Corps' published policies governing such occurrences on Job Corps centers.

In cases where possible criminal activity has occurred through the use or misuse of Job Corps equipment, DOL retains all rights to its equipment or devices after appropriate investigations by USDA's law enforcement personnel are concluded. In the case of administrative or disciplinary proceedings stemming from misuse of its equipment, USDA's law enforcement personnel will take possession of the equipment to secure material evidence and to ensure that other Job Corps students are shielded from possible harm through inadvertent access. Once final actions have been taken relative to the proceedings, the equipment will be returned to the Job Corps and a determination made as to whether the equipment shall be put back in service.

(6) Activities carried out under this Agreement are subject to, among other things, the Job Corps Policy and Requirements Handbook (PRH). This describes the joint and separate roles, authorities, and responsibilities of DOL and USDA management of Job Corps CCCs. The PRH contains the procedures and processes that all parties shall use for communication with each other about Job Corps matters, and procedures for handling routine or cyclical administrative tasks; such as planning, budgeting, financial management and accountability, work project development, as well as performance planning, center management, and, where necessary, improvement.

(7) If the Secretary of Labor or her/his designee, determines that the health, safety, or well-being of students are in immediate jeopardy, the Secretary, or her/his designee, will initiate discussions with USDA leading to more significant action. DOL and USDA will jointly develop an action plan to address the incident and/or resolve the underlying concerns. This shall not preclude DOL or USDA from taking immediate action to protect the health and safety of the Job Corps CCC students and staff.

I. Closing USDA CCCs

10

000374

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(1) The Secretary of Labor, after consultation with the Secretary of Agriculture, may temporarily close a Job Corps CCC managed by USDA, based upon a concern for the health, safety and well being of students, staff, and/or nearby community(ies). Every effort will be made by the involved agencies to correct such concerns prior to closing the site. The Secretary of Labor, or her/his designee, will notify appropriate USDA officials prior to announcing and temporarily closing a Job Corps CCC.

(2) In the event it becomes necessary pursuant to 29 U.S.C. 2899(g) to permanently close a Job Corps CCC managed by USDA, USDA will prepare and submit a cost proposal to DOL within 30 days of closure and the parties will agree upon mutually acceptable terms. The following general principles apply:

(a) DOL shall cover the costs of maintaining a small cadre of staff following center deactivation, to provide for the orderly retirement of records, disposition of personal property, and other administrative tasks resulting from the deactivation. It is anticipated that a cadre of three to five staff working for up to three to six months will be adequate following deactivation.

(b) DOL shall cover the cost of utilities at the Job Corps center for a maximum of 6 months following deactivation, as well as the one-time cost(s) of winterizing or mothballing the facilities.

(c) DOL shall not cover the costs of any renovations or improvements to the facility after notification to USDA that the facility is to be deactivated. The only exception to this principle will be renovations that are needed to ensure the personal health or safety of students or staff while they continue to reside or work at the center.

(d) With regard to Federal staff that are separated from the Federal government as a direct result of a center closing, the DOL will cover the following costs, as applicable and as specified by law: lump-sum leave settlement: unemployment insurance benefits, and severance pay.

(e) DOL will cover the pre-approved relocation costs of any Federal staff member employed at a closing center who is reassigned to either another Job Corps CCC operated by the USDA or an administrative (program direction) position within USDA that is devoted 100% to the Job Corps program. DOL will not cover relocation costs for any other types of reassignments or transfers.

(f) DOL will cover reasonable costs that result from early termination or partial termination of contracts.

(g) The facilities may not be assigned or reassigned or used for any other purpose without the approval of USDA once the decision to close a center has been made.

(h) USDA and DOL will work together to establish a plan that restores the closed center's footprint to a level consistent with future land management plans.

11

35

000375

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## SECTION IV. ANNUAL PLANNING AND BUDGETING

A. General operational planning and budgeting will be conducted on an annual cycle. DOL will initiate each year's planning process by furnishing USDA with instructions and with sufficient time to implement contracts and begin each program year.

B. The amount provided for USDA Program Direction costs in each year's budget currently is a minimum of 6%. The Program Direction budget proposed by USDA must be accompanied by reasonable supporting documentation.

C. The identification of specific CTST work projects will be accomplished through a special planning process in which USDA proposes specific projects and submits them as a package to the USDA National Office for approval prior to submitting to the appropriate DOL Job Corps Regional Office. Where National Training Contractors (NTC) programs are operating at USDA-managed Job Corps CCC, the CTST planning requirements in the NTC Memorandum of Understanding shall be followed.

D. Fund allocations for managing the real and personal property portfolio at Job Corps CCCs will be determined by the DOL National Office of Job Corps, working with the USDA National Office. DOL will schedule the allocation process so that it leads to the formulation of the annual budget before the beginning of the budget year and allows for the transfer of funds to USDA at the start of the budget year.

    (1) The following areas will be agreed upon by DOL and USDA for each Job Corps CCC:

        (a) The number of enrollment slots to be maintained, including breakouts for male/female and residential/nonresidential.

        (b) The career technical training offerings to be available.

        (c) Staffing levels and staffing patterns.

        (d) Number of Career Technical Skills Training (CTST) slots.

        (e) Budgetary guidance relative to allowable inflationary adjustments on operational expenses, vehicle and equipment costs, and USDA program direction costs.

    (2) A budget request will be required for each Job Corps CCC, using standard Job Corps budget line items.

    (3)The time established by DOL for USDA submittal of its proposed budget, and any subsequent budget changes, will allow opportunity for bilateral discussions and negotiations. As much as possible, DOL will approve USDA's budget for the coming year at least one month prior to the start of the budget year. DOL will notify USDA if for any reason this deadline will not be met.

12

36

000376

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## SECTION V. DELEGATIONS OF AUTHORITY AND LINES OF COMMUNICATION

A. The DOL Job Corps National Director and the USDA National Directors are authorized to exercise all authorities and functions discussed in this Agreement, including the functions of the respective Secretaries of each agency. The National Directors are further authorized to enter into supplemental operating instructions with each other which serve to clarify, refine, or expand upon the provisions of this Agreement as long as they do not conflict with the Interagency Agreement.

B. The Job Corps USDA National Offices are located in Lakewood, CO. The DOL National Office will use the USDA National Offices as its point of contact with regard to any nonstandard center-related issues, both operational and administrative along with policy, budget, and guidance for all matters concerning Job Corps CCCs operated by USDA.

C. USDA National Offices have Assistant Directors/Youth Program Officers responsible to work with the respective DOL Regional Offices for the oversight of their Job Corps CCCs. In carrying out oversight responsibilities, Assistant Directors of USDA will work with DOL Regional Officials to provide direction to Job Corps CCC Center Directors. USDA agrees that center directors and their staffs will work together with DOL Job Corps Regional Directors and their staff to comply with DOL operational policies.

## SECTION VI. ADMINISTRATION OF AGREEMENT

A. Order of Precedence

(1) In the event that specific provisions of this Agreement conflict with Federal law or regulation, the requirements of the law or the regulation shall prevail. As soon as such conflicts become known, DOL and USDA will work jointly to arrive at a mutually agreeable resolution.

B. Disputes

(1) In the event that disputes arise between DOL and USDA concerning the applicability or interpretation of provisions of this Agreement, resolution shall first be sought through discussions between the DOL National Director of Job Corps and the USDA National Director. If settlement cannot be reached at that level, then the matter will be referred to individuals designated by the signatories to this Agreement, or their successors, with authority to develop and approve a mutually satisfactory resolution. If agreement cannot be reached through these means, then the ruling of the Secretary of Labor shall prevail.

C. Revisions to this Agreement

(1) Revisions to this Agreement must be approved in writing by both parties.

## SECTION VII. PERIOD OF AGREEMENT

A. This Agreement becomes effective when signed by all the authorized officials stipulated under Section X, herein, and will remain in effect until superseded or terminated in writing by

13

000377

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

mutual agreement of the parties to this Agreement, or unilaterally terminated by any signatory Department after a minimum of 120 days formal notice. Supersession of this Agreement must be approved in writing by the parties to this Agreement, or their successors.

## SECTION VIII. SUPERSESSION OF PREVIOUS AGREEMENTS

A. This Interagency Agreement terminates and supersedes the 1974 Agreement, as amended, between and among DOL and USDA, pertaining to Job Corps CCCs operated by USDA. Upon the effective date of this Agreement, as stipulated under Section VII, the Agreement of 1974, and any other such Agreements, shall no longer apply to USDA or DOL.

## SECTION IX. AMENDMENT OF THIS AGREEMENT

A. All parties to this Agreement understand that it is subject to review and possible amendment under the following circumstances:

(1) At least every 4 years

(2) Upon revision of the enabling Job Corps program legislation.

(3) At the request of any party, based on changes significantly impacting the Agreement.

## SECTION X. SIGNATURES OF AUTHORIZED OFFICIALS

**Executed on Behalf of the Department of Labor**

_____     3/6/08
Assistant Secretary for Administration and Management     Date

Esther R. Johnson                            3-5-08
National Director, Office of Job Corps        Date

**Executed on Behalf of the Department of Agriculture**

_____     3/10/08   MAR 1 0 2008
Assistant Secretary for Administration         Date

_____     3/10/08
Under Secretary for Natural Resources and Environment    Date

14

38

Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | 5/12/2025 8:35:25 PM |
| **To:** | Han, Jihun A - OSEC ▓▓▓▓▓▓▓▓ ; Parella, Courtney E - OPA ▓▓▓▓▓▓▓ ; Walter, Courtney E - OSEC ▓▓▓▓▓▓▓ |
| **Subject:** | RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| **Attachments:** | EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V4.docx |

Hmm.. if the drop down menus and sorting is not important, I used my amateur skills to add the Excel sheet as an image! See attachment.

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ▓▓▓▓▓▓▓▓



**From:** Han, Jihun A - OSEC ◄▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, May 12, 2025 8:07 PM
**To:** Frazier, Susan (Lori) - ETA ◄▓▓▓▓▓▓▓▓▓▓ ; Parella, Courtney E - OPA ◄▓▓▓▓▓▓▓▓ ;
Walter, Courtney E - OSEC ◄▓▓▓▓▓▓▓▓►
**Subject:** Re: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

No problem! Is the excel print friendly? If not- maybe we just go back to the original document you had sent over in word doc.

**Jihun Han**
Chief of Staff
Office of the Secretary
U.S. Department of Labor
C: ▓▓▓▓▓▓▓▓

**From:** Frazier, Susan (Lori) - ETA ◄▓▓▓▓▓▓▓▓►
**Sent:** Monday, May 12, 2025 7:45:33 PM
**To:** Parella, Courtney E - OPA ◄▓▓▓▓▓▓▓▓▓ ; Han, Jihun A - OSEC ▓▓▓▓▓▓▓ ; Walter,
Courtney E - OSEC ◄▓▓▓▓▓▓▓▓
**Subject:** RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Good evening,
- Attached:
  - o Memo
  - o Excel sheet attached separately.
    - I could not merge the Excel sheet into one document without losing data.

- State Summaries with the Transparency Data

Thanks!
Lori

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C ███████████



**From:** Parella, Courtney E - OPA ███████████████
**Sent:** Monday, May 12, 2025 4:05 PM
**To:** Frazier, Susan (Lori) - ETA ████████████ ; Han, Jihun A - OSEC ███████████ >; Walter, Courtney
E - OSEC ███████████
**Subject:** RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Yes, I will add them into your draft, along with the timeline comms plan, once you send the memo back!

**From:** Frazier, Susan (Lori) - ETA ██████████████
**Sent:** Monday, May 12, 2025 4:02 PM
**To:** Han, Jihun A - OSEC ████████████ >; Walter, Courtney E - OSEC ████████████ >; Parella,
Courtney E - OPA ████████████
**Subject:** Re: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Absolutely. Great idea. Also, the TPs were not attached.

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
O ███████████

000583

**From:** Han, Jihun A - OSEC ████████████████ >
**Sent:** Monday, May 12, 2025 3:58:46 PM
**To:** Frazier, Susan (Lori) - ETA ███████████ >; Walter, Courtney E - OSEC ◄███████████████████
Parella, Courtney E - OPA ◄██████████
**Subject:** RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Thanks, Lori. Can we combine the list of congressional districts with job corps center into this memo as well? And attach Courtney's talking points too.

**Jihun Han**
Chief of Staff
Office of the Secretary
U.S. Department of Labor
C: ██████████████



---

**From:** Frazier, Susan (Lori) - ETA ◄██████████████
**Sent:** Saturday, May 10, 2025 5:58 PM
**To:** Han, Jihun A - OSEC ◄██████████████ >; Walter, Courtney E - OSEC ◄██████████████ ◄ ; Parella, Courtney E - OPA ◄██████████████
**Subject:** EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Good afternoon, all-

Please find attached an EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp. This is a working document.

Thank you,
Lori

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ██████████████



000585

**U.S. Department of Labor**    Assistant Secretary for
Employment and Training
Washington, D.C.  20210



<span style="color:red">**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**</span>

**May 10, 2025**

**DECISION MEMORANDUM**

**SUBJECT:    Job Corps Program and Pausing Center Operations**

---

**GOAL:** To cease operations at all Job Corp center sites to align with the Trump Administration's workforce priorities and proposed budget.

**PURPOSE OF MEMO:** To reach consensus on pausing Job Corp center operations and return every student safely and timely to their home of record by the end of the program year June 30th

**OPERATIONAL PLAN:** (1) Immediately cease all Job Corp center operations (including 24 USDA CCCs) to allow adequate transition plans for mobilizing students. (2) Centers will execute a "Suspension of Operations" Plan.

**PHASE 1: PAUSE ALL JOB CORP CENTER OPERATIONS**

> **Action 1:** OSEC will communicate the operational plan with USDA Secretary. USDA center staff (24 centers) will be directed to operationalize their "Suspension of Operations" plan to transfer students to home of record.

> **Action 2:** ETA will terminate 99 contracts with center operators using the "Termination for Convenience of the Government."

- o   ETA leadership will brief limited Job Corp federal staff including Contracting Officer Representative (COR).
- o   OJC Staff will issue brief email notices to all Job Corp center operators/Job Corp Association/Labor Unions minutes ahead of the termination notices.
- o   OJC staff will issue a Termination of Inconvenience effective August 15th and require implementation of Center Operations Pause and transition students to home of record by June 30th.
  - o   Operations wind-down to commence immediately with final operations date of June 30, 2025.
- o   ETA leadership will ensure COR understands negotiation role to negotiate termination fees and needed program costs that are applicable to transition students and successfully stop operations. This will include Wednesday, May 14th at 4:30PM 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet.
- o   Center Operators will operationalize "Suspension of Operations" plan.

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

> **Action 3:** DOL OSEC will operate a communication plan in conjunction with other executive leadership.

> **Action 4:** ETA will provide targeted response for Job Corp center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). ETA will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. **(Appendix C)**

> **Action 5:** "Caretaker" contracts will be executed to maintain owned and leased facilities until leases expire. Note that some leases will be terminated. **(Appendix E)**

## PHASE 2: FORMAL CLOSURES

> **Action 1:** ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. **(Appendix E)**

> **Action 2:** DOL and UDSA will renegotiate necessary interagency agreements to prevent endangerment of health/safety. **(Appendix E)**

> **Action 3:** DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. **(Appendix E)**

2

000587

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# KEY SUMMARY OF POINTS

**THE GOAL OF THIS OPERATION:** To cease operations at all Job Corp center sites to align with the Trump Administration's workforce priorities and proposed budget.

**Critical Point of Understanding:** Long term plans of closures, program elimination, disposal of properties is a critical juncture of discussion for any future plans of the program.

**Proposed Plan:** The Department of Labor is proposing to PAUSE Job Corp center operations and return every student safely and timely to their home of record by the end of the program year June 30th.

**Operational Plan Goal:** (1) Immediately cease all Job Corp center operations (including 24 USDA CCCs) on May 16,2025 to allow adequate transition plans for mobilizing students and suspending Job Corp operations. (2) Execute "Caretaker" Contracts for Job Corp centers **(Appendix E).**

**Legal Authorities:**
- The Department of Labor is NOT eliminating the Job Corp Program.
    - Congress has the legal authority to eliminate the Job Corp Program.

- The Department of Labor is NOT CLOSING Job Corp centers. "Closing" requires additional actions.
    - DOL is PAUSING Job Corp Operations.

- The Department of Labor has the delegation of authority to cancel center operator contracts at the 99 centers which also includes contracts providing all program operations at 123 sites, including USDA sites.
    - The Department of Labor has the delegation of authority to cancel contracts at the 24 USDA centers that fund program operations.

    - Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure"… all legal requirements are met to close centers. **(Appendix E).**

**Pausing Process:**
- Sufficient contracted staff are employed at the 99 centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
- There is sufficient USDA Forest Service/federal staff employed at their centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
    - Because of termination of numerous large contracts, cost-saving measures have allowed for sufficient funds to wind down operations safely and securely.

**Job Loss:**
- Approximately 11,000 contract employees across the country and Puerto Rico.
- Potentially 1200 Forestry Service federal employees at USDA Centers

| | |
|---|---|
| **Timeline:** | APPENDIX A |
| **USDA Operational Plan:** | APPENDIX B |
| **Job Loss Operational Plan:** | APPENDIX C |
| **Centers' Transitional Services Operational Plan:** | APPENDIX D |
| **Summary and Background:** | APPENDIX E |
| **Interagency Agreement USDA & DOL** | APPENDIX E |
| **OJC Congressional Districts** | APPENDIX F |

3

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX A: OPERATIONAL TIMELINE

| | Complete by | Actions |
|---|---|---|
| | 5/6/25 | **PRE-OPERATIONAL PLAN BEGINS** |
| ✓ | 5/8/25 | ETA leadership will brief limited Job Corp federal staff, attorneys, including Contracting Officer Representative (COR) of operational plan. |
| ✓ | 5/10/2025 | **ETA and OJC** staff will develop a mockup for a Student Resource Page for Job Corp students |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop draft Termination Notices for Center Operations to transition students and successfully stop operations. This will include 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet. |
| ✓ | 5/10/25 | **ETA and OJC** will develop communication for DOL federal staff supporting Job Corp program |
| ✓ | 5/10/25 | **ETA** will develop state by state summaries of each Job Corp center, congressional districts, staff and student body size for operational planning |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop Center Staff Communication |
| ✓ | 5/15/2025 | **ETA** will develop a job loss plan for center staff to be implemented by Regional Offices |
| | 5/15/25 | **OPA** will develop a communication plan in conjunction with other external executive leadership. |
| | 5/15/25 | **OSEC** will communicate the operational plan with USDA Secretary |
| | 5/15/2025 | **ETA** leadership will read-on additional ETA/OJC/ASAM staff to operations |
| | 5/16/25 | **OPERATIONAL PLAN BEGINS** |
| | 5/16/25 | **OSEC** will send email communication directing the termination of OJC contracts to ETA's Delegation of Authority- Acting Assistant Secretary and the Assistant Secretary for Administration and Management (ASAM) |
| | 5/16/25 | **DOL OJC/OASAM** staff will terminate 99 contracts with center operators using the "Termination for Convenience of the Government." |
| | 5/16/2025 | **DOL OJC/ASSAM** staff will terminate all OJC operation contracts that fund direct program operations |
| | 5/16/25 | **DOL OJC** Staff will issue brief email notices to all Job Corp Center Operators/Job Corp Association/Labor Unions minutes ahead of the termination notices. |
| | 5/16/25 | Center Operators will operationalize "Suspension of Operations" plan. |
| | 5/16/25 | **OPA** will execute a communication plan in conjunction with other external executive leadership. |
| | | **ETA** will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. |
| | 5/19/25 | **OJC** students will begin returning to home of record |
| | 5/19/25-ongoing | **ETA** will provide targeted response for Job Corp center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). |
| | 06/30/25 | **OJC** Center Operations will suspend. |
| | 07/01/25 | **CARETAKER CONTRACTS BEGIN** |
| | 07/01/2025 | Caretaker" contracts will be executed to maintain facilities until leases expire. Note that some leases will be terminated. |
| | TBD | **CENTER CLOSURE ACTIONS** |
| | TBD | ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. |
| | TBD | DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. |

4

000589

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## JOB CORP CENTER TIMELINES

| Contract Termination for Convenience: |
|---|

- Notification of Contract Termination
- Phase-out costs based on the current contract
- Staff severance to be paid in accordance with state requirements or operator established policies. **(30-days)**
- Negotiated final contract expenses. **(30-days)**
- Students transferred to the nearest center (If any are operating) that offers the same Technical Career Training as currently enrolled. **(Two weeks)**
- Implement the operator's phase-out plan to include the following:
  - Transitioning of all students' hard copy records. **(2 weeks)**
  - Scanning and uploading all student records into CIS. **(2-4 weeks)**
  - Complete 100% inventory of the GFE to include DOL approval and board of survey. **(4 weeks)**
  - Transition all utilities and other services to the caretaker contract. **(1 day)**
  - Finalize all outstanding CRA projects. **(Variable)**
  - Notify all contacted services of the ending of the contract. **(30 days)**
  - Transition the GSA owned vehicles. **(30 days)**
- Transferring of property for the centers that are being paused. **(90 days)**
- Complete staff off-boarding. **(30 days)**
- Establishing a caretaker contract for each center paused. **(120 days)**

5

000590

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX B: USDA Operational Plan

**ACTION 1: USDOL Secretary and USDA Secretary meet**

**Agenda:**

➤ Discuss joint USDA/DOL effort to cease Job Corp Operations.

➤ Communicate the DOL/USDA operational plan with USDA Secretary.

- Job Corp operations at USDA centers will be suspended through the termination of contracts on 5/16/2025.
- Immediate results: When eight union labor contracts are cancelled, USDA sites will not have Technical Education Program operations. **(Appendix E)**
- USDA center staff (24 centers) will be directed by DOL to operationalize their "Suspension of Operations" plan to transfer students to home of record.
- The 1,100 Forestry Service federal staff workers will continue operations until June 30th to ensure smooth suspension of operations and safe return of students to home of record.
- Forestry Service federal staff are paid from OJC budget. The USDA Secretary would take any actions to reduce personnel.
- Job Corp funds will be used to execute contracts to provide "caretaker contracts" to all USDA sites.

**ACTION 2: Secretary Press Considerations**

- o Joint statement? Joint Press release? Timing? Partnership with Unions joint press?

**ACTION 3: Workforce Training Program Possibilities – Peacekeeping with the Unions**

➤ **Decision Point-** Appropriated program funds could be returned to U.S. Treasury or using the Demonstration Authority under 29 U.S.C.3206(a), launch workforce program that carry out education and vocational training to this at-risk population at the 24 USDA sites

➤ **Decision Point-** Legislation is still in place. Keep USDA centers operating with unions contractors and birth a new workforce program.

➤ **Example – America First Workforce Program. Ideas could include:**
- o Designate centers for Shipbuilding Technical Education

- o Meet with Union Heads to discuss how all union labor work will be moved to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment.

- o Create Apprenticeship Programs for Forestry, Carpentry at USDA sites.

6

000591

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX C:
# Job Loss and Student Resource Operational Plan

## Job Loss and Student Support:

1. A comprehensive list of severance pay and compensation packages will be compiled by DOL Job Corp staff to understand contract negotiation outcomes for staff.

2. All students who applied as "unaccompanied homeless youth" at time of application will be identified and connected with housing assistance. During pandemic, centers return students to home of record, and worked closely with this population's immediate needs.

3. Correspondence will be sent to all six (6) DOL Regional Administrators providing notification to the state's workforce system that Job Corp center operations have been terminated.

   *Immediate Action Requested:*
   - Any center with 50 or more employees to have rapid response teams on-site to provide immediate assistance, including resources and services for unemployment insurance benefits, re-employment, job search assistance, resume preparation, career counseling, and eligibility determination for training programs for timely and effective support.
   - Support services will also be provided to students who are still at the center.
   - States will be requested to provide job fair information and other employment related information to Job Corp center staff and students.

4. The DOL Job Corp website will provide links to resources for both employees and students.
5. The DOL National Job Corp Office in conjunction with Regional DOL Offices will distribute an email to Job Corp Center contractors an informational email with employment services and resources for unemployment insurance benefits to staff and students.

## Additional Student Resources:

1. Job Corp will establish a Job Corp Student Resource Page with information regarding employment and training, apprenticeship programs, armed service opportunities, and employers and email link to students.
2. The Office of Apprenticeship will provide information to the center operators via email to provide to students.
3. The Job Corp Office will partner with armed service recruiters to connect students with opportunities.

Students routinely return home for summer break and holidays.

7

000592

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX D:
# Center Transitional Services Operational Plan:

## Step-by-Step to Realize Center Operations Pause

### Step 1: Notify Stakeholders
- JCAS notifies the Center Operator that the contract will not be renewed and that operations will be suspended. This must occur at least 30 days but ideally 45-60 days before the expiration of contract.
- The Center Operator informs employees, students, suppliers, clients, and other stakeholders of the closure decision.
- National Office establishes a dedicated email inbox for all questions related to the suspension of operations.
  - Must identify who will monitor and respond to all incoming inquiries and ensure all applicable staff (e.g., COR) have access to the inbox.

### Step 2: Develop a Suspension of Operations Plan
- Regional Office establishes recurring weekly meetings with Regional Office staff, National Office staff, JCAS, center operator, and center leadership.
  - At the first weekly meeting, attendees will discuss key areas of focus for the suspension (e.g., student transfers, property, facility, etc.).
- Draft a detailed closure timeline with milestones and deadlines. Some set deadlines include:
  - 15 days before contract ends, the phase-out plan is implemented.
  - On last day of contract, the Caretaker contractor is on site for the handover.
- Regional Office will provide center/operator with checklists and forms to aid the organization of information during the suspension of operations, including:
  - Sample Contract Transition Checklist (See Attachment A - SAMPLE - Contract Transition Checklist)
  - Regional Office will provide Form 5-10 Job Corps Center Operator Transition – Facilities, Health/Safety, and Fleet Vehicle Checklist (See Attachment B - Form 5-10 Checklist)
  - Sample Standard Operating Procedure Action Checklist (See Attachment C - SAMPLE SOP Action Checklist)
- National Office will provide list of all GSA vehicles and L-tag vehicles assigned to the center.
- Regional Office will download center Master Property Inventory from JCRL (Job Corps Resource Library) and COR will provide the latest quarterly property certification from the center.

### Step 3: Communication
- Center will provide Regional Office list of all student email addresses and parent/guardian email addresses for notification.

8

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Work with Communications/OPA to develop notification email to both parents and currently enrolled students to inform them of the suspension (See Attachment D - SAMPLE Parent-Guardian Notification)
- Coordinate with National Office staff for an approved script to be used for both the in-person and virtual meetings.
- National Office will develop a document of FAQs as a reference to use for staff and students.
- National Office will establish a dedicated email Inbox that will be provided to students to be monitored by the Regional staff. The COR, or designated official, will respond to questions from students and elevate questions to leadership if needed.
- If feasible, Regional Office personnel will travel to the impacted center to meet with all students to discuss the suspension of center operations; a follow-up virtual call should also be established for those students not available in person or for those with further questions.
  - Office of Job Corps will draft and center will distribute approved email notification regarding the suspension of center operations to all students and parents/guardians of minor students.
- Regional and National Office staff will hold weekly Transition meetings to discuss ongoing status and identify any pending issues that need to be addressed.
- Region Office will notify local Office of Public Affairs of the upcoming suspension of center services and refer all media inquiries to them and the National Office.
- Media inquiries relating to staff can be addressed by the center operator (not federal employees); any other media requests should be directed to local OPA office, with notification to National Office.

**Step 4: Student Transfers when there are centers operational. If all centers' operations are paused, then students are to go to their home of record.**
- Students should be transferred based on their CTT choice and the center closest to their home that has availability. An explanation is required for any student deviating from their CTT choice.
  - Preference will be to keep student within the same Region but can be transferred to centers outside of the Region based on CTT availability or other extenuating circumstances (e.g., live outside of the Region).
- Determine if ASWR will be an option – decision by National Office (1 year to return).
- For ACT (college) students, have plan of action for each student and ensure that case notes are kept up to date.
  - Identify program they are enrolled in and college.
  - Discuss options available to students who may be in mid-semester of ACT program.
- National Office will provide list of CTT programs and slot availability to the center as soon as possible.
  - Regional Office will review and confirm the slot availability upon receipt.
- Center will provide list of all active students and include the following information: student name; ID; current age; HSD status; assigned CTT; CTT TAR completion % and

9

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

City/State for their home of record (See Attachment E – Active Student Outcomes Status List).

- Center will provide list of all students on MSWR status, including: student name, ID, current age; HSD status; assigned CTT; CTT TAR completion %; City/State for their home of record; MSWR start/end date; include column if student has been compliant with the MSWR process; include any special circumstances known (i.e., has specific medical needs; health insurance issues, etc.
- Center personnel will contact each student individually to discuss options based on their CTT area, trade completion, individual concerns and openings (See Attachment F - SAMPLE CTT Crosswalk).
    - Center will provide a list of potential transfer center locations based on the student discussion to the Regional Office for approval
    - Preference will be given to retain students within the Region but can be placed outside of Region based on need/individual circumstances.
- Regional COR will confirm proposed student transfers according to their career technical trade choice and closest home location.
- Center will provide ongoing updates of the status of each identified active student until all students have either transferred or separated.
    - Explanation should be provided on all students that have not either transferred or separated for each report submission update.
    - Updates are required at minimum twice per week; Region will review and forward to National Office Staff.

## Step 5: Records Management
- Retain records as per statutory requirements.
- Center personnel must confirm all student records are updated and uploaded in applicable CIS locations, including health/wellness records.
    - Regional Office staff should confirm no remaining hard copy records during a site visit.
    - Any noted records must be scanned into the applicable CIS location and the center must verity (via 3rd Party certification) that all hard copy files have been appropriately scanned. This confirmation must be sent to the Regional Office.
- Center must ensure all Training Achievement Records (TAR) are updated by instructors and students and all credential attainments have been updated in CIS prior to any transfer/separation.
- Center must identify any hard copy records remaining on center.
- Center books containing student accession/transfer numbers for the Federal Archives must be secured; books/documents will need to be shipped to the Regional Office for safe keeping and use in responding to records inquiries; (box contents need to be labeled for easy identification) no less than 2-weeks prior to the end of the contract.
- Centers must identify any active records requests in progress that will not be completed prior to the end of the contract.
    - Regional Offices must be prepared to begin addressing all student records requests at minimum one-month prior to the contract end date, or other date as specified by the Regional Office.

000595

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- Centers must provide a list of all POCs (name, email; phone) for current (and all known) on-line HSD programs and/or co-enrollments with area high schools or Other Training Provider sites.
- As students transfer to new center locations, all hard copy medical records must be shipped to the receiving center in conjunction with student arrival to that center.
    - Documents must be securely packaged in accordance with HIPAA and Privacy Act regulations.
- Center accountability logs/sign-in sheets and other residential log books must be secured and labeled.
    - Operator must notify Region where the secured materials will be stored.
- Staff personnel records remain with the operator and is at their discretion on how to address.
- Center operator must cancel any center-specific licenses, permits, and certifications.

## Step 6: Outreach/Admissions and CTS Activities
- National Office, in conjunction with Regional Office, will determine where applicant files and NEAP Workforce Development Areas (WDA) will be reassigned.
    - OA Quota goals may or may not be reassigned to another contract.
- Upon notification of suspension of operations, National Office will disable the OA Provider's ability to assign students to Center.
- Operator must provide a list of active applicant files and their current status; Those files will need to be transferred to the identified OA Provider as soon as possible.
    - Regional Office must initiate contractual modifications identifying any WDA changes or increase/decrease in OA quota goals; same action applies to center arrivals.
- OA Provider must make contact with all applicants to inform them of the pending changes and provide them with contact information for their newly assigned OA provider.
- CTS services will continue to be performed by the operator until no later than 15 days prior to the end of the contract, or based on other Regionally approved date.
- Contractor will provide a list of all active CTS caseloads for transfer to the identified CTS provider.
- National Office will work with JCDC on the transfer of identified CTS caseloads to the new CTS provider.

## Step 7: Facility Management
- Center must identify all facility related concerns and ongoing projects; each project should identify the Deficiency number, amount funded, amount expensed to date, and the projected completion date to the Regional Office.
- Outgoing center operator must continue to maintain facility upkeep and preventative maintenance until the caretaker contract begins.
    - Center must coordinate with Regional Office/ESC staff regarding any new facility repairs to determine if necessary and if can be completed prior to the contract termination date.

11

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Regional Office will request access to Asset Essentials for the Caretaker operator during the transition process.
- Outgoing Center Operator must terminate leases or contracts for office spaces and utilities in accordance with the contract termination date.
- Arrange for the disposal or transfer of physical assets; coordinate with National Training Contractors to be on location to remove assets, under supervision.
- During transition process, caretaker operator and center operator will be on-site for property/facility assessment and hand-off of facility keys.
  - COR, or designated Regional staff, should be on site during final week of transition to address any potential issues and confirm facility status.
- Conduct a final walkthrough to ensure premises are vacated.

## Step 8: Property
- With the exception of student Chromebooks and NTC owned property, ALL other remaining property will remain on center unless otherwise noted by the National or Regional Office. Center operators must secure all items in an orderly manner to the extent possible.
- Center must conduct a 100% audit of all property once they are notified of suspension of center operations.
- For NTC owned equipment, the NTC must arrange for the pick-up and transfer of NTC owned property prior to the contract end date.
  - NTC operator should coordinate with National Office POC on the reallocation of assets to other designated NTC sites.
- Where feasible, and in coordination with the Regional Office, property should be consolidated into identified locations that are secured and can also allow for easy access for accountability.
  - Computer equipment can be relocated into secured locations (can be by building or in single locations) - but must ensure that property is clearly accessible for inventory purposes.
  - Dorm/classroom televisions, smart boards or other external equipment can be consolidated into single areas (e.g., Dedicated classroom).
  - Dorm mattresses can be relocated to a dedicated space.
  - Kitchen equipment (pots/pans/dinnerware/etc.) needs to be secured and protected to the extent possible.
  - CTT tools/equipment should be secured and locked in the applicable CTT area, unless otherwise noted by the Region.
- Operators will ensure all leased property or products are returned to supplier.
  - Operator will provide a list to the Regional Office of all leased property that is being returned (e.g., washers/dryers; vending machines; postage meters, etc.).
- Center must assess operational status of student Chromebooks. The number of operational Chromebooks must be provided to the Region for distribution to other centers.
  - The contractor should collect all Chromebooks assigned to individual students.
- Regional Office staff will coordinate and identify the allocation of student Chromebooks to other centers.

12

000597

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- For leftover personal student property, center must coordinate with the student to pack remaining belongings and either ship to student identified address or to the transferring center.
  - It is recommended that staff FaceTime with students while packing to ensure correct items are packed.
- With local students, centers may arrange for students to report to campus to retrieve their belongings while under supervision of center personnel; (note: facility issues must be accounted for with this option).
- All consumables (food, office supplies) can be removed by the operator when no longer needed and at their discretion.
- Student uniforms and other center specific clothing can either be packaged (preferably plastic totes) and remain on campus or the operator has the discretion to redistribute those items as they choose.
- Outgoing center operator will engage in normal property transfer procedures with the incoming caretaker operator.
- Outgoing center operator must submit all Relief of Accountability requests to their COR and Regional Property Officer upon completion of the 100% accountability audit.
- Regional Office COR and/or Regional Office Property, or other designated official, will be on site during the final week of Transition to the caretaker contact to ensure smooth turnover of items and to confirm the physical condition of the facility.

## Step 9: Secure Data and IT Infrastructure

- Centers with camera systems will continue to remain operational and be supported by JCDC.
- Caretaker contract must have an Internet Service Provider to ensure center alarm panels/systems remain operational.
  - Phones are Voice Over IP but require an internet connection.
- Caretaker contract may be required to establish a separate phone line
  - Check with DFAM on center Fire panel requirements as it may require an independent phone line managed by operator.
- Decommission IT systems and dispose of hardware as per data protection regulations.

## Step 10: Transportation/Fleet

- National Office will provide Regional Office a list of all GSA and L-tag vehicles assigned to the center; Regional Office will confirm list with center.
- Regional Office will coordinate with other Job Corps Centers on potential transfer of any GSA vehicles.
  - National Office Property Officer (DFAM Unit) must give final approval for all anticipated GSA vehicle transfers.
- Center operator will notify GSA representative of the need to return/transfer GSA vehicles (in coordination with Regional/National Office staff).
- Regional Office/JCAS will coordinate with Caretaker operator on what maintenance vehicles may need to remain on center (e.g., trucks w/ plow attachments), if any (confirm with JCAS regarding provision of vehicles in the caretaker contract).

13

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Caretaker operator will accept responsibility for any remaining GSA or L-tag vehicles until such time as transfers to new locations can be accomplished.

**Step 11: Financial Management**
- Center operator to provide balance of SGA funds to the Regional Office once all students have been reassigned.
  - With Regional coordination, funds may be distributed to other centers, preferably where the students were transferred to, prior to the contract termination date. Outgoing operator may also arrange to have the remaining funds split amongst the students remaining in the program and added to their debit (e.g., Wisely card), if applicable
- Petty cash funds belong to the center operator.
- Regional Office will contact CITIBANK to suspend the student travel card once all students have been transferred off the center.
- Center operator will terminate any lease agreements upon contract end date (unless discussed as part of caretaker contract assuming responsibility of the lease).
- Center operator must settle outstanding debts and liabilities.
- Center operator must provide a list of any financial obligations that may extend beyond the normal last invoice submission for the contract.

**Step 12:  Contract Management**
- Region will initiate all contract requisition changes for realignment of LWDA areas/arrival goals for other contracts.
  - JCAS/Regional Office may determine an REA (request for equitable adjustment) may be needed based on changes to a center's Scope of Work.
- Region will request funding for Phase-out costs as identified in the contract award and ensure contract requisition is processed.
  - Any deviation from the costs identified in the contract award will require documentation from the operator.
- Centers will continue to invoice as normal (despite no OBS), including applicable takebacks as identified in their contract (e.g., OBS takebacks).
- Once contract is completed (if terminated prior to end of 5-year contract), Regional Office will terminate the contract in FMS.
- Regional office will have oversight of the caretaker contract for the Center.
  - Region must submit COR Nomination letter for designated staff.

**Step 13: Other Policy Considerations**
- Students who are still in their TEAP probationary period will have their clock stop if they are placed in an Admin Leave status due to the center suspension of services.  Once they are transferred and arrive at their new center, the clock will resume at the point where it stopped. Re-testing will continue to follow the PRH timeframes of 37 to 42 days for the retest.
- All TABE records are stored in CIS and will transfer to the destination center with the transferring student. Students will continue with academic instruction and re-testing if necessary.

14

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX E: SUMMARY AND BACKGROUND

## BRIEF SUMMARY

**Background & Analysis:** Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program.

**Operational PY24 Budget:**   $1.6 Billion

**Center Operations:**

- Total Job Corp Centers (all 50 states, Puerto Rico, and DC):   123
- Of the 123, number operated by contract:   99
- Of the 123, number operated by USDA:   24
- Number of centers currently paused[1]:   4
- Owned Job Corp Centers:   58
- Leased Job Corp Centers:   34
- USDA Centers owned by Forest Service:   24

**Administration:**

- Office of Job Corps (OJC) federal FTE within ETA and regional offices:   80
- Student Onboard Strength as of April 24, 2025:   25,892
- Federal Contractor/Job Center Staff:   12,000
- USDA Forest Service Federal Employees at Job Corps Centers:   1,100
- National Training Contractors[2] (union organizations):   8
  - Instructors:   449
  - Regional coordinators and other administrative personnel   50+

**Program Performance Failures, Facility Sustainability, and Excessive Costs:** The Job Corp program cannot continue to operate services at its current capacity. The program is in a financial crisis and has remained at the high risk of violating the Anti-deficiency Act (ADA)[3].

- The Job Corps budget has remained largely flat at $1.6 billion since 2018.
- If adjusted for inflation, the budget would exceed $2 billion in 2024 to continue operations.
- Job Corps was operating at a deficit for PY 24—approximately $140 million—several actions to save approximately $119 million including the pausing of centers and cancelling contracts have allowed operations to reach the end of program year June 30th.
- PY25- Operating deficit could grow up to $213 million if mitigation strategies do not continue

---

[1] Woodstock (MD), Whitney Young (KY), Penobscot (ME), Loring (ME)

[2] See Appendix

[3] ADA Act- The Antideficiency Act prohibits federal employees from making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341 (a) (1) (A).

000600

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## BACKGROUND AND ANALYSIS

### I. Purpose and Administration

Since its inception, the program has served over three million youth and young adults. Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at 29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices. In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation.

### II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program. As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

16

000601

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[4]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff. In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs)*

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

---

[4] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

000602

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## Job Corps Center Closure Criteria

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—
(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;
(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and
(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[5]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[6]

---

[5] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure

[6] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.

18

000603

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[7] However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[8] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

---

[7] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

[8] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

19

000604

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[9]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for which insufficient funding is currently available to complete the work. This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### General Disposal Requirements for Job Corps Centers

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies.

Generally, disposal involves several key steps:

- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.

---

[9] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

20

000605

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.
- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

## IX. DOL Transparency Report

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

Below is a summary of the overall findings from PY2023[10]:
- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

---

[10] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

21

000606

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
  Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to identify and remove non-mandatory program requirements, allowing for the negotiation with contractors to modify the contracts to reduce the future contract prices. This de-scoping focused on aligning center operations strictly to statutory obligations, thus reducing unnecessary expenditures. This included policy revisions to eliminate Evening and Weekend Studies requirements, remove non-mandatory oral health services, remove mandatory Career Transition Services (CTS) for those who did not complete the program, and reduce nursing and trainee employee assistance program hours back to pre-COVID levels. These targeted changes directly contributed to operating cost reductions without undermining core program services.

**In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up to $213 million.** To address this shortfall, the Department is contemplating several strategies to augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million): prioritizing cost-saving actions at centers with expiring contracts and suspending operations at underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade offerings across centers, using labor market information and program performance ratings. Underutilized or duplicative trades are targeted for elimination or consolidation, and Continuous Improvement Plans (CIPs) will be deployed for lower-performing programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new facilities, performance, and sustainability risk assessment tool was developed to prioritize centers for potential suspension of operations based on performance and fiscal sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a need-based model (e.g., one to three residential centers per state) projecting long-term savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots, resulting in a projected $2 million cost avoidance for PY 25.

22

000607

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# CARETAKING COSTS

**Assuming caretaking for all 123 Centers\*\* (64 owned):**

1. Caretaker "Plus" model (described below) = $█████████ annually
2. Basic Caretaker model (see below) = $█████████ annually

\*\*Note some leases may be terminated.

| Facility Size | Caretaker Plus | Basic Caretaker | No. of centers | Annual Costs for "Plus" | Annual cost for "Basic" |
|---|---|---|---|---|---|
| less than 100k GSF | ██████ $ | $ ██████ | 11 | $ ██████ | $ ██████ |
| Between 100k and 250k GSF | ██████ $ | $ ██████ | 91 | $ ██████ | $ ██████ |
| Between 250k and 500k GSF | ██████ $ | $ ██████ | 17 | $ ██████ | $ ██████ |
| Between 500k and 750k GSF | ██████ $ | $ ██████ | 1 | $ ██████ | $ ██████ |
| Greater than 750k GSF | ██████ $ | $ ██████ | 3 | $ ██████ | $ ██████ |
| | | | | $ ██████ | $ ██████ |

FTEs do not include or account for supervisors.
Estimates include equipment costs for security (golf cart/gator)
Personal Property control is included.
Size categories
11 centers are <100k GSF,
91 between 100k and 250k,
17 between 250k and 500k,
1 between 500k and 750k - Turner
3 greater than 750k – Earle C. Clements, Clearfield, and Gary

**Caretaker Basic (Closed Centers):** *Security, groundskeeping, and most basic maintenance of property*
- Provide security services for the campus on the XX-acre site having approximately XXX,000 GSF among X buildings, to protect against theft of government property and vandalism.
  - o   24-7 security personnel, daily patrol of buildings and grounds
  - o   Controlled access to campus
  - o   Maintain effective liaison with local law enforcement and emergency services.
- Providing ground maintenance to provide an attractive visual appearance.
- Receipt and Control of Property – The Contractor shall develop and maintain an inventory of all accountable and expendable property assigned to the center.

**Caretaker Plus (Paused Centers):** *Security plus Basic preventative maintenance and property management*
- All requirements in Caretaker Basic.
- Responsible for the proper operations of all HVAC equipment on campus to maintain air temperatures and air quality to include, but not limited to, maintaining setpoints, and changeover from heating to cooling and/or cooling to heating as applicable.
- Contractor shall engage qualified water quality and treatment sub-contractor to check and maintain chilled water chemical treatment bi-annually
- Monitoring and testing of plumbing systems at specific frequency
  - o   Visually examine all hot water heaters for any leaks monthly. Leaks shall be immediately reported to the COR and coordinated for repair.
  - o   Once a quarter the Contractor shall operate faucets at all bathrooms, kitchen, and service sinks for 30 seconds each to ensure P trap seals are maintained.

23

000608

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Preventive and Corrective Maintenance – DOL will provide access to Brightly Asset Essentials, the Computerized Maintenance Management System (CMMS) to document, schedule, and perform preventive maintenance on all buildings systems and equipment
- System Winterization – The contractor must properly prepare and winterize all plumbing and sprinkler, and water filled systems to ensure protection from cold weather.

## Union Labor

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| United Brotherhood of Carpenters and Joiners (UBCJA) | • Carpentry, Pre-Apprentice | 113 |
| United Auto Workers (UAW) | • Maintenance - Light Repair, Pre-Apprentice<br>• Advanced Automobile Service Technology, Pre-Apprentice<br>• Advanced MHDT Suspension and Steering, Pre-Apprentice<br>• Advanced Collision Repair and Refinish - Damage Analysis and Estimating, Pre-Apprentice | 35 |
| Transportation Communication Union/International Association of Machinists and Aerospace Workers (TCU-IAM) | • Transportation Service Workers:<br>• Rail Mechanical Service/Carmen<br>• Rail Freight Service<br>• Airline Service<br>• Inland Waterway Service<br>• Rail Passenger Service<br>• Mass Transit/Highway Service | 24 |
| National Plastering Industry's Joint Apprenticeship Trust Fund (NPIJATF) | • Cement Masonry, Pre-Apprentice<br>• Plastering, Pre-Apprentice | 45 |
| International Union of Painters and Allied Trades (IUPAT) | • Painting, Pre-Apprentice<br>• Glazing, Pre-Apprentice<br>• Sign, Billboard, and Display, Pre-Apprentice<br>• Floor Covering Installation, Pre-Apprentice | 41 |
| International Union of Operating Engineers (IUOE) | • Heavy Construction Equipment Mechanic, Pre-Apprentice<br>• Heavy Equipment Operations, Pre-Apprentice<br>• Maintenance Repairer Helper - Stationary Engineering, Pre-Apprentice | 35 |
| International Masonry Institute (IMI) | • Bricklayer, Pre-Apprentice<br>• Tile Setting, Pre-Apprentice | 34 |
| Home Builders Institute (HBI) | • Electrical, Pre-Apprentice<br>• Plumbing, Pre-Apprentice<br>• Building Construction Technology, Pre-Apprentice<br>• HVAC, Pre-Apprentice<br>• Plumbing, Pre-Apprentice | 122 |

24

000609

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

INTERAGENCY AGREEMENT

BETWEEN

THE UNITED STATES DEPARTMENT OF LABOR AND THE UNITED STATES
DEPARTMENT OF AGRICULTURE

GOVERNING THE FUNDING, ESTABLISHMENT, AND OPERATION OF
JOB CORPS CIVILIAN CONSERVATION CENTERS

## SECTION I.  PARTIES TO AGREEMENT

U.S. Department of Labor                  Hereinafter Referred to
                                          as "DOL"

U.S. Department of Agriculture            Hereinafter Referred to
                                          as "USDA"

## SECTION II.  BACKGROUND, AUTHORITIES AND PURPOSE

A.  Job Corps was established to help America's economically disadvantaged youth overcome the many barriers to successful careers.  First authorized by the Economic Opportunity Act of 1964, it is currently authorized by Title I of the Workforce Investment Act (WIA) of 1998, as amended.  The Secretary of Labor's authority to establish and fund Civilian Conservation Centers (CCCs), as Job Corps operators, is authorized by WIA at section 147 (c), 29 U.S.C. § 2887(c), and further defined by WIA regulations at 20 CFR § 670.120, and at 20 CFR § 670.310(e) which states:

> "The Secretary [of Labor] enters into interagency agreements with Federal agencies for the funding, establishment, and operation of CCCs which include provisions to ensure that the Federal agencies comply with the regulations under this part."

B.  This Agreement is the overarching document for cooperative efforts of all personnel working towards the accomplishment of the mission as set forth in the authorizing legislation.  It applies to all Job Corps CCCs funded by DOL and operated by USDA on federal or a combination of federal, state, or private property controlled by USDA. This Agreement outlines the joint and separate roles, authorities, and responsibilities of DOL and USDA and for the management of Job Corps CCCs.  This Agreement is an internal Government agreement and is not intended to confer any right upon any private person or third party and does not preclude DOL from acting in a manner it deems advisable to carry out the Job Corps program, nor does it limit USDA in carrying out any activities not pertaining to its Job Corps CCCs.

C.  This Agreement pertains to Job Corps Civilian Conservation Centers (Job Corps CCCs) and is entered into pursuant to 29 U.S.C. § 2887(c) and other authorities available to the Parties, and is an Operating Plan for the Job Corps CCCs under 29 U.S.C. § 2891.  The Parties shall carry out

I

000610

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

their obligations under this Agreement consistent with applicable law, and pursuant to their respective legal authorities such as those for managing the areas where these Job Corps CCCs are located and governing the operations of their respective agencies. Moreover, in performing these activities, the Parties may utilize other laws, regulations, policies and guidance, including those authorizing collaboration amongst Federal agencies such as the *Economy Act,31 U.S.C. §* 1535 and those which authorize the use of private contractors.

## SECTION III. ROLES AND RESPONSIBILITIES

The parties agree to the following division of responsibilities:

A. General

(1) DOL: DOL has the primary responsibility within the Executive Branch for administering and managing the Job Corps program. DOL allocates resources and works with USDA on the guiding policies, standards and procedures for operation of Job Corps CCCs and in program planning and delivery of services to Job Corps centers operated by USDA. DOL will coordinate proposed changes to national policy and guidelines affecting CCCs with USDA. DOL Regional Offices have responsibility to ensure that the Job Corps CCCs in their regions comply with Job Corps national policies, rules and regulations, to include the Job Corps Policy and Requirements Handbook (PRH). USDA agrees to operate Job Corps CCCs in accordance with such Department of Labor guidance.

(2) USDA: USDA is responsible for the operational management of Job Corps' CCCs funded by DOL in accordance with 20 CFR § 670.220(b). This responsibility covers the provision of materials, services, personnel, and the administration of contracts that are needed to operate these centers in a manner that, at a minimum, meets the administrative and programmatic requirements and goals established by DOL, and as agreed to with USDA.

B. Program Design

(1) The Job Corps program is defined in the authorizing legislation Workforce Investment Act (WIA) of 1998, as amended, and the implementing regulations of the DOL.

(2) When determining career technical training offerings or the configuration of enrollment slots at USDA centers, USDA's conservation mission shall be taken into account. DOL will collaborate with USDA regarding the reduction or reconfiguration of enrollment slots before any final decisions are made by DOL, to allow USDA to make programmatic adjustments.

(3) DOL will invite USDA to provide one representative each to be a member of DOL-established Job Corps inter-agency task forces, committees, workgroups, etc. which are established to seek improvements in various aspects of the programs and Job Corps CCCs operated by USDA.

2

000611

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) USDA may test and develop innovative approaches for teaching academic and career technical training skills to students, and imparting career success standards, including independent living skills and the implementation of Job Corps' standards-based training program/curriculum. USDA Job Corps CCCs will apprise DOL of any successful techniques developed or discovered in order to provide DOL the opportunity to consider testing on a wider scale.

C. Operations

(1) DOL, as the program administrator, is responsible for providing all available funding to USDA to carry out the agreed to center operating requirements in the annual operating plan. Guidance for operations is set forth in the Policy and Requirements Handbook (PRH) published by DOL. From each year's appropriation, DOL may reserve contingency funds to cover facility-related emergencies. USDA may request needed funds from this reserve by notifying the appropriate DOL Job Corps Regional Office. Such emergencies do not include bringing a facility into compliance with Federal architectural accessibility requirements.

(2) Personnel

(a) DOL will provide funding to cover the cost of Federal Employees' Compensation Act (FECA) covered claims for Job Corps CCC students and federal staff.

(b) DOL will be responsible and accountable for recruiting, admitting, and assigning students to centers, as well as job development, career transition, and support services to separated students. USDA agrees to cooperate and assist in these important tasks to the extent that resources permit.

(c) USDA will make every effort to place graduates in jobs in the federal programs they administer, and report their progress annually to both the appropriate DOL Job Corps Regional Office and the National Office.

(d) DOL will furnish the funding for students' pay, allowances, clothing, and official travel; however, the effective and efficient delivery of these services to such students will be the responsibility of the management of the USDA Job Corps CCCs. In addition, USDA will conduct a reconciliation of student payroll and transportation accounts and submit it to the appropriate DOL Job Corps Regional Office each month.

(e) USDA bears chief responsibility for providing the necessary training for the staff of the Job Corps CCCs they manage. Periodically, DOL will conduct or arrange training for center operators and staff to introduce new program policies, requirements, curricula, or procedures, providing advance notice to the USDA National Offices. USDA is responsible for ensuring that appropriate staff attends these sessions, to the extent adequate resources are available.

(f) National Training Contractor (NTC) instructors working at USDA-managed

3

27

000612

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Job Corps CCCs shall be permitted to attend annual training conferences sponsored and funded by their NTC parent organization.

(g) USDA agrees to staff Job Corps CCCs in accordance with the staffing plans and center budgets approved and funded by DOL. If no suitable candidate is found within 90 days of a vacancy occurring, the DOL Job Corps Regional Director will be notified.

(3) Real Property

(a) DOL is responsible for the custody and control of all Job Corps CCCs, existing and future buildings, structures, and associated physical plant and the upward reporting of said properties, with the exception of staff housing located on certain Job Corps CCC sites.

(b) DOL will maintain all facilities data on Job Corps CCCs (other than the staff housing referred to in subparagraph (a)) as required by the Federal Real Property Council to ensure that all the necessary inventory and cost data are reported to the Federal Real Property Profile-Internet Application (FRPP IA) operated by the General Services Administration. USDA will report all cost data through the DOL Financial Management System (FMS), ensuring accurate reporting of operating costs in a timely manner.

(c) DOL will provide architectural and engineering (A&E) support to all Job Corps CCCs to include:

> (1) carrying out center facility surveys every three years
> (2) identifying safety and health, construction, rehabilitation and acquisition projects (CRA) to include all A&E support and construction administration
> (3) maintaining an on-line Inventory of Needs (ION) listing of all projects for Job Corps CCCs, and providing access to this inventory to USDA program staff
> (4) working with USDA to select their prioritized projects from the ION annually, prior to the formulation of the program year budget
> (5) providing to USDA the results of each facility survey at each of the Job Corps CCCs, the DOL Asset Management Plan and Three-Year Implementation Plan for real property

(d) DOL and USDA agree to review all design construction documents for major student vocational skills training projects. This review will include ensuring that such projects comply with applicable Federal architectural accessibility requirements.

(e) USDA will report to DOL on the progress of projects in a timely manner, including the expenditure of funds by project, using DOL's online Funded Not Corrected (FNC) system.

4

000613

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) Personal Property

(a) DOL will hold title/ownership of, and is ultimately responsible for custody and control of all personal property purchased with Job Corps funds. USDA will, however, be responsible for the accounting and control of the personal property at all USDA Job Corps CCCs. USDA will transfer items only in accordance with the provisions of the Job Corps Property Management Handbook. USDA and DOL will agree on necessary resources to complete personal property tracking, accounting and control.

(b) USDA will track and report all required personal property data, in accordance with the Job Corps Property Management Handbook, for all personal property purchased with Job Corps funds. Reporting will be accomplished using the DOL Electronic Property Management System (EPMS) or a system allowing the transfer of data to the EPMS. DOL will be responsible for any upward reporting requirements.

(c) USDA will provide fleet vehicles and transportation as needed utilizing its Working Capital Fund operation and DOL will fund the appropriate use rates and fixed ownership rates as established by USDA and agreed upon by DOL. USDA will provide fleet vehicles using GSA vehicle leases. DOL will fund allowable charges for damages to vehicles upon USDA request and submission of all supporting documentation.

(5) All Federal directives and guidelines pertaining to the conservation of energy resources at Federal establishments shall be observed/applied by USDA at all Job Corps CCCs, as funded by DOL. All Job Corps CCCs will utilize the Energy Watchdog program, such program to be provided by DOL, to identify potential energy savings, and DOL will report energy usage to DOE. DOL and USDA will work together to achieve the goals of Federal directives and guidelines pertaining to the conservation of energy resources and environmental stewardship at all Job Corps CCCs.

D. Information Technology (IT)

DOL assumes all financial and operational responsibility for the purchase, installation, management, maintenance and upgrade of information technology equipment and technical infrastructure, including software, needed to operate a Job Corps center on a Civilian Conservation Center site. The controlling authority for the policies, procedures, and appropriate use of these assets shall be the Department of Labor Manual Series – 9 (DLMS-9) on IT.

DOL and USDA will develop policies and systems to provide staff with access to USDA applications (i.e., Time & Attendance, Travel, Agency E-mail, Aglearn).

E. Financial Management

5

29

000614

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(1) In accordance with 20 CFR § 670.950, USDA National Office(s) will perform financial oversight and management of Job Corps CCCs consistent with DOL's established policy and procedures.  Initial budget requests for center operations, and all requests for transfers of authorized balances, require the approval of USDA National Office(s) prior to the submission of such reports to the DOL Job Corps National/Regional Offices for approval.

(2) In accordance with 20 CFR § 670.320(b), DOL will transfer Job Corps funds to USDA to cover the costs of Job Corps CCC operations, in accordance with annual operating budgets that have been approved by DOL.  As a general rule, funds covering ongoing operating costs and program direction costs will be transferred in quarterly installments, while funds for construction and capital items will be transferred in lump sum.  USDA shall account for all funds in accordance with financial accounting and auditing standards applicable to such funds, and to applicable reporting requirements pertaining to such funds as may be established and promulgated by DOL's Chief Financial Officer (CFO), pursuant to all applicable authorities.

(3) USDA shall ensure that Job Corps funds are properly controlled and accounted for, and used prudently, in accordance with the principles of government accounting and OMB-approved policies and processes.  The allowable use of such funds will be determined in accordance with FAR Part 31 and OMB Circular A-87 (Costs Principles for State, Local and Indian Tribal Governments), except to the extent that this would contravene any law or regulation.  Final decisions on the appropriate use of funds will be reserved to DOL.  DOL reserves the right to recover funds used to pay any expenditure that is disallowed.

(4) Funds for Program Direction, calculated as a percentage (currently 6%) of the annual budget of the Job Corps CCC, will be provided by DOL to USDA for the administrative and overhead costs associated with the Job Corps program. If USDA determines that actual indirect costs for any program year are less than the amount funded, then USDA shall submit a request to the National Office of Job Corps, through the appropriate DOL Regional Office, for approval to transfer these excess funds to a direct operations category or to return such funds to DOL.  No program direction funds may be used for Construction, Rehabilitation and Acquisition (CRA) projects.  Program Direction dollars are not subject to the On-Board Strength (OBS) take-back dollars.

(5) For transfers of Center Operations funds (hereafter referred to as movement of funds) between line items in the budget of a single center, or between centers, the following procedures apply:

  (a) Funds from personnel line items may only be moved to other personnel line items.

  (b) Funds from non-personnel line items may only be moved to other non-personnel line items.

  (c) Movement of funds totaling less than 3% of the affected line items at each center (in a single instance of a center-to-center movement) requires no concurrence from the Department of Labor.  However, each instance must be recorded as a

6

30

000615

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

variance statement in the quarterly financial reports for the quarter in which the movement occurred. For center to center movements, both centers must record the adjustment.

(d) Movement of funds totaling 3% or greater of the affected line items at either center (in a single instance of a center-to-center movement)must be communicated to the Budget Officer in the National Office of Job Corps for approval prior to the move. The Budget Officer agrees to respond within 14 calendar days. Upon concurrence, the movement must be recorded as a variance statement in the quarterly financial statement for the quarter in which the movement occurred. Both centers must record the adjustment.

(e) When a center's total initial operating budget has been adjusted by 10% or greater as a result of the cumulative movement of funds in a program year, such adjustments will be considered permanent for the purpose of the next Program Year's budget. (For this purpose, an adjustment will only be counted once, in absolute dollars.)

(6) USDA may: (1) utilize any excess funding in the construction/rehabilitation category to supplement higher than anticipated costs for prioritized construction and or rehabilitation projects that are in the approved budget, or (2) undertake additional unbudgeted renovations listed in the facility survey as having been pre-approved by the DOL Job Corps National Office.

(7) USDA Job Corps CCCs shall complete the Construction/Rehabilitation Funding Status Report and maintain the Web-based log of the completion of funded deficiencies.

(8) USDA may transfer up to $500 in capital equipment funds between Job Corps CCCs, with reports of those transfers sent to the DOL National Job Corps Office. Amounts greater than $500.00 will be subject to coordination and approval by the DOL Regional Job Corps Office prior to a DOL National Office transfer.

(9) If average OBS at any Job Corps CCC falls below 98%, DOL and USDA will discuss the reallocation or recapture of excess funds.

(10) USDA will use the DOL Web-based Job Corps Financial Management System to report the accrual of costs allocated to each Job Corps CCC, in accordance with the instructions provided by DOL.

(11) Funding reconciliations in the form of the 2110 F Report, including the treatment of unexpended balances, will be performed by the USDA National Offices and provided to the DOL Job Corps National Office at the end of each program year.

(12) Funding for vehicles will be provided on a basis consistent with the formula used for contractor operated centers. Information regarding each center's fleet (e.g. number, type and size of vehicles) will be shared with the applicable Job Corps Regional Office upon request. If USDA determines that additional vehicle amortization funds are needed based on agreed-to operating requirements (see Section III-C(4)(c)), a request shall be made to

7

000616

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

variance statement in the quarterly financial reports for the quarter in which the movement occurred.  For center to center movements, both centers must record the adjustment.

(d) Movement of funds totaling 3% or greater of the affected line items  at either center (in a single instance of a center-to-center movement)must be communicated to the Budget Officer in the National Office of Job Corps for approval prior to the move.  The Budget Officer agrees to respond within 14 calendar days.  Upon concurrence, the movement must be recorded as a variance statement in the quarterly financial statement for the quarter in which the movement occurred.  Both centers must record the adjustment.

(e) When a center's total initial operating budget has been adjusted by 10% or greater as a result of the cumulative movement of funds in a program year, such adjustments will be considered permanent for the purpose of the next Program Year's budget. (For this purpose, an adjustment will only be counted once, in absolute dollars.)

(6) USDA may: (1) utilize any excess funding in the construction/rehabilitation category to supplement higher than anticipated costs for prioritized construction and or rehabilitation projects that are in the approved budget, or (2) undertake additional unbudgeted renovations listed in the facility survey as having been pre-approved by the DOL Job Corps National Office.

(7) USDA Job Corps CCCs shall complete the Construction/Rehabilitation Funding Status Report and maintain the Web-based log of the completion of funded deficiencies.

(8) USDA may transfer up to $500 in capital equipment funds between Job Corps CCCs, with reports of those transfers sent to the DOL National Job Corps Office.  Amounts greater than $500.00 will be subject to coordination and approval by the DOL Regional Job Corps Office prior to a DOL National Office transfer.

(9) If average OBS at any Job Corps CCC falls below 98%, DOL and USDA will discuss the reallocation or recapture of excess funds.

(10) USDA will use the DOL Web-based Job Corps Financial Management System to report the accrual of costs allocated to each Job Corps CCC, in accordance with the instructions provided by DOL.

(11)  Funding reconciliations in the form of the 2110 F Report, including the treatment of unexpended balances, will be performed by the USDA National Offices and provided to the DOL Job Corps National Office at the end of each program year.

(12) Funding for vehicles will be provided on a basis consistent with the formula used for contractor operated centers.  Information regarding each center's fleet (e.g. number, type and size of vehicles) will be shared with the applicable Job Corps Regional Office upon request.  If USDA determines that additional vehicle amortization funds are needed based on agreed-to operating requirements (see Section III-C(4)(c)), a request shall be made to

7

000616

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

investigations.

(4) In accordance with WIA Section 147 (c) (2), and in the event a Job Corps CCC managed by the USDA fails to meet expected levels of performance, corrective measures will be developed by USDA and the Job Corps Regional Office. If corrective action measures are not implemented, or if implemented, do not result in adequate performance over a reasonable period of time, the Secretary of Labor, in accordance with WIA Section 159 (f) (2), shall develop and implement a performance improvement plan.

G. Reporting

(1) Job Corps centers managed by USDA are required to use Job Corps standard information systems for data collection and reporting. USDA agrees to provide oversight to ensure data integrity, timeliness and reporting accuracy.

(2) USDA agree to provide accurate and timely notification to the Job Corps Regional and National Offices of any significant incidents that occur at and around the Job Corps CCCs it manages. These incidents shall be reported within required timeframes utilizing the Job Corps Web-based, Significant Incident Reporting System (SIRS).

(3) USDA agree to provide accurate and timely notification to DOL's Civil Rights Center (CRC) when any administrative enforcement actions or lawsuits are filed against a Job Corps CCC alleging discrimination against Job Corps students on any ground that is prohibited in the Job Corps program. This notification will comply with the provisions contained in the Policy and Requirements Handbook.

(4) USDA agrees to immediately inform the appropriate DOL Job Corps Regional Office whenever there is a permanent or temporary change of center directors, or a USDA agency representative responsible for oversight of a Job Corps CCC.

H. Special Provisions

(1) USDA is responsible for managing any emergency or crisis situation that arises at the Job Corps CCCs it manages, especially situations that present an immediate danger to the health or safety of students, staff, or members of the general community. The appropriate DOL Job Corps Regional Office will be notified as soon as possible when such situations arise.

(2) DOL routinely publishes notices and other directives, including system-security directives, that are program-wide in scope and that are issued directly to Job Corps centers, center operators and other parties as appropriate. DOL notices and other directives will be coordinated and implemented promptly by Job Corps CCCs managed by USDA.

(3) It is understood that Job Corps CCC Federal employees are covered by OPM regulations and union agreements. As such, USDA shall negotiate with DOL any changes impacting Federal employees.

9

000618

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) DOL shall recognize USDA as an executive agency within the Federal Government having established rules and regulations. These rules and regulations will be used in conjunction with the DOL established rules and regulations to guide USDA actions as they pertain to matters of personnel, budget and finance, property, use of information technology, acquisition of goods and services, safety, law enforcement, and labor/management relations, and as such, establish guidelines under which the Job Corps CCCs operate. DOL agrees to take into consideration and coordinate these regulations (to avoid promulgating conflicting guidance) when establishing policies, providing budget guidance (to include staffing), or directing any activity that will require Job Corps CCCs to take action under their departmental procedures.

(5) In cases where possible criminal activity has occurred at a Job Corps CCC, DOL fully acknowledges the primacy of USDA's law enforcement personnel and procedures in the conduct of a subsequent investigation. Pursuant to that acknowledgment, DOL retains the need to have such incidents properly reported through established channels and in accordance with Job Corps' published policies governing such occurrences on Job Corps centers.

In cases where possible criminal activity has occurred through the use or misuse of Job Corps equipment, DOL retains all rights to its equipment or devices after appropriate investigations by USDA's law enforcement personnel are concluded. In the case of administrative or disciplinary proceedings stemming from misuse of its equipment, USDA's law enforcement personnel will take possession of the equipment to secure material evidence and to ensure that other Job Corps students are shielded from possible harm through inadvertent access. Once final actions have been taken relative to the proceedings, the equipment will be returned to the Job Corps and a determination made as to whether the equipment shall be put back in service.

(6) Activities carried out under this Agreement are subject to, among other things, the Job Corps Policy and Requirements Handbook (PRH). This describes the joint and separate roles, authorities, and responsibilities of DOL and USDA management of Job Corps CCCs. The PRH contains the procedures and processes that all parties shall use for communication with each other about Job Corps matters, and procedures for handling routine or cyclical administrative tasks; such as planning, budgeting, financial management and accountability, work project development, as well as performance planning, center management, and, where necessary, improvement.

(7) If the Secretary of Labor or her/his designee, determines that the health, safety, or well-being of students are in immediate jeopardy, the Secretary, or her/his designee, will initiate discussions with USDA leading to more significant action. DOL and USDA will jointly develop an action plan to address the incident and/or resolve the underlying concerns. This shall not preclude DOL or USDA from taking immediate action to protect the health and safety of the Job Corps CCC students and staff.

I. Closing USDA CCCs

10

34

000619

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(1) The Secretary of Labor, after consultation with the Secretary of Agriculture, may temporarily close a Job Corps CCC managed by USDA, based upon a concern for the health, safety and well being of students, staff, and/or nearby community(ies). Every effort will be made by the involved agencies to correct such concerns prior to closing the site. The Secretary of Labor, or her/his designee, will notify appropriate USDA officials prior to announcing and temporarily closing a Job Corps CCC.

(2) In the event it becomes necessary pursuant to 29 U.S.C. 2899(g) to permanently close a Job Corps CCC managed by USDA, USDA will prepare and submit a cost proposal to DOL within 30 days of closure and the parties will agree upon mutually acceptable terms. The following general principles apply:

(a) DOL shall cover the costs of maintaining a small cadre of staff following center deactivation, to provide for the orderly retirement of records, disposition of personal property, and other administrative tasks resulting from the deactivation. It is anticipated that a cadre of three to five staff working for up to three to six months will be adequate following deactivation.

(b) DOL shall cover the cost of utilities at the Job Corps center for a maximum of 6 months following deactivation, as well as the one-time cost(s) of winterizing or mothballing the facilities.

(c) DOL shall not cover the costs of any renovations or improvements to the facility after notification to USDA that the facility is to be deactivated. The only exception to this principle will be renovations that are needed to ensure the personal health or safety of students or staff while they continue to reside or work at the center.

(d) With regard to Federal staff that are separated from the Federal government as a direct result of a center closing, the DOL will cover the following costs, as applicable and as specified by law: lump-sum leave settlement; unemployment insurance benefits, and severance pay.

(e) DOL will cover the pre-approved relocation costs of any Federal staff member employed at a closing center who is reassigned to either another Job Corps CCC operated by the USDA or an administrative (program direction) position within USDA that is devoted 100% to the Job Corps program. DOL will not cover relocation costs for any other types of reassignments or transfers.

(f) DOL will cover reasonable costs that result from early termination or partial termination of contracts.

(g) The facilities may not be assigned or reassigned or used for any other purpose without the approval of USDA once the decision to close a center has been made.

(h) USDA and DOL will work together to establish a plan that restores the closed center's footprint to a level consistent with future land management plans.

11

35

000620

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## SECTION IV. ANNUAL PLANNING AND BUDGETING

A. General operational planning and budgeting will be conducted on an annual cycle. DOL will initiate each year's planning process by furnishing USDA with instructions and with sufficient time to implement contracts and begin each program year.

B. The amount provided for USDA Program Direction costs in each year's budget currently is a minimum of 6%. The Program Direction budget proposed by USDA must be accompanied by reasonable supporting documentation.

C. The identification of specific CTST work projects will be accomplished through a special planning process in which USDA proposes specific projects and submits them as a package to the USDA National Office for approval prior to submitting to the appropriate DOL Job Corps Regional Office. Where National Training Contractors (NTC) programs are operating at USDA-managed Job Corps CCC, the CTST planning requirements in the NTC Memorandum of Understanding shall be followed.

D. Fund allocations for managing the real and personal property portfolio at Job Corps CCCs will be determined by the DOL National Office of Job Corps, working with the USDA National Office. DOL will schedule the allocation process so that it leads to the formulation of the annual budget before the beginning of the budget year and allows for the transfer of funds to USDA at the start of the budget year.

    (1) The following areas will be agreed upon by DOL and USDA for each Job Corps CCC:

        (a) The number of enrollment slots to be maintained, including breakouts for male/female and residential/nonresidential.

        (b) The career technical training offerings to be available.

        (c) Staffing levels and staffing patterns.

        (d) Number of Career Technical Skills Training (CTST) slots.

        (e) Budgetary guidance relative to allowable inflationary adjustments on operational expenses, vehicle and equipment costs, and USDA program direction costs.

    (2) A budget request will be required for each Job Corps CCC, using standard Job Corps budget line items.

    (3) The time established by DOL for USDA submittal of its proposed budget, and any subsequent budget changes, will allow opportunity for bilateral discussions and negotiations. As much as possible, DOL will approve USDA's budget for the coming year at least one month prior to the start of the budget year. DOL will notify USDA if for any reason this deadline will not be met.

12

36

000621

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## SECTION V. DELEGATIONS OF AUTHORITY AND LINES OF COMMUNICATION

A. The DOL Job Corps National Director and the USDA National Directors are authorized to exercise all authorities and functions discussed in this Agreement, including the functions of the respective Secretaries of each agency. The National Directors are further authorized to enter into supplemental operating instructions with each other which serve to clarify, refine, or expand upon the provisions of this Agreement as long as they do not conflict with the Interagency Agreement.

B. The Job Corps USDA National Offices are located in Lakewood, CO. The DOL National Office will use the USDA National Offices as its point of contact with regard to any nonstandard center-related issues, both operational and administrative along with policy, budget, and guidance for all matters concerning Job Corps CCCs operated by USDA.

C. USDA National Offices have Assistant Directors/Youth Program Officers responsible to work with the respective DOL Regional Offices for the oversight of their Job Corps CCCs. In carrying out oversight responsibilities, Assistant Directors of USDA will work with DOL Regional Officials to provide direction to Job Corps CCC Center Directors. USDA agrees that center directors and their staffs will work together with DOL Job Corps Regional Directors and their staff to comply with DOL operational policies.

## SECTION VI. ADMINISTRATION OF AGREEMENT

A. Order of Precedence

   (1) In the event that specific provisions of this Agreement conflict with Federal law or regulation, the requirements of the law or the regulation shall prevail. As soon as such conflicts become known, DOL and USDA will work jointly to arrive at a mutually agreeable resolution.

B. Disputes

   (1) In the event that disputes arise between DOL and USDA concerning the applicability or interpretation of provisions of this Agreement, resolution shall first be sought through discussions between the DOL National Director of Job Corps and the USDA National Director. If settlement cannot be reached at that level, then the matter will be referred to individuals designated by the signatories to this Agreement, or their successors, with authority to develop and approve a mutually satisfactory resolution. If agreement cannot be reached through these means, then the ruling of the Secretary of Labor shall prevail.

C. Revisions to this Agreement

   (1) Revisions to this Agreement must be approved in writing by both parties.

## SECTION VII. PERIOD OF AGREEMENT

A. This Agreement becomes effective when signed by all the authorized officials stipulated under Section X, herein, and will remain in effect until superseded or terminated in writing by

13

000622

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

mutual agreement of the parties to this Agreement, or unilaterally terminated by any signatory Department after a minimum of 120 days formal notice. Supersession of this Agreement must be approved in writing by the parties to this Agreement, or their successors.

## SECTION VIII.  SUPERSESSION OF PREVIOUS AGREEMENTS

A. This Interagency Agreement terminates and supersedes the 1974 Agreement, as amended, between and among DOL and USDA, pertaining to Job Corps CCCs operated by USDA. Upon the effective date of this Agreement, as stipulated under Section VII, the Agreement of 1974, and any other such Agreements, shall no longer apply to USDA or DOL.

## SECTION IX.  AMENDMENT OF THIS AGREEMENT

A. All parties to this Agreement understand that it is subject to review and possible amendment under the following circumstances:

(1) At least every 4 years

(2) Upon revision of the enabling Job Corps program legislation.

(3) At the request of any party, based on changes significantly impacting the Agreement.

## SECTION X.  SIGNATURES OF AUTHORIZED OFFICIALS

**Executed on Behalf of the Department of Labor**

_____     3/6/08
Assistant Secretary for Administration and Management     Date

_____     3-5-08
National Director, Office of Job Corps     Date

**Executed on Behalf of the Department of Agriculture**

_____     3/10/08  MAR 1 0 2008
Assistant Secretary for Administration     Date

_____     3/10/08
Under Secretary for Natural Resources and Environment     Date

14

38

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX F: OJC Congressional Districts FTE

| State | Center | Contract/ USDAFS | Enrollees in PY 23 (Students Served Report BS) | Actual FTE | Member of Congress |
|---|---|---|---|---|---|
| Alabama | GADSDEN | Contract | 219 | 103 | Mike Rogers (AL-03) |
| Alabama | MONTGOMERY | Contract | 244 | 105.7 | Shomari Figures (AL-02) |
| Alaska | ALASKA | Contract | 229 | 97.78 | Nick Begich (AK-AL) |
| Arizona | FRED ACOSTA | Contract | 307 | 118.44 | Vacant (AZ-07) |
| Arizona | PHOENIX | Contract | 387 | 122.76 | Yassamin Ansari |
| Arkansas | CASS* | USDAFS | 201 | | Bruce Westerman (AR-04) |
| Arkansas | LITTLE ROCK | Contract | 314 | 105.15 | French Hill (AR-02) |
| California | INLAND EMPIRE | Contract | 364 | 127.75 | Pete Aguilar (CA-33) |
| California | LONG BEACH | Contract | 352 | 115.4 | Robert Garcia (CA-42) |
| California | LOS ANGELES | Contract | 540 | 215.45 | Sydney Kamlager-Dove (CA-37) |
| California | SACRAMENTO | Contract | 565 | 149.65 | Doris Matsui (CA-07) |
| California | SAN DIEGO | Contract | 437 | 196.8 | Juan Vargas (CA-52) |
| California | SAN JOSE | Contract | 327 | 155 | Zoe Lofgren (CA-18) |
| California | TREASURE ISLAND | Contract | 433 | 181.41 | Nancy Pelosi (CA-11) |
| Colorado | COLLBRAN* | USDAFS | 131 | | Jeff Hurd (CO-3) |
| Connecticut | HARTFORD | Contract | 247 | 97.1 | John Larson (CT-01) |
| Connecticut | NEW HAVEN | Contract | 202 | 81.93 | Rosa DeLauro (CT-03) |
| Delaware | WILMINGTON | Contract | 161 | 69.63 | Sarah McBride (DE-AL) |
| Florida | JACKSONVILLE | Contract | 365 | 107.63 | Aaron Bean (FL-04) |
| Florida | MIAMI | Contract | 328 | 113.5 | Frederica Wilson (FL-24) |
| Florida | PINELLAS COUNTY | Contract | 320 | 117.25 | Kathy Castor (FL-14) |
| Georgia | BRUNSWICK | Contract | 338 | 126.925 | Buddy Carter (GA-01) |
| Georgia | TURNER | Contract | 861 | 258 | Sanford Bishop (GA-02) |
| Hawaii | HAWAII** | Contract | 288 | 150.15 | Jill Tokuda (HI-02) |
| Hawaii | MAUI** | Contract | 288 | 150.15 | Jill Tokuda (HI-02) |
| Idaho | CENTENNIAL | Contract | 117 | 67.08 | Russ Fulcher (ID-01) |
| Illinois | JOLIET | Contract | 251 | 63 | Lauren Underwood (IL-14) |
| Illinois | PAUL SIMON | Contract | 357 | 152.3 | Jesus "Chuy" Garcia (IL-04) |
| Indiana | ATTERBURY** | Contract | 491 | 177.1325 | Jefferson Shreve (IN-06) |
| Indiana | INDYPENDENCE** | Contract | 491 | 15 | Andre Carson (IN-07) |
| Iowa | DENISON | Contract | 231 | 116 | Randy Feenstra (IA-04) |
| Iowa | OTTUMWA | Contract | 220 | 101 | Zachary Nunn (IA-03) |
| Kansas | FLINT HILLS | Contract | 269 | 116 | Tracey Mann (KS-01) |

39

000624

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| State | Name | Type | | Col | Value | Representative |
|---|---|---|---|---|---|---|
| Kentucky | CARL D. PERKINS | Contract | | 140 | 111 | Harold Rogers (KY-05) |
| Kentucky | EARLE C. CLEMENTS | Contract | | 657 | 330.48 | James Comer (KY-01) |
| Kentucky | FRENCHBURG* | USDA FS | | 102 | 54 | Harold Rogers (KY-05) |
| Kentucky | GREAT ONYX* | USDA FS | | 205 | 45 | Brett Guthrie (KY-02) |
| Kentucky | MUHLENBERG | Contract | | 217 | 142.5 | Brett Guthrie (KY-02) |
| Kentucky | PINE KNOT* | USDA FS | | 219 | 54 | Harold Rogers (KY-05) |
| Louisiana | CARVILLE | Contract | | 0 | | Troy Carter (LA-02) |
| Louisiana | NEW ORLEANS | Contract | | 266 | 60.375 | Troy Carter (LA-02) |
| Louisiana | SHREVEPORT | Contract | | 432 | 120.842 | Cleo Fields (LA-06) |
| Maine | LORING | Contract | | 242 | 125.82 | Jared Golden (ME-02) |
| Maine | PENOBSCOT | Contract | | 192 | 117.2 | Jared Golden (ME-02) |
| Maryland | WOODLAND | Contract | | 340 | 104.4 | Steny Hoyer (MD-05) |
| Massachusetts | GRAFTON | Contract | | 337 | 106.79 | James McGovern (MA-02) |
| Massachusetts | SARGENT SHRIVER | Contract | | 317 | 109.53 | Lori Trahan (MA-03) |
| Massachusetts | WESTOVER | Contract | | 471 | 164.3 | Richard Neal (MA-01) |
| Michigan | DETROIT | Contract | | 321 | 130 | Shri Thanedar (MI-13) |
| Michigan | FLINT/GENESEE | Contract | | 231 | 153.5 | Kristen McDonald Rivey (MI-08) |
| Michigan | GERALD R FORD | Contract | | 208 | 104 | Hillary Scholten (MI-03) |
| Minnesota | HUBERT H HUMPHREY | Contract | | 216 | 107.7 | Betty McCollum (MN-04) |
| Mississippi | FINCH-HENRY | Contract | | 207 | 107.95 | Bennie Thompson (MS-02) |
| Mississippi | GULFPORT | Contract | | 153 | 68.5 | Mike Ezell (MS-04) |
| Mississippi | MISSISSIPPI | Contract | | 360 | 116.5 | Bennie Thompson (MS-02) |
| Missouri | EXCELSIOR SPRINGS | Contract | | 415 | 181.08 | Sam Graves (MO-06) |
| Missouri | MINGO* | USDA FS | | 194 | | Jason Smith (MO-08) |
| Missouri | ST LOUIS | Contract | | 354 | 179 | Wesley Bell (MO-01) |
| Montana | ANACONDA* | USDA FS | | 179 | | Ryan Zinke (MT-01) |
| Montana | TRAPPER CREEK* | USDA FS | | 155 | | Ryan Zinke (MT-01) |
| Nebraska | PINE RIDGE? | USDA FS | | 142 | | Adrian Smith (NE-03) |
| Nevada | SIERRA NEVADA | Contract | | 503 | 178.45 | Mark Amodei (NV-02) |
| New Hampshire | NEW HAMPSHIRE | Contract | | 282 | 108.75 | Chris Pappas (NH-01) |
| New Jersey | EDISON | Contract | | 373 | 151.9 | Frank Pallone, Jr. (NJ-06) |
| New Mexico | ALBUQUERQUE | Contract | | 272 | 119.5 | Melanie Stansbury (NM-01) |
| New Mexico | ROSWELL | Contract | | 189 | 104.7 | Teresa Leger Fernandez (NM-03) |
| New York | BROOKLYN** | Contract | | 488 | 92.15 | Hakeem Jeffries (NY-08) |
| New York | CASSADAGA | Contract | | 255 | 102.6 | Nicholas Langworthy (NY-23) |
| New York | DELAWARE VALLEY | Contract | | 253 | 87.88 | Josh Riley (NY-19) |
| New York | GLENMONT | Contract | | 323 | 111.38 | Paul Tonko (NY-20) |
| New York | IROQUOIS | Contract | | 247 | 97.45 | Claudia Tenney (NY-24) |
| New York | ONEONTA | Contract | | 246 | 113.6 | Josh Riley (NY-19) |
| New York | S BRONX** | Contract | | 488 | 112.5 | Ritchie Torres (NY-15) |
| North Carolina | KITTRELL | Contract | | 459 | 127 | Donald Davis (NC-01) |
| North Carolina | LYNDON B. JOHNSON* | USDA FS | | 173 | 49 | Chuck Edwards (NC-11) |
| North Carolina | OCONALUFTEE* | USDA FS | | 162 | 52 | Chuck Edwards (NC-11) |
| North Carolina | SCHENCK* | USDA FS | | 148 | 50 | Chuck Edwards (NC-11) |
| North Dakota | QUENTIN BURDICK | Contract | | 208 | 96.182 | Julie Fedorchack (ND-AL) |
| Ohio | CINCINNATI | Contract | | 289 | 108.55 | Greg Landsman (OH-01) |
| Ohio | CLEVELAND | Contract | | 236 | 124 | Shontel Brown (OH-11) |
| Ohio | DAYTON | Contract | | 211 | 82.5 | Michael Turner (OH-10) |
| Oklahoma | GUTHRIE | Contract | | 635 | 162.692 | Stephanie Bice (OK-05) |
| Oklahoma | TALKING LEAVES | Contract | | 238 | 90.59 | Josh Brecheen (OK-02) |
| Oklahoma | TULSA | Contract | | 275 | 105.49 | Kevin Hern (OK-01) |

40

000625

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

| | | | | | | |
|---|---|---|---|---|---|---|
| Oregon | ANGELL* | USDAFS | | 166 | | Val Hoyle (OR-04) |
| Oregon | PIVOT* * | Contract | | 142 | 100.7 | Suzanne Bonamici (OR-01) |
| Oregon | SPRINGDALE* * | Contract | | 142 | 100.7 | Maxine Dexter (OR-03) |
| Oregon | TIMBERLAKE* | USDAFS | | 106 | | Janelle Bynum (OR-05) |
| Oregon | TONGUEPOINT | Contract | | 329 | 164.31 | Suzanne Bonamici (OR-01) |
| Oregon | WOLF CREEK* | USDAFS | | 210 | | Cliff Bentz (OR-02) |
| Pennsylvania | KEYSTONE* * | Contract | | 611 | 307 | Rob Bresnahan (PA-08) |
| Pennsylvania | PHILADELPHIA | Contract | | 405 | 91.85 | Mary Gay Scanlon (PA-05) |
| Pennsylvania | PITTSBURGH | Contract | | 612 | 176.725 | Summer Lee (PA-12) |
| Pennsylvania | RED ROCK* * | Contract | | 300 | 307 | Daniel Meuser (PA-09) |
| Puerto Rico | ARECIBO | Contract | | 198 | 88.82 | N/A |
| Puerto Rico | RAMEY | Contract | | 424 | 148.97 | N/A |
| Rhode Island | EXETER | Contract | | 172 | 84.21 | Seth Magaziner (R-02) |
| South Carolina | BAMBERG | Contract | | 284 | 96.6 | James Clyburn (SC-06) |
| South Dakota | BOXELDER* | USDAFS | | 107 | | Dusty Johnson (SD-AL) |
| Tennessee | BENJAMIN L. HOOKS | Contract | | 280 | 110.7 | Steve Cohen (TN-09) |
| Tennessee | JACOBS CREEK* | USDAFS | | 163 | 46 | Diana Harshbarger (TN-01) |
| Texas | DAVID L. CARRASCO | Contract | | 514 | 138.94 | Veronica Escobar (TX-16) |
| Texas | GARY | Contract | | 1191 | 479.36 | Greg Casar (TX-35) |
| Texas | LAREDO | Contract | | 201 | 88.1 | Henry Cuellar (TX-28) |
| Texas | NORTH TEXAS | Contract | | 691 | 211.35 | Keith Self (TX-03) |
| Utah | CLEARFIELD | Contract | | 952 | 338.3875 | Blake Moore (UT-01) |
| Utah | WEBER BASIN* | USDAFS | | 155 | | Blake Moore (UT-01) |
| Vermont | NORTHLANDS | Contract | | 161 | 94.5 | Becca Balint (VT-AL) |
| Virginia | BLUE RIDGE | Contract | | 100 | 87 | Morgan Griffith (VA-09) |
| Virginia | FLATWOODS* | USDAFS | | 138 | 44 | Morgan Griffith (VA-09) |
| Virginia | OLD DOMINION | Contract | | 95 | 121.61 | John McGuire (VA-05) |
| Washington | CASCADES | Contract | | 278 | 111.87 | Rick Larsen (WA-02) |
| Washington | COLUMBIA BASIN* | USDAFS | | 239 | | Dan Newhouse (WA-04) |
| Washington | CURLEW* | USDAFS | | 125 | | Michael Baumgartner (WA-05) |
| Washington | FORT SIMCOE* | USDAFS | | 121 | | Dan Newhouse (WA-04) |
| Washington DC | POTOMAC | Contract | | 379 | 147 | N/A |
| West Virginia | CHARLESTON | Contract | | 236 | 125 | Carol Miller (WV-01) |
| West Virginia | HARPERS FERRY* | USDAFS | | 119 | 50 | Riley Moore (WV-02) |
| Wisconsin | BLACKWELL* | USDAFS | | 133 | | Tom Tiffany (WI-07) |
| Wisconsin | MILWAUKEE | Contract | | 245 | 104 | Gwen Moore (WI-04) |
| Wyoming | WIND RIVER | Contract | | 307 | 130.9 | Harriet Hageman (WY-AL) |

Note that for most of the USDA contracts DOL was not provided the FTE, but these centers are primarily federal employees (approx. 1,100). Highlighted centers had their FTE combined with their satellites.

41

000626

|    | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|----|----|----|----|----|----|----|----|----|----|
| 95 |    |    |    |    |    |    |    |    |    |

001056

Message
_____

From:         Parella, Courtney E - OPA █████████████████████████████
              ██████████████████████████████████████████████████████
Sent:         5/29/2025 2:23:02 PM
To:           Chavez-DeRemer, Lori M - OSEC ███████████████████████
CC:           Han, Jihun A - OSEC ██████████████ Wright, Rebecca - OSEC ████████████
Subject:      RE: DRAFTS from OPA for OSEC - Thursday Talkers, Press Release, FAQ
Attachments:  Job Corps Operations Pause FAQs.pdf; EMBARGO_JC Press Release.docx; Job Corps Fact Sheet.pdf


Madam Secretary —

Attached are the final versions of the documents I sent last night. A few minor tweaks included, but mostly the same as what you have.

Thanks,
Courtney


From: Parella, Courtney E - OPA
Sent: Wednesday, May 28, 2025 10:35 PM
To: Chavez-DeRemer, Lori M - OSEC ████████████████████████
Cc: Han, Jihun A - OSEC ███████████████████ Wright, Rebecca - OSEC ██████████████
Subject: DRAFTS from OPA for OSEC - Thursday Talkers, Press Release, FAQ

Good evening, Madam Secretary —

Sending some documents ahead of the big Thursday. Attached are:
   1)  Talking points for you, which can also be shared with stakeholders;
   2)  The draft press release;
   3)  (Same doc. as 2) FAQ document to be linked in the press release.

WH comms has signed off on all the above. We are tracking for rollout at 3:00PM ET tomorrow.

Also, for your planning purposes, I want to flag that I'm working with WH on getting TV booked for you in the late afternoon/evening (ideally Laura Ingraham). I will give you an update on anything press-wise later tomorrow morning.

Please let me know if you have questions in the meantime!

Thank you for your attention to this matter.

Sincerely,
Your humble servant


**Courtney Parella**
Assistant Secretary
Office of Public Affairs
U.S. Department of Labor
Mobile: ███████████████



001058

# JOB CORPS PAUSE *FAQs*

## 1.   What does "pause" mean?

A pause in Job Corps operations occurred on May 29th when the Department of Labor halted contracts at the 99 contract-operated centers. This led to the suspension of program operations. Center operators began implementing transition plans to mobilize students safely to their home of record and suspend program activities. Funds will be used to pause program operations, which includes managing facilities, maintaining student records, and ensuring students are connected with necessary employment and program resources.

## 2.   What legal authority does the Department have to take these actions?

The Department of Labor has the delegation of authority to halt center operator contracts including program operations at Job Corps sites. Federal Acquisition Regulation and the contract clauses prescribed in the regulation provide the government with the termination for convenience, found in FAR (48 CFR) Subpart 49.1 and FAR Clauses 52.249-2, among others.

## 3.   How many students are currently participating in the Job Corps program?

There are approximately under 25,000 students enrolled in the Job Corps program.

## 4.   What alternative education and training programs are being offered to students?

All students will be connected with the resources they need to succeed as this transition takes place. The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Students will receive copies of personal documents and accomplishments to assist with potential transfer to other job training programs.
- Students will be registered with the American Job Center closest to their home of record.
- Students will be registered with the Labor Exchange system in their home state.
- Students will be offered to sign a release of information form to allow the Department to connect them with personalized job placement opportunities, trainings, and educational and supportive services.
- Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.
- Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

## 5.   Where and when will the students be relocated?

The Department will arrange transportation and cover costs to transfer students back to their homes of record by June 30, 2025.

## 6.   When is the graduation day for the current program year?

Since students enroll in the Job Corps program on a rotating basis and can join or exit at any date within the program year, there is no set graduation date. According to Workforce Innovation and Opportunity Act Sec. 16, Sec. 142, the statutory definition of graduate is "an enrollee that 1) receives a High School Diploma (HSD) or High School Equivalency (HSE), and/or 2) completes the requirements of a career technical training (CTT) program."

# JOB CORPS PAUSE *FAQs*

## 7.  Are Job Corps credits transferable?

Job Corps program eligibility requirements are not identical to those of other WIOA programs, but there is overlap. Job Corps centers or federal staff can ensure departing students have all eligibility documents previously used to enter the program in order to ease their transition elsewhere.

There is a distinction between earning an industry recognized credential and completing a career technical training program. Job Corps' career technical training instruction is provided in accordance with a Training Achievement Record which includes a multitude of skills and competencies to be attained prior to a student's completion of the program. The industry recognized credential is often gained via a test or other skills demonstration along the way to completing the overall training program.

## 8.  What are the resources being provided to staff?

Job Corps contracted centers are staffed with employees who work for Job Corps operators and are not federal employees. The operators are largely private contractors who each operate multiple centers. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees.

The Department will provide staff with targeted information and eligibility determination for employment services, access to apprenticeship programs, job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

## 9.  Why pause operations at all centers?

- · The Job Corps program has been in a financial crisis for years, creating constant uncertainty for participants and administrators. The gap between funding and expenses has been publicly known, with operating costs steadily rising and the program's budget remaining flat over several fiscal years.
  - ○ Job Corps was operating at a $140 million deficit in PY 2024, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
  - ○ According to projections, in PY 2025, the deficit would grow to $213 million.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
  - ○ High schools with graduation rates below 67% are generally considered low performing under federal law.

## 10.  Where did the Job Corps Transparency Report data come from?

The analysis of internal data from program year 2023 was provided and published by the Department's Employment and Training Administration, which oversees the Job Corps program.

## 11.  Will the Department of Labor suspend operations at the 24 USDA centers?

No. The Department of Labor does not contract with center operators at the USDA sites. USDA owns and operates their 24 centers.

PRESS RELEASE UNDER EMBARGO UNTIL 3PM 5/29/2025

FOR IMMEDIATE RELEASE: MAY 29, 2025

# US DEPARTMENT OF LABOR PAUSES JOB CORPS CENTER OPERATIONS

**WASHINGTON** – The U.S. Department of Labor today announced it will begin a phased pause in operations at contractor operated Job Corp centers nationwide, initiating an orderly transition for students, staff, and local communities. The decision follows an internal review of the program's outcome and structure and will be carried out in accordance with available funding, the statutory framework established under the Workforce Innovation and Opportunity Act (WIOA), and congressional notification requirements.

The pause of operations at all contractor-operated Job Corps centers will occur by June 30, 2025. As the transition begins, the Department is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

The department's decision aligns with the President's FY 2026 budget proposal and reflects the Administration's commitment to ensure federal workforce investments deliver meaningful results for both students and taxpayers.

 **"Job Corps was created to help young adults build a pathway to a better life through education, training, and community," said Secretary Lori Chavez-DeRemer. "However, a startling number of serious incident reports and our in-depth fiscal analysis reveal the program is no longer achieving the intended outcomes that students deserve. We remain committed to ensuring all participants are supported through this transition and connected with the resources they need to succeed as we evaluate the program's possibilities."**

The Job Corps program has faced significant financial challenges under its current operating structure. In PY 2024, the program operated at a $140 million deficit, requiring the Biden administration to implement a pause in center operations to complete the program year. The deficit is projected to reach $213 million in PY 2025.

On April 25, 2025, the Department's Employment and Training Administration (ETA) released the first-ever Job Corps Transparency Report, which analyzed the financial performance and operational costs of the most recently available metrics of program year 2023. A summary of the overall findings:

- Average Graduation Rate (WIOA Definition): 38.6%
- Average Cost Per Student Per Year: $80,284.65
- Average Total Cost Per Graduate (WIOA Definition): $155,600.74
- Post separation, participants earn $16,695 annually on average.
- The total number of Serious Incident Reports for program year 2023: 14,913 infractions.
    - Inappropriate Sexual Behavior and Sexual Assaults Reported: 372
    - Acts of Violence Reported: 1,764
    - Breaches of Safety or Security: 1,167
    - Reported Drug Use: 2,702
    - Total Hospital Visits: 1,808

RAFT / PREDECISIONAL/ DELIBERATIVE

Additional information can be found in the FAQ here.

RAFT / PREDECISIONAL/ DELIBERATIVE

001062

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

**Job Corps was created to help young adults build a pathway to a better life through education and community. But an in-depth fiscal analysis and a startling number of serious incident reports reveal the program is not helping students achieve intended outcomes or keeping them safe. For these reasons, the Labor Department is pausing operations to evaluate the Job Corps program's possibilities.**

## Job Corps Is Failing Students

- The Department of Labor's Job Corps Transparency Report (covering program year 2023) found that the average graduation rate by the program's standards is just 38.6%.
- After leaving the program, participants go on to earn an average of just over $16,000 annually – barely above the national poverty line.
- In addition to poor educational outcomes, participants' safety is often at risk – 14,913 serious incident reports were filed in 2023, even though the program only has under 25,000 participants.
  - These include drug abuse, sexual assaults, and other acts of violence.

## Job Corps Is Not Sustainable for Taxpayers or Students

- The program costs taxpayers over $1.7 billion a year – Americans deserve to know if this significant investment is working.
- The Job Corps Transparency Report provided clear and undeniable evidence that it's not working:
  - The average cost per student, per year is over $80,000 – that's nearly $20,000 more than one year at Harvard.
  - The average total cost per graduate is $155,600. Meanwhile, the average cost of a four-year college in the United States is $153,080.
    - After leaving the program, Job Corps participants go on to earn an average of just over $16,000 annually, whereas the average salary for college graduates is $64,291.
- Considering only two out of every five participants actually graduate from the program, this is a massive amount of money being spent with little results to show for it.
  - There are many other job training programs that are proven to work, including Registered Apprenticeships, that could benefit from investments to help low-income students succeed.
- For program year 2024, Job Corps was operating at a $140 million deficit, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
  - It's projected that in program year 2025, the deficit would grow to $213 million.
    - The program has been in a financial crisis for years, creating constant uncertainty for participants and administrators.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
  - High schools with graduation rates below 67% are considered low performing under federal law.

001063

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

## This Pause Is to Evaluate Better Workforce Development Options for Young Americans.

- This is a pause of operations across 99 non-federally operated Job Corps centers. The Department of Labor has the authority to suspend operations and is responsible for managing JC center contracts.

- We are not eliminating Job Corps – only Congress has the authority to eliminate Job Corps.

- In December 2024, the Biden administration's DOL carried out a similar pause of operations at two Job Corps centers, echoing concerns of sustainability issues amid rising program costs.

- The Job Corps program is financially underwater, and the funds appropriated by Congress for the year will not cover the costs of operations for the remaining program year.

- The program has been in a financial crisis for several years, creating constant uncertainty for participants and administrators.

- This pause is to allow the department to reassess program alignment with the Administration's workforce priorities, proposed budget framework, and overall vision for building a modern and effective workforce development program for America's youth.

## Our Nation's Vulnerable Young Adults Deserve Better

- The Department of Labor will arrange transportation and cover costs for students to return to their home of record by June 30.

- All Job Corps participants will be connected with the resources they need to succeed as this transition takes place.

  - Students will be registered with the American Job Center closest to their home of record and with the Labor Exchange system in their home state.

  - Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

  - Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.

- The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Job Corps staff will be provided targeted information and eligibility determination for employment services, access to job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

001064

Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮ |
| **Sent:** | 5/29/2025 11:53:31 AM |
| **To:** | Han, Jihun A - OSEC ▮▮▮▮    Walter, Courtney E - OSEC ▮▮▮▮ |
| **Subject:** | FW: ETA OJC May 29 Package |

**Importance:**    High

"I want to reiterate the **urgent need for a directive in writing** from the Secretary's office so that I can begin preparing a letter for each of the impacted contracts. I will need the written directive this morning in order to have the time to prepare all needed letters for this afternoon. "

From: Matz, Jillian - OASAM OSPE ▮▮▮▮
Sent: Thursday, May 29, 2025 11:34 AM
To: McGee, Erin L - ETA ▮▮▮▮    Frazier, Susan (Lori) - ETA ▮▮▮▮
- SOL ▮▮▮▮    Koeppel, David R - SOL ▮▮▮▮    Campbell, Carl V - OASAM OSPE
▮▮▮▮    Bernt, Matthew - SOL ▮▮▮▮
▮▮▮▮
Cc: Timmons, Luke B1 - ETA ▮▮▮▮
Subject: RE: ETA OJC May 29 Package
Importance: High

Good morning Lori,

Pursuant to our meeting this morning, I have now fully briefed in Carl Campbell, the Senior Procurement Executive and will forward him the documents that Erin shared yesterday. It is my understand that Carl will then brief the OASAM front office.

I want to reiterate the urgent need for a directive in writing from the Secretary's office so that I can begin preparing a letter for each of the impacted contracts. I will need the written directive this morning in order to have the time to prepare all needed letters for this afternoon.

Thank you for your support with this matter.

Jillian



**Jillian Matz**
**Senior Director**
**Job Corps Acquisition Services**

Office of the Senior Procurement Executive (OSPE)
Office of the Assistant Secretary for Administration and Management (OASAM)
U.S. Department of Labor | FPB Room N4643
Phone: ▮▮▮▮
Iphone: ▮▮▮▮

Find *your* current **OSPE Points of Contact**!



**From:** McGee, Erin L - ETA ████████████████
**Sent:** Wednesday, May 28, 2025 2:11 PM
**To:** Frazier, Susan (Lori) - ETA ████████████████
**Cc:** Matz, Jillian - OASAM OSPE ██████████████    Timmons, Luke B1 - ETA ████████████████
**Subject:** ETA OJC May 29 Package

Dear Lori,

On May 7, you verbally instructed us to develop an operational plan to implement a directive you received to terminate all Job Corps center operations contracts because, as we understand it, it was determined that continued performance of the current Job Corps Center operations contracts is not in the Department's best interest. You indicated that DOL leadership believes that, from a policy and programmatic perspective, all current JCC operator contracts should be terminated on an immediate basis, with the only allowable activities being returning students to their home of record and any necessary functions to ramp-down operations and secure the facilities—all of which must be completed by June 30, 2025.

While we have not been apprised of any future plans for the program, it is our understanding that this action will provide DOL leadership an opportunity to assess the Job Corps program's alignment with the Administration's workforce priorities. We understand that Departmental leadership would like the contract terminations to be announced and effectuated on May 29, 2025, and that prior to that action being taken there will be a written memorandum provided to ETA and OASAM leadership from the Secretary's Office with a final decision to proceed.

In consultation with SOL, we have prepared the documents necessary to implement this policy directive. The documents are attached, including:

1. Draft Pre-Decisional Operational Timeline (Detailed)
2. Draft Pre-Decisional Notice of Termination (centers)
3. Draft Pre-Decisional Center Operator Comms
4. Draft Pre-Decisional Fed Staff Comms
5. Draft Pre-Decisional Student and Staff Talking Points
6. Notice of Complete Termination (TCU)
7. Notice of Partial Termination (HBI example)
8. Student Resources webpage mockup
9. Draft Pre-Decisional NTC CEO TPs
10. Notice to Contracts Ending May 31, 2025
11. Notice to Contracts Now ending June 30, 2025
12. Authorization to Share Job Corps Student Records

Note that we will need to put in place caretaker contracts following the cessation of contractor operations in order to secure and protect Government owned personal property as well as real property. Per your instruction, the caretaker plus contracts will include a six-month base period of performance with three six-month option periods, which provides the government up to two years for wind down activities related to personal and real property.

Regarding other Job Corps contracts that support the program (e.g., website hosting, IT data platforms), we understand that these will need to be decided on a case-by-case basis. Please confirm that understanding.

001066

As we have discussed with you, we anticipate strong opposition from contractors, local, state and Federal policymakers, other stakeholders, the students, and the public at large.   The contractors will submit claims for termination-related costs, which could total millions of dollars, to which they will be entitled under procurement law.  SOL advised that there may also be broader legal challenges to the new policy and/or its implementation.

Please note that the workgroup (SOL/OSPE/Job Corps) advises that once the contracts are terminated, it will be very difficult if not impossible to reverse this decision and return to contract operations as they are presently.

*Once written confirmation from the Secretary's Office is provided to ETA and OASAM leadership, we are prepared to implement the Department's policy directive by terminating the center operations contracts.  From Jill's perspective, as contracting officer, OASAM leadership's direction will also be required.*

Thank you,

Erin and Jill

Message

| | |
|---|---|
| **From:** | Campbell, Carl V - OASAM OSPE ███████████████ |
| **Sent:** | 5/29/2025 12:32:30 PM |
| **To:** | Matz, Jillian - OASAM OSPE ████████████ Frazier, Susan (Lori) - ETA ██████████ Han, Jihun A - OSEC ██████████ Walter, Courtney E - OSEC ████████ |
| **CC:** | Timmons, Luke B1 - ETA ████████████; Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ████████ Parella, Courtney E - OPA ████████ McGee, Erin L - ETA ████████████████ Bernt, Matthew - SOL ████████ |
| **Subject:** | RE: ACTION REQUESTED: ETA OJC May 29 Package |

Jill,

Thank you.

**Carl V. Campbell, DBA**
**Senior Procurement Executive**

Office of the Assistant Secretary for Administration and Management
U.S. Department of Labor
200 Constitution Ave NW
Washington, D.C. 20210
Tel: ████████████
E-Mail ████████████
Find *your* current **OSPE Points of Contact**!

**From:** Matz, Jillian - OASAM OSPE ████████████
**Sent:** Thursday, May 29, 2025 12:17 PM
**To:** Frazier, Susan (Lori) - ETA ████████ Han, Jihun A - OSEC ████████████ Walter, Courtney E - OSEC ████████ Campbell, Carl V - OASAM OSPE ████████
**Cc:** Timmons, Luke B1 - ETA ████████ Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ████████ Parella, Courtney E - OPA ████████ McGee, Erin L - ETA ████████████████ Bernt, Matthew - SOL ████████
**Subject:** RE: ACTION REQUESTED: ETA OJC May 29 Package

Good afternoon,

Looping in Carl.

**From:** Frazier, Susan (Lori) - ETA ████████
**Sent:** Thursday, May 29, 2025 12:02 PM
**To:** Han, Jihun A - OSE ████████ Walter, Courtney E - OSEC ████████
**Cc:** Timmons, Luke B1 - ETA ████████ Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ████████ Parella, Courtney E - OPA ████████ McGee, Erin L - ETA ████████ Matz, Jillian - OASAM OSP ████████ ████████ Bernt, Matthew - SOL ████████
**Subject:** RE: ACTION REQUESTED: ETA OJC May 29 Package

Thank you.

Staff, please see below the written directive from Jihun Han, Chief of Staff (OSEC) to move forward in terminating center operations contracts.

**From:** Han, Jihun A - OSEC ███████████████
**Sent:** Thursday, May 29, 2025 11:58 AM
**To:** Frazier, Susan (Lori) - ETA ███████████████  Walter, Courtney E - OSE ███████████████
**Cc:** Timmons, Luke B1 - ETA ███████████████  Laco, Marek S - ETA ███████████████  Snare, Jonathan - SOL ███████████████  Parella, Courtney E - OPA ███████████████
**Subject:** RE: ACTION REQUESTED: ETA OJC May 29 Package

**Hi Lori,**

**We are good to execute on this for 3 PM today.**

**Thank you,**


**Jihun Han**
Chief of Staff
Office of the Secretary
U.S. Department of Labor
C: ███████████



**From:** Frazier, Susan (Lori) - ETA ███████████████
**Sent:** Wednesday, May 28, 2025 4:23 PM
**To:** Han, Jihun A - OSEC ███████████████  Walter, Courtney E - OSEC ███████████████
**Cc:** Timmons, Luke B1 - ETA ███████████████  Laco, Marek S - ETA ███████████████  Snare, Jonathan - SOL ███████████████  Parella, Courtney E - OPA ███████████████
**Subject:** ACTION REQUESTED: ETA OJC May 29 Package
**Importance:** High

Good afternoon Jihun and Courtney,

ETA has completed its' pre-decisional operational plans to terminate Job Corp contracted-center operations. Prior to action being taken. **Please provide a written directive to ETA and OASAM leadership with a final decision to proceed.**

In consultation with SOL, ETA and OASAM have prepared the documents necessary to implement this policy directive.  The documents are attached, including:

1.  Draft Pre-Decisional Operational Timeline (Detailed)
2.  Draft Pre-Decisional Notice of Termination (centers)
3.  Draft Pre-Decisional Center Operator Comms
4.  Draft Pre-Decisional Fed Staff Comms

5. Draft Pre-Decisional Student and Staff Talking Points
6. Notice of Complete Termination (TCU)
7. Notice of Partial Termination (HBI example)
8. Student Resources webpage mockup
9. Draft Pre-Decisional NTC CEO TPs
10. Notice to Contracts Ending May 31, 2025
11. Notice to Contracts Now ending June 30, 2025
12. Authorization to Share Job Corps Student Records

**Please see the attachments** and timelines for execution **and the below explanation of order.**

**Lori Frazier Bearden |**
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C:



**From:** McGee, Erin L - ETA ███████████
**Sent:** Wednesday, May 28, 2025 2:11 PM
**To:** Frazier, Susan (Lori) - ETA ███████████
**Cc:** Matz, Jillian - OASAM OSPE ███████████     Timmons, Luke B1 - ETA ███████████
**Subject:** ETA OJC May 29 Package

Dear Lori,

On May 7, you verbally instructed us to develop an operational plan to implement a directive you received to terminate all Job Corps center operations contracts because, as we understand it, it was determined that continued performance of the current Job Corps Center operations contracts is not in the Department's best interest. You indicated that DOL leadership believes that, from a policy and programmatic perspective, all current JCC operator contracts should be terminated on an immediate basis, with the only allowable activities being returning students to their home of record and any necessary functions to ramp-down operations and secure the facilities—all of which must be completed by June 30, 2025.

While we have not been apprised of any future plans for the program, it is our understanding that this action will provide DOL leadership an opportunity to assess the Job Corps program's alignment with the Administration's workforce priorities. We understand that Departmental leadership would like the contract terminations to be announced and effectuated on May 29, 2025, and that prior to that action being taken there will be a written memorandum provided to ETA and OASAM leadership from the Secretary's Office with a final decision to proceed.

In consultation with SOL, we have prepared the documents necessary to implement this policy directive. The documents are attached, including:

1. Draft Pre-Decisional Operational Timeline (Detailed)
2. Draft Pre-Decisional Notice of Termination (centers)
3. Draft Pre-Decisional Center Operator Comms
4. Draft Pre-Decisional Fed Staff Comms
5. Draft Pre-Decisional Student and Staff Talking Points
6. Notice of Complete Termination (TCU)
7. Notice of Partial Termination (HBI example)
8. Student Resources webpage mockup
9. Draft Pre-Decisional NTC CEO TPs
10. Notice to Contracts Ending May 31, 2025
11. Notice to Contracts Now ending June 30, 2025
12. Authorization to Share Job Corps Student Records

Note that we will need to put in place caretaker contracts following the cessation of contractor operations in order to secure and protect Government owned personal property as well as real property. Per your instruction, the caretaker plus contracts will include a six-month base period of performance with three six-month option periods, which provides the government up to two years for wind down activities related to personal and real property.

**Regarding other Job Corps contracts that support the program (e.g., website hosting, IT data platforms), we understand that these will need to be decided on a case-by-case basis. Please confirm that understanding.**

As we have discussed with you, we anticipate strong opposition from contractors, local, state and Federal policymakers, other stakeholders, the students, and the public at large. The contractors will submit claims for termination-related costs, which could total millions of dollars, to which they will be entitled under procurement law. SOL advised that there may also be broader legal challenges to the new policy and/or its implementation.

Please note that the workgroup (SOL/OSPE/Job Corps) advises that once the contracts are terminated, it will be very difficult if not impossible to reverse this decision and return to contract operations as they are presently.

*Once written confirmation from the Secretary's Office is provided to ETA and OASAM leadership, we are prepared to implement the Department's policy directive by terminating the center operations contracts. From Jill's perspective, as contracting officer, OASAM leadership's direction will also be required.*

Thank you,

Erin and Jill

001071

Message
_____

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ████████████████████████ |
| | ████████████████████████ |
| **Sent:** | 5/29/2025 4:48:56 PM |
| **To:** | Gollinger, Joseph B - OCIA ████████████ Moreno, Gabriel - ETA ████████████ Paprocki, Michael J - ETA ████████████ |
| **CC:** | Timmons, Luke B1 - ETA ████████████ |
| **Subject:** | RE: Question on Job Corps Program |
| **Attachments:** | Job Corps Fact Sheet.pdf; Job Corps Operations Pause FAQs.pdf; EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V6.docx |

**NO FINAL ANSWERS ARE TO GO OUT UNTIL THEY HAVE BEEN CLEARED BY ETA/SOL/OPA**
@Paprocki, Michael J - ETA please add these questions in a short, precise format to the FAQ document. Also see below. And add the attachments to the shared folder for future questions.
Thanks!

**From:** Gollinger, Joseph B - OCIA ████████████████████
**Sent:** Thursday, May 29, 2025 4:14 PM
**To:** Frazier, Susan (Lori) - ETA ████████████ Moreno, Gabriel - ETA ████████████ Paprocki, Michael J - ETA ████████████
**Subject:** RE: Question on Job Corps Program

Here are more questions for FAQ: These are from Education and the Workforce Minority who are also **asking for a joint briefing** with Chairman Walberg's team. (I answered who the non-USDA centers are since that's widely available public knowledge)

1) Can you please provide a full list of the campuses whose contracts are being terminated or not being renewed? I am not aware which campuses are jointly run by the USDA, so can't figure out which campuses will get notices. All 99 contracted centers that are not USDA are paused. @Moreno, Gabriel - ETA, please send him the USDA list of 24 centers. Those are not being paused.

2) Does DOL plan to places these pauses/contract termination notices on the federal register with an accompanying comment period? Pausing contract centers does not require a federal register notice. If closing a center, it does. @Paprocki, Michael J - ETA, please look at the guide attached and pasted the procedures for closing a center

3) Is DOL planning to open up new contract bidding processes for these centers in the next program year? Center operations have been paused while the Department of Labor evaluates the program's financial sustainability. The pause is a result of a decision to reassess program alignment with the Administration's workforce priorities, proposed budget framework, and overall vision for building a modern and effective workforce program for America's youth.

Best,

**Joe Gollinger**
Senior Legislative Officer
US Departm
Office of Congressional and Intergovernmental Affairs

**From:** Frazier, Susan (Lori) - ETA ████████████████
**Sent:** Thursday, May 29, 2025 3:35 PM

**To:** Moreno, Gabriel - ETA ████████████████    Paprocki, Michael J - ETA ██████████████████
**Cc:** Gollinger, Joseph B - OCIA ████████████████
**Subject:** FW: Question on Job Corps Program

Please start a FAQ sheet with questions immediately so that we have a running list. Please save on a shared drive and share link with OCIA .
Thanks

**Lori Frazier Bearden |**
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ████████████



**From:** Gollinger, Joseph B - OCIA ████████████████████
**Sent:** Thursday, May 29, 2025 3:32 PM
**To:** Frazier, Susan (Lori) - ETA ████████████████
**Subject:** FW: Question on Job Corps Program

We have a good answer for this one?

**From:** Seitz, Sarah (Lankford) ████████████████████
**Sent:** Thursday, May 29, 2025 3:29 PM
**To:** Gollinger, Joseph B - OCIA ████████████████████
**Subject:** RE: Question on Job Corps Program

**INFO ONLY: This email originated outside the Department of Labor but from a validated government source. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

For students who are homeless, where will they go?

**Sarah Seitz**
Deputy Chief of Staff
Senator James Lankford (R-OK)
731 Hart Senate Office Building, Washington, D.C.
████████████████

**From:** Gollinger, Joseph B - OCIA ███████████████████
**Sent:** Thursday, May 29, 2025 3:11 PM
**To:** Seitz, Sarah (Lankford) ████████████████
**Subject:** RE: Question on Job Corps Program

Hey Sarah,

Now that our notification has gone out do you have additional questions I can answer?

Best,

**Joe Gollinger**
Senior Legislative Officer
US Department of Labor
Office of Congressional and Intergovernmental Affairs

---

**From:** Seitz, Sarah (Lankford) ████████████
**Sent:** Thursday, May 29, 2025 12:24 PM
**To:** Gollinger, Joseph B - OCIA ████████████
**Subject:** Re: Question on Job Corps Program

You don't often get email from ████████████████  Learn why this is important

**INFO ONLY: This email originated outside the Department of Labor but from a validated government source. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Just wanted to follow up on this as we are getting additional questions and concerns

Sarah Seitz
Deputy Chief of Staff
Senator James Lankford (OK)


Sent from my iPhone

> On May 22, 2025, at 2:38 PM, Seitz, Sarah (Lankford) ████████████████ wrote:
>
>
> Thank you!
>
> **Sarah Seitz**
> Deputy Chief of Staff
> Senator James Lankford (R-OK)
> 731 Hart Senate Office Building, Washington, D.C.
> ████████████

**From:** Gollinger, Joseph B - OCIA ▮
**Sent:** Thursday, May 22, 2025 2:32 PM
**To:** Seitz, Sarah (Lankford) ▮
**Subject:** RE: Question on Job Corps Program

Hey Sarah,

Confirming receipt.

Best,

**Joe Gollinger**
Senior Legislative Officer
US Department of Labor
Office of Congressional and Intergovernmental Affairs

---

**From:** Seitz, Sarah (Lankford) ▮
**Sent:** Thursday, May 22, 2025 2:28 PM
**To:** Blount, DuRon - OCIA ▮
**Subject:** Question on Job Corps Program

You don't often get email from ▮                    Learn why this is important

**INFO ONLY: This email originated outside the Department of Labor but from a validated government source. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

We have heard that the Job Corps program will to start receiving contract termination notices as early as this Friday, or June 1. As a result, students will immediately be sent home with no alternative.

Are reforms to the program being looked at rather than termination?

Any information you can share on this would be very much appreciated.

**Sarah Seitz**
Deputy Chief of Staff
Senator James Lankford (R-OK)
731 Hart Senate Office Building, Washington, D.C.

▮

001075

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

Job Corps was created to help young adults build a pathway to a better life through education and community. But an in-depth fiscal analysis and a startling number of serious incident reports reveal the program is not helping students achieve intended outcomes or keeping them safe. For these reasons, the Labor Department is pausing operations to evaluate the Job Corps program's possibilities.

## Job Corps Is Failing Students

- The Department of Labor's Job Corps Transparency Report (covering program year 2023) found that the average graduation rate by the program's standards is just 38.6%.
- After leaving the program, participants go on to earn an average of just over $16,000 annually – barely above the national poverty line.
- In addition to poor educational outcomes, participants' safety is often at risk – 14,913 serious incident reports were filed in 2023, even though the program only has under 25,000 participants.
  - These include drug abuse, sexual assaults, and other acts of violence.

## Job Corps Is Not Sustainable for Taxpayers or Students

- The program costs taxpayers over $1.7 billion a year – Americans deserve to know if this significant investment is working.
- The Job Corps Transparency Report provided clear and undeniable evidence that it's not working:
  - The average cost per student, per year is over $80,000 – that's nearly $20,000 more than one year at Harvard.
  - The average total cost per graduate is $155,600. Meanwhile, the average cost of a four-year college in the United States is $153,080.
    - After leaving the program, Job Corps participants go on to earn an average of just over $16,000 annually, whereas the average salary for college graduates is $64,291.
- Considering only two out of every five participants actually graduate from the program, this is a massive amount of money being spent with little results to show for it.
  - There are many other job training programs that are proven to work, including Registered Apprenticeships, that could benefit from investments to help low-income students succeed.
- For program year 2024, Job Corps was operating at a $140 million deficit, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
  - It's projected that in program year 2025, the deficit would grow to $213 million.
    - The program has been in a financial crisis for years, creating constant uncertainty for participants and administrators.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
  - High schools with graduation rates below 67% are considered low performing under federal law.

001076

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

## This Pause Is to Evaluate Better Workforce Development Options for Young Americans.

- This is a pause of operations across 99 non-federally operated Job Corps centers. The Department of Labor has the authority to suspend operations and is responsible for managing JC center contracts.

- We are not eliminating Job Corps – only Congress has the authority to eliminate Job Corps.

- In December 2024, the Biden administration's DOL carried out a similar pause of operations at two Job Corps centers, echoing concerns of sustainability issues amid rising program costs.

- The Job Corps program is financially underwater, and the funds appropriated by Congress for the year will not cover the costs of operations for the remaining program year.

- The program has been in a financial crisis for several years, creating constant uncertainty for participants and administrators.

- This pause is to allow the department to reassess program alignment with the Administration's workforce priorities, proposed budget framework, and overall vision for building a modern and effective workforce development program for America's youth.

## Our Nation's Vulnerable Young Adults Deserve Better

- The Department of Labor will arrange transportation and cover costs for students to return to their home of record by June 30.

- All Job Corps participants will be connected with the resources they need to succeed as this transition takes place.
    - Students will be registered with the American Job Center closest to their home of record and with the Labor Exchange system in their home state.
    - Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.
    - Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.

- The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Job Corps staff will be provided targeted information and eligibility determination for employment services, access to job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

001077

# JOB CORPS PAUSE *FAQs*

## 1.  What does "pause" mean?

A pause in Job Corps operations occurred on May 29th when the Department of Labor halted contracts at the 99 contract-operated centers. This led to the suspension of program operations. Center operators began implementing transition plans to mobilize students safely to their home of record and suspend program activities. Funds will be used to pause program operations, which includes managing facilities, maintaining student records, and ensuring students are connected with necessary employment and program resources.

## 2.  What legal authority does the Department have to take these actions?

The Department of Labor has the delegation of authority to halt center operator contracts including program operations at Job Corps sites. Federal Acquisition Regulation and the contract clauses prescribed in the regulation provide the government with the termination for convenience, found in FAR (48 CFR) Subpart 49.1 and FAR Clauses 52.249-2, among others.

## 3.  How many students are currently participating in the Job Corps program?

There are approximately under 25,000 students enrolled in the Job Corps program.

## 4.  What alternative education and training programs are being offered to students?

All students will be connected with the resources they need to succeed as this transition takes place. The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Students will receive copies of personal documents and accomplishments to assist with potential transfer to other job training programs.
- Students will be registered with the American Job Center closest to their home of record.
- Students will be registered with the Labor Exchange system in their home state.
- Students will be offered to sign a release of information form to allow the Department to connect them with personalized job placement opportunities, trainings, and educational and supportive services.
- Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.
- Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

## 5.  Where and when will the students be relocated?

The Department will arrange transportation and cover costs to transfer students back to their homes of record by June 30, 2025.

## 6.  When is the graduation day for the current program year?

Since students enroll in the Job Corps program on a rotating basis and can join or exit at any date within the program year, there is no set graduation date. According to Workforce Innovation and Opportunity Act Sec. 16, Sec. 142, the statutory definition of graduate is "an enrollee that 1) receives a High School Diploma (HSD) or High School Equivalency (HSE), and/or 2) completes the requirements of a career technical training (CTT) program."

# JOB CORPS PAUSE *FAQs*

## 7.   Are Job Corps credits transferable?

Job Corps program eligibility requirements are not identical to those of other WIOA programs, but there is overlap. Job Corps centers or federal staff can ensure departing students have all eligibility documents previously used to enter the program in order to ease their transition elsewhere.

There is a distinction between earning an industry recognized credential and completing a career technical training program. Job Corps' career technical training instruction is provided in accordance with a Training Achievement Record which includes a multitude of skills and competencies to be attained prior to a student's completion of the program. The industry recognized credential is often gained via a test or other skills demonstration along the way to completing the overall training program.

## 8.   What are the resources being provided to staff?

Job Corps contracted centers are staffed with employees who work for Job Corps operators and are not federal employees. The operators are largely private contractors who each operate multiple centers. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees.

The Department will provide staff with targeted information and eligibility determination for employment services, access to apprenticeship programs, job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

## 9.   Why pause operations at all centers?

- ·   The Job Corps program has been in a financial crisis for years, creating constant uncertainty for participants and administrators. The gap between funding and expenses has been publicly known, with operating costs steadily rising and the program's budget remaining flat over several fiscal years.
    - Job Corps was operating at a $140 million deficit in PY 2024, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
    - According to projections, in PY 2025, the deficit would grow to $213 million.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
    - High schools with graduation rates below 67% are generally considered low performing under federal law.

## 10.   Where did the Job Corps Transparency Report data come from?

The analysis of internal data from program year 2023 was provided and published by the Department's Employment and Training Administration, which oversees the Job Corps program.

## 11.   Will the Department of Labor suspend operations at the 24 USDA centers?

No. The Department of Labor does not contract with center operators at the USDA sites. USDA owns and operates their 24 centers.

001079

**U.S. Department of Labor**    Assistant Secretary for
Employment and Training
Washington, D.C. 20210



<span style="color:red">**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**</span>

May 20, 2025

**DECISION MEMORANDUM**

**SUBJECT:   Job Corps Program and Pausing Center Operations**

**GOAL:** To cease operations at all Job Corps center sites to align with the Trump Administration's workforce priorities and proposed budget.

**PURPOSE OF MEMO:** To reach consensus on pausing Job Corps center program operations and return every student safely and timely to their home of record by the end of the program year June 30th

**OPERATIONAL PLAN:** (1) Immediately cease all Job Corps contracted center program operations to allow adequate transition plans for mobilizing students. (2) Centers will execute a "Suspension of Operations" Plan. (3) 24 USDA sites will not be included in this plan

**PHASE 1: PAUSE ALL JOB CORPS CONTRACT CENTER OPERATIONS**

> **Action 1:** OSEC will communicate the operational plan with USDA Secretary. Job Corp staff at 99 contract-operated centers will operationalize their "Suspension of Operations" plan to transfer students to home of record.

> **Action 2:** ETA will terminate 99 contracts with center operators using the "Termination for Convenience of the Government." No USDA Center will be impacted by the cancellation of contracts.

   o ETA leadership will brief limited Job Corps federal staff including Contracting Officer Representative (COR).
   o OJC Staff will hold a stakeholder call on May 29th providing notice to all Job Corps center operators/Job Corps Association minutes ahead of the emailed termination notices.
   o OJC staff will issue a Termination of Inconvenience effective May 29th and require implementation of Center Operations Pause and transition students to home of record by June 30th.
      o Operations wind-down to commence immediately with final operations date of June 30, 2025.
   o ETA leadership will ensure COR understands negotiation role to negotiate termination fees and needed program costs that are applicable to transition students and successfully stop operations. This will include 4 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet.
   o Center Operators will operationalize "Suspension of Operations" plan.

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

➤ **Action 3:** DOL OSEC / OPA will operate a communication plan in conjunction with other executive leadership. **(Page 6)**

➤ **Action 4:** ETA will provide targeted response for Job Corps center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). ETA will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. **(Appendix C)**

➤ **Action 5**: "Caretaker" contracts will be executed to maintain owned and leased facilities until leases expire. Note that some leases will be terminated. **(Appendix E)**

## PHASE 2: FORMAL CLOSURES

➤ **Action 1:** ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. **(Appendix E)**

➤ **Action 2:** DOL and UDSA will renegotiate necessary interagency agreements if needed to prevent endangerment of health/safety. **(Appendix E)**

➤ **Action 3:** DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. **(Appendix E)**

2

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# KEY SUMMARY OF POINTS

**THE GOAL OF THIS OPERATION:** To cease operations at all Job Corps center sites to align with the Trump Administration's workforce priorities and proposed budget.

**Critical Point of Understanding:** Long term plans of closures, program elimination, disposal of properties is a critical juncture of discussion for any future plans of the program.

**Proposed Plan:** The Department of Labor is proposing to PAUSE Job Corps center operations and return every student safely and timely to their home of record by the end of the program year June 30th.

**Operational Plan Goal:** (1) Immediately cease all Job Corps center operations (including 24 USDA CCCs) on May 16,2025 to allow adequate transition plans for mobilizing students and suspending Job Corps operations. (2) Execute "Caretaker" Contracts for Job Corps centers **(Appendix E).**

**Legal Authorities:**
   o

- The Department of Labor is NOT CLOSING Job Corps centers. "Closing" requires additional actions.
   o   DOL is PAUSING Job Corps Operations.

- The Department of Labor has the delegation of authority to cancel center operator contracts at the 99 centers which also includes contracts providing all program operations at 123 sites, including USDA sites.
   o   The Department of Labor has the delegation of authority to cancel contracts at the 24 USDA centers that fund program operations.

   o   Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure"… all legal requirements are met to close centers. **(Appendix E).**

**Pausing Process:**
- Sufficient contracted staff are employed at the 99 centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
- There is sufficient USDA Forest Service/federal staff employed at their centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
   o   Because of termination of numerous large contracts, cost-saving measures have allowed for sufficient funds to wind down operations safely and securely.

**Job Loss:**
- Approximately 11,000 contract employees across the country and Puerto Rico.
- Potentially 1200 Forestry Service federal employees at USDA Centers

**Timeline:**                                                       APPENDIX A
**USDA Operational Plan:**                                          APPENDIX B
**Job Loss Operational Plan:**                                      APPENDIX C
**Centers' Transitional Services Operational Plan:**               APPENDIX D
**Summary and Background:**                                         APPENDIX E
**Interagency Agreement USDA & DOL**                                APPENDIX E
**OJC Congressional Districts**                                     APPENDIX F
**State Job Corp Center Summaries**                                 APPENDIX G
**Stakeholder NTC Calls**                                           APPENDIX H

3

001082

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX A: OPERATIONAL TIMELINE

| | Complete by | Actions |
|---|---|---|
| | 5/6/25 | **PRE-OPERATIONAL PLAN BEGINS** |
| ✓ | 5/8/25 | **ETA** leadership will brief limited Job Corps federal staff, attorneys, including Contracting Officer Representative (COR) of operational plan. |
| ✓ | 5/10/2025 | **ETA and OJC** staff will develop a mockup for a Student Resource Page for Job Corps students |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop draft Termination Notices for Center Operations to transition students and successfully stop operations. This will include 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet. |
| ✓ | 5/10/25 | **ETA and OJC** will develop communication for DOL federal staff supporting Job Corps program |
| ✓ | 5/10/25 | **ETA** will develop state by state summaries of each Job Corps center, congressional districts, staff and student body size for operational planning |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop Center Staff Communication |
| ✓ | 5/15/2025 | **ETA** will develop a job loss plan for center staff to be implemented by Regional Offices |
| | 5/15/25 | **OPA** will develop a communication plan in conjunction with other external executive leadership. |
| | 5/15/25 | **OSEC** will communicate the operational plan with USDA Secretary |
| | 5/15/2025 | **ETA** leadership will read-on additional ETA/OJC/ASAM staff to operations |
| | 5/16/25 | **OPERATIONAL PLAN BEGINS** |
| | 5/16/25 | **OSEC** will send email communication directing the termination of OJC contracts to ETA's Delegation of Authority- Acting Assistant Secretary and the Assistant Secretary for Administration and Management (ASAM) |
| | 5/16/25 | **DOL OJC/OASAM** staff will terminate 99 contracts with center operators using the "Termination for Convenience of the Government." |
| | 5/16/2025 | **DOL OJC/ASSAM** staff will terminate all OJC operation contracts that fund direct program operations |
| | 5/16/25 | **DOL OJC** Staff will issue brief email notices to all Job Corps Center Operators/Job Corps Association/Labor Unions minutes ahead of the termination notices. |
| | 5/16/25 | Center Operators will operationalize "Suspension of Operations" plan. |
| | 5/16/25 | **OPA** will execute a communication plan in conjunction with other external executive leadership. |
| | | **ETA** will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. |
| | 5/19/25 | **OJC** students will begin returning to home of record |
| | 5/19/25- ongoing | **ETA** will provide targeted response for Job Corps center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). |
| | 06/30/25 | **OJC** Center Operations will suspend. |
| | 07/01/25 | **CARETAKER CONTRACTS BEGIN** |
| | 07/01/2025 | Caretaker" contracts will be executed to maintain facilities until leases expire. Note that some leases will be terminated. |
| | TBD | **CENTER CLOSURE ACTIONS** |
| | TBD | **ETA** will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. |

4

001083

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| | TBD | DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. |
|---|---|---|

## JOB CORPS CENTER TIMELINES

### Contract Termination for Convenience:

- Notification of Contract Termination
- Phase-out costs based on the current contract
- Staff severance to be paid in accordance with state requirements or operator established policies. **(30-days)**
- Negotiated final contract expenses. **(30-days)**
- Students transferred to the nearest center (If any are operating) that offers the same Technical Career Training as currently enrolled. **(Two weeks)**
- Implement the operator's phase-out plan to include the following:
  - Transitioning of all students' hard copy records. **(2 weeks)**
  - Scanning and uploading all student records into CIS. **(2-4 weeks)**
  - Complete 100% inventory of the GFE to include DOL approval and board of survey. **(4 weeks)**
  - Transition all utilities and other services to the caretaker contract. **(1 day)**
  - Finalize all outstanding CRA projects. **(Variable)**
  - Notify all contacted services of the ending of the contract. **(30 days)**
  - Transition the GSA owned vehicles. **(30 days)**
- Transferring of property for the centers that are being paused. **(90 days)**
- Complete staff off-boarding. **(30 days)**
- Establishing a caretaker contract for each center paused. **(120 days)**

5

001084

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## COMMUNICATIONS STRATEGY AND TIMELINE

The following plan outlines a potential, thorough communications approach for the suspension of Job Corps center operations. This approach is structured in three phases: pre-announcement, announcement, and crisis communications response. This design enforces messaging discipline, shapes the public narrative, and prepares for political and stakeholder fallout. Given the scale, visibility, and potential for blowback, this approach will require careful execution and carries a high degree of communications sensitivity.

Overarching narrative: *"Job Corps was created to expand opportunity for our nation's most vulnerable youth, but today, the program is falling short. With rising costs, low completion rates, and abysmal outcomes, the Job Corps program is no longer meeting its intended purpose. We're phasing out this outdated model to focus on workforce development programs that deliver better job training, real results, and pathways for success."*

### Pre-Announcement Phase:

**Stakeholders Briefed and Aligned:**
- Quietly brief White House, USDA, Elected Officials, and other relevant agencies.
  - Take special care with Governors and Members of Congress who represent Job Corps centers.
  - Recommended to have at least 15 – 20 Elected Officials as validators.
- Provide each stakeholder group with tailored talking points in advance of the public rollout.

**Core Messaging Development – "Phasing Out" Job Corps:**
- Messaging should emphasize:
  - A failed program - low graduation rates, low post-program earnings.
  - A dangerous program - past incidents and student safety concerns.
  - A costly program - excessive costs per student and per graduate.
- These themes should be drawn from the Job Corps Transparency Report and performance data.

**Comms Materials to Be Drafted in Advance:**
- Press pitch
- Official press release (with option for joint DOL/White House/USDA statement).
- Social media copy and a launch-day content thread.
- Remarks for Secretary (determine if remarks will be delivered in press gaggle format).
- Surrogate talking points and FAQs for Cabinet-level officials and third-party validators.

**Digital Strategy:**
- Create an updated Job Corps landing page on DOL.gov with:
  - The full Job Corps Transparency Report.
  - Program performance data and background materials.
  - Frequently asked questions and graphics reinforcing key messages.

### Announcement Phase:

**Public Rollout:**
- Issue press release with a joint statement from DOL and/or the White House or USDA.
- Place an exclusive story with a friendly, high-profile outlet to help frame narrative.

**Media Execution:**
- Distribute press briefing bullets referencing the information from the transparency report.
- Re-surface past problematic headlines in a thread on X (Twitter) or similar platform.
- Offer interviews with DOL Secretary or other senior officials as part of rollout.

6

001085

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

**Surrogate Engagement:**
- Book surrogates—including Members of Congress, Cabinet officials, and other validators—to echo messaging across interviews, op-eds, and social platforms.
- Vet and potentially elevate former Job Corps staff or alumni, who can speak firsthand to program shortcomings.
- Engage local leaders who have previously advocated reform, like mayors or workforce board members.

## Crisis Communications Preparation & Fallout Management:

**Message Management:**
- Talking points updated daily to reflect press coverage, social media trends, and Member/advocate reactions.
- Ensure message consistency across federal spokespeople, regional offices, and external partners.

**Rapid Response:**
- Digital and press team must be armed with rebuttal lines and empowered to correct misinformation in real time.
- Monitor press, social media, and Member statements to flag and escalate narrative risks.

**Hill Management:**
- Prepare for an influx of congressional inquiries, particularly from districts with impacted centers.
  - Use templated language and individualized outreach for Member management.
  - Coordinate closely with DOL's Office of Congressional and Intergovernmental Affairs.

**Protest Preparedness:**
- Plan for possible on-site demonstrations at Job Corps centers and DOL buildings.
- Coordinate with OSEC and relevant security officials on Rapid Response protocol.
- Develop an internal escalation plan in case of viral media moments, disruptions, or physical threats.

7

001086

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

**Surrogate Engagement:**
- Book surrogates—including Members of Congress, Cabinet officials, and other validators—to echo messaging across interviews, op-eds, and social platforms.
- Vet and potentially elevate former Job Corps staff or alumni, who can speak firsthand to program shortcomings.
- Engage local leaders who have previously advocated reform, like mayors or workforce board members.

<u>**Crisis Communications Preparation & Fallout Management:**</u>

**Message Management:**
- Talking points updated daily to reflect press coverage, social media trends, and Member/advocate reactions.
- Ensure message consistency across federal spokespeople, regional offices, and external partners.

**Rapid Response:**
- Digital and press team must be armed with rebuttal lines and empowered to correct misinformation in real time.
- Monitor press, social media, and Member statements to flag and escalate narrative risks.

**Hill Management:**
- Prepare for an influx of congressional inquiries, particularly from districts with impacted centers.
  - Use templated language and individualized outreach for Member management.
  - Coordinate closely with DOL's Office of Congressional and Intergovernmental Affairs.

**Protest Preparedness:**
- Plan for possible on-site demonstrations at Job Corps centers and DOL buildings.
- Coordinate with OSEC and relevant security officials on Rapid Response protocol.
- Develop an internal escalation plan in case of viral media moments, disruptions, or physical threats.

7

001086

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## APPENDIX B: USDA Operational Plan

This is the data from 5.21.2025 There are 2,860 students across their 24 USDA centers.

| State | Region | Center | PY 2024 Planned OBS | OBS as of 05/21/2025 | Current Delta from PY2024 Planned OBS | Current % of OBS |
|---|---|---|---|---|---|---|
| Montana | Dallas | Anaconda | 170 | 160 | (10) | 94.12% |
| Oregon | San Francisco | Angell | 160 | 146 | (14) | 91.25% |
| Wisconsin | Chicago | Blackwell | 162 | 87 | (75) | 53.70% |
| South Dakota | Dallas | Boxelder | 124 | 86 | (38) | 69.35% |
| Arkansas | Dallas | Cass | 119 | 87 | (32) | 73.11% |
| Colorado | Dallas | Collbran | 220 | 103 | (117) | 46.82% |
| Washington | San Francisco | Columbia Basin | 236 | 175 | (61) | 74.15% |
| Washington | San Francisco | Curlew | 172 | 118 | (54) | 68.60% |
| Virginia | Philadelphia | Flatwoods | 105 | 68 | (37) | 64.76% |
| Washington | San Francisco | Fort Simcoe | 112 | 101 | (11) | 90.18% |
| Kentucky | Philadelphia | Frenchburg | 100 | 81 | (19) | 81.00% |
| Kentucky | Philadelphia | Great Onyx | 151 | 104 | (47) | 68.87% |
| West Virginia | Philadelphia | Harpers Ferry | 109 | 120 | 11 | 110.09% |
| Tennessee | Atlanta | Jacobs Creek | 111 | 89 | (22) | 80.18% |
| North Carolina | Atlanta | Lyndon Johnson | 120 | 104 | (16) | 86.67% |
| Missouri | Chicago | Mingo | 144 | 108 | (36) | 75.00% |
| North Carolina | Atlanta | Oconaluftee | 114 | 110 | (4) | 96.49% |
| Kentucky | Philadelphia | Pine Knot | 160 | 148 | (12) | 92.50% |
| Nebraska | Chicago | Pine Ridge | 171 | 114 | (57) | 66.67% |
| North Carolina | Atlanta | Schenck | 192 | 104 | (88) | 54.17% |
| Oregon | San Francisco | Timber Lake | 165 | 134 | (31) | 81.21% |
| Montana | Dallas | Trapper Creek | 215 | 161 | (54) | 74.88% |
| Utah | Dallas | Weber Basin | 210 | 201 | (9) | 95.71% |
| Oregon | San Francisco | Wolf Creek | 221 | 151 | (70) | 68.33% |
| | | | 3763 | 2860 | | 76.0% |

9

001088

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX C:
# Job Loss and Student Resource Operational Plan

## Job Loss and Student Support:

1. A comprehensive list of severance pay and compensation packages will be compiled by DOL Job Corps staff to understand contract negotiation outcomes for staff.

2. All students who applied as "unaccompanied homeless youth" at time of application will be identified and connected with housing assistance. During pandemic, centers return students to home of record, and worked closely with this population's immediate needs.

3. Correspondence will be sent to all six (6) DOL Regional Administrators providing notification to the state's workforce system that Job Corps center operations have been terminated.

    *Immediate Action Requested:*
    o Any center with 50 or more employees to have rapid response teams on-site to provide immediate assistance, including resources and services for unemployment insurance benefits, re-employment, job search assistance, resume preparation, career counseling, and eligibility determination for training programs for timely and effective support.
    o Support services will also be provided to students who are still at the center.
    o States will be requested to provide job fair information and other employment related information to Job Corps center staff and students.

4. The DOL Job Corps website will provide links to resources for both employees and students.
5. The DOL National Job Corps Office in conjunction with Regional DOL Offices will distribute an email to Job Corps Center contractors an informational email with employment services and resources for unemployment insurance benefits to staff and students.

## Additional Student Resources:

1. Job Corps will establish a Job Corps Student Resource Page with information regarding employment and training, apprenticeship programs, armed service opportunities, and employers and email link to students.
2. The Office of Apprenticeship will provide information to the center operators via email to provide to students.
3. The Job Corps Office will partner with armed service recruiters to connect students with opportunities.

Students routinely return home for summer break and holidays.

10

001089

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX D:
# Center Transitional Services Operational Plan:

## Step-by-Step to Realize Center Operations Pause

### Step 1: Notify Stakeholders
- JCAS notifies the Center Operator that the contract will not be renewed and that operations will be suspended. This must occur at least 30 days but ideally 45-60 days before the expiration of contract.
- The Center Operator informs employees, students, suppliers, clients, and other stakeholders of the closure decision.
- National Office establishes a dedicated email inbox for all questions related to the suspension of operations.
  - Must identify who will monitor and respond to all incoming inquiries and ensure all applicable staff (e.g., COR) have access to the inbox.

### Step 2: Develop a Suspension of Operations Plan
- Regional Office establishes recurring weekly meetings with Regional Office staff, National Office staff, JCAS, center operator, and center leadership.
  - At the first weekly meeting, attendees will discuss key areas of focus for the suspension (e.g., student transfers, property, facility, etc.).
- Draft a detailed closure timeline with milestones and deadlines. Some set deadlines include:
  - 15 days before contract ends, the phase-out plan is implemented.
  - On last day of contract, the Caretaker contractor is on site for the handover.
- Regional Office will provide center/operator with checklists and forms to aid the organization of information during the suspension of operations, including:
  - Sample Contract Transition Checklist (See Attachment A - SAMPLE - Contract Transition Checklist)
  - Regional Office will provide Form 5-10 Job Corps Center Operator Transition – Facilities, Health/Safety, and Fleet Vehicle Checklist (See Attachment B - Form 5-10 Checklist)
  - Sample Standard Operating Procedure Action Checklist (See Attachment C - SAMPLE SOP Action Checklist)
- National Office will provide list of all GSA vehicles and L-tag vehicles assigned to the center.
- Regional Office will download center Master Property Inventory from JCRL (Job Corps Resource Library) and COR will provide the latest quarterly property certification from the center.

### Step 3: Communication
- Center will provide Regional Office list of all student email addresses and parent/guardian email addresses for notification.
- Work with Communications/OPA to develop notification email to both parents and currently enrolled students to inform them of the suspension (See Attachment D - SAMPLE Parent-Guardian Notification)

11

001090

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Coordinate with National Office staff for an approved script to be used for both the in-person and virtual meetings.
- National Office will develop a document of FAQs as a reference to use for staff and students.
- National Office will establish a dedicated email Inbox that will be provided to students to be monitored by the Regional staff. The COR, or designated official, will respond to questions from students and elevate questions to leadership if needed.
- If feasible, Regional Office personnel will travel to the impacted center to meet with all students to discuss the suspension of center operations; a follow-up virtual call should also be established for those students not available in person or for those with further questions.
    - Office of Job Corps will draft and center will distribute approved email notification regarding the suspension of center operations to all students and parents/guardians of minor students.
- Regional and National Office staff will hold weekly Transition meetings to discuss ongoing status and identify any pending issues that need to be addressed.
- Region Office will notify local Office of Public Affairs of the upcoming suspension of center services and refer all media inquiries to them and the National Office.
- Media inquiries relating to staff can be addressed by the center operator (not federal employees); any other media requests should be directed to local OPA office, with notification to National Office.

**Step 4: Student Transfers when there are centers operational. If all centers' operations are paused, then students are to go to their home of record.**
- Students should be transferred based on their CTT choice and the center closest to their home that has availability. An explanation is required for any student deviating from their CTT choice.
    - Preference will be to keep student within the same Region but can be transferred to centers outside of the Region based on CTT availability or other extenuating circumstances (e.g., live outside of the Region).
- Determine if ASWR will be an option – decision by National Office (1 year to return).
- For ACT (college) students, have plan of action for each student and ensure that case notes are kept up to date.
    - Identify program they are enrolled in and college.
    - Discuss options available to students who may be in mid-semester of ACT program.
- National Office will provide list of CTT programs and slot availability to the center as soon as possible.
    - Regional Office will review and confirm the slot availability upon receipt.
- Center will provide list of all active students and include the following information: student name; ID; current age; HSD status; assigned CTT; CTT TAR completion % and City/State for their home of record (See Attachment E – Active Student Outcomes Status List).
- Center will provide list of all students on MSWR status, including: student name, ID, current age; HSD status; assigned CTT; CTT TAR completion %; City/State for their home of record; MSWR start/end date; include column if student has been compliant with the MSWR process; include any special circumstances known (i.e., has specific medical needs; health insurance issues, etc.

12

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Coordinate with National Office staff for an approved script to be used for both the in-person and virtual meetings.
- National Office will develop a document of FAQs as a reference to use for staff and students.
- National Office will establish a dedicated email Inbox that will be provided to students to be monitored by the Regional staff.  The COR, or designated official, will respond to questions from students and elevate questions to leadership if needed.
- If feasible, Regional Office personnel will travel to the impacted center to meet with all students to discuss the suspension of center operations; a follow-up virtual call should also be established for those students not available in person or for those with further questions.
  - Office of Job Corps will draft and center will distribute approved email notification regarding the suspension of center operations to all students and parents/guardians of minor students.
- Regional and National Office staff will hold weekly Transition meetings to discuss ongoing status and identify any pending issues that need to be addressed.
- Region Office will notify local Office of Public Affairs of the upcoming suspension of center services and refer all media inquiries to them and the National Office.
- Media inquiries relating to staff can be addressed by the center operator (not federal employees); any other media requests should be directed to local OPA office, with notification to National Office.

**Step 4: Student Transfers when there are centers operational. If all centers' operations are paused, then students are to go to their home of record.**
- Students should be transferred based on their CTT choice and the center closest to their home that has availability. An explanation is required for any student deviating from their CTT choice.
  - Preference will be to keep student within the same Region but can be transferred to centers outside of the Region based on CTT availability or other extenuating circumstances (e.g., live outside of the Region).
- Determine if ASWR will be an option – decision by National Office (1 year to return).
- For ACT (college) students, have plan of action for each student and ensure that case notes are kept up to date.
  - Identify program they are enrolled in and college.
  - Discuss options available to students who may be in mid-semester of ACT program.
- National Office will provide list of CTT programs and slot availability to the center as soon as possible.
  - Regional Office will review and confirm the slot availability upon receipt.
- Center will provide list of all active students and include the following information: student name; ID; current age; HSD status; assigned CTT; CTT TAR completion % and City/State for their home of record (See Attachment E – Active Student Outcomes Status List).
- Center will provide list of all students on MSWR status, including:  student name, ID, current age; HSD status; assigned CTT; CTT TAR completion %; City/State for their home of record; MSWR start/end date; include column if student has been compliant with the MSWR process; include any special circumstances known (i.e., has specific medical needs; health insurance issues, etc.

12

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- Staff personnel records remain with the operator and is at their discretion on how to address.
- Center operator must cancel any center-specific licenses, permits, and certifications.

## Step 6: Outreach/Admissions and CTS Activities

- National Office, in conjunction with Regional Office, will determine where applicant files and NEAP Workforce Development Areas (WDA) will be reassigned.
  - OA Quota goals may or may not be reassigned to another contract.
- Upon notification of suspension of operations, National Office will disable the OA Provider's ability to assign students to Center.
- Operator must provide a list of active applicant files and their current status; Those files will need to be transferred to the identified OA Provider as soon as possible.
  - Regional Office must initiate contractual modifications identifying any WDA changes or increase/decrease in OA quota goals; same action applies to center arrivals.
- OA Provider must make contact with all applicants to inform them of the pending changes and provide them with contact information for their newly assigned OA provider.
- CTS services will continue to be performed by the operator until no later than 15 days prior to the end of the contract, or based on other Regionally approved date.
- Contractor will provide a list of all active CTS caseloads for transfer to the identified CTS provider.
- National Office will work with JCDC on the transfer of identified CTS caseloads to the new CTS provider.

## Step 7: Facility Management

- Center must identify all facility related concerns and ongoing projects; each project should identify the Deficiency number, amount funded, amount expensed to date, and the projected completion date to the Regional Office.
- Outgoing center operator must continue to maintain facility upkeep and preventative maintenance until the caretaker contract begins.
  - Center must coordinate with Regional Office/ESC staff regarding any new facility repairs to determine if necessary and if can be completed prior to the contract termination date.
- Regional Office will request access to Asset Essentials for the Caretaker operator during the transition process.
- Outgoing Center Operator must terminate leases or contracts for office spaces and utilities in accordance with the contract termination date.
- Arrange for the disposal or transfer of physical assets; coordinate with National Training Contractors to be on location to remove assets, under supervision.
- During transition process, caretaker operator and center operator will be on-site for property/facility assessment and hand-off of facility keys.
  - COR, or designated Regional staff, should be on site during final week of transition to address any potential issues and confirm facility status.
- Conduct a final walkthrough to ensure premises are vacated.

## Step 8: Property

14

001093

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- With the exception of student Chromebooks and NTC owned property, ALL other remaining property will remain on center unless otherwise noted by the National or Regional Office. Center operators must secure all items in an orderly manner to the extent possible.
- Center must conduct a 100% audit of all property once they are notified of suspension of center operations.
- For NTC owned equipment, the NTC must arrange for the pick-up and transfer of NTC owned property prior to the contract end date.
    - NTC operator should coordinate with National Office POC on the reallocation of assets to other designated NTC sites.
- Where feasible, and in coordination with the Regional Office, property should be consolidated into identified locations that are secured and can also allow for easy access for accountability.
    - Computer equipment can be relocated into secured locations (can be by building or in single locations) - but must ensure that property is clearly accessible for inventory purposes.
    - Dorm/classroom televisions, smart boards or other external equipment can be consolidated into single areas (e.g., Dedicated classroom).
    - Dorm mattresses can be relocated to a dedicated space.
    - Kitchen equipment (pots/pans/dinnerware/etc.) needs to be secured and protected to the extent possible.
    - CTT tools/equipment should be secured and locked in the applicable CTT area, unless otherwise noted by the Region.
- Operators will ensure all leased property or products are returned to supplier.
    - Operator will provide a list to the Regional Office of all leased property that is being returned (e.g., washers/dryers; vending machines; postage meters, etc.).
- Center must assess operational status of student Chromebooks. The number of operational Chromebooks must be provided to the Region for distribution to other centers.
    - The contractor should collect all Chromebooks assigned to individual students.
- Regional Office staff will coordinate and identify the allocation of student Chromebooks to other centers.
- For leftover personal student property, center must coordinate with the student to pack remaining belongings and either ship to student identified address or to the transferring center.
    - It is recommended that staff FaceTime with students while packing to ensure correct items are packed.
- With local students, centers may arrange for students to report to campus to retrieve their belongings while under supervision of center personnel; (note: facility issues must be accounted for with this option).
- All consumables (food, office supplies) can be removed by the operator when no longer needed and at their discretion.
- Student uniforms and other center specific clothing can either be packaged (preferably plastic totes) and remain on campus or the operator has the discretion to redistribute those items as they choose.
- Outgoing center operator will engage in normal property transfer procedures with the incoming caretaker operator.
- Outgoing center operator must submit all Relief of Accountability requests to their COR and Regional Property Officer upon completion of the 100% accountability audit.

15

001094

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- Regional Office COR and/or Regional Office Property, or other designated official, will be on site during the final week of Transition to the caretaker contact to ensure smooth turnover of items and to confirm the physical condition of the facility.

**Step 9: Secure Data and IT Infrastructure**
- Centers with camera systems will continue to remain operational and be supported by JCDC.
- Caretaker contract must have an Internet Service Provider to ensure center alarm panels/systems remain operational.
    - Phones are Voice Over IP but require an internet connection.
- Caretaker contract may be required to establish a separate phone line
    - Check with DFAM on center Fire panel requirements as it may require an independent phone line managed by operator.
- Decommission IT systems and dispose of hardware as per data protection regulations.

**Step 10: Transportation/Fleet**
- National Office will provide Regional Office a list of all GSA and L-tag vehicles assigned to the center; Regional Office will confirm list with center.
- Regional Office will coordinate with other Job Corps Centers on potential transfer of any GSA vehicles.
    - National Office Property Officer (DFAM Unit) must give final approval for all anticipated GSA vehicle transfers.
- Center operator will notify GSA representative of the need to return/transfer GSA vehicles (in coordination with Regional/National Office staff).
- Regional Office/JCAS will coordinate with Caretaker operator on what maintenance vehicles may need to remain on center (e.g., trucks w/ plow attachments), if any (confirm with JCAS regarding provision of vehicles in the caretaker contract).
- Caretaker operator will accept responsibility for any remaining GSA or L-tag vehicles until such time as transfers to new locations can be accomplished.

**Step 11: Financial Management**
- Center operator to provide balance of SGA funds to the Regional Office once all students have been reassigned.
    - With Regional coordination, funds may be distributed to other centers, preferably where the students were transferred to, prior to the contract termination date. Outgoing operator may also arrange to have the remaining funds split amongst the students remaining in the program and added to their debit (e.g., Wisely card), if applicable
- Petty cash funds belong to the center operator.
- Regional Office will contact CITIBANK to suspend the student travel card once all students have been transferred off the center.
- Center operator will terminate any lease agreements upon contract end date (unless discussed as part of caretaker contract assuming responsibility of the lease).
- Center operator must settle outstanding debts and liabilities.
- Center operator must provide a list of any financial obligations that may extend beyond the normal last invoice submission for the contract.

16

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## Step 12:  Contract Management

- Region will initiate all contract requisition changes for realignment of LWDA areas/arrival goals for other contracts.
  - JCAS/Regional Office may determine an REA (request for equitable adjustment) may be needed based on changes to a center's Scope of Work.
- Region will request funding for Phase-out costs as identified in the contract award and ensure contract requisition is processed.
  - Any deviation from the costs identified in the contract award will require documentation from the operator.
- Centers will continue to invoice as normal (despite no OBS), including applicable takebacks as identified in their contract (e.g., OBS takebacks).
- Once contract is completed (if terminated prior to end of 5-year contract), Regional Office will terminate the contract in FMS.
- Regional office will have oversight of the caretaker contract for the Center.
  - Region must submit COR Nomination letter for designated staff.

## Step 13: Other Policy Considerations

- Students who are still in their TEAP probationary period will have their clock stop if they are placed in an Admin Leave status due to the center suspension of services.  Once they are transferred and arrive at their new center, the clock will resume at the point where it stopped. Re-testing will continue to follow the PRH timeframes of 37 to 42 days for the retest.
- All TABE records are stored in CIS and will transfer to the destination center with the transferring student. Students will continue with academic instruction and re-testing if necessary.

# APPENDIX E: SUMMARY AND BACKGROUND

17

001096

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

### BRIEF SUMMARY

**Background & Analysis:** Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program.

**Operational PY24 Budget:** $1.6 Billion

**Center Operations:**

- Total Job Corps Centers (all 50 states, Puerto Rico, and DC): 123
- Of the 123, number operated by contract: 99
- Of the 123, number operated by USDA: 24
- Number of centers currently paused[1]: 4
- Owned Job Corps Centers: 58
- Leased Job Corps Centers: 34
- USDA Centers owned by Forest Service: 24

**Administration:**

- Office of Job Corps (OJC) federal FTE within ETA and regional offices: 80
- Student Onboard Strength as of April 24, 2025: 25,892
- Federal Contractor/Job Center Staff: 12,000
- USDA Forest Service Federal Employees at Job Corps Centers: 1,100
- National Training Contractors[2] (union organizations): 8
  - Instructors: 449
  - Regional coordinators and other administrative personnel 50+

**Program Performance Failures, Facility Sustainability, and Excessive Costs:** The Job Corps program cannot continue to operate services at its current capacity. The program is in a financial crisis and has remained at the high risk of violating the Anti-deficiency Act (ADA)[3].

- The Job Corps budget has remained largely flat at $1.6 billion since 2018.
- If adjusted for inflation, the budget would exceed $2 billion in 2024 to continue operations.
- Job Corps was operating at a deficit for PY 24—approximately $140 million—several actions to save approximately $119 million including the pausing of centers and cancelling contracts have allowed operations to reach the end of program year June 30th.
- PY25- Operating deficit could grow up to $213 million if mitigation strategies do not continue

## BACKGROUND AND ANALYSIS

## I. Purpose and Administration

Since its inception, the program has served over three million youth and young adults. Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at

---

[1] Woodstock (MD), Whitney Young (KY), Penobscot (ME), Loring (ME)

[2] See Appendix

[3] ADA Act- The Antideficiency Act prohibits federal employees from making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341 (a) (1) (A).

18

001097

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices. In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation.

## II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program. As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are

19

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[4]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff. In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs)*

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

### Job Corps Center Closure Criteria

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—
(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;
(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and
(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

---

[4] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

001099

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[5]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[6]

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[7]

---

[5] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure
[6] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.
[7] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full

21

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[8] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[9]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for which insufficient funding is currently available to complete the work.

---

responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

[8] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

[9] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

22

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### General Disposal Requirements for Job Corps Centers

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies.

Generally, disposal involves several key steps:
- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.
- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.
- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

### IX. DOL Transparency Report

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

23

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

Below is a summary of the overall findings from PY2023[10]:
- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
  Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to identify and remove non-mandatory program requirements, allowing for the negotiation with contractors to modify the contracts to reduce the future contract prices. This de-scoping focused on aligning center operations strictly to statutory obligations, thus reducing unnecessary expenditures. This included policy revisions to eliminate Evening and Weekend Studies requirements, remove non-mandatory oral health services, remove mandatory Career Transition Services (CTS) for those who did not complete the program, and reduce nursing and trainee employee assistance program hours back to pre-COVID levels. These targeted changes directly contributed to operating cost reductions without undermining core program services.

**In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up to $213 million.** To address this shortfall, the Department is contemplating several strategies to augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million):  prioritizing cost-

---

[10] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

24

001103

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

saving actions at centers with expiring contracts and suspending operations at underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade offerings across centers, using labor market information and program performance ratings. Underutilized or duplicative trades are targeted for elimination or consolidation, and Continuous Improvement Plans (CIPs) will be deployed for lower-performing programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new facilities, performance, and sustainability risk assessment tool was developed to prioritize centers for potential suspension of operations based on performance and fiscal sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a need-based model (e.g., one to three residential centers per state) projecting long-term savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots, resulting in a projected $2 million cost avoidance for PY 25.

# CARETAKING COSTS

**Assuming caretaking for all 123 Centers\*\* (64 owned):**

1. **Caretaker "Plus" model (described below) =** [redacted] **annually**
2. **Basic Caretaker model (see below) =** [redacted] **annually**

\*\*Note some leases may be terminated.

| Facility Size | Caretaker Plus | Basic Caretaker | No. of centers | Annual Costs for "Plus" | Annual cost for "Basic" |
|---|---|---|---|---|---|
| less than 100k GSF | $ | $ | 11 | $ | $ |
| Between 100k and 250k GSF | $ | $ | 91 | $ | $ |
| Between 250k and 500k GSF | $ | $ | 17 | $ | $ |
| Between 500k and 750k GSF | $ | $ | 1 | $ | $ |
| Greater than 750k GSF | $ | $ | 3 | $ | $ |
| | | | | $ | $ |

FTEs do not include or account for supervisors.
Estimates include equipment costs for security (golf cart/gator)
Personal Property control is included.
Size categories
11 centers are <100k GSF,
91 between 100k and 250k,
17 between 250k and 500k,
1 between 500k and 750k - Turner
3 greater than 750k –Earle C. Clements, Clearfield, and Gary

**Caretaker Basic (Closed Centers):** Security, *groundskeeping, and most basic maintenance of property*

25

001104

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Provide security services for the campus on the XX-acre site having approximately XXX,000 GSF among X buildings, to protect against theft of government property and vandalism.
  - o 24-7 security personnel, daily patrol of buildings and grounds
  - o Controlled access to campus
  - o Maintain effective liaison with local law enforcement and emergency services.
- Providing ground maintenance to provide an attractive visual appearance.
- Receipt and Control of Property – The Contractor shall develop and maintain an inventory of all accountable and expendable property assigned to the center.

**Caretaker Plus (Paused Centers):** *Security plus Basic preventative maintenance and property management*
- All requirements in Caretaker Basic.
- Responsible for the proper operations of all HVAC equipment on campus to maintain air temperatures and air quality to include, but not limited to, maintaining setpoints, and changeover from heating to cooling and/or cooling to heating as applicable.
- Contractor shall engage qualified water quality and treatment sub-contractor to check and maintain chilled water chemical treatment bi-annually
- Monitoring and testing of plumbing systems at specific frequency
  - o Visually examine all hot water heaters for any leaks monthly. Leaks shall be immediately reported to the COR and coordinated for repair.
  - o Once a quarter the Contractor shall operate faucets at all bathrooms, kitchen, and service sinks for 30 seconds each to ensure P trap seals are maintained.
- Preventive and Corrective Maintenance – DOL will provide access to Brightly Asset Essentials, the Computerized Maintenance Management System (CMMS) to document, schedule, and perform preventive maintenance on all buildings systems and equipment
- System Winterization – The contractor must properly prepare and winterize all plumbing and sprinkler, and water filled systems to ensure protection from cold weather.

## Union Labor

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| United Brotherhood of Carpenters and Joiners (UBCJA) | • Carpentry, Pre-Apprentice | 113 |
| United Auto Workers (UAW) | • Maintenance - Light Repair, Pre-Apprentice<br>• Advanced Automobile Service Technology, Pre-Apprentice<br>• Advanced MHDT Suspension and Steering, Pre-Apprentice<br>• Advanced Collision Repair and Refinish - Damage Analysis and Estimating, Pre-Apprentice | 35 |
| Transportation Communication Union/International Association of Machinists and Aerospace Workers (TCU-IAM) | • Transportation Service Workers:<br>• Rail Mechanical Service/Carmen<br>• Rail Freight Service<br>• Airline Service<br>• Inland Waterway Service<br>• Rail Passenger Service<br>• Mass Transit/Highway Service | 24 |

26

001105

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| National Plastering Industry's Joint Apprenticeship Trust Fund (NPIJATF) | • Cement Masonry, Pre-Apprentice<br>• Plastering, Pre-Apprentice | 45 |
| International Union of Painters and Allied Trades (IUPAT) | • Painting, Pre-Apprentice<br>• Glazing, Pre-Apprentice<br>• Sign, Billboard, and Display, Pre-Apprentice<br>• Floor Covering Installation, Pre-Apprentice | 41 |
| International Union of Operating Engineers (IUOE) | • Heavy Construction Equipment Mechanic, Pre-Apprentice<br>• Heavy Equipment Operations, Pre-Apprentice<br>• Maintenance Repairer Helper - Stationary Engineering, Pre-Apprentice | 35 |
| International Masonry Institute (IMI) | • Bricklayer, Pre-Apprentice<br>• Tile Setting, Pre-Apprentice | 34 |
| Home Builders Institute (HBI) | • Electrical, Pre-Apprentice<br>• Plumbing, Pre-Apprentice<br>• Building Construction Technology, Pre-Apprentice<br>• HVAC, Pre-Apprentice<br>• Plumbing, Pre-Apprentice | 122 |

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

27

001106

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

INTERAGENCY AGREEMENT

BETWEEN

THE UNITED STATES DEPARTMENT OF LABOR AND THE UNITED STATES
DEPARTMENT OF AGRICULTURE

GOVERNING THE FUNDING, ESTABLISHMENT, AND OPERATION OF
JOB CORPS CIVILIAN CONSERVATION CENTERS

### SECTION I.  PARTIES TO AGREEMENT

U.S. Department of Labor

Hereinafter Referred to
as "DOL"

U.S. Department of Agriculture

Hereinafter Referred to
as "USDA"

### SECTION II.  BACKGROUND, AUTHORITIES AND PURPOSE

A.  Job Corps was established to help America's economically disadvantaged youth overcome
the many barriers to successful careers.  First authorized by the Economic Opportunity Act of
1964, it is currently authorized by Title I of the Workforce Investment Act (WIA) of 1998, as
amended.  The Secretary of Labor's authority to establish and fund Civilian Conservation
Centers (CCCs), as Job Corps operators, is authorized by WIA at section 147 (c), 29 U.S.C. §
2887(c), and further defined by WIA regulations at 20 CFR § 670.120, and at 20 CFR §
670.310(e) which states:

> *"The Secretary [of Labor] enters into interagency agreements with Federal agencies for
> the funding, establishment, and operation of CCCs which include provisions to ensure
> that the Federal agencies comply with the regulations under this part."*

B.  This Agreement is the overarching document for cooperative efforts of all personnel working
towards the accomplishment of the mission as set forth in the authorizing legislation.  It applies
to all Job Corps CCCs funded by DOL and operated by USDA on federal or a combination of
federal, state, or private property controlled by USDA. This Agreement outlines the joint and
separate roles, authorities, and responsibilities of DOL and USDA and for the management of
Job Corps CCCs.  This Agreement is an internal Government agreement and is not intended to
confer any right upon any private person or third party and does not preclude DOL from acting
in a manner it deems advisable to carry out the Job Corps program, nor does it limit USDA in
carrying out any activities not pertaining to its Job Corps CCCs.

C.  This Agreement pertains to Job Corps Civilian Conservation Centers (Job Corps CCCs) and
is entered into pursuant to 29 U.S.C. § 2887(c) and other authorities available to the Parties, and
is an Operating Plan for the Job Corps CCCs under 29 U.S.C. § 2891.  The Parties shall carry out

1

28

001107

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

their obligations under this Agreement consistent with applicable law, and pursuant to their respective legal authorities such as those for managing the areas where these Job Corps CCCs are located and governing the operations of their respective agencies. Moreover, in performing these activities, the Parties may utilize other laws, regulations, policies and guidance, including those authorizing collaboration amongst Federal agencies such as the *Economy Act,31* U.S.C. § 1535 and those which authorize the use of private contractors.

## SECTION III.  ROLES AND RESPONSIBILITIES

The parties agree to the following division of responsibilities:

A. General

> (1) DOL:  DOL has the primary responsibility within the Executive Branch for administering and managing the Job Corps program.  DOL allocates resources and works with USDA on the guiding policies, standards and procedures for operation of Job Corps CCCs and in program planning and delivery of services to Job Corps centers operated by USDA.  DOL will coordinate proposed changes to national policy and guidelines affecting CCCs with USDA.  DOL Regional Offices have responsibility to ensure that the Job Corps CCCs in their regions comply with Job Corps national policies, rules and regulations, to include the Job Corps Policy and Requirements Handbook (PRH).  USDA agrees to operate Job Corps CCCs in accordance with such Department of Labor guidance.

> (2) USDA:  USDA is responsible for the operational management of Job Corps' CCCs funded by DOL in accordance with 20 CFR § 670.220(b).  This responsibility covers the provision of materials, services, personnel, and the administration of contracts that are needed to operate these centers in a manner that, at a minimum, meets the administrative and programmatic requirements and goals established by DOL, and as agreed to with USDA.

B.  Program Design

> (1) The Job Corps program is defined in the authorizing legislation Workforce Investment Act (WIA) of 1998, as amended, and the implementing regulations of the DOL.

> (2) When determining career technical training offerings or the configuration of enrollment slots at USDA centers, USDA's conservation mission shall be taken into account.  DOL will collaborate with USDA regarding the reduction or reconfiguration of enrollment slots before any final decisions are made by DOL, to allow USDA to make programmatic adjustments.

> (3) DOL will invite USDA to provide one representative each to be a member of DOL-established Job Corps inter-agency task forces, committees, workgroups, etc. which are established to seek improvements in various aspects of the programs and Job Corps CCCs operated by USDA.

2

001108

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) USDA may test and develop innovative approaches for teaching academic and career technical training skills to students, and imparting career success standards, including independent living skills and the implementation of Job Corps' standards-based training program/curriculum. USDA Job Corps CCCs will apprise DOL of any successful techniques developed or discovered in order to provide DOL the opportunity to consider testing on a wider scale.

C. Operations

(1) DOL, as the program administrator, is responsible for providing all available funding to USDA to carry out the agreed to center operating requirements in the annual operating plan. Guidance for operations is set forth in the Policy and Requirements Handbook (PRH) published by DOL. From each year's appropriation, DOL may reserve contingency funds to cover facility-related emergencies. USDA may request needed funds from this reserve by notifying the appropriate DOL Job Corps Regional Office. Such emergencies do not include bringing a facility into compliance with Federal architectural accessibility requirements.

(2) Personnel

(a) DOL will provide funding to cover the cost of Federal Employees' Compensation Act (FECA) covered claims for Job Corps CCC students and federal staff.

(b) DOL will be responsible and accountable for recruiting, admitting, and assigning students to centers, as well as job development, career transition, and support services to separated students. USDA agrees to cooperate and assist in these important tasks to the extent that resources permit.

(c) USDA will make every effort to place graduates in jobs in the federal programs they administer, and report their progress annually to both the appropriate DOL Job Corps Regional Office and the National Office.

(d) DOL will furnish the funding for students' pay, allowances, clothing, and official travel; however, the effective and efficient delivery of these services to such students will be the responsibility of the management of the USDA Job Corps CCCs. In addition, USDA will conduct a reconciliation of student payroll and transportation accounts and submit it to the appropriate DOL Job Corps Regional Office each month.

(e) USDA bears chief responsibility for providing the necessary training for the staff of the Job Corps CCCs they manage. Periodically, DOL will conduct or arrange training for center operators and staff to introduce new program policies, requirements, curricula, or procedures, providing advance notice to the USDA National Offices. USDA is responsible for ensuring that appropriate staff attends these sessions, to the extent adequate resources are available.

(f) National Training Contractor (NTC) instructors working at USDA-managed

3

001109

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

Job Corps CCCs shall be permitted to attend annual training conferences sponsored and funded by their NTC parent organization.

(g) USDA agrees to staff Job Corps CCCs in accordance with the staffing plans and center budgets approved and funded by DOL. If no suitable candidate is found within 90 days of a vacancy occurring, the DOL Job Corps Regional Director will be notified.

(3) Real Property

(a) DOL is responsible for the custody and control of all Job Corps CCCs, existing and future buildings, structures, and associated physical plant and the upward reporting of said properties, with the exception of staff housing located on certain Job Corps CCC sites.

(b) DOL will maintain all facilities data on Job Corps CCCs (other than the staff housing referred to in subparagraph (a)) as required by the Federal Real Property Council to ensure that all the necessary inventory and cost data are reported to the Federal Real Property Profile-Internet Application (FRPP IA) operated by the General Services Administration. USDA will report all cost data through the DOL Financial Management System (FMS), ensuring accurate reporting of operating costs in a timely manner.

(c) DOL will provide architectural and engineering (A&E) support to all Job Corps CCCs to include:

    (1) carrying out center facility surveys every three years

    (2) identifying safety and health, construction, rehabilitation and acquisition projects (CRA) to include all A&E support and construction administration

    (3) maintaining an on-line Inventory of Needs (ION) listing of all projects for Job Corps CCCs, and providing access to this inventory to USDA program staff

    (4) working with USDA to select their prioritized projects from the ION annually, prior to the formulation of the program year budget

    (5) providing to USDA the results of each facility survey at each of the Job Corps CCCs, the DOL Asset Management Plan and Three-Year Implementation Plan for real property

(d) DOL and USDA agree to review all design construction documents for major student vocational skills training projects. This review will include ensuring that such projects comply with applicable Federal architectural accessibility requirements.

(e) USDA will report to DOL on the progress of projects in a timely manner, including the expenditure of funds by project, using DOL's online Funded Not Corrected (FNC) system.

4

31

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) Personal Property

(a) DOL will hold title/ownership of, and is ultimately responsible for custody and control of all personal property purchased with Job Corps funds. USDA will, however, be responsible for the accounting and control of the personal property at all USDA Job Corps CCCs. USDA will transfer items only in accordance with the provisions of the Job Corps Property Management Handbook. USDA and DOL will agree on necessary resources to complete personal property tracking, accounting and control.

(b) USDA will track and report all required personal property data, in accordance with the Job Corps Property Management Handbook, for all personal property purchased with Job Corps funds. Reporting will be accomplished using the DOL Electronic Property Management System (EPMS) or a system allowing the transfer of data to the EPMS. DOL will be responsible for any upward reporting requirements.

(c) USDA will provide fleet vehicles and transportation as needed utilizing its Working Capital Fund operation and DOL will fund the appropriate use rates and fixed ownership rates as established by USDA and agreed upon by DOL. USDA will provide fleet vehicles using GSA vehicle leases. DOL will fund allowable charges for damages to vehicles upon USDA request and submission of all supporting documentation.

(5) All Federal directives and guidelines pertaining to the conservation of energy resources at Federal establishments shall be observed/applied by USDA at all Job Corps CCCs, as funded by DOL. All Job Corps CCCs will utilize the Energy Watchdog program, such program to be provided by DOL, to identify potential energy savings, and DOL will report energy usage to DOE. DOL and USDA will work together to achieve the goals of Federal directives and guidelines pertaining to the conservation of energy resources and environmental stewardship at all Job Corps CCCs.

D. Information Technology (IT)

DOL assumes all financial and operational responsibility for the purchase, installation, management, maintenance and upgrade of information technology equipment and technical infrastructure, including software, needed to operate a Job Corps center on a Civilian Conservation Center site. The controlling authority for the policies, procedures, and appropriate use of these assets shall be the Department of Labor Manual Series – 9 (DLMS-9) on IT.

DOL and USDA will develop policies and systems to provide staff with access to USDA applications (i.e., Time & Attendance, Travel, Agency E-mail, Aglearn).

E. Financial Management

5

32

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(1) In accordance with 20 CFR § 670.950, USDA National Office(s) will perform financial oversight and management of Job Corps CCCs consistent with DOL's established policy and procedures. Initial budget requests for center operations, and all requests for transfers of authorized balances, require the approval of USDA National Office(s) prior to the submission of such reports to the DOL Job Corps National/Regional Offices for approval.

(2) In accordance with 20 CFR § 670.320(b), DOL will transfer Job Corps funds to USDA to cover the costs of Job Corps CCC operations, in accordance with annual operating budgets that have been approved by DOL. As a general rule, funds covering ongoing operating costs and program direction costs will be transferred in quarterly installments, while funds for construction and capital items will be transferred in lump sum. USDA shall account for all funds in accordance with financial accounting and auditing standards applicable to such funds, and to applicable reporting requirements pertaining to such funds as may be established and promulgated by DOL's Chief Financial Officer (CFO), pursuant to all applicable authorities.

(3) USDA shall ensure that Job Corps funds are properly controlled and accounted for, and used prudently, in accordance with the principles of government accounting and OMB-approved policies and processes. The allowable use of such funds will be determined in accordance with FAR Part 31 and OMB Circular A-87 (Costs Principles for State, Local and Indian Tribal Governments), except to the extent that this would contravene any law or regulation. Final decisions on the appropriate use of funds will be reserved to DOL. DOL reserves the right to recover funds used to pay any expenditure that is disallowed.

(4) Funds for Program Direction, calculated as a percentage (currently 6%) of the annual budget of the Job Corps CCC, will be provided by DOL to USDA for the administrative and overhead costs associated with the Job Corps program. If USDA determines that actual indirect costs for any program year are less than the amount funded, then USDA shall submit a request to the National Office of Job Corps, through the appropriate DOL Regional Office, for approval to transfer these excess funds to a direct operations category or to return such funds to DOL. No program direction funds may be used for Construction, Rehabilitation and Acquisition (CRA) projects. Program Direction dollars are not subject to the On-Board Strength (OBS) take-back dollars.

(5) For transfers of Center Operations funds (hereafter referred to as movement of funds) between line items in the budget of a single center, or between centers, the following procedures apply:

    (a) Funds from personnel line items may only be moved to other personnel line items.

    (b) Funds from non-personnel line items may only be moved to other non-personnel line items.

    (c) Movement of funds totaling less than 3% of the affected line items at each center (in a single instance of a center-to-center movement) requires no concurrence from the Department of Labor. However, each instance must be recorded as a

6

33

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

variance statement in the quarterly financial reports for the quarter in which the movement occurred. For center to center movements, both centers must record the adjustment.

(d) Movement of funds totaling 3% or greater of the affected line items at either center (in a single instance of a center-to-center movement)must be communicated to the Budget Officer in the National Office of Job Corps for approval prior to the move. The Budget Officer agrees to respond within 14 calendar days. Upon concurrence, the movement must be recorded as a variance statement in the quarterly financial statement for the quarter in which the movement occurred. Both centers must record the adjustment.

(e) When a center's total initial operating budget has been adjusted by 10% or greater as a result of the cumulative movement of funds in a program year, such adjustments will be considered permanent for the purpose of the next Program Year's budget. (For this purpose, an adjustment will only be counted once, in absolute dollars.)

(6) USDA may: (1) utilize any excess funding in the construction/rehabilitation category to supplement higher than anticipated costs for prioritized construction and or rehabilitation projects that are in the approved budget, or (2) undertake additional unbudgeted renovations listed in the facility survey as having been pre-approved by the DOL Job Corps National Office.

(7) USDA Job Corps CCCs shall complete the Construction/Rehabilitation Funding Status Report and maintain the Web-based log of the completion of funded deficiencies.

(8) USDA may transfer up to $500 in capital equipment funds between Job Corps CCCs, with reports of those transfers sent to the DOL National Job Corps Office. Amounts greater than $500.00 will be subject to coordination and approval by the DOL Regional Job Corps Office prior to a DOL National Office transfer.

(9) If average OBS at any Job Corps CCC falls below 98%, DOL and USDA will discuss the reallocation or recapture of excess funds.

(10) USDA will use the DOL Web-based Job Corps Financial Management System to report the accrual of costs allocated to each Job Corps CCC, in accordance with the instructions provided by DOL.

(11) Funding reconciliations in the form of the 2110 F Report, including the treatment of unexpended balances, will be performed by the USDA National Offices and provided to the DOL Job Corps National Office at the end of each program year.

(12) Funding for vehicles will be provided on a basis consistent with the formula used for contractor operated centers. Information regarding each center's fleet (e.g. number, type and size of vehicles) will be shared with the applicable Job Corps Regional Office upon request. If USDA determines that additional vehicle amortization funds are needed based on agreed-to operating requirements (see Section III-C(4)(c)), a request shall be made to

7

34

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

the appropriate Job Corps Regional Office.

(13) Annual Career Technical Skills Training (CTST) budgets are allocated to USDA based on the number of career technical training slots, times an amount agreed upon by DOL and USDA. If USDA determines the need for additional CTST funds, then it may transmit such a request to the Job Corps Regional Office through USDA National Office for consideration.

(14) USDA will not be assessed liquidated damages in connection with the violation of DOL performance data integrity issues (i.e. reporting fraudulent academic or career technical achievements, reporting false student accountability, etc.). USDA shall take appropriate disciplinary or contractual action in accordance with its personnel policies, contract provisions, and/or any other Agency/Department rules and procedures that are applicable in disciplining responsible employees or contractors for such violations. In addition, credits found to be invalid will be removed, potentially changing the values of performance measurements. For each investigation, a report will be provided to DOL outlining the steps taken to remedy the situation and the preventative measures enacted to prevent repeat occurrences.

F. Assessments and Evaluations

(1) The focus of the assessments by DOL and USDA is on the effectiveness of center operations and compliance with Job Corps' governing statute, (WIA), regulations, policy, and requirements, as well as determining adherence to the center operating plans, performance measures, and approved annual budgets. The assessments will examine each center's internal administrative procedures, to the extent that they are associated with operations/administration compliance. In addition, the DOL Civil Rights Center (CRC) may conduct compliance reviews to determine the extent of a center's compliance with the PRH policies, standards, and other requirements that are related to nondiscrimination and equal opportunity for Job Corps students.

(2) The Job Corps Regional Offices will notify the USDA National Offices when scheduling assessments of the Job Corps CCCs. All parties will concurrently furnish copies of their assessment schedule prior to the start of each program year. USDA shall conduct comprehensive assessments of each Job Corps CCC it manages at a minimum every two years, or more frequently where needed, and/or in line with DOL frequency by center. DOL reserves the right to conduct unannounced visits in coordination with USDA National Offices. Reports of each monitoring visit will be shared with USDA officials and the Job Corps CCC center director within 45 calendar days of the visit. Additionally, all involved parties will respond to reports within 45 days of receipt. DOL and USDA will strive to conduct joint assessments.

(3) DOL's Office of the Inspector General will have lead responsibility for conducting comprehensive program and financial audits of USDA Job Corps activities. After completion of each audit, the report will be shared with appropriate USDA officials. In the event USDA conducts an Inspector General or other enforcement agency investigation, the report will be shared with DOL officials unless confidentiality is necessary to protect the integrity of law enforcement or employee relations

8

35

001114

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

investigations.

(4) In accordance with WIA Section 147 (c) (2), and in the event a Job Corps CCC managed by the USDA fails to meet expected levels of performance, corrective measures will be developed by USDA and the Job Corps Regional Office. If corrective action measures are not implemented, or if implemented, do not result in adequate performance over a reasonable period of time, the Secretary of Labor, in accordance with WIA Section 159 (f) (2), shall develop and implement a performance improvement plan.

G. Reporting

(1) Job Corps centers managed by USDA are required to use Job Corps standard information systems for data collection and reporting. USDA agrees to provide oversight to ensure data integrity, timeliness and reporting accuracy.

(2) USDA agree to provide accurate and timely notification to the Job Corps Regional and National Offices of any significant incidents that occur at and around the Job Corps CCCs it manages. These incidents shall be reported within required timeframes utilizing the Job Corps Web-based, Significant Incident Reporting System (SIRS).

(3) USDA agree to provide accurate and timely notification to DOL's Civil Rights Center (CRC) when any administrative enforcement actions or lawsuits are filed against a Job Corps CCC alleging discrimination against Job Corps students on any ground that is prohibited in the Job Corps program. This notification will comply with the provisions contained in the Policy and Requirements Handbook.

(4) USDA agrees to immediately inform the appropriate DOL Job Corps Regional Office whenever there is a permanent or temporary change of center directors, or a USDA agency representative responsible for oversight of a Job Corps CCC.

H. Special Provisions

(1) USDA is responsible for managing any emergency or crisis situation that arises at the Job Corps CCCs it manages, especially situations that present an immediate danger to the health or safety of students, staff, or members of the general community. The appropriate DOL Job Corps Regional Office will be notified as soon as possible when such situations arise.

(2) DOL routinely publishes notices and other directives, including system-security directives, that are program-wide in scope and that are issued directly to Job Corps centers, center operators and other parties as appropriate. DOL notices and other directives will be coordinated and implemented promptly by Job Corps CCCs managed by USDA.

(3) It is understood that Job Corps CCC Federal employees are covered by OPM regulations and union agreements. As such, USDA shall negotiate with DOL any changes impacting Federal employees.

9

36

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) DOL shall recognize USDA as an executive agency within the Federal Government having established rules and regulations. These rules and regulations will be used in conjunction with the DOL established rules and regulations to guide USDA actions as they pertain to matters of personnel, budget and finance, property, use of information technology, acquisition of goods and services, safety, law enforcement, and labor/management relations, and as such, establish guidelines under which the Job Corps CCCs operate. DOL agrees to take into consideration and coordinate these regulations (to avoid promulgating conflicting guidance) when establishing policies, providing budget guidance (to include staffing), or directing any activity that will require Job Corps CCCs to take action under their departmental procedures.

(5) In cases where possible criminal activity has occurred at a Job Corps CCC, DOL fully acknowledges the primacy of USDA's law enforcement personnel and procedures in the conduct of a subsequent investigation. Pursuant to that acknowledgment, DOL retains the need to have such incidents properly reported through established channels and in accordance with Job Corps' published policies governing such occurrences on Job Corps centers.

In cases where possible criminal activity has occurred through the use or misuse of Job Corps equipment, DOL retains all rights to its equipment or devices after appropriate investigations by USDA's law enforcement personnel are concluded. In the case of administrative or disciplinary proceedings stemming from misuse of its equipment, USDA's law enforcement personnel will take possession of the equipment to secure material evidence and to ensure that other Job Corps students are shielded from possible harm through inadvertent access. Once final actions have been taken relative to the proceedings, the equipment will be returned to the Job Corps and a determination made as to whether the equipment shall be put back in service.

(6) Activities carried out under this Agreement are subject to, among other things, the Job Corps Policy and Requirements Handbook (PRH). This describes the joint and separate roles, authorities, and responsibilities of DOL and USDA management of Job Corps CCCs. The PRH contains the procedures and processes that all parties shall use for communication with each other about Job Corps matters, and procedures for handling routine or cyclical administrative tasks; such as planning, budgeting, financial management and accountability, work project development, as well as performance planning, center management, and, where necessary, improvement.

(7) If the Secretary of Labor or her/his designee, determines that the health, safety, or well-being of students are in immediate jeopardy, the Secretary, or her/his designee, will initiate discussions with USDA leading to more significant action. DOL and USDA will jointly develop an action plan to address the incident and/or resolve the underlying concerns. This shall not preclude DOL or USDA from taking immediate action to protect the health and safety of the Job Corps CCC students and staff.

I. Closing USDA CCCs

10

37

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(1) The Secretary of Labor, after consultation with the Secretary of Agriculture, may temporarily close a Job Corps CCC managed by USDA, based upon a concern for the health, safety and well being of students, staff, and/or nearby community(ies). Every effort will be made by the involved agencies to correct such concerns prior to closing the site. The Secretary of Labor, or her/his designee, will notify appropriate USDA officials prior to announcing and temporarily closing a Job Corps CCC.

(2) In the event it becomes necessary pursuant to 29 U.S.C. 2899(g) to permanently close a Job Corps CCC managed by USDA, USDA will prepare and submit a cost proposal to DOL within 30 days of closure and the parties will agree upon mutually acceptable terms. The following general principles apply:

(a) DOL shall cover the costs of maintaining a small cadre of staff following center deactivation, to provide for the orderly retirement of records, disposition of personal property, and other administrative tasks resulting from the deactivation. It is anticipated that a cadre of three to five staff working for up to three to six months will be adequate following deactivation.

(b) DOL shall cover the cost of utilities at the Job Corps center for a maximum of 6 months following deactivation, as well as the one-time cost(s) of winterizing or mothballing the facilities.

(c) DOL shall not cover the costs of any renovations or improvements to the facility after notification to USDA that the facility is to be deactivated. The only exception to this principle will be renovations that are needed to ensure the personal health or safety of students or staff while they continue to reside or work at the center.

(d) With regard to Federal staff that are separated from the Federal government as a direct result of a center closing, the DOL will cover the following costs, as applicable and as specified by law: lump-sum leave settlement; unemployment insurance benefits, and severance pay.

(e) DOL will cover the pre-approved relocation costs of any Federal staff member employed at a closing center who is reassigned to either another Job Corps CCC operated by the USDA or an administrative (program direction) position within USDA that is devoted 100% to the Job Corps program. DOL will not cover relocation costs for any other types of reassignments or transfers.

(f) DOL will cover reasonable costs that result from early termination or partial termination of contracts.

(g) The facilities may not be assigned or reassigned or used for any other purpose without the approval of USDA once the decision to close a center has been made.

(h) USDA and DOL will work together to establish a plan that restores the closed center's footprint to a level consistent with future land management plans.

11

001117

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## SECTION IV.  ANNUAL PLANNING AND BUDGETING

A.  General operational planning and budgeting will be conducted on an annual cycle.  DOL will initiate each year's planning process by furnishing USDA with instructions and with sufficient time to implement contracts and begin each program year.

B.  The amount provided for USDA Program Direction costs in each year's budget currently is a minimum of 6%.  The Program Direction budget proposed by USDA must be accompanied by reasonable supporting documentation.

C.  The identification of specific CTST work projects will be accomplished through a special planning process in which USDA proposes specific projects and submits them as a package to the USDA National Office for approval prior to submitting to the appropriate DOL Job Corps Regional Office.  Where National Training Contractors (NTC) programs are operating at USDA-managed Job Corps CCC, the CTST planning requirements in the NTC Memorandum of Understanding shall be followed.

D.  Fund allocations for managing the real and personal property portfolio at Job Corps CCCs will be determined by the DOL National Office of Job Corps, working with the USDA National Office.  DOL will schedule the allocation process so that it leads to the formulation of the annual budget before the beginning of the budget year and allows for the transfer of funds to USDA at the start of the budget year.

> (1) The following areas will be agreed upon by DOL and USDA for each Job Corps CCC:

>> (a) The number of enrollment slots to be maintained, including breakouts for male/female and residential/nonresidential.

>> (b) The career technical training offerings to be available.

>> (c) Staffing levels and staffing patterns.

>> (d) Number of Career Technical Skills Training (CTST) slots.

>> (e) Budgetary guidance relative to allowable inflationary adjustments on operational expenses, vehicle and equipment costs, and USDA program direction costs.

> (2) A budget request will be required for each Job Corps CCC, using standard Job Corps budget line items.

> (3)The time established by DOL for USDA submittal of its proposed budget, and any subsequent budget changes, will allow opportunity for bilateral discussions and negotiations.  As much as possible, DOL will approve USDA's budget for the coming year at least one month prior to the start of the budget year.  DOL will notify USDA if for any reason this deadline will not be met.

12

39

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## SECTION V. DELEGATIONS OF AUTHORITY AND LINES OF COMMUNICATION

A. The DOL Job Corps National Director and the USDA National Directors are authorized to exercise all authorities and functions discussed in this Agreement, including the functions of the respective Secretaries of each agency. The National Directors are further authorized to enter into supplemental operating instructions with each other which serve to clarify, refine, or expand upon the provisions of this Agreement as long as they do not conflict with the Interagency Agreement.

B. The Job Corps USDA National Offices are located in Lakewood, CO. The DOL National Office will use the USDA National Offices as its point of contact with regard to any nonstandard center-related issues, both operational and administrative along with policy, budget, and guidance for all matters concerning Job Corps CCCs operated by USDA.

C. USDA National Offices have Assistant Directors/Youth Program Officers responsible to work with the respective DOL Regional Offices for the oversight of their Job Corps CCCs. In carrying out oversight responsibilities, Assistant Directors of USDA will work with DOL Regional Officials to provide direction to Job Corps CCC Center Directors. USDA agrees that center directors and their staffs will work together with DOL Job Corps Regional Directors and their staff to comply with DOL operational policies.

## SECTION VI. ADMINISTRATION OF AGREEMENT

A. Order of Precedence

 (1) In the event that specific provisions of this Agreement conflict with Federal law or regulation, the requirements of the law or the regulation shall prevail. As soon as such conflicts become known, DOL and USDA will work jointly to arrive at a mutually agreeable resolution.

B. Disputes

 (1) In the event that disputes arise between DOL and USDA concerning the applicability or interpretation of provisions of this Agreement, resolution shall first be sought through discussions between the DOL National Director of Job Corps and the USDA National Director. If settlement cannot be reached at that level, then the matter will be referred to individuals designated by the signatories to this Agreement, or their successors, with authority to develop and approve a mutually satisfactory resolution. If agreement cannot be reached through these means, then the ruling of the Secretary of Labor shall prevail.

C. Revisions to this Agreement

 (1) Revisions to this Agreement must be approved in writing by both parties.

## SECTION VII. PERIOD OF AGREEMENT

A. This Agreement becomes effective when signed by all the authorized officials stipulated under Section X, herein, and will remain in effect until superseded or terminated in writing by

13

001119

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

mutual agreement of the parties to this Agreement, or unilaterally terminated by any signatory Department after a minimum of 120 days formal notice. Supersession of this Agreement must be approved in writing by the parties to this Agreement, or their successors.

## SECTION VIII. SUPERSESSION OF PREVIOUS AGREEMENTS

A. This Interagency Agreement terminates and supersedes the 1974 Agreement, as amended, between and among DOL and USDA, pertaining to Job Corps CCCs operated by USDA. Upon the effective date of this Agreement, as stipulated under Section VII, the Agreement of 1974, and any other such Agreements, shall no longer apply to USDA or DOL.

## SECTION IX. AMENDMENT OF THIS AGREEMENT

A. All parties to this Agreement understand that it is subject to review and possible amendment under the following circumstances:

(1) At least every 4 years

(2) Upon revision of the enabling Job Corps program legislation.

(3) At the request of any party, based on changes significantly impacting the Agreement.

## SECTION X. SIGNATURES OF AUTHORIZED OFFICIALS

Executed on Behalf of the Department of Labor

| | |
|---|---|
| _____ | 3/6/08 |
| Assistant Secretary for Administration and Management | Date |
| _____ | 3-5-08 |
| National Director, Office of Job Corps | Date |

Executed on Behalf of the Department of Agriculture

| | |
|---|---|
| _____ | 3/10/08   MAR 1 0 2008 |
| Assistant Secretary for Administration | Date |
| _____ | 3/10/08 |
| Under Secretary for Natural Resources and Environment | Date |

14

41

001120

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX F: OJC Congressional Districts FTE

| State | Center | Contract/ USDAFS | Enrollees in PY23 (Students Served Report BS) | Actual FTE | Member of Congress |
|---|---|---|---|---|---|
| Alabama | GADSDEN | Contract | 219 | 103 | Mike Rogers (AL-03) |
| Alabama | MONTGOMERY | Contract | 244 | 105.7 | Shomari Figures (AL-02) |
| Alaska | ALASKA | Contract | 229 | 97.78 | Nick Begich (AK-AL) |
| Arizona | FRED ACOSTA | Contract | 307 | 118.44 | Vacant (AZ-07) |
| Arizona | PHOENIX | Contract | 387 | 122.76 | Yassamin Ansari |
| Arkansas | CASS* | USDA FS | 201 | | Bruce Westerman (AR-04) |
| Arkansas | LITTLE ROCK | Contract | 314 | 105.15 | French Hill (AR-02) |
| California | INLAND EMPIRE | Contract | 364 | 127.75 | Pete Aguilar (CA-33) |
| California | LONG BEACH | Contract | 352 | 115.4 | Robert Garcia (CA-42) |
| California | LOS ANGELES | Contract | 540 | 215.45 | Sydney Kamlager-Dove (CA-37) |
| California | SACRAMENTO | Contract | 565 | 149.65 | Doris Matsui (CA-07) |
| California | SAN DIEGO | Contract | 437 | 196.8 | Juan Vargas (CA-52) |
| California | SAN JOSE | Contract | 327 | 155 | Zoe Lofgren (CA-18) |
| California | TREASURE ISLAND | Contract | 433 | 181.41 | Nancy Pelosi (CA-11) |
| Colorado | COLLBRAN* | USDA FS | 131 | | Jeff Hurd (CO-3) |
| Connecticut | HARTFORD | Contract | 247 | 97.1 | John Larson (CT-01) |
| Connecticut | NEW HAVEN | Contract | 202 | 81.93 | Rosa DeLauro (CT-03) |
| Delaware | WILMINGTON | Contract | 161 | 69.63 | Sarah McBride (DE-AL) |
| Florida | JACKSONVILLE | Contract | 365 | 107.63 | Aaron Bean (FL-04) |
| Florida | MIAMI | Contract | 328 | 113.5 | Frederica Wilson (FL-24) |
| Florida | PINELLAS COUNTY | Contract | 320 | 117.25 | Kathy Castor (FL-14) |
| Georgia | BRUNSWICK | Contract | 338 | 126.925 | Buddy Carter (GA-01) |
| Georgia | TURNER | Contract | 861 | 258 | Sanford Bishop (GA-02) |
| Hawaii | HAWAII** | Contract | 288 | 150.15 | Jill Tokuda (HI-02) |
| Hawaii | MAUI** | Contract | 288 | 150.15 | Jill Tokuda (HI-02) |
| Idaho | CENTENNIAL | Contract | 117 | 67.08 | Russ Fulcher (ID-01) |
| Illinois | JOLIET | Contract | 251 | 63 | Lauren Underwood (IL-14) |
| Illinois | PAUL SIMON | Contract | 357 | 152.3 | Jesus "Chuy" Garcia (IL-04) |
| Indiana | ATTERBURY** | Contract | 491 | 177.1325 | Jefferson Shreve (IN-06) |
| Indiana | INDYPENDENCE** | Contract | 491 | 15 | Andre Carson (IN-07) |
| Iowa | DENISON | Contract | 231 | 116 | Randy Feenstra (IA-04) |
| Iowa | OTTUMWA | Contract | 220 | 101 | Zachary Nunn (IA-03) |
| Kansas | FLINT HILLS | Contract | 269 | 116 | Tracey Mann (KS-01) |

001121

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| | | | | | | |
|---|---|---|---|---|---|---|
| Kentucky | CARL D. PERKINS | Contract | | 140 | 111 | Harold Rogers (KY-05) |
| Kentucky | EARLE C. CLEMENTS | Contract | | 657 | 330.48 | James Comer (KY-01) |
| Kentucky | FRENCHBURG* | USDA FS | | 102 | 54 | Harold Rogers (KY-05) |
| Kentucky | GREAT ONYX* | USDA FS | | 205 | 45 | Brett Guthrie (KY-02) |
| Kentucky | MUHLENBERG | Contract | | 217 | 142.5 | Brett Guthrie (KY-02) |
| Kentucky | PINE KNOT* | USDA FS | | 219 | 54 | Harold Rogers (KY-05) |
| Louisiana | CARVILLE | Contract | | 0 | | Troy Carter (LA-02) |
| Louisiana | NEW ORLEANS | Contract | | 266 | 60.375 | Troy Carter (LA-02) |
| Louisiana | SHREVEPORT | Contract | | 432 | 120.842 | Cleo Fields (LA-06) |
| Maine | LORING | Contract | | 242 | 125.82 | Jared Golden (ME-02) |
| Maine | PENOBSCOT | Contract | | 192 | 117.2 | Jared Golden (ME-02) |
| Maryland | WOODLAND | Contract | | 340 | 104.4 | Steny Hoyer (MD-05) |
| Massachusetts | GRAFTON | Contract | | 337 | 106.79 | James McGovern (MA-02) |
| Massachusetts | SARGENT SHRIVER | Contract | | 317 | 109.53 | Lori Trahan (MA-03) |
| Massachusetts | WESTOVER | Contract | | 471 | 164.3 | Richard Neal (MA-01) |
| Michigan | DETROIT | Contract | | 321 | 130 | Shri Thanedar (MI-13) |
| Michigan | FLINT/GENESEE | Contract | | 231 | 153.5 | Kristen McDonald Rivey (MI-08) |
| Michigan | GERALD R. FORD | Contract | | 208 | 104 | Hillary Scholten (MI-03) |
| Minnesota | HUBERT H HUMPHREY | Contract | | 216 | 107.7 | Betty McCollum (MN-04) |
| Mississippi | FINCH-HENRY | Contract | | 207 | 107.95 | Bennie Thompson (MS-02) |
| Mississippi | GULFPORT | Contract | | 153 | 68.5 | Mike Ezell (MS-04) |
| Mississippi | MISSISSIPPI | Contract | | 360 | 116.5 | Bennie Thompson (MS-02) |
| Missouri | EXCELSIOR SPRINGS | Contract | | 415 | 181.08 | Sam Graves (MO-06) |
| Missouri | MINGO* | USDA FS | | 194 | | Jason Smith (MO-08) |
| Missouri | ST LOUIS | Contract | | 354 | 179 | Wesley Bell (MO-01) |
| Montana | ANACONDA* | USDA FS | | 179 | | Ryan Zinke (MT-01) |
| Montana | TRAPPER CREEK* | USDA FS | | 155 | | Ryan Zinke (MT-01) |
| Nebraska | PINE RIDGE* | USDA FS | | 142 | | Adrian Smith (NE-03) |
| Nevada | SIERRA NEVADA | Contract | | 503 | 178.45 | Mark Amodei (NV-02) |
| New Hampshire | NEW HAMPSHIRE | Contract | | 282 | 108.75 | Chris Pappas (NH-01) |
| New Jersey | EDISON | Contract | | 373 | 151.9 | Frank Pallone, Jr. (NJ-06) |
| New Mexico | ALBUQUERQUE | Contract | | 272 | 119.5 | Melanie Stansbury (NM-01) |
| New Mexico | ROSWELL | Contract | | 189 | 104.7 | Teresa Leger Fernandez (NM-03) |
| New York | BROOKLYN** | Contract | | 488 | 92.15 | Hakeem Jeffries (NY-08) |
| New York | CASSADAGA | Contract | | 255 | 102.6 | Nicholas Langworthy (NY-23) |
| New York | DELAWARE VALLEY | Contract | | 253 | 87.88 | Josh Riley (NY-19) |
| New York | GLENMONT | Contract | | 323 | 111.38 | Paul Tonko (NY-20) |
| New York | IROQUOIS | Contract | | 247 | 97.45 | Claudia Tenney (NY-24) |
| New York | ONEONTA | Contract | | 246 | 113.6 | Josh Riley (NY-19) |
| New York | S. BRONX** | Contract | | 488 | 112.5 | Ritchie Torres (NY-15) |
| North Carolina | KITTRELL | Contract | | 459 | 127 | Donald Davis (NC-01) |
| North Carolina | LYNDON B. JOHNSON* | USDA FS | | 173 | 49 | Chuck Edwards (NC-11) |
| North Carolina | OCONALUFTEE* | USDA FS | | 162 | 52 | Chuck Edwards (NC-11) |
| North Carolina | SCHENCK* | USDA FS | | 148 | 50 | Chuck Edwards (NC-11) |
| North Dakota | QUENTIN BURDICK | Contract | | 208 | 96.182 | Julie Fedorchack (ND-AL) |
| Ohio | CINCINNATI | Contract | | 289 | 108.55 | Greg Landsman (OH-01) |
| Ohio | CLEVELAND | Contract | | 236 | 124 | Shontel Brown (OH-11) |
| Ohio | DAYTON | Contract | | 211 | 82.5 | Michael Turner (OH-10) |
| Oklahoma | GUTHRIE | Contract | | 635 | 162.692 | Stephanie Bice (OK-05) |
| Oklahoma | TALKING LEAVES | Contract | | 238 | 90.59 | Josh Brecheen (OK-02) |
| Oklahoma | TULSA | Contract | | 275 | 105.49 | Kevin Hern (OK-01) |

43

001122

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| Oregon | ANGELL* | USDAFS | 166 | | Val Hoyle (OR-04) |
|---|---|---|---|---|---|
| Oregon | PIVOT** | Contract | 142 | 100.7 | Suzanne Bonamici (OR-01) |
| Oregon | SPRINGDALE** | Contract | 142 | 100.7 | Maxine Dexter (OR-03) |
| Oregon | TIMBERLAKE* | USDAFS | 106 | | Janelle Bynum (OR-05) |
| Oregon | TONGUE POINT | Contract | 329 | 164.31 | Suzanne Bonamici (OR-01) |
| Oregon | WOLF CREEK* | USDAFS | 210 | | Cliff Bentz (OR-02) |
| Pennsylvania | KEYSTONE** | Contract | 611 | 307 | Rob Bresnahan (PA-08) |
| Pennsylvania | PHILADELPHIA | Contract | 405 | 91.85 | Mary Gay Scanlon (PA-05) |
| Pennsylvania | PITTSBURGH | Contract | 612 | 176.725 | Summer Lee (PA-12) |
| Pennsylvania | RED ROCK** | Contract | 300 | 307 | Daniel Meuser (PA-09) |
| Puerto Rico | ARECIBO | Contract | 198 | 88.82 | N/A |
| Puerto Rico | RAMEY | Contract | 424 | 148.97 | N/A |
| Rhode Island | EXETER | Contract | 172 | 84.21 | Seth Magaziner (RI-02) |
| South Carolina | BAMBERG | Contract | 284 | 96.6 | James Clyburn (SC-06) |
| South Dakota | BOXELDER* | USDAFS | 107 | | Dusty Johnson (SD-AL) |
| Tennessee | BENJAMIN L. HOOKS | Contract | 280 | 110.7 | Steve Cohen (TN-09) |
| Tennessee | JACOBS CREEK* | USDAFS | 163 | 46 | Diana Harshbarger (TN-01) |
| Texas | DAVID L. CARRASCO | Contract | 514 | 138.94 | Veronica Escobar (TX-16) |
| Texas | GARY | Contract | 1191 | 479.36 | Greg Casar (TX-35) |
| Texas | LAREDO | Contract | 201 | 88.1 | Henry Cuellar (TX-28) |
| Texas | NORTH TEXAS | Contract | 691 | 211.35 | Keith Self (TX-03) |
| Utah | CLEARFIELD | Contract | 952 | 338.3875 | Blake Moore (UT-01) |
| Utah | WEBER BASIN* | USDAFS | 155 | | Blake Moore (UT-01) |
| Vermont | NORTHLANDS | Contract | 161 | 94.5 | Becca Balint (VT-AL) |
| Virginia | BLUE RIDGE | Contract | 100 | 87 | Morgan Griffith (VA-09) |
| Virginia | FLATWOODS* | USDAFS | 138 | 44 | Morgan Griffith (VA-09) |
| Virginia | OLD DOMINION | Contract | 96 | 121.61 | John McGuire (VA-05) |
| Washington | CASCADES | Contract | 278 | 111.87 | Rick Larsen (WA-02) |
| Washington | COLUMBIA BASIN* | USDAFS | 239 | | Dan Newhouse (WA-04) |
| Washington | CURLEW* | USDAFS | 125 | | Michael Baumgartner (WA-05) |
| Washington | FORT SIMCOE* | USDAFS | 121 | | Dan Newhouse (WA-04) |
| Washington DC | POTOMAC | Contract | 379 | 147 | N/A |
| West Virginia | CHARLESTON | Contract | 236 | 125 | Carol Miller (WV-01) |
| West Virginia | HARPERS FERRY* | USDAFS | 119 | 50 | Riley Moore (WV-02) |
| Wisconsin | BLACKWELL* | USDAFS | 133 | | Tom Tiffany (WI-07) |
| Wisconsin | MILWAUKEE | Contract | 245 | 104 | Gwen Moore (WI-04) |
| Wyoming | WIND RIVER | Contract | 307 | 130.9 | Harriet Hageman (WY-AL) |

Note that for most of the USDA contracts DOL was not provided the FTE, but these centers are primarily federal employees (approx. 1,100). Highlighted centers had their FTE combined with their satellites.

44

001123

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

**To be Shared Orally with National Training Contractors (Union Labor)**

- Good morning, friends- I want to start by expressing my sincere appreciation for taking the time to meet today on short notice.

- We value the work that you do as an honest broker and trusted steward of workforce training.

- Your consistent commitment to transparency, skill development, and student success reflects the highest standards of our partnership.

- Today, the Department of Labor will pause operations at its contractor-operated Job Corp Centers by terminating Job Corps Center operations contracts.

- As a result, the Department will only need Career Technical Training at USDA centers.

- Contract requirements with the USDA centers will stay in place.

- This afternoon, your organization will receive a formal notification via email from the Job Corp Contracting Officer with instructions.

- The pause is a result of a decision to reassess program alignment with the Administration's workforce priorities, proposed budget framework, and overall vision for building a modern and effective workforce program for America's youth.

- As we navigate this pause, we want to affirm our commitment to open, honest, and good-faith dialogue. I believe the best solutions are reached through collaboration with those who have been directly involved in delivering results on the ground.

- Each center's top priority will be the safe and orderly return of students to their homes of record.

- As a result, media is not allowed on campuses to avoid any potential safety or privacy issues for students and workers.

45

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- To support this effort, we need NTC instructors and other staff to ensure that all student records have been scanned and uploaded to the student e-Folder.

- The Department of Labor has coordinated with state and local workforce partners on rapid response employment services for impacted employees.

- We understand that this pause presents both challenges and opportunities. We want to understand your concerns and work together to preserve the integrity and future of America's workforce programs.

- To address questions from center staff, contractors, and stakeholders, an email address has been created. Please direct all questions related to the Notice of Termination—in writing to the following email address: JobCorpsAssistance@dol.gov.

- We thank you in advance for your cooperation and your care for students and staff during this time as we navigate a path forward.

# NTC staff working at USDA FS centers

## HBI (Home Builders)

| Centers | Training Programs | Total CTT Slots | USDA | # of staff |
|---|---|---|---|---|
| Flatwoods | Electrical, Pre-Apprentice | 24 | x | 1 |
| Flatwoods | Plumbing, Pre-Apprentice | 24 | x | 1 |
| Oconaluftee | Building Construction Technology, Pre-Apprentice | 24 | x | 1 |
| Oconaluftee | Electrical, Pre-Apprentice | 24 | x | 1 |
| Weber Basin | Electrical, Pre-Apprentice | 24 | x | 1 |
| Angell | Plumbing, Pre-Apprentice | 24 | x | 1 |
| Timber Lake | Electrical, Pre-Apprentice | 24 | x | 1 |
| | | | | 7 |

## UBC (Carpenters)

| Centers | Training Programs | Total CTT Slots | USDA | # of staff |
|---|---|---|---|---|
| Flatwoods | Carpentry, Pre-Apprentice | 20 | x | 1 |
| Great Onyx | Carpentry, Pre-Apprentice | 20 | x | 1 |
| Harpers Ferry | Carpentry, Pre-Apprentice | 20 | x | 1 |
| Pine Knot | Carpentry, Pre-Apprentice | 20 | x | 1 |
| Jacobs Creek | Carpentry, Pre-Apprentice | 20 | x | 1 |

46

001125

<span style="color:red">**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**</span>

| | | | | |
|---|---|---|---|---|
| Boxelder | Carpentry, Pre-Apprentice | 20 | x | 1 |
| Frenchburg | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Schenck | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Anaconda | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Cass | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Collbran | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Trapper Creek | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Weber Basin | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Blackwell | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Mingo | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Pine Ridge | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Angell | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Columbia Basin | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Curlew | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Fort Simcoe | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Timber Lake | Carpentry, Pre-Apprentice | 40 | x | 2 |
| Wolf Creek | Carpentry, Pre-Apprentice | 40 | x | 2 |
| | | | | **38** |

## UAW (Automotive workers)

| Centers | Training Programs | Total CTT Slots | USDA | # of staff |
|---|---|---|---|---|
| Pine Knot | Maintenance - Light Repair, Pre-Apprentice | 48 | x | 2 |
| Angell | Maintenance - Light Repair, Pre-Apprentice | 24 | x | 1 |
| Timber Lake | Maintenance - Light Repair, Pre-Apprentice | 24 | x | 1 |
| | | | | **4** |

## NPIJATF (Plasterers)

| Centers | Training Programs | Total CTT Slots | USDA | # of staff |
|---|---|---|---|---|
| Flatwoods | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Flatwoods | Plastering, Pre-Apprentice | 20 | x | 1 |
| Frenchburg | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Harpers Ferry | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Jacobs Creek | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Collbran | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Trapper Creek | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Pine Ridge | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Columbia Basin | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
| Columbia Basin | Plastering, Pre-Apprentice | 20 | x | 1 |
| Curlew | Cement Masonry, Pre-Apprentice | 20 | x | 1 |

47

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| Wolf Creek | Cement Masonry, Pre-Apprentice | 20 | x | 1 |
|---|---|---|---|---|
| | | | | **12** |

## IUPAT (painters)

| Center | Training Program Title | Total CTT Slots | USDA | # of staff |
|---|---|---|---|---|
| Flatwoods | Painting, Pre-Apprentice | 20 | x | 1 |
| Jacobs Creek | Painting, Pre-Apprentice | 20 | x | 1 |
| Lyndon Johnson | Painting, Pre-Apprentice | 20 | x | 1 |
| Schenck | Painting, Pre-Apprentice | 20 | x | 1 |
| Anaconda | Painting, Pre-Apprentice | 20 | x | 1 |
| Boxelder | Painting, Pre-Apprentice | 20 | x | 1 |
| Cass | Painting, Pre-Apprentice | 20 | x | 1 |
| Collbran | Floor Covering Installation, Pre-Apprentice | 20 | x | 1 |
| Trapper Creek | Painting, Pre-Apprentice | 20 | x | 1 |
| Mingo | Painting, Pre-Apprentice | 20 | x | 1 |
| Pine Ridge | Painting, Pre-Apprentice | 20 | x | 1 |
| Angell | Painting, Pre-Apprentice | 20 | x | 1 |
| Columbia Basin | Painting, Pre-Apprentice | 20 | x | 1 |
| Curlew | Painting, Pre-Apprentice | 20 | x | 1 |
| Timber Lake | Painting, Pre-Apprentice | 20 | x | 1 |
| | | | | **15** |

## IMI (Masons)

| Centers | Training Programs | Total CTT Slots | USDA | # staff |
|---|---|---|---|---|
| Frenchburg | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Harpers Ferry | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Jacobs Creek | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Lyndon Johnson | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Anaconda | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Cass | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Blackwell | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Pine Ridge | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Angell | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Curlew | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Fort Simcoe | Bricklayer, Pre-Apprentice | 20 | x | 1 |
| Mingo | Bricklayer, Pre-Apprentice | 40 | x | 2 |
| | | | | **13** |

## IUOE (Heavy Equipment Operators and Mechanics)

48

001127

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| Centers | Training Programs | Total CTT Slots | usda | # staff |
|---|---|---|---|---|
| Jacobs Creek | Heavy Construction Equipment Mechanic, Pre-Apprentice | 16 | x | 1 |
| Jacobs Creek | Heavy Equipment Operations, Pre-Apprentice | 24 | x | 1 |
| Anaconda | Heavy Construction Equipment Mechanic, Pre-Apprentice | 32 | x | 2 |
| Anaconda | Heavy Equipment Operations, Pre-Apprentice | 36 | x | 2 |
| Cass | Heavy Equipment Operations, Pre-Apprentice | 24 | x | 1 |
| Mingo | Heavy Equipment Operations, Pre-Apprentice | 24 | x | 1 |
| Fort Simcoe | Heavy Construction Equipment Mechanic, Pre-Apprentice | 32 | x | 2 |
| Fort Simcoe | Heavy Equipment Operations, Pre-Apprentice | 24 | x | 1 |
| | | | | 11 |

49

001128

Message
_____

**From:**        Matz, Jillian - OASAM OSPE ███████████████████████

**Sent:**        5/29/2025 2:40:55 PM

**To:**          Susan Larson ████████████████████

**CC:**          Debbie Cavathas ████████████

**Subject:**     Notice of Termination - Brunswick Job Corps Center.pdf

**Attachments:** Notice of Termination - Brunswick Job Corps Center.pdf; Job Corps Student and Center Staff Talking Points_May 29.docx; Authorization to Share Job Corps Student Records.pdf

001167

**U.S. Department of Labor**    Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



May 29, 2025

Susan Larson
President
Adams and Associates, Inc.
*sent by email*

Subject:    NOTICE OF TERMINATION FOR CONVENIENCE OF DOL CONTRACT NO. 1605JE-
22-C-0008 FOR OPERATION OF THE BRUNSWICK JOB CORPS CENTER

Dear Contractor:

You are hereby notified that the subject contract is being terminated completely for the Government's convenience in accordance with contract clause FAR 52.249-1, *Termination for Convenience of the Government (Fixed Price)*. Effective immediately, all work required by the contract, including the contract's Statement of Work, Section C, is hereby terminated, with the exception of work necessary to provide a safe, orderly, and prompt shutdown of center operations, as further described in Attachment 1 of this Notice.

You shall begin immediately all work necessary to provide a safe, orderly, and prompt shutdown of center operations, as described in Attachment 1. That shutdown work shall be completed not later than 11:59 P.M. the Center's local time on June 30, 2025, at which time the contract shall be considered terminated in its entirety.

***Pursuant to this termination notice, you shall immediately take the following steps:***

(1) As noted above, stop all work except for—

> (i) Actions reasonably necessary, as part of a safe, orderly and prompt shutdown of operations at the Job Corps Center, to protect the life, health, and welfare of Job Corps students, and to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer;

> (ii) Work-in-process that the Contracting Officer authorizes you in advance and in writing to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, or (C) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately request written instruction from the Contracting Officer.)

(2) Place no further subcontracts or orders (referred to as subcontracts in FAR 52.249-1) for materials, services, or facilities, except as necessary to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer.

001168

(3) Terminate all subcontracts to the extent they relate to the work terminated. Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice—

(i) Specify your Government contract number;

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;

(iv) Provide instructions to submit any settlement proposal promptly; and

(v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Assign to the Government, if and as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(8) Use your best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; *provided,* however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(9) Keep adequate records of your compliance with subparagraphs (1) to (8) above showing the—

(i) Date you received the Notice of Termination;

2

001169

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(10) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(11) Take any other action required by the Contracting Officer in this Notice, in Attachment 1 to this Notice, or in any future written order of the Contracting Officer, or under the Termination clause in the contract.

*Settlements with subcontractors.* You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of FAR Part 49.

*Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

*Compensation for Pre-Termination Work and Termination Settlement.* The Department will honor its obligation to pay for work satisfactorily performed prior to the effective date of this termination, in accordance with the terms of the contract.

(1) Work performed during May 2025 shall be billed by the contractor in accordance with the terms and conditions of the contract, to include price adjustments for the average month's average On

3

Board Strength, as well as for staff vacancies. Shutdown work not immediately terminated which is performed during the time period of June 1, 2025 through June 30, 2025 may be billed on a cost reimbursement basis, to include a 1% Management fee.

(2) The costs of the termination, not including the cost of activities ordered by the Contracting Officer in Attachment I of this Notice, or in any future written notice of the Contracting Officer, may be payable, as part of the termination settlement, in accordance with the terms of the termination clause, FAR 31.205-42, and other applicable procurement regulations.

**Administration.** The Contracting Officer who will be in charge of the settlement of this termination is named below. Completed settlement proposals shall be submitted to the following location: JCPYFinancialExercise@dol.gov.

**Questions.** Matters not covered by this notice should be brought to the attention of the undersigned. **All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

**Acknowledgement.** Please acknowledge receipt of this notice as provided below and return by email to Jillian Matz, Senior Director Job Corps Acquisition Services at █████████████

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

Sincerely,

**Jillian Matz**
Digitally signed by
Jillian Matz
Date: 2025.05.29
14:38:46 -04'00'

Jillian Matz
Contracting Officer
Senior Director Job Corps Acquisition Services

4

001171

**Acknowledgment of Notice**

The undersigned acknowledges receipt of a signed copy of this notice on _____, 20_____.

A signed electronic copy of this notice is returned.

(Name of Contractor)
By
(Name)
(Title)

5

001172

## ATTACHMENT 1 TO NOTICE OF TERMINATION

### Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations

*As referenced in the Notice of Termination, Section (a) above, the Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

   d. While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

6

e.   In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

   i.   Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

   ii.  Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

   iii. Provide separating students with originals of any earned credentials and documentation of accomplishments.

   iv.  Verify and update student address and alternate contacts.

   v.   Separate all students using the code Administrative Separation with Reinstatement (ASWR). Students should not be informed of the separation code.

f.   Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

g.   Students who are on leave will not be permitted to return to center to gather their personal belongings. Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

h.   Every departing student must be told, "*The US Department of Labor has decided to terminate all Job Corps operations contracts at this time. The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students.*"

## 3. Property

a.   Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

b.   No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

c.   As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination inventory that you have the right to take. To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

d.   While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property. The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

7

001174

4. **Student Records**

    a. Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

    b. In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

5. **Facilities Management**

    a. While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

6. **Security**

    a. While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security. The Contracting Officer expects to issue further direction on the cessation of this work.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**

8

Message

| | |
|---|---|
| **From:** | Matz, Jillian - OASAM OSPE ███████████████████████ ████████████████████████████████ |
| **Sent:** | 5/29/2025 6:14:47 PM |
| **To:** | Patricia Lankford ██████████████████████ |
| **CC:** | ████████████████████████████████████████ |
| **Subject:** | Notice of Termination - PENOBSCOT Job Corps Center.pdf |
| **Attachments:** | Notice of Termination - PENOBSCOT Job Corps Center.pdf; Authorization to Share Job Corps Student Records.pdf; Job Corps Student and Center Staff Talking Points_May 29.docx |

**U.S. Department of Labor**  Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



*May 29, 2025*

Patricia Lankford
Vice President, Job Corps
Equus Workforce Solutions
*sent by email*

Subject:  NOTICE OF TERMINATION FOR CONVENIENCE OF DOL CONTRACT NO. 1605JE-24-C-0011 FOR OPERATION OF THE PENOBSCOT JOB CORPS CENTERS

Dear Contractor:

You are hereby notified that the subject contract is being terminated completely for the Government's convenience in accordance with contract clause FAR 52.249-1, *Termination for Convenience of the Government (Fixed Price)*. Effective immediately, all work required by the contract, including the contract's Statement of Work, Section C, is hereby terminated, <u>with the exception of work necessary to provide a safe, orderly, and prompt shutdown of center operations, as further described in Attachment I of this Notice.</u>

You shall begin immediately all work necessary to provide a safe, orderly, and prompt shutdown of center operations, as described in Attachment I. That shutdown work shall <u>be completed not later than 11:59 P.M. the Center's local time on June 30, 2025, at which time the contract shall be considered terminated in its entirety.</u>

***Pursuant to this termination notice, you shall immediately take the following steps:***

(1) As noted above, stop all work except for—

> (i) Actions reasonably necessary, as part of a safe, orderly and prompt shutdown of operations at the Job Corps Center, to protect the life, health, and welfare of Job Corps students, and to carry out the orders of the Contracting Officer in this Notice, in Attachment I of this Notice, or in any future written order of the Contracting Officer;

> (ii) Work-in-process that the Contracting Officer authorizes you in advance and in writing to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, or (C) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately request written instruction from the Contracting Officer.)

(2) Place no further subcontracts or orders (referred to as subcontracts in FAR 52.249-1) for materials, services, or facilities, except as necessary to carry out the orders of the Contracting Officer in this Notice, in Attachment I of this Notice, or in any future written order of the Contracting Officer.

001493

(3) Terminate all subcontracts to the extent they relate to the work terminated. Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice—

    (i) Specify your Government contract number;

    (ii) State whether the contract has been terminated completely or partially;

    (iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;

    (iv) Provide instructions to submit any settlement proposal promptly; and

    (v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Assign to the Government, if and as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(8) Use your best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; *provided,* however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(9) Keep adequate records of your compliance with subparagraphs (1) to (8) above showing the—

    (i) Date you received the Notice of Termination;

2

001494

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(10) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(11) Take any other action required by the Contracting Officer in this Notice, in Attachment 1 to this Notice, or in any future written order of the Contracting Officer, or under the Termination clause in the contract.

*Settlements with subcontractors.* You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of FAR Part 49.

*Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

*Compensation for Pre-Termination Work and Termination Settlement.* The Department will honor its obligation to pay for work satisfactorily performed prior to the effective date of this termination, in accordance with the terms of the contract.

(1) Work performed during May 2025 shall be billed by the contractor in accordance with the terms and conditions of the contract, to include price adjustments for the average month's average On

3

001495

Board Strength, as well as for staff vacancies. Shutdown work not immediately terminated which is performed during the time period of June 1, 2025 through June 30, 2025 may be billed on a cost reimbursement basis, to include a 1% Management fee.

(2) The costs of the termination, not including the cost of activities ordered by the Contracting Officer in Attachment 1 of this Notice, or in any future written notice of the Contracting Officer, may be payable, as part of the termination settlement, in accordance with the terms of the termination clause, FAR 31.205-42, and other applicable procurement regulations.

**Administration.** The Contracting Officer who will be in charge of the settlement of this termination is named below. Completed settlement proposals shall be submitted to the following location: JCPYFinancialExercise@dol.gov.

**Questions.** Matters not covered by this notice should be brought to the attention of the undersigned. **All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

**Acknowledgement.** Please acknowledge receipt of this notice as provided below and return by email to Jillian Matz, Senior Director Job Corps Acquisition Services at ██████████████

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

Sincerely,

**Jillian Matz**
Digitally signed by Jillian Matz
Date: 2025.05.29 18:14:02 -04'00'

Jillian Matz
Contracting Officer
Senior Director Job Corps Acquisition Services

4

## Acknowledgment of Notice

The undersigned acknowledges receipt of a signed copy of this notice on _____, 20_____.


A signed electronic copy of this notice is returned.

      (Name of Contractor)
      By
      (Name)
      (Title)

5

001497

Message

---

**From:**        Matz, Jillian - OASAM OSPE ██████████████████████████████

**Sent:**        5/29/2025 6:17:33 PM
**To:**          Patricia Lankford ████████████████████████████
**CC:**          ████████████████████████████████████████████████
**Subject:**     Notice of Termination - PUERTO RICO Job Corps Center.pdf
**Attachments:** Notice of Termination - PUERTO RICO Job Corps Center.pdf; Authorization to Share Job Corps Student Records.pdf; Job Corps Student and Center Staff Talking Points_May 29.docx

001505

**U.S. Department of Labor**    Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



*May 29, 2025*

Patricia Lankford
Vice President, Job Corps
Equus Workforce Solutions
*sent by email*

Subject:    NOTICE OF TERMINATION FOR CONVENIENCE OF DOL CONTRACT NO. 1605JE-23-C-0008 FOR OPERATION OF THE PUERTO RICO JOB CORPS CENTERS

Dear Contractor:

You are hereby notified that the subject contract is being terminated completely for the Government's convenience in accordance with contract clause FAR 52.249-1, *Termination for Convenience of the Government (Fixed Price)*. Effective immediately, all work required by the contract, including the contract's Statement of Work, Section C, is hereby terminated, with the exception of work necessary to provide a safe, orderly, and prompt shutdown of center operations, as further described in Attachment 1 of this Notice.

You shall begin immediately all work necessary to provide a safe, orderly, and prompt shutdown of center operations, as described in Attachment 1. That shutdown work shall be completed not later than 11:59 P.M. the Center's local time on June 30, 2025, at which time the contract shall be considered terminated in its entirety.

***Pursuant to this termination notice, you shall immediately take the following steps:***

(1) As noted above, stop all work except for—

> (i) Actions reasonably necessary, as part of a safe, orderly and prompt shutdown of operations at the Job Corps Center, to protect the life, health, and welfare of Job Corps students, and to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer;

> (ii) Work-in-process that the Contracting Officer authorizes you in advance and in writing to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, or (C) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately request written instruction from the Contracting Officer.)

(2) Place no further subcontracts or orders (referred to as subcontracts in FAR 52.249-1) for materials, services, or facilities, except as necessary to carry out the orders of the Contracting Officer in this Notice, in Attachment 1 of this Notice, or in any future written order of the Contracting Officer.

001506

(3) Terminate all subcontracts to the extent they relate to the work terminated. Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice—

(i) Specify your Government contract number;

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;

(iv) Provide instructions to submit any settlement proposal promptly; and

(v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Assign to the Government, if and as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(8) Use your best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; *provided,* however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(9) Keep adequate records of your compliance with subparagraphs (1) to (8) above showing the—

(i) Date you received the Notice of Termination;

2

001507

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(10) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(11) Take any other action required by the Contracting Officer in this Notice, in Attachment 1 to this Notice, or in any future written order of the Contracting Officer, or under the Termination clause in the contract.

*Settlements with subcontractors.* You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of FAR Part 49.

*Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

*Compensation for Pre-Termination Work and Termination Settlement.* The Department will honor its obligation to pay for work satisfactorily performed prior to the effective date of this termination, in accordance with the terms of the contract.

(1) Work performed during May 2025 shall be billed by the contractor in accordance with the terms and conditions of the contract, to include price adjustments for the average month's average On

3

Board Strength, as well as for staff vacancies. Shutdown work not immediately terminated which is performed during the time period of June 1, 2025 through June 30, 2025 may be billed on a cost reimbursement basis, to include a 1% Management fee.

(2) The costs of the termination, not including the cost of activities ordered by the Contracting Officer in Attachment 1 of this Notice, or in any future written notice of the Contracting Officer, may be payable, as part of the termination settlement, in accordance with the terms of the termination clause, FAR 31.205-42, and other applicable procurement regulations.

**Administration.** The Contracting Officer who will be in charge of the settlement of this termination is named below. Completed settlement proposals shall be submitted to the following location: JCPYFinancialExercise@dol.gov.

**Questions.** Matters not covered by this notice should be brought to the attention of the undersigned. **All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

**Acknowledgement.** Please acknowledge receipt of this notice as provided below and return by email to Jillian Matz, Senior Director Job Corps Acquisition Services at ███████████████

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

Sincerely,

**Jillian Matz** Digitally signed by Jillian Matz
Date: 2025.05.29 18:17:00 -04'00'

Jillian Matz
Contracting Officer
Senior Director Job Corps Acquisition Services

4

001509

**Acknowledgment of Notice**

The undersigned acknowledges receipt of a signed copy of this notice on _____, 20\_\_\_\_\_.

A signed electronic copy of this notice is returned.

(Name of Contractor)
By
(Name)
(Title)

5

# Notice to Contract Ending May 31 2025 - Hartford.pdf

| | |
|---|---|
| **From:** | "Matz, Jillian - OASAM OSPE" <██████████████ |
| **To:** | ████████@paradigmworks.com |
| **Cc:** | ████████████ ████████████ ████████████████████ ████████████ |
| **Date:** | Thu, 29 May 2025 23:49:52 -0400 |
| **Attachments:** | Notice to Contract Ending May 31 2025 - Hartford.pdf (314.64 kB); Authorization to Share Job Corps Student Records.pdf (179.9 kB); Job Corps Student and Center Staff Talking Points_May 29.docx (24.54 kB) |

**U.S. Department of Labor**  Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



May 29, 2025

William Marshall
President
Paradigm Works Group, Inc.

CONTRACT NO. - <u>NOTICE OF EXTENSION OF SERVICES UNDER FAR 52.217-8</u>

Dear Contractor:

On May 29, 2025, the Department of Labor announced its intention to cease all center operations contract work, including at the Hartford Job Corps Center Job Corps Center, under contract 1605JE-23-C-0012 no later than June 30, 2025. At this time, the Government will extend services required under the subject contract, in accordance with contract clause FAR 52.217-8, *Option to Extend Services*, for one month, from June 1, 2025 through June 30, 2025. A modification definitizing this extension is forthcoming.

The Department has no intention of further extending the subject contract beyond June 30th. In anticipation of the end of contract operations, effective immediately, you are directed to begin activities necessary for the safe, orderly, and prompt shutdown, per the terms of the contract as extended, and as outlined in Attachment 1.

This extension of services, per FAR 52.217-8, shall be at the rates specified in the contract, to be adjusted only as a result of any revisions to the prevailing labor rates provided by the Secretary of Labor.

Should you have any questions regarding this notice, please contact Jillian Matz, Senior Director of Job Corps Acquisition Services at ███████████

Sincerely,

**Jillian Matz**  Digitally signed by Jillian
Matz
Date: 2025.05.29 23:48:55
-04'00'

Jillian Matz
Contracting Officer

**ATTACHMENT 1**

**Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations**

*The Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

    a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

    a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

    b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

    c. All Job Corps Centers must do the following prior to students' departure:
        i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
        ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
        iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
        iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

2

d.  While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

e.  In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

   i.  Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

   ii.  Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

   iii.  Provide separating students with originals of any earned credentials and documentation of accomplishments.

   iv.  Verify and update student address and alternate contacts.

   v.  Separate all students using the code Administrative Separation with Reinstatement (ASWR). Students should not be informed of the separation code.

f.  Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

g.  Students who are on leave will not be permitted to return to center to gather their personal belongings. Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

h.  Every departing student must be told, *"The US Department of Labor has decided to terminate all Job Corps operations contracts at this time. The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students."*

## 3. Property

a.  Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

b.  No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

c.  As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination

3

inventory that you have the right to take. To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

d. While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property. The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

4. **Student Records**

a. Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

b. In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

5. **Facilities Management**

a. While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

6. **Security**

a. While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security. The Contracting Officer expects to issue further direction on the cessation of this work.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**

4

# Notice Regarding Job Corps Center Contract - LONG BEACH.pdf

| | |
|---|---|
| **From:** | "Matz, Jillian - OASAM OSPE" |
| **To:** | Roxanne Chin , Anton Bizzell |
| **Cc:** | |
| **Date:** | Thu, 29 May 2025 23:14:28 -0400 |
| **Attachments:** | Notice Regarding Job Corps Center Contract - LONG BEACH.pdf (314.48 kB); Authorization to Share Job Corps Student Records.pdf (179.9 kB); Job Corps Student and Center Staff Talking Points_May 29.docx (24.54 kB) |

001878

**U.S. Department of Labor**   Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



May 29, 2025

Roxanne Chin
Senior Vice President
Bizzell Group, LLC
*sent by email*

Re: DOL CONTRACT NO. 1605JW-21-C-0009 FOR THE OPERATION OF LONG BEACH
JOB CORPS CENTER NOTICE OF INTENT NOT TO EXERCISE NEXT OPTION PERIOD
AND DIRECTION FOR START OF SHUTDOWN ACTIVITIES

Dear Contractor:

This is a courtesy notice to inform you that the Government does <u>not</u> intend to exercise the next
option period of the contract named above.

On May 29, 2025, DOL announced it is terminating all Job Corps operations contracts by June
30, 2025. In the case of the subject contract, no termination is necessary, as the current period of
performance expires on or before June 30th.

In anticipation of the cessation of operations at the Job Corps Center after June 30th, you are
hereby directed to commence immediately an orderly shutdown of operations. Please refer to
Attachment 1 below for initial directions from the Contracting Officer on the required shutdown
activities.

**All questions related to this notice, both of a contractual and a technical nature, shall be
submitted in writing to the following email address:** JobCorpsAssistance@dol.gov.

Sincerely,

**Jillian
Matz**

Digitally signed by
Jillian Matz
Date: 2025.05.29
23:13:55 -04'00'

Jillian Matz

Contracting Officer

001879

**ATTACHMENT 1**

**Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations**

*The Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

2

001880

d. While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

e. In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

   i. Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

   ii. Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

   iii. Provide separating students with originals of any earned credentials and documentation of accomplishments.

   iv. Verify and update student address and alternate contacts.

   v. Separate all students using the code Administrative Separation with Reinstatement (ASWR). Students should not be informed of the separation code.

f. Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

g. Students who are on leave will not be permitted to return to center to gather their personal belongings. Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

h. Every departing student must be told, *"The US Department of Labor has decided to terminate all Job Corps operations contracts at this time. The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students."*

3. **Property**

a. Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

b. No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

c. As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination

3

inventory that you have the right to take. To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

d. While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property. The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

4. **Student Records**

a. Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

b. In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

5. **Facilities Management**

a. While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

6. **Security**

a. While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security. The Contracting Officer expects to issue further direction on the cessation of this work.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**

4

001882

## Notice Regarding Job Corps Center Contract - WOODLAND.pdf

| | |
|---|---|
| **From:** | "Matz, Jillian - OASAM OSPE" < ███████████ |
| **To:** | "Susan Larson ( ███████████████████████ |
| **Cc:** | ████████████████████████████████████ |
| **Date:** | Thu, 29 May 2025 22:30:47 -0400 |
| **Attachments:** | Notice Regarding Job Corps Center Contract - WOODLAND.pdf (315.75 kB); Authorization to Share Job Corps Student Records.pdf (179.9 kB); Job Corps Student and Center Staff Talking Points_May 29.docx (24.54 kB) |

**U.S. Department of Labor**   Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



*May 29, 2025*

Susan Larson
President
Adams and Associates
*sent by email*

Re: DOL CONTRACT NO. 1605JE-22-D-0011/ TASK ORDER NO. 1605JE-23-F-00003FOR THE OPERATION OF WOODLAND JOB CORPS CENTER NOTICE OF INTENT NOT TO EXERCISE NEXT OPTION PERIOD AND DIRECTION FOR START OF SHUTDOWN ACTIVITIES

Dear Contractor:

This is a courtesy notice to inform you that the Government does <u>not</u> intend to exercise the next option period of the contract named above.

On May 29, 2025, DOL announced it is terminating all Job Corps operations contracts by June 30, 2025. In the case of the subject contract, no termination is necessary, as the current period of performance expires on or before June 30th.

In anticipation of the cessation of operations at the Job Corps Center after June 30th, you are hereby directed to commence immediately an orderly shutdown of operations. Please refer to Attachment 1 below for initial directions from the Contracting Officer on the required shutdown activities.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**

Sincerely,

**Jillian Matz**   Digitally signed
by Jillian Matz
Date: 2025.05.29
22:30:01 -04'00'

Jillian Matz

Contracting Officer

002001