**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANARIA CABRERA, et al.,<br><br>    *Plaintiffs, on behalf of themselves and others similarly situated*,<br><br>      v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>    *Defendants*. | Civil Action No. 25-1909-DLF |

**PLAINTIFFS' UNOPPOSED MOTION FOR SUBSTITUTION OF REAL PARTY IN INTEREST**

Plaintiffs in the above-captioned matter respectfully move the Court for an order substituting Carleton Davis, for C.D., a minor, by and through his next friend Tiffany Davis, as plaintiff in this action, in light of Mr. Davis's recent attainment of the age of majority. Defendants do not oppose this motion.

In support of this Motion, Plaintiffs state as follows:

1. This action was commenced on June 18, 2025 by seven students in the Job Corps program. ECF 1. At the time, one of the student plaintiffs, Carleton Davis, was seventeen years of age. As such, he was represented in this action by and through his mother and next friend, Tiffany Davis. Consistent with this Court's Local Civil Rule 5.4(f)(2), he was identified in the complaint and other filings by his initials "C.D." *See, e.g.*, ECF 3-9 (declaration of Tiffany Davis).

2. Mr. Davis has since reached eighteen years of age, and, as a result, he is no longer a minor requiring representation by his mother. He desires to proceed with this case on his own behalf.

3.    "When a minor plaintiff reaches the age of majority, it is appropriate for the Court to order substitution of the formerly-minor plaintiff's name for that of a next friend and add the formerly-minor plaintiff as a plaintiff in the case." *Dalton v. Town of Silver City*, No. CV 17-1143 WJ/GBW, 2022 WL 2106247, at *1 (D.N.M. June 10, 2022) (collecting cases). While the Federal Rules of Civil Procedure do not specifically address this situation, courts in this district have held that Federal Rule of Civil Procedure 17(a)(3) authorizes such a substitution.[1] *See, e.g., Lemus v. D.C. Int'l Charter Sch.*, No. 20-CV-3839 (RCL), 2023 WL 2653416, at *9 (D.D.C. Mar. 27, 2023) (holding party should have moved to substitute under Rule 17); *Brooks v. District of Columbia*, 841 F. Supp. 2d 253, 261 (D.D.C. 2012) (finding substitution appropriate under Rule 17(a)(3)); *see also* Minute Order granting Pls.' Mot. to Substitute, *Martino v. Islamic Repub. of Iran*, No. 21-CV-1808 (RDM) (D.D.C. July 12, 2024); Minute Order granting Pls.' Mot. to Substitute, *Colvin v. Syrian Arab Repub.*, No. 16-CV-1423 (ABJ) (D.D.C. Mar. 27, 2018); *cf. Cosenza v. Bisignano*, No. 21-1970, 2026 WL 1539301, at *3 (7th Cir. June 1, 2026) (holding that joinder of former minor who attained age of majority was appropriate under Rules 17 and 21). Should Mr. Davis be substituted as the real party in interest, this action will proceed "as if it had originally been commenced by [him]." Rule 17(a)(3).

4.    Counsel for Defendants have advised that they do not oppose this motion.

For the foregoing reasons, Plaintiffs respectfully request that this Motion be granted and that the Court enter an order: (i) substituting Mr. Davis as a plaintiff in this matter in place of C.D., a minor by and through his next friend Tiffany Davis, and (ii) directing the Clerk of the Court to amend the docket to reflect the substitution.

---

[1] That provision specifies that the real party in interest may be "substituted into the action," at which point "the action proceeds as if it had been originally commenced by the real party in interest."

2

Dated: July 30, 2026

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar No. 1020475)
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Arthur Ago (DC Bar No. 463681)
Aaron S. Fleisher[*][†] (NY Bar No. 4431052)
Southern Poverty Law Center
1101 17th St. NW Ste. 705
Washington, DC 20036

Scott D. McCoy[*] (FL Bar No. 1004965)
Sam Boyd[*] (DC Bar No. 90043654)
Carli Raben[*] (FL Bar No. 1036013)
Southern Poverty Law Center
2 S. Biscayne Blvd. Ste. 3750
Miami, FL 33131

Michael Tafelski[*] (GA Bar No. 507007)
Diego A. Soto[*] (DC Bar No. 1029607)
Southern Poverty Law Center
150 E. Ponce De Leon Ave. Ste. 340
Decatur, GA 30030

*Counsel for Plaintiffs*

[*] *Admitted* pro hac vice

[†] *Not admitted to practice law in DC*

3