**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANARIA CABRERA, et al., <br><br> *Plaintiffs, on behalf of themselves and others similarly situated*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, et al., <br><br> *Defendants*. | Civil Action No. 25-1909-DLF |

**[PROPOSED] ORDER**

Upon considering Plaintiffs' unopposed motion for substitution of real party in interest, the Court hereby ORDERS that Carleton Davis is substituted as a plaintiff in this matter in place of C.D., a minor by and through his next friend Tiffany Davis. The Clerk of the Court is directed to amend the docket to reflect the substitution.

SO ORDERED.

Dated: _____, 2026

_____
Dabney L. Friedrich
U.S. District Judge